AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JUAN NAVARRO, | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| HOLLYWOOD IMPORTS LIMITED, INC. d/b/a | ) |
| AUTONATION HONDA HOLLYWOOD; and | ) |
| AUTONATION, INC., | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.   0:23-cv-61772-RS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   HOLLYWOOD IMPORTS LIMITED, INC. d/b/a AUTONATION HONDA HOLLYWOOD
Registered Agent: CORPORATION SERVICE COMPANY
1201 Hays Street
Tallahassee, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Christopher S. Prater, Esq.
Pollard PLLC
401 E. Las Olas Blvd., Ste. 1400
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date:  Sep 14, 2023   _____

*s/ Nadhege Augustin*   _____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JUAN NAVARRO, | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| HOLLYWOOD IMPORTS LIMITED, INC. d/b/a AUTONATION HONDA HOLLYWOOD; and AUTONATION, INC., | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.   0:23-cv-61772-RS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   AUTONATION, INC.
Registered Agent: CORPORATION SERVICE COMPANY
1201 Hays Street
Tallahassee, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christopher S. Prater, Esq.
Pollard PLLC
401 E. Las Olas Blvd., Ste. 1400
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Sep 14, 2023

Angela E. Noble
Clerk of Court

SUMMONS

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts