UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JUAN NAVARRO,

    *Plaintiff,*                                 **CASE NO.: 0:23-cv-61772-RS**

v.

HOLLYWOOD IMPORTS LIMITED,
INC. d/b/a AUTONATION HONDA
HOLLYWOOD; and AUTONATION, INC.,

    *Defendants.*
_____/

## NOTICE OF APPEARANCE OF MICHAEL A. BOEHRINGER, ESQ.

Michael A. Boehringer, Esq. of the law firm Pollard PLLC, hereby enters his appearance as counsel of record for Plaintiff Juan Navarro and requests that all copies of all motions, notices, and all other pleadings and papers filed herein be served upon him.

Dated: September 15, 2023                            Respectfully submitted,

                                                           By: */s/ Michael A. Boehringer*
                                                           **Michael A. Boehringer**
                                                           Florida Bar No.: 1018486
                                                           mboehringer@pollardllc.com

                                                           **Jonathan E. Pollard**
                                                           Florida Bar No.: 83613
                                                           jpollard@pollardllc.com

                                                           **Christopher S. Prater**
                                                           Florida Bar No.: 105488
                                                           cprater@pollardllc.com

                                                           **Pollard PLLC**
                                                           401 E. Las Olas Blvd., Ste. 1400
                                                           Fort Lauderdale, FL 33301
                                                           Telephone: 954-332-2380
                                                           Facsimile: 866-594-5731
                                                           *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing was filed via CM/ECF on September 15, 2023. At the time of this filing, no counsel has appeared for Defendant.

By: /s/ *Michael A. Boehringer*
Michael A. Boehringer
