## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 0:23-CV-61772-RS

Plaintiffs:
**JUAN NAVARRO**

vs.

Defendant:
**HOLLYWOOD IMPORTS LIMITED, INC. D/B/A AUTONATION HONDA HOLLYWOOD; AND AUTONATION, INC.,**

For:
CHRISTOPHER PRATER
POLLARD PLLC
401 E. LAS OLAS BLVD., SUITE 1400
FORT LAUDERDALE, FL 33301

Received by NOLAN PROCESS SERVERS, LLC on the 14th day of September, 2023 at 11:26 am to be served on **AUTONATION, INC REGISTERED AGENT: CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301**.

I, MICHAEL C. NOLAN, do hereby affirm that on the **15th day of September, 2023** at **9:00 am**, I:

**CORPORATE:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND DEMAND FOR JURY TRAIL** with the date and hour of service endorsed thereon by me, to: **SHEENA BLACK** as **AUTHORIZED REPRESENTATIVE** for the Registered Agent of AUTONATION, INC REGISTERED AGENT: CORPORATION SERVICE COMPANY at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35+, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 145, Hair: BLONDE/BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

_____
MICHAEL C. NOLAN
Certified Process Server, #111

NOLAN PROCESS SERVERS, LLC
7498 Anglewood Lane
Tallahassee, FL 32309
(850) 562-6058

Our Job Serial Number: MCN-2023014862

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JUAN NAVARRO, <br><br> *Plaintiff(s)* <br> v. <br> HOLLYWOOD IMPORTS LIMITED, INC. d/b/a AUTONATION HONDA HOLLYWOOD; and AUTONATION, INC., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 0:23-cv-61772-RS

Date: 9/15/23  Time: 9:00
MCN #111
is a certified process server in the
Circuit and County Courts in and for the
Second Judicial Circuit

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AUTONATION, INC.
Registered Agent: CORPORATION SERVICE COMPANY
1201 Hays Street
Tallahassee, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Christopher S. Prater, Esq.
Pollard PLLC
401 E. Las Olas Blvd., Ste. 1400
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Sep 14, 2023

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court