UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-61772-CIV-SMITH

JUAN NAVARRO,

    Plaintiff,

v.

HOLLYWOOD IMPORTS LIMITED, INC.,
and AUTONATION, INC.

    Defendant.

_____/

## DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendants Hollywood Imports Limited, Inc. and AutoNation, Inc., through undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and the Court's Order (ECF No. 7), submit their Certificate of Interested Parties and Corporate Disclosure, as specified below:

### Corporate Disclosure

Hollywood Imports Limited, Inc., states that AutoNation Enterprises Incorporated holds a 100% ownership interest of Hollywood Imports Limited, Inc., Auto Holdings, LLC holds a 100% ownership interest of AutoNation Enterprises Incorporated, and AutoNation, Inc. holds a 100% ownership interest of Auto Holdings, LLC. AutoNation, Inc. (NYSE: AN) is a publicly traded corporation.

### Certificate of Interested Parties

The following persons, associated persons, firms, partnerships, or corporations have or may have a direct interest in the outcome of this case:

1

| | |
|---|---|
| AUTONATION, INC. | Defendant |
| AXIS Insurance Company | Insurer |
| BOEHRINGER, Michael Alexander | Counsel for Plaintiff |
| GABRIELLE, Eric Keith | Counsel for Defendants |
| HOLLYWOOD IMPORTS LIMITED, INC. | Defendant |
| NAVARRO, Juan | Plaintiff |
| POLLARD, Jonathan Edgar | Counsel for Plaintiff |
| POLLARD, PLLC | Counsel for Plaintiff |
| PRATER, Christopher S. | Counsel for Plaintiff |
| STEARNS, WEAVER, MILLER, WEISSLER, ALHADEFF & SITTERSON, P.A. | Counsel for Defendants |
| ZURICH AMERICAN INSURANCE COMPANY | Insurer |

Dated:       October 12, 2023.

Respectfully submitted,

s/  *Eric K. Gabrielle*
Eric K. Gabrielle (Florida Bar No. 160725)
Email:  egabrielle@stearnsweaver.com
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
200 East Las Olas Boulevard – Suite 2100
Fort Lauderdale, Florida  33301
Telephone:  954-462-9527
Facsimile:  954-462-9567
*Attorneys for Defendants*

2

#12085847 v2