**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 23-61772-CIV-SMITH

JUAN NAVARRO,

    Plaintiff,
v.

HOLLYWOOD IMPORTS LIMITED, INC.,
and AUTONATION, INC.

    Defendant.
_____/

**DEFENDANTS' *UPDATED* CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT[1]**

Defendants Hollywood Imports Limited, Inc. and AutoNation, Inc., through undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and the Court's Order (ECF No. 7), submit their Certificate of Interested Parties and Corporate Disclosure, as specified below:

**Corporate Disclosure**

Hollywood Imports Limited, Inc., states that AutoNation Enterprises Incorporated holds a 100% ownership interest of Hollywood Imports Limited, Inc., Auto Holdings, LLC holds a 100% ownership interest of AutoNation Enterprises Incorporated, and AutoNation, Inc. holds a 100% ownership interest of Auto Holdings, LLC. AutoNation, Inc. (NYSE: AN) is a publicly traded corporation. Both AutoNation Enterprises Incorporated and AutoHoldings, LLC have previously been identified as other affiliates. *See* ECF No. 10.

---

[1] This filing adds, as an Interested Party, Mary Ida Towson, as United States Trustee for Region 21 of the United States Bankruptcy Court for the Southern District of Florida, in *In re Juan Pablo Navarro, Debtor*, Case No. 23-16201-RAM.

1

## Certificate of Interested Parties

The following persons, associated persons, firms, partnerships, or corporations have or may have a direct interest in the outcome of this case:

| | |
|---|---|
| AUTONATION, INC. | Defendant |
| AXIS Insurance Company | Insurer |
| BOEHRINGER, Michael Alexander | Counsel for Plaintiff |
| GABRIELLE, Eric Keith | Counsel for Defendants |
| HOLLYWOOD IMPORTS LIMITED, INC. | Defendant |
| NAVARRO, Juan | Plaintiff |
| POLLARD, Jonathan Edgar | Counsel for Plaintiff |
| POLLARD, PLLC | Counsel for Plaintiff |
| PRATER, Christopher S. | Counsel for Plaintiff |
| STEARNS, WEAVER, MILLER, WEISSLER, ALHADEFF & SITTERSON, P.A. | Counsel for Defendants |
| TOWSON, MARY IDA | as United States Trustee for Region 21 of the United States Bankruptcy Court for the Southern District of Florida, in *In re Juan Pablo Navarro, Debtor*, Case No. 23-16201-RAM |
| ZURICH AMERICAN INSURANCE COMPANY | Insurer |

Dated:   October 13, 2023.

Respectfully submitted,

s/  *Eric K. Gabrielle*
Eric K. Gabrielle (Florida Bar No. 160725)
Email:  egabrielle@stearnsweaver.com
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
200 East Las Olas Boulevard – Suite 2100
Fort Lauderdale, Florida  33301
Telephone:  954-462-9527/
Facsimile:  954-462-9567
*Attorneys for Defendants*

#12085847 v2