UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-61772-CIV-SMITH

JUAN NAVARRO,

    Plaintiff,

v.

HOLLYWOOD IMPORTS LIMITED, INC.,
and AUTONATION, INC.

    Defendant.

_____/

**DEFENDANTS' NOTICE OF RELATED PROCEEDING**

Defendants Hollywood Imports Limited, Inc., and AutoNation, Inc, pursuant to Southern District of Florida Local Rule 3.8 and Internal Operating Procedure 2.15.00, gives notice of the existence of the following related proceeding:

*In re Juan Pablo Navarro, Debtor*, Case No. 23-16201-RAM,

pending in the United States Bankruptcy Court for the Southern District of Florida.

Dated:   October 13, 2023.

                                                        Respectfully submitted,

                                                        s/   *Eric K. Gabrielle*
                                                        Eric K. Gabrielle (Florida Bar No. 160725)
                                                        Email:  egabrielle@stearnsweaver.com
                                                        **STEARNS WEAVER MILLER WEISSLER**
                                                        **ALHADEFF & SITTERSON, P.A.**
                                                        200 East Las Olas Boulevard – Suite 2100
                                                        Fort Lauderdale, Florida  33301
                                                        Telephone:  954-462-9527
                                                        Facsimile:  954-462-9567
                                                       *Attorneys for Defendants*

#12098354 v1