**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

JUAN NAVARRO, an individual,

    *Plaintiff,*                                   **CASE NO.: 0:23-cv-61772-RS**

v.

HOLLYWOOD IMPORTS LIMITED, INC.
d/b/a AUTONATION HONDA HOLLYWOOD,
a Florida Corporation; and AUTONATION, INC.,
a Delaware Corporation,

    *Defendants.*
_____/

## NOTICE OF STRIKING SUGGESTION OF BANKRUPTCY (D.E. 14)

Plaintiff, through undersigned counsel, hereby files this Notice of Striking his Suggestion of Bankruptcy (D.E. 14). A Corrected Suggestion of Bankruptcy will be filed immediately following the filing of this Notice.

Dated: October 13, 2023                             Respectfully submitted,

                                                        By: /s/ *Christopher S. Prater*
                                                          **Jonathan Pollard**
                                                          Florida Bar No.: 83613
                                                          jpollard@pollardllc.com
                                                          **Christopher S. Prater**
                                                          Florida Bar No.: 105488
                                                          cprater@pollardllc.com
                                                          **Pollard PLLC**
                                                          401 E. Las Olas Blvd., Ste. 1400
                                                          Fort Lauderdale, Florida 33301
                                                          Telephone: (954) 332-2380
                                                          Fax: (866) 594-5731
                                                          *Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day of October 2023, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

By: /s/ *Christopher S. Prater*
Christopher S. Prater