UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JUAN NAVARRO, an individual,

    *Plaintiff,*                           CASE NO.: 0:23-cv-61772-RS

v.

HOLLYWOOD IMPORTS LIMITED, INC.
d/b/a AUTONATION HONDA HOLLYWOOD,
a Florida Corporation; and AUTONATION, INC.,
a Delaware Corporation,

    *Defendants.*
_____/

## CORRECTED SUGGESTION OF BANKRUPTCY

Plaintiff, through undersigned counsel, hereby files this suggestion of bankruptcy to inform this Court that he filed a petition for relief under Title 11, Chapter 7, of the United States Code in the United States Bankruptcy Court for the Southern District of Florida. The petition has been assigned Case Number 23-16201-RAM. Pursuant to the Bankruptcy Code, 11 U.S.C. § 362, the above-styled cause is and has been automatically stayed.

Dated: October 13, 2023                        Respectfully submitted,

                                                   By: /s/ *Christopher S. Prater*
                                                       **Jonathan Pollard**
                                                       Florida Bar No.: 83613
                                                       jpollard@pollardllc.com
                                                       **Christopher S. Prater**
                                                       Florida Bar No.: 105488
                                                       cprater@pollardllc.com
                                                       **Pollard PLLC**
                                                       401 E. Las Olas Blvd., Ste. 1400
                                                       Fort Lauderdale, Florida 33301
                                                       Telephone: (954) 332-2380
                                                       Fax: (866) 594-5731
                                                       *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 13th day of October 2023, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

By: /s/ *Christopher S. Prater*
Christopher S. Prater