UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 23-61772-CIV-SMITH**

JUAN NAVARRO,

      Plaintiff,

vs.

HOLLYWOOD IMPORTS
LIMITED, INC., *et al.*,

      Defendants.

_____/

**ORDER REQUIRING CLARIFICATION**

This matter is before the Court on Plaintiff's Corrected Suggestion of Bankruptcy [DE 17], indicating that Plaintiff has filed for relief under Chapter 7 of the Bankruptcy Code and declaring that this matter is automatically stayed. Generally, however, the automatic stay applies to actions *against* the debtor. *See* 11 U.S.C. § 362(a)(1). Accordingly, it is

**ORDERED that,** by **October 23, 2023**, Plaintiff shall obtain and file with this Court clarification from the Bankruptcy Court as to whether the automatic stay applies to this case.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 16th day of October, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record