UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JUAN NAVARRO, an individual,

   *Plaintiff,*            CASE NO.: 0:23-cv-61772-RS

v.

HOLLYWOOD IMPORTS LIMITED, INC.
d/b/a AUTONATION HONDA HOLLYWOOD,
a Florida Corporation; and AUTONATION, INC.,
a Delaware Corporation,

   *Defendants.*
_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE CLARIFICATION REQUIRED BY D.E. 18**

Plaintiff, through undersigned counsel, hereby files this Unopposed Motion for Extension of Time to File the Clarification Required by D.E. 18, and states:

**I. BACKGROUND**

This case was filed on September 13, 2023. Unbeknownst to the undersigned, on August 5, 2023, Plaintiff filed for Chapter 7 bankruptcy in the United States Bankruptcy Court for the Southern District of Florida, Miami Division, Case Number 23-16201-RAM (the "Bankruptcy"). Plaintiff filed a Corrected Suggestion of Bankruptcy on October 13, 2023. *See* D.E. 17. On October 17, 2023, this Court Ordered that by October 23, 2023, Plaintiff filed a clarification from the Bankruptcy Court as to whether the automatic stay applies to this case (the "Order"). D.E. 18.

Immediately following entry of the Order, the undersigned reached out to bankruptcy counsel for Plaintiff and then Bankruptcy Trustee's office regarding the clarification.[1] On October 20, 2023, the undersigned spoke to the Trustee who advised he does not have an opinion on the applicability of the automatic stay, that he does not oppose seeking clarification from the Bankruptcy Court, and that bankruptcy counsel for Mr. Navarro should file a motion seeking clarification in the Bankruptcy Court. Mr. Navarro's bankruptcy counsel has since filed the Motion for Clarification – Emergency Hearing Requested (the "Motion"), which is attached hereto as Exhibit "A". The Bankruptcy Court set a hearing on the Motion for November 9, 2023, at 10:00 A.M. *See* Notice of Hearing, attached hereto as Exhibit "B". As of the time of this filing, the Bankruptcy Court has not ruled on the Motion.

## II. MEMORANDUM OF LAW

Fed. R. Civ. P. 6(b) allows for enlargement of time for good cause shown when requested prior to the expiration of the period originally prescribed. Requests are liberally granted, especially when (as here) the parties are in agreement.

Plaintiff respectfully requests an extension of time to comply with the Order. Specifically, that Mr. Navarro be permitted to file the clarification required by the Order within two business days of the Bankruptcy Court entering a ruling on the Motion. There is good cause as the extension given the current posture and pending Bankruptcy.

---

[1] Plaintiff's counsel reached out to the Trustee for instruction on how the Trustee wanted to proceed. *See Slater v. U.S. Steel Corp.*, 871 F.3d 1174, 1180 (11th Cir. 2017) (discussing a trustee's interest in civil claims filed after a bankruptcy petition). The Trustee has no opposition to the instant request for an extension.

Counsel for the parties to this case conferred via telephone on October 23, 2023. Defendants' counsel confirmed that there is no opposition to the relief requested in this motion.

WHEREFORE, for the reasons set for above, Plaintiff respectfully request that this Court enter an order extending the time for the Plaintiff to file the requiring clarification through two business days after the Bankruptcy Court rules on the Motion.

Dated: October 23, 2023                                                  Respectfully submitted,

By: /s/ *Christopher S. Prater*
**Jonathan Pollard**
Florida Bar No.: 83613
jpollard@pollardllc.com
**Christopher S. Prater**
Florida Bar No.: 105488
cprater@pollardllc.com
**Pollard PLLC**
401 E. Las Olas Blvd.
Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 332-2380
Fax: (866) 594-5731
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of October 2023, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

By: /s/ *Christopher S. Prater*
Christopher S. Prater