**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

JUAN NAVARRO, an individual,

      *Plaintiff,*                             **CASE NO.: 0:23-cv-61772-RS**

v.

HOLLYWOOD IMPORTS LIMITED, INC.
d/b/a AUTONATION HONDA HOLLYWOOD,
a Florida Corporation; and AUTONATION, INC.,
a Delaware Corporation,

      *Defendants.*

_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CLARIFICATION**

This matter is before the Court on Plaintiff's Unopposed Motion for Extension of Time to File Clarification Required by D.E. 18 (the "Motion"). The Court having considered the record hereby ORDERS and ADJUDGES:

1. The Motion is GRANTED.

2. Within two (2) business days of the Bankruptcy Court ruling on Debtor's Motion for Clarification – Emergency Hearing Requested, Plaintiff shall file the clarification required by the Order Requiring Clarification (D.E. 18).

DONE and ORDERED in Miami, Florida on this _____ day of October 2023.

                                                  _____
                                                  UNITED STATES DISTRICT COURT JUDGE