**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

JUAN NAVARRO,

    *Plaintiff,*                                      **CASE NO.: 0:23-cv-61772-RS**

v.

HOLLYWOOD IMPORTS LIMITED, INC.
d/b/a AUTONATION HONDA HOLLYWOOD;
and AUTONATION, INC.,

    *Defendants.*
_____/

## CLARIFICATION REQUIRED BY D.E. 18

Plaintiff, through undersigned and pursuant to D.E. 18, files this Clarification:[1]

1. On August 5, 2023 Mr. Navarro filed Chapter 7 bankruptcy in the United States Bankruptcy Court for the Southern District of Florida. *See In Re: Juan Pablo Navarro*, FLSB Case Number 23-16201-RAM ("Bankruptcy Case").

2. Following this Court's entry of D.E. 18 requiring clarification regarding the applicability of the automatic stay, Mr. Navarro's bankruptcy counsel filed an Emergency Motion for Clarification of the Automatic Stay that was set for hearing in the Bankruptcy Case on November 9, 2023. *See* Bankruptcy Docket, attached hereto as **Exhibit "A"** at D.E. 23-24.

3. On November 10, 2023, Mr. Navarro's bankruptcy counsel filed "Debtor's Motion to Voluntarily Dismiss Chapter 7 Case" in the Bankruptcy Case and scheduled a hearing on that motion for December 7, 2023. *See* Ex. A at D.E. 40-41.

---

[1] On October 24, 2023, this Court extended the deadline for Plaintiff to file a clarification required by D.E. 18 through November 13, 2023. *See* D.E. 20.

4. On November 13, 2023, the Bankruptcy court entered the "Order on Debtor's Motion for Clarification" (attached hereto as **Exhibit "B"**) that denied Debtor's motion for clarification "AS MOOT due to the Debtor's immediate intent to seek to have his case dismissed without opposition." No clarification regarding the applicability of the stay was provided.

5. Upon learning about the November 13, 2023 order, the undersigned reached out to counsel for the Trustee in the Bankruptcy Case for further information. He advised the Trustee and U.S. Trustee are not opposing the dismissal, but that no further guidance is available at this time regarding the applicability or status of the automatic stay.

6. The undersigned will update this Court upon conclusion of the December 7, 2023 hearing on Debtor's Motion to Voluntarily Dismiss Chapter 7 Case, or earlier, if additional information becomes available.

Dated: November 13, 2023              Respectfully submitted,

By: /s/ *Christopher S. Prater*
    **Jonathan Pollard**
    Florida Bar No.: 83613
    jpollard@pollardllc.com
    **Christopher S. Prater**
    Florida Bar No.: 105488
    cprater@pollardllc.com
    **Pollard PLLC**
    401 E. Las Olas Blvd., Ste. 1400
    Fort Lauderdale, Florida 33301
    Telephone: (954) 332-2380
    Fax: (866) 594-5731
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day of November 2023, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

By: /s/ *Christopher S. Prater*
Christopher S. Prater