**U.S. Bankruptcy Court**
**Southern District of Florida (Miami)**
**Bankruptcy Petition #: 23-16201-RAM**

| | |
|---|---|
| *Assigned to:* Robert A Mark | *Date filed:* 08/05/2023 |
| Chapter 7 | *341 meeting:* 11/07/2023 |
| Voluntary | *Deadline for filing claims:* 01/26/2024 |
| Asset | *Deadline for objecting to discharge:* 11/13/2023 |

**Debtor**
**Juan Pablo Navarro**
16808 SW 137 Ave #922
Miami, FL 33177
MIAMI-DADE-FL
SSN / ITIN: xxx-xx-4029

represented by **Jeffrey H. Tromberg**
Florida Debt Relief Center, LLC
2385 NW Executive Center Drive
Suite 100
Boca Raton, FL 33431
954-535-9905
Fax : 954-337-8500
Email: jeff@debthappens.com

**Trustee**
**Barry E Mukamal**
PO Box 14183
Fort Lauderdale, FL 33302
786-517-5760

represented by **Barry E Mukamal**
PO Box 14183
Fort Lauderdale, FL 33302
786-517-5760
Email: bemtrustee@kapilamukamal.com

**Christian Somodevilla**
2 S Biscayne Blvd.
Ste 2200
Miami, FL 33131
305-894-6163
Fax : 305-503-9447
Email: cs@lss.law

**U.S. Trustee**
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285

represented by **Steven D Schneiderman**
Office of the US Trustee
51 SW 1 Ave #1204
Miami, FL 33130
(305) 536-7285
Fax : (305) 536-7360
Email: Steven.D.Schneiderman@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 08/05/2023 | 1 (46 pgs) | Chapter 7 Voluntary Petition . [Fee Amount $338] (Tromberg, Jeffrey) (Entered: 08/05/2023) |
| 08/05/2023 | 2 (2 pgs) | Meeting of Creditors to be held on 9/12/2023 at 05:30 PM by TELEPHONE [See Meeting Notice for details]. (Tromberg, Jeffrey) (Entered: 08/05/2023) |
| 08/05/2023 | 3 | Statement of Debtor(s) Social Security Number(s) [*Document Image Available ONLY to Court Users*] Filed by Debtor Juan Pablo Navarro. (Tromberg, Jeffrey) (Entered: 08/05/2023) |
| 08/05/2023 | 4 (4 pgs) | Chapter 7 Statement of Current Monthly Income Form 122A-1 Filed by Debtor Juan Pablo Navarro. (Tromberg, Jeffrey) (Entered: 08/05/2023) |
| 08/05/2023 | 5 (1 pg) | Disclosure of Compensation by Attorney Jeffrey H. Tromberg. (Tromberg, Jeffrey) (Entered: 08/05/2023) |
| 08/05/2023 | 6 (1 pg) | Certification of Budget and Credit Counseling Course by Debtor Filed by Debtor Juan Pablo Navarro. (Tromberg, Jeffrey) (Entered: 08/05/2023) |
| 08/05/2023 | 7 (5 pgs) | Payment Advices by Debtor Filed by Debtor Juan Pablo Navarro. (Tromberg, Jeffrey) (Entered: 08/05/2023) |
| 08/05/2023 | | Receipt of Voluntary Petition (Chapter 7)( 23-16201) [misc,volp7a] ( 338.00) Filing Fee. Receipt number A42888885. Fee amount 338.00. (U.S. Treasury) (Entered: 08/05/2023) |
| 08/07/2023 | 8 (2 pgs) | Amended Meeting of Creditors to be Held on 9/12/2023 at 01:30 PM by TELEPHONE [See Meeting Notice for details]. Last Day to Oppose Discharge or Dischargeability is 11/13/2023. [**AMENDED to correct 341 hearing time**] (Snipes, Jeanne) (Entered: 08/07/2023) |
| 08/09/2023 | 9 (4 pgs) | BNC Certificate of Mailing (Re: 2 Meeting of Creditors to be held on 9/12/2023 at 05:30 PM by TELEPHONE [See Meeting Notice for details].) Notice Date 08/09/2023. (Admin.) (Entered: 08/10/2023) |
| 08/09/2023 | 10 (4 pgs) | BNC Certificate of Mailing (Re: 8 Amended Meeting of Creditors to be Held on 9/12/2023 at 01:30 PM by TELEPHONE [See Meeting Notice for details]. Last Day to Oppose Discharge or Dischargeability is 11/13/2023. [**AMENDED to correct 341 hearing time**]) Notice Date 08/09/2023. (Admin.) (Entered: 08/10/2023) |
| 08/11/2023 | 11 (1 pg) | Request for Notice Filed by Creditor Ally Financial, c/o AIS Portfolio Services, LLC. (AIS Portfolio Services LP (Sharma)) (Entered: 08/11/2023) |
| 08/14/2023 | 12 (1 pg) | Certification of Completion of Instructional Course Concerning Personal Financial Management for Debtor Juan Navarro Provided by 001 DebtorEdu LLC, 8006103920. (ADIePOCflsb) (Entered: 08/14/2023) |

