

ORDERED in the Southern District of Florida on November 10, 2023.

Robert A. Mark, Judge
United States Bankruptcy Court

---

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Case No: 23-16201-RAM
 Chapter 13
JUAN PABLO NAVARRO,

 _____Debtor_____/

### ORDER ON DEBTOR'S MOTION FOR CLARIFICATION

**THIS CAUSE** having come before the Court on November 9, 2023 upon the Debtor's Motion for Clarification [DE 23], and the court having reviewed the Motion and the file in this cause, and being otherwise fully advised in the premises, it is, therefore,

**ORDERED AND ADJUDGED** that the Motion is hereby DENIED AS MOOT due to the Debtor's immediate intent to seek to have his case dismissed without opposition. The Debtor may file a new Motion for Clarification, if necessary.

###

**Submitted by:**
FLORIDA DEBT RELIEF CENTER, LLC
2385 NW Executive Center Dr., Suite 100
Boca Raton, FL 33431
Phone# (954)-535-9905
jeff@debthappens.com
Attorney, Jeffrey H. Tromberg, is directed to mail a conformed copy of this order to all interested parties and to file a certificate of service with the clerk of the Bankruptcy Court.