## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

JUAN NAVARRO,

    *Plaintiff*,                                                  Case No. 23-61772-CIV-SMITH

v.

HOLLYWOOD IMPORTS LIMITED, INC.
and AUTONATION, INC.,

    *Defendants*.

_____/

## JOINT SCHEDULING REPORT AND DISCOVERY PLAN
## PURSUANT TO FED. R. CIV. P. 16(b) AND 26(f) AND LOCAL RULE 16.1(b)

Plaintiff Juan Navarro ("Plaintiff") and Defendants Hollywood Imports Limited, Inc. ("HIL") and AutoNation, Inc. ("AutoNation") (collectively "Defendants"), through undersigned counsel and pursuant to F.R.C.P. 16(b) and 26(f), and L.R. 16.1(b), file this Joint Scheduling Report and Discovery Plan, as follows:

## REPORT OF LOCAL RULE 16.1(b) CONFERENCE

    **A.**     **Likelihood of Settlement.**

The Parties agree settlement is possible and will continue to discuss resolutions throughout this litigation.

    **B.**     **The Likelihood of Appearance of Additional Parties.**

The Parties do not foresee the appearance of additional parties at this time.

    **C.**     **Proposed Limits on Time.**

Pursuant to Local Rule 16.1, the Parties recommend that the Court assign the case to the "standard track" case management track as described in Local Rule 16.1(a)(2)(B). The Parties agree to adhere to the following schedule:

| | |
|---|---|
| 1.  Joinder of any additional parties and filing of motion to amend the pleadings by | **12/20/2023** |
| 2.  Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **12/20/2023** |
| 3.  Plaintiffs shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **4/01/2024** |
| 4.  Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **5/01/2024** |
| 5.  Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **6/03/2024** |
| 6.  Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **7/15/2024** |
| 7.  Fact discovery shall be completed by | **6/28/2024** |
| 8.  Expert discovery shall be completed by | **6/28/2024** |
| 9.  Mediation shall be completed by **[no more than one month after the close of discovery]** | **7/26/2024** |
| 10. Dispositive motions, including summary judgment and *Daubert*, shall be filed by **[at least four months before the date for filing the Pretrial Stipulation]** | **8/23/2024** |
| 11. Deposition designations and counter designations shall be filed by **[at least two months before Trial date]** The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections.  Failure to comply with deadline and the meet and confer may result in objections being stricken or other appropriate sanctions. | **11/15/2024** |
| 12. All pretrial motions and memoranda of law, including motions *in limine*, shall be filed by **[at least one month before Trial date]** Prior to filing any motions *in limine*, the parties shall meet and confer in a good faith effort to resolve any issues.  If a party has multiple motions *in limine*, they shall be filed as a single omnibus motion.  All motions *in limine* and the responses shall be limited to one page per issue.  No replies shall be permitted. | **12/18/2024** |

**D.     Proposals for the Formulation and Simplification of Issues.**

None at this time. The Parties will continue to explore the possibility of simplifying issues for trial throughout this litigation.

**E.      Necessity or Desirability of Amendments to Pleadings.**

Although it may become necessary, the parties have no intention of filing amendments to the pleadings at this time.

**F.      The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence.**

None at this time. In conjunction with preparation of the Joint Pretrial Stipulation, counsel will confer regarding the authenticity of documents, the possibility of entering any stipulations, and any need for advance rulings from the Court on the admissibility of evidence.

**G.      Suggestions for the Avoidance of Unnecessary Proof and Cumulative Evidence.**

None at this time. In conjunction with the preparation of the Joint Pretrial Stipulation, the Parties will confer regarding ways to avoid unnecessary proof and cumulative evidence.

**H.      Suggestions for the Advisability of Referring Matters to Magistrate Judge or Master.**

The Parties do not agree to refer any matters to a Magistrate Judge or master at this time.

**I.      Preliminary Estimate of the Time Required for Trial.**

The parties currently estimate that trial of the action will take <u>three days</u>.

**J.      Requested Dates for Pretrial Conference and Trial.**

The Parties request that this cause be set for trial during the Court's two-week trial calendar beginning on <u>1/27/2025.</u> The Parties additionally request that Calendar Call be held on <u>1/21/2025 at 9:00 a.m.</u>

**K.      Additional Information.**

None at this time.

**L.     Any other information that might be helpful to the Court in setting the case for status or pretrial conference.**

None at this time.

## FEDERAL RULE OF CIVIL PROCEDURE SECTION 26(f) DISCOVERY PLAN

**A.     What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made.**

The parties will exchange initial disclosures on or before December 20, 2023.

**B.     The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues.**

The Parties anticipate conducting discovery appropriate to the Federal Rules and the Local Rules. The Parties have agreed on a schedule for discovery as outlined above and in their Proposed Scheduling Order Setting Civil Trial Date and Pretrial Schedule.

**C.     Any issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced.**

The Parties anticipate the discovery of electronically stored information and will work in good faith to resolve any issues should they arise, including to prepare a protocol governing the production of such information as necessary.

**D.     Any issues about claims of privilege or of protection as trial-preparation materials, including—if the parties agree on a procedure to assert those claims after production—whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502.**

The Parties anticipate that the rules of procedure, rules of evidence, and applicable statutes sufficiently address any issues that may arise. The parties will work together to resolve any issues related to privilege or protection before involving the court.

   **E.**  **What changes should be made in the limitation on discovery imposed under these rules or by local rule and what other limitations should be interposed.**

  The Parties do not propose any modifications to the limitations on discovery imposed under the rules or any additional limitations.

   **F.**  **Any other orders that the Court should include under Rule 26(c) or under Rule 16(b) and (c).**

  None at this time.

Dated: December 11, 2023

Respectfully submitted,

By: */s/ Michael A. Boehringer*
**Christopher S. Prater**
Florida Bar No.: 105488
cprater@pollardllc.com
**Jonathan E. Pollard**
Florida Bar No.: 83613
jpollard@pollardllc.com
**Michael A. Boehringer**
Florida Bar No.: 1018486
mboehringer@pollardllc.com
**POLLARD PLLC**
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 332-2380
Fax: (866) 594-5731
*Attorneys for Plaintiff*

-and-

By: */s/ Eric K. Gabrielle*
Eric K. Gabrielle, Esq.
Florida Bar No.: 160725
egabrielle@stearnsweaver.com
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
200 East Las Olas Blvd. Suite 2100
Fort Lauderdale, FL 33301
Telephone: 954-462-9527
Facsimile: 954-462-9567
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the forgoing document has been furnished to all counsel of record via CM/ECF on December 11, 2023.

By: /s/*Michael A. Boehringer*
Michael A. Boehringer
