UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JUAN NAVARRO,

       *Plaintiff,*                                    **CASE NO.: 0:23-cv-61772-RS**

v.

HOLLYWOOD IMPORTS LIMITED, INC.
d/b/a AUTONATION HONDA HOLLYWOOD;
and AUTONATION, INC.,

       *Defendants*.
_____/

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Plaintiff, through undersigned counsel and pursuant to this Court's Orders (D.E. 7 and D.E. 24) and Federal Rule of Civil Procedure 7.1, submits his Corporate Disclosures Statement and Certificate of Interested Parties, and states:

1. Corporate Disclosure. Plaintiff is an individual. There is no parent corporation or publicly held corporations that own 10% of more of stock.

2. Interested Persons. The following persons, attorneys, association of persons, firms, law firms, partnerships, and corporations have or may have an interest in the outcome of this action:

    a. Juan Navarro – Plaintiff
    b. Hollywood Imports Limited, Inc. – Defendant
    c. AutoNation, Inc. – Defendant
    d. AXIS Insurance company – Insurer for Defendant(s)
    e. Zurich American Insurance Company – Insurer for Defendant(s)
    f. Pollard PLLC – Counsel for Plaintiff
    g. Christopher S. Prater, Esq. – Counsel for Plaintiff
    h. Jonathan E. Pollard, Esq. – Counsel for Plaintiff
    i. Michael A. Boehringer, Esq. – Counsel for Plaintiff
    j. Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. – Counsel for Defendants
    k. Eric K. Gabrielle, Esq. – Counsel for Defendants

Dated: December 11, 2023                             Respectfully submitted,

                                                     By: */s/ Michael A. Boehringer*
                                                         Christopher S. Prater
                                                         Florida Bar No.: 105488
                                                         cprater@pollardllc.com

                                                         Jonathan E. Pollard
                                                         Florida Bar No.: 83613
                                                         jpollard@pollardllc.com

                                                         Michael A. Boehringer
                                                         Florida Bar No.: 1018486
                                                         mboehringer@pollardllc.com

                                                         **POLLARD PLLC**
                                                         401 E. Las Olas Blvd., # 1400
                                                         Fort Lauderdale, Florida 33301
                                                         Telephone: (954) 332-2380
                                                         Fax: (866) 594-5731
                                                         *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the forgoing document has been furnished to all counsel of record via CM/ECF on December 11, 2023.

                                                     By: */s/ Michael A. Boehringer*
                                                         Michael A. Boehringer