## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

JUAN NAVARRO,

                 *Plaintiff,*                          **CASE NO.: 0:23-cv-61772-RS**

v.

HOLLYWOOD IMPORTS LIMITED, INC.;
and AUTONATION, INC.,

                 *Defendants.*

_____/

## NOTICE OF MEDIATION

The parties hereby select Andrew Byrne, Esq. as the mediator in this case. The mediation conference is scheduled to occur via Zoom on April 11, 2024, starting at 10:00 a.m.

Dated this 20th day of December, 2023.

| | |
|---|---|
| By: */s/ Eric K. Gabrielle* | By: /s/ *Christopher S. Prater* |
| Eric K. Gabrielle, Esq. | Christopher S. Prater |
| Florida Bar No.: 160725 | Florida Bar No.: 105488 |
| egabrielle@stearnsweaver.com | cprater@pollardllc.com |
| **STEARNS WEAVER MILLER WEISSLER** | Jonathan E. Pollard |
| **ALHADEFF & SITTERSON, P.A.** | Florida Bar No.: 83613 |
| 200 East Las Olas Blvd. Suite 2100 | jpollard@pollardllc.com |
| Fort Lauderdale, FL 33301 | Michael A. Boehringer |
| Telephone: 954-462-9527 | Florida Bar No.:1018486 |
| Facsimile: 954-462-9567 | mboehringer@pollardllc.com |
| *Attorneys for Defendants* | **Pollard PLLC** |
| | 401 E. Las Olas Blvd., #1400 |
| | Fort Lauderdale, FL 33301 |
| | Telephone: 954-332-2380 |
| | Facsimile: 866-594-5731 |
| | *Attorneys for Plaintiff* |

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 20th day of December, 2023, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send

a notice of electronic filing to all counsel of record.

By: <u>/s/ *Christopher S. Prater*</u>
Christopher S. Prater