UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-61772-CIV-SMITH

JUAN NAVARRO,

    Plaintiff,
v.

HOLLYWOOD IMPORTS LIMITED,
INC., *et al.*,

    Defendants.
_____/

### ORDER SETTING CIVIL TRIAL DATE, PRETRIAL DEADLINES, AND REFERRAL TO MAGISTRATE JUDGE

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **January 13, 2025 at 9:00 a.m.** in Courtroom 207, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301. If the case cannot be tried during the two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. The **Calendar Call** will be held at **9:00 a.m. on January 7, 2025,** in Courtroom 207, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301. The parties shall adhere to the following schedule:

1. Joinder of any additional parties and filing of motion to amend the pleadings by — **January 12, 2024**

2. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by — **January 12, 2024**

3. Plaintiffs shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by — **April 1, 2024**

4. Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by — **May 1, 2024**

5. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by — **May 31, 2024**

6. Written lists containing the names and addresses of all fact witnesses, including rebuttal witnesses, intended to be called at trial by **May 31, 2024**

7. Fact discovery shall be completed by **June 28, 2024**

8. Expert discovery shall be completed by **June 28, 2024**

9. Mediation shall be completed by **July 26, 2024**

10. Dispositive motions, including summary judgment and *Daubert*, shall be filed by **August 9, 2024**

11. Deposition designations and counter designations shall be filed by **October 15, 2024**

    The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections. Failure to comply with the deadline and the meet and confer may result in objections being stricken or other appropriate sanctions.

12. All pretrial motions and memoranda of law, including motions *in limine* and trial briefs, shall be filed by **December 6, 2024**

    Prior to filing any motions *in limine*, the parties shall meet and confer in a good faith effort to resolve any issues. If a party has multiple motions *in limine*, they shall be filed as a single omnibus motion. All motions *in limine* and the responses shall be limited to one page per issue. No replies shall be permitted.

13. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by **December 6, 2024**

    When the parties cannot agree on specific jury instructions, the submitted instructions shall clearly indicate which party has proposed the specific instruction.

**REFERRAL TO MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 1 of the Magistrate Rules of the Southern District of Florida, all motions for attorney's fees, costs, and sanctions, plus all non-dispositive pretrial motions (PTN) are **REFERRED t**o Magistrate Judge Reid for appropriate resolution.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 3rd day of January, 2024.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　RODNEY SMITH
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record