UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JUAN NAVARRO,

    *Plaintiff,*

v.

                              **CASE NO.: 0:23-cv-61772-RS**

HOLLYWOOD IMPORTS LIMITED, INC.;
and AUTONATION, INC.,

    *Defendants.*

_____/

## **AMENDED NOTICE OF MEDIATION**

The parties previously filed a notice selecting Andrew Byrne, Esq. as the mediator in this case and setting a Zoom mediation. D.E. 29. After that notice was filed, the Court entered the Order of Referral to Mediation (D.E. 31) requiring mediation to occur in person. Accordingly, mediation is being rescheduled for 10 a.m. on March 7, 2024, at the offices of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., 200 East Las Olas Boulevard, Suite 2100 (PH-A), Fort Lauderdale, FL 33301.

Dated this 12th day of January 2024.

By: */s/ Eric K. Gabrielle*
Eric K. Gabrielle, Esq.
Florida Bar No.: 160725
egabrielle@stearnsweaver.com
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
200 East Las Olas Blvd. Suite 2100
Fort Lauderdale, FL 33301
Telephone: 954-462-9527
Facsimile: 954-462-9567
*Attorneys for Defendants*

By: */s/ Michael A. Boehringer*
Christopher S. Prater
Florida Bar No.: 105488
cprater@pollardllc.com
Jonathan E. Pollard
Florida Bar No.: 83613
jpollard@pollardllc.com
Michael A. Boehringer
Florida Bar No.:1018486
mboehringer@pollardllc.com
**Pollard PLLC**
401 E. Las Olas Blvd., #1400
Fort Lauderdale, FL 33301
Telephone: 954-332-2380
Facsimile: 866-594-5731

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of January 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all counsel of record.

By: /s/ *Michael A. Boehringer*
Michael A. Boehringer