## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 0:23-cv-61772-RS

JUAN NAVARRO,

     Plaintiff,

v.

HOLLYWOOD IMPORTS LIMITED, INC.,

     Defendant.

_____/

### MEDIATOR'S REPORT

On March 7, 2024, beginning at 10:00 a.m. (eastern), in-person mediation was conducted

on this case between the parties.  All parties and interested persons appeared with counsel.  The

Mediator reports as follows:

     \_\_\_\_\_ AGREEMENT was reached in full.

     \_\_\_X\_\_\_ IMPASSE was declared.

                         */s/D. Andrew Byrne*
                         D. Andrew Byrne, Esq., B.C.S.
                         Labor & Employment and Business Litigation
                         Circuit Civil Mediator # 31732 R
                         Fla. Bar No. 0905356
                         New York Bar No. 4543120
                         Illinois Bar No. 6330729
                         Tenn. Bar No. 11431
                         **ANDREW BYRNE & ASSOCIATES, PA**
                         801 Brickell Avenue, 8th Floor
                         Miami, Florida 33131
                         305-433-7823
                         305-433-5102 (fax)
                         andrew@byrnepa.com