UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JUAN NAVARRO,

    *Plaintiff*,

v.

Case No.: 0:23-cv-61772-RS

HOLLYWOOD IMPORTS LIMITED, INC.
and AUTONATION, INC.,

    *Defendants*.

_____/

## JOINT MOTION TO CONTINUE DISCOVERY HEARING

Plaintiff Juan Navarro ("Plaintiff") and Defendants Hollywood Imports Limited, Inc. ("HIL") and AutoNation, Inc. ("AutoNation") (collectively "Defendants"), pursuant to this Court's Paperless Order Setting Discovery Hearing (D.E. 36) (the "Order"), hereby move to continue the April 3, 2024 discovery hearing:

## MEMORANDUM OF LAW

On March 21, 2024, Plaintiff timely contacted Magistrate Judge Lisette Reid's Chambers regarding a discovery dispute and requested a hearing be scheduled. On March 22, 2024, the Order was entered, which set Discovery Hearing for April 3, 2024 at 2:30 PM via Zoom and instructed the Parties to file the instant motion if either is unavailable on that date. *See* D.E. 36.

Plaintiff's undersigned counsel, who has led the discovery conferrals at issue, is currently scheduled for a full day mediation on April 3, 2024 in another case. *See Jennings v. J.W. Cheatham LLC*, S.D.F.L. Case No. 9:23-cv-80995-RLR (D.E. 27 – Amended Notice of Mediation, filed March 5, 2024). With this scheduling conflict in mind, the Parties conferred and respectfully request that the Discovery Hearing be continued and set to occur on either April 24, 2024 or May 1, 2024.

WHEREFORE, for the reasons set for above, the Parties respectfully request that this Court enter an order continuing the April 3, 2024 discovery hearing and resetting the matter for either April 24, 2024 or May 1, 2024.

Dated: March 25, 2024                                  Respectfully submitted,

By: */s/ Christopher S. Prater*
**Christopher S. Prater**
Florida Bar No.: 105488
cprater@pollardllc.com

**POLLARD PLLC**
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 332-2380
Fax: (866) 594-5731
*Attorneys for Plaintiff*

-and-

By: */s/ Eric K. Gabrielle*
Eric K. Gabrielle, Esq.
Florida Bar No.: 160725
egabrielle@stearnsweaver.com
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
200 East Las Olas Blvd. Suite 2100
Fort Lauderdale, FL 33301
Telephone: 954-462-9527
Facsimile: 954-462-9567
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the forgoing document has been furnished to all counsel of record via CM/ECF on March 25, 2024.

By: */s/ Christopher S. Prater*
**Christopher S. Prater**