UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JUAN NAVARRO, an individual,

    *Plaintiff,*     **CASE NO.: 0:23-cv-61772-RS**

v.

HOLLYWOOD IMPORTS LIMITED, INC.
d/b/a AUTONATION HONDA HOLLYWOOD,
a Florida Corporation; and AUTONATION, INC.,
a Delaware Corporation,

    *Defendants.*
_____/

**PROPOSED ORDER GRANTING
JOINT MOTION TO CONTINUE DISCOVERY HEARING**

    **THIS CAUSE** came before the Court on the Parties' Joint Motion to Continue Discovery Hearing (D.E. 37). The Court having considered the record hereby ORDERS and ADJUDGES:

1. The Motion is GRANTED.
2. The Discovery Hearing scheduled for April 3, 2024 is hereby continued to April 24, 2024 at 2:30 PM via Zoom.

    DONE and ORDERED in Fort Lauderdale, Florida on this _____ day of March 2024.

                                                                                 _____

                                                                                  UNITED STATES MAGISTRATE JUDGE