## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

JUAN NAVARRO,

    *Plaintiff*,

v.

    Case No.: 0:23-cv-61772-CIV-SMITH

HOLLYWOOD IMPORTS LIMITED, INC.
and AUTONATION, INC.,

    *Defendants*.

_____/

## NOTICE OF HEARING
(*Hearing set by Order of this Court - D.E. 38*)

Pursuant to D.E. 36 and D.E. 38, Plaintiff files this Notice of Hearing regarding the below listed discovery disputes will be called up for hearing on April 24, 2024 at 11:00 AM before Magistrate Judge Lisette M. Reid. Zoom information for the hearing is: Meeting ID: 160 380 9893; Passcode: 480851.

## Discovery Disputes at Issue[1]

1. Defendant Hollywood Imports Limited, Inc.'s responses and objections to Plaintiff's First Request for Production, numbers 5-6 and 19-24; and

2. Defendant AutoNation, Inc.'s responses and objections to Plaintiff's First Request for Production, numbers 5-6 and 19-24.

This case seeks relief for Negligent Supervision, Negligent Retention, Violation of Title VII (Constructive Discharge), Violation of Title VII (Hostile Work Environment), Violation of the FCRA (Constructive Discharge), and Violation of the FCRA (Hostile Work Environment).

Defendants objected to each request (1) on privilege and work product grounds, (2) as not reasonably particularized and seeking information that is not relevant or proportional to the claims

---

[1] The at issue requests to and responses by each Defendant are identical and are addressed together.

and defenses to the extent they seek anything about complaints by individuals other than Plaintiff or about individuals other than Joseph Rodriguez, and (3) claiming the requests seek information "subject to confidentiality assurances and obligations" and are invasive of "privacy rights" of non-party complainants and "not pertinent to or probative of any claim".

During conferral:

- Plaintiff clarified that, in short, the requests at issue seek the following: documents constituting and regarding complaints (including investigative materials) made between January 1, 2022 and the present about sexual harassment, sexual abuse, the working environment, and the conduct of specific management level employees (Joseph Rodriguez, David Losk, Carl Vanderwarker, and Joseph Rey), which occurred in the dealership where Plaintiff worked, prior to the end Plaintiff's employment with Defendants.

- Plaintiff clarified that the "working environment" as used in these requests, means "yelling, screaming, cussing, intimidation, physical violence, threats of physical violence, racism (including slurs, stereotypes, and referring to individuals by the incorrect ethnicity or nationality), and other vulgar or obscene language and conduct."

- Defendants' counsel represented that only two complaints were made concerning Joseph Rodriguez during the subject timeframe (one by Plaintiff and one email chain between Asim Faizan and Defendants' Human Resource official). Defendants maintain that Mr. Faizan's emails with the HR official are confidential pursuant to internal policies and because Mr. Faizan has indicated he has an expectation of confidentiality. Defendants acknowledge that Mr. Faizan is free to

produce the email chain himself. Mr. Faizan's deposition duces tecum (seeking the same materials) is scheduled for April 22, 2024. Defendants' counsel has agreed to produce the email chain at Mr. Faizan's deposition if Mr. Faizan consents at or prior to the deposition, or upon further Order of the Court.

- For documents concerning complaints about Messrs. Vanderwarker, Losk, and Rey (which are at issue in requests 5-6 and in requests 19-24), Defendants maintain that there have been no complaints of sexual harassment or abuse by these individuals. Defendants refuse to produce documents concerning complaints regarding any other conduct by those individuals. Plaintiff maintains that any complaints regarding Messrs. Vanderwarker, Losk, and Rey are relevant and discoverable under Fed. R. Civ. P. 26(b)(1). *See, e.g.,* D.E. 1 at ¶¶ 24-25, n.2.

## Local Rule 7.1(a)(3) Certification

The undersigned hereby certified that the parties complied with the pre-filing conference required by Southern District of Florida Local Rule 7.1(a)(3) because they have conferred regarding the discovery disputes at issue via phone calls on March 13, 20, and 28, 2024 and April 3, 2024 and via emails sent on March 14-15, 20-22, and 29, 2024 and April 2 and 3, 2024.

Dated: April 3, 2024                                    Respectfully submitted,

By: */s/ Christopher S. Prater*
**Christopher S. Prater**
Florida Bar No.: 105488
cprater@pollardllc.com
**Pollard PLLC**
401 E. Las Olas Blvd., #1400
Fort Lauderdale, FL 33301
Telephone: 954-332-2380
Facsimile: 866-594-5731
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the forgoing document has been furnished to all counsel of record via CM/ECF on April 3, 2024.

Eric K. Gabrielle, Esq.
Florida Bar No.: 160725
egabrielle@stearnsweaver.com
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
200 East Las Olas Blvd. Suite 2100
Fort Lauderdale, FL 33301
Telephone: 954-462-9527
Facsimile: 954-462-9567
*Counsel for Defendants*

By: */s/ Christopher S. Prater*
Christopher S. Prater