UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-61772-CIV-SMITH

JUAN NAVARRO,

    Plaintiff,

v.

HOLLYWOOD IMPORTS LIMITED, INC.,
and AUTONATION, INC.

    Defendant.

_____/

## DEFENDANTS' NOTICE OF FILING DEPOSITION TRANSCRIPT OF PLAINIFF

Defendants Hollywood Imports Limited, Inc. and AutoNation, Inc., through undersigned counsel, give notice of the filing of the deposition transcript of Plaintiff Juan Navarro as ECF No. 40-1.

    s/ *Eric K. Gabrielle*
Eric K. Gabrielle (Florida Bar No. 160725)
Email: egabrielle@stearnsweaver.com
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
200 East Las Olas Boulevard – Suite 2100
Fort Lauderdale, Florida 33301
Telephone: 954-462-9527
Facsimile: 954-462-9567
*Attorneys for Defendants*

#12698632 v1