UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-61772-CIV-SMITH

JUAN NAVARRO,

    Plaintiff,
v.

HOLLYWOOD IMPORTS LIMITED, INC.,
and AUTONATION, INC.

    Defendant.
_____/

## DEFENDANTS' NOTICE OF FILING EXHIBITS TO DEPOSITION TRANSCRIPT OF PLAINIFF

Defendants Hollywood Imports Limited, Inc. and AutoNation, Inc., through undersigned counsel, give notice of the filing of the Exhibits to the deposition transcript of Plaintiff Juan Navarro as ECF No. 41-1 through 41-16.

                                  s/  *Eric K. Gabrielle*
                                  Eric K. Gabrielle (Florida Bar No. 160725)
                                  Email:  egabrielle@stearnsweaver.com
                                  **STEARNS WEAVER MILLER WEISSLER**
                                  **ALHADEFF & SITTERSON, P.A.**
                                  200 East Las Olas Boulevard – Suite 2100
                                  Fort Lauderdale, Florida  33301
                                  Telephone:  954-462-9527
                                  Facsimile:  954-462-9567
                                  *Attorneys for Defendants*

#12698638 v1