**M Gmail**                                                                  Jp Navarro <navarrojuleo@gmail.com>

## FW: 2 weeks Resignation

**Navarro, Juan P** <NavarroJ1@autonation.com>                               Thu, Apr 6, 2023 at 7:03 PM
To: Jp Navarro <navarrojuleo@gmail.com>

**From:** Navarro, Juan P
**Sent:** Thursday, April 6, 2023 6:51 PM
**To:** Losk, David <LoskD@autonation.com>
**Subject:** 2 weeks Resignation

Hello David.

I hope this email finds you well.

David.

I'm turning in my two-week resignation. I have found an opportunity somewhere else, but I would like to thank you and Autonation for the opportunity working here.

I wish you well and Hoping one day we will cross paths again.

Best Regards

Juan P Navarro

CONFIDENTIAL: This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). Any dissemination or use of this electronic email or its contents (including any attachments) by persons other than the intended recipient(s) is strictly prohibited. If you have received this message in error, please notify us immediately by reply email so that we may correct our internal records. Please then delete the original message (including any attachments) in its entirety. Thank you



DEFENDANT'S EXHIBIT 1