**alarrea@oceanautomotivegroup.com**

| | |
|---|---|
| **From:** | Adriana Larrea <alarrea@oceanautomotivegroup.com> |
| **Sent:** | Friday, April 7, 2023 1:02 PM |
| **To:** | navarrojuleo@gmail.com |
| **Subject:** | Offer Letter |
| **Attachments:** | Juan Navarro.pdf |

Dear Juan,

I am pleased to extend the following offer of employment to you on behalf of Ocean Mazda. You have been selected as the best candidate for the sales position.
Congratulations!
Please review the attached offer letter and send it back to me with your signature.
If you have any questions, please let me know.

Regards,
Adriana Larrea

1



Ocean Auto Center II, Inc. - 0001



## OCEAN AUTOMOTIVE GROUP

### AUTO CLUB

April 3rd, 2023

Juan Navarro
311 North State Rd 7 #1203
Plantation, Fl. 33317

Dear Juan,

Thank you for your interest in wanting to secure employment with Ocean Automotive Group. We are pleased to offer you the position Salesperson starting April 10th, 2023. In this capacity you will report to Osmand Ferrufino. Your starting compensation will be paid on a bi-weekly pay schedule, in the amount of $ 800.00. This a draw against your monthly commission Benefits are summarized below.

Please consult the Employee Handbook for eligibility rules:

- ☐ You may be eligible for the contributory group health plan that includes medical coverage. Coverage is effective after 30 days of employment.

- ☐ You may be eligible for the company's 401(k) savings plan effective after 90 days of employment for anyone over 21 years of age.

- ☐ You will be required to complete a 90-day probationary period. I understand that my continued employment is based upon the successful completion of the 90-day probationary period commencing on the starting date indicated above. Additionally, I understand that this does not guarantee continuous employment with Ocean Automotive Group during the probationary period or subsequent to the same.

I am enthusiastic about the opportunity to have you join us on April 10th, 2023. We feel that you can make a significant contribution to the growth and progress of our organization, and think you will find the challenge and opportunity you desire. If you have any questions or other remaining issues, please feel free to contact me at 786-464-1100.

To activate this employment offer, please sign at the bottom of this letter.

Sincerely,

*[signature]*
Adriana Larrea

Ocean Automotive Group


I accept this offer and its terms as outlined in this letter and my application for employment.

_____    04/3/2023
Signature                          Date

Ocean Auto Center II, Inc. - 0002

**alarrea@oceanautomotivegroup.com**

| | |
|---|---|
| **From:** | Jp Navarro <navarrojuleo@gmail.com> |
| **Sent:** | Friday, April 28, 2023 5:51 PM |
| **To:** | Adriana Larrea |
| **Subject:** | Re: Start Date |

Thank you, looking forward to it!

On Fri, Apr 28, 2023, 4:02 PM Adriana Larrea <alarrea@oceanautomotivegroup.com> wrote:
Good Afternoon!!!

We are very excited to have you starting on Monday.

Please remember you will be working at the below location:

14000 SW 137th Ave, Miami, FL

Your start time is at 9 a.m on that day.

If you need further information, please let me know.

Regards,
Adriana Larrea

1

Ocean Auto Center II, Inc. - 0003

**alarrea@oceanautomotivegroup.com**

**From:** Jp Navarro <navarrojuleo@gmail.com>
**Sent:** Friday, April 28, 2023 5:51 PM
**To:** Adriana Larrea
**Subject:** Re: Start Date

Thank you, looking forward to it!

On Fri, Apr 28, 2023, 4:02 PM Adriana Larrea <alarrea@oceanautomotivegroup.com> wrote:
Good Afternoon!!!

We are very excited to have you starting on Monday.

Please remember you will be working at the below location:

14000 SW 137th Ave, Miami, FL

Your start time is at 9 a.m on that day.

If you need further information, please let me know.

Regards,
Adriana Larrea

1

Ocean Auto Center II, Inc. - 0004

**alarrea@oceanautomotivegroup.com**

| | |
|---|---|
| **From:** | sparets@oceanautomotivegroup.com |
| **Sent:** | Monday, May 1, 2023 9:54 AM |
| **To:** | 'Anthony Diaz' |
| **Cc:** | alarrea@oceanautomotivegroup.com |
| **Subject:** | Juan Navarro |

Good morning Tony,

I created the email for Juan Navarro. He is a new salesperson for West Kendall.

Sindi Parets-Sanchez
Office Manager
sparets@oceanautomotivegroup.com
786-464-1100 ext 1164



1