DocuSign Envelope ID: A887E1A7-B5A6-4337-94BF-58B4CE939AD4

EEOC Form 5 (06/22)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[X] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>**510-2023-07302** |
|---|---|---|

**Florida Commission On Human Relations** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev., etc.)<br>**Juan P. Navarro** | Home Phone (Incl. Area Code)<br>**832-282-8714** | Date of Birth<br>**02/01/1961** |
|---|---|---|

Street Address, City, State and ZIP Code
**16808 SW 137th Ave. Miami, FL 33177 (email: navarrojuleo@gmail.com)**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**Hollywood Imports Limited, Inc., dba AutoNation Honda Hollywood** | No. Employees, Members<br>**25+** | Phone No. (Include Area Code)<br>**954-744-0433** |
|---|---|---|

Street Address, City, State and ZIP Code
**2400 North 60th Ave., Hollywood, FL 33301**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

Street Address, City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **7/2022**   Latest: **4/2023**
[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Claimant, Juan Navarro was a former Hollywood Imports Limited, Inc., dba AutoNation Honda Hollywood's ("Respondent") employee. During Mr. Navarro's employment with Respondent, he was subjected to sexual harassment. This conduct violated Title VII of the Civil Rights Act of 1964 and the Florida Civil Rights Act.

Please see Attachment "A" for details.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 6/9/2023          *DocuSigned by:* [signature]<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

DEFENDANT'S EXHIBIT 3

EEOC - MDO
Received 06/09/2023
EEOC 0001

DocuSign Envelope ID: A887E1A7-B5A6-4337-94BF-58B4CE939AD4

## ATTACHMENT "A"

On March 28, 2022, Claimant, Juan P. Navarro ("Claimant", was hired as a sales consultant at Hollywood Imports Limited, Inc., dba AutoNation Honda Hollywood ("Respondent") located at 2400 North 60th Ave., Hollywood, FL 33301. Claimant was subjected to repeated sexual harassment by a sales manager at this location. As a result, he resigned in April 2023, and left the company on May 5, 2023.

Beginning in approximately July 2022, Claimant's his direct sales manager, Joey Rodriguez ("Rodriguez"), started to behave inappropriately and sexually towards Claimant. On numerous occasions, Rodriguez invaded Claimant's personal space: he hugged Claimant from behind, touched Claimant's nipples and buttocks, kissed Claimant's neck, and told Claimant that he loved him.
At first, Claimant did not contact Human Resources because he felt embarrassed and he thought he could lose his job, his family's only income. Claimant always objected to the treatment to Rodriguez.

On one occasion Rodriguez sent Claimant to the second floor to load paper to the copy machine, a place where Claimant would be away from everyone else. Rodriguez followed behind Claimant and grabbed Claimant from behind. Claimant was very upset. Rodriguez responded, "I like you so much, just give me five minutes." Claimant walked away.

Claimant called Human Resources and left a message, but no one called him back.

Many of Claimant's superiors and co-workers saw Rodriguez's treatment of Claimant. Because Rodriguez is related to Joe Rey (General Manager) his behavior was allowed to continue.

As a result of the humiliation and disrespect from management, Claimant, a top producer, left the company. He emailed HR, but to this day no one has contacted him.

During Claimant's employment with Respondent, he was subjected to sexual harassment. This conduct violated Title VII of the Civil Rights Act of 1964 and the Florida Civil Rights Act.

EEOC - MDO
Received 06/09/2023
EEOC 0002

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Miami District Office
100 SE 2nd St, Suite 1500
Miami, FL 33131
(800) 669-4000
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/25/2023

**To:** Juan P. Navarro
16808 SW 137th Ave
Miami, FL 33177
Charge No: 510-2023-07302

EEOC Representative and email:   WIGBERTO PEREZ PEREZ
Investigator
Wigberto.PerezPerez@eeoc.gov

### DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 510-2023-07302.

On behalf of the Commission,

Digitally Signed By:Evangeline Hawthorne
07/25/2023
Evangeline Hawthorne
Director

EEOC 0003

Cc:
Eric Gabrielle
Stearns Weaver Miller
200 E LAS OLAS BLVD STE 2100
Fort Lauderdale, FL 33301

Cary Pachecoc
200 SW 1st Ave
Fort Lauderdale, FL 33301

Deaken Shuler
401 E. Las Olas Blvd #1400
Fort Lauderdale, FL 33301

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to **https://www.eeoc.gov/employees/lawsuit.cfm**.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
**https://www.eeoc.gov/employees/lawsuit.cfm**.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review. Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 510-2023-07302 to the District Director at Evangeline Hawthorne, 100 SE 2nd St Suite 1500 Miami, FL 33131.

You can also make a FOIA request online at **https://eeoc.arkcase.com/foia/portal/login**.

Enclosure with EEOC Notice of Closure and Rights (01/22)

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to: https://www.eeoc.gov/eeoc/foia/index.cfm.