

Jp Navarro <navarrojuleo@gmail.com>

## Fwd: Sales Rep JP Navarro
1 message

**Navarro, Juan P** <NavarroJ1@autonation.com>  Sun, Apr 2, 2023 at 10:32 AM
To: Jp Navarro <navarrojuleo@gmail.com>

Sent via the Samsung Galaxy S21 Ultra 5G, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** LOUISA ROGERS <lrogers711@me.com>
**Sent:** Sunday, April 2, 2023, 7:21 AM
**To:** dominquezb@autonation.com <dominquezb@autonation.com>
**Subject:** Sales Rep JP Navarro

Mr. Dominquez:

I just purchased my new Civic from your dealership yesterday. However, it was not my first car from Autonation Honda; it was my fifth Civic from your dealership. I am a customer from before you became Autonation. I know this dealership since it was Maroone Honda a few blocks south of where you are now. For the past twelve years I have also used your Service Department. I always go to Rocky. I am, what is called, a loyal customer.

JP helped me with purchasing my new Civic, and I want you to know how terrific he was. I really could not have managed the sale, rental car, and purchase without his attention to detail, patience, expertise, and most of all kindness.

For all those who give auto sales a bad name, JP is the antidote. If he worked for me, I'd see that he was happy and well-paid, so he stays.

Thanks again JP.

Sincerely,

Dr. Louisa Rogers
Lrogers711@me.com
Florida Atlantic University
College of Business
954-684-4156

CONFIDENTIAL: This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). Any dissemination or use of this electronic email or its contents (including any attachments) by persons other than the intended recipient(s) is strictly prohibited. If you have received this message in error, please notify us immediately by reply email so that we may correct our internal records. Please then delete the original message (including any attachments) in its entirety. Thank you



DEFENDANT'S EXHIBIT 4