# Juan P Navarro

Miami, FL 33177
navarrojuleo3_q9z@indeedemail.com
+1 832 282 8714

Personable and persistent Sales Associate with 25+ years of experience in automotive Industry , Manufactured Homes (Mobile Homes) RV (recreational Vehicles) and currently for the past 6 years in the Boat Sales. Excellent interpersonal skills, able to build relationships easily with customers. Detail-oriented and highly professional. Consistently exceeds sales goals and wins sales contests.

Willing to relocate: Anywhere
Authorized to work in the US for any employer

## Work Experience

### Sales Associate
Automation Honda - Hollywood, FL
March 2022 to March 2023

Sell and lease New automobiles. Always consistently doing the ABCs of sales. always achieving and searching the number one producer.

Follow up with clients and looking to achieve the sales and doing an average of 10 calls per day and trying to achieve 2 to 4 appointments per week.

Walk inventory daily to get acquainted with the product and making sure the car is neat for delivery.

On deliveries, make sure equipment and accessories were audit and making sure that were install accordingly as customer requested.

As a sales consultant, I was doing inventory weekly and taking pictures of the inventory to upload them to the market place and other social medias.

### Retail Sales Associate
Nationwide Mobile Homes - Houston, TX
June 2001 to January 2003

Meet and greet, show the product, sale the company and do a Follow up with clients and looking to achieve the sales and doing an average of 10 calls per day and trying to achieve 2 to 4 appointments per week.
Walk inventory daily to get acquainted with the product and making sure boats were in order.
On deliveries, make sure equipment and accessories were audit and making sure that were install accordingly as customer requested.
Making sure homes were clean in the sakes center, no missing parts and presentable to customers.
As a sales consultant I walked the inventory weekly and making sure to learn more about the product.

### Mobile home Sales
Clayton Homes - Houston, TX



February 1996 to May 2002

I had to make sure customers had a positive experience by providing enthusiastic, prompt, and personable service.

Constantly updated product line knowledge to ensure customer questions could always be answered Upheld company standards, meet and greet, sell the company, future benefit, show the home models, take applications and send them to finance.

I had to make sure customers had a positive experience by providing enthusiastic, prompt, and personable service.
Constantly updating product line and knowledge of product to ensure customer questions that could always be answered .
Upheld company standards, met and greet, sell the company, future benefit, take applications and send them to finance.

In 1998 I became number one in the company out of 6000 employees and 600 hundred sale centers which it was a great pride to know I exceeded company expectations.
Learn finance, loan programs as FHA, VA and conventional which it was very challenging to work with average credit and able to help them to get conditions and getting ready to close loans.

### Manufacture Mobile Home Sales
Oakwook Mobile Homes - Houston, TX
February 1996 to June 2001

I had to make sure customers had a positive experience by providing enthusiastic, prompt, and personable service.

Constantly updated product line knowledge to ensure customer questions could always be answered Upheld company standards, following strict guidelines for conversation scripts and checkout procedures I also did consignment and did very well.

I also did Advertising on craigslist, newspaper and facebook to bring clients to the sales center.
Basically, doing the A to Z to meet and greet, sale the company, show product and close.

Inventory was something we had to do to make sure we knew what we had to sell. Market the product in internet and place them on Letgo, facebook instagram etc.

Assist the finance manager to take applications and collect conditions for the loan. Once they were approved, set the appointment and walk them through the loan Documents.

Education

### High School Diploma
Waubonsee Community College - Aurora, IL
May 1984

Plaintiff0002

## Skills

- Customer Service
- Also have the knowledge of some os construction supervision (7 years)
- Fair Housing Regulations
- Property Management
- Sales Management
- Loan Officer Experience
- Communication skills
- Bilingual/ English, Spanish (10+ years)
- Time management
- Spanish
- Understand the processes of rehabbing Real state (7 years)
- Sales
- Communication skills
- Time management
- Negotiation
- Microsoft Office
- Organizational skills
- Retail sales
- Customer service
- Leadership
- Construction

## Languages

- Spanish - Fluent

## Certifications and Licenses

**Driver's License**

**Motorcycle License**

Plaintiff0003