| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|-----|------|-------|-------|-----------|-----|
| **OMY** | 000368 | 021800 | | 0000190010 | 1 |

# Earnings  Statement

ADP

OCEAN  AUTO  CENTER  II, INC.
DBA:OCEAN  AUTO  MAZDA  WEST  KENDALL
14000  S.W  137  AVE
MIAMI,  FL  33186

Period Beginning:     04/24/2023
Period Ending:        05/07/2023
Pay  Date:            05/12/2023

Filing Status: Married  filing jointly
Exemptions/Allowances:
   Federal:  Tax blocked

JUAN  NAVARRO
311  NORTH  ST  RD  7  #1203
PLANTATION   FL  33317

| Earnings | rate | salary/hours | this  period | | year  to  date |
|----------|------|--------------|--------------|--|----------------|
| Regular | 800.00 | 80.00 | 800.00 | | 800.00 |
| **Gross Pay** | | | **$800.00** | | 800.00 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Social  Security  Tax | -49.60 | 49.60 |
| | Medicare  Tax | -11.60 | 11.60 |
| | **Net Pay** | **$738.80** | |
| | Checking | -738.80 | 738.80 |
| | **Net Check** | **$0.00** | |

Your  federal  taxable  wages  this  period  are  $800.00

| Other  Benefits  and Information | this  period | total  to  date |
|---------------------------------|--------------|-----------------|
| Totl  Hrs  Worked | 80.00 | |

### Important  Notes

ADP  TotalSource,  Inc.,A  Professional  Employer  Organization
10200  Sunset  Drive,  Miami,  FL  33173
1-844-448-0325

BASIS  OF  PAY:  SALARY

### Additional  Tax  Withholding  Information

Exemptions/Allowances:
   FL:                    No State  Income  Tax

© 2000  ADP,  Inc



| | Advice number: | 00000190010 |
|--|----------------|-------------|
| | Pay  date: | 05/12/2023 |

THIS IS NOT A CHECK

| Deposited  to  the  account  of | account  number | transit  ABA | amount |
|--------------------------------|-----------------|--------------|--------|
| JUAN  NAVARRO | xxxxxx2421 | xxxx  xxxx | $738.80 |

# NON-NEGOTIABLE



Plaintiff0152

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|-----|------|-------|-------|-----------|-----|
| **OMY** | 000368 | 021800 | | 0000210010 | 1 |

# Earnings Statement

ADP®

OCEAN  AUTO  CENTER  II, INC.
DBA:OCEAN   AUTO  MAZDA  WEST  KENDALL
14000  S.W  137  AVE
MIAMI,  FL  33186

| Period Beginning: | 05/08/2023 |
|-------------------|------------|
| Period Ending: | 05/21/2023 |
| Pay Date: | 05/26/2023 |

Filing Status: Married  filing jointly
Exemptions/Allowances:
  Federal:  Tax blocked

JUAN  NAVARRO
311  NORTH  ST  RD  7  #1203
PLANTATION   FL  33317

| Earnings | rate | salary/hours | this  period | year  to date |
|----------|------|--------------|--------------|---------------|
| Regular | 800.00 | 80.00 | 800.00 | 1,600.00 |
| **Gross Pay** | | | **$800.00** | 1,600.00 |

| Deductions | Statutory | | | |
|------------|-----------|--|--|--|
| | Social Security Tax | | -49.60 | 99.20 |
| | Medicare Tax | | -11.60 | 23.20 |
| | **Net Pay** | | **$738.80** | |
| | Checking | | -738.80 | 1,477.60 |
| | **Net Check** | | **$0.00** | |

Your federal taxable  wages  this  period  are  $800.00

| Other Benefits  and Information | this  period | total  to date |
|--------------------------------|--------------|----------------|
| Totl Hrs  Worked | 80.00 | |

### Important  Notes
ADP TotalSource,  Inc.,A Professional  Employer  Organization
10200  Sunset  Drive,  Miami,  FL 33173
1-844-448-0325

BASIS  OF PAY: SALARY

### Additional  Tax  Withholding  Information
Exemptions/Allowances:
  FL:                  No State Income  Tax

© 2000 ADP, Inc.



| Advice number: | 00000210010 |
|----------------|-------------|
| Pay date: | 05/26/2023 |

THIS IS NOT A CHECK

| Deposited  to the account  of | account  number | transit  ABA | amount |
|-------------------------------|-----------------|--------------|--------|
| JUAN  NAVARRO | xxxxxx2421 | xxxx  xxxx | $738.80 |

# NON-NEGOTIABLE

Plaintiff0153

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|-----|------|-------|-------|-----------|-----|
| OMY | 000368 | 021800 | | 0000234010 | 1 |

# Earnings Statement

**ADP**

OCEAN AUTO CENTER II, INC.
DBA:OCEAN AUTO MAZDA WEST KENDALL
14000 S.W 137 AVE
MIAMI, FL 33186

Period Beginning: 05/22/2023
Period Ending: 06/04/2023
Pay Date: 06/09/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Tax blocked

JUAN NAVARRO
311 NORTH ST RD 7 #1203
PLANTATION FL 33317

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Commission | | | 7,699.08 | 7,699.08 |
| Regular | | | | 2,400.00 |
| Spiff | | | | 200.00 |
| **Gross Pay** | | | **$7,699.08** | 10,299.08 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Social Security Tax | -477.35 | 634.72 |
| | Medicare Tax | -111.64 | 148.44 |
| | Other | | |
| | Longevity Ded | -95.00 | 95.00 |
| | Spiff | | 200.00 |
| | Ts Dental | | 51.52 |
| | Ts Vision | | 10.21 |
| | **Net Pay** | **$7,015.09** | |
| | Checking | -7,015.09 | 9,159.19 |
| | **Net Check** | **$0.00** | |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Exemptions/Allowances:
  FL:          No State Income Tax

Your federal taxable wages this period are
$7,699.08

© 2000 ADP, Inc

**ADP**



| Advice number: | 00000234010 |
|----------------|-------------|
| Pay date: | 06/09/2023 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| JUAN NAVARRO | xxxxxx2421 | xxxx xxxx | $7,015.09 |

**NON-NEGOTIABLE**

| CO | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|----|------|-------|-------|-----------|-----|
| OMY | 000368 | 021800 | | 0000230013 | 1 |

# Earnings Statement

**ADP**

OCEAN AUTO CENTER II, INC.
DBA:OCEAN AUTO MAZDA WEST KENDALL
14000 S.W 137 AVE
MIAMI, FL 33186

Period Beginning:    05/22/2023
Period Ending:       06/04/2023
Pay Date:            06/09/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Tax blocked

JUAN NAVARRO
311 NORTH ST RD 7 #1203
PLANTATION  FL 33317

## Earnings

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Regular | 800.00 | 80.00 | 800.00 | 2,400.00 |
| Spiff | | | 200.00 | 200.00 |
| **Gross Pay** | | | **$1,000.00** | 2,600.00 |

## Deductions

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Social Security Tax | -58.17 | 157.37 |
| | Medicare Tax | -13.60 | 36.80 |
| | **Other** | | |
| | Spiff | -200.00 | 200.00 |
| | Ts Dental | -51.52* | 51.52 |
| | Ts Vision | -10.21* | 10.21 |
| | **Net Pay** | **$666.50** | |
| | Checking | -666.50 | 2,144.10 |
| | **Net Check** | **$0.00** | |

## Other Benefits and Information

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Totl Hrs Worked | 80.00 | |

## Important Notes

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

## Additional Tax Withholding Information

Exemptions/Allowances:
    FL:          No State Income Tax

**\* Excluded from federal taxable wages**
    Your federal taxable wages this period are $938.27

© 2000 ADP, Inc



| | Advice number: | 00000230013 |
|--|----------------|-------------|
| | Pay date: | 06/09/2023 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| JUAN NAVARRO | xxxxxx2421 | xxxx xxxx | $666.50 |

**NON-NEGOTIABLE**

Plaintiff0155

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|-----|------|-------|-------|-----------|-----|
| OMY | 000368 | 021800 | | 0000250012 | 1 |

# Earnings Statement

ADP®

OCEAN AUTO CENTER II, INC.
DBA:OCEAN AUTO MAZDA WEST KENDALL
14000 S.W 137 AVE
MIAMI, FL 33186

| | |
|---|---|
| Period Beginning: | 06/05/2023 |
| Period Ending: | 06/18/2023 |
| Pay Date: | 06/23/2023 |

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Tax blocked

JUAN NAVARRO
311 NORTH ST RD 7 #1203
PLANTATION FL 33317

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Regular | 800.00 | 80.00 | 800.00 | 3,200.00 |
| Spiff | | | 500.00 | 700.00 |
| Commission | | | | 7,699.08 |
| **Gross Pay** | | | **$1,300.00** | 11,599.08 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Social Security Tax | -76.77 | 711.49 |
| | Medicare Tax | -17.96 | 166.40 |
| | **Other** | | |
| | Spiff | -500.00 | 700.00 |
| | Ts Dental | -51.52* | 103.04 |
| | Ts Vision | -10.21* | 20.42 |
| | Longevity Ded | | 95.00 |
| | **Net Pay** | **$643.54** | |
| | Checking | -643.54 | 9,802.73 |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,238.27

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

## Important Notes

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

## Additional Tax Withholding Information

Exemptions/Allowances:
  FL:       No State Income Tax

© 2000 ADP, Inc.



| | | | | |
|---|---|---|---|---|
| Advice number: | | | | 00000250012 |
| Pay date: | | | | 06/23/2023 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JUAN NAVARRO | xxxxxx2421 | xxxx xxxx | $643.54 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|-----|------|-------|-------|-----------|-----|
| OMY | 000368 | 021800 | | 0000270012 | 1 |

# Earnings Statement

ADP

OCEAN AUTO CENTER II, INC.
DBA:OCEAN AUTO MAZDA WEST KENDALL
14000 S.W 137 AVE
MIAMI, FL 33186

| | |
|---|---|
| Period Beginning: | 06/19/2023 |
| Period Ending: | 07/02/2023 |
| Pay Date: | 07/07/2023 |

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Tax blocked

JUAN NAVARRO
311 NORTH ST RD 7 #1203
PLANTATION FL 33317

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Regular | 800.00 | 80.00 | 800.00 | 4,000.00 |
| Spiff | | | 50.00 | 750.00 |
| Commission | | | | 7,699.08 |
| **Gross Pay** | | | **$850.00** | 12,449.08 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Social Security Tax | -48.87 | 760.36 |
| | Medicare Tax | -11.43 | 177.83 |
| | **Other** | | |
| | Spiff | -50.00 | 750.00 |
| | Ts Dental | -51.52* | 154.56 |
| | Ts Vision | -10.21* | 30.63 |
| | Longevity Ded | | 95.00 |
| | **Net Pay** | **$677.97** | |
| | Checking | -677.97 | 10,480.70 |
| | **Net Check** | **$0.00** | |

\* **Excluded from federal taxable wages**
Your federal taxable wages this period are $788.27

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Totl Hrs Worked | 80.00 | |

## Important Notes

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

## Additional Tax Withholding Information

Exemptions/Allowances:
    FL:                No State Income Tax

© 2000 ADP, Inc



| | | |
|---|---|---|
| Advice number: | 00000270012 | |
| Pay date: | 07/07/2023 | |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| JUAN NAVARRO | xxxxxx2421 | xxxx xxxx | $677.97 |

**NON-NEGOTIABLE**

Plaintiff0157

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|-----|------|-------|-------|-----------|-----|
| **OMY** | 000368 | 021800 | | 0000274008 | 1 |

# Earnings Statement

**ADP®**

OCEAN AUTO CENTER II, INC.
DBA:OCEAN AUTO MAZDA WEST KENDALL
14000 S.W 137 AVE
MIAMI, FL 33186

Period Beginning:   06/25/2023
Period Ending:   07/02/2023
Pay Date:   07/10/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Tax blocked

JUAN NAVARRO
311 NORTH ST RD 7 #1203
PLANTATION FL 33317

| Earnings | rate | salary/hours | this period | | year to date |
|----------|------|--------------|-------------|--|--------------|
| Commission | | | 5,658.57 | | 13,357.65 |
| Regular | | | | | 4,000.00 |
| Spiff | | | | | 750.00 |
| **Gross Pay** | | | **$5,658.57** | | 18,107.65 |

| Deductions | Statutory | | | | |
|------------|-----------|--|--|--|--|
| | Social Security Tax | | -350.83 | | 1,111.19 |
| | Medicare Tax | | -82.05 | | 259.88 |
| | **Other** | | | | |
| | Longevity Ded | | -122.50 | | 217.50 |
| | Spiff | | | | 750.00 |
| | Ts Dental | | | | 154.56 |
| | Ts Vision | | | | 30.63 |
| | **Net Pay** | | **$5,103.19** | | |
| | Checking | | -5,103.19 | | 15,583.89 |
| | **Net Check** | | **$0.00** | | |

### Important Notes
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

### Additional Tax Withholding Information
Exemptions/Allowances:
    FL:        No State Income Tax

Your federal taxable wages this period are
$5,658.57

© 2000 ADP, Inc.

---

**ADP®** 

Advice number:        00000274008
Pay date:        07/10/2023

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| JUAN NAVARRO | xxxxxx2421 | xxxx xxxx | $5,103.19 |

**NON-NEGOTIABLE**

Plaintiff0158

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|-----|------|-------|-------|-----------|-----|
| OMY | 000368 | 021800 | | 0000290012 | 1 |

# Earnings Statement

ADP®

OCEAN  AUTO  CENTER  II, INC.
DBA:OCEAN   AUTO  MAZDA  WEST  KENDALL
14000  S.W  137  AVE
MIAMI,  FL  33186

| Period Beginning: | 07/03/2023 |
|---|---|
| Period Ending: | 07/16/2023 |
| Pay Date: | 07/21/2023 |

Filing Status: Married  filing jointly
Exemptions/Allowances:
Federal:  Tax blocked

JUAN  NAVARRO
16808  SW  137TH  AVE  APT  922
MIAMI  FL  33177-2376

| Earnings | rate | salary/hours | this  period | year  to date |
|---|---|---|---|---|
| Regular | 800.00 | 80.00 | 800.00 | 4,800.00 |
| Spiff | | | 200.00 | 950.00 |
| Commission | | | | 13,357.65 |
| | | **Gross Pay** | **$1,000.00** | 19,107.65 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -58.18 | 1,169.37 |
| | Medicare Tax | -13.60 | 273.48 |
| | **Other** | | |
| | Spiff | -200.00 | 950.00 |
| | Ts Dental | -51.52* | 206.08 |
| | Ts Vision | -10.21* | 40.84 |
| | Longevity Ded | | 217.50 |
| | **Net Pay** | **$666.49** | |
| | Checking | -666.49 | 16,250.38 |
| | **Net Check** | **$0.00** | |

\* Excluded  from  federal  taxable  wages
  Your  federal  taxable  wages  this  period  are  $938.27

## Other Benefits and Information

| | this  period | total  to date |
|---|---|---|
| Totl Hrs  Worked | 80.00 | |

### Important  Notes

ADP TotalSource,  Inc.,A  Professional  Employer  Organization
10200  Sunset  Drive,  Miami,  FL 33173
1-844-448-0325

BASIS  OF  PAY:  SALARY

EFFECTIVE  THIS  PAY  PERIOD  YOUR  ADDRESS  HAS  BEEN
CHANGED.

### Additional  Tax  Withholding  Information
Exemptions/Allowances:
  FL:            No State  Income  Tax

© 2000  ADP,  Inc



| | | |
|---|---|---|
| Advice number: | | 00000290012 |
| Pay date: | | 07/21/2023 |

Deposited  to  the  account  of
JUAN  NAVARRO

| account  number | transit  ABA | amount |
|---|---|---|
| xxxxxx2421 | xxxx  xxxx | $666.49 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Plaintiff0159

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|-----|------|-------|-------|-----------|-----|
| OMY | 000368 | 021800 | | 0000310013 | 1 |

# Earnings Statement

ADP

OCEAN AUTO CENTER II, INC.
DBA:OCEAN AUTO MAZDA WEST KENDALL
14000 S.W 137 AVE
MIAMI, FL 33186

| | |
|---|---|
| Period Beginning: | 07/17/2023 |
| Period Ending: | 07/30/2023 |
| Pay Date: | 08/04/2023 |

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Tax blocked

JUAN NAVARRO
16808 SW 137TH AVE APT 922
MIAMI FL 33177-2376

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Regular | 800.00 | 80.00 | 800.00 | 5,600.00 |
| Spiff | | | 290.00 | 1,240.00 |
| Commission | | | | 13,357.65 |
| **Gross Pay** | | | **$1,090.00** | 20,197.65 |

| Deductions | Statutory | | | |
|------------|-----------|---|---|---|
| | Social Security Tax | -63.75 | | 1,233.12 |
| | Medicare Tax | -14.91 | | 288.39 |
| | **Other** | | | |
| | Spiff | -290.00 | | 1,240.00 |
| | Ts Dental | -51.52* | | 257.60 |
| | Ts Vision | -10.21* | | 51.05 |
| | Longevity Ded | | | 217.50 |
| | **Net Pay** | **$659.61** | | |
| | Checking | -659.61 | | 16,909.99 |
| | **Net Check** | **$0.00** | | |

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Totl Hrs Worked | 80.00 | |

## Important Notes

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

## Additional Tax Withholding Information

Exemptions/Allowances:
  FL:        No State Income Tax

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,028.27

© 2000 ADP, Inc



| | | | | | |
|---|---|---|---|---|---|
| Advice number: | | 00000310013 | | | |
| Pay date: | | 08/04/2023 | | | |

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| JUAN NAVARRO | xxxxxx2421 | xxxx xxxx | $659.61 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Plaintiff0160

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|-----|------|-------|-------|-----------|-----|
| OMY | 000368 | 021800 | | 0000320008 | 1 |

# Earnings  Statement

**ADP**

OCEAN  AUTO  CENTER  II, INC.
DBA:OCEAN   AUTO MAZDA  WEST  KENDALL
14000  S.W 137 AVE
MIAMI,  FL  33186

Period  Beginning:      07/17/2023
Period  Ending:          07/30/2023
Pay  Date:                  08/10/2023

Filing Status: Married  filing jointly
Exemptions/Allowances:
    Federal:  Tax blocked

JUAN  NAVARRO
16808  SW  137TH  AVE  APT  922
MIAMI FL  33177-2376

| Earnings | rate | salary/hours | this  period | year  to date |
|----------|------|--------------|-------------|---------------|
| Commission | | | 6,922.17 | 20,279.82 |
| Regular | | | | 5,600.00 |
| Spiff | | | | 1,240.00 |
| **Gross Pay** | | | **$6,922.17** | 27,119.82 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Social Security Tax | -429.17 | 1,662.29 |
| | Medicare Tax | -100.37 | 388.76 |
| | **Other** | | |
| | Longevity Ded | -100.00 | 317.50 |
| | Spiff | | 1,240.00 |
| | Ts Dental | | 257.60 |
| | Ts Vision | | 51.05 |
| | **Net Pay** | **$6,292.63** | |
| | Checking | -6,292.63 | 23,202.62 |
| | **Net Check** | **$0.00** | |

Your federal taxable  wages  this period  are
$6,922.17

### Important  Notes
ADP TotalSource,  Inc.,A Professional  Employer  Organization
10200  Sunset Drive, Miami,  FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

### Additional  Tax  Withholding  Information
Exemptions/Allowances:
    FL:                No State  Income  Tax

© 2000 ADP,  Inc.



**Advice number:**          00000320008
Pay  date:                          08/10/2023

Deposited  to the account  of
JUAN  NAVARRO

| | account  number | transit  ABA | amount |
|---|---|---|---|
| | xxxxxx2421 | xxxx  xxxx | $6,292.63 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

Plaintiff0161

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|-----|------|-------|-------|-----------|-----|
| OMY | 000368 | 021800 | | 0000330012 | 1 |

# Earnings Statement

ADP®

OCEAN AUTO CENTER II, INC.
DBA:OCEAN AUTO MAZDA WEST KENDALL
14000 S.W 137 AVE
MIAMI, FL 33186

Period Beginning:      07/31/2023
Period Ending:         08/13/2023
Pay Date:              08/18/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Tax blocked

JUAN NAVARRO
16808 SW 137TH AVE APT 922
MIAMI FL 33177-2376

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Regular | 800.00 | 80.00 | 800.00 | 6,400.00 |
| Commission | | | | 20,279.82 |
| Spiff | | | | 1,240.00 |
| **Gross Pay** | | | **$800.00** | 27,919.82 |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Social Security Tax | -45.78 | 1,708.07 |
| | Medicare Tax | -10.71 | 399.47 |
| | Other | | |
| | Ts Dental | -51.52* | 309.12 |
| | Ts Vision | -10.21* | 61.26 |
| | Longevity Ded | | 317.50 |
| | Spiff | | 1,240.00 |
| | **Net Pay** | **$681.78** | |
| | Checking | -681.78 | 23,884.40 |
| | **Net Check** | **$0.00** | |

Other Benefits and
Information            this period      total to date
Totl Hrs Worked              80.00

## Important Notes
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

## Additional Tax Withholding Information
Exemptions/Allowances:
FL:                No State Income Tax

\* Excluded from federal taxable wages
   Your federal taxable wages this period are $738.27

© 2000 ADP, Inc



Advice number:        00000330012
Pay date:             08/18/2023

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| JUAN NAVARRO | xxxxxx2421 | xxxx xxxx | $681.78 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Plaintiff0162

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|-----|------|-------|-------|-----------|-----|
| OMY | 000368 | 021800 | | 0000350011 | 1 |

# Earnings Statement

ADP

*OCEAN AUTO CENTER II, INC.*
*DBA:OCEAN AUTO MAZDA WEST KENDALL*
*14000 S.W 137 AVE*
*MIAMI, FL 33186*

| | |
|---|---|
| Period Beginning: | 08/14/2023 |
| Period Ending: | 08/27/2023 |
| Pay Date: | 09/01/2023 |

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Tax blocked

**JUAN NAVARRO**
**16808  SW 137TH  AVE  APT  922**
**MIAMI FL 33177-2376**

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Regular | 800.00 | 80.00 | 800.00 | 7,200.00 |
| Spiff | | | 275.00 | 1,515.00 |
| Commission | | | | 20,279.82 |
| **Gross Pay** | | | **$1,075.00** | 28,994.82 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Social Security Tax | -62.82 | 1,770.89 |
| | Medicare Tax | -14.69 | 414.16 |
| | **Other** | | |
| | Spiff | -275.00 | 1,515.00 |
| | Ts Dental | -51.52* | 360.64 |
| | Ts Vision | -10.21* | 71.47 |
| | Longevity Ded | | 317.50 |
| | **Net Pay** | **$660.76** | |
| | Checking | -660.76 | 24,545.16 |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,013.27

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
ADP TotalSource,  Inc.,A Professional  Employer  Organization
10200  Sunset  Drive,  Miami,  FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

**Additional  Tax  Withholding  Information**
Exemptions/Allowances:
    FL:                No State  Income  Tax

© 2002, ADP, Inc.



THIS IS NOT A CHECK

| | | |
|---|---|---|
| Advice number: | | 00000350011 |
| Pay date: | | 09/01/2023 |

| Deposited  to the account  of | account  number | transit  ABA | amount |
|------------------------------|-----------------|--------------|--------|
| JUAN NAVARRO | xxxxxx2421 | xxxx  xxxx | $660.76 |

**NON-NEGOTIABLE**

Plaintiff0163

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|-----|------|-------|-------|-----------|-----|
| OMY | 000368 | 021800 | | 0000360006 | 1 |

# Earnings Statement

OCEAN AUTO CENTER II, INC.
DBA:OCEAN AUTO MAZDA WEST KENDALL
14000 S.W 137 AVE
MIAMI, FL 33186

| Period Beginning: | 08/14/2023 |
|---|---|
| Period Ending: | 08/27/2023 |
| Pay Date: | 09/11/2023 |

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Tax blocked

JUAN NAVARRO
16808 SW 137TH AVE APT 922
MIAMI FL 33177-2376

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Commission | | | 4,241.42 | 24,521.24 |
| Regular | | | | 7,200.00 |
| Spiff | | | | 1,515.00 |
| **Gross Pay** | | | **$4,241.42** | 33,236.24 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -262.97 | 2,033.86 |
| | Medicare Tax | -61.50 | 475.66 |
| | **Other** | | |
| | Longevity Ded | -85.00 | 402.50 |
| | Spiff | | 1,515.00 |
| | Ts Dental | | 360.64 |
| | Ts Vision | | 71.47 |
| **Net Pay** | | **$3,831.95** | |
| Checking | | -3,831.95 | 28,377.11 |
| **Net Check** | | **$0.00** | |

**Important Notes**

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**

Exemptions/Allowances:
  FL:          No State Income Tax

Your federal taxable wages this period are
$4,241.42



© 2000 ADP, Inc

| Advice number: | 00000360006 |
|---|---|
| Pay date: | 09/11/2023 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JUAN NAVARRO | xxxxxx2421 | xxxx xxxx | $3,831.95 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Plaintiff0164

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|-----|------|-------|-------|-----------|-----|
| OMY | 000368 | 021800 | | 0000370011 | 1 |

# Earnings Statement

OCEAN AUTO CENTER II, INC.
DBA:OCEAN AUTO MAZDA WEST KENDALL
14000 S.W 137 AVE
MIAMI, FL 33186

Period Beginning: 08/28/2023
Period Ending: 09/10/2023
Pay Date: 09/15/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Tax blocked

JUAN NAVARRO
16808 SW 137TH AVE APT 922
MIAMI FL 33177-2376

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Regular | 800.00 | 80.00 | 800.00 | 8,000.00 |
| Spiff | | | 50.00 | 1,565.00 |
| Commission | | | | 24,521.24 |
| **Gross Pay** | | | **$850.00** | 34,086.24 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Social Security Tax | -48.87 | 2,082.73 |
| | Medicare Tax | -11.43 | 487.09 |
| | **Other** | | |
| | Spiff | -50.00 | 1,565.00 |
| | Ts Dental | -51.52* | 412.16 |
| | Ts Vision | -10.21* | 81.68 |
| | Longevity Ded | | 402.50 |
| | **Net Pay** | **$677.97** | |
| | Checking | -677.97 | 29,055.08 |
| | **Net Check** | **$0.00** | |

**Other Benefits and Information**

| | this period | total to date |
|--|-------------|---------------|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Exemptions/Allowances:
FL:       No State Income Tax

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $788.27

© 2000 ADP, Inc



Advice number:       00000370011
Pay date:            09/15/2023

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| JUAN NAVARRO | xxxxxx2421 | xxxx xxxx | $677.97 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Plaintiff0165

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|-----|------|-------|-------|-----------|-----|
| OMY | 000368 | 021800 | | 0000390011 | 1 |

# Earnings Statement

OCEAN  AUTO  CENTER  II, INC.
DBA:OCEAN  AUTO  MAZDA  WEST  KENDALL
14000  S.W  137  AVE
MIAMI,  FL  33186

Period Beginning: 09/11/2023
Period Ending: 09/24/2023
Pay Date: 09/29/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Tax blocked

JUAN  NAVARRO
16808  SW  137TH  AVE  APT  922
MIAMI  FL  33177-2376

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Regular | 800.00 | 80.00 | 800.00 | 8,800.00 |
| Spiff | | | 525.00 | 2,090.00 |
| Commission | | | | 24,521.24 |
| | | **Gross Pay** | **$1,325.00** | 35,411.24 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Social Security Tax | -78.32 | 2,161.05 |
| | Medicare Tax | -18.32 | 505.41 |
| | **Other** | | |
| | Spiff | -525.00 | 2,090.00 |
| | Ts Dental | -51.52* | 463.68 |
| | Ts Vision | -10.21* | 91.89 |
| | Longevity Ded | | 402.50 |
| | **Net Pay** | **$641.63** | |
| | Checking | -641.63 | 29,696.71 |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,263.27

## Other Benefits and Information

| | this period | total to date |
|--|-------------|---------------|
| Totl Hrs Worked | 80.00 | |

## Important Notes

ADP TotalSource,  Inc.,A Professional  Employer  Organization
10200  Sunset  Drive,  Miami,  FL  33173
1-844-448-0325

BASIS  OF  PAY:  SALARY

## Additional Tax Withholding Information

Exemptions/Allowances:
  FL:              No State Income  Tax

© 2000 ADP, Inc



Advice number: 00000390011
Pay date: 09/29/2023

THIS IS NOT A CHECK

| Deposited  to  the  account  of | account  number | transit  ABA | amount |
|---------------------------------|-----------------|--------------|--------|
| JUAN  NAVARRO | xxxxxx2421 | xxxx  xxxx | $641.63 |

## NON-NEGOTIABLE

Plaintiff0166

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|-----|------|-------|-------|-----------|-----|
| OMY | 000368 | 021800 | | 0000400010 | 1 |

# Earnings Statement

**ADP**

OCEAN AUTO CENTER II, INC.
DBA:OCEAN AUTO MAZDA WEST KENDALL
14000 S.W 137 AVE
MIAMI, FL 33186

| | |
|---|---|
| Period Beginning: | 09/11/2023 |
| Period Ending: | 09/24/2023 |
| Pay Date: | 10/11/2023 |

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Tax blocked

JUAN NAVARRO
16808 SW 137TH AVE APT 922
MIAMI FL 33177-2376

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Commission | | | 8,077.04 | 32,598.28 |
| Regular | | | | 8,800.00 |
| Spiff | | | | 2,090.00 |
| **Gross Pay** | | | **$8,077.04** | 43,488.28 |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

| Deductions | Statutory | | | |
|------------|-----------|---|---|---|
| | Social Security Tax | -500.78 | | 2,661.83 |
| | Medicare Tax | -117.11 | | 622.52 |
| | **Other** | | | |
| | Longevity Ded | -110.00 | | 512.50 |
| | Spiff | | | 2,090.00 |
| | Ts Dental | | | 463.68 |
| | Ts Vision | | | 91.89 |
| **Net Pay** | | **$7,349.15** | | |
| Checking | | -7,349.15 | | 37,045.86 |
| **Net Check** | | **$0.00** | | |

**Additional Tax Withholding Information**
Exemptions/Allowances:
  FL:                    No State Income Tax

Your federal taxable wages this period are
$8,077.04

© 2000 ADP, Inc



| | |
|---|---|
| Advice number: | 00000400010 |
| Pay date: | 10/11/2023 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| JUAN NAVARRO | xxxxxx2421 | xxxx xxxx | $7,349.15 |

**NON-NEGOTIABLE**

Plaintiff0167

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|-----|------|-------|-------|-----------|-----|
| OMY | 000368 | 021800 | | 0000410014 | 1 |

# Earnings Statement

**ADP**

OCEAN AUTO CENTER II, INC.
DBA:OCEAN AUTO MAZDA WEST KENDALL
14000 S.W 137 AVE
MIAMI, FL 33186

Period Beginning:  09/25/2023
Period Ending:     10/08/2023
Pay Date:          10/13/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Tax blocked

JUAN NAVARRO
16808 SW 137TH AVE APT 922
MIAMI FL 33177-2376

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Regular | 800.00 | 80.00 | 800.00 | 9,600.00 |
| Spiff | | | 445.00 | 2,535.00 |
| Commission | | | | 32,598.28 |
| **Gross Pay** | | | **$1,245.00** | 44,733.28 |

| Deductions | Statutory | | | |
|------------|-----------|--|--|--|
| | Social Security Tax | -73.36 | | 2,735.19 |
| | Medicare Tax | -17.16 | | 639.68 |
| | **Other** | | | |
| | Spiff | -445.00 | | 2,535.00 |
| | Ts Dental | -51.52* | | 515.20 |
| | Ts Vision | -10.21* | | 102.10 |
| | Longevity Ded | | | 512.50 |
| | **Net Pay** | | **$647.75** | |
| | Checking | -647.75 | | 37,693.61 |
| | **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Totl Hrs Worked | 80.00 | |

## Important Notes

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

## Additional Tax Withholding Information
Exemptions/Allowances:
FL:              No State Income Tax

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,183.27

© 2000 ADP, Inc



Advice number:       00000410014
Pay date:            10/13/2023

Deposited to the account of
JUAN NAVARRO

| | account number | transit ABA | amount |
|--|----------------|-------------|--------|
| | xxxxxx2421 | xxxx xxxx | $647.75 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Plaintiff0168

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|-----|------|-------|-------|-----------|-----|
| OMY | 000368 | 021800 | | 0000430016 | 1 |

# Earnings Statement

ADP

OCEAN AUTO CENTER II, INC.
DBA:OCEAN AUTO MAZDA WEST KENDALL
14000 S.W 137 AVE
MIAMI, FL 33186

| Period Beginning: | 10/09/2023 |
|---|---|
| Period Ending: | 10/22/2023 |
| Pay Date: | 10/27/2023 |

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Tax blocked

JUAN NAVARRO
16808 SW 137TH AVE APT 922
MIAMI FL 33177-2376

## Earnings

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 800.00 | 80.00 | 800.00 | 10,400.00 |
| Commission | | | | 32,598.28 |
| Spiff | | | | 2,535.00 |
| **Gross Pay** | | | **$800.00** | 45,533.28 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Social Security Tax | -45.77 | | 2,780.96 |
| | Medicare Tax | -10.71 | | 650.39 |
| | **Other** | | | |
| | Ts Dental | -51.52* | | 566.72 |
| | Ts Vision | -10.21* | | 112.31 |
| | Longevity Ded | | | 512.50 |
| | Spiff | | | 2,535.00 |
| | **Net Pay** | | **$681.79** | |
| | Checking | | -681.79 | 38,375.40 |
| | **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $738.27

## Other Benefits and Information

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

## Important Notes

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

## Additional Tax Withholding Information

Exemptions/Allowances:
  FL:          No State Income Tax

© 2009 ADP, Inc



| | | | |
|---|---|---|---|
| Advice number: | | 00000430016 | |
| Pay date: | | 10/27/2023 | |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JUAN NAVARRO | xxxxxx2421 | xxxx xxxx | $681.79 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Plaintiff0169

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. 581 |
|-----|------|-------|-------|---------------|
| OMY | 000368 | 021800 | | 0000454009   1 |

# Earnings Statement

**ADP**

OCEAN AUTO CENTER II, INC.
DBA:OCEAN AUTO MAZDA WEST KENDALL
14000 S.W 137 AVE
MIAMI, FL 33186

| | |
|---|---|
| Period Beginning: | 10/30/2023 |
| Period Ending: | 11/05/2023 |
| Pay Date: | 11/10/2023 |

Filing Status: Married filing jointly
Exemptions/Allowances:
　Federal: Tax blocked

JUAN NAVARRO
16808 SW 137TH AVE APT 922
MIAMI FL 33177-2376

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Commission | | | 2,375.30 | 34,973.58 |
| Regular | | | | 11,200.00 |
| Spiff | | | | 2,575.00 |
| **Gross Pay** | | | **$2,375.30** | 48,748.58 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Social Security Tax | -147.26 | 2,976.48 |
| | Medicare Tax | -34.44 | 696.11 |
| | **Other** | | |
| | Longevity Ded | -65.00 | 577.50 |
| | Spiff | | 2,575.00 |
| | Ts Dental | | 618.24 |
| | Ts Vision | | 122.52 |
| | **Net Pay** | **$2,128.60** | |
| | Checking | -2,128.60 | 41,182.73 |
| | **Net Check** | **$0.00** | |

**Important Notes**

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Exemptions/Allowances:
　FL:　　　　No State Income Tax

Your federal taxable wages this period are
$2,375.30

© 2000 ADP, Inc



| | Advice number: | 00000454009 |
|---|---|---|
| | Pay date: | 11/10/2023 |

| Deposited to the account of | account number | transit ABA | amount |
|------------------------------|----------------|-------------|--------|
| JUAN NAVARRO | xxxxxx2421 | xxxx xxxx | $2,128.60 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

Plaintiff0170

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|---|---|---|---|---|---|
| OMY | 000368 | 021800 | | 0000450014 | 1 |

## Earnings Statement

OCEAN AUTO CENTER II, INC.
DBA:OCEAN AUTO MAZDA WEST KENDALL
14000 S.W 137 AVE
MIAMI, FL 33186

Period Beginning:    10/23/2023
Period Ending:       11/05/2023
Pay Date:            11/10/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Tax blocked

JUAN NAVARRO
16808 SW 137TH AVE APT 922
MIAMI FL 33177-2376

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 800.00 | 80.00 | 800.00 | 11,200.00 |
| Spiff | | | 40.00 | 2,575.00 |
| Commission | | | | 32,598.28 |
| **Gross Pay** | | | **$840.00** | 46,373.28 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -48.26 | 2,829.22 |
| | Medicare Tax | -11.28 | 661.67 |
| | **Other** | | |
| | Spiff | -40.00 | 2,575.00 |
| | Ts Dental | -51.52* | 618.24 |
| | Ts Vision | -10.21* | 122.52 |
| | Longevity Ded | | 512.50 |
| | **Net Pay** | **$678.73** | |
| | Checking | -678.73 | 39,054.13 |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

### Important Notes
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

### Additional Tax Withholding Information
Exemptions/Allowances:
   FL:            No State Income Tax

**\* Excluded from federal taxable wages**
   Your federal taxable wages this period are $778.27

© 2000 ADP, Inc



Advice number:        00000450014
Pay date:             11/10/2023

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JUAN NAVARRO | xxxxxx2421 | xxxx xxxx | $678.73 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Plaintiff0171

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|-----|------|-------|-------|-----------|-----|
| OMY | 000368 | 021800 | | 0000470014 | 1 |

# Earnings Statement

ADP®

OCEAN AUTO CENTER II, INC.
DBA:OCEAN AUTO MAZDA WEST KENDALL
14000 S.W 137 AVE
MIAMI, FL 33186

Period Beginning:    11/06/2023
Period Ending:       11/19/2023
Pay Date:            11/24/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Tax blocked

JUAN  NAVARRO
16808  SW  137TH  AVE  APT  922
MIAMI FL  33177-2376

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Regular | 800.00 | 80.00 | 800.00 | 12,000.00 |
| Spiff | | | 200.00 | 2,775.00 |
| Commission | | | | 34,973.58 |
| **Gross Pay** | | | **$1,000.00** | 49,748.58 |

| Deductions | Statutory | | | |
|------------|-----------|--|--|--|
| | Social Security Tax | | -58.18 | 3,034.66 |
| | Medicare Tax | | -13.61 | 709.72 |
| | **Other** | | | |
| | Spiff | | -200.00 | 2,775.00 |
| | Ts Dental | | -51.52* | 669.76 |
| | Ts Vision | | -10.21* | 132.73 |
| | Longevity Ded | | | 577.50 |
| | **Net Pay** | | **$666.48** | |
| | Checking | | -666.48 | 41,849.21 |
| | **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Totl Hrs Worked | 80.00 | |

## Important Notes
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

## Additional Tax Withholding Information
Exemptions/Allowances:
    FL:            No State Income Tax

* **Excluded from federal taxable wages**
    Your federal taxable wages this period are $938.27

© 2000 ADP, Inc.



Advice number:        00000470014
Pay date:             11/24/2023

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| JUAN NAVARRO | xxxxxx2421 | xxxx xxxx | $666.48 |

## NON-NEGOTIABLE

Plaintiff0172

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|---|---|---|---|---|---|
| OMY | 000368 | 021800 | | 0000490013 | 1 |

# Earnings Statement

**ADP**

OCEAN AUTO CENTER II, INC.
DBA:OCEAN AUTO MAZDA WEST KENDALL
14000 S.W 137 AVE
MIAMI, FL 33186

| | |
|---|---|
| Period Beginning: | 11/20/2023 |
| Period Ending: | 12/03/2023 |
| Pay Date: | 12/08/2023 |

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Tax blocked

JUAN NAVARRO
16808 SW 137TH AVE APT 922
MIAMI FL 33177-2376

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 800.00 | 80.00 | 800.00 | 12,800.00 |
| Spiff | | | 250.00 | 3,025.00 |
| Commission | | | | 34,973.58 |
| | | **Gross Pay** | **$1,050.00** | 50,798.58 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -61.27 | 3,095.93 |
| | Medicare Tax | -14.33 | 724.05 |
| | **Other** | | |
| | Spiff | -250.00 | 3,025.00 |
| | Ts Dental | -51.52* | 721.28 |
| | Ts Vision | -10.21* | 142.94 |
| | Longevity Ded | | 577.50 |
| | **Net Pay** | **$662.67** | |
| | Checking | -662.67 | 42,511.88 |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

## Important Notes

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

## Additional Tax Withholding Information
Exemptions/Allowances:
    FL:            No State Income Tax

**\* Excluded from federal taxable wages**
   Your federal taxable wages this period are $988.27



© 2000 ADP, Inc.

| | |
|---|---|
| Advice number: | 00000490013 |
| Pay date: | 12/08/2023 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JUAN NAVARRO | xxxxxx2421 | xxxx xxxx | $662.67 |

# NON-NEGOTIABLE

Plaintiff0173

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|-----|------|-------|-------|-----------|-----|
| OMY | 000368 | 021800 | | 0000500011 | 1 |

# Earnings Statement

OCEAN AUTO CENTER II, INC.
DBA:OCEAN AUTO MAZDA WEST KENDALL
14000 S.W 137 AVE
MIAMI, FL 33186

Period Beginning:     11/27/2023
Period Ending:        12/03/2023
Pay Date:             12/11/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Tax blocked

JUAN NAVARRO
16808 SW 137TH AVE APT 922
MIAMI FL 33177-2376

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Commission | | | 4,206.72 | 39,180.30 |
| Regular | | | | 12,800.00 |
| Spiff | | | | 3,025.00 |
| **Gross Pay** | | | **$4,206.72** | 55,005.30 |

### Important Notes

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

| Deductions | Statutory | | | |
|------------|-----------|--|--|--|
| | Social Security Tax | | -260.82 | 3,356.75 |
| | Medicare Tax | | -61.00 | 785.05 |
| | **Other** | | | |
| | Longevity Ded | | -85.00 | 662.50 |
| | Spiff | | | 3,025.00 |
| | Ts Dental | | | 721.28 |
| | Ts Vision | | | 142.94 |
| | **Net Pay** | | **$3,799.90** | |
| | Checking | | -3,799.90 | 46,311.78 |
| | **Net Check** | | **$0.00** | |

### Additional Tax Withholding Information
Exemptions/Allowances:
    FL:          No State Income Tax

Your federal taxable wages this period are
$4,206.72

© 2000 ADP, Inc



Advice number:        00000500011
Pay date:             12/11/2023

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| JUAN NAVARRO | xxxxxx2421 | xxxx xxxx | $3,799.90 |

**NON-NEGOTIABLE**

Plaintiff0174

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|-----|------|-------|-------|-----------|-----|
| OMY | 000368 | 021800 | | 0000510013 | 1 |

# Earnings Statement

ADP®

OCEAN AUTO CENTER II, INC.
DBA:OCEAN AUTO MAZDA WEST KENDALL
14000 S.W 137 AVE
MIAMI, FL 33186

| Period Beginning: | 12/04/2023 |
|---|---|
| Period Ending: | 12/17/2023 |
| Pay Date: | 12/22/2023 |

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Tax blocked

JUAN NAVARRO
16808 SW 137TH AVE APT 922
MIAMI FL 33177-2376

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 800.00 | 80.00 | 800.00 | 13,600.00 |
| longevity | | | 662.50 | 662.50 |
| Commission | | | | 39,180.30 |
| Spiff | | | | 3,025.00 |
| **Gross Pay** | | | **$1,462.50** | 56,467.80 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -86.84 | 3,443.59 |
| | Medicare Tax | -20.31 | 805.36 |
| | **Other** | | |
| | Ts Dental | -51.52* | 772.80 |
| | Ts Vision | -10.21* | 153.15 |
| | Spiff | | 3,025.00 |
| | **Adjustment** | | |
| | Longevity Ded | +662.50 | |
| | **Net Pay** | **$1,956.12** | |
| | Checking | -1,956.12 | 48,267.90 |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,400.77

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

## Important Notes

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

## Additional Tax Withholding Information

Exemptions/Allowances:
    FL:              No State Income Tax

© 2006 ADP, Inc

---

ADP®

| | | |
|---|---|---|
| Advice number: | | 00000510013 |
| Pay date: | | 12/22/2023 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JUAN NAVARRO | xxxxxx2421 | xxxx xxxx | $1,956.12 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|-----|------|-------|-------|-----------|-----|
| OMY | 000368 | 021800 | | 0000010012 | 1 |

# Earnings Statement

**ADP®**

OCEAN  AUTO  CENTER  II, INC.
DBA:OCEAN   AUTO  MAZDA  WEST  KENDALL
14000  S.W  137  AVE
MIAMI,  FL  33186

| | |
|---|---|
| Period  Beginning: | 12/18/2023 |
| Period  Ending: | 12/31/2023 |
| Pay  Date: | 01/05/2024 |

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Tax blocked

JUAN  NAVARRO
16808  SW  137TH  AVE  APT  922
MIAMI  FL  33177-2376

| Earnings | rate | salary/hours | this  period | year  to  date |
|----------|------|--------------|--------------|----------------|
| Regular | 800.00 | 80.00 | 800.00 | 800.00 |
| **Gross Pay** | | | **$800.00** | 800.00 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Social Security Tax | -45.77 | 45.77 |
| | Medicare Tax | -10.70 | 10.70 |
| | **Other** | | |
| | Ts Dental | -51.52* | 51.52 |
| | Ts Vision | -10.21* | 10.21 |
| | **Net Pay** | **$681.80** | |
| | Checking | -681.80 | 681.80 |
| | **Net Check** | **$0.00** | |

| Other  Benefits  and Information | this  period | total  to  date |
|----------------------------------|--------------|-----------------|
| Totl Hrs Worked | 80.00 | |

## Important  Notes
ADP TotalSource,  Inc.,A Professional  Employer  Organization
10200  Sunset  Drive,  Miami,  FL 33173
1-844-448-0325

BASIS  OF PAY: SALARY

## Additional  Tax  Withholding  Information
Exemptions/Allowances:
    FL:                No State Income  Tax

**\* Excluded  from  federal  taxable  wages**
    Your  federal  taxable  wages  this  period  are  $738.27

© 2000 ADP, Inc.



| | |
|---|---|
| Advice number: | 00000010012 |
| Pay  date: | 01/05/2024 |

Deposited  to  the  account  of
JUAN  NAVARRO

| account  number | transit  ABA | amount |
|-----------------|--------------|--------|
| xxxxxx2421 | xxxx  xxxx | $681.80 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Plaintiff0176

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|-----|------|-------|-------|-----------|-----|
| OMY | 000368 | 021800 | | 0000020009 | 1 |

# Earnings Statement

OCEAN  AUTO CENTER  II, INC.
DBA:OCEAN   AUTO  MAZDA  WEST  KENDALL
14000  S.W  137  AVE
MIAMI,  FL  33186

Period Beginning:     12/18/2023
Period Ending:         12/31/2023
Pay Date:               01/11/2024

Filing Status: Married  filing jointly
Exemptions/Allowances:
   Federal:  Tax blocked

JUAN  NAVARRO
16808  SW  137TH  AVE  APT  922
MIAMI  FL  33177-2376

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Commission | | | 9,503.62 | 9,503.62 |
| Regular | | | | 800.00 |
| **Gross Pay** | | | **$9,503.62** | 10,303.62 |

| Deductions | Statutory | | | |
|------------|-----------|--|--|--|
| | Social Security Tax | | -589.23 | 635.00 |
| | Medicare Tax | | -137.81 | 148.51 |
| | Other | | | |
| | Longevity Ded | | -125.00 | 125.00 |
| | Ts Dental | | | 51.52 |
| | Ts Vision | | | 10.21 |
| | **Net Pay** | | **$8,651.58** | |
| | Checking | | -8,651.58 | 9,333.38 |
| | **Net Check** | | **$0.00** | |

### Important Notes
ADP TotalSource, Inc.,A Professional  Employer  Organization
10200  Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

### Additional Tax Withholding Information
Exemptions/Allowances:
   FL:                No State Income Tax

Your federal taxable wages this period are
$9,503.62



Advice number:              00000020009
Pay date:                    01/11/2024

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| JUAN NAVARRO | xxxxxx2421 | xxxx xxxx | $8,651.58 |

**NON-NEGOTIABLE**

© 2000 ADP, Inc

Plaintiff0177

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|-----|------|-------|-------|-----------|-----|
| OMY | 000368 | 021800 | | 0000030012 | 1 |

## Earnings Statement

**ADP**

OCEAN AUTO CENTER II, INC.
DBA:OCEAN AUTO MAZDA WEST KENDALL
14000 S.W 137 AVE
MIAMI, FL 33186

Period Beginning:      01/01/2024
Period Ending:        01/14/2024
Pay Date:             01/19/2024

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Tax blocked

JUAN NAVARRO
16808 SW 137TH AVE APT 922
MIAMI FL 33177-2376

| Earnings | rate | salary/hours | this period | | year to date |
|----------|------|--------------|-------------|--|--------------|
| Regular | 800.00 | 80.00 | 800.00 | | 1,600.00 |
| Spiff | | | 250.00 | | 250.00 |
| Commission | | | | | 9,503.62 |
| **Gross Pay** | | | **$1,050.00** | | 11,353.62 |

| Deductions | Statutory | | | | |
|------------|-----------|--|--|--|--|
| | Social Security Tax | | -61.27 | | 696.27 |
| | Medicare Tax | | -14.33 | | 162.84 |
| | **Other** | | | | |
| | Spiff | | -250.00 | | 250.00 |
| | Ts Dental | | -51.52* | | 103.04 |
| | Ts Vision | | -10.21* | | 20.42 |
| | Longevity Ded | | | | 125.00 |
| | **Net Pay** | | **$662.67** | | |
| | Checking | | -662.67 | | 9,996.05 |
| | **Net Check** | | **$0.00** | | |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Exemptions/Allowances:
    FL:            No State Income Tax

**\* Excluded from federal taxable wages**
    Your federal taxable wages this period are $988.27

© 2000 ADP, Inc



| | Advice number: | 00000030012 |
|--|----------------|-------------|
| | Pay date: | 01/19/2024 |

Deposited to the account of
JUAN NAVARRO

| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxxxxx2421 | xxxx xxxx | $662.67 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Plaintiff0178

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. 581 |
|---|---|---|---|---|
| OMY | 000368 | 021800 | | 0000050012   1 |

# Earnings  Statement

ADP®

OCEAN  AUTO  CENTER  II, INC.
DBA:OCEAN   AUTO  MAZDA  WEST  KENDALL
14000  S.W  137  AVE
MIAMI,  FL  33186

| | |
|---|---|
| Period  Beginning: | 01/15/2024 |
| Period  Ending: | 01/28/2024 |
| Pay  Date: | 02/02/2024 |

Filing Status: Married  filing jointly
Exemptions/Allowances:
  Federal: Tax blocked

JUAN  NAVARRO
16808  SW  137TH  AVE  APT  922
MIAMI  FL  33177-2376

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 800.00 | 80.00 | 800.00 | 2,400.00 |
| Commission | | | | 9,503.62 |
| Spiff | | | | 250.00 |
| | | **Gross Pay** | **$800.00** | 12,153.62 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Social Security Tax | | -45.77 | 742.04 |
| | Medicare Tax | | -10.70 | 173.54 |
| | **Other** | | | |
| | Ts Dental | | -51.52* | 154.56 |
| | Ts Vision | | -10.21* | 30.63 |
| | Longevity Ded | | | 125.00 |
| | Spiff | | | 250.00 |
| | **Net Pay** | | **$681.80** | |
| | Checking | | -681.80 | 10,677.85 |
| | **Net Check** | | **$0.00** | |

**Other Benefits  and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important  Notes**
ADP TotalSource,  Inc.,A Professional  Employer  Organization
10200  Sunset  Drive,  Miami,  FL 33173
1-844-448-0325

BASIS  OF PAY:  SALARY

**Additional  Tax  Withholding  Information**
Exemptions/Allowances:
  FL:          No State Income  Tax

\* Excluded  from  federal  taxable  wages
  Your  federal  taxable  wages  this  period  are  $738.27

© 2000 ADP, Inc.



| | |
|---|---|
| Advice number: | 00000050012 |
| Pay date: | 02/02/2024 |

| Deposited  to  the  account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| JUAN  NAVARRO | xxxxxx2421 | xxxx  xxxx | $681.80 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Plaintiff0179