# AutoNation®

# ASSOCIATE HANDBOOK

## HUMAN RESOURCES
### POLICIES AND PROCEDURES



DEFENDANT'S
EXHIBIT

9

PENGAD 800-631-6989

Revised: **10/21/22**

Plaintiff0005

# TABLE OF CONTENTS

**INTRODUCTION** ............................................................................................................ **8**

AutoNation Vision ............................................................................................................ 9

AutoNation Mission .......................................................................................................... 9

AutoNation Values ........................................................................................................... 9

**GENERAL POLICIES & STANDARDS OF CONDUCT** ...................................................... **9**

Employment at-Will .......................................................................................................... 9

Equal Employment Opportunity Policy ............................................................................ 9

Business Ethics Program ................................................................................................. 10

AlertLine – Suspected Violations of the Business Ethics Program or the Law .............. 10

Open Door Policy ............................................................................................................. 11

No Retaliation Policy ....................................................................................................... 12

Policy Prohibiting Harassment ........................................................................................ 12

Definition of Sexual Harassment .................................................................................... 12

How to Report Incidents of Harassment ........................................................................ 13

Investigation of Complaints ............................................................................................ 13

Our Commitment to an Effective No-Harassment Policy ............................................... 13

Drug and Alcohol Policy .................................................................................................. 13

Restrictions ..................................................................................................................... 14

Drug and Alcohol Testing Program ................................................................................. 14

Reporting Procedure ....................................................................................................... 15

Enforcement .................................................................................................................... 15

Employee Assistance ...................................................................................................... 15

**OPERATIONAL POLICIES** .............................................................................................. **15**

Cash Reporting Requirements ........................................................................................ 15

Collision Referral Policy .................................................................................................. 16

Non-OE Parts Disclosure Policy ...................................................................................... 16

Waymo Vehicle Policies and Procedures ........................................................................ 17

Extended Road Test Policy - Service Customer or Company Owned Vehicles ............... 17

Performing Work on Personal Vehicles ........................................................................... 18

No-Distribution .............................................................................................................. 19

No-Solicitation ................................................................................................................ 19

Revised: 01/13/22

3

Requests for Information by Third Parties ....................................................................................... 19

Protection of Company Property and Confidential Information ........................................................ 19

**TECHNOLOGY & INFORMATION SECURITY** .................................................................. **20**

Computing and Communication Tools ....................................................................................... 20

Acceptable Usage and Prohibited Activities ......................................................................... 20

Confidential Information Protection ..................................................................................... 22

Associate Owned Equipment ............................................................................................... 23

System Access and Passwords ............................................................................................. 24

Electronic Communication & Internet Use ........................................................................... 24

Use of Mobile Devices While Driving ................................................................................... 25

Social Media ....................................................................................................................... 26

Guidelines .......................................................................................................................... 26

Additional Rules for Using Social Media for Business Purposes Only ..................................... 28

Using Social Media at Work ................................................................................................. 28

Retaliation is Prohibited ..................................................................................................... 28

News Media Contacts .......................................................................................................... 28

Violations of the Social Media Policy .................................................................................... 28

Equipment monitoring ........................................................................................................ 28

Social Media Account Ownership ......................................................................................... 28

For More Information .......................................................................................................... 29

Violations of Technology and Information Security Policies ..................................................... 29

Call & Video Recording ......................................................................................................... 29

**EMPLOYEE MANAGEMENT, DEVELOPMENT AND ADVANCEMENT** .............................. **29**

Orientation Period ............................................................................................................... 29

Personal Information and Personnel Records ......................................................................... 29

Promotions and Transfers .................................................................................................... 30

Performance Management ................................................................................................... 30

Training and Development .................................................................................................... 30

Associate Dress Code ........................................................................................................... 31

General Appearance Standards ........................................................................................... 31

Jewelry, Tattoos, and Body Piercings ................................................................................... 31

Hair ................................................................................................................................... 31

Name Tags ......................................................................................................................... 31

Location Specific Dress Codes ............................................................................................. 32

AutoNation Branded Stores ................................................................................................ 32

Revised: 01/13/22

Plaintiff0007

Luxury Store Associates (Non-AutoNation Brand) ........................................................33

Religious Accommodation ..............................................................................................33

Policy Statement ............................................................................................................33

Volunteerism ........................................................................................................................34

Authorization and Consent for User of Name and Likeness................................................34

Employment of Family Members and Personal Relationships ..............................................34

Outside Employment...........................................................................................................35

**ATTENDANCE/TIME OFF/LEAVE OF ABSENCE .................................................................. 36**

Attendance ..........................................................................................................................36

Work Schedule.....................................................................................................................36

Time Worked and Overtime Pay ..........................................................................................37

Communicating Absences or Tardiness...............................................................................37

Vacation/Paid Time Off .......................................................................................................37

Holidays ..............................................................................................................................38

Jury Duty..............................................................................................................................38

Leave of Absence.................................................................................................................38

Military Leave .......................................................................................................................38

Personal Leave.....................................................................................................................39

Family and Medical Leave Act .............................................................................................39

Maximum Time Off .........................................................................................................40

Benefits Status During Leave ..........................................................................................40

Advance Notice and Medical Certification .......................................................................40

Outside Work While on Leave ..........................................................................................40

Return From Leave ...........................................................................................................40

Disability Leave ................................................................................................................40

New York State Paid Family Leave Benefits (New York Employees) ....................................40

Employee Eligibility .........................................................................................................41

Conditions Triggering Leave ............................................................................................41

Length of Leave ...............................................................................................................41

Identifying the 12-Month Period.......................................................................................41

Using Leave......................................................................................................................41

Wage Replacement Benefits ............................................................................................42

Notice and Certification ...................................................................................................42

Use of Accrued Paid Leave ..............................................................................................42

Benefits During PFLBL Leave ...........................................................................................42

Job Restoration.................................................................................................................43

Revised: 01/13/22

Plaintiff0008

Failure to Return After PFLBL Leave ...................................................................................43

Fraud ....................................................................................................................................43

Employers' Compliance with PFLBL and Employee's Enforcement Rights............................43

## COMPENSATION AND BENEFITS...................................................................................... 43

Pay Period, Paydays, and Other Pay Practices/Compensation ..........................................43

Pay Deductions ....................................................................................................................43

Associate Benefits ...............................................................................................................44

HIPAA—Protecting Your Privacy .........................................................................................44

Workers' Compensation ......................................................................................................44

## HEALTH, SAFETY, AND SECURITY ................................................................................... 45

COVID-19 Vaccination Policy (Effective as of March 3, 2021) ............................................45

Time Taken for Post-Policy Vaccinations .........................................................................46

Pay Rates for Post-Policy Vaccinations............................................................................46

Payment for Pre-Policy Vaccinations...............................................................................47

Requirement for all Eligible Associates to Record COVID-19 Vaccination Information.......47

Questions; Reports of Violations or Concerns..................................................................47

Continued Monitoring of COVID-19 Developments; Miscellaneous .................................47

Environmental Policy and Procedures .................................................................................48

Safety Policy and Procedures ..............................................................................................48

Reporting Accidents, Injuries and Safety Concerns/Violations...........................................48

Recordkeeping .....................................................................................................................48

General Safety Rules............................................................................................................48

Hazard Communication Program .........................................................................................50

General Company Policy ...................................................................................................50

Inventory of Hazardous Chemicals ..................................................................................50

Material Safety Data Sheets (MSDSs) ..............................................................................50

Labels and Other Forms of Warning ................................................................................50

Non-Routine Tasks ...........................................................................................................50

Training .............................................................................................................................51

Outside Contractors .........................................................................................................51

Additional information .....................................................................................................51

Workplace Violence .............................................................................................................51

Security ................................................................................................................................52

Smoking Policy/Use of Tobacco Products ...........................................................................52

Vehicle Usage Safety Requirements....................................................................................52

Revised: 01/13/22

Plaintiff0009

Waiver of MVR Screening Standards - For Associates in "Non- Driving" Positions Only ....................................... 53

Vehicle Accident/Incident Insurance.................................................................................................................. 54

**CORRECTIVE DISCIPLINE/TERMINATION** ................................................................................ **54**

Misconduct and Disciplinary Action................................................................................................................... 54

Assigned Company Property .............................................................................................................................. 55

Employment Separation..................................................................................................................................... 55

Eligibility for Rehire ........................................................................................................................................... 55

**KEY CONTACTS:** ......................................................................................................................... **56**

8

# INTRODUCTION

This Associate Handbook ("Handbook") will help you become familiar with the policies and practices of AutoNation, Inc. and its affiliated companies (collectively, "AutoNation" or "Company") that most often affect your work.  The material contained in this Handbook is intended for informational purposes only. It is not designed to provide specific practices or policies for every situation and does not constitute either an express or implied employment contract. The information contained in this Handbook is intended only for our Associates, so please do not distribute any portion of this Handbook outside of the Company.

And now for the legal mumbo jumbo: *we reserve the right to deviate from, supplement, or amend this Handbook and any policy contained in this Handbook at any time and without prior notice.  This new and improved Handbook supersedes and replaces any and all previous Associate Handbooks and employment-related practices and procedures of our Company.  Except as described herein, this Handbook expressly revokes any such prior Associate Handbooks, practices, and procedures. To the extent there are any conflicts with the current Business Ethics Program Code, Policies or related  materials (collectively, "Business Ethics Program Materials"), the language of the Business Ethics Program Materials controls.  Where specific matters are addressed in a collective bargaining agreement, those matters continue to be governed by that agreement to the extent that the agreement applies. Also, to the extent any provision or policy of the Handbook conflicts with applicable law, the applicable law will control.  If any applicable law makes a specific policy (or a part of a policy) invalid, our other policies (and if applicable the other provisions of the subject policy) will remain in place.*

To make life easier for everyone and so that we don't have to continually issue "hard copies" of this Handbook, this Handbook is available online to review or print at www.dealercentral.net. We will also issue updates and revisions online. Consider this one of our many contributions to protecting the environment.

As you know, AutoNation, through its various operating subsidiaries, is engaged in the automotive retail business. But for legal reasons it's important that you understand that each operating subsidiary is a separate and distinct entity and all Associates are employees of the dealership or other entity for which the Associate works.    For convenience, this Handbook and related materials will refer to all such employees as "AutoNation Associates," "our Associates," "Associate," "we" or "you," or similar terms.
Also, the terms "AutoNation," "AutoNation, Inc." and the "Company" or similar terms are used for convenience only and include all subsidiaries of AutoNation, Inc., unless expressly stated otherwise. In addition, subsidiaries of AutoNation may also be referred to as affiliates, stores, dealerships, locations, or other similar terms.

In addition to what's in this Handbook, please familiarize yourself with the standards of conduct set forth in the AutoNation Business Ethics Program Materials. The Company expects you to understand and comply with all laws, regulations, standards, and principles contained or referenced in the Business Ethics Program Materials and Associate Handbook. If you have any questions, please speak to your supervisor or Human Resources Representative. It is important that you conduct yourself in a manner that is above reproach. Any violation of the law, any policy stated in the Business Ethics Program, the Associate Handbook or any other AutoNation policies, procedures, instructions, work rules, practices, or the like, may lead to disciplinary action, up to and including termination. *So please, when in doubt, ask first!*

We hope you find this Handbook useful and informative. Again, if you have any questions, please don't hesitate to ask your supervisor or your Human Resources Representative.

Revised: 01/13/22

Plaintiff0011

## AutoNation Vision

At AutoNation, our vision is to be "America's best place to buy and service cars and trucks."     We strive to be the best in all facets of Automotive Retail through our shared values and common practices. Our vision is based on a foundation of operational excellence that drives an uncompromising focus on the Customer. This vision shapes us as a Company that's continuously improving and setting industry standards in all that we seek to achieve.

## AutoNation Mission

Our mission is simple. It is to deliver a "*peerless Customer experience*". This means that our goal is to be the very best in the industry.  We must provide a Customer experience better than everyone else.

## AutoNation Values

The values by which AutoNation lives help to guide us in our journey to meet our vision and mission. These values act as a common thread that ties all Associates together.

- **For Our Customers** – We are convenient, transparent in serving their needs, while empowering and delighting every Customer along the way.

- **For Our Associates** – We guide every Customer; working together in a respectful and collaborative environment, upholding the highest ethical standards.

- **For Our Communities** – We make the neighborhoods we serve a better place to live and work.

- **For Our Manufacturer Partners** – We work together to represent their brands.

- **For Our Shareholders** – We create value… for Today, Tomorrow and the Future.

# GENERAL POLICIES & STANDARDS OF CONDUCT

## Employment at-Will

Employment with AutoNation is at-will. This means that your employment may be terminated with or without cause or notice at any time at either your option or AutoNation's option. No manager, supervisor or AutoNation representative, other than our Vice President of Human Resources, has authority to enter into any agreement to the contrary, and any such agreement, to be valid, must be in writing and signed by the Vice President of Human Resources. In sum, this Handbook does not modify or in any way limit the employment at-will relationship.

## Equal Employment Opportunity Policy

AutoNation is committed to the principles of equal employment opportunity. Accordingly, we will not discriminate on the basis of race, color, religion, sex, pregnancy, age, national origin, disability, sexual orientation or other protected class status as required by applicable law. Under our Equal Employment Opportunity ("EEO") policy, we provide equal employment opportunities to all qualified applicants for employment. We administer all personnel practices, such as recruiting, hiring, compensation, training, promotions, transfers, disciplinary actions, terminations and other terms, conditions and privileges of employment in a manner that does not discriminate on the basis of any protected class status, in compliance with applicable local, state and federal law. We will also

Revised: 01/13/22

Plaintiff0012

reasonably accommodate disabled applicants and Associates to enable them to be considered for and perform the duties of those positions for which they are qualified.

We will not tolerate discrimination and/or harassment from any Associates, including supervisors or managers, or from any outsider dealing with the Company. It is a violation of this EEO policy for any Associate or outsider to cause or allow any form of discrimination to occur.

Every Associate has a responsibility to report all incidents of harassment or discrimination. (See sections "Policy Prohibiting Harassment" and "Open Door Policy".)  Rest assured that retaliation against anyone for making a good faith report of discrimination or harassment violates this EEO policy and will not be tolerated. Moreover, it is our policy to investigate all complaints of discrimination or harassment and to take any necessary corrective action. The EEO Policy does not impose any obligations on the Company other than those required by applicable law. Please direct questions you may have about the EEO policy to your Human Resources Representative.

*(For additional information on this subject, please refer to the AutoNation Business Ethics Program EEO policy, available on www.DealerCentral.net under the Business Ethics Program link.)*

# Business Ethics Program

When it comes to ethics at AutoNation, we take the high road. We are in business for the long term and nothing less will do. AutoNation's Business Ethics Program, including the Code of Business Ethics and related policies, is designed to support an environment of business ethics and responsibility. It is not always easy to know what is the right thing to do in business situations that you may encounter.

Accordingly, we aim to help you understand what is expected of you and how to carry out your responsibilities. These expectations and responsibilities can seem quite complex, as we operate under many different laws and regulations, but the important things to remember are to be honest, fair, respectful and responsible, with each other and with those with whom the Company does business.

Please refer to this Handbook and the Business Ethics Program Materials when making decisions having policy, legal, or ethical implications.

*(The Code of Business Ethics and related policies are all available on www.dealercentral.net under the Business Ethics Program link.)*

### AlertLine – Suspected Violations of the Business Ethics Program or the Law

You must promptly report all known or suspected violations of applicable laws or our Business Ethics Program, including the Business Ethics Policies, or ethical misconduct. Reports of such violations or misconduct shall be made immediately to your manager or another manager with whom you feel comfortable speaking, Corporate or Region Human Resources, our Legal Department, our Business Ethics Committee or the AlertLine at 800-597-0094. AlertLine reports may also be made online by visiting www.alertline.com and selecting AutoNation as the organization. Remember that threats or assaults that require immediate attention should be reported by calling 911 or local law enforcement first.

Reports to the AlertLine may be made anonymously, although it may be easier for the Company to follow up on your concern if you identify yourself because this allows a Company representative to contact you directly to obtain further information. We will investigate all reports, and treat them confidential to the extent reasonably possible.

An independent Company operates our AlertLine 24 hours a day, seven days a week and confidentially takes

11

Associate calls related to suspected:

- Deceptive sales transactions: including overcharging on vehicle sales or the sale of Customer financial services ("CFS") products, parts, and supplies, and making unauthorized repairs or failing to make repairs;
- Illegal discrimination or harassment;
- Questionable accounting or auditing matters, and internal accounting controls
- Other suspected violations of the law or Company

As a reminder, reports may also be made online by visiting www.alertline.com and selecting AutoNation as the organization.

**AlertLine**
**1-800-597-0094 or**
**www.alertline.com**

# *Open Door Policy*

It is our philosophy to maintain open lines of communication with you – but communication is a two-way street. Your workplace concerns or problems are important to us, and we encourage you to communicate your ideas so we can improve our workplace. In other words, you have the right and responsibility to bring to management's attention complaints or dissatisfaction regarding your employment. In return, we will give your concerns careful consideration and respond to them in a timely manner.

Please understand that the more information you provide to us (e.g., who, what, when, where), the more effectively we can address your issue. Anonymous complaints are especially challenging for us to investigate, and thus we encourage you to give us all of the information necessary to conduct a prompt and thorough inquiry. Since we will not tolerate retaliation for good faith reports of wrongdoing, we hope you will feel comfortable identifying yourself, although you are not required to do so.

Examples of routine personnel issues that are typically best handled by consulting directly with your local management include: work schedules, compensation, dress code violations, and smoking/tobacco use in restricted areas.
For routine workplace issues, please follow this process:

1. In general, direct routine workplace issues or questions on a particular policy to your manager first, or to another manager with whom you feel comfortable speaking, or to local Human Resources.
2. You may also seek guidance from or report concerns to:
   - Corporate or Region Human Resources, the Legal Department or AutoNation's Business Ethics Committee
   - The Alertline at 1-800-597-0094 or www.alertline.com (See section above.)

While we believe raising routine workplace concerns locally is typically the best option to give your local management and local Human Resources Representative the opportunity to work directly with you, concerns about sexual or other harassment, illegal discrimination, fraudulent sales practices, or any violation of law are not considered routine. You should report any suspected or known violations of the law or the Business Ethics Program or ethical misconduct immediately to your manager or another manager with whom you feel comfortable

Revised: 01/13/22

Plaintiff0014

12

speaking, the Legal Department, Corporate or Region Human Resources, the Business Ethics Committee, or the AlertLine at 800-597-0094 or www.alertline.com.

If you are looking for additional information on reporting violations of the Business Ethics Program, please refer to the Business Ethics Program section of this Handbook or the Business Ethics Policy on Reporting Violations and Seeking Guidance.

## No Retaliation Policy

For the mutual benefit of you and the Company, we provide various avenues for addressing your questions, concerns, and problems, and provide solutions whenever possible. We encourage you to use various avenues available without concern for retaliation by management. To foster open communication, we have a well-established "No Retaliation" policy that protects you against retaliation or other punishment for bringing job-related issues or concerns to the attention of the Company.

Also, the Company strictly prohibits retaliation against Associates who participate in the investigation of any complaints of known or suspected violations of the law or the Business Ethics Program or any other investigations related to the Company.

We will make every effort to keep work-related issues confidential to the extent reasonably possible. Moreover, we do not believe it serves your best interests, nor ours, to have internal issues addressed by outside parties, which is why we strongly advocate such policies as "Open Door" and "No Retaliation."

## Policy Prohibiting Harassment

Because we value the dignity of all people, AutoNation is committed to maintaining a work environment that is free from discrimination, where all Associates are free to devote their full attention and best efforts to his/her job. Harassment, either intentional or unintentional, has no place at AutoNation.

Accordingly, we do not authorize and will not tolerate any form of harassment of, or by, any Associate (i.e., supervisory or non-supervisory) or third party based on race, sex, religious creed, color, national origin, ancestry, age, physical disability, mental disability, medical condition, genetic information, marital status, gender, gender identity, gender expression, sexual orientation, veteran or military status, or other protected class status as required by applicable law.

The term "harassment" for all purposes includes, but is not limited to, offensive language, jokes, or other verbal, graphic or physical conduct relating to an Associate's race, sex, religious creed, color, national origin, ancestry, age, physical disability, mental disability, medical condition, genetic information, marital status, gender, gender identity, gender expression, sexual orientation, veteran or military status, or other protected class status as required by applicable law. In short, we view this type of conduct as a violation of this policy.

### Definition of Sexual Harassment

Unwelcome sexual advances, requests for sexual favors, and other verbal or physical contact of a sexual nature constitute sexual harassment when:

1. Submission to such conduct is made either explicitly or implicitly as a term or condition of an individual's employment;
2. Submission or rejection of such conduct by an individual is used as a basis for employment

Revised: 01/13/22

Plaintiff0015

decisions affecting such individual;

3. Such conduct unreasonably interferes with an Associate's work performance or creates an intimidating, hostile, or offensive working environment.

Sexual harassment may be verbal, physical, written, or visual. Examples of sexual harassment may include, but are not limited to: sexual or suggestive comments, repeated propositions, offensive sexual joking, the display of sexually suggestive objects or pictures, sexually-oriented comments about an individual's body, offensive touching, patting or grabbing, and pressure for sexual favors in return for special treatment on the job. All such conduct violates this policy.

### How to Report Incidents of Harassment

If you feel that you have been or are being harassed, consider speaking with the offender as he/she may not realize the behavior is offensive. If you are uncomfortable for any reason in speaking with the offender, or if the offensive behavior continues, report the conduct immediately to your manager, or another manager with whom you feel comfortable speaking, Corporate or Region Human Resources, the Legal Department, AutoNation's Business Ethics Committee, or the Alertline at 800-597-0094 or www.alertline.com. Associates should also report harassment when the offender is an employee of a third party with whom AutoNation is doing business.

Managers who witness potential harassment or who receive a complaint of potential harassment are required to report the matter to their manager, the Legal Department or Corporate or Region Human Resources.

It is absolutely forbidden for any Associate to punish or retaliate against another Associate for reporting an incident of illegal harassment.

### Investigation of Complaints

We will investigate claims of harassment thoroughly, promptly, and fairly. If we determine that a violation of law or Company policy has occurred, we will take appropriate remedial/corrective action and reach a resolution. Findings of assault or the threat of assault, if proven, may result in termination as well as intervention by law enforcement.

Complaints of harassment will be kept as confidential as reasonably possible. However, be aware that, during an investigation of an alleged violation, the identities of Associates involved might be disclosed in order to gather appropriate facts. Information will be released only on a "need to know" basis, and we will not subject you to retaliation because you have reported what you believe to be an incident of harassment. Please review the No-Retaliation Policy for more information.

### Our Commitment to an Effective No-Harassment Policy

Finally, if you feel that we have not met our obligation under this policy, you should contact your Human Resources Representative. An effective No-Harassment Policy depends on all of us working together to address this very important subject.

## Drug and Alcohol Policy

Alcohol and drug abuse ranks as one of the major health problems in the United States. You are our most valuable resource, and your safety and health are vital concerns of ours. We are therefore committed to providing a safe working environment to protect you and our Customers, to provide the highest level of service, and to minimize the risk of accidents and injuries.

Revised: 01/13/22

Plaintiff0016

14

### Restrictions

We prohibit the unlawful possession, use, sale, manufacture, or distribution of illegal substances or other unauthorized or mind-altering or intoxicating substances by any Associate while on Company premises (including parking areas and grounds) or on Company business. You are prohibited from reporting to work and/or conducting Company business while you are in possession of illegal drugs/alcohol, or have illegal drugs/alcohol in your system, except, as to alcohol, in authorized situations. Included within this prohibition are lawfully controlled substances that have been illegally or improperly obtained. This policy does not ban the possession and proper use of lawfully prescribed medications taken in accordance with the prescription.

You are required to disclose any medication (including said medications identified side effects) or substance that could possibly impair you or create a risk of harm to yourself or to others in performing any and all reasonable aspects of your job responsibilities or tasks necessary to complete them. It is your responsibility to determine from your physician whether a prescribed medication (or its identified side effects, or risks when taken along with any other drug or medication) may impair job performance. Please do not disclose the name of the medication or the purpose of the medication. Rather, simply let your manager know that you are on a medication or medications which may create a risk of impairment. Please see the section entitled "HIPAA – Protecting your Privacy" for more information.

While certain states have legalized possession and/or use of marijuana, the possession and/or use of marijuana remains illegal under federal law. Therefore, Associates who possess or use marijuana are still subject to this policy, even in states that have stopped criminal prosecution for, or otherwise claim to "legalize," possession or use of marijuana.

To provide and foster a safe and healthy environment for all our Associates and Customers, we also have an alcohol and controlled substance testing program, as outlined below.

### Drug and Alcohol Testing Program

AutoNation may conduct drug and/or alcohol tests in the following circumstances (Also see the "Eligibility for Rehire" section.):

a. **Application for Employment.** Job applicants must submit to a drug test. Refusal to submit to a drug test, tampering with a drug testing specimen, or a positive drug test may be used as a basis for refusal to hire the applicant to the extent permitted by applicable state and federal laws. (See also the "Eligibility for Rehire" section).

b. **Reasonable Suspicion.** In accordance with applicable state and federal laws, Associates may be required to submit to drug and/or alcohol tests whenever AutoNation has a reasonable suspicion that they have violated any of the rules set forth in this policy. Reasonable suspicion may arise from, among other factors, supervisory observation, co-worker reports or complaints, demeanor, appearance, performance decline, attendance or behavioral changes, erratic behavior, including causing significant damage to Company property, results of drug searches or other detection methods, or involvement in a work-related accident when drug and/or alcohol use could be reasonably considered to have contributed to the accident, as determined in the Company's sole and exclusive discretion. Associates will not be retaliated against for reporting an accident or injury to the Company. However, if you test positive on a drug or alcohol test or refuse to take a post-accident drug or alcohol test conducted pursuant to this section, it may be used as a basis (based on the applicable state law) to support denial of entitlement to Workers' Compensation benefits. Also, if you refuse to take a drug or alcohol test, in accordance with state and/or local law, you have violated this policy which may result in legal and/or disciplinary action, up to and including termination of employment.

Revised: 01/13/22

c. **Other Bases for Testing.** Associates may be required to submit to drug tests on a random or periodic basis, at the sole discretion of AutoNation, to the extent permitted by applicable state and federal laws.

**Reporting Procedure**

If you observe or have knowledge of another Associate in a condition that impedes them from performing their job duties, impairs their performance, presents a hazard to the safety and welfare of others, or otherwise violates this policy, you are required to report these behaviors promptly by contacting your supervisor, General Manager or functional manager, Human Resources Representative, or by calling the AlertLine. Not only are you required to report the situation, but you may be preventing a serious accident or injury from occurring.

**Enforcement**

In order to enforce this policy and procedures, we may investigate potential violations and require Associates to undergo drug/alcohol screening, including urinalysis, blood tests or other appropriate tests. In addition, where appropriate, we may search all areas of our physical premises, including, but not limited to, work areas, personal articles, Associates' clothes, desks, work stations, lockers, and personal and Company vehicles, etc. You may be asked to be present and remove a personal lock. Please understand that locked areas or containers do not prevent a search and therefore you should have no expectation of privacy on our premises. If you are not present or refuse to remove a personal lock, we may do so for you and reimburse you for the lock. Any such searches will be coordinated with a management representative. We may also use unannounced drug detection methods. All of these steps are in place with the objective to ensure that our workforce is free of drugs or any other illegal contraband.

In general, if you refuse to cooperate with searches or investigations or submit to screening, or fail to complete consent forms when required by supervision, you are in violation of this policy.

**Employee Assistance**

We strongly encourage Associates who suspect they have an alcohol or drug problem to seek treatment. If you have any concerns regarding drug or alcohol misuse, you are encouraged to contact Corporate or Region Human Resources who will assist you with potential resources, including professional counselors through the Employee Assistance Program.

Please keep in mind that entering into a treatment program does not relieve you of the obligation to satisfy our Associate performance standards, and your participation will not prevent us from administering discipline for violating our policies or relieve you of your responsibility to perform your job in a satisfactory, safe and efficient manner.

*(For additional information on the Drug and Alcohol Policy, please refer to the AutoNation Business Ethics Program.)*

# OPERATIONAL POLICIES

In an effort to ensure AutoNation operates in accordance with our Company standards and applicable laws governing our business, the following policies are intended to guide our Associates on matters related to our business of selling and services vehicles.

## *Cash Reporting Requirements*

As a condition of employment, all AutoNation Associates that are responsible for administering IRS cash reporting regulations must follow all policies and procedures concerning cash reporting established by AutoNation as required by federal law. Each must understand that the penalty for failure to file a correct and complete IRS Form

Revised: 01/13/22

8300 on time subjects the employee and Company to potentially substantial financial penalties and criminal prosecution if the IRS determines that the failure to file was an intentional disregard of the law.

IRS Form 8300 is a shared responsibility between the Customer Financial Services (CFS) Department, the store business office and the Shared Service Center (SSC). Each CFS Director, CFS Manager, Store and SSC Controller/Assistant Controller, SSC Coordinator and Office Manager (Accounting Manager), must agree to abide by the following policies and procedures:

- Attend all meetings concerning cash reporting education conducted by AutoNation management. Attendance at these meetings is mandatory.

- Complete the online course on CareerCentral: "Reporting Cash Payments over $10,000."

- All consumer questions concerning this subject should be referred to the Customer Financial Services Department.

- Never structure payments with a Customer in any way in order to avoid the cash reporting requirements. Structuring or helping to structure transactions may constitute as a violation of federal law, which could result in a felony conviction.

## Collision Referral Policy

Generally, all collision repair work is to be referred to an AutoNation collision repair facility, except where directed by the Region management team. Any and all collision repair work (Insurance, Internal or Customer Pay) will be referred directly to the on-site remote Estimator or to the closest AutoNation collision repair facility. No collision repair work of any kind may be referred to a third-party vendor.

Associates should immediately report any activity or direction from another Associate that is not in compliance with this policy to his/her supervisor, another member of management, or the Region Collision Director.

Failure to adhere to this policy will result in disciplinary action up to and including termination of employment.

## Non-OE Parts Disclosure Policy

It is AutoNation's policy to accurately represent and fully disclose to the consumer the parts and pricing options available to them including after-market products.

The purpose of this Policy is to ensure that the Company conducts itself in accordance with appropriate business practices and with applicable legal requirements.

*This Policy applies to every AutoNation Associate in the After Sales Department and any other AutoNation Associate engaging in or assisting with the sale of parts or after-market products, including but not limited to, General Managers, Controllers, Service Directors, Service Managers, Service Advisors, Parts Directors, Parts Managers, and Parts Advisors.*

**Requirements:**

**No False or Misleading Statements:**

Parts Managers must ensure part numbering and required part descriptions are followed for all after-market parts that are sold on ROs and Invoices.

Revised: 01/13/22

Plaintiff0019

- Follow all Corporate part numbering for after-market parts as well as Auto Gear products.
- All AutoNation branded parts currently in your CDK system must have AP* added to the beginning of each part description.
- All after-market parts should be purchased through WHI tool called Nexpart when launched, which will add a AP* in front of the part description.
- If any after-market parts is purchased outside our Nexpart approved vendors, or the system is not yet installed in your store, then AP* must be manually added to beginning of the description of that part.
- All after-market parts must be maintained in the designated CDK source(s).
- This will be your only option with any and all after-market parts sold and/or installed by AutoNation.

In addition to this Non-OE Parts Disclosure Policy, all GMs, Controllers, and After Sales Associates as listed above, must comply with the most current AutoNation General Field Bulletin entitled "Non-OE Parts Disclosure Policy" and all After Sales related GFBs, as applicable. It is important that all After Sales Associates fully review these GFBs and familiarize themselves with their obligations. These GFBs and periodic updates to them are available for review on Dealer Central at any time.

All associates must comply with this Non-OE Parts Disclosure Policy and related GFBs, and in addition, agree to report to the General Manager or Region Vice President of After Sales any violation by any other Associate of the Policy of which they become aware. Finally, any failure to adhere to the foregoing may result in disciplinary action up to and including termination.

## Waymo Vehicle Policies and Procedures

- Do not take any pictures or video of a Waymo vehicle.  You will also not permit any third party to take any pictures or video of the Waymo vehicles while they are on AutoNation property.
- Do not allow access to any unauthorized individual to a Waymo vehicle.
- Waymo vehicles should be stored indoors whenever possible.  Vehicles parked outside should be covered or parked in shaded and/or protected areas at all times.
- Waymo vehicles may not be driven on public roads unless expressly authorized in writing by Waymo. When authorized, driving on public roads should be kept to a minimum.
- Do not remove, alter or access any of the Waymo vehicle's sensors or self-driving technology components.
- Do not eat, smoke, or drink inside a Waymo vehicle nor allow anyone to do so.
- Only specifically authorized AutoNation associates may operate or service Waymo vehicles.
- If you notice anyone engaging in suspicious activity, or behavior that violates these policies or otherwise appears to endanger or compromise a Waymo vehicle, immediately report the incident to the store or collision center Manager.

## Extended Road Test Policy - Service Customer or Company Owned Vehicles

This policy is designed to establish clear guidelines for all associates regarding extended road tests of service customer vehicles. The Company understands that there are unique situations where customer issues cannot be duplicated on a simple road test. In rare instances, there are situations where a vehicle may have to be driven after hours for diagnostic purposes.

Revised: 01/13/22

Plaintiff0020

If there is a situation where a technician believes that an overnight drive of the vehicle is necessary, the technician will need to advise their Service Manager and their Service Advisor. The Service Manager will conduct a review of the situation and determine if there is sufficient justification for a vehicle to be driven overnight.

If the Service Manager finds sufficient justification, the following process needs to occur:

- The customer is contacted by the Service Manager to advise them of the situation and obtain *written* approval (text, email, etc.).
- The General Manager and the Service Manager will determine the designated technician to conduct the overnight testing.
  - Only Master or Senior Level Technicians with at least two years of AutoNation technician experience may be designated to conduct an extended road test.
- Once written customer approval is obtained, the Service Manager will have an Extended Road Test Authorization Form completed and signed by the designated technician, Service Manager and General Manager.  Information and requirements for overnight testing include:
  - Date that the vehicle is to be driven overnight.
  - Vehicle is *only* to be driven to and from work.
  - Both out and in mileage will be documented along with total mileage that the technician is authorized to drive.
  - Any tampering with dealer installed GPS device will result in disciplinary action.
  - Any driving of service customer vehicle for personal reasons is strictly prohibited and will result in separation of employment.
  - No eating, smoking or drinking inside the vehicle is permitted.
- Technician will keep a copy of the "Extended Road Test Authorization Form" in the vehicle at all times.
- Technician will report to the Service Manager immediately when returning to work the following day and advise as to the results of the overnight drive of the vehicle. Service Manager will notate the return mileage on the "Extended Road Test Authorization Form."
- The vehicles may not be driven later than 9:00 p.m. (local time).

## *Performing Work on Personal Vehicles*

To ensure the safety of all dealership Associates and to maintain a Customer-focused environment, these guidelines are to be followed when Service and Body Shop Technicians or any other Associate perform repairs on personal vehicles.

- A personal vehicle is defined as any vehicle owned by the Associate performing the work, his/her spouse, and dependent children.  All others are considered Customers of the dealership.
- A repair order must be opened by the Service Director/Manager  before any service will be initiated. If the vehicle belongs to the Service Director/Manager, the General Manager must sign the repair order.
- Any parts/supplies (labor if applicable) used for the repair must be charged out on the repair order at the employee discount rate.
- Work must be performed only during normal business hours when space permits and after all Customer work for the day has been completed by the associate performing the personal vehicle work.

Revised: 01/13/22

Plaintiff0021

- To ensure accurate time records are maintained, the associate must clock out in the applicable time-keeping system when starting work on any personal vehicle and then leave the facility immediately following completion of the personal work.  Work on personal vehicles is unpaid.
- Technicians must clock into Tech Work Bench before working on a personal vehicle to account for their activity, even though they are clocked out in the time-keeping system for pay purposes.
- No work is to be performed unless a manager/supervisor is on duty.
- The Repair Order must be closed immediately after services are completed and payment is due immediately upon completion. No personal vehicle can leave the premises with an outstanding balance.
- Only those authorized to perform service repairs and/or bodywork may perform work on personal vehicles in the dealership's shop.
- Technicians who perform work on their own vehicle must receive management approval prior to performing the work, including approval on the time in which the work is to be performed.

## No-Distribution

We strive to keep our work and public areas clean, neat and inviting for our associates and customers. For that reason, distribution of advertising circulars, pamphlets, or other printed material is not allowed in the work areas of the dealerships, other operating entities or affiliated companies at any time. Necessary and business related documents can be provided by AutoNation to its associates in work areas.

## No-Solicitation

We believe that you have the right to come to work free from non-work related distractions.
Associates sometimes complain that they prefer not to be approached by coworkers or outsiders trying to solicit them for sales or other reasons while on the job. In some instances, interference with an associate while he or she is working can create a safety issue. For these reasons, we prohibit solicitation by an associate of another associate while either of you is on working time.

## Requests for Information by Third Parties

The media or other third parties may approach you for information regarding AutoNation. Serious problems could arise by the unauthorized disclosure of internal information about the Company. Please do not discuss internal matters with anyone outside the Company. Also, forward requests for information from the news media to the Corporate Communications Department. And forward requests for information from investment analysts, brokers, the stock exchanges, shareholders or other members of the financial community to the Investor Relations Department. Lastly, forward all requests for information from government regulators, investigators, inspectors or other government officials to the Legal Department. Please see the last page of this Handbook for AutoNation phone numbers.

*(For additional information on this subject, please refer to the following Confidential Information policy and the AutoNation Business Ethics Program policy on Dealing with the Media, The Financial Community, and Social Media.)*

## Protection of Company Property and Confidential Information

We want to ensure that all "Company property" and "confidential information" are protected. All information

Revised: 01/13/22

20

considered confidential must not be disclosed to external parties or to fellow Associates who do not have a business need to know the information. Whenever in doubt of which information is consider confidential, Associates should first check with his/her immediate supervisor, Corporate or Region Human Resources, or the Legal Department.

- We define "**Company property**" as any property and information owned, leased, developed, or maintained by AutoNation, including but not limited to Company funds, automobiles, automotive parts, equipment, supplies, other personal property, real estate, intellectual property, computer hardware, software, technology or Customer/supplier databases, confidential information and other information about our business.

- "**Confidential information**" includes any non-public information that we expect you to safeguard from disclosure to the public. As a general rule, you should presume that any information that you receive about AutoNation or its Customers is confidential and therefore should be protected from disclosure.

All Associates have a duty to protect these resources from misuse, theft, fraud, loss, and unauthorized use, disclosure, or disposal. Except as specifically authorized, you may not use Company property or confidential information for your personal benefit or for any use other than Company business.

*(For additional information on this subject, please refer to the following Technology Policy and the AutoNation Business Ethics Program policies on Protection of Company Property and Confidential Information.)*

# TECHNOLOGY & INFORMATION SECURITY

This section of the Associate Handbook outlines the general policies regarding the use of technology tools and information security at AutoNation. Additional information can be found in Business Ethics Policies, including those governing Protection of Company Property and Confidential Information, and Information Technology Compliance.

## *Computing and Communication Tools*

AutoNation may provide computing and communication tools (e.g., Internet/Intranet, computer systems, telephones, voice-mail and e-mail) to you. You may also be granted access to AutoNation information through devices that you own. The use of this equipment and access to Company information is for business related purposes such as communication with Customers and suppliers, to research and obtain relevant, useful business information, and conduct authorized business with the public.

**Acceptable Usage and Prohibited Activities**
The Company defines acceptable business use of AutoNation computing and communication tools as activities that directly or indirectly support the business of AutoNation. The Company defines acceptable personal use of AutoNation computing and communication tools as reasonable and limited personal communication or recreation during breaks or on a very limited basis during regular working time.

Associates and contractors must not download, save or execute ("run") untrusted or suspicious software or email attachments. Any software downloaded from the Internet should be approved by your Corporate/Region IT Manager, *before* downloading.

Revised: 01/13/22

Information transferred from AutoNation email addresses must be treated with the same standards and care as information sent using AutoNation letterhead and other branded communication medium since it may be interpreted as an official AutoNation viewpoint or opinion.

AutoNation non-public information must not be transmitted using a personal (non-AutoNation) email system, like Yahoo, Gmail, Hotmail or other mail applications.

Use of unauthorized Internet cloud services (such as file storage, email, document management, project management, etc. services) to store, house, transfer, or otherwise manipulate AutoNation non-public information is prohibited.

AutoNation computing and communication tools or Associate personal devices used for work purposes may not be used at any time to:

- Store or transmit illicit materials
- Store or transmit proprietary information belonging to another Company
- Harass others
- Engage in outside business activities

Under no circumstances, should the Company's communication tools be used to: access or download obscene or other inappropriate materials, including pornography and other sexually explicit materials, violate any law, including those relating to the protection of intellectual property, or violate any Company policy, including those relating to confidentiality, non-discrimination and sexual harassment (collectively "Inappropriate use").

Prohibited websites have content that include, but are not limited to: Adult Content, Nudity, Sex, Sex Education, Drugs, Abused Medication, Gambling, Gender Discrimination, Racism/Hate, Violence, Weapons, ANY type of discriminatory site, ANY chat room, ANY site perceived to be offensive.  The Company has the right to identify and block access to Internet sites deemed inappropriate in the workplace.

The Company's technology will be used to investigate violations of this policy and other inappropriate use of the Company's resources. All Associates, consultants, contractors are responsible for ensuring adherence to this policy and for notifying the Company if they believe that a violation of this policy has occurred.

Malicious misuse, in any form, of AutoNation's systems and assets is prohibited. Personnel are prohibited from the following activities. This list is not inclusive and is merely intended to list examples of prohibited activities.

- Crashing an information system. Deliberately crashing an information system is strictly prohibited. Users may not realize that they caused a system crash, but if it is shown that the crash occurred as a result of user action, a repetition of the action by that user may be viewed as a deliberate act.
- Attempting to break into an information resource or to bypass a security feature. This includes running password-cracking programs or sniffer programs, and attempting to circumvent file or other resource permissions.
- Introducing, or attempting to introduce, computer viruses, Trojan horses, peer-to-peer ("P2P") or other malicious code into an information system.
- Browsing. The willful, unauthorized access or inspection of confidential or sensitive information to which you have not been approved is prohibited. The purposeful attempt to look at or access information to which you have not been granted access by the appropriate approval procedure is strictly prohibited.

Revised: 01/13/22

- Personal or Unauthorized Software. Use of personal software is prohibited. All software installed on Company computers must be approved by the Company.
- Software Use.  Violating or attempting to violate the terms of use or agreement of any software product used by the Company is strictly prohibited.
- System Use.  Engaging in any activity for any purpose that is illegal or contrary to the policies, procedures or business interests of the Company is strictly prohibited.
- Exception: Authorized information system support personnel, or others authorized by AutoNation's Chief Information Security Officer (CISO), may test the resiliency of a system. Such personnel may test for susceptibility to hardware or software failure, security against hacker attacks, and system infection.

## Confidential Information Protection

As part of their jobs, AutoNation Associates and contractors may have access to confidential  information belonging to AutoNation that concerns AutoNation's business, Associates, and Customers. Associates and contractors must use their access only in accordance with their job responsibilities. Associates and contractors must protect all types of non-public information from unnecessary access by limiting its distribution on a need-to-know basis. Associates and contractors must particularly know the correct  way to protect AutoNation's confidential information when it is used, stored, sent, or destroyed.

### Associate Responsibilities

It is the responsibility of every Associate and contractor to be able to identify if the information they  use is confidential. As a reminder, confidential information includes any non-public information that we expect you to safeguard from disclosure to the public.  This includes but is not limited to:

- Whole payment card numbers (credit / debit), within systems or other media;
- Personally identifiable information (PII) of Customers or Associates, including but not limited to social security numbers, combinations of name and address or combinations of name and date of birth;
- Any password to any system;
- Bank account numbers; and
- Non-public Company sales information

It is the responsibility of every Associate and contractor to protect AutoNation's information by following the appropriate security practices. It is the responsibility of every supervisor to ensure that those Associates they supervise appropriately handle confidential information.

### Electronic Confidential Information

Electronic confidential information must be protected when it is stored (i.e., saved on file shares or workstations) as well as when it is transmitted (i.e., sent by email or through Internet access) by using encryption or approved methodologies.

### Hard-copy Confidential Information

When printing confidential information, Associates and contractors must immediately retrieve  the documents from the printer so as to not leave them unattended. Hard-copy confidential information must always be stored in a secure area, such as a locked drawer, when not actively being used.  Hard- copy confidential information (and other records) must be securely disposed of by placing it in a confidential destruction container or using other authorized means and only in accordance with the Company's Records Management Policy and applicable retention period.

Revised: 01/13/22

Plaintiff0025

**Report Excessive Access and Unsecured Confidential Information**

If an Associate or contractor becomes aware of potentially excessive or mistaken account privileges that are not required to fulfill their duties, then it must be immediately reported to Information Security. If an Associate or contractor becomes aware of insufficiently protected confidential information, then it must be immediately reported to Information Security.

## Associate Owned Equipment

AutoNation grants its Associates the privilege of purchasing and using smartphones and tablets of their choosing at work for their convenience. Associates may use their mobile device to access Company owned resources such as: email, calendars, contacts, and documents. However, unless otherwise provided by a written policy of local management, no Associate is required to use a personal mobile device for business purposes.

AutoNation reserves the right to revoke, at any time and for any reason, the privilege to use Associate mobile devices to access Company resources and may disconnect these devices or disable services without notification. AutoNation Associates must agree to the terms and conditions set forth in this policy in order to be able to connect their devices to the Company network.

### Devices and Support

- Smartphones including iPhone, Android, Blackberry and Windows phones are allowed.
- Tablets including iPad and Android are allowed.
- Connectivity issues are supported by IT; Associates should contact the device manufacturer or their carrier for operating system or hardware-related issues.

### Security

Personal devices that Associates desire to use to access any AutoNation data or systems must have password protection enabled. The device must auto-lock after being idle for no longer than 5 minutes, wipe after 10 failed login attempts, and have encryption enabled. Rooted (Android) or jailbroken (iOS) devices are not permitted.
The Company data and apps on an Associate's device may be remotely wiped if 1) the device is lost, 2) the Associate terminates his or her employment, 3) IT detects a data or policy breach, a virus or similar threat to the security of the Company's data and technology infrastructure.   While IT will take every precaution to prevent the Associate's personal data from being lost in the event it must remote wipe a device, it is the Associate's responsibility to take additional precautions, such as backing up email, contacts, etc.

### Risks/Liabilities/Disclaimers

The Associate assumes full liability for risks including, but not limited to, the partial or complete loss of Company and personal data due to an operating system crash, errors, bugs, viruses, malware, and/or other software or hardware failures, or programming errors that render the device unusable.

- Lost or stolen devices must be reported to the Company within 24 hours. Associates are responsible for notifying their mobile carrier immediately upon loss of a device.
- The Associate is personally liable for all costs associated with his or her device, as permitted by law.

AutoNation reserves the right to take appropriate disciplinary action up to and including termination for noncompliance with this policy.

Revised: 01/13/22

Plaintiff0026

## System Access and Passwords

You may be provided with, or given access to, the use of certain computer and peripheral equipment and software programs. These accesses must be safeguarded and you will be held accountable for any actions taken using these accesses.

User accounts and passwords are the keys used to gain access and work with AutoNation's information and resources. It is critical that all Associates and contractors who have accounts must protect their passwords so that no one else can use them. All passwords should be a minimum of 8 characters, contain upper-case letters, lower-case letters, numbers and symbols. Passwords need to be changed every 90 days and the new password cannot be one of the previous 10 passwords.

### Protecting Accounts

Associates and contractors must not attempt to access or use other Associate and contractor accounts. Every Associate and contractor is accountable for every action performed under his or her accounts.

Desktops and laptops must never be left with screens unlocked and unattended while an Associate or contractor account is logged in. Associates and contractors must lock their system when leaving their workstation by, for example, using the Windows + L or ctrl + alt + delete with "lock computer" on Windows or by moving the mouse to the corner on a Mac so as to prevent unauthorized access by another Associate and contractor.

### Protecting Passwords

Associates and contractors are responsible for keeping their passwords secure at all times and must adhere to the following four principles:

- Passwords must never be written down, even in a hidden place;
- Passwords must not be predictable. Do not use whole words found in a dictionary for a password as they can be easily guessed, for example "Friday22";
- Passwords must not be shared. No one is authorized to use your account and password, not even the Help Desk; and
- Passwords must never be saved in an electronic file unless encrypted using approved methodologies because passwords saved in electronic files can be easily found and accessed by other users.

## Electronic Communication & Internet Use

E-mail messages and electronic communications that are created, sent or received using the Company's e-mail system are the property of AutoNation. Documents, drawings, programs, or other Intellectual Property items that are created by Associates or contractors on Company assets are the property of AutoNation. Associates, contractors, and other users of AutoNation systems must have no expectation of privacy.

AutoNation routinely monitors and logs any and all aspects of our computer system infrastructure, including, but not limited to Internet access and e-mails sent and received by users. AutoNation may intercept encrypted communications originating within our systems in order to inspect those communications. AutoNation accesses and monitors the content of e-mails and other traffic originating within our environment on a regular basis and the Company further reserves the right to retain and disclose the contents of all messages created, sent or received using its e-mail and other systems, as deemed appropriate by the Company.

### E-mail

E-mail is a powerful communication tool provided to you by AutoNation and should be used in an appropriate,

Revised: 01/13/22

Plaintiff0027

effective, ethical and professional manner. All e-mail users must comply with the following guidelines:

1. Only send e-mails where appropriate. E-mail communications, such as those with the Company's lawyers and/or about a potential or pending litigation matter, or confidential personnel matters, may not be the appropriate way to communicate the information. Please contact the Legal Department with any questions regarding what is or is not appropriate.

2. Address all e-mail communications with the same care, judgment and responsibility that you would use sending letters or memoranda written on Company letterhead. Never use e-mail in a manner that may reflect poorly on the Company, damage its reputation or expose you and the Company to legal liability. Remember, e-mails are saved by others, or stored as backups even if you "delete" them.

3. Do not send or forward e-mails which contain content or attachments which may be considered offensive or disruptive, or which may violate any Company policy or law. Offensive content includes, but is not limited to, pornography or other sexually explicit materials and other obscene or harassing language or images based on sex, race, religion, national origin, disability, age, or any other protected category.

4. Do not send or forward any commercial messages, Associate solicitations, junk mail, or chain letters.

5. Always obtain permission from the sender of a confidential message first before forwarding the e-mail message.

6. Do not send unsolicited e-mail messages, or fabricate or attempt to fabricate e-mail messages.

7. Do not send e-mail messages using another person's e-mail account.

8. Always comply with copyright or licensing laws when composing or forwarding e-mails and e-mail attachments.

9. Do not send Company proprietary information by e-mail unless authorized and only send such information to users who are authorized to have access to the same data.

10. Do not retrieve or read e-mail that was not sent to you unless authorized by the Company or by the e-mail recipient. Do not open suspicious e-mails, pop-ups or downloads. Contact the Helpdesk for assistance if you suspect that an e-mail is suspicious.

## Use of Mobile Devices While Driving

AutoNation requires the safe use of mobile devices by Associates who use them to conduct Company business. Associates are required to know and obey all applicable state and local laws regarding mobile device use while driving. Under no circumstances are Associates allowed to place themselves at risk to fulfill business needs. Associates who are charged with traffic violations resulting from the use of their mobile device while driving will be solely responsible for any fines, penalties or liabilities that result from such actions, as permitted by law.

Associates are prohibited from using handheld mobile devices while driving during work hours or on Company business at any time, and while making or receiving any business calls while driving at any time. If an Associate needs to make or receive a phone call on a handheld device, the Associate should make sure the vehicle is stopped and parked in a proper parking area for the call.

Associates may use hands-free devices while driving during work hours or on Company business at any time, or while making or receiving any business calls while driving at any time. Associates must keep business

Revised: 01/13/22

conversations on a hands-free device brief, and must stop the vehicle and park in a proper parking area, if manually dialing (versus voice dialing a phone number), or if the conversation becomes involved, traffic is heavy, or road conditions are poor.

Associates are also prohibited from sending or reading text messages or e-mails while driving during work hours or on Company business at any time. Associates are also prohibited from sending or reading work- related text messages and e-mails while driving at any time.

AutoNation recognizes that Associates may find it necessary to make a phone call while driving in an emergency situation, such as calling the police, fire or medical authorities. Associates should take particular care to ensure that they drive safely in such situations.

### General Etiquette for Using Mobile Devices

While at work, Associates are also expected to exercise discretion in making personal calls or texting on their mobile device the same as expected for the use of Company phones to make personal calls. Excessive personal calls during the workday, regardless of the phone used, or texting during the workday, can interfere with Associate productivity and be distracting to others. Associates should be courteous of their co-workers and keep ring tones on vibrate or low while at work.

## Social Media

At AutoNation, we understand that social media can be a fun and rewarding way to share your life and engage in conversation with family, friends and co-workers around the world. However, use of social media also presents certain risks and carries with it certain responsibilities. To assist you in making responsible decisions about your use of social media, we have established these guidelines for appropriate use of social media.

This policy applies to all associates who work on behalf of AutoNation and our related companies (the "Company"), contractors and any other third parties who participate in social media on behalf of AutoNation. This policy will not be interpreted or applied so as to interfere with the rights of associates to engage in legally protected activity.

### Guidelines

In the rapidly expanding world of electronic communication, social media can mean many things. Social media includes all means of communicating or posting information or content of any sort on the Internet, including to your own or someone else's web log or blog, journal or diary, personal website, social networking or affinity Web site, Web bulletin board or a chat room, whether or not associated or affiliated with AutoNation, as well as any other form of electronic communication.

Associates engaging in the use of social media are subject to all of the Company's policies and procedures, including the Company's policies: (1) protecting certain confidential information related to the Company's operation; (2) safeguarding Company property; (3) prohibiting unlawful discrimination, harassment and retaliation; and (4) governing the use of Company computers, telephone systems, and other electronic and communication systems owned or provided by the Company. Additional detail is provided below.

Ultimately, you are solely responsible for what you post online. Before creating online content, consider some of the risks and rewards that are involved. Keep in mind that any of your conduct that adversely affects your job performance, the performance of fellow associates or otherwise adversely affects customers, suppliers, people who work on behalf of AutoNation or AutoNation's legitimate business interests may result in disciplinary action up to and including termination

Revised: 01/13/22

Plaintiff0029

### Know and follow the rules

Carefully read these guidelines, as well as other Company policies and procedures which apply, and ensure that your postings are consistent with these policies. Inappropriate postings that may include discriminatory remarks, harassment, and threats of violence or similar unlawful conduct or the disclosure of certain Company data or information will not be tolerated and may subject you to disciplinary action up to and including termination.

### Be Respectful

Always be fair and courteous to fellow associates, customers, suppliers or people who work with and on behalf of AutoNation. Also, keep in mind that you are more likely to resolve work–related complaints by speaking directly with your co-workers, manager or Human Resources, or utilizing other internal channels available to associates to raise concerns, rather than by posting complaints to a social media outlet. Nevertheless, if you decide to post complaints or criticism, avoid using statements, photographs, video or audio that reasonably could be viewed as malicious, obscene, threatening or intimidating, that disparage customers, associates or suppliers, or that might constitute harassment or bullying. Examples of such conduct might include offensive posts meant to intentionally harm someone's reputation or posts that could contribute to a hostile work environment on the basis of race, sex, disability, religion or any other status protected by law or company policy.

### Be Honest and Accurate

Make sure you are always honest and accurate when posting information or news, and if you make a mistake, correct it quickly. Be open about any previous posts you have altered. Remember that the Internet archives almost everything; therefore, even deleted postings can be searched. Never post any information or rumors that you know to be false about AutoNation, fellow associates, OEMs, customers, suppliers, people working on behalf of AutoNation or competitors.

### Be Mindful of Applicable Legal Requirements or Contractual Obligations

Maintain the confidentiality of AutoNation trade secrets and other confidential information. Trades secrets may include information regarding the development of systems, processes, products, know-how and technology. Other examples of confidential information include customer information, non-public financial performance information (see also below) and internal reports, policies and procedures, and does not include information related to wages, hours and working conditions.

Respect financial disclosure laws. It is illegal to communicate or give a "tip" on inside information to others so that they may buy or sell stocks or securities. Such online conduct may also violate the Insider Trading Policy.

Respect the intellectual property rights of AutoNation, its partners and all other third parties including but not limited to auto manufacturer logos and trademarks. You may not use these marks without the express, written consent and/or license from the third party owner.

### Do Not Purport to Act on Behalf of the Company or Our Partners

Do not create a link from your blog, website or other social networking site to an AutoNation website without identifying yourself as an AutoNation associate.

Do not create any sites, properties or accounts (including but not limited to websites, Facebook pages, Twitter handles, Instagram accounts etc.) that use AutoNation trademarks, logos, service marks or other content that create the appearance that your site is an AutoNation-owned or controlled site.

Express only your personal opinions. Never represent yourself as a spokesperson for AutoNation. If AutoNation is a subject of the content you are creating, be clear and open about the fact that you are an associate and make it clear that your views do not represent those of AutoNation, fellow associates, customers, suppliers or people working on behalf of AutoNation.

Revised: 01/13/22

Plaintiff0030

**Additional Rules for Using Social Media for Business Purposes Only**

In addition to the requirements listed above, if you are authorized by the Social Media Department to represent the Company in social media for business purposes, you are also required to:

- Disclose that you are an AutoNation Associate and clearly identify which business unit you are representing and your role and accountabilities.

- Complete the AutoNation social media accreditation process before representing the Company in social media and, upon request, complete any additional selected training.

- Only offer advice, support or comment on topics that fall within your specific authorization and area of responsibility at AutoNation.

For all other matters, alert the relevant topic expert who is accredited for social media engagement and, ensure the third party is aware of any time constraints for a real time response.

**Using Social Media at Work**

Refrain from using social media while on work time or on equipment we provide, unless it is work-related as authorized by your manager. Do not use AutoNation email addresses to register on social networks, blogs or other online tools utilized for personal use.

**Retaliation is Prohibited**

AutoNation prohibits taking negative action against any associate for reporting a possible violation from this policy or for cooperating in an investigation. Any associate who retaliates against another associate for reporting a possible violation of this policy or for cooperating in an investigation will be subject to disciplinary action, up to and including termination.

**News Media Contacts**

In order to ensure that the Company has a consistent and controlled message, all news media inquiries should be forwarded promptly to the Executive Vice President and Chief Marketing Officer responsible for Corporate Communications (954-769-3146; CannonM@autonation.com).  Associates who are employed by a dealership, collision center, auto auction or other operating entity in the field ("Field Associates") should also promptly forward the request to their Region President and Region Vice President of Human Resources.

**Violations of the Social Media Policy**

If you do not comply with this Policy you may be subject to disciplinary action, up to and including termination. Certain violations of this Policy may also subject you and the Company to potential legal liability.

**Equipment monitoring**

Associates should know that the Company has the right to and will monitor the use of its computer, telephone, and other equipment and systems, as well as any publicly accessible social media. Associates should expect that any information created, transmitted, downloaded, exchanged or discussed on publicly accessible online social media may be accessed by the Company at any time without prior notice. This is particularly true in cases involving the use of Company equipment or systems.

**Social Media Account Ownership**

To the extent an associate is authorized as part of his/her job duties to use social media account(s) to advance the Company's interests, the Company, not the associate, owns the account(s) and associates are required to return all logins and passwords for such accounts at the end of employment.

Revised: 01/13/22

**For More Information**

If you have any questions about this Policy or how it applies to you, or if you know of any violations of this Policy, please contact your General Manager, Corporate or Region Department Head, Human Resources or email Marketing Support at MarketingSupport@AutoNation.com.

*(For additional information regarding related policies, please refer to the AutoNation Handbook's policies on Technology and Information Security, and Protection of Company Property and Confidential Information. Please also refer to AutoNation's Business Ethics Manual policies on: Information Technology Security; Protection of Company Property and Confidential Information; Intellectual Property and Information of Others; and Confidentiality of Customer Information.).*

## Violations of Technology and Information Security Policies

Failure to comply with any Technology and Information Security Policy may result in disciplinary action, up to and including termination and/or legal action, as appropriate.  Associates are obligated to report any misuse of the Company systems or any violation of these policies to his/her manager, Corporate or Region Human Resources, the Legal Department, the Business Ethics Committee, or the AlertLine.

Consultants or contractors are also required to contact an appropriate Company representative, including Human Resources or the Legal Department.

## Call & Video Recording

For training, quality control, and other business purposes, telephone conversations with Customers who call our dealerships or other retail operating entities may be monitored and/or recorded from time to time. Our technology will provide notice to callers when the system recording function is engaged, however as an employee you will not be notified separately in the future and you should assume that any such Customer calls are being recorded. In addition, we may, at times, videotape certain interactions with Customers for training, quality control, and other business purposes, as permitted by applicable state and federal law.

# EMPLOYEE MANAGEMENT, DEVELOPMENT AND ADVANCEMENT

## Orientation Period

As a new Associate (or a rehire), you must successfully complete a one month orientation period which begins on your date of hire (or date of rehire, as applicable). This time period provides your manager with an initial opportunity to consider whether you are able to meet the standards and expectation of your position at that time. Of course, there is no guarantee of employment for any particular period of time, as all Associates are employed "at-will."

## Personal Information and Personnel Records

It is important that our personnel files contain current information regarding each Associate. Please inform your supervisor or Human Resources/Payroll Representative immediately whenever there are changes in your personal data, such as address, telephone number, and marital status, number of dependents, educational achievements, and person to notify in the event of emergency.

Personnel files are confidential and are the property of the Company. However, if you are an active Associate currently employed you may make arrangements to review your personnel records by contacting your Human Resources Representative. A member of management or Human Resources must be present while you review

Revised: 01/13/22

Plaintiff0032

your file. You may also request copies of any records you have signed.

It is our policy and practice not to provide access to or disclose personnel records of former Associates to current Associates without a specific business need, to former Associates or to other third persons, without a valid court order or subpoena, state statute or other legal requirement mandating such access or disclosure. In states requiring such disclosure, we may also charge to the requesting party a reasonable photocopying and administrative fee associated with producing the requested photocopies, unless prohibited by law.

## Promotions and Transfers

At AutoNation, we pride ourselves on providing great career opportunities for our Associates and encourage the advancement of Associates to positions that meet their qualifications, objectives, and interests. You share in the responsibility for your career development, along with immediate supervisors and other members of management. You are obligated to keep your skills current, and are strongly encouraged to make your career interests expressly known to your supervisors.

To be eligible for promotion or transfer, you must be employed in your current position for a minimum of six (6) months, meet the qualifications and requirements for the position for which you are applying, be in good standing with the Company (e.g., not currently on a Performance Improvement Plan, and have not received documented counseling, such as a Corrective Action Record, in the last 60 days), and follow the process guidelines (contact your Human Resources Representative for further information). Any circumvention of the transfer guidelines may disqualify the Associate from being eligible for transfer or rehire by an AutoNation store for 60 days.

Transfer decisions are based on many factors, and your transfer request may or may not result in an interview. All transfers must receive General Manager, Corporate/Region, and/or functional supervisor approval, as applicable. Past performance, experience, and the ability to perform the new job are among the factors that managers usually consider for promotions or transfers. However, we reserve the right to make employment decisions, including those involving promotions and transfers, at our discretion.

## Performance Management

In addition to the Orientation Period referenced previously, we will review an Associate's performance as appropriate throughout his/her employment to ensure that the Associate meets the performance standards and expectations for the position. We have tools and programs designed to assist Associates and we believe that all Associates intend to do the best job possible. However, there are cases where an Associate's job performance does not meet our standards. Naturally, we have the right to manage our Associates' job performance, including those whose performance may be unsatisfactory. "Performance management," as we call it, may include coaching, counseling, corrective action or other discipline.

## Training and Development

AutoNation provides many tools and training programs to help set our Associates up for success in their respective positions. Many training programs, including an Associate Orientation Program are available on CareerCentral, our internal portal for learning and development. CareerCentral may be found on DealerCentral, our Company's intranet under External Applications. Training programs are assigned to our Associates as required for their position. Associates are also welcome to search for training courses on Career Central and register for courses that may be of interest. Some courses may require management approval.

Revised: 01/13/22

Plaintiff0033

## *Associate Dress Code*

AutoNation prides itself on its professional image and the friendly and approachable appearance that Associates present to Customers as representatives of our brand. A properly attired and well-groomed Associate helps to create a favorable impression and further promote a positive image of our business.

Therefore, a neat, clean, and professional appearance is required of all Associates. It is expected that you will maintain the standards outlined in this policy during the course of your employment with AutoNation.

### General Appearance Standards

- All Associates are expected to wear clothes that are properly fitted and well kept.

- Clothing should always be clean, pressed, and presentable.

- It is expected that all Associates will adhere to grooming standards appropriate to their assignment.

- Personal hygiene and cleanliness are required.

- Cologne and perfume should be used sparingly, giving all consideration to both Associates and/or Customers who may suffer allergies.

- Appropriate undergarments are required.

- Shoes should be safe and appropriate to the assignment.

- Flashy, skimpy or revealing outfits and other non-business like clothing are unacceptable.

- Casual sportswear such as jeans, t-shirts, tight fitting clothes, sweats, shorts, "see-through" fabric, and mini-length skirts or dresses are not considered appropriate and should not be worn to work.

- Additionally, no skin should be exposed in the midriff area.

- Hats may be worn with uniforms but only those with the AutoNation logo or the appropriate manufacturer brand logo.

### Jewelry, Tattoos, and Body Piercings

- Jewelry that is in keeping with a business appearance is acceptable. Jewelry should not be worn by anyone who is required to work on vehicles or operate machinery, as it could pose a safety hazard.

- No visible tattoos or body piercing except earrings are acceptable while on the job. Certain dealerships may not permit males in Customer contact positions to wear earrings.

- Badges and logo pins may not be worn, with the exception of service awards or sales promotion materials relevant to the Associate's job.

### Hair

- Hair should be clean and worn in a neat and natural style. Extreme colors and styles are not permitted.

- Hair accessories should be small, simple, and kept to a minimum.

- Sideburns, mustaches, goatees, and beards must be neatly trimmed and groomed at all times. No extreme facial hair is permitted. Half-grown beards are not acceptable.

### Name Tags

- Associates, who have been issued a nametag, are required to wear the nametag in an upright, readable position.

Revised: 01/13/22

- Nametags should always be visible and should be transferred to the outermost layer of clothing.

- Nametags should be worn at all times while on duty.

## Location Specific Dress Codes

Specific dress codes vary within AutoNation based on where you work.  There are specific policies for both AutoNation's Corporate Office and for the Shared Service Center. Store Associates are ambassadors of the AutoNation brand and have a specific Uniform Policy.

## AutoNation Branded Stores

At AutoNation, we pride ourselves on all of our Associates doing whatever it takes to "Answer the Call" each and every day with our Customers and it all starts with making a great first impression. AutoNation has implemented a standardized uniform and appearance policy to ensure our Store Associates are easy to identify and are proud ambassadors of the AutoNation brand.

There are two uniform programs within the AutoNation-branded stores. Below are the details of each program and the required uniform standards.

## Program 1: AutoNation-Branded Shirts

Under this program, AutoNation will initially provide covered Associates with 3 long-sleeve button-down dress shirts and 3 dri-fit polo-style shirts.  Further details of this uniform program are as follows:

This uniform program applies to the following Associates in stores and other retail operations:

- All Management positions
- Sales Associates
- CFS Associates
- Service Advisor/ASMs
- Greeters
- Receptionists

- Collision Estimators
- Parts Sales Associates
- Cashiers
- Courtesy Drivers
- Back-Office Associates
- Inventory Associates
- Other general support positions

- The shirts provided will be in the color of the manufacturer (i.e., generally either blue or red) and will include the AutoNation logo and the manufacturer logo.

- All members of management will wear white shirts with the logos as described above.

- The long-sleeve shirts are to be worn in the cooler months and the dri-fit polo-style shirts should only be worn on hot days where the forecasted temperature exceeds 90°, or as determined by the Region President or Market President.

- Associates are responsible for the maintenance of these shirts as well as the replacement of shirts as they wear out, as permitted by law. Additional or replacement shirts may be ordered via a designated uniform website on Dealer Central.

- Associates may choose to receive 3 additional long-sleeve button-down dress shirts in lieu of the 3 dri-fit polo-style shirts if that is preferred. Note: that Associates who have direct contact with Customers and have visible arm tattoos will be required to wear the long-sleeve button-down dress shirts at all times.

Revised: 01/13/22

Plaintiff0035

| Area | Uniform Requirement |
|------|---------------------|
| Shirt | AutoNation required shirt as specified above. |
| Pants | Dress pants in black, dark blue, or tan. Casual "khaki" style pants are not acceptable. |
| Skirts for Women | Dress skirts in black, dark blue or tan. Skirts must be no shorter than 2 inches above the knee. |
| Belt | Belt in black or dark brown leather only. |
| Shoes | Dress-style leather shoes in black or dark brown only. Shoes may have a comfort sole; however, casual "deck-shoes" or other casual styles are not acceptable. |
| Outer-Wear | Associates may wear outer-wear (i.e., jackets, sweaters, etc.) that coordinates with the uniform. Branded merchandise is also available for Associate purchase on the uniform website. |
| Name Badge | AutoNation will provide a branded name badge to all Associates on this uniform program. The name badge must be worn during all working hours. |

**Program 2: G&K Uniform Rental Program**

Under this program, AutoNation will provide a full uniform to include the AutoNation logo and the appropriate manufacturer logo. This program is designed for Associates in the After Sales area where uniforms will be more difficult to clean and/or keep in good condition. Maintenance of these uniforms is done at the Company's expense and managed through a vendor program.

This uniform program applies to the following Associates:

- All Service Technicians
- All Lube/Express Technicians All
- Collision Technicians Sales and
- Service Porters
- All Parts Associates excluding Parts Sales Associates

**Luxury Store Associates (Non-AutoNation Brand)**

Associates working in a luxury-brand dealership that does not require AutoNation-branded uniforms will wear professional attire. This may vary by dealership and manufacturer brand. All Associates are required to abide by the General Appearance Standards contained in this policy.

**Religious Accommodation**

Following notification of a request for accommodation related to the Dress Code Policy (including the General Appearance Guidelines) based on an Associate's religious practice or belief, AutoNation will review the request and make a reasonable accommodation, unless doing so would create an undue hardship upon the Company.  Other accommodations may be considered if requested by an Associate.

**Policy Statement**

Associates who arrive for work improperly groomed or in unacceptable attire may be sent home to correct their appearance. Time away from work for such purposes may be without pay. Continued violations of

Revised: 01/13/22

Plaintiff0036

the Professional Appearance Guidelines will be addressed as a disciplinary matter.

This policy is intended to provide broad guidelines and has been designed to set minimum standards. The General Manager of each dealership has the authority to apply this policy consistent with the particular market and clientele it serves.

If you have any questions or require clarification regarding the appropriate dress code for your department or your store, please refer your questions or concerns to your Manager, General Manager, or Human Resources Representative.

## Volunteerism

We recognize that we have a talented and giving workforce. You are encouraged to become involved with community organizations of your choice in order to contribute your own unique talents. Feel free to contact your Human Resources Representative or Corporate Affairs for information on your local community efforts.

## Authorization and Consent for User of Name and Likeness

You understand that in connection with your employment, your name, portrait, photograph and/or other likeness of you may be acquired and used for commercial and other purposes.    Such use may extend to, without limitation, publication of your name and/or likeness in connection with commercial activity, internal and/or external communications, promotional activity, or advertising. Such publication and use may include, without limitation, appearance in printed form, online, video, or other media, and may occur during your employment or after the conclusion of your employment.

In consideration for your employment or continued employment, and to the fullest extent of applicable law, you authorize and consent to this publication and use, and release any and all claims arising from such publication and use, on your own behalf and on behalf of any person who may make a claim through you or on your behalf. This authorization and release encompasses your employer, its parents, subsidiaries, affiliates, predecessors, successors and assigns, their respective owners, directors, officers, managers (both direct and indirect), employees, vendors and agents.

## Employment of Family Members and Personal Relationships

In pursuing our vision to be America's best place to buy and service cars and trucks, we strive to maintain a high level of professionalism in the workplace. This includes protecting against the potential for or appearance of favoritism or conflict among you and your coworkers. Along these same lines, we also strive to minimize "sticky" issues of supervision, safety, security, and morale that may be created by the employment of relatives. Therefore, we will carefully monitor the employment of family members and personal relationships between Associates to ensure they do not cause problems in the workplace.

However, if we learn that a potential for or appearance of favoritism or conflict does exist, or problems with supervision, safety, security or morale arise, we may refuse to hire or place a family member in the same department as another family member. We may also transfer or terminate one or both family members who are employed with us in the same department, or take any other appropriate action.

Revised: 01/13/22

Plaintiff0037

You are required to disclose to your department head and Human Resources your relationship with any immediate family members who are applying to work for or are currently working for the Company. For purposes of this policy, immediate family members is defined to include the Associate's spouse and children, and their spouses, and also the father, mother, sisters and brothers of the Associate, and the Associate's spouse, and any family members or romantic partners living in the same household as the Associate.

Without prior written approval of the Corporate Governance Committee or the full Board of Directors, we will not hire Immediate Family members of Associates who are Executive Officers or members of the Board of Directors. Without prior written approval of the Executive Committee, we will not hire Immediate Family members of Associates who (1) work in the Legal, Finance, Internal Audit or Human Resources functions or as a general manager or equivalent of any operating subsidiary; or (2) where employment would create a direct or indirect (within two levels of employment) supervisor/subordinate relationship between Immediate Family members.

> Summer Internship Exception: The prohibitions set forth in the paragraph above do not apply to summer internship opportunities.

> Existing Relationships Exception: If, as of May 20, 2019, an Associate is already an Immediate Family member of one of the Associates listed in the paragraph above or of a member of the Board of Directors, then the Company will make an exception to the prohibitions. However, to the extent the Associate has not already done so, the Associate must notify Human Resources or the Legal Department of the relationship immediately following the above date. The Company may require that appropriate controls be put in place, which could include, e.g., transfer of an Associate or removing a supervisor from the ability or responsibility to perform or contribute to evaluations or decisions regarding promotions and/or compensation.

Further, for obvious reasons, managers/supervisors should not become involved in a romantic relationship with any of their direct or indirect reports. However, if such a romantic relationship does develop, the manager/supervisor is responsible for immediately notifying his/her department head and Human Resources. If any romantic relationship (whether with a direct report, indirect report or other Associate) results in a conflict, favoritism, the appearance of impropriety/favoritism, or otherwise creates problems with supervision, safety, security or morale, we reserve the right to transfer or terminate the position of one or both Associates involved or to take any other appropriate action.

For purposes of this policy, a "**direct report**" means any Associate who reports directly to and/or has direct supervisory responsibility over another Associate. An **"indirect report"** means any Associate who is employed within another Associate's area of functional responsibility or chain of command, but is not a direct report.

In the event that this policy conflicts with applicable federal, state or local law, the applicable law shall govern.

# *Outside Employment*

If you decide to seek work elsewhere (whether through another employer, self-employment or otherwise, collectively "outside employment") while working for us, please contact your manager or your Human Resources Representative for assistance in determining whether potential outside employment is considered a conflict of interest before accepting a position outside of AutoNation.
As a rule of thumb, before accepting outside employment, avoid any situation that:

- Negatively affects or creates a conflict of interest with your current job or performance at work.

Revised: 01/13/22

Plaintiff0038

- You are judged by performance standards and are subject to our scheduling requirements, regardless of any existing outside employment;

- Competes with our business objectives. As an AutoNation Associate, you may not work in any capacity for any employer offering goods or services that compete with those offered by our Company; or

- Gives the appearance of being a conflict of interest (e.g., working for AutoNation subcontractors or vendors when you may be in a position to influence the sale of goods or services to or from the Company).

Additional rules apply if you are on a medical leave of absence. Please refer to the Handbook's Leave of Absence Policy for more information.

# ATTENDANCE/TIME OFF/LEAVE OF ABSENCE

## *Attendance*

We expect regular and punctual attendance in order to properly service our Customers and not burden your coworkers. This means you should be at your workstation on time, fully able and ready to work. Accordingly, we take into consideration your attendance when evaluating your job performance. In fact, we consider attendance, which we define as being present for work when scheduled, as being an essential function of every job. Most store Associates are required to register attendance by way of an electronic time clock system when arriving and departing; this is an essential part of your commitment to the Company and compliance should be strictly and consistently maintained.  So please, show up on time, able and willing to do your job. We're counting on you!

## *Work Schedule*

The quality of our Customer service helps distinguish us in the marketplace and having the appropriate level of staff working at any given time ensures we are able to achieve superior Customer satisfaction. Your supervisor is responsible for making sure that business operations are properly staffed at all times. This includes careful scheduling of working hours, lunch periods, and breaks.

It is your responsibility to know and comply with your work schedule. Your supervisor will generally post the work schedule in advance of the workweek. If you are unsure of your schedule or you cannot find it, please ask your supervisor. Because many of our stores operate seven days a week and for more than eight hours per day, your work shift, days off, and hours may not always be the same, and since hours of business activity fluctuate, we may change your schedule or reduce or increase your hours.  Therefore, check your schedule regularly.

Your department or facility manager determines the standard workweek and bases it on the business needs at your particular location.

We provide you with rest and meal periods during your workday according to applicable laws. Rest periods should not normally exceed two short breaks. Break periods generally may not be accumulated, nor are they to be substituted for tardiness, early departure from a shift, or longer lunch periods. Please ask your supervisor about your specific location procedures.

Revised: 01/13/22

## Time Worked and Overtime Pay

It is our policy to adhere to the requirements of federal, state and local laws regarding the payment of minimum wages and overtime compensation. Please keep in mind that any overtime worked must be approved in advance by your supervisor, and you are responsible to have your supervisor sign your timecard or overtime request form authorizing overtime worked. Vacation, holiday, sick days, or paid jury duty days do not count as compensable hours worked for the purposes of determining your eligibility for overtime pay. That means if you are out for any of those days, you can't add them in for the purpose of determining your overtime eligibility.

Moreover, it is our policy to keep proper records regarding hours worked and overtime compensation. Unless specifically informed that you are not required to record hours worked, please maintain accurate time records. Such records will allow you to accurately and completely report and record all required wages and hours, whether through an electronic time clock, time card swipe, manual time punch cards, or other timekeeping methods. Under no circumstances should you falsify any record relating to wages or hours worked. Neither should you continue to work after you have recorded your departure through the applicable timekeeping method.

Please do not work unauthorized overtime, fail to properly maintain accurate time records, falsify time records, or ask someone to falsify time records in violation of this policy. Please ask your supervisor or Human Resources Representative to answer your questions about this policy. Of course, you may also seek guidance regarding this policy or report any known or suspected violations of this policy through other avenues available to Associates, including the AlertLine.

*(For additional information on this subject, please refer to the AutoNation Business Ethics Program policy on Wage and Hour Laws.)*

## Communicating Absences or Tardiness

When you're late for work or don't show up at all, especially when you haven't given us adequate advance notice, you can appreciate the hardship it creates for your coworkers and impact it has on our ability to serve our Customers. Accordingly, we ask that if you are going to be absent from work, please notify your supervisor **prior to** your scheduled starting time to obtain approval. If your supervisor is not available, ask to speak to another management person on duty. Your supervisor, at his or her discretion, may require a doctor's release (as applicable) before allowing you to return to work.

An **absence** is defined as a failure to report to work for any scheduled work shift. **Tardiness** is defined as not being at your workstation ready to perform your job duties at your scheduled start time. Failure to provide proper notice and/or excessive absenteeism or tardiness may result in disciplinary action and, is a violation of this policy.

If you are absent for a period of three (3) consecutive scheduled working days without contacting and obtaining the approval of your immediate supervisor, we may terminate your employment due to job abandonment. Job abandonment is a form of voluntary termination.

## Vacation/Paid Time Off

We recognize the need for you to take time off during the year for rest and relaxation. We encourage you to do so by requiring that you use your earned vacation/paid time off and by not allowing earned vacation/paid time off to be carried over to the following calendar year (where permitted by law).

You can use your vacation/paid time off at any time, subject to business need and your manager's approval. You

Revised: 01/13/22

Plaintiff0040

should submit a request to use vacation/paid time off to your manager in writing, at least two weeks in advance. We will make reasonable efforts to accommodate your request; however, if overriding operational considerations conflict with your vacation plans, you may be required to change your plans. Your manager is the final authority for scheduling all vacation/paid time off.

Vacation/paid time off policies vary between operating entities and/or Regions. Therefore, when transferring between operating entities and/or Regions, your paid time off/vacation policy may change. Please check with your Human Resources Representative regarding your location's specific paid time off/vacation policy.

## *Holidays*

Observed holidays vary between operating entities and/or Regions. Therefore, your holiday schedule may change when transferring between operating entities and/or Regions. Please check with your Human Resources Representative regarding your location's specific holiday policy.

## *Jury Duty*

We recognize the importance of the jury process and provide all regular, full-time Associates paid time off to participate in the process. Please consult with your supervisor or Human Resources Representative for further details.

If there is a conflict between our Jury Duty policy and local, state or federal law, the applicable law shall govern.

## *Leave of Absence*

AutoNation recognizes that you may need additional time away from work for various reasons; including service in the uniformed services, time to care for your own illness or the illness of a family member, or time off for personal reasons. The following section will review the various Leave of Absence options available to you. Please keep in mind that you must meet the eligibility requirements outlined for each type of leave in order to be approved for the leave of absence.

If local, state, or federal laws require a leave of absence under circumstances other than those provided in this policy, the applicable law shall govern.

## *Military Leave*

Whether you are a full-time or part-time Associate, you are eligible for an unpaid military leave of absence if you are absent from work because of "service in the uniformed services," as defined under applicable law. You must inform your manager of the need to take military leave after receiving your military orders at least five days prior to the leave of absence, unless advance notice is prevented by military necessity or otherwise impossible or unreasonable.

If you are a full-time Associate on military leave of absence you are eligible to receive up to 30 calendar days of pay during your employment based on your period(s) of military service (e.g., 15 days of military services equates to 15 calendar days of pay). Pay is capped at 30 calendar days, regardless of when the leave is taken and the number of military leaves you take during your employment. The remainder of your military leave(s) will be unpaid. Part-time Associates are ineligible for any compensation under this policy.

Please consult with your Human Resources Representative for details regarding job restoration under applicable

Revised: 01/13/22

Plaintiff0041

law and this policy.

## Personal Leave

Personal leaves of absence may be available to regular, full-time Associates (if you regularly work 30 or more hours per week). Personal leaves of absence and extensions of personal leaves must be requested in writing with at least 30 days' notice, whenever possible. In general, personal leaves of absences and any approved extensions may not exceed a total of six (6) months. Personal leaves of absence and extensions of leaves must have a specific duration and return-to-work date at the time the personal leave is requested, where practicable, and must be approved by your supervisor and, where applicable, the General Manager or Department Head at your location and Human Resources.

Personal leaves of absence generally are unpaid; however, we may ask that you utilize all of your accrued vacation time at the beginning of your leave of absence. Vacation/paid time off will normally not accrue during a personal leave, except as required by law.
Individuals failing to return to work on their scheduled return-to-work date without an approved extension of leave may be considered to have voluntarily terminated their employment, except where prohibited by law.

## Family and Medical Leave Act

Under the Family and Medical Leave Act ("FMLA"), you may be eligible to take unpaid, job-protected leave for certain specified reasons if you meet certain eligibility criteria, including:

- You have worked for an AutoNation store or other entity, as applicable, at least 12 months, and
- You have been actively at work for at least 1,250 hours during the 12 months immediately preceding the effective date of the leave (1,250 hours represents approximately seven months of regular, full-time service).

If you are eligible, leave may be taken for one or more of the following reasons:

- The birth of your child or to care for your newborn child;
- Placement of a child with you for adoption or foster care and to care for the newly placed child;
- To care for your spouse, child, or parent, with a serious health condition;
- Your own serious health condition.
- A "qualifying exigency" caused by a spouse, son, daughter, or parent's call to active military duty;
- To care for a covered service member with a serious injury or illness who is your spouse, son, daughter, parent or next of kin.

FMLA leave is generally unpaid. However, you may be required to substitute accrued vacation/illness time for unpaid FMLA leave. Any disability leave of absence and/or Workers' Compensation leave of absence will run concurrently with your FMLA leave.

Also, you may be able to request intermittent leave or a reduced schedule to care for a family member's serious health condition, your own serious health condition, or to care for a covered service member.

Note some states have similar family and medical leave laws to which these leave policies shall also apply, unless otherwise inconsistent with such state law. Contact your Human Resources Representative for further information.

Revised: 01/13/22

Plaintiff0042

**Maximum Time Off**

If eligible, you are entitled to take up to a total of 12 workweeks of FMLA leave during a rolling 12-month period, or up to a total of 26 workweeks of military family leave to care for a covered service member with a serious injury or illness. No more than 12 workweeks of those 26 weeks in any rolling 12-month period may be taken for all other reasons combined.

Other restrictions may apply if a husband and wife both work for the same employer. Contact your Human Resources Representative for further information

**Benefits Status During Leave**

During the time the Associate is on leave, the Company will continue the Associate's group health insurance coverage at the same level as if he/she had not taken leave, for up to six months, provided the Associate pays his or her contribution. The Associate will be direct billed on an after-tax basis the same amount that would have been paid as a contribution from the Associate's paycheck if the Associate was active at work. If payments are not made while the Associate is on a leave of absence, benefits will be terminated retroactive to the Leave of Absence start date. If the Associate fails to continue to make timely payments via direct bill, benefits will be terminated retroactive to the last date the Associate paid in full.

**Advance Notice and Medical Certification**

To request a leave of absence under the FMLA or similar state law, you must contact your supervisor and The Benefit Connection at 1-877-550-2363 where you will be connected to an FMLA representative. You must follow the usual and customary requirements for requesting a leave of absence and give at least 30 days' notice, where possible. You may also be required to provide documentation supporting your request, periodic reports, and medical certifications regarding your status and intent to return to work at various times during your leave. Please contact The Benefit Connection for further details.

**Outside Work While on Leave**

You are not allowed to perform work outside of the Company (whether through another employer, self-employment or otherwise) while you are on an approved FMLA leave or other type of medical leave, without management approval. Approval is generally given only when the other work is not inconsistent with your medical restrictions (and does not create a conflict of interest), or as otherwise required by law. Please review the Handbook policy on Outside Employment for additional information.

**Return From Leave**

When you return from an FMLA leave you are eligible for reinstatement to the same position or an equivalent position. However, reinstatement may not be available to a designated "key employee" as defined or to other Associates in limited circumstances as permitted by law. Please contact your Human Resources Representative for further information.

**Disability Leave**

If you are enrolled in our short-term and long-term disability plan and you are unable to work due to pregnancy or an illness or injury that is not work-related, you may be eligible for leave and receive disability benefits. To report a disability and request a leave, speak to your manager and then call The Benefit Connection at 1-877-550-2363 to be connected to a disability representative.

# *New York State Paid Family Leave Benefits (New York Employees)*

The New York Paid Family Leave Benefits Law ("PFLBL") provides eligible employees the opportunity to take partially paid, job-protected leave to care for a new born child, a newly adopted or newly placed child or a family

Revised: 01/13/22

member with a serious health condition, or to handle certain qualifying exigencies arising from a spouse's, child's or parent's covered active duty or call to covered active duty status, up to the maximum length of leave permitted by law ("maximum amount of leave"). PFLBL benefits are intended to compensate employees for wage loss suffered while taking these types of eligible family leaves. In accordance with the law, PFLBL benefits are funded by a payroll deduction from employees' paychecks.

## Employee Eligibility

Employees who work 20 or more hours per week are eligible to take PFLBL leave after 26 consecutive weeks of work. Employees who work less than 20 hours per week are eligible on the 175th day of work. If employees are unsure whether they qualify for PFLBL leave, they should contact their Manager or Human Resources Representative.

When an employee's regular employment schedule is 20 hours or more per week and the employee will not work 26 consecutive weeks, or when an employee's regular employment schedule is less than 20 hours per week but the employee will not work 175 days in a 52-week period, the employee shall be provided the option to file a waiver of family leave benefits. Any such waiver will be automatically revoked if there is a change in the employee's work schedule that requires the employee to continue working for 26 consecutive weeks or 175 days in a 52 consecutive week period, and the employee will be required to begin making contributions to the cost of PFLBL benefits, including any retroactive amounts due from the date of hire.

## Conditions Triggering Leave

PFLBL leave may be taken for the following reasons:

1   the birth, adoption or foster care placement of an employee's child within 12 months following the birth or placement of the child;

2   to care for a close family member (spouse, domestic partner, child, parent, parent in law, grandparent, or grandchild) with a serious health condition; or

3   to handle certain "qualifying exigencies" (as defined under the Family Medical Leave Act) arising out of the fact that the employee's spouse, son, daughter, or parent is on covered active duty or call to covered active duty status in the military reserves, National Guard, or Armed Forces.

## Length of Leave

In 2018, employees are eligible for up to eight (8) weeks of leave within a 12-month period.  The maximum amount of leave will increase to ten (10) weeks as of January 1, 2019 and twelve (12) weeks as of January 1, 2020.

## Identifying the 12-Month Period

Employees are eligible to take up to the maximum amount of leave, during a 12-month period.  All leave entitlement will be measured during a rolling 12-month period measured backward from the first day of leave. PFLBL leave for the birth of a child or placement of a child for adoption or foster care must be concluded within 12 months of the birth or placement.

## Using Leave

Eligible employees may take PFLBL leave in a single block of time or intermittently (in separate blocks of time). The smallest increment of time that can be used for such intermittent leave is one full day.   Employees who require intermittent leave must try to schedule their leave so that it will not unduly disrupt the Company's operations.

To the extent the employee is also eligible for FMLA leave for the same condition triggering PFLBL leave, the

employee must use FMLA leave and PFLBL leave concurrently.

Employees may not concurrently receive New York State Disability or Workers' Compensation benefits and PFLBL benefits. An employee who is eligible for both New York State Disability benefits and PFLBL benefits during the same 52-week period cannot receive more than 26 total weeks of disability and family leave benefits during that time period.

Other restrictions may apply if a husband and wife both work for the same employer.

### Wage Replacement Benefits

Employees who qualify for PFLBL benefits are eligible to receive 50% of their average weekly wage (up to a maximum amount set by the state, which is currently set at $652.96) during their leave. The amount of wage replacement during leave will increase to 55% as of January 1, 2019, 60% as of January 1, 2020, and 67% as of January 1, 2021, respectively, of the employee's average weekly wage, subject to a maximum set by the state.

### Notice and Certification

If the need for leave is foreseeable, an employee must provide 30 days' notice in advance of the anticipated beginning date of the leave. If the need for leave is not foreseeable, notice must be provided as soon as is practicable and in compliance with the Company's normal call-in procedures, absent unusual circumstances.

An employee wishing to make a claim for PFLBL benefits must complete a Request for Paid Family Leave or give notice in another format designated by the Company's insurance carrier. Requests for Paid Family Leave forms and form submissions should be directed to their Manager or Human Resources Representative.

The Company's Paid Family Leave insurance carrier is First Reliance Standard Life Insurance Company, 590 Madison Avenue, 29th Floor, New York, NY 10022. The employee will be required to submit to the Company's insurance carrier certain certifications and/or documentation substantiating the need for leave.

### Use of Accrued Paid Leave

Depending on the purpose of your leave request, an employee may choose to use accrued paid leave (such as sick leave, vacation, or PTO), concurrently with some or all of the employee's PFLBL leave. In order to substitute paid leave for PFLBL leave, an eligible employee must comply with the Company's normal procedures for the applicable paid-leave policy (e.g., call-in procedures, advance notice, etc.). Should an employee choose to substitute accrued paid leave for PFLBL benefits, a leave that is otherwise eligible under the PFLBL will be job-protected leave.

To the extent the employee is also eligible for FMLA leave for the same condition triggering PFLBL leave, the Company's policies regarding the use of accrued paid leave concurrently with FMLA leave shall apply.

### Benefits During PFLBL Leave

If you and/or your family participate in our group health plan, the Company will continue your group health insurance coverage at the same level as if you had not taken leave, up to six months, provided you pay your contribution. You will be direct billed at the home address on file at The Benefit Connection. You will be billed on an after-tax basis the same amount that you would have paid as a contribution from your paycheck if you were active at work. If the after tax-payments are not made while you are on a leave of absence, benefits will be terminated retroactive to the Leave of Absence start date. If you fail to continue to make timely after-tax payments via direct bill, benefits will be terminated retroactive to the last date you paid in full. Use of PFLBL leave will not result in the loss of any employment benefit that accrued prior to the start of your leave.

Revised: 01/13/22

Plaintiff0045

**Job Restoration**

Upon returning from PFLBL leave, eligible employees will typically be restored to their original job or to an equivalent job with equivalent pay, benefits, and other employment terms and conditions.  However, employees have no greater right to reinstatement than if they had been continuously employed rather than taken leave. For example, if an employee would have been laid off or his or her position would have been eliminated even if he or she had not gone on leave, then the employee will not be entitled to reinstatement.

**Failure to Return After PFLBL Leave**

Any employee who fails to return to work as scheduled after PFLBL leave or exceeds the maximum amount of leave entitlement, will be subject to the Company's standard leave of absence and attendance policies. This may result in termination if you have no other Company-provided leave available to you that applies to your continued absence. Likewise, following the conclusion of your PFLBL leave, the Company's obligation to maintain your group health plan benefits ends (subject to any applicable COBRA rights).

**Fraud**

Providing false or misleading information or omitting material information in connection with a PFLBL leave will result in disciplinary action, up to and including immediate termination.

**Employers' Compliance with PFLBL and Employee's Enforcement Rights**

PFLBL makes it unlawful for any employer to interfere with, restrain, or deny the exercise of any right provided under PFLBL, or discharge or discriminate against any person for opposing any practice made unlawful by PFLBL or for involvement in any proceeding under or relating to PFLBL.

# COMPENSATION AND BENEFITS

## Pay Period, Paydays, and Other Pay Practices/ Compensation

It is our policy to adhere to the requirements of federal, state and local wage-hour laws. Pay practices among AutoNation operating entities may vary. Typically, there is up to a 10-day delay between the end of a pay period and the date you actually receive your pay. This allows time for us to process time records, prepare paychecks or vouchers and to reconcile all pay records.

Associates may either sign up for direct deposit or a pay card. Pay statements are available online at www.ipay.adp.com. For more information on payroll practices including the current payroll schedule please refer to www.dealercentral.net.

## Pay Deductions

Also, in compliance with wage-hour laws, AutoNation does not permit pay deductions from the salaries of salaried exempt Associates based upon variations in the quality or quantity of the work they perform, except in limited situations allowed by the applicable rules. Generally speaking, neither salary deductions may be made for absences caused by AutoNation or by AutoNation's operating requirements, such as when a salaried exempt Associate is ready, willing, and able to work, but work is not available. If you believe that you have received an improper pay deduction, please contact your Manager or Human Resources Representative to report this complaint. Reports may also be made to the AlertLine at 1-800- 597-0094 or www.alertline.com. We will conduct a proper investigation of your complaint and take any appropriate action. For all other questions about the pay

Revised: 01/13/22

Plaintiff0046

44

practices and/or schedules in your location, please contact your Manager or your Human Resources Representative.

*(For additional information regarding AutoNation's wage and hour policies, please refer to the AutoNation Handbook's Time Worked and Overtime Pay Policy and the AutoNation Business Ethics Program policy on Wage and Hour Law).*

## Associate Benefits

Currently, AutoNation offers eligible Associates the following Company-Paid benefit plans:

- Cancer Insurance
- Basic Life and Accidental Death & Dismemberment Insurance
- Health Savings Account (HSA) with a Company contribution (for one medical option)
- Employee Assistance Program
- 401(k) with a Company Match
- Business Travel Accident Insurance
- MSRP Biometric Screening
- Paid Maternity Leave

AutoNation also offers eligible Associates the opportunity to enroll in the following benefit plans:

- Medical
- Dental
- Vision
- Flexible Spending Accounts (FSA)
- Short-Term and Long-Term Disability
- Additional Life Insurance
- Personal Accident Insurance
- Dependent Life Insurance
- Critical Illness Insurance
- Supplemental Medical Accident Insurance
- Identity Theft Protection

Summary Plan Descriptions ("SPDs") describing each benefit plan offered, the benefits available, and the eligibility requirements are available to all eligible Associates. Each plan is subject to change or termination by the Company in its sole and exclusive discretion at any time. For information concerning benefit plans available at any particular time, the benefits available, and the eligibility requirements under each plan, please contact either Wells Fargo (401(k) plan) or The Benefit Connection (health and welfare plans), whose contact information is listed on the last page of this Handbook.

## HIPAA – Protecting Your Privacy

The privacy provisions of the federal law known as the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") apply in part to any group health plans sponsored by the Company. The privacy notice sets forth, among other things, your federal rights relating to the privacy of your protected health information. In layman's terms: for any issues you may have with group health plans, please contact The Benefit Connection. As your employer, we are not at liberty to advocate or contact the plans on your behalf using your protected health information, unless you sign an Authorization Form. You should read the privacy notice, which can also be found on www.dealercentral.net, to learn more details about the HIPAA privacy rules.

## Workers' Compensation

Please be careful, but if you have a work-related injury or illness, you must inform your manager immediately. Your manager will report your injury or illness to our Workers' Compensation vendor. If you need to obtain medical care for your injury or illness, your manager will direct you to an in-network, Workers' Compensation

Revised: 01/13/22

Plaintiff0047

medical provider for treatment and a post-accident drug test.

Contact your manager immediately after receiving medical care to update them on your medical treatment and work status. When you return to work, you must provide your manager with a medical release from the treating physician.

All Associates must obtain treatment for work-related injuries and illness from your individual location's designated medical center. A map with the location is posted within your department and / or location. Please ask your manager for your individual medical center and map location.
In the event of a life or limb-threatening emergency, the injured Associate will be sent to the nearest emergency medical facility. The in-network medical provider as designated above must provide follow-up care.

If an unauthorized medical provider treats an Associate, the Associate will be responsible for payment of said treatment.

In addition, you have the right to be treated by your personal physician if you provide your employer a written request at the beginning of your employment period. Finally, Labor Code Section 4600 defines "personal physician" as the "regular physician and surgeon" who has previously directed your prior medical treatment and who retains your medical records, including medical history.

All Associates must abide by this company-designated provider policy.


# HEALTH, SAFETY, AND SECURITY

We are committed to protecting the environment and providing a safe and healthy workplace for you and for our visitors. To support our compliance efforts, every store has an Environmental, Health and Safety (EHS) compliance program, including training of affected personnel, primarily in the service and parts centers and body shops, by qualified consultants or management.


## COVID-19 Vaccination Policy (Effective as of March 3, 2021)

Rev. April 6, 2021

### Purpose and Scope
Consistent with our duty to provide and maintain a workplace that is free of recognized hazards, AutoNation has adopted this COVID-19 Vaccination Policy (policy) to safeguard the health and well-being of our Associates and their families; our Customers and visitors; and the community from COVID-19, an infectious condition which can be reduced through an effective vaccination program. This policy is intended to comply with all applicable laws. It is based upon guidance provided by the Centers for Disease Control and Prevention (CDC) and public health and licensing authorities, as applicable.
This policy does not impact other workplace safety policies and protocols related to COVID-19, including wearing face coverings as required, staying at least six feet apart from others where possible, and washing hands frequently.  Associates must continue to follow the Company's then existing safety policies and protocols.

This policy applies to all Associates Company-wide. Customers and visitors are not covered by this policy.

Revised: 01/13/22

Plaintiff0048

**Policy**

**AutoNation strongly encourages all Associates to receive a COVID-19 vaccine at their earliest opportunity.** The CDC maintains a list of authorized and recommended COVID-19 vaccines on its Different COVID-19 Vaccines website page. The CDC also provides website pages on COVID-19 Vaccine Benefits and Facts about COVID-19 Vaccines, which all Associates who have not received the complete vaccine should review.

AutoNation will assist Associates who have not received the COVID-19 vaccine by providing on-site access to immunizations if possible, and continuing to identify local sites where Associates may receive vaccinations. The Company will also ensure that eligible Associates do not pay for the cost of vaccinations at any AutoNation sponsored initiative, whether on or off-site. When not received at an AutoNation sponsored initiative, vaccinations should be processed through Associates' health insurance where applicable.

### Time Taken for Post-Policy Vaccinations

**Time taken to receive a COVID-19 vaccine on or after the effective date of this policy (post-policy vaccination(s)) will generally be considered as hours worked to ensure that no Associate declines to get the vaccine out of concern with losing pay or having no paid time off (PTO) available.** At the time of the post-policy vaccination, the Associate must be actively employed by the Company and not on a leave of absence to be eligible for the designated hours worked and vaccination cost coverage. (Other requirements are outlined in this policy as well.)

For a post-policy vaccination at the Associate's work location (on-site location), the Associate should remain clocked in (as applicable) during the vaccination process and will be eligible to have one additional hour per required vaccine dose designated as hours worked (e.g., two hours for a two-dose vaccine) as provided in this policy.

For post-policy off-site vaccinations, whether at an AutoNation sponsored initiative or otherwise, eligible Associates will generally have two hours per required vaccine dose designated as hours worked (e.g., four hours for a two-dose vaccine), provided the Associate complies with the other requirements of this policy. Any Associate whose off-site vaccination takes significantly more time than the designated hours should contact their Human Resources representative to review.

For post-policy off-site vaccinations during normal work schedules, Associates need to coordinate with their managers to schedule appropriate time to receive the vaccine. Associates may also choose to receive the vaccine outside of their normal work schedule, such as on a day off.

### Pay Rates for Post-Policy Vaccinations

The assigned pay rates for post-policy vaccinations of Associates eligible to have time considered as hours worked follows:

- Hourly Associates, not otherwise covered below, will be assigned pay at their regular hourly rate.

- Salaried Associates, not otherwise covered below, will be assigned pay based on a pro-rata portion of their base salary only (i.e., pro-rated to an hourly rate of pay).

- Exempt Salaried Management Staff will not receive additional compensation for time taken to receive the vaccine and will not have their salary pro-rated or their PTO bank impacted.

- Field Associates (e.g., store, collision center and other retail/field Associates) primarily compensated on a variable pay plan and not otherwise covered by the Exempt Salaried category above, will be assigned pay at $16.30 per hour (i.e., $32.60 per vaccine dose). Refer to the applicable Region PTO Policy for further detail on the "Associates primarily compensated on a variable pay plan" category.

Revised: 01/13/22

Plaintiff0049

**Payment for Pre-Policy Vaccinations**

**Associates (other than Exempt Salaried Management Staff) who have received a COVID-19 vaccine before the effective date of this policy (pre-policy vaccination(s)), may be eligible for a discretionary payment to thank them for taking their time to get vaccinated.** Specifically, an Associate (other than an Exempt Salaried Associate as noted) who received a pre-policy vaccination will be eligible to receive the amount of $35.00 (less applicable taxes and other withholdings) per required vaccine dose if the Associate was actively employed by the Company and not on a leave of absence at the time of the vaccination(s), and complies with the requirements of this policy. An Associate may fall under both the pre-policy and post-policy vaccination categories with a two-dose vaccine.

**Requirement for all Eligible Associates to Record COVID-19 Vaccination Information**

As a condition of recording time as hours worked (as applicable) or receiving any payment as outlined in this policy, all eligible Associates who have been vaccinated are required to first timely record their vaccination information regarding each dose received through the "COVID-19 Pre-Registration & Vaccine Record" button when available on DealerCentral. For clarity, this requirement applies to eligible Associates vaccinated pre-policy or post-policy, through any available avenue (not just an AutoNation sponsored initiative).

The eligible Associate must generally record the vaccine information within the time period outlined below:

- *Post-Policy Vaccinations*: Within three days after receiving the specific vaccine dose (e.g., Associates who receive a two-dose vaccine will record information on each dose separately);

- *Pre-Policy Vaccinations*: Within 30 days following the issuance of this policy (e.g., Associates who have already received one or both doses should record the information for each dose).

If there are extenuating circumstances which prevent an Associate from entering the vaccine information in a timely manner, the Associate should contact their Human Resources representative to review.
This vaccination information is critical to: (i) ensure that eligible Associates are able to receive the appropriate pay for the vaccination(s); and (ii) assist the Company in coordinating vaccine initiatives and determining if any additional safety measures are appropriate to maintain a safe workplace. If the Associate does not record this vaccine information in a timely manner, the Associate will generally be ineligible to receive any pay as outlined in this policy.

**Questions; Reports of Violations or Concerns**

If you have any questions regarding this policy, please refer to the COVID-19 Vaccination FAQs when available by clicking on the Corporate Communications button on DealerCentral or contact your Human Resources representative. Also, if you believe that you have been treated in a manner inconsistent with this policy, please notify the Company immediately by contacting your Human Resources representative or the Alertline (1-800-597-0094 or www.alertline.com), or utilizing any other avenue outlined in the Associate Handbook or the Code of Business Ethics for reporting known or suspected violations of Company policy.

**Continued Monitoring of COVID-19 Developments; Miscellaneous**

The Company continues to monitor developments regarding COVID-19 and COVID-19 vaccinations in particular as part of ongoing efforts to maintain a safe workplace. This policy is subject to change at the Company's discretion accordingly.

All Associates maintain their rights to take PTO time and sick time pursuant to Company policies. Associates in certain states and local jurisdictions may have rights to COVID-related sick leave to receive the vaccine beyond the benefits outlined above. Associates should contact their Human Resources representative with any questions.

In the event of any conflict between the terms of this policy and applicable law, the applicable law will control.

Revised: 01/13/22

Plaintiff0050

## *Environmental Policy and Procedures*

Our operations involve the use, storage, transportation, recycling and/or disposal of materials such as motor oil and filters, transmission fluids, antifreeze, refrigerants, paints, thinners, batteries, cleaning products, lubricants, degreasing agents, tires and fuel. Equipment such as grinders, automobile lifts, and sanders are also used by our Associates. Consequently, our operations are subject to many federal, state and local requirements that regulate the handling of these products and materials and provide guidance for the safe use of the products and equipment. Depending on the nature of your job, you are responsible for understanding and complying with all applicable environmental laws and regulations and for conducting business in a manner that protects the environment, your coworkers, and the general public. We're counting on you to be a conscientious and compliant corporate citizen!

## *Safety Policy and Procedures*

To uphold our commitment to provide a safe workplace, we must work together. This means in part: maintaining facilities free from recognized hazards; obeying all Company health and safety rules as well as applicable law and regulations; operating equipment safely with all safety devices in place; and wearing personal protective equipment wherever required.

To this end, all work stations, whether in an office setting, service center, showroom or body shop, should be maintained in a clean and orderly condition. In addition, we should all exercise good judgment and common sense in our day-to-day work. For example, since horseplay can cause injuries and damage property, we do not permit it. You can also help by taking obvious steps designed to remove safety hazards like closing open drawers and reporting exposed electrical cords. (See the detailed list of some of the main safety rules that apply under the General Safety Rules Section below). We welcome any recommendations you may have to further improve safety and health conditions.

## *Reporting Accidents, Injuries and Safety Concerns/Violations*

In the event of an accident or injury, we want to ensure that you receive prompt and thorough treatment as soon as possible. You must therefore immediately report to your managers any injuries, no matter how minor. You must also immediately report any suspected or known violations of environmental, health and safety policies, laws, or regulations and any potentially unsafe or unhealthful conditions. "Near misses" that do not result in injury should also be reported. No Associate should fear retaliation in making any such reports as the Company has a strict no-retaliation policy.

Violations of this Environmental Compliance and Workplace Safety and Health Policy will result in appropriate disciplinary action. Serious violations and/or repeated or willful violations may result in immediate termination.

## *Recordkeeping*

Environmental, health and safety information such as training logs, storage tank monitoring, and work- related injuries and illnesses must be accurately recorded and maintained.

## *General Safety Rules*

Some of the general safety rules which apply to all Associates are described below:

- When in doubt about a procedure, ASK.

Revised: 01/13/22

Plaintiff0051

- Do not operate any equipment without applicable training.
- All accidents or injuries must be reported immediately to your supervisor.
- Report any unsafe or potentially unsafe situation to your immediate supervisor.
- Use Common Sense: Most accidents may be avoided by using common sense and concentrating on the job to be done. Always be aware of your surroundings. Never distract the attention of another worker.
- Signs: Obey all posted signs. Signs are posted for your safety and the safety of others to provide reminders of what should be taking place.
- Eating and Drinking: Eat only in designated areas and drink water only from safe sources.
- Smoking:  No Smoking is allowed in any building at any time.
- Personal Protective Equipment ("PPE"): Always wear PPE when required. Failure to wear safety equipment, i.e., safety glasses, face masks, respirators, ear plugs, rubber gloves, etc. or the use of machine guards deemed essential when operating certain equipment or using certain chemicals can result in a reduction of your worker's compensation benefits, if you are injured during that time.
- Do not wear jewelry around machinery and also secure loose fitting clothing.
- Fighting, horseplay, practical jokes or other disorderly conduct which may endanger any Associate's well-being or work operation will not be tolerated.
- Bringing alcohol or drugs on Company property and/or being under the influence of drugs or alcohol during work hours is prohibited. (Refer also to the Drug and Alcohol Policy).
- Housekeeping: Clean up spills immediately; remove scraps from the work area and place tools and equipment in proper storage areas after use.
- Entering or Leaving the Premises:  Use designated walkways and sidewalks.  No running on the property.  Stop, look and listen before crossing driveways.
- Use handrails when ascending or descending stairs or ramps.
- Do not jump off stairs, ramps, tables, ladders or sliding down stair rails.
- Do not use space heaters, candles or personal fans in the workplace.
- Know how to evacuate your work area and know an additional exit route.
- Know where the closest fire extinguisher is located and keep it unblocked.
- For emergency medical or fire assistance dial 911.
- In an emergency, protect, SELF, OTHERS and PROPERTY in that order.
- Shut down any machine and disconnect the power source, before servicing, cleaning or clearing a jam. Use Lockout/Tagout procedures where appropriate.
- Never use your fingers to remove debris from machines. Always use a brush or hook.
- Use solvents and flammable liquids only for the purpose for which they were intended.

Please contact your Human Resources representative for further information.

Revised: 01/13/22

Plaintiff0052

# *Hazard Communication Program*

### General Company Policy

AutoNation is committed to complying with OSHA Hazard Communication Standards by compiling a hazardous chemicals inventory, cataloging Material Safety Data Sheets (MSDS), labeling containers, and providing our employees with classroom and on the job training. The program applies to all work operations in our Company where Associates may be exposed to hazardous substances under normal working conditions or during an emergency situation.

The Service Manager and/or the Department Manager are typically the program coordinator and have overall responsibility for the program. The program coordinator will review and update the program as necessary. Copies of the written program may be obtained by requesting a copy from the program coordinator.

Under this program, Associates will be informed of the contents of the Hazard Communication Standard, the hazardous properties of the chemicals with which they work, safe handling procedures and measures of protection from these chemicals. Associates will also be informed of the hazards Associated with non- routine tasks, and the hazards Associated with chemicals in unlabeled containers.

### Inventory of Hazardous Chemicals

The program coordinator will have an inventory of the hazardous chemicals/materials, which will be updated as necessary, or when a new chemical is brought into the workplace. This list will identify the corresponding MSDS for each chemical used in that department. An MSDS manual of these chemicals/materials will be kept in the Service Managers or the Parts Managers office. Facility Associates are instructed to secure an MSDS from each vendor for each new chemical brought onto the premises.

### Material Safety Data Sheets (MSDSs)

MSDSs provide specific information on the chemicals in the workplace. The program Coordinator will maintain a binder with an MSDS on each material on the inventory of hazardous chemicals. The MSDS will be a fully completed OSHA form 174 or equivalent. MSDSs will be made readily available to Associates during work shifts. The MSDS manual is divided by tabs to simplify access to a specific datasheet. The program coordinator is responsible for acquiring and updating the MSDS manual, the chemical/material supplier will be contacted if more information is necessary or the new product was shipped without an MSDS.

### Labels and Other Forms of Warning

The program coordinator will ensure that all hazardous chemicals/materials in the workplace are properly labeled as necessary. Labels should list the chemical identity, appropriate hazard warnings and the name and address of the manufacturer.

If there are stationary containers within a work area that are not labeled, labels will be filled out and adhered to that container. The label will need to contain the name of the chemical and the following chemical ratings: Hazard, Flammability, Reactivity and Protective Equipment. The program coordinator can answer questions and supply these labels.  Unlabeled chemicals should not be used.

### Non-Routine Tasks

When Associates are required to perform hazardous non-routine tasks, a training session may be conducted to inform you of hazardous chemicals you may be exposed to. Our goal is to take precautions to reduce or avoid chemical exposure.  This training is usually conducted "on the job", at the worksite.

Revised: 01/13/22

**Training**

Everyone who works with or is potentially exposed to hazardous chemicals will receive initial training on the Hazard Communication Standard and the safe use of those hazardous chemicals. The program coordinator or a designated instructor will conduct this training; a detailed training program has been developed for this purpose. At least annually, a review of the program will take place. The program coordinator is available to answer Associate questions you may have. The training program will emphasize these items:

- Summary of the Hazard Communications Standard

- Chemical and physical properties of hazardous chemicals (flash point, potential of fire) and methods that can be used to detect the presence or release or chemicals.

- Health hazards associated with symptoms of chemical exposure, adequate workplace ventilation and workplace signage.

- Personal Protective Equipment that may be required during certain job tasks.  This will address proper work practices, Company policies on usage and emergency procedures.

- Where MSDS manuals are located, how to read and interpret container labels and how employees may obtain additional information.

The program coordinator will review the employee training program and will provide retraining as needed. Retraining is required when a hazard changes or when a new hazard is introduced into the workplace. New Associates enter a training program as they are hired; the type of training depends upon your job description.

**Outside Contractors**

The program coordinator or the department/shift manager will advise the outside contractor of hazards they may come in contact with, or of applicable Company safety policies that must be followed.
Supervision may be necessary for first time contractors, all Company safety rules will be adhered to at all times.

Each contractor bringing chemicals on site must supply the appropriate hazard information on these substances. Labels and MSDS's are required for each material left on premises.

**Additional information**

All Associates, or designated contractors, can obtain further information on the facilities Hazard Communication Program by contacting the Service Manager or the Department Manager.

(For additional information on Environmental Health and Safety, please refer to the AutoNation Business Ethics Program policies on Workplace Health and Safety and Environmental Compliance)

## *Workplace Violence*

Because we value the health and safety of our Associates and Customers, we are committed to maintaining a work environment free of violence. We will not tolerate violence, a threat of violence, intimidation, or any conduct that creates an intimidating or otherwise offensive work environment. You can help create a violence-free workplace. In fact, you have a duty to report any conduct prohibited by this policy to your supervisor, another member of management in your facility or location, Human Resources, or anonymously to the AlertLine at 800-597-0094 or www.alertline.com. Threats or assaults that require immediate attention should be reported to 911 or local law enforcement first.  We know we can count on you to take this responsibility seriously.

Revised: 01/13/22

Plaintiff0054

52

*(For additional information on this subject, please refer to the AutoNation Business Ethics Program's policy on Prevention of Workplace Violence.)*

## Security

Your security is a shared responsibility, and it starts with being aware of people and activities around you, which can help create a secure working environment. Therefore, in order to protect yourself, your coworkers, and our Customers, please promptly report any suspicious behavior or persons to a security officer, General Manager, or a member of the management team at your facility.

## Smoking Policy/Use of Tobacco Products

All indoor facilities are non-smoking, non-dipping, and/or non-chewing tobacco areas. This includes the use of eCigarettes.  Receptacles are provided in the designated outdoor smoking/tobacco use areas that are intentionally placed away from Customer view. Please keep these areas clean.  While tobacco usage is allowed in designated areas of each facility, please be considerate of non-tobacco users.

## Vehicle Usage Safety Requirements

To ensure compliance with applicable safety laws and regulations, the Company abides by the following policy regarding Associate use of vehicles and Motor Vehicle Records Screening.

If you drive Customer vehicles or personal vehicles on Company business or Company-owned vehicles (including demonstrator vehicles) you are classified as a "Driving Associate." As a Driving Associate, we expect you to exercise safe and defensive driving skills at all times and to obey all applicable motor vehicle safety laws and regulations.

Each Driving Associate must:

- Possess a valid driver's license for the state of residency and the type of motor vehicle driven and present proof of appropriate licensure;
- Maintain an acceptable driving record pursuant to the Company's motor vehicle records standards;
- Be in a fit condition while driving on Company business, including compliance with all applicable medical testing requirements;
- Use and require all occupants to use seat belts and air bags and other safety equipment provided with the vehicle while on Company business;
- Comply with our drug and alcohol policy;
- Never transport unauthorized passengers or hitchhikers while on Company business;
- Never smoke and/or use tobacco in a Customer's vehicle or demonstrator vehicle; and
- Observe and obey all parking ordinances, speed limits, traffic signals, and other laws governing the operation of motor vehicles.

All Driving Associates are obligated to notify their direct supervisor immediately of any damage to or accident in a Company-owned or Customer vehicle that occurs at any time during the Driving Associate's employment with us.  All Driving Associates are also obligated to notify their direct supervisor immediately of any of the following infractions or other violations (collectively "driving infractions"):

- Criminal vehicular conviction within the past one year;

Revised: 01/13/22

Plaintiff0055

53

- Current suspension, revocation, expiration or cancellation of driving privileges; and/or
- Current cancelation of automobile insurance for any reason.

Please contact your Human Resources Representative for more information regarding this policy.

Also, the Company will investigate on an annual basis the driving records of any Associates who will be operating motor vehicles for Company business, in accordance with applicable laws, for purposes of determining insurability and in an effort to ensure the safety of the Associate, other Associates, Customers, and Customers' property. Specifically, the Company will obtain an annual Motor Vehicle Record screening during or approaching the Driving Associate's anniversary month of hire and in general the results must indicate that the Driving Associate meets Company standards to remain employed in a Driving Associate position.

Driving Associates are also required to complete regular online training regarding defensive driving as well.

Failure to comply with any of the terms of this policy, including the above notification requirements, may result in disciplinary action, up to and including termination. The Company may also suspend or revoke any demonstrator vehicle privileges of a Driving Associate who fails to comply with any of the terms of this policy. The Company may also terminate the Driving Associate's employment if the Driving Associate's annual Motor Vehicle Record screening does not meet Company standards. Further, in accordance with Company standards, any Driving Associate convicted of driving while intoxicated may be in violation of this policy.

To the extent that the terms of this policy conflict with any written agreement governing demonstrator vehicle policy or usage signed by the Driving Associate, the terms of such demonstrator agreement shall control.

## *Waiver of MVR Screening Standards - For Associates in "Non- Driving" Positions Only*

If you have been offered employment or are employed in a position that is currently listed as a "non- driving" position, your Motor Vehicle Record is not subject to AutoNation screening standards and your driving record will not be investigated.

Associates who have been hired in "non-driving" positions are not allowed to drive their personal vehicle, any Customer vehicle, or Company-owned vehicle for business purposes. In the event that your job position or job profile changes to include the necessity for driving your personal vehicle, a Customer vehicle, or a Company-owned vehicle for business purposes, the Company will investigate your driving record, as permitted by applicable federal, state and/or local law. It is further understood that the Motor Vehicle Record screening must be completed and the results must indicate that you meet the AutoNation standards prior to being permitted to drive for business purposes. You acknowledge that failure to meet the necessary AutoNation standards may result in a change in the terms and conditions of your employment, including, but not limited to, modification of job duties, transfer, reassignment, or separation of employment, as permitted by applicable federal, state and/or local law.

If you apply for or otherwise seek employment in an AutoNation position which requires the Associate to drive a personal vehicle, Customer vehicle or Company-owned vehicle from time to time, your Motor Vehicle Record screening must be completed and meet AutoNation standards to be eligible for such position, as permitted by applicable law. Failure to meet the necessary AutoNation standards will render you ineligible for such position.

Revised: 01/13/22

Plaintiff0056

54

## *Vehicle Accident/Incident Insurance*

Any employee driving a Company/Customer vehicle or in possession of a Company/Customer vehicle involved in an accident/incident, theft or other type of loss, on or off Company property, is responsible to pay the current deductible amount if the loss is a result of the employee's gross negligence, willful misconduct or dishonesty (unless prohibited by law). A complete written accident report must be submitted regarding all losses to the business office, to include a police report, (when applicable) within ***one*** working day of an incident.

In the event of an accident/incident, payment for the insurance deductible may be deducted from your paycheck, as permitted by law. Should your employment be terminated (voluntarily or involuntarily) for any reason, prior to receiving payment in full, the remaining balance may be deducted from your final check, or paid by certified funds.

Any exception to this policy will be considered on an individual basis with evidence of no fault. The General Manager or Collision Center Manager will make the final decision.

# CORRECTIVE DISCIPLINE/TERMINATION

## *Misconduct and Disciplinary Action*

Although we believe that you intend to act professionally at all times, it is important to establish guidelines of appropriate conduct, the "rules of the road" so to speak. The following acts of misconduct are in violation of the Business Ethics Program, this Handbook, and/or applicable laws and regulations. The list is not intended to be exhaustive but rather to identify some of the behaviors that we will not tolerate at AutoNation:

- Harassing fellow Associates and/or Customers, including sexual harassment and bullying;
- Unlawful discrimination or retaliation;
- Being rude, disrespectful, or discourteous to a Customer or potential Customer or fellow Associate;
- Possession of weapons on our premises at any time;
- Insubordination/refusal or failure to perform job assignments;
- Violations of our environmental, health, and safety policies including horseplay and/or unsafe handling of hazardous materials;
- Failure to comply with AutoNation's policies and procedures on the sale of vehicles, Customer Financial Services products, parts and accessories, and service;
- Pursuing opportunities for your own personal benefit such as a dealership add-point, or conducting business on the side in competition with AutoNation;
- Violating our distribution and solicitation rules;
- Threats, fighting and/or any other acts of violence on our premises at any time;
- Theft or misappropriation of property;
- Violation of our Drug and Alcohol Policy;
- Being convicted in a court of law of a felony or other crime that would cause you to be unsuitable for continued employment;
- Falsifying, forging, or altering records;

Revised: 01/13/22

Plaintiff0057

- Falsifying or manipulating any Customer email address or otherwise tampering with or compromising the integrity of CSI survey results;
- Pulling credit reports without a Customer's authorization;
- Misuse of confidential information;
- Unauthorized use or misuse of Company or Customer vehicles;
- Unauthorized use or misuse of the Electronic Communications System(s);
- Failing to cooperate fully in any investigation related to AutoNation; and/
- Engaging in any other conduct that the Company deems unacceptable.

If you engage in illegal or unethical behavior which amounts to serious workplace misconduct, including some kinds of conduct which violate AutoNation's Policy Prohibiting Harassment, Workplace Violence Policy, or our Drug & Alcohol Policy, AutoNation may place you on an unpaid disciplinary suspension for one or more full days. AutoNation also has the right to take other appropriate action for any misconduct.

In addition, the Company has a policy of reporting to law enforcement instances of theft, fraud, embezzlement of Company funds or other crimes which damage the Company, and the Company may pursue criminal and/or civil prosecution in such cases.

## Assigned Company Property

In connection with your employment at AutoNation, we may issue property, such as laptops, mobile devices, etc., for use both while in and out of the office. Please use any property issued to you solely for the purpose of performing the functions related to your employment with the Company and only in accordance with our policies and procedures.

Upon request of a manager or upon your termination of employment, you must return any property issued to you. We reserve the right to recover any property or the value of any assigned property damaged or not returned.

## Employment Separation

To enable us to arrange for a proper transition of duties in the event you should choose to resign, we ask that you give reasonable notice regarding your resignation to your manager. Because the employment relationship is "at-will", employment is not for any definite period of time, and the Company or you have the right to terminate the employment relationship at any time, with or without notice or cause.

## Eligibility for Rehire

If you leave us you may later wish to once again work for AutoNation. Depending on the circumstances surrounding your departure, your previous job performance with us, experience you gained after you left, our job opportunities, and the like, you may be considered eligible for re-employment.

Revised: 01/13/22

Plaintiff0058

# AutoNation

## KEY CONTACTS:

**The Benefit Connection**
**1-877-550-BENE (2363)**
**www.KnowYourBenefits.org**

**Voya**
(401k)
**1-855-426-7864**
**AutoNation.voya.com**

**Payroll Statements & W-2 Forms**
**www.ipay.adp.com**

**AlertLine Program**
**1-800-597-0094 or www.alertline.com**

**Dealer Central**
**www.dealercentral.net**

**AutoNation Corporate Office**
**954-769-6000**

Revised: 01/13/22

Plaintiff0059