



4:52

# David Losk Mana...

Tuesday, September 6, 2022

David. Good.Morming . Are you are work?

9:59 AM

I wamt to ask you to get the Rim guy to go see the Type R. My customer is coming at **1pm** with the Mom.

10:01 AM

5 mins away    10:15 AM

Ahh. I will be there too. I have 3 deliveries counting the Type R

10:16 AM

Im.off but I'm coming. I called George and my cars are doing pdi and window tinting. I need the Pro-pack on the blue civic.

10:17 AM

Incidentes asi.que pasan con Carl son los que me hacen moverme a otra tienda, aqui o back to Texas.

3:20 PM



DEFENDANT'S EXHIBIT
12



Plaintiff0186



Plaintiff0187











4:54



‹ Ⓓ **David Losk Mana...** ⌄ ⋮

Ate you at work?

My customer on the SI coming tomorrow . He is flying here from Tallahassee. How are we realizing the car if insurance are not writing policies? He purchase tickets already!!

10:59 AM

Hey buddy yes I'm at work. If he cannot get insurance on the car, then he won't be able to take it until he has it.

The other thing you can do is you can call Diana and ask her about it, maybe he can buy an insurance policy just for a couple days and then cancel it

👤 Diana Quintero
+19542359512       11:20 AM

David. Give me a lease top rating credit 36 months 10k Miles .
5k down
⌄

         

            

Plaintiff0193





Plaintiff0195









Plaintiff0199





Plaintiff0201

5:02

David Losk Mana...

## AutoNation

### CREDIT CARD AUTHORIZATION

I, _Eddie Vega_ _____ Authorize AutoNation Honda

Of Hollywood to charge my Credit Card the amount of:

$ _500.00_ [ _Refundable Vehicle Deposit_ _____

Name on Credit Card: _Eddie Vega_ _____ ___

Credit Card #

Expiration Date: _07/24_

Driver License# 0

Address: _8007 Reston Circle_ _____ Apt# _____

City: _Royal Palm Beach_ _____ State _FL_

Zip Code: _33411_ _____

Signature of Card Holder: _[signature]_

8:16 PM

**White/Gray CRV 2023 EXL NO DATE YET BUT PUT THE DEPOSIT FOR ME PLEASE AND MAKE A COPY FOR ME. THANKS**

8:17 PM

Plaintiff0202





Plaintiff0204



Plaintiff0205



Plaintiff0206





Plaintiff0208



Plaintiff0209



Plaintiff0210



**David Losk Mana...**

Saturday, September 10, 2022

He said 5th time. He is lying. And he called you a mother Fucker.

2:57 PM

Monday, September 12, 2022

Are you thwew already david? He is in the service dept.

10:54 AM

Yes, here

11:08 AM

I'm on my way too. Thanks David

11:09 AM

Friday, September 16, 2022

Can you find our if this car is available?
BA659764
MB ML350
Autonation Chevrolet Coral Gables

12:51 PM

Plaintiff0211



5:47

 David Losk Mana...

AutoNation Honda Hollywood
2400 N State Rd 7, Hollywood, FL 33021
Honda dealer

Elina T
78 points

★ ★ ★ ★ ★   3 days ago

JP at Autonation Honda was wonderful, he is a caring and honest sales professional. This dealership plays no games and takes care of their clients the right way. No "markup" just because of shortages so in other words, they don't take advantage of their clients-specially during a time like we are in right now. I drove 1 hour away to do business with them and passed several "privately owned" locations who marked their cars up by thousands because they could. Automation Hollywood Honda does not price gouge! Great, respectable place! JP Navarro is an amazing Salesperson, I went back to him a second time to buy my second Hybrid Accord. He's honest, respectful, caring, and takes care of his clients!

👍

**Response from the owner** an hour ago
Hi Elina, it is great to read such wonderful comments about your experience with us! We always strive to provide personable and excellent customer service. Thank you for the review!

**My google review about me. plus she is going to do the survey also soon!**

1:48 PM

**Nice!** 1:48 PM

Monday, September 19, 2022

5:48

**David Losk Mana...**

Monday, September 19, 2022

Good Morning  David.
Can you find out of this is
avaliable?.just find out cause
the customer is all over

Kb039929
Autonation Miami lakes

11:33 AM

Ok, will do    11:33 AM

Available    11:50 AM

11:53 AM    Ok. Thanks

Did you fire Quick? That was
quick!! Lol

1:09 PM

No, did not    1:24 PM

Thursday, September 22, 2022

David. Good Morning.

I will be after 9am..I may
have to go to the doctor



5:48 

< D **David Losk Mana...** ⌄ ⋮

Thursday, September 22, 2022

**David. Good Morning.**

**I will be after 9am..I may have to go to the doctor so they can review that medicine they gave me.**
8:41 AM **Thanks**

Friday, September 23, 2022

8:06 PM **Puedes hanlar?**

Sunday, September 25, 2022

**David. My customer told me he wants the Odyssey**

12:14 PM **Just talk to him**

**DONT PUSH THE TRADE ON THAT CUSTOMER**
12:15 PM

**Good afternoon David. My customer said he wants the Oddyssey.**
**I quoted him yesterdav** ⌄

    

|||  ◯  ‹

Plaintiff0215

5:48  

‹ D **David Losk Mana...** ⌄ ⋮

> Good afternoon David. My
> customer said he wants the
> Oddyssey.
> I quoted him yesterday
> $48,298 drive out. With
> dent, window tinting, dealer
> fee and wheel locks plus tax
> and new plates.

12:20 PM

Call me please 12:26 PM

> David. My customer is
> waiting on you

> Carld. Told Nick to tell me if
> was available

2:44 PM

2:45 PM Carl

> He is a Doctor and He has an
> operation in the Am. He will
> be there at 2pm to close.

2:51 PM

Monday, September 26, 2022

> Good Morning David.
> May The Lord gives many
> Blessing today ⌄

      

 

|||   ◯   ‹

Plaintiff0216

**D  David Losk Mana...**

Monday, September 26, 2022

Good Morning David.
May The Lord gives many
Blessing today. 

10:55 AM

Thank you JP.. same to you
and your family 🙏

10:58 AM

Ate you at work?

My customer on the SI
coming tomorrow . He is
flying here from Tallahassee.
How are we realizing the car
if insurance are not writing
policies? He purchase
tickets already!!

10:59 AM

Hey buddy yes I'm at work.
If he cannot get insurance
on the car, then he won't be
able to take it until he has it.

The other thing you can do
is you can call Diana and ask
her about it, maybe he can
buy an insurance policy just
for a couple days and then

Plaintiff0217



Plaintiff0218

5:56

**David Losk Mana...**

6:37 PM

Shit David. This is to long.

Just letting you know.

6:57 PM

Saturday, December 10, 2022

What are your customers are looking for you there in the show room

1:14 PM

Thursday, December 15, 2022

Manuel..just told me he is going tonthw floor next month, that he spoke with Carl and gave him the ok. Many said that he told you about esmeralda taking all tye calls, calling people s customers and you never did anything about it.

2:50 PM

Friday, December 16, 2022

David. You know what Car' said it's just to talk bullshi Jason and I are always here

< (D) **David Losk Mana...** ⌄   ⋮

Manuel..just told me he
is going tonthw floor next
month, that he spoke with
Carl and gave him the ok.
Many said that he told you
about esmeralda taking all
tye calls, calling people s
customers and you never did
anything about it.

2:50 PM

Friday, December 16, 2022

David. You know what Carl
said it's just to talk bullshit.
Jason and I are always here.
If we are not, is because we
have customers, but I didn't
say anything cause Carl will
not let me..

9:50 AM

Tranquilo   10:57 AM

David.  El Carro fit that we
we bought today, how much
do you think we will ask for
it?
Tom., my customer needs ⌄



Plaintiff0221



Plaintiff0222



Plaintiff0223



Plaintiff0224





Plaintiff0226



Plaintiff0227



Plaintiff0228



No, you queria!!

Man!

10:04 PM

Me lo despreciaste..

10:04 PM

Como me regulas y lo regalas??

10:04 PM

Regalas

Dale pues

Se miraba bueno

10:05 PM

Monday, March 13, 2023

David. Did yoyy se d the menu on the Odyssey to my customer?

7:26 PM

What's your email address?

8:02 PM

Plaintiff0229

5:58

## ‹ Ⓓ David Losk Mana... ⌄ ⋮

**What's your email address?**  8:02 PM

8:02 PM     NavarroJ1@autonation.com



**This is what I'm sending him**

**Is it correct?**  8:03 PM

**Maybe the plates but let him answer.**
8:04 PM

**I will correct it tomorrow with Rafa if it's wrong**
8:05 PM

**Ok**  8:05 PM

**I just sent her and copied**

Plaintiff0230



**David Losk Mana...**

8:13 PM

Get your mind out of the gutter young man

I just sent him (the sales menu) and copied you
8:14 PM

8:14 PM   Your man?? 😊

8:17 PM   Young man? Thank you

Llego bien tu hijo?   8:23 PM

Si. Gracias por preguntar. Va a buscar trabajo ya me dijo.
8:23 PM

Great   8:24 PM

Creo que el cliente quiere el titulo al nonbre de la esposa y el. Pero lo cambiare mañana
8:25 PM

No sabes si le cargamos el deposito de 5000?
8:26 PM

5:59

 **David Losk Mana...**

Not sure. Not that I am aware of

3:37 PM

Sunday, March 19, 2023

Feliz Dia del Padre David. Este es el dia en Honduras. Mandaselo a tu padre tambien.

https://youtu.be /69VStYa0aBA

3:06 PM



**Piero - Mi Viejo - 1970 ®**
@PieroDeBenedictis #Piero #Pi...
youtu.be

Igualmente.. Feliz Dia del Padre Catracho!

3:09 PM

Tuesday, March 28, 2023

Goid Morning David.





Plaintiff0234



Plaintiff0235





Plaintiff0237



**Me**
9:30 PM, Nov 5

Everyone goes to you to work a deal because Joe is to problematic when it comes to working deals.
Everyone runs to you and you are in Ecom!
Maybe you need to tell the floor to go to them and relieve some of the stress and responsibility.

The other thing I see is the old salespeople take advantage of your goodness of your heart, and you end paying for them.
The old sales people have to much access to management work. Like Nick, Patrick, Mark, and others.
Now even Manuel goes to Patrick to get numbers!
I think they have to much  access to management detail..

I'm off tomorrow but I'm coming to work.
Hopefully I can sell couple tomorrow.

Good night.

Jp

Copy text    Share    More

Plaintiff0240