

Plaintiff0239