





Plaintiff0396



Plaintiff0397



Plaintiff0398



Plaintiff0399



Plaintiff0400