

**Henry/Ocean Mazda**

Tranquilo — 4:16 PM

4:17 PM — Gracias Brother.

Friday, March 31, 2023

Como estas Henry?.
Mira mano, yp creo que le eatan poniendo Mucha importancia a algo que es irrelevant.
Ve que puedes hacer mano..
Te agradesco, ya estas a Punto de firmar apartment e irrelevant para Kendall.
— 1:54 PM

Wednesday, April 5, 2023

Que ondas Henry? Como estas?  No se con OSSi. Me dice que no a sabido nada y pues no se mi hermano. Ya hice la drug test y pues me hice el test el Monday.

DEFENDANT'S EXHIBIT 15

Plaintiff0401



**Henry/Ocean Mazda**

8:53 PM

> Hello Ossi.
>
> Espero que Estes bien de salud..
>
> Nada más siguiendo procedimiento aquí con lo del drug test.
>
> Gracias

8:54 PM

> Hola Juan
> Todavía esperando

8:55 PM

Thursday, April 6, 2023

> Henry. Como estas? Estoy para dar mi resignación, pero no escuchado de Ossi.

2:31 PM

> Yo creo que no hay problema con Ossi porque solo esperaba mi drug test

2:37 PM

Si

Solo llamalo  2:40 PM

Plaintiff0402

