| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|---|---|---|---|---|---|
| OMY | 000368 | 021800 | | 0000060009 | 1 |

# EARNINGS STATEMENT 

OCEAN AUTO CENTER II, INC.
DBA:OCEAN AUTO MAZDA WEST KENDALL
14000 S.W 137 AVE
MIAMI, FL 33186

Period Beginning: 01/15/2024
Period Ending: 01/28/2024
Pay Date: 02/09/2024

JUAN NAVARRO
16808 SW 137TH AVE APT 922
MIAMI FL 33177-2376

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Tax blocked

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Commission | | | 10,726.46 | 20,230.08 |
| Regular | | | | 2,400.00 |
| Spiff | | | | 250.00 |
| **Gross Pay** | | | **$10,726.46** | 22,880.08 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Social Security Tax | | -665.04 | 1,407.08 |
| Medicare Tax | | -155.54 | 329.08 |
| Other | | | |
| Longevity Ded | | -135.00 | 260.00 |
| Spiff | | | 250.00 |
| Ts Dental | | | 154.56 |
| Ts Vision | | | 30.63 |
| **Net Pay** | | **$9,770.88** | |
| Checking | | -9,770.88 | 20,448.73 |
| **Net Check** | | **$0.00** | |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Exemptions/Allowances:
    FL:           No State Income Tax

Your federal taxable wages this period are
$10,726.46

© 2000 ADP, Inc.



Deposited to the account of
JUAN NAVARRO

Advice number: 00000060009
Pay date: 02/09/2024

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxx2421 | xxxx | xxxx | $9,770.88 |



NON-NEGOTIABLE

Plaintiff0404