**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 0:23-cv-61772-RS

JUAN NAVARRO,

    *Plaintiff,*

v.

HOLLYWOOD IMPORTS LIMITED, INC.; and
AUTONATION, INC.,

    *Defendants.*
_____/

**ORDER FOLLOWING DISCOVERY HEARING**

    **THIS CAUSE** came before the Court on Plaintiff's Notice of Hearing. [ECF No. 39]. The Court, having considered the record and heard argument of counsel during the April 24, 2024 hearing, hereby **ORDERS and ADJUDGES** that:

1. By May 17, 2024, Defendants shall produce the following to Plaintiff:

   a. To the extent not already produced by Defendants, all documents constituting and regarding complaints (including investigative materials) made between January 1, 2022 and the date of this Order about sexual harassment, sexual abuse, the working environment, or the conduct of David Losk, Carl Vanderwarker, and Joe Rey, which is alleged to have occurred in the dealership where Plaintiff worked prior to the end of Plaintiff's employment at the dealership. Any materials withheld as attorney-client communications or attorney work product that was created prior to 6/17/2023 will be identified on a privilege log.

   b. The term "working environment" as used above, means "yelling, screaming, cussing, intimidation, physical violence, threats of physical violence, racism

(including slurs, stereotypes, and referring to individuals by the incorrect ethnicity or nationality), and other vulgar or obscene language and conduct."

2. Pursuant to Defendants' request and noting Plaintiff's agreement, the Court also enters this Protective Order that requires the names of complaining individuals reflected in the materials produced in connection with this Order to be redacted from papers filed in the public record (other than witness lists) unless the individuals consent to the disclosure of their identity.

**DONE and ORDERED** in Miami, Florida on this 26th day of April 2024.

_____
**HONORABLE LISETTE M. REID**
**UNITED STATES MAGISTRATE JUDGE**

cc:   **United States District Judge Rodney Smith;**
    **All Counsel of Record**