AO 187 - Witness List

# United States District Court
## Southern District of Florida

| | CASE NUMBER |
|---|---|
| **JUAN NAVARRO**<br>v.<br>**HOLLYWOOD IMPORTS LIMITED, INC.**<br>**and AUTONATION, INC.** | 23-61772-CIV-SMITH |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEYS | DEFENDANTS' ATTORNEY |
|---|---|---|
| HON. RODNEY SMITH<br>United States District Judge | **POLLARD PLLC**<br>Christopher S. Prater, Esq.<br>Michael A. Boehringer, Esq.<br>Jonathan E. Pollard, Esq.<br>401 East Las Olas Boulevard- #1400<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 332-2380<br>Facsimile: (866) 594-5731<br>cprater@pollardllc.com<br>mboehringer@pollardllc.com<br>jpollard@pollardllc.com | **STEARNS WEAVER MILLER**<br>**WIESSLER ALHADEFF &**<br>**SITTERSON, P.A.**<br>Eric K. Gabrielle, Esq.<br>200 East Las Olas Boulevard - #2100<br>Fort Lauderdale, Florida 33301<br>Telephone:  (954) 462-9527<br>Facsimile:  (954) 462-9567<br>egabrielle@stearnsweaver.com |

| TRIAL DATE(S)<br>Two week trial period<br>commencing January 13, 2025 | COURT REPORTER<br>Ellen Rassie<br>(954) 769-5415 | COURTROOM DEPUTY |
|---|---|---|

### DEFENDANTS' TRIAL WITNESS LIST

**Pursuant to L.R. 16.1(e)(10) Defendants expect to call the following witnesses during trial in person:**

**BICKRAM, Bibi**
4020 Willow Bay Drive
Winter Garden, Florida 34787

**LOSK, David**
Hollywood Imports Limited, Inc.
2400 North State Road 7
Hollywood, Florida 33021

**NAVARRO, Juan**
16808 SW 137th Avenue, Apartment 922
Miami, Florida 33177

**PACHECO (TORRES), Cary**
RKR Motors, Inc.
350 West Copans Road
Pompano Beach, Florida 33064

**REDMAN, Shannon**
AutoNation, Inc.
200 SW 1st Avenue – 14th Floor
Fort Lauderdale, Florida 33301

DEFENDANTS' WITNESS LIST – CONTINUATION

JUAN NAVARRO v. HOLLYWOOD IMPORTS
LIMITED, INC. and AUTONATION, INC.                    CASE NO.: 23-61772-CIV-SMITH

| **DEFENDANTS' TRIAL WITNESS LIST** |
|---|
| **REY, Joe**<br>RKR Motors, Inc.<br>350 West Copans Road<br>Pompano Beach, Florida 33064 |
| **RODRIGUEZ, Joseph**<br>RKR Motors, Inc.<br>350 West Copans Road<br>Pompano Beach, Florida 33064 |
| **STROHAUER, Jennifer**<br>AutoNation, Inc.<br>200 SW 1st Avenue – 14th Floor<br>Fort Lauderdale, Florida 33301 |
| **VANDERWARKER, Carl**<br>Hollywood Imports Limited, Inc.<br>2400 North State Road 7<br>Hollywood, Florida 33021 |
| **Pursuant to L.R. 16.1(e)(10) Defendants may call the following witnesses during trial if the need arises:** |
| **RECORDS CUSTODIAN – ATLANTIC VILLAS AT KENDALL LLC/FCI RESEDENTIAL**<br>(if/as necessary to establish admissibility of its records)<br>One North Clematis Street, Suite 200<br>West Palm Beach, Florida 33401 |
| **RECORDS CUSTODIAN – AUTONATION INC.**<br>(if/as necessary to establish admissibility of its records)<br>Hollywood Imports Limited, Inc.<br>2400 North State Road 7<br>Hollywood, Florida 33021 |
| **RECORDS CUSTODIAN  - HOLLYWOOD IMPORTS LIMITED, INC.**<br>(if/as necessary to establish admissibility of its records)<br>Hollywood Imports Limited, Inc.<br>2400 North State Road 7<br>Hollywood, Florida 33021 |
| **RECORDS CUSTODIAN – OCEAN AUTO CENTER II, INC.**<br>(if/as necessary to establish admissibility of its records)<br>9675 N.W. 12 Street<br>Doral, Florida 33173 |
| *Any witnesses identified by Plaintiff |
| *Impeachment witnesses |
| *Defendants respectfully reserve the right to amend, revise or supplement this list for the remainder of the discovery period and in response to the witnesses identified by Plaintiff in his forthcoming list. |