UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JUAN NAVARRO,

    *Plaintiff*,

v.

HOLLYWOOD IMPORTS LIMITED, INC.
and AUTONATION, INC.,

    *Defendants*.

_____/

Case No.: 0:23-cv-61772-CIV-SMITH

## PLAINTIFF'S WITNESS LIST

Plaintiff Juan Navarro, pursuant to ECF No. 30 and L.R. 16.1(e)(10), hereby files his witness list:

**I. Plaintiff expects to call the following witnesses during trial in person:**

1. Juan Navarro
   c/o Pollard PLLC
   401 E. Las Olas Blvd., Suite 1400
   Fort Lauderdale, FL 33301

2. Bibi Bickram
   4020 Willow Bay Drive
   Winter Garden, Florida 34787

3. David Losk
   7751 NW 107th Ave., Apt. 211
   Miami, FL 33178

   The address listed by Defendants for this witness is:
   Hollywood Imports Limited, Inc.
   2400 North State Road 7
   Hollywood, Florida 33021

4. Cary Pacheco (Torres)
   RKR Motors, Inc.
   350 West Copans Road
   Pompano Beach, Florida 33064

5. Carl Vanderwarker
   300 Oregon Street
   Hollywood, Florida

   The address listed by Defendants for this witness is:
   Hollywood Imports Limited, Inc.
   2400 North State Road 7
   Hollywood, Florida 33021

6. Emanuel Fuentes-Baez
   14050 Biscayne Blvd., Apt. 311
   Miami, FL 33181

7. Asim Faizan
   12500 NE 15th Ave., Apt. 403
   North Miami, FL 33161

8. Eddy Gomez
   Hollywood Imports Limited, Inc.
   2400 North State Road 7
   Hollywood, Florida 33021

9. Raynell Hodge
   2546 SW 24th Ave.
   Pembroke Pines, FL 33025

10. Michael Elkins, Esq. – Plaintiff's Expert
    c/o Pollard PLLC
    401 E. Las Olas Blvd., Suite 1400
    Fort Lauderdale, FL 33301

**II. Plaintiff may call the following witnesses if the need arises during trial:**

11. Shannon Redman
    AutoNation, Inc.
    200 SW 1st Avenue, 14th Floor
    Fort Lauderdale, Florida 33301
    *(address listed by Defendants)*

12. Joe Rey
    RKR Motors, Inc.
    350 West Copans Road
    Pompano Beach, Florida 33064
    *(address listed by Defendants)*

13. Joseph Rodriguez
    RKR Motors, Inc.
    350 West Copans Road
    Pompano Beach, Florida 33064
    *(address listed by Defendants)*

14. Jennifer Strohauer
    AutoNation, Inc.
    200 SW 1st Avenue, 14th Floor
    Fort Lauderdale, Florida 33301
    *(address listed by Defendants)*

15. Records Custodian – Autonation, Inc.
    Hollywood Imports Limited, Inc.
    2400 North State Road 7
    Hollywood, Florida 33021
    *(address listed by Defendants)*

16. Records Custodian – Hollywood Imports Limited, Inc.
    2400 North State Road 7
    Hollywood, Florida 33021
    *(address listed by Defendants)*

17. Records Custodia - Ocean Auto Center II, Inc.
    9675 N.W. 12 Street
    Doral, Florida 33173

18. Records Custodian - Atlantic Villas at Kendall LLC/FCI Residential
    One North Clematis Street, Suite 200
    West Palm Beach, Florida 33401

19. Any witnesses identified by Defendant.

20. Impeachment Witnesses.

21. Plaintiff respectfully reserves the right to amend, revise, or supplement this list prior to trial as permitted.

Dated: May 31, 2024                                                    Respectfully submitted,

                                                                       By: /s/ Christopher S. Prater
                                                                       Christopher S. Prater
                                                                       Florida Bar No.: 105488
                                                                       cprater@pollardllc.com

                                                                       Jonathan E. Pollard
                                                                       Florida Bar No.: 83613
                                                                       jpollard@pollardllc.com

                                                                       Michael A. Boehringer
                                                                       Florida Bar No.:1018486
                                                                       mboehringer@pollardllc.com

                                                                       **Pollard PLLC**
                                                                       401 E. Las Olas Blvd., #1400
                                                                       Fort Lauderdale, FL 33301
                                                                       Telephone: 954-332-2380
                                                                       Facsimile: 866-594-5731
                                                                       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the forgoing document has been furnished to all counsel of record via CM/ECF on May 31, 2024.

Eric K. Gabrielle, Esq.
Florida Bar No.: 160725
egabrielle@stearnsweaver.com
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
200 East Las Olas Blvd. Suite 2100
Fort Lauderdale, FL 33301
Telephone: 954-462-9527
Facsimile: 954-462-9567
*Counsel for Defendants*

                                                                       By: /s/ Christopher S. Prater
                                                                           Christopher S. Prater

4