UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JUAN NAVARRO,

      *Plaintiff,*                     **CASE NO.: 0:23-cv-61772-RS**

v.

HOLLYWOOD IMPORTS LIMITED, INC.; and
AUTONATION, INC.,

      *Defendants.*
_____/

## JOINT MOTION FOR EXTENSION OF TIME

The Parties move for a brief extension of the deadlines to complete expert discovery and to file dispositive and *Daubert* motions as follows:

## MEMORANDUM OF LAW

Fact and expert discovery closed on June 28, 2024. *See* D.E. 30, Order Setting Civil Trial Date, Pretrial Deadlines, and Referral to Magistrate Judge ("Trial Order"). The deadline to file dispositive and *Daubert* motions is August 9, 2024. *Id*. Trial is set for January 13, 2025 trial period. *Id*. Plaintiff timely submitted an expert report by the April 1, 2024 deadline. *Id*. As required by F.R.C.P. 26(a)(2)(E) and 26(e)(2), Plaintiff's expert produced an updated report to address discovery and deposition testimony that was obtained after the initial report deadline. *Id*.[1]

In connection with the updated report, Defendants seek to take a second deposition of Plaintiff's expert regarding the updated report on July 15, 2024 (all parties are available) and an

---

[1] Defendants produced documents referenced in the updated report on or after May 17, 2024, including some which were the subject of a discovery Order entered by Magistrate Judge Reid. D.E. 43. The deposition of Defendants' human resources market manager was taken on June 17, 2024 and the transcript was received by the Parties on June 28, 2024; the updated report was completed the same day.

extension of the deadline to file dispositive and *Daubert* motions after that deposition through September 9, 2024.[2] Plaintiff does not oppose this request. The Parties agree that no other deadlines, including trial, will be impacted by these extensions and that there is good cause for the modifications. Fed. R. Civ. P. 16(b). No other extensions of the Trial Order deadlines have been sought in this case.

Therefore, the Parties respectfully request an extension of the expert discovery period for the sole purpose of allowing Defendants to take a second deposition of Plaintiff's expert on July 15, 2024 and an extension through September 9, 2024 for Defendants to file a *Daubert* motion and the Parties to file dispositive motions and respectfully request that the Court enter an Order granting the same.

Dated: July 3, 2024

By: */s/ Christopher S. Prater*
**Christopher S. Prater, Esquire**
Florida Bar No.: 105488
cprater@pollardllc.com
**Jonathan E. Pollard, Esquire**
Florida Bar No.: 83613
jpollard@pollardllc.com
**POLLARD PLLC**
401 E. Las Olas Boulevard, #1400
Fort Lauderdale, FL 33301
Telephone: (954) 332-2380
Facsimile: (954) 594-5731
*Attorney for Plaintiffs*

By: */s/ Eric K. Gabrielle*
**Eric K. Gabrielle, Esq.**
Florida Bar No.: 160725
egabrielle@stearnsweaver.com
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
200 East Las Olas Blvd. Suite 2100
Fort Lauderdale, FL 33301
Telephone: 954-462-9527
Facsimile: 954-462-9567
*Attorneys for Defendants*

---

[2] Plaintiff will not file a *Daubert* motion because Defendants did not designate any experts.