**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

JUAN NAVARRO,

      *Plaintiff,*　　　　　　　　　　**CASE NO.: 0:23-cv-61772-RS**

v.

HOLLYWOOD IMPORTS LIMITED, INC.; and
AUTONATION, INC.,

      *Defendants.*
_____/

**PROPOSED ORDER GRANTING
JOINT MOTION FOR EXTENSION OF TIME**

**THIS CAUSE** came before the Court on the Parties' Joint Motion for Extension of Time (D.E. 46). The Court, having considered the record, hereby ORDERS and ADJUDGES:

    a. The Motion is GRANTED.

    b. Defendants shall be permitted to take the deposition of Plaintiff's expert on or before July 15, 2024.

    c. The deadline for the parties to file dispositive and Daubert motions is now September 9, 2024.

DONE and ORDERED in Fort Lauderdale, Florida on this _____ day of July 2024.

                                                _____
                                                UNITED STATES DISTRICT COURT JUDGE