UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-61772-CIV-SMITH

JUAN NAVARRO,

    Plaintiff,
v.

HOLLYWOOD IMPORTS LIMITED, INC.,
and AUTONATION, INC.

    Defendant.
_____/

**DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME OF ONE BUSINESS DAY FOR DISPOSITIVE AND *DAUBERT* MOTIONS**

Defendants Hollywood Imports Limited, Inc., and AutoNation, Inc., ("Defendants") through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b) and without opposition from Plaintiff, moves for an enlargement of one (1) business day of the deadline for dispositive and *Daubert* motions, as follows:

As established by the Court on January 3, 2024, the deadline for the submission of dispositive motions, including summary judgment and *Daubert* motions, is Friday, August 9, 2024. ECF No. 30, p. 2.

The parties originally and jointly requested (ECF No. 46) a thirty-day enlargement of time of this deadline, based on the production of an updated report by Plaintiff's retained expert, to account for the need to conduct an updated deposition of that individual. The request was denied for lack of a showing of good cause. (ECF No. 47).

Defendants accordingly conducted an updated deposition of Plaintiff's expert, obtained the transcript of that deposition, and have begun incorporating the testimony provided into its *Daubert* motion. There are overlapping issues regarding the testimony of that individual and the

matters encompassed by Defendants' dispositive motion – namely with respect to what Plaintiff may assert in opposition to each of Defendants' motions, which Defendants will address in part in the initial motions themselves.

Defendant are accordingly preparing their dispositive and *Daubert* motions, but are presently uncertain whether those motions can be completed by the existing deadline. An extension of one (1) business day – which of course includes the intervening weekend – will ensure the deadline for those motions will be met.

Federal Rule of Civil Procedure 6(b) permits the extension for good cause of this deadline. Mindful of the Court's directive that "[p]arties should seek extensions in a timely fashion" and not at or near the last day, essentially granting their own motion (ECF No. 2), Defendants make their request now.

Undersigned counsel for Defendants has conferred with counsel for Plaintiff, who does not oppose the relief requested by this Motion.

WHEREFORE Defendants Hollywood Imports Limited, Inc., and AutoNation, Inc., ("Defendants") through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b), request an enlargement of time – to Monday, August 12, 2024 from Friday, August 9, 2024 – of the deadline to submit dispositive and *Daubert* motions.

Respectfully submitted,

s/  *Eric K. Gabrielle*
Eric K. Gabrielle (Florida Bar No. 160725)
Email: egabrielle@stearnsweaver.com
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
200 East Las Olas Boulevard – Suite 2100
Fort Lauderdale, Florida  33301
Telephone:  954-462-9527
Facsimile:  954-462-9567
*Attorneys for Defendants*

#12970258 v1