UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-61772-CIV-SMITH

JUAN NAVARRO,

    Plaintiff,

v.

HOLLYWOOD IMPORTS LIMITED, INC.,
and AUTONATION, INC.

    Defendant.

_____/

**DEFENDANTS' NOTICE OF FILING DEPOSITION TRANSCRIPTS**

Defendants Hollywood Imports Limited, Inc., and AutoNation, Inc., through undersigned counsel and pursuant to Federal Rule of Civil Procedure 56 and Southern District of Florida Local Rule 56.1, give notice of the filing of the following deposition transcripts in support of Defendants' forthcoming Motion for Summary Final Judgment, filed in advance to permit pinpoint citations.

    1.    Deposition of Juan Navarro, conducted February 22, 2024

    2.    Deposition of David Losk, conducted March 5, 2024

    3.    Deposition of Carl Vanderwarker, conducted March 5, 2024

    4.    Deposition of Bibi Bickram, conducted March 13, 2024

Respectfully submitted,

s/ *Eric K. Gabrielle*
Eric K. Gabrielle (Florida Bar No. 160725)
Email: egabrielle@stearnsweaver.com
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
200 East Las Olas Boulevard – Suite 2100
Fort Lauderdale, Florida  33301
Telephone:  954-462-9527
Facsimile:  954-462-9567
*Attorneys for Defendants*

#12982210 v1