UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-61772-CIV-SMITH

JUAN NAVARRO,

    Plaintiff,

v.

HOLLYWOOD IMPORTS LIMITED, INC.,
and AUTONATION, INC.

    Defendant.
_____/

**DEFENDANTS' NOTICE OF FILING DEPOSITION TRANSCRIPTS**

Defendants Hollywood Imports Limited, Inc., and AutoNation, Inc., through undersigned counsel and pursuant to Federal Rule of Civil Procedure 56 and Southern District of Florida Local Rule 56.1, give notice of the filing of the following deposition transcripts in support of Defendants' forthcoming Motion to Exclude Opinion Testimony, filed in advance to permit pinpoint citations.

1. Michael L. Ekins – April 29, 2024

2. Michael L. Elkins – July 9, 2024

                                        Respectfully submitted,

                                        s/ *Eric K. Gabrielle*
                                        Eric K. Gabrielle (Florida Bar No. 160725)
                                        Email: egabrielle@stearnsweaver.com
                                        **STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
                                        200 East Las Olas Boulevard – Suite 2100
                                        Fort Lauderdale, Florida 33301
                                        Telephone: 954-462-9527
                                        Facsimile: 954-462-9567
                                        *Attorneys for Defendants*

#12985511 v1