UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-61772-CIV-SMITH

JUAN NAVARRO,

    Plaintiff,

v.

HOLLYWOOD IMPORTS LIMITED, INC.,
and AUTONATION, INC.

    Defendant.
_____/

## DEFENDANTS' NOTICE OF FILING DEPOSITION EXHIBITS

Defendants Hollywood Imports Limited, Inc., and AutoNation, Inc., through undersigned counsel give notice of the filing of the following deposition exhibits in support of Defendants' forthcoming Motion to Exclude Opinion Testimony, filed in advance to permit pinpoint citations.

| ECF No. | Document | Cross Reference |
|---|---|---|
| 52-1 | Notice for April 29, 2024 deposition of Michael L. Elkins | Depo. Ex. 23 |
| 52-2 | Report of Michael L. Elkins (April 1, 2024) | Depo. Ex. 24 |
| 52-3 | Notice for July 9, 2024 deposition of Michael L. Elkins | Depo. Ex. 30 |
| 52-4 | Amended Report of Michael L. Elkins (June 28, 2024) | Depo. Ex. 33 |
| 52-5 | Conducting Workplace Investigations (Plaintiff 0422-0456) | Depo. Ex. 34 |

Respectfully submitted,

s/  *Eric K. Gabrielle*
Eric K. Gabrielle (Florida Bar No. 160725)
Email: egabrielle@stearnsweaver.com
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
200 East Las Olas Boulevard – Suite 2100
Fort Lauderdale, Florida 33301
Telephone: 954-462-9527
Facsimile: 954-462-9567
*Attorneys for Defendants*

#12985514 v1