



DEFENDANT'S EXHIBIT
34
2024-07-09

Plaintiff0422



# MLE LAW

## Michael Elkins, Esq.

- Nationally Quoted, 22 Year Labor and Employment and Sports Attorney
- Founder of the Law Firm, MLE Law
- Featured Commentator: *CNN, YAHOO, Forbes, Bloomberg, New York Daily News, Newsweek, Miami Herald, Inc., Law360*
- *Daily Business Review's 2019 Most Effective Employment Lawyer*
- Podcaster – Founder and Host of the National Show: "The Quarter Four Podcast"

Plaintiff0423



# Importance of Investigations

- **Why is it important to conduct an investigation?**

- Provides **a defense** if employer took reasonable care to

(1) prevent, and

(2) promptly correct harassment.

MLE LAW



Plaintiff0424

# Importance of Investigations

"[I]f the employer has an adequate policy and complaint procedure **but an official failed to** carry out his or her responsibility to **conduct an effective investigation** of a harassment complaint, **the employer has not discharged its duty** to exercise reasonable care."

– EEOC Enforcement Guidance



Plaintiff0425

# "Again with the money?" – John Sacrimomi - Good Investigations Save Money

- Lawsuits have increased by 400% in past 20 years

- More than 40% filed against employers with 15-100 employees

- Almost 24% filed against employers with 500+ employees

- 16% chance award will exceed $1M

- 67% chance award will exceed $100k

- Average compensatory award in Federal Court is almost $500,000



MLE LAW

Plaintiff0426

# It's not just about the money ...

- Staff distraction, stress and effort
- Reduction in employee morale
- Damage to reputation
- Perpetuating bad practices
- Successful lawsuits breed more lawsuits.





MLE LAW

Plaintiff0427

# Goals in Investigation Procedure

1. **Promptness** – Shows reasonable care to prevent future misconduct

2. **Confidentiality** – Decreases the fear and likelihood of retaliation

3. **Thoroughness and Impartiality** – Inspire employee confidence and help prevent lawsuits



MLE LAW

# When To Investigate



When any information comes to light – from any source – that relates to potential violations of the law and/or company policies.

- Includes traditional complaints, hotline calls, and even water-cooler gossip (depending on the topic)

- You have an obligation to conduct a **thorough** investigation and properly **document** your findings and actions.



MLE LAW

Plaintiff0429

# Protecting the Parties

- **Protect the Complainant**
  - Consider scheduling changes to reduce contact between accused and complainant.
  - *Remember:* The complainant should not be involuntarily transferred, placed on leave or otherwise burdened because of the complaint or incident.

- **Protect the Accused**
  - Consider putting him on administrative leave.
  - Consider effect on relationships in organization.



Plaintiff0430

# Investigation File

- Create a separate file for each investigation.

- **Remember**: Investigation-related documents may be **discoverable**.

  – E-mails, notes, sarcastic comments and drafts could all end up in front of a jury.

  – Always think about the records that you create and retain – they may ultimately make or break the case.

  – Copy attorneys, where appropriate, to increase likelihood of attorney-client privilege protection.



Plaintiff0431

# Always Remember the BIG PICTURE

- How will my actions….
  - reveal the truth?
  - lead to a crisp, defensible, well-documented resolution to the complaint?

- If unclear about the purpose of your actions in an investigation, you're doing it wrong.

- How will investigation summaries and related files be used in the event of future challenges?



MLE LAW

Plaintiff0432

# Step 1: Be Prepared and Play Chess, Not Checkers

- **Begin promptly but be prepared:**
  - Purpose of investigation?
  - What policies are implicated?
  - Who will be interviewed?
  - In what order?
  - When to talk to the accused?
  - What questions will be asked?
  - What documents need to be compiled?
  - Plan/timeline for interviews?





# Step 1 (cont'd) – Be Prepared, Note Taking

- Date and time

- Identify those present

- Questions/areas of inquiry

- Specific responses – details: who, what, when, where, how

- No legal words/assessments/concl usions – just fact finding

- Avoid personal opinions or judgments

- Use a note-taker?



MLE LAW

# Step 2: Interview the Complainant

- **Plan your interrogation**: Preparation pays.

- **Be nimble**: Don't forget to listen and ask follow-up questions.

- **Remember the goal**: Find the truth.

- **Take your time**: Allow the interview to unfold.

- **Remain impartial**: You don't know what happened yet.

MLE LAW

14

Plaintiff0435

# Step 2: Interview Complainant/Recommended Questions



JUST THE FACTS, MA'AM

- **Basic Fact Finders:**
  - Who, what, when, where, how
  - Who did it? What happened? Who else heard it or saw it? When did it occur? Has it stopped? Where did it happen? How often did it occur?
  - How did it affect you? How did you react? What was your response when it occurred or afterwards?

MLE LAW

Plaintiff0436

# Step 2: Interview
## Complainant/Recommended Questions

- **Protecting the company:**
  - Who else knows what happened?
  - Has anyone else had the same or similar experience as you have?
  - Are there any notes, documents or other physical evidence?
  - Has it affected your job performance?
  - How would you like this to be resolved?





Plaintiff0437

# Step 2: Interview Complainant – Important Considerations

- Discuss the importance of **confidentiality** and its **limits**.

- Calm any fear of **retaliation**.

- Take **factual** notes (subject to debate).

Check your policies to see if a clock starts upon complaint.

- Certain number of days to get back to complaining employee?

- Certain number of days to complete investigation?

- **Regardless, time is of the essence.**



MLE LAW

Plaintiff0438

# Step 3: Create a Plan for the Investigation

*What Methods Should be Used?*

- Nature of the conduct?

- Who should investigate?

- Who should be involved/aware?

- How intrusive?

- Involve the union?

- Searches?

- Video or photographic surveillance?

- Record telephone conversations

- Monitor e-mail or other computer records



MLE LAW

Plaintiff0439

# Step 3: Create a Plan – The Investigator?

- **Who is conducting the investigation?**
  - Must be impartial
  - Must be able to objectively gather and consider the relevant facts
  - Should not be subordinate of accused
  - Accused should not have any control over investigation
  - Attorney?



MLE LAW



Plaintiff0440

# Step 4: Obtain Documents

**Gather documents complaining employee identified in interview:**

- Complaining employee's personnel file

- Personnel file of accused employee

- Documents retained by supervisors

- Emails, texts, photos, tapes, gifts, etc.

- Files related to prior investigations?



# Step 5: Take Appropriate Interim Action

- Designed to prevent retaliation or further misconduct

- May include: Schedule changes, transfers, paid leave
  - — For complainant, only if voluntary
  - — For accused, can be involuntary, but should be characterized as non-disciplinary

- Maintain confidentiality!
  - — The integrity of the investigation demands it.



MLE LAW

Plaintiff0442

# Step 6: Interview the Accused



## Ask appropriate questions:

- Only an investigation
- Consider how much info to disclose and when....
- Consider the order of questions....
- Ask for a general response to the complaint.
- Ask for specific responses to each action or comment.

22

# Step 6: Interview the Accused

**The Interview:**

- Any possible motives for false accusation?

- Any documents or other physical evidence?

- Any third parties who may have relevant information?

- Document the interview.



Honey catches more flies than vinegar


MLE LAW

# Step 6: Interview the Accused



- Discuss the importance of confidentiality (and its limits).

- Warn against non-business contact with complainant.

- Take factual notes.

- Warn against retaliation.



MLE LAW

24

# Step 7: Interview Witnesses

- Advise witness of importance of telling the truth.
- Ask appropriate questions:
  - Open-ended
  - What witness saw or heard
  - What witness was told by accused or complainant
  - Existence of physical evidence?
  - Others with information?
  - Tell her she is not necessarily entitled to be notified of outcome of investigation.
- Discuss the importance of confidentiality (and its limits).
- Listen...



MLE LAW

# Step 8: Circle Back

- Stay in contact with complainant and accused.

- Apprise each of status of investigation as it relates to them.

- Document dates of meetings and topics discussed.



MLE LAW

Plaintiff0447

# Step 9: Evaluate the Evidence – Determine Credibility

- **Sensibility** – Does the person's story make sense when considered alone?

- **Demeanor** – Did the person's body language and tone indicate truth or deception?

- **Supporting evidence** – Does the physical evidence tend to support one interviewee's account over another's?

- **Inherent plausibility** – Is the testimony believable? Does it make sense?

- **Motive to lie** – Did the person have a reason to lie?

- **Corroboration** – Anyone else say something similar?

- **Past behavior** – Is there any history of this?



# Step 10: Conduct Follow-Up Interviews

- Re-interview parties and witnesses about new information, if appropriate.

- Follow same guidelines as with previous interviews.



KEEP
CALM
AND
BE
THOROUGH



MLE LAW

28

Plaintiff0449

# Step 11: It's All About the Report

The Written Report Should Contain:

- Summaries of all witness interviews

- A timeline of the investigation

- Analysis of all applicable policies and procedures

- A complete analysis of the facts applied to the policies and procedures

- Did I mention that the report should be thorough?





# Step 12: Reach a Conclusion

**Possible Findings:**

- Alleged conduct **occurred.**

- Alleged conduct **did not** occur.

- Investigation is **inconclusive.**



ML E LAW

# Step 12: Reach a Conclusion

**Remember**: Avoid inserting legal conclusions into an investigation summary.

•**Good**: "Creepy Smith was found to have violated the Company's Anti-Harassment Policy."

•**Bad**: "Manager Creepy Smith is guilty of sexually harassing hourly employee Whiney Jones."

•**Bad**: "Manager David Duke created a hostile working environment for Whiney Jones because of her race."



MLE LAW

# Step 13: Meet With Complainant

- Inform of results of investigation.

- Advise of substantiated and unsubstantiated allegations.

- Assure him/her that the company takes such complaints seriously.

- Schedule follow-ups with complainant, as appropriate, to ensure well-being – be proactive.



# Step 14: Meet With Accused

- Inform of results of investigation.

- Advise of action to be taken.
  - — discipline
  - — training
  - — new assignment

- Warn against retaliation.

- Schedule follow-ups, as appropriate.



MLE LAW

# Step 15: Finished! But Preserve Your Record

- Keep records with Legal or Human Resources to establish a record of the Company's actions/findings and to ensure confidentiality.

- Restrict access to investigatory records.





MLE LAW



Plaintiff0456