Gmail                                                                              Jp Navarro <navarrojuleo@gmail.com>

**Fwd: Vacation**

Navarro, Juan P <NavarroJ1@autonation.com>
To: Jp Navarro <navarrojuleo@gmail.com>

---

**From:** Snyder, Daniele <SNYDERD1@autonation.com>
**Sent:** Friday, April 7, 2023 11:17 AM
**To:** Navarro, Juan P <NavarroJ1@autonation.com>
**Subject:** RE: Vacation

It was included in the direct deposit you received today.

CO   FILE    DEPT    CLOCK   VCHR. NO
HX3  074906  00102A  74906   0000140036  1

**AutoNation**

HOLLYWOOD IMPORTS LIMITED, INC.
2400 NORTH 60TH AVE.
HOLLYWOOD, FL 33021

**Earnings Statement**

Period Beginning:   03/16/2
Period Ending:      03/31/2
Pay Date:           04/10/2

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Standard Withholding Table

JUAN P P NAVARRO
311 N ST RD 7 APT
PLANTATION FL 33317

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 127.38 | | |
| Bonus | | | 1,250.00 | 5,000.00 |
| Comision Used | | | 517.52 | 6,536.04 |
| Comission New | | | 2,676.07 | 14,877.20 |
| Pto Cashout | 51.4100 | 56.00 | 2,878.96 | 2,878.96 |
| Ref/Bird Dog | | | | 750.00 |
| **Gross Pay** | | | **$7,322.55** | 30,042.20 |

Your federal taxable wages
$6,800.09

Other Benefits and
Information                 this
Totl Hrs Worked             1:
Emplid I.D. #

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Federal Income Tax | | -850.91 | 2,766.90 |

Additional Tax Withholdir

**From:** Navarro, Juan P <NavarroJ1@autonation.com>
**Sent:** Friday, April 7, 2023 11:15 AM
**To:** Snyder, Daniele <SNYDERD1@autonation.com>
**Subject:** RE: Vacation

Good Morning Daniele.

I was wondering if the vacation pay will be paid today. I got my regular commission paid today but I didn't see my vacation pay.

Thank you so much.

JP


DEFENDANT'S EXHIBIT 6

**From:** Snyder, Daniele <SNYDERD1@autonation.com>
**Sent:** Monday, April 3, 2023 9:44 AM
**To:** Navarro, Juan P <NavarroJ1@autonation.com>
**Subject:** RE: Vacation

The PTO rate is calculated based on your 6 months earnings October 2022-February 2023. Your PTO rate is $51.41 per hour. It will be about $2878.

**From:** Navarro, Juan P <NavarroJ1@autonation.com>
**Sent:** Monday, April 3, 2023 9:41 AM
**To:** Snyder, Daniele <SNYDERD1@autonation.com>
**Subject:** Re: Vacation

Daniele.

One more question. How is it calculated, in this instance, how much is that?

Jp

Sent via the Samsung Galaxy S23 Ultra 5G, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** Snyder, Daniele <SNYDERD1@autonation.com>
**Sent:** Monday, April 3, 2023 9:20:30 AM
**To:** Navarro, Juan P <NavarroJ1@autonation.com>
**Subject:** RE: Vacation

Hi JP,

I entered 56 hours as a PTO cashout. You will receive it on 4/10/23.

Thanks

Daniele

**From:** Navarro, Juan P <NavarroJ1@autonation.com>
**Sent:** Friday, March 31, 2023 8:29 PM
**To:** Snyder, Daniele <SNYDERD1@autonation.com>
**Subject:** Vacation

Hello Dear Snider.

This Juan Navarro from Autonation Honda Hollywood. I want to request my vacation hours since I'm in need of funds. I'm moving and I would like for you to cash out my Hours. If is possible to appreciate it .

Thank you so much.

Have a great weekend.

Best Regards

Jp

CONFIDENTIAL: This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its ir dissemination or use of this electronic email or its contents (including any attachments) by persons other than the intended recipient(s) is strictly prohibited. If you have received this message immediately by reply email so that we may correct our internal records. Please then delete the original message (including any attachments) in its entirety. Thank you