**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

JUAN NAVARRO,

   *Plaintiff*,                                                              Case No. 23-61772-CIV-SMITH

v.

HOLLYWOOD IMPORTS LIMITED, INC.
and AUTONATION, INC.,

   *Defendants*.
_____/

**PLAINTIFF JUAN NAVARRO'S RESPONSES TO**
**DEFENDANTS' FIRST REQUEST FOR ADMISSIONS**

Plaintiff, Juan Navarro, hereby serves his responses to Defendants' First Request for Admissions (served 12/29/23):

**RESPONSES**

1. Admit that you have never been treated by, consulted with, sought care from, or otherwise communicated with, any health care provider, mental health care provider or other provider of health care or mental health care or therapy, regarding any physical, mental or emotional harm for which you seek relief in this case (including without limitation emotional distress, mental anguish, humiliation, anxiety, loss of dignity, and loss of enjoyment of life).

   **RESPONSE**: Admitted.

2. Admit that before tendering your resignation you never sent any written communication to any person you considered to be a managerial employee of Hollywood Imports Limited, Inc., and/or AutoNation, Inc., describing any of the Alleged Conduct.

   **RESPONSE**: Admitted. Aver that prior to his resignation, Plaintiff repeatedly discussed the Alleged Conduct with David Losk and Joseph Rodriguez, both of whom were Sales Managers. Carl Vanderwarker, Joe Rey, and David Losk also witnessed Joseph Rodriguez's conduct and Plaintiff's objections.

3. Admit that before tendering your resignation you never sent any written communication to any person you considered to be a human resource official of Hollywood Imports Limited, Inc., and/or AutoNation, Inc., describing any of the Alleged Conduct.

**RESPONSE**: Admitted. Aver that prior to his resignation, Plaintiff called the human resources department and went to Autonation's headquarters in Fort Lauderdale, FL to speak with a human resources employee, but was turned away.

4. Admit that before tendering your resignation you never sent any written communication to any person you considered to be a legal department official of Hollywood Imports Limited, Inc., and/or AutoNation, Inc., describing any of the Alleged Conduct.

**RESPONSE**: Admitted.

5. Admit that before tendering your resignation you never had any verbal communication with any person you considered to be a managerial employee of Hollywood Imports Limited, Inc., and/or AutoNation, Inc., describing any of the Alleged Conduct.

**RESPONSE**: Denied.

6. Admit that before tendering your resignation you never had any verbal communication with any person you considered to be a human resource official of Hollywood Imports Limited, Inc., and/or AutoNation, Inc., describing any of the Alleged Conduct.

**RESPONSE**: Admitted.

7. Admit that before tendering your resignation you never had any verbal communication with any person you considered to be a legal department official of Hollywood Imports Limited, Inc., and/or AutoNation, Inc., describing any of the Alleged Conduct.

**RESPONSE**: Admitted.

8. Admit that before tendering your resignation, you had already obtained new employment.

**RESPONSE**: Admitted.

Dated: February 8, 2024

Respectfully submitted,

By: */s/ Christopher S. Prater*
**Christopher S. Prater**
Florida Bar No.: 105488
cprater@pollardllc.com

**Jonathan E. Pollard**
Florida Bar No.: 83613
jpollard@pollardllc.com

**Michael A. Boehringer**
Florida Bar No.:1018486
mboehringer@pollardllc.com

**Pollard PLLC**
401 E. Las Olas Blvd., #1400
Fort Lauderdale, FL 33301
Telephone: 954-332-2380
Facsimile: 866-594-5731
*Attorneys for Plaintiff Juan Navarro*

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2024, the foregoing document was served on all counsel of records identified on the attached Service List via email.

### SERVICE LIST
Eric K. Gabrielle, Esq.
Florida Bar No.: 160725
Email: egabrielle@stearnsweaver.com
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
200 East Las Olas Blvd. Suite 2100
Fort Lauderdale, FL 33301
Telephone: 954-462-9527
Facsimile: 954-462-9567
*Attorneys for Defendants*

By: */s/ Christopher S. Prater*
Christopher S. Prater