

Jp Navarro <navarrojuleo@gmail.com>

## Why I resigned?

**Pacheco, Cary** <PachecoC2@autonation.com>  Mon, May 15, 2023 at 7:16 AM
To: Jp Navarro <navarrojuleo@gmail.com>
Cc: "Jp Navarro (JP)" <navarrojuleo@gmail.com>

Good morning,
Thanks for bringing your concerns to my attention. Please know that AutoNation takes these types of complaints seriously, I will investigate at the store and respond accordingly. If you or anyone else have any additional questions or concerns, I can be reached at 3057884450.
Best regards
Cary Torres

Get Outlook for iOS

**From:** Jp Navarro <navarrojuleo@gmail.com>
**Sent:** Sunday, May 14, 2023 7:58:11 PM
**To:** Pacheco, Cary <PachecoC2@autonation.com>
**Cc:** Jp Navarro (JP) <navarrojuleo@gmail.com>
**Subject:** Why I resigned?

Good Afternoon:

My name is Juan P Navaro and I got hired on March 28, 2021 as sales consultant at Autonation Honda Hollywood.
In the beginning I found everyone friendly and nice but after few days I started noticing very nasty attitudes off management but I have no choice to stay quite and keep working to feed my family, keep up with rent and necessary daily needs.
It's not easy for me to write this email to you and I'm literally embarrassed, I thought a thousand times to disclosed the abuse I suffered at Autonation Honda Hollywood but finally I found another job and now I don't have any fear to tell you what happed at Autonation Honda Hollywood.

When I started working there, I found one of my manager Joey starting to violated my personal space and started hugging me from my back, I ignored it for fear of losing my job.
I don't remember the date but in one occasion, Joey send me to the second floor to bring some paper for the printer, while I was there , he followed me and grabbed me from my back and I said WTF" He said, " I like you so much" than He said, just give me 5 minutes.
Then it happened multiple times after that and I told Joey I'm Married with 3 kids and not his kind.

I thought about calling HR and I did called HR! At phone number 954-769-6133 and I left a message but
No one called me back  about my complaint.  After that, I decided to stay quite and Joey kept on doing what he was doing to me Sexually for months without my consent.
I have multiple witnesses for these incidents when people saw Joey grabbed me from the back. He touched my Ass, he grabbed my nipples and kissed me on my neck and told me he loved me.

People who saw it included, The GM Joe Ray, GSM Carl vanderwalker, and the Sales Manager David Losk and salesperson
MARK
PATRICK
SARA
ESMERALDA
MANUEL
CAROLINA
JIMMY
EDDY
Mary
Wassem
ASIM AND Nick.



DEFENDANT'S EXHIBIT
B

I suffer great deal of humiliation and disrespect behavior from the management of Autonation Honda Hollywood. I was one of the top producers working hard to feed my family and planning to grow with the company.
The abuse I suffered no one should suffer while working in the greatest and biggest company in the United States Of America.

I discussed it with my wife and she tried to stop me for writing to HR because we don't want our kids to know because we are teaching them good morals and be respectful.
I demand to Human Resources of Autonation Department to investigate and conduct interviews off my co- workers and I ask about the abuse I suffered.

I'm intitled to take legal action but I want to see how fair is Autonation Human Resources Department. I know Joe Ray and Joey are some how related and that's why Joe Ray ignored the nasty behavior of Joey and laughed it off.
Joey is allow to do whatever he wants and he watches porn and different videos while at work at the desk.

I'm hoping that Autonation Human Resources gets in touch with me before and after investigation.

Juan Navarro
832-282-8714
navarrojuleo@gmail.com


CONFIDENTIAL: This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). Any dissemination or use of this electronic email or its contents (including any attachments) by persons other than the intended recipient(s) is strictly prohibited. If you have received this message in error, please notify us immediately by reply email so that we may correct our internal records. Please then delete the original message (including any attachments) in its entirety. Thank you