8

# INTRODUCTION

This Associate Handbook ("Handbook") will help you become familiar with the policies and practices of AutoNation, Inc. and its affiliated companies (collectively, "AutoNation" or "Company") that most often affect your work. The material contained in this Handbook is intended for informational purposes only. It is not designed to provide specific practices or policies for every situation and does not constitute either an express or implied employment contract. The information contained in this Handbook is intended only for our Associates, so please do not distribute any portion of this Handbook outside of the Company.

And now for the legal mumbo jumbo: *we reserve the right to deviate from, supplement, or amend this Handbook and any policy contained in this Handbook at any time and without prior notice. This new and improved Handbook supersedes and replaces any and all previous Associate Handbooks and employment-related practices and procedures of our Company. Except as described herein, this Handbook expressly revokes any such prior Associate Handbooks, practices, and procedures. To the extent there are any conflicts with the current Business Ethics Program Code, Policies or related materials (collectively, "Business Ethics Program Materials"), the language of the Business Ethics Program Materials controls. Where specific matters are addressed in a collective bargaining agreement, those matters continue to be governed by that agreement to the extent that the agreement applies. Also, to the extent any provision or policy of the Handbook conflicts with applicable law, the applicable law will control. If any applicable law makes a specific policy (or a part of a policy) invalid, our other policies (and if applicable the other provisions of the subject policy) will remain in place.*

To make life easier for everyone and so that we don't have to continually issue "hard copies" of this Handbook, this Handbook is available online to review or print at www.dealercentral.net. We will also issue updates and revisions online. Consider this one of our many contributions to protecting the environment.

As you know, AutoNation, through its various operating subsidiaries, is engaged in the automotive retail business. But for legal reasons it's important that you understand that each operating subsidiary is a separate and distinct entity and all Associates are employees of the dealership or other entity for which the Associate works. For convenience, this Handbook and related materials will refer to all such employees as "AutoNation Associates," "our Associates," "Associate," "we" or "you," or similar terms.
Also, the terms "AutoNation," "AutoNation, Inc." and the "Company" or similar terms are used for convenience only and include all subsidiaries of AutoNation, Inc., unless expressly stated otherwise. In addition, subsidiaries of AutoNation may also be referred to as affiliates, stores, dealerships, locations, or other similar terms.

In addition to what's in this Handbook, please familiarize yourself with the standards of conduct set forth in the AutoNation Business Ethics Program Materials. The Company expects you to understand and comply with all laws, regulations, standards, and principles contained or referenced in the Business Ethics Program Materials and Associate Handbook. If you have any questions, please speak to your supervisor or Human Resources Representative. It is important that you conduct yourself in a manner that is above reproach. Any violation of the law, any policy stated in the Business Ethics Program, the Associate Handbook or any other AutoNation policies, procedures, instructions, work rules, practices, or the like, may lead to disciplinary action, up to and including termination. *So please, when in doubt, ask first!*

We hope you find this Handbook useful and informative. Again, if you have any questions, please don't hesitate to ask your supervisor or your Human Resources Representative.

Revised: 01/13/22

Plaintiff0011

DECLARATION OF BIBI BICKRAM, EX. A

## *AutoNation Vision*

At AutoNation, our vision is to be "America's best place to buy and service cars and trucks." We strive to be the best in all facets of Automotive Retail through our shared values and common practices. Our vision is based on a foundation of operational excellence that drives an uncompromising focus on the Customer. This vision shapes us as a Company that's continuously improving and setting industry standards in all that we seek to achieve.

## *AutoNation Mission*

Our mission is simple. It is to deliver a "*peerless Customer experience*". This means that our goal is to be the very best in the industry. We must provide a Customer experience better than everyone else.

## *AutoNation Values*

The values by which AutoNation lives help to guide us in our journey to meet our vision and mission. These values act as a common thread that ties all Associates together.

- **For Our Customers** – We are convenient, transparent in serving their needs, while empowering and delighting every Customer along the way.

- **For Our Associates** – We guide every Customer; working together in a respectful and collaborative environment, upholding the highest ethical standards.

- **For Our Communities** – We make the neighborhoods we serve a better place to live and work.

- **For Our Manufacturer Partners** – We work together to represent their brands.

- **For Our Shareholders** – We create value... for Today, Tomorrow and the Future.

# GENERAL POLICIES & STANDARDS OF CONDUCT

## *Employment at-Will*

Employment with AutoNation is at-will. This means that your employment may be terminated with or without cause or notice at any time at either your option or AutoNation's option. No manager, supervisor or AutoNation representative, other than our Vice President of Human Resources, has authority to enter into any agreement to the contrary, and any such agreement, to be valid, must be in writing and signed by the Vice President of Human Resources. In sum, this Handbook does not modify or in any way limit the employment at-will relationship.

## *Equal Employment Opportunity Policy*

AutoNation is committed to the principles of equal employment opportunity. Accordingly, we will not discriminate on the basis of race, color, religion, sex, pregnancy, age, national origin, disability, sexual orientation or other protected class status as required by applicable law. Under our Equal Employment Opportunity ("EEO") policy, we provide equal employment opportunities to all qualified applicants for employment. We administer all personnel practices, such as recruiting, hiring, compensation, training, promotions, transfers, disciplinary actions, terminations and other terms, conditions and privileges of employment in a manner that does not discriminate on the basis of any protected class status, in compliance with applicable local, state and federal law. We will also

Revised: 01/13/22

10

reasonably accommodate disabled applicants and Associates to enable them to be considered for and perform the duties of those positions for which they are qualified.

We will not tolerate discrimination and/or harassment from any Associates, including supervisors or managers, or from any outsider dealing with the Company. It is a violation of this EEO policy for any Associate or outsider to cause or allow any form of discrimination to occur.

Every Associate has a responsibility to report all incidents of harassment or discrimination. (See sections "Policy Prohibiting Harassment" and "Open Door Policy".) Rest assured that retaliation against anyone for making a good faith report of discrimination or harassment violates this EEO policy and will not be tolerated. Moreover, it is our policy to investigate all complaints of discrimination or harassment and to take any necessary corrective action. The EEO Policy does not impose any obligations on the Company other than those required by applicable law. Please direct questions you may have about the EEO policy to your Human Resources Representative.

*(For additional information on this subject, please refer to the AutoNation Business Ethics Program EEO policy, available on www.DealerCentral.net under the Business Ethics Program link.)*

## Business Ethics Program

When it comes to ethics at AutoNation, we take the high road. We are in business for the long term and nothing less will do. AutoNation's Business Ethics Program, including the Code of Business Ethics and related policies, is designed to support an environment of business ethics and responsibility. It is not always easy to know what is the right thing to do in business situations that you may encounter.

Accordingly, we aim to help you understand what is expected of you and how to carry out your responsibilities. These expectations and responsibilities can seem quite complex, as we operate under many different laws and regulations, but the important things to remember are to be honest, fair, respectful and responsible, with each other and with those with whom the Company does business.

Please refer to this Handbook and the Business Ethics Program Materials when making decisions having policy, legal, or ethical implications.

*(The Code of Business Ethics and related policies are all available on www.dealercentral.net under the Business Ethics Program link.)*

### AlertLine – Suspected Violations of the Business Ethics Program or the Law

You must promptly report all known or suspected violations of applicable laws or our Business Ethics Program, including the Business Ethics Policies, or ethical misconduct. Reports of such violations or misconduct shall be made immediately to your manager or another manager with whom you feel comfortable speaking, Corporate or Region Human Resources, our Legal Department, our Business Ethics Committee or the AlertLine at 800-597-0094. AlertLine reports may also be made online by visiting www.alertline.com and selecting AutoNation as the organization. Remember that threats or assaults that require immediate attention should be reported by calling 911 or local law enforcement first.

Reports to the AlertLine may be made anonymously, although it may be easier for the Company to follow up on your concern if you identify yourself because this allows a Company representative to contact you directly to obtain further information. We will investigate all reports, and treat them confidential to the extent reasonably possible.

An independent Company operates our AlertLine 24 hours a day, seven days a week and confidentially takes

Revised: 01/13/22

Plaintiff0013

11

Associate calls related to suspected:

- Deceptive sales transactions: including overcharging on vehicle sales or the sale of Customer financial services ("CFS") products, parts, and supplies, and making unauthorized repairs or failing to make repairs;
- Illegal discrimination or harassment;
- Questionable accounting or auditing matters, and internal accounting controls
- Other suspected violations of the law or Company

As a reminder, reports may also be made online by visiting www.alertline.com and selecting AutoNation as the organization.

**AlertLine**
**1-800-597-0094 or**
**www.alertline.com**

## Open Door Policy

It is our philosophy to maintain open lines of communication with you – but communication is a two-way street. Your workplace concerns or problems are important to us, and we encourage you to communicate your ideas so we can improve our workplace. In other words, you have the right and responsibility to bring to management's attention complaints or dissatisfaction regarding your employment. In return, we will give your concerns careful consideration and respond to them in a timely manner.

Please understand that the more information you provide to us (e.g., who, what, when, where), the more effectively we can address your issue. Anonymous complaints are especially challenging for us to investigate, and thus we encourage you to give us all of the information necessary to conduct a prompt and thorough inquiry. Since we will not tolerate retaliation for good faith reports of wrongdoing, we hope you will feel comfortable identifying yourself, although you are not required to do so.

Examples of routine personnel issues that are typically best handled by consulting directly with your local management include: work schedules, compensation, dress code violations, and smoking/tobacco use in restricted areas.

For routine workplace issues, please follow this process:

1. In general, direct routine workplace issues or questions on a particular policy to your manager first, or to another manager with whom you feel comfortable speaking, or to local Human Resources.
2. You may also seek guidance from or report concerns to:
   - Corporate or Region Human Resources, the Legal Department or AutoNation's Business Ethics Committee
   - The Alertline at 1-800-597-0094 or www.alertline.com (See section above.)

While we believe raising routine workplace concerns locally is typically the best option to give your local management and local Human Resources Representative the opportunity to work directly with you, concerns about sexual or other harassment, illegal discrimination, fraudulent sales practices, or any violation of law are not considered routine. You should report any suspected or known violations of the law or the Business Ethics Program or ethical misconduct immediately to your manager or another manager with whom you feel comfortable

Revised: 01/13/22

12

speaking, the Legal Department, Corporate or Region Human Resources, the Business Ethics Committee, or the AlertLine at 800-597-0094 or www.alertline.com.

If you are looking for additional information on reporting violations of the Business Ethics Program, please refer to the Business Ethics Program section of this Handbook or the Business Ethics Policy on Reporting Violations and Seeking Guidance.

## *No Retaliation Policy*

For the mutual benefit of you and the Company, we provide various avenues for addressing your questions, concerns, and problems, and provide solutions whenever possible. We encourage you to use various avenues available without concern for retaliation by management. To foster open communication, we have a well-established "No Retaliation" policy that protects you against retaliation or other punishment for bringing job-related issues or concerns to the attention of the Company.

Also, the Company strictly prohibits retaliation against Associates who participate in the investigation of any complaints of known or suspected violations of the law or the Business Ethics Program or any other investigations related to the Company.

We will make every effort to keep work-related issues confidential to the extent reasonably possible. Moreover, we do not believe it serves your best interests, nor ours, to have internal issues addressed by outside parties, which is why we strongly advocate such policies as "Open Door" and "No Retaliation."

## *Policy Prohibiting Harassment*

Because we value the dignity of all people, AutoNation is committed to maintaining a work environment that is free from discrimination, where all Associates are free to devote their full attention and best efforts to his/her job. Harassment, either intentional or unintentional, has no place at AutoNation.

Accordingly, we do not authorize and will not tolerate any form of harassment of, or by, any Associate (i.e., supervisory or non-supervisory) or third party based on race, sex, religious creed, color, national origin, ancestry, age, physical disability, mental disability, medical condition, genetic information, marital status, gender, gender identity, gender expression, sexual orientation, veteran or military status, or other protected class status as required by applicable law.

The term "harassment" for all purposes includes, but is not limited to, offensive language, jokes, or other verbal, graphic or physical conduct relating to an Associate's race, sex, religious creed, color, national origin, ancestry, age, physical disability, mental disability, medical condition, genetic information, marital status, gender, gender identity, gender expression, sexual orientation, veteran or military status, or other protected class status as required by applicable law. In short, we view this type of conduct as a violation of this policy.

### Definition of Sexual Harassment
Unwelcome sexual advances, requests for sexual favors, and other verbal or physical contact of a sexual nature constitute sexual harassment when:

1. Submission to such conduct is made either explicitly or implicitly as a term or condition of an individual's employment;
2. Submission or rejection of such conduct by an individual is used as a basis for employment

Revised: 01/13/22

Plaintiff0015

       decisions affecting such individual;
3. Such conduct unreasonably interferes with an Associate's work performance or creates an intimidating, hostile, or offensive working environment.

Sexual harassment may be verbal, physical, written, or visual. Examples of sexual harassment may include, but are not limited to: sexual or suggestive comments, repeated propositions, offensive sexual joking, the display of sexually suggestive objects or pictures, sexually-oriented comments about an individual's body, offensive touching, patting or grabbing, and pressure for sexual favors in return for special treatment on the job. All such conduct violates this policy.

### How to Report Incidents of Harassment

If you feel that you have been or are being harassed, consider speaking with the offender as he/she may not realize the behavior is offensive. If you are uncomfortable for any reason in speaking with the offender, or if the offensive behavior continues, report the conduct immediately to your manager, or another manager with whom you feel comfortable speaking, Corporate or Region Human Resources, the Legal Department, AutoNation's Business Ethics Committee, or the Alertline at 800-597-0094 or www.alertline.com. Associates should also report harassment when the offender is an employee of a third party with whom AutoNation is doing business.

Managers who witness potential harassment or who receive a complaint of potential harassment are required to report the matter to their manager, the Legal Department or Corporate or Region Human Resources.

It is absolutely forbidden for any Associate to punish or retaliate against another Associate for reporting an incident of illegal harassment.

### Investigation of Complaints

We will investigate claims of harassment thoroughly, promptly, and fairly. If we determine that a violation of law or Company policy has occurred, we will take appropriate remedial/corrective action and reach a resolution. Findings of assault or the threat of assault, if proven, may result in termination as well as intervention by law enforcement.

Complaints of harassment will be kept as confidential as reasonably possible. However, be aware that, during an investigation of an alleged violation, the identities of Associates involved might be disclosed in order to gather appropriate facts. Information will be released only on a "need to know" basis, and we will not subject you to retaliation because you have reported what you believe to be an incident of harassment. Please review the No-Retaliation Policy for more information.

### Our Commitment to an Effective No-Harassment Policy

Finally, if you feel that we have not met our obligation under this policy, you should contact your Human Resources Representative. An effective No-Harassment Policy depends on all of us working together to address this very important subject.

## *Drug and Alcohol Policy*

Alcohol and drug abuse ranks as one of the major health problems in the United States. You are our most valuable resource, and your safety and health are vital concerns of ours. We are therefore committed to providing a safe working environment to protect you and our Customers, to provide the highest level of service, and to minimize the risk of accidents and injuries.

Revised: 01/13/22

Plaintiff0016