

# *Rules of the Road*

## *Code of Business Ethics*

©1995-2022 AutoNation, Inc.

**AutoNation**

Plaintiff0241



DEFENDANT'S
EXHIBIT
*ID*

# CONTENTS

Letter from the CEO .............................................3

Our Vision, Mission and Values ......................4

## Introduction and Overview    6

Maintaining our Commitment to High
Standards of Business Conduct .....................7

Our Business Ethics Program..........................7

To Whom Does the Business Ethics
Program Apply? ....................................................7

Reporting Concerns and Raising
Ethical Issues........................................................8

We Do Not Retaliate for Making Good
Faith Reports ......................................................11

How We Enforce Our Standards of
Conduct ...............................................................11

A Word on Managers' Additional
Responsibilities under the Code ..................12

## Maintaining a Safe and    14
## Ethical Workplace

Equal Employment Opportunity ...................15

Harassment .........................................................16

Wage and Hour Laws .......................................16

Workplace Health and Safety ........................17

Protecting the Environment ...........................17

Preventing Workplace Violence ...................18

Drugs and Alcohol ............................................18

## Ethical Practices in the    20
## Marketplace

Selling, Marketing and Advertising ..............21

Customer Financial Services ..........................22

After-Sales ...........................................................22

Non-Discrimination ..........................................22

Information Belonging to Customers ...........22

Antitrust ...............................................................23

Properly Obtaining Competitive
Information ..........................................................24

Intellectual Property and Information
of Others ..............................................................24

## Protecting the Company's    26
## Interests

Accurate Books and Records ..........................27

Record Maintenance Requirements .............28

Contact with the News Media and
Members of the Financial Community .........29

Social Media .......................................................30

Insider Trading ...................................................31

Conflicts of Interest and Corporate
Opportunities .....................................................32

Gifts and Entertainment .................................33

Procurement .......................................................34

Protection of Company Property and
Confidential Information .................................34

Information Technology ..................................36

## Ethical Matters Concerning    38
## Government & the
## Community

Government Contracts ....................................39

Dealing with Government Officials
and Employees ..................................................39

Investigations and Other Contacts
with the Government .......................................40

Political Contributions and Community
Service ..................................................................41

## Conclusion    42

The Code is Not Comprehensive ..................43

No Contract or Other Rights Created ..........44

Waivers of the Code ........................................44

Plaintiff0242

2

Letter from the CEO

Dear Colleagues:



Firstly, I would like to say thanks to you and your colleagues for making AutoNation the most admired retailer in the automotive industry. We take pride in operating our business with high standards of business conduct and in compliance with the law. These standards are critical to our continued long-term success and our reputation for integrity when dealing with our fellow Associates, valued Customers, business partners and others.

AutoNation's Code of Business Ethics and related policies support our commitment to lawful and ethical business conduct. The Code describes our standards of business conduct and helps us navigate legal and ethical dilemmas we may face as employees. For each of us, the guiding principle is to be *honest, fair, respectful and responsible* in all workplace interactions and business dealings.

It is imperative that all Associates understand and follow our Code of Business Ethics and all Business Ethics Policies. In addition, each of us has a responsibility to report known or suspected violations of law or Company policy using the resources described in the Code. Learning of and dealing with potential problems in a timely manner is essential for us to maintain our high standards of conduct. Please use the resources referenced in the Code to address any questions you may have about the law, ethics or Company policy as well.

We ask each of you, our valued Associates, to do your part to ensure AutoNation maintains high standards of business conduct. Together we can protect the Company's reputation, continue providing a peerless Customer experience, and achieve even greater success.

Thank you for your contributions to AutoNation and your support of our Business Ethics Program.

Sincerely,

*Mike*

**Mike Manley**
Chief Executive Officer

3
Plaintiff0243

Our Vision, Mission and Values

# OUR VISION, MISSION AND VALUES

### AutoNation Vision

At AutoNation, our vision is to be "America's best place to buy and service cars and trucks." We strive to be the best in all facets of automotive retail through our shared values and common practices. Our vision is based on a foundation of operational excellence that drives an uncompromising focus on the Customer. This vision shapes us as a Company that's continuously improving and setting industry standards in all that we seek to achieve.

### AutoNation Mission

Our mission is simple. It is to deliver a "peerless Customer experience." This means that our goal is to be the very best in the industry. We must provide a Customer experience better than everyone else.

### AutoNation Values

The values by which AutoNation lives help to guide us in our journey to meet our vision and mission. These values act as a common thread that ties all Associates together.

- For our Customers – We are convenient, transparent in serving their needs, while empowering and delighting every Customer along the way.

- For our Associates – We guide every Customer, working together in a respectful and collaborative environment, upholding the highest ethical standards.

- For our Communities – We make the neighborhoods we serve a better place to live and work.

- For our Manufacturer Partners – We work together to represent their brands.

- For our Shareholders – We create value... for Today, Tomorrow and the Future.



Plaintiff0244



Plaintiff0245



Introduction & Overview

Plaintiff0246

## Maintaining our Commitment to High Standards of Business Conduct

At AutoNation, we have always been committed to conducting business with high standards of business conduct. These standards play a critical role in preserving the trust of our Customers, shareholders, suppliers, regulators and others. These standards have also helped us to achieve our vision to be America's best place to buy and service cars and trucks.

The Code describes our standards and helps us navigate the legal and ethical challenges we can face as employees. And, most importantly, the Code explains our commitment to conducting our business in compliance with the law and sound principles of business ethics. Because our business depends on our reputation for integrity, the policies referenced in the Code often go beyond the requirements of the law.

The Code cannot and is not intended to cover every applicable law or provide answers to all questions which might arise. AutoNation has resources to help you in these situations. And we of course rely on your good sense of what is right, including a sense of when to seek guidance from others.



## Our Business Ethics Program

The Code is only one part of our Business Ethics Program.  Some other parts of the Program include:

- AutoNation policies, which are available on www.dealercentral.net and which provide more detailed information about each of our standards of conduct. You are required to read those policies, certify that you understand their contents, and agree to abide by the letter and spirit of each.

- Business Ethics training and other communications, which are designed to help you understand how our standards of conduct apply to your job. Please pay careful attention to our compliance training and communications.

- Many different ways for you to seek guidance and report concerns when you have them.

- Investigation of reports of suspected misconduct, and prompt action when violations occur.

## To Whom Does the Business Ethics Program Apply?

The Code, the Business Ethics Policies and all other related materials apply to all Associates of AutoNation, Inc. and of its subsidiaries.   Some Business Ethics policies also apply to contractors, consultants, business partners and others as identified in each specific policy. For convenience only, the Business Ethics Program documents refer to all employees of AutoNation, Inc. and of its subsidiaries as "AutoNation Associates," "our Associates," "we" or "you," or use similar terms.

Plaintiff0247

# Reporting Concerns and Raising Ethical Issues

We welcome questions from Associates.  Please seek guidance if you are unsure about the appropriate course of action in any situation.  In addition, to maintain our commitment to high standards of business conduct, it is critical that you report possible violations of the law or the Business Ethics Program.

## POTENTIAL OR IMMINENT DANGER

In the case of threats or assaults that require immediate attention, contact 911 or local law enforcement first. **Immediately report** any instances of violence, hostile behavior, or possession of weapons to your manager or another member of management at your facility or location.

You may also make a report to:
- Corporate Security; or
- Any resources listed below.

## ROUTINE WORKPLACE ISSUES / GENERAL POLICY QUESTIONS

As part of our Open Door Policy, you should generally direct routine workplace issues (such as work schedule, dress code, and smoking in restricted areas) or general questions on a particular policy to:
- Your manager first; or
- Another manager with whom you feel comfortable speaking; or
- Any resources listed below.

## ILLEGAL OR UNETHICAL CONDUCT

Concerns about sexual or other harassment, illegal discrimination, fraudulent sales practices, or any violation of law are not considered routine. **Any suspected or known violations of law or the Business Ethics Program or ethical misconduct** should be reported immediately to any of the following:
- Your manager or another manager with whom you feel comfortable speaking; or
- Any resources listed below.

Additionally, you may seek guidance from or report concerns to:

- *Corporate or Region Human Resources, the Legal Department or the Business Ethics Committee.*
- *The Alertline at 1-800-597-0094 or www.alertline.com.*

Remember, however, that threats of imminent danger must be handled immediately as detailed above.

8

Plaintiff0248

Introduction and Overview

## ACCOUNTING AND AUDITING ISSUES

Reports regarding accounting, internal accounting controls or auditing matters, including questionable accounting or auditing matters, should be made to any of the following:

- The Legal Department, the Business Ethics Committee or the Alertline.

- The Business Ethics Program email (businessethics@autonation.com).

- The Audit Committee mailing address:
  **Audit Committee**
  **AutoNation, Inc.**
  **c/o Corporate Secretary**
  **200 S.W. 1st Avenue, Suite 1600**
  **Fort Lauderdale, Florida 33301**

*For more information, see our Policy regarding Reporting Violations and Seeking Guidance (Policy No. 1)*



9

Plaintiff0249

Introduction and Overview

 **Q** What exactly is the Alertline?

**A** The Alertline is a toll-free telephone line that is run by a third party. The line is available to AutoNation Associates to report their knowledge or suspicions of violations of the AutoNation Business Ethics Program or other illegal, unethical or improper conduct or to simply seek guidance. The Alertline is available 24 hours a day, 365 days a year. Reports may also be made online by visiting www.alertline.com and selecting AutoNation as the organization.

 **Q** What happens when I call the Alertline?

**A** Your call is answered by a trained Communications Specialist who will:
- Ask you to provide your work location and a description of your concern,
- Make handwritten notes as you describe your concern,
- Ask follow-up questions to gather further information about your concern, and
- Notify you of your individual report number and PIN and provide you with a date to call back to receive the status of your concern.

 **Q** Do I have to give my name?

**A** No. You are not required to identify yourself when you call the Alertline; however, it may be easier for the Company to follow up on your concern if you identify yourself because this allows a Company representative to contact you directly to obtain further information. Associates who make an anonymous report will be given a case number, which allows them to call back to check on the status of the report or to provide additional information.

 **Q** Are calls ever tracked or recorded?

**A** No. Calls to the Alertline are never tracked or recorded.

 **Q** Do I have to call during business hours and from the office?

**A** No. Communications Specialists at the Alertline are available to take your call 24 hours a day, 365 days a year. The Alertline is accessible through a toll-free telephone number, which means that you can contact the Alertline from anywhere, any time. You can call from home, the office, your cell phone – wherever it is comfortable for you. As a reminder, you may also make a report online by visiting www.alertline.com and selecting AutoNation as the organization.

10

Plaintiff0250

## We Do Not Retaliate for Making Good Faith Reports

AutoNation strictly prohibits retaliation against any Associate who makes a good faith report of a suspected violation of the law or the Business Ethics Program or who participates in an investigation of a report. Reporting in "good faith" means that you reasonably believe the information that you provide to be true.

Retaliation is a serious violation of the Code and will be dealt with accordingly.  Examples of retaliation include harassment, demoting or firing an Associate, or withdrawing benefits because an Associate makes a good faith report.



**Q** **I'm uncomfortable with something that's happening at work, but don't have hard evidence that our standards of conduct are being violated. What should I do?**

**A** *You should report the matter using the resources described in the Code. If you wait until you have certain proof of misconduct, it may be too late to prevent harm to AutoNation or others from a possible violation. In addition, you should never conduct your own investigation of suspected misconduct, as this could compromise the investigation and hurt the Company. Report the matter and let the appropriate, designated individuals look into it.*

*For more information, see our Policy regarding
Non-Retaliation (Policy No. 2)*

## How We Enforce Our Standards of Conduct

All reports of suspected misconduct will be investigated appropriately and treated confidentially to the extent possible. Discipline, up to and including termination, may be imposed for violating either the law or Company policy, including the Code of Business Ethics and the Business Ethics Policies.



11

Plaintiff0251

Introduction and Overview



**Q** I overheard two Associates talking about doing something wrong, but I'm not involved and it has nothing to do with my part of the business. Can I get in trouble for not reporting it?

**A** Yes, you can. Regardless of what's involved or how you received the information, all Associates are required to report known or suspected violations of the law or the Business Ethics Program.

## A Word on Managers' Additional Responsibilities under the Code

At AutoNation, ethical leadership is an essential component of effective leadership. For this reason, we hold managers to a high standard under our Business Ethics Program.

If you supervise any Associates, you have a responsibility to, among other things:

- ensure that your direct reports are familiar with the policies that apply to their jobs and understand the importance of our standards of business conduct to our success;

- be role models and set an example of ethical behavior through your own conduct and through your oversight of the work of others;

- maintain a workplace environment in which Associates feel comfortable raising concerns; and

- support employees who in good faith raise questions or concerns about compliance.



Once you, as a manager, are made aware of a potential violation, you should report that information to your own manager, Corporate or Region Human Resources, or the Legal Department as quickly as possible. AutoNation's strict non-retaliation policy is critical to our Business Ethics Program and our corporate culture. As a manager, you have a responsibility to help ensure that retaliation does not occur, which may require that you monitor appropriate situations.

Plaintiff0252



Introduction and Overview

13

Plaintiff0253

# Maintaining a Safe and Ethical Workplace

Plaintiff0254



*AutoNation's Associates are its greatest asset. The Company has developed a number of ethics and compliance standards to protect all of us and provide an environment in which we are each able to reach our full potential.*

For more information, see our Policy regarding Equal Employment Opportunity (Policy No. 3)

## Equal Employment Opportunity

AutoNation provides equal employment and promotional opportunities for all Associates as well as any individual applying for employment without regard to race, religion, sex, sexual orientation, gender identity or expression, national origin, age, disability or any other protected characteristic as defined by applicable federal, state or local law. Illegal discrimination or harassment will not be tolerated from any Associate or from any outsider dealing with AutoNation.

 **I heard someone at my dealership say that a position we're hiring for should go to a young person. Is this fair?**

**A** *AutoNation does not base hiring decisions on age or any other category protected by law. You should report this matter to Corporate or Region Human Resources, or any other resource described in the Code.*

15

Plaintiff0255

Maintaining a Safe and Ethical Workplace

## Harassment

AutoNation is committed to maintaining a work environment free from sexual and other harassment. Unwelcome sexual advances, requests for sexual favors and other forms of verbal, physical, written or visual conduct of a sexual nature will not be tolerated. AutoNation managers are required to take reasonable actions to prevent conduct at work that creates an intimidating, hostile or offensive work environment. You are required to immediately report harassment, whether by an employee or a non-employee, to your manager, any other manager with whom you are comfortable, Corporate or Region Human Resources, the Alertline, or any other resource described in the Code. And remember that, regardless of legal definitions or requirements, at AutoNation, we treat each other with respect.

> *For more information, see our Policy Prohibiting Harassment (Policy No. 4)*

 **Q** **My co-worker jokes about my colleague's race and his sexual preference. Is that ok?**

**A** *No, this behavior is totally inconsistent with our standards and could be a violation of the law. Report this issue as described above.*

## Wage and Hour Laws

At AutoNation, we are committed to following the requirements of federal, state and local law, as applicable, in the payment of minimum wages and overtime compensation and in other pay practices. We keep proper records for wages, hours and overtime. In no circumstances may any Associate falsify any record relating to wages or hours worked.

> *For more information, see our Policy regarding Wage and Hour Laws (Policy No. 5)*

 **Q** **I am an hourly employee who works part-time, and on my days off, I sometimes come into work to catch up on mail and other paperwork. Is that a problem?**

**A** *These duties are part of your job and should be done during regular work hours unless management has authorized you to work on your days off. Clock in and out for all hours you work (even if unauthorized), and you will be paid for all hours worked. However, you should also obtain authorization before working these hours. If you feel that you are being pressured not to record all hours that you work, you should report this concern through the avenues described in the Code.*



16

Plaintiff0256

## Workplace Health and Safety

We must work together to provide a safe and healthy workplace for all Associates and for Customers and other visitors to Company premises. This means:

- Maintaining facilities free from recognized hazards;
- Obeying all Company health and safety rules as well as applicable laws and regulations;
- Operating equipment safely with all safety devices in place; and
- Wearing personal protective equipment wherever required.

Immediately report to your manager any injuries or violations of health and safety policies, laws or regulations.

> *For more information, see our Policy regarding Workplace Health and Safety (Policy No. 6)*

 **Q** **Do I really need to report a minor work-related injury that may ruin my facility's strong safety record?**

**A** *Yes. Safety performance should be based on truthful reporting. Please remember that prompt medical attention should be sought where appropriate and in accordance with Company policies and procedures.*



## Protecting the Environment

At AutoNation, we strive not only to comply with all applicable environmental laws and regulations, but also to conduct our business in a manner that protects the environment, all Associates and the general public. AutoNation has implemented an Environmental, Health and Safety Compliance Program, which includes training and consulting support at our dealerships and other operating entities.

> *For more information, see our Policy regarding Environmental Compliance (Policy No. 7)*

17

Plaintiff0257

Maintaining a Safe and Ethical Workplace

## Preventing Workplace Violence

In the case of imminent danger, you should immediately call 911 or law enforcement. No Associate may bring firearms, explosives or any other weapons into the workplace or any work-related setting, regardless of whether the Associate is licensed to carry the weapons, except as prohibited by law. AutoNation reserves the right to conduct searches on Company property to ensure that dangerous materials or items are not present, as permitted by law. The Company will not tolerate any level of violence or intimidation in the workplace or in any work-related setting.

> *For more information, see our Policy regarding Prevention of Workplace Violence (Policy No. 8)*

**Q** | **I learned that one Associate with whom I work recently threatened a co-worker. The Associate who received the threat is too frightened to report it. What should I do?**

 *Tell your manager or Human Resources about the incident immediately. No Associate should be subject to threats, and AutoNation will ensure that the situation is addressed properly.*

## Drugs and Alcohol

AutoNation is committed to maintaining an alcohol and drug-free working environment. We prohibit the unlawful possession, use, sale, manufacture, distribution or dispensation of illegal or controlled substances or other unauthorized, mind-altering or intoxicating substances by any Associate while on Company premises or on Company business. However, it is permissible to drink alcoholic beverages at appropriate business functions, as authorized.

> *For more information, see our Policy regarding Drugs and Alcohol (Policy No. 9)*

**Q** | **Sometimes after lunch my co-worker looks like he is under the influence of alcohol or drugs. What should I do?**

 *You should contact your manager, Human Resources, or any other resource discussed in the Code, as this situation could be dangerous for your co-worker and others.*

18

Plaintiff0258



Maintaining a Safe and Ethical Workplace

19

Plaintiff0259

# Ethical Practices in the Marketplace

Plaintiff0260

Ethical Practices in the Marketplace

*Trust is essential to the success of AutoNation – trust between Associates and between AutoNation and its Customers, suppliers, business partners and others. At AutoNation, we deal fairly with each other, with those with whom we do business, and with our competitors. We never take unfair advantage of others or engage in unfair business practices.*



## Selling, Marketing and Advertising

At AutoNation, we deal with Customers and the public fairly and in compliance with the law.  When we advertise and sell our products and services, we do so honestly and transparently.  We provide Customers with clear, accurate information to help them make informed buying decisions.  Comparisons to our competitors must not be disparaging or untrue. We avoid not only inaccurate statements but also omissions that make our statements misleading.



**Q** *I just joined the Company as a used car salesperson. At my old dealership, "puffing" to sell a vehicle – such as telling a Customer that I knew the prior owner and the vehicle was kept in mint condition, even if it was untrue – was standard practice. Is this okay at AutoNation?*

**A** *No, making such a comment would violate Company policy and possibly the law depending on the circumstances. Always stick to the facts and avoid any untrue or misleading statements.*

21

Plaintiff0261

Ethical Practices in the Marketplace

## Customer Financial Services

We properly document, accurately represent and fully disclose to the consumer the cost to the consumer of each Customer Financial Services (CFS) product (which includes financing).  We sell CFS products based on AutoNation's menu-based sales process and comply with all laws and Company policies and procedures which govern the sale of CFS products. These requirements include submitting only true, accurate and complete information to our lending partners.

> *For more information, see our Policy regarding*
> *Customer Financial Services (Policy No. 10)*

## After-Sales

At AutoNation, we accurately and fully disclose to the consumer the selling price of parts and service.  We properly perform and charge for only necessary repairs and service.  In addition, we properly inspect and identify all vehicle safety, repair and/or maintenance needs in accordance with Company policies and procedures.  Also, we properly document any consumer agreement to purchase parts and service, and otherwise comply with all laws and Company policies and procedures that apply to the sale of parts and service.

> *For more information, see our Policy regarding*
> *After-Sales (Policy No. 11)*

## Non-Discrimination

AutoNation does not discriminate against Customers, including with respect to providing credit, based on age, sex, race, religion, or any other category protected by law.  When necessary, AutoNation will provide reasonable accommodations for disabled Customers.

## Information Belonging to Customers

We each have a responsibility to protect the privacy of information entrusted to us in our work.  We are responsible for protecting Customer information from misuse, theft, loss, disclosure and unauthorized use.  Do not reveal any information regarding an AutoNation Customer to others outside the Company without first obtaining the permission of the Customer or as required by law - and only after obtaining the approval of the Legal Department.  We must also guard against disclosure of Customer information to fellow Associates whose duties do not require that they be given the information.

> *For more information, see our Policy regarding*
> *Confidentiality of Customer Information*
> *(Policy No. 12)*

 **Q** **May I send a flier to our Customers about a friend's business? The business doesn't compete with AutoNation.**

**A** *No, this would be an improper use of Customer information.*



22

Plaintiff0262



Ethical Practices in the Marketplace

## Antitrust

At AutoNation, we compete vigorously but fairly, and always in compliance with the antitrust laws. We never agree with a competitor to limit how we compete with one another. Some of the most serious antitrust offenses are agreements between competitors that fix prices or other terms and conditions of sale or divide a market for customers, territories or products. Never agree with a competitor on any of these topics. Antitrust rules apply to purchasing as well as selling, and they apply to informal understandings as well as formal agreements.

Violations of antitrust laws tend to be punished severely, resulting in jail time and large fines. You should contact AutoNation's Legal Department immediately if you are aware of any agreement or suggested conduct that even potentially raises questions about antitrust violations.

> *For more information, see our Policy regarding Antitrust Law and Competitive Practices (Policy No. 13)*

**Q** *At a recent trade association meeting, an employee from a competitor said to me, "I wish we could do something about all those deep discounts – they're bad for business." I didn't reply. Is this conversation a problem?*



**A** *It could be - particularly if both AutoNation and the competitor eliminated the discounts and, based on the conversation, it was assumed that you had agreed to fix prices with the competitor. If you ever find yourself present during a discussion with competitors of prices, discounts, terms of sale, costs or other sensitive matters, immediately break away from the discussion in a way that makes it clear you consider this improper, and promptly contact the Legal Department.*

23

Plaintiff0263

Ethical Practices in the Marketplace

## Properly Obtaining Competitive Information

In our industry, it is common and appropriate to acquire information about other organizations, including our competitors.  However, we may only gather and use competitive information in a legal and ethical manner.  We should never try to gather information by misrepresenting who we are or by stealing.  And we should not attempt to influence another person to breach an agreement of confidentiality.

In addition, you should not bring confidential information belonging to your former employer to AutoNation, and never ask anyone else to do that either.

> *For more information, see our Policy regarding*
> *Antitrust Law and Competitive Practices*
> *(Policy No. 13)*

 **A new Associate recently joined us from a competitor, and some of my colleagues want to question him about what the competitor's marketing plans are. Is this appropriate?**

*A No, Because the new employee's knowledge would likely be based on his former employer's confidential information, you may not speak to him about this.*

## Intellectual Property and Information of Others

Intellectual property includes copyrights, patents, trademarks, trade secrets and other confidential information. We respect the intellectual property rights of our suppliers, Customers, business partners, competitors and others.  We each have a duty to make sure that all software we are using is appropriately licensed and that we are using it only in accordance with the terms of the license.

> *For more information, see our Policy regarding*
> *Intellectual Property and Information of Others*
> *(Policy No. 14)*

 **A friend gave me some non-public information about an AutoNation competitor.  I didn't ask for it, but now that I have it, what should I do?**

*A No matter where the information came from or what the motivation of the person giving it to you was, you should not review or make copies of the material or share it with others. Instead, you should contact the Legal Department immediately.*

 **Can I bring software from home and load it on my computer at work?**

*A No, not without appropriate permission from management. This could be a violation of the licensing agreement for the software. Unauthorized software can also pose threats to our IT systems.*

24

Plaintiff0264



Plaintiff0265

# Protecting the Company's Interests

Plaintiff0266



Protecting the Company's Interests

## Accurate Books and Records

At AutoNation, we prepare all Company documents in an accurate, truthful and timely manner and record the Company's financial activities in compliance with all applicable laws and accounting practices. We are committed to making full, fair, accurate, timely and understandable disclosure in compliance with all applicable laws and regulations in all reports and documents that the Company files with, or submits to, the Securities and Exchange Commission and in all other public communications made by the Company.

In addition to ensuring the accuracy of our financial records, all other Company information that is recorded should be reported in an accurate, complete and prompt manner. This includes information concerning Company plans, operating procedures, personnel, hours worked, and every other aspect of our business. This also includes Company information submitted to manufacturers.

Travel and expense claims should be appropriate, timely and accurate, and prepared in accordance with Company policy.

*For more information, see our Policy regarding Accurate Books and Records (Policy No. 15)*



**I'm concerned that my region's quarterly sales report is inaccurate. What should I do?**

*Speak with your manager, assuming you are comfortable doing so. You may also report the matter to the Legal Department, the Alertline, or any other resource described in the Code.*



**I recently learned that in my work group certain payments are recorded as marketing research expenses when they are actually spent for entertainment purposes. The amounts spent are booked accurately, so is there a problem if the description is incorrect?**

*Yes there is, because both our policy and the law require that our books and records accurately and fairly reflect our transactions. This matter should be reported to Corporate or Region Human Resources, the Legal Department, the Alertline, or through the other avenues described in the Code.*

27

Plaintiff0267

Protecting the Company's Interests



**Q** *A parts manufacturer offered everyone in our dealership's Parts Department an iPad if we sell a minimum number of parts over the course of six months. I think that I saw two Associates falsifying sales orders to reflect that these parts were sold, when in fact they were not, to make it seem that we had met our sales goal. What should I do?*

**A** *You should speak with your manager if you are comfortable doing so. You can also report your suspicions to Corporate or Region Human Resources, the Legal Department, the Alertline, or any other resource described in the Code. The important thing is that you let someone know about your concerns.*

## Record Maintenance Requirements

Not only must our records be accurate, but we are responsible for maintaining them for the time periods needed for AutoNation's business purposes and as required by law. We are each responsible for understanding record retention requirements that are relevant to our job, and seeking guidance if we are unsure about these requirements.

If you learn of a subpoena or a pending or contemplated litigation or government investigation, you should immediately contact the Legal Department. You must retain and preserve all records that may be responsive to the subpoena or relevant to the litigation or the investigation until you are advised by the Legal Department as to how to proceed. Never destroy, remove or alter any records that may be relevant to an investigation or subject to a legal hold.

In addition, we must never destroy or alter documents so as to mislead or otherwise impair the work of the Company's internal auditors or external public accountants.



*For more information, see our Policy regarding Accurate Books and Records (Policy No. 15)*

Plaintiff0268



Protecting the Company's Interests



**Q** *I heard rumors that a lawsuit might be brought involving AutoNation, and one of my colleagues asked me to do him a favor and delete some e-mails which could be personally embarrassing to him in the case. Is this okay?*

**A** *Deleting the e-mails would violate our policy – and possibly the law – regarding preservation of documents. You should report the request using the procedures outlined in the Code.*

## Contact with the News Media & Members of the Financial Community

As a publicly held company, AutoNation has a responsibility to and an interest in providing accurate and timely disclosure of information, especially in dealing with the news media and members of the financial community. To help ensure that external communications about the Company are accurate, consistent and comply with applicable laws and regulations, the Company has appointed designated spokespersons who are the only personnel authorized to discuss information about AutoNation with members of the news media or the financial community. Refer requests for information from the news media to the Executive Vice President and Chief Marketing Officer responsible for Communications (954-769-3146; CannonM@autonation.com) and requests for information from the financial community to the senior AutoNation officer in charge of Investor Relations. Refer requests for information from government regulators, investigators, inspectors or other government officials to the Legal Department.

> *For more information, see our Policy regarding Dealing with the News Media, the Financial Community and Social Media (Policy No. 16)*

Plaintiff0269

Protecting the Company's Interests



**Q** *You read a news article which erroneously reports that the Company is having business difficulties, and you want to respond with a letter to the editor correcting the mistakes in the article by describing strong expected earnings. Is this okay?*

**A** *No, it isn't. Even though your desire to set the record straight is well intended, this sort of disclosure of confidential information could be considered a violation of law and AutoNation policy. You should send the article to the Corporate Communications Department and let them follow up if appropriate.*

## Social Media

We welcome the opportunity to engage in appropriate conversations about the Company and our industry through social media. If your job requires you to use social media to represent AutoNation (including its dealerships and other entities), you must have the proper written authorization from the Corporate Communications and Social Media Departments to do so. Before disclosing any Company-related information through internal or external social media, you are required to review such content with both the Corporate Communications and Social Media Departments. In order to be the initial source of any AutoNation announcement, you must receive prior written approval from the Corporate Communications Department and the Legal Department as well.

Also, each of us who uses social media either as part of our jobs, or in a personal capacity where the social media information concerns AutoNation, must follow our Social Media Policy as outlined in the Associate Handbook.  When you post on social media concerning AutoNation, you are subject to the Company's policies and procedures, including:

- *Protecting proprietary and confidential information related to the Company's operations;*
- *Safeguarding Company property;*
- *Prohibiting unlawful discrimination, harassment and retaliation; and*
- *Governing the use of Company computers and other electronic and communication systems owned or provided by the Company.*



*For more information, see our Policy regarding Dealing with the News Media, the Financial Community and Social Media (Policy No. 16)*

30

Plaintiff0270



Protecting the Company's Interests

## Insider Trading

Insider trading laws prohibit buying and selling AutoNation or other companies' securities while aware of information that is not publicly known (called "non-public" information) and that could affect the price of the securities (called "material" information). You should also never suggest that anyone else buy or sell securities while you are in possession of material non-public information, as such "tipping" can be every bit as illegal as trading for your own account based on inside information.

*For more information, see our Policy regarding Insider Trading (Policy No. 17)*



**I have been working on an important and highly confidential project at AutoNation which I think will be good for our business. I recently read a news article with some pretty accurate speculation about the project. Does this mean that I can buy AutoNation stock?**

*No, it doesn't. Speculation is not the same thing as actual knowledge, and therefore if you bought AutoNation stock you could be guilty of insider trading.*



**In the course of my job I heard that one of our corporate Customers will soon announce that it will be getting a large contract. Can I buy stock in their company?**

*No, because this involves the Customer's inside information, which you gained during the course of your work with AutoNation.*



**I work in Finance and a good friend who is also an employee asked about our next earnings report. She and I know I can't be specific, but would it be okay if I give her a hint?**

*No, it would not be okay. Disclosures of any type – including hints – are inappropriate under insider trading laws and our policies.*

31

Plaintiff0271

Protecting the Company's Interests

# Conflicts of Interest and Corporate Opportunities

We owe a duty to AutoNation to act in the Company's best interests. A conflict of interest exists when your personal interests (which can include the interests of your family members or friends) conflict or interfere in any way - or even appear to conflict or interfere - with the interests of the Company.

Examples of transactions that may present conflicts of interest include you or a family member owning an interest in or serving as an employee or consultant of a supplier, wholesale vehicles business or a vendor that provides services to the Company, such as computer repair, software or landscaping services.

One potentially damaging type of conflict of interest concerns "corporate opportunities," meaning taking personal advantage of a business opportunity that belongs to AutoNation. Examples of improper corporate opportunities include seeking a dealership franchise from an auto manufacturer for you, a family member, business partner or affiliate to operate separately from AutoNation, or purchasing, selling or leasing real estate or other facilities that you know or have reason to know that the Company may be interested in, or may need in the future.

Another type of conflict could arise from duties we owe to others. For instance, if you serve on the board of a local charity, you could have a conflict of interest as to AutoNation if the charity is engaged in a negotiation with the Company to purchase a vehicle or fleet of vehicles or with respect to some other matter.

To protect the Company's interest, we must ethically handle conflicts of interest. You may not enter into a transaction or engage in an activity giving rise to a conflict of interest without prior written approval. Executive officers must make prompt disclosure to and obtain the prior written approval of the Corporate Governance Committee or the full Board of Directors before

entering into any transaction or engaging in any activity that creates an actual or apparent conflict of interest. Other Associates are required to make prompt and full disclosure in writing to the Legal Department or to a member of AutoNation's Business Ethics Committee of any situation that may involve a conflict of interest or pursuit of a corporate opportunity.

> *For more information, see our Policy regarding Conflicts of Interest and Corporate Opportunities (Policy No. 18)*

 **Q** **My sister-in-law has a catering business that provides the best food and service in town, and at a very competitive price. Can I hire them for AutoNation events?**

**A** *The situation creates a conflict of interest between your desire to get the best deal for AutoNation and your desire to help your sister-in-law. If you disclose your relationship with your sister-in-law's company and remove yourself and your direct reports from the selection process, it may be possible for her company to compete for the business along with other vendors. For that to occur, you would need first to have approval from the Legal Department or a member of the Business Ethics Committee to submit your sister-in-law's company's name to the appropriate parties for consideration.*

 **Q** **Can I solicit our vendors to hire a good friend's landscaping business?**

**A** *No - this could be seen as a misuse of AutoNation's relationships with its suppliers, and would be an impermissible conflict of interest under any circumstances since there would be no benefit to AutoNation.*

32

Plaintiff0272

# Gifts and Entertainment

Gifts and entertainment - while sometimes appropriate to build legitimate business relationships - can also create the danger of actual or apparent conflicts of interests. AutoNation does not want the receipt of gifts, gratuities or favors to interfere with our ability to make decisions solely in the best interests of our Company, or to create the appearance of favoritism. We may offer or accept only infrequent meals, entertainment or gifts of reasonable value that are customary and commonly accepted business courtesies. No Associate may accept a gift that exceeds $250 in value without receiving prior written approval from the Associate's manager. Before accepting airfare, lodging or other travel expenses from a third party, you must also obtain prior written approval from your manager. Gifts in cash or cash equivalents should never be offered or accepted. And of course we neither offer nor accept any form of bribe or kickback.

It is likely that our business partners have gift and entertainment policies of their own. Be careful not to provide a gift or entertainment that violates the other company's policy.



What is acceptable in the commercial business environment may be entirely unacceptable in dealings with the government. There are strict laws that govern providing gifts, including meals, entertainment and travel expenses, to government officials and employees. Do not provide gifts or anything of value in connection with Company business to a government official or employee or members of their families without prior written approval from the Legal Department.

> *For more information, see our Policy regarding Gifts and Entertainment (Policy No. 19)*

 **I saw a Customer offer a sales manager a discount on lawn services for his home in exchange for a good deal on a car. What should I do?**

*A You should report what you saw to your manager or to any of the other resources listed in the Code. Since you don't know whether the sales manager accepted the offer, it could certainly be the case that nothing inappropriate occurred. However, it is important to report concerns of this nature so that the right people can look into the issue and it can be handled appropriately.*

 **An important Customer suggested being entertained at a "gentleman's club" - is this okay?**

*A No - it is unacceptable to provide or receive entertainment of a sexual nature or that otherwise might be embarrassing in connection with AutoNation business.*

Plaintiff0273

Protecting the Company's Interests



## Procurement

AutoNation purchases and leases millions of dollars' worth of goods and services every month. The Company purchases the best products and services at a fair value regardless of the manufacturer or provider, while conducting its operations according to high standards of business conduct and all applicable legal requirements. Company purchases of goods and services must not result in you or your friends or families receiving personal kickbacks or rebates.

Entering into agreements with others not to deal with certain suppliers (group boycotts) can be illegal and is prohibited.  In addition, you may not enter into agreements that limit who the Company can do business with (restrictive agreements and exclusive dealing agreements) unless the agreement is reviewed by AutoNation's Legal Department in advance and is executed only as directed by the Legal Department.

> *For more information, see our Policy regarding*
> *Procurement (Policy No. 20)*

## Protection of Company Property and Confidential Information

We each have a duty to protect and properly use the Company's property and its confidential information.  Company property includes our automobiles, automotive parts, facilities, service equipment, computer equipment, and all other Company assets.  We must safeguard Company property and confidential information from misuse, theft, or unauthorized disclosure.

Company confidential information includes any non-public information that might be useful to competitors or harmful to AutoNation or its business partners if disclosed.  It also includes private information about Associates. Company confidential information should be used only for legitimate business

34

Plaintiff0274

Protecting the Company's Interests

purposes. You must not use or disclose confidential information except when specifically authorized to do so. Confidential information may not be removed from the business premises of AutoNation except as expressly authorized in writing by your manager. As a general rule, you should presume that any information that you receive about AutoNation or its Customers is confidential information and should be protected from disclosure.

> *For more information, see our Policy regarding*
> *Protection of Company Property and*
> *Confidential Information (Policy No. 21)*

 **Q** **A former Associate called to ask me for help in remembering confidential information about a project that she worked on while she was at the Company. Is it okay to provide this to her?**

**A** *No. A former Associate has no right to access confidential information belonging to AutoNation, even if she helped develop the information. Because she may also be trying to get confidential information from other sources, you should immediately report this request to your manager, Corporate or Region Human Resources, the Legal Department or any other resource described in this Code.*

 **Q** **You learn that a colleague is seeking to get information about other Associates' home addresses and phone numbers, to let them know about a community event. Should you do anything?**

**A** *You should explain to the colleague that she may not use the information for these purposes. If you believe that she may nonetheless do so, you should report the matter to your manager or any other resource described in the Code.*



35

Plaintiff0275

Protecting the Company's Interests

## Information Technology

All users of AutoNation's Information Technology (IT) and everyone who works at or for AutoNation, including Associates, consultants, vendors/suppliers and business partners, must comply with our IT security policies, and use these resources in a professional, lawful and ethical manner. We are each responsible for the privacy and confidentiality of our computer accounts and secret passwords. It is everyone's responsibility to report violations to management. We may access only those systems and that data for which we are authorized. Data should only be disclosed to other persons authorized to have access to that data.

All IT resources to which AutoNation provides or gives you access are for purposes of Company-approved business use, and all data stored on Company systems is Company property. You should have no expectation of personal privacy in connection with your use of any Company IT resources. AutoNation reserves the right to monitor use of business communication systems to the extent permitted by applicable law.

Incidental and occasional personal use of electronic mail and telephones is permitted. However, remember that even personal messages on the Company's email and voicemail systems are Company property.

When you use Company resources to send email or to access the Internet, you are acting as a representative of AutoNation. Never use these resources in a way that may be unlawful or that violates Company policies, including the Company's policy prohibiting harassment and the policy on social media, which is contained in the Associate Handbook.

> *For more information, see our Policy regarding Information Technology Compliance (Policy No. 22)*

 **Q** You learn that another employee is managing a personal business from his office during lunch hours, using the Company phone and email. Is this okay?

**A** *No, because this would be an improper use of Company technology resources.*

 **Q** My manager asked me for my password because I am going to be on vacation. Is this okay?

**A** *No. There is no business reason that would require you to provide your password to your manager.*





Protecting the Company's Interests

Plaintiff0277

# Ethical Matters Concerning Government and the Community

Plaintiff0278



Ethical Matters Concerning Government & the Community

*When dealing with the government, different rules apply to AutoNation than when doing business with others. Those of us who have contact with government officials should be aware of the special requirements and always comply with them. If you have questions, consult the Legal Department.*

## Government Contracts

You may not enter into a contract with a government agency without first obtaining the approval of AutoNation's Legal Department. In contracting with the government – federal, state, local or foreign – it is absolutely essential that we be aware of and comply strictly with the laws and regulations that apply to government contracting. It is also critical that the terms of any government contract be met.

If you are at all uncertain as to whether a potential Customer is a government body or about the rules covering government contracting, you should contact the Legal Department.

> *For more information, see our Policy regarding Government Contracts (Policy No. 23)*

## Dealing with Government Officials and Employees

Associates who have contact with government officials and employees in connection with their work for AutoNation should be aware of and comply fully with all regulations and laws regarding such contacts. You must not offer or provide any payment or benefit to a government official or employee for the purpose of improperly influencing that person. You also must not make or discuss offers of employment or opportunities to work as a consultant to AutoNation with existing or former government employees without prior written approval by AutoNation's General Counsel.

When we communicate with government bodies or employees for the purpose of influencing legislation or rulemaking, or any government action, we may have to register as a lobbyist. Do not communicate with government

Plaintiff0279

Ethical Matters Concerning Government & the Community

bodies or employees for these purposes without first obtaining approval from AutoNation's General Counsel.

At AutoNation, we are committed to conducting our relations with government employees in a fair and honest manner. We must never lie or misrepresent information when communicating with government employees.

*For more information, see our Policy regarding Dealing with Government Officials and Employees (Policy No. 24)*

## Investigations and Other Contacts with the Government

AutoNation is committed to cooperating with government agencies. When responding to requests for information from the government, the Company's two primary goals are (1) to provide government investigators complete and accurate information and (2) to protect AutoNation's legal rights. To help accomplish these goals, you must refer all government requests for inspections, audits, investigations or documents to AutoNation's Legal Department immediately. When dealing with government agencies and officials – as when dealing with anyone on behalf of AutoNation – we should always be truthful and accurate.

*For more information, see our Policy regarding Government Investigations and Interviews (Policy No. 25)*



40

Plaintiff0280



Ethical Matters Concerning Government & the Community

## Political Contributions and Community Service

We comply with all federal, state and local laws regarding political contributions and activities. You may not make any contribution of Company funds, property or services to any political party or committee or to any candidate for or holder of any government office without prior review and approval of AutoNation's General Counsel or his or her designee.

Additionally, while you are encouraged to be active in the political and civic life of your communities, including charitable or educational activities, you should do so in a way that makes it clear that you are speaking and acting on your own behalf, and not that of the Company.

*For more information, see our Policy regarding Political Contributions and Activities (Policy No. 26)*

 **Our dealership was asked to lend some cars to a local political candidate for a large event that he is holding. Can we do this?**

***A*** *Possibly. But before making a Company contribution to a political candidate – of cars or anything else – you must obtain the approval of the General Counsel or his or her designee.*

41

Plaintiff0281



Plaintiff0282

*As the industry leader in automotive retail, AutoNation is committed to conducting business in accordance with high standards of business conduct and applicable laws and regulations. We rely on each of you, our valued Associates, to help ensure compliance with the law and protect the Company's good name and reputation.  If you have questions about rules that apply, ask.  If you have concerns, raise them. Remember that we can only achieve long-term success as a company and as individuals by acting ethically and complying with the legal requirements that govern our business.  Taking the high road is the right thing to do, and it's critical that each of us do so every day.*



## The Code Is Not Comprehensive

No Code of Business Ethics can address all of the legal and ethical issues that can arise in the course of business, nor can a code be a substitute for common sense.  Even if something isn't covered in our Code but it seems wrong – in other words, it doesn't pass the "smell test" – you should speak up using the procedures described in the Code.  Our policies protect against any retaliation for doing so.

It is your responsibility to understand and comply with all Business Ethics Policies (as well as all other policies and procedures which apply to your job). Associates can ask for copies of the Business Ethics Policies from their managers or Human Resources or review these policies and related material on www.dealercentral.net under the Business Ethics Program link.

43

Plaintiff0283

Conclusion

## No Contract or Other Rights Created

The Code is a statement of the fundamental principles that govern the conduct of the Company's business. The Code, the Business Ethics Policies, and all other Business Ethics related materials (collectively, "Program Documents") are not intended to and do not create any obligations to or rights in any employee, Customer, supplier, competitor, shareholder or any other person or entity. The Program Documents do not alter the terms or conditions of your employment nor constitute an employment contract or an assurance of continued employment.[*]

When referred to in any Program Documents, the terms "AutoNation," "AutoNation, Inc." and the "Company" are used for convenience only and include all subsidiaries of AutoNation, Inc.  All Associates are employees of the dealership or other entity for which the Associate works, regardless of references to all employees as "AutoNation Associates," "our Associates," "we" or "you," or use of similar terms in the Program Documents.

## Waivers of the Code

Waivers of the Code for directors may be made only by the Board of Directors and will be disclosed as required by law or regulation. Waivers of the Code for executive officers may be made only by the Board of Directors or the Corporate Governance Committee of the Board and will be disclosed as required by law or regulation.  Any requests for waivers by others must be made to the Business Ethics Committee.  The Company will waive application of the provisions of the Code only in rare circumstances based upon a clear showing that such a waiver is in the Company's best interests.



[*] AutoNation continuously reviews its Business Ethics Program; any of the Program Documents, therefore, are subject to modification without notice. Also, this Code of Business Ethics and other Program Documents supersede and replace any prior communications, policies, rules, practices, standard and/or guidelines to the contrary, whether written or oral. To the extent there are any conflicts with the current Associate Handbook, the language of this Code and the other Program Documents control. Also to the extent any provisions of the Program Documents conflict with your local law, the provisions of your local law apply.

44

Plaintiff0284

## Acknowledgment of
## AutoNation Code of Business Ethics

I have received a copy of the current AutoNation Code of Business Ethics ("Code") and/or have access to review or print the Code. I understand that it is my responsibility to read and comply with the contents of the Code and all related Business Ethics Policies and standards described in the Code.

I also understand that if I am aware of, observe or otherwise discover any known or suspected violation of the law, the Code, or any AutoNation policy, I have the right and obligation to report it to my manager, another manager with whom I feel comfortable speaking, Corporate or Region Human Resources, the Legal Department, the Business Ethics Committee, or the Alertline (1-800-597-0094 or www.alertline.com).

**Signature:** _____

**Name:** _____

**Date:** _____

**Dealership or**
**Other Entity:** _____



Plaintiff0285