

9:38

< 585   JN   Juan >

Everyone goes to you to work a deal because Joe is to problematic when it comes to working deals.
Everyone runs to you and you are in Ecom! Maybe you need to tell the floor to go to them and relieve some of the stress and responsibility.

The other thing I see is the old salespeople take advantage of your goodness of your heart, and you end paying for them.
The old sales people have to much access to management work. Like Nick, Patrick, Mark, and others.
Now even Manuel goes to Patrick to get numbers!
I think they have to much access to management detail..

I'm off tomorrow but I'm coming to work.
Hopefully I can sell couple tomorrow.

Good night.

+   Text Message

NAVARRO v. HOLLYWOOD IMPORTS - 0639

9:39        .ıll 🛜 100

< 585     JN     Juan >

Everyone runs to you and you are in Ecom! Maybe you need to tell the floor to go to them and relieve some of the stress and responsibility.

The other thing I see is the old salespeople take advantage of your goodness of your heart, and you end paying for them. The old sales people have to much access to management work. Like Nick, Patrick,  Mark, and others.
Now even Manuel goes to Patrick to get numbers!
I think they have to much access to management detail..

I'm off tomorrow but I'm coming to work.
Hopefully I can sell couple tomorrow.

Good night.

Jp

**Thanks buddy. I appreciate it**

\+    Text Message

NAVARRO v. HOLLYWOOD IMPORTS - 0640

9:38                                           100

 

JN

Juan >

Thank you David. For Real, you will be a great GSM and or a Great GM..

YOU GOT WHAT IT TAKES. I DO APPRECIATE YOU 1000%

Thanks buddy.. I appreciate that

Nov 5, 2022 at 9:00 PM

David. Are you still there?

Are you busy?

Wrapping things up

David. I don't really like when Carl screms at you the way he did it today. We could hear Him through the wall how he was talking to you!

You are to good for him to do that and joey doesn't do anything to earn his pay. He dosent talk to Joey like that! Why?

Text Message

NAVARRO v. HOLLYWOOD IMPORTS - 0641



9:37

585 JN

Juan

Dec 15, 2022 at 2:50 PM

Manuel..just told me he is going tonthw floor next month, that he spoke with Carl and gave him the ok. Many said that he told you about esmeralda taking all tye calls, calling people s customers and you never did anything about it.

Dec 16, 2022 at 9:50 AM

David. You know what Carl said it's just to talk bullshit. Jason and I are always here. If we are not, is because we have customers, but I didn't say anything cause Carl will not let me..

Dec 16, 2022 at 10:57 AM



Tranquilo

Dec 16, 2022 at 8:20 PM

David. El Carro fit that we we bought today, how much do you

 Text Message

NAVARRO v. HOLLYWOOD IMPORTS - 0643