| Report Title: | Identify Courses completed by User (All) |
|---|---|
| Report Created By: | Admin, Patricia |

| User - User Status | User - User Name | User - User Full Name | User - Jobcode | Training - Training Type | Training - Training Title | Transcript - Transcript Status | Transcript - Transcript Completed Date |
|---|---|---|---|---|---|---|---|
| InActive | 1272543 | NAVARRO, JUAN P | Sales Associate, Equity Mining | Online Class | Anti-Harassment | Completed | 09/08/2022 06:06 PM |