| Report Title: | Identify Courses completed by User (All) |
|---|---|
| Report Created By: | Admin, Patricia |

| User - User Status | User - User Name | User - User Full Name | User - Jobcode | Training - Training Type | Training - Training Title | Transcript - Transcript Status | Transcript - Transcript Completed Date |
|---|---|---|---|---|---|---|---|
| Active | 1136446 | LOSK, DAVID | Sales Manager Retail | Online Class | A Leader's Role in Addressing Inappropriate Behavior | Completed | 09/29/2022 08:20 PM |
| Active | 1136446 | LOSK, DAVID | Sales Manager Retail | Online Class | Anti-Harassment | Completed | 09/07/2022 11:29 AM |
| Active | 1136446 | LOSK, DAVID | Sales Manager Retail | Online Class | Anti-Harassment | Completed | 07/26/2023 12:45 AM |
| Active | 1136446 | LOSK, DAVID | Sales Manager Retail | Online Class | Creating a Harassment-Free Workplace (Employee Edition) | Completed | 08/19/2015 08:08 PM |
| Active | 1136446 | LOSK, DAVID | Sales Manager Retail | Online Class | Creating a Harassment-Free Workplace (Employee Edition) | Completed | 06/13/2017 08:43 PM |
| Active | 1136446 | LOSK, DAVID | Sales Manager Retail | Online Class | Creating a Harassment-Free Workplace (Employee Edition) | Completed | 08/19/2019 08:22 AM |
| Active | 1136446 | LOSK, DAVID | Sales Manager Retail | Online Class | Creating a Harassment-Free Workplace (Employee Edition) - 2020 | Completed | 12/14/2020 01:06 PM |
| Active | 1136446 | LOSK, DAVID | Sales Manager Retail | Online Class | Creating a Harassment-Free Workplace (Supervisor Edition) - 2021 | Completed | 11/02/2021 11:10 AM |