**JN**
JP
Thu, Apr 20 at 7:49 PM

> David.
> How are you doing?
> I'm going to be with you till the 30th.
> Are you ok with that?

> Tomorrow, I have to move though but I will work from Saturday till the 30th straight

> Nondays off

> No days off

> Estendiendo my Notice to the end of April 30th.

> Are you not at work?

> I'm sitting with Carl and he says that no problem.. would be great to have you

> I will see you Saturday AM.

> Sounds great

DEFENDANT'S EXHIBIT 17   2024-03-05

NAVARRO v. HOLLYWOOD IMPORTS - 0644