| | |
|---|---|
| **Report Title:** | Identify Courses completed by User (All) |
| **Report Created By:** | Admin, Patricia |

| User - User Status | User - User Name | User - User Full Name | User - Jobcode | Training - Training Type | Training - Training Title | Transcript - Transcript Status | Transcript - Transcript Completed Date |
|---|---|---|---|---|---|---|---|
| Active | 1012851 | REY, JOSE | General Manager | Online Class | A Leader's Role in Addressing Inappropriate Behavior | Completed | 09/03/2022 05:17 PM |
| Active | 1012851 | REY, JOSE | General Manager | Online Class | Creating a Harassment-Free Workplace - Supervisor Edition | Completed | 07/20/2015 09:27 PM |
| Active | 1012851 | REY, JOSE | General Manager | Online Class | Creating a Harassment-Free Workplace - Supervisor Edition | Completed | 07/10/2017 05:28 PM |
| Active | 1012851 | REY, JOSE | General Manager | Online Class | Creating a Harassment-Free Workplace (Supervisor Edition) | Completed | 08/03/2019 02:11 PM |
| Active | 1012851 | REY, JOSE | General Manager | Online Class | Creating a Harassment-Free Workplace (Supervisor Edition) - 2020 | Completed | 11/19/2020 05:04 PM |
| Active | 1012851 | REY, JOSE | General Manager | Online Class | Creating a Harassment-Free Workplace (Supervisor Edition) - 2021 | Completed | 10/27/2021 04:20 PM |
| Active | 1012851 | REY, JOSE | General Manager | Online Class | Preventing Workplace Harassment - (Supervisor Edition) | Completed | 05/14/2012 10:23 PM |
| Active | 1012851 | REY, JOSE | General Manager | Online Class | Preventing Workplace Harassment (Supervisor Edition) | Completed | 05/08/2014 10:20 AM |

NAVARRO v. HOLLYWOOD IMPORTS – 0806