| Report Title: | Identify Courses completed by User (All) |
|---|---|
| Report Created By: | Admin, Patricia |

| User - User Status | User - User Name | User - User Full Name | User - Jobcode | Training - Training Type | Training - Training Title | Transcript - Transcript Status | Transcript - Transcript Completed Date |
|---|---|---|---|---|---|---|---|
| Active | 1231606 | RODRIGUEZ, JOSEPH | Sales Manager Retail | Online Class | Creating a Harassment-Free Workplace (Employee Edition) | Completed | 07/20/2019 12:42 PM |
| Active | 1231606 | RODRIGUEZ, JOSEPH | Sales Manager Retail | Online Class | Creating a Harassment-Free Workplace (Supervisor Edition) - 2020 | Completed | 11/19/2020 05:27 PM |
| Active | 1231606 | RODRIGUEZ, JOSEPH | Sales Manager Retail | Online Class | Creating a Harassment-Free Workplace (Supervisor Edition) - 2021 | Completed | 11/11/2021 01:39 PM |
| Active | 1231606 | RODRIGUEZ, JOSEPH | Sales Manager Retail | Online Class | Anti-Harassment | Completed | 09/13/2022 04:05 PM |
| Active | 1231606 | RODRIGUEZ, JOSEPH | Sales Manager Retail | Online Class | Anti-Harassment | Completed | 07/21/2023 03:19 PM |