| **Report Title:** | Identify Courses completed by User (All) |
|---|---|
| **Report Created By:** | Admin, Patricia |

| User - User Status | User - User Name | User - User Full Name | User - Jobcode | Training - Training Type | Training - Training Title | Transcript - Transcript Status | Transcript - Transcript Completed Date |
|---|---|---|---|---|---|---|---|
| Active | 1246777 | VANDERWARKER, CARL | Sales Manager Retail | Online Class | A Leader's Role in Addressing Inappropriate Behavior | Completed | 09/06/2022 10:23 AM |
| Active | 1246777 | VANDERWARKER, CARL | Sales Manager Retail | Online Class | Anti-Harassment | Completed | 08/24/2022 10:10 AM |
| Active | 1246777 | VANDERWARKER, CARL | Sales Manager Retail | Online Class | Anti-Harassment | Completed | 07/26/2023 04:04 PM |
| Active | 1246777 | VANDERWARKER, CARL | Sales Manager Retail | Online Class | Creating a Harassment-Free Workplace - Supervisor Edition | Completed | 04/10/2020 05:02 PM |
| Active | 1246777 | VANDERWARKER, CARL | Sales Manager Retail | Online Class | Creating a Harassment-Free Workplace (Supervisor Edition) - 2020 | Completed | 11/19/2020 04:45 PM |
| Active | 1246777 | VANDERWARKER, CARL | Sales Manager Retail | Online Class | Creating a Harassment-Free Workplace (Supervisor Edition) - 2021 | Completed | 10/28/2021 05:53 PM |