| | | |
|---|---|---|
| 09/09/2023 | [13](#)<br>(2 pgs) | Notice of Continued Meeting of Creditors Filed by Debtor Juan Pablo Navarro (Re: [8](#) Amended Meeting of Creditors Chapter 7 (No Asset)). Meeting of Creditors to be Held on 10/3/2023 at 01:30 PM by TELEPHONE [See Meeting Notice for details]. (Tromberg, Jeffrey) (Entered: 09/09/2023) |
| 09/15/2023 | [14](#)<br>(2 pgs) | Amended Notice of Continued Meeting of Creditors Filed by Debtor Juan Pablo Navarro (Re: [13](#) Notice of Continued Meeting of Creditors). Meeting of Creditors to be Held on 10/3/2023 at 01:30 PM at www.Zoom.us - Mukamal: Meeting ID 936 830 2594, Passcode 8081192532, Phone (954) 399-2906. (Tromberg, Jeffrey) (Entered: 09/15/2023) |
| 09/18/2023 | [15](#)<br>(13 pgs) | Amended Schedules Filed: [Summary of Your Assets/Liabilities,Schedule A/B,Schedule C,Declaration re Schedules,] Filed by Debtor Juan Pablo Navarro. (Tromberg, Jeffrey) (Entered: 09/18/2023) |
| 09/25/2023 | [16](#)<br>(4 pgs) | Amended Chapter 7 Statement of Current Monthly Income Form 122A-1 Filed by Debtor Juan Pablo Navarro. (Tromberg, Jeffrey) (Entered: 09/25/2023) |
| 09/25/2023 | [17](#)<br>(9 pgs) | Amended Chapter 7 Means Test Calculation Form 122A-2 Filed by Debtor Juan Pablo Navarro. (Tromberg, Jeffrey) (Entered: 09/25/2023) |
| 09/25/2023 | [18](#)<br>(9 pgs) | Amended Schedules Filed: [Summary of Your Assets/Liabilities,Schedule I,Schedule J,Declaration re Schedules,] Filed by Debtor Juan Pablo Navarro. (Tromberg, Jeffrey) (Entered: 09/25/2023) |
| 10/04/2023 | [19](#)<br>(3 pgs) | Agreed Motion to Extend Time to File Section 727 Complaint Objecting to Discharge of Debtor(s) , in addition to Agreed Motion to Extend Time to Dismiss Pursuant to 11 U.S.C. Section 707 Filed by U.S. Trustee Office of the US Trustee (Schneiderman, Steven) (Entered: 10/04/2023) |
| 10/05/2023 | [20](#)<br>(2 pgs) | **Order Granting United States Trustee's Agreed Motion to Extend Time to Move to Dismiss the Case Pursuant to 11 U.S.C. §707 and Motion to Extend Time to File Section 727 Complaint Objecting to Discharge of Debtor(s) (Re: #[19](#)) Deadline Extended to 1/12/2024 (Re: # [19](#)) (Valencia, Yamileth)** (Entered: 10/05/2023) |
| 10/05/2023 | 21 | Statement Adjourning Meeting of Creditors Filed by Trustee Barry E Mukamal. Meeting of Creditors to be Held on 11/7/2023 at 01:00 PM at www.Zoom.us - Mukamal: Meeting ID 936 830 2594, Passcode 8081192532, Phone (954) 399-2906. (Mukamal, Barry) (Entered: 10/05/2023) |
| 10/06/2023 | [22](#)<br>(1 pg) | Certificate of Service Filed by U.S. Trustee Office of the US Trustee (Re: [20](#) Order on Motion to Extend Time to File Section 727 Complaint, Order on Motion to Extend Time). (^UST10, LMF) (Entered: 10/06/2023) |
| 10/23/2023 | [23](#)<br>(28 pgs) | Emergency Motion for Clarification of the Automatic Stay Filed by Debtor Juan Pablo Navarro (Tromberg, Jeffrey) (Entered: 10/23/2023) |
| 10/23/2023 | [24](#)<br>(1 pg) | Notice of Hearing (Re: [23](#) Emergency Motion for Clarification of the Automatic Stay Filed by Debtor Juan Pablo Navarro.) Hearing scheduled for 11/09/2023 at 10:00 AM by Video Conference. (Antillon, Jacqueline) (Entered: 10/23/2023) |
| 10/24/2023 | [25](#)<br>(1 pg) | Certificate of Service by Attorney Jeffrey H. Tromberg (Re: [24](#) Notice of Hearing). (Tromberg, Jeffrey) (Entered: 10/24/2023) |
| 10/25/2023 | 26 | Notice is given that the Trustee in this case anticipates that funds will become available shortly to produce a distribution to creditors. In order to expedite the administration of this case and make a prompt distribution to creditors, Trustee requests that a claims bar date be set and noticed. Future reports will be made to the Office of the United States Trustee and summarized on the Interim Report which will be made available upon request Filed by Trustee Barry E Mukamal. (Mukamal, Barry) (Entered: 10/25/2023) |
| 10/25/2023 | [27](#)<br>(2 pgs) | Trustee's Notice of Intent to Abandon Leased vehicles: 2023 Honda Pilot & 2023 Mazda CX30 & 2023 Mazda CX-9 [Negative Notice] Filed by Trustee Barry E Mukamal. (Mukamal, Barry) (Entered: 10/25/2023) |
| 10/26/2023 | [28](#)<br>(1 pg) | Notice of Deadline to File Claims. Proofs of Claim due by 01/26/2024 (admin) (Entered: 10/26/2023) |
| 10/26/2023 | [29](#)<br>(6 pgs) | *Ex Parte* Application to Employ Christian Somodevilla, Esq. and LSS Law as Trustee's Counsel [Affidavit Attached] Filed by Trustee Barry E Mukamal (Somodevilla, Christian) (Entered: 10/26/2023) |
| 10/27/2023 | [30](#)<br>(30 pgs) | Amended Schedules Filed: [Summary of Your Assets/Liabilities,Schedule A/B,Schedule C,Schedule D,Schedule E/F,Schedule I,Schedule J,Statement of Financial Affairs,Declaration re Schedules,] [Fee Amount $32] Filed by Debtor Juan Pablo Navarro. (Tromberg, Jeffrey) (Entered: 10/27/2023) |
| 10/27/2023 | [31](#)<br>(5 pgs) | Amended Chapter 7 Statement of Current Monthly Income Form 122A-1 Filed by Debtor Juan Pablo Navarro. (Tromberg, Jeffrey) (Entered: 10/27/2023) |
| 10/27/2023 | [32](#)<br>(9 pgs) | Amended Chapter 7 Means Test Calculation Form 122A-2 Filed by Debtor Juan Pablo Navarro. (Tromberg, Jeffrey) (Entered: 10/27/2023) |
| 10/27/2023 | | Receipt of Schedules and Statements Filed( [23-16201-RAM](#)) [misc,schsia] ( 32.00) Filing Fee. Receipt number A43279438. Fee amount 32.00. (U.S. Treasury) (Entered: 10/27/2023) |
| 10/28/2023 | [33](#)<br>(3 pgs) | BNC Certificate of Mailing (Re: [28](#) Notice of Deadline to File Claims. Proofs of Claim due by 01/26/2024 (admin)) Notice Date 10/28/2023. (Admin.) (Entered: 10/29/2023) |
| 10/30/2023 | [34](#)<br>(2 pgs) | **Order Granting Application to Employ Christian Somodevilla, Esq. and LSS Law as Trustee's Counsel (Re: # [29](#)) (Valencia, Yamileth)** (Entered: 10/30/2023) |
| 11/08/2023 | 35 | Meeting of Creditors Held and Concluded. Debtor appeared.. (Mukamal, Barry) (Entered: 11/08/2023) |
| 11/08/2023 | [36](#)<br>(1 pg) | Certificate of Service Filed by Trustee Barry E Mukamal (Re: [34](#) Order on Application to Employ). (Somodevilla, Christian) (Entered: 11/08/2023) |

| | | |
|---|---|---|
| 11/09/2023 | 37 | The information required by 11 U.S.C. Sec. 521(a)(1) as provided by the debtor(s) in this case is complete to the satisfaction of the trustee. No creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. Sec. 521(i)(2) and the trustee does not believe that this case is subject to automatic dismissal pursuant to 11 U.S.C. Sec. 521(i). (Mukamal, Barry) (Entered: 11/09/2023) |
| 11/09/2023 | 38 (13 pgs; 2 docs) | Motion for Relief from Stay [Negative Notice] [Fee Amount $188] Filed by Creditor American Honda Finance Corporation (Attachments: # 1 Exhibit A) (Stewart, Gavin) (Entered: 11/09/2023) |
| 11/09/2023 | | Receipt of Motion for Relief From Stay( 23-16201-RAM) [motion,mrlfsty] ( 188.00) Filing Fee. Receipt number A43339365. Fee amount 188.00. (U.S. Treasury) (Entered: 11/09/2023) |
| 11/10/2023 | 39 (2 pgs) | Order Determining Debtor's Compliance with Filing Requirements of Section 521(a)(1). Deadline for any creditor or other party in interest to contest the court's finding shall file an objection not later 21 days from the date of entry of this order (admin) (Entered: 11/10/2023) |
| 11/10/2023 | 40 (2 pgs) | Motion to Dismiss Case Filed by Debtor Juan Pablo Navarro (Tromberg, Jeffrey) (Entered: 11/10/2023) |
| 11/10/2023 | 41 (1 pg) | Notice of Hearing by Filer (Re: 40 Motion to Dismiss Case Filed by Debtor Juan Pablo Navarro). Hearing scheduled for 12/07/2023 at 10:00 AM by Video Conference. (Tromberg, Jeffrey) (Entered: 11/10/2023) |
| 11/10/2023 | 42 (2 pgs) | Certificate of Service by Attorney Jeffrey H. Tromberg (Re: 40 Motion to Dismiss Case filed by Debtor Juan Pablo Navarro, 41 Notice of Hearing by Filer filed by Debtor Juan Pablo Navarro). (Tromberg, Jeffrey) (Entered: 11/10/2023) |
| 11/13/2023 | 43 (1 pg) | **Order Denying as Moot Motion for Clarification of the Automatic Stay Re: # 23** (Cohen, Diana) (Entered: 11/13/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/13/2023 16:57:08 | | | |
| **PACER Login:** | chrisprater | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 23-16201-RAM Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |