HUR760-a80en

# Creating a Harassment-Free Workplace (Employee Edition)

Every workplace should provide a safe and professional work environment that is free from harassment and discrimination. In this course, you'll learn the essential aspects of workplace harassment, including who's protected against it, how and where it can happen, and the actions you can take to help prevent it.



NAVARRO v. HOLLYWOOD IMPORTS - 0974

**AutoNation**

# TABLE OF CONTENTS

Introduction

What is Workplace Harassment?

Protections Under the Law

Speaking Up, Making Reports

Wrap-Up: The Respectful Workplace

Knowledge Check

Self Check Answers

**AutoNation**

# Disturbing News

One morning at a large U.S. company, employees are shocked to learn that a well-known executive has been fired after an investigation into a harassment claim.

With the news still fresh, a few colleagues from different parts of the company decide to connect in an after-hours video call.



NAVARRO v. HOLLYWOOD IMPORTS - 0976



# Disruptions for Everyone

**1** *The six colleagues greet each other as they appear in the video call.*

**Tyler:** Hello.

**Marcia:** Hi...

**Kendrick:** How are you guys?

**Marcia:** Good.

**Tyler:** How are you?

**Kendrick:** Good.

**Shay:** Hey Guys.

**Marcia, Tyler, Kendrick:** Hey Shay...

**Shay:** Hi Chloe.

**Kendrick:** Hey Chloe.

**Marica, Tyler:** Hi...

**Chloe:** I was happy to hear that everyone could make it after work.

**2** *Alex joins the call.*

**Alex** Hey everyone.

**All:** Hey Alex.

**Alex:** Did you all hear about Brad?

**Tyler:** Yeah. He actually messaged me from the office. Security let him come in to get personal stuff from his desk.

**Kendrick:** Is it true we lost the Delta VX account 'cause of him?

**Marcia:** Officially, "no," but yeah, 'cause of him.

*Everyone reacts to the painful news.*

**Alex:** I don't get it, I mean what did Brad do?

**Chloe:** You don't know the story? He totally harassed one of the junior execs at Delta VX! Ignored her when she asked him to stop. Then he texted her some, uh, "explicit" requests.

**Shay:** Along with some "inappropriate" photos.

*Most people react with groans and head shakes.*

3  **Tyler:** Oh no....

**Chloe:** Oh yeah. The junior exec posted screenshots of the messages online. She tagged both Delta VX and *our company*.

**Alex:** How did I not hear about this?

**Marcia:** It's gonna hurt us, big.

**Shay:** Personally, I'm happy that she made it public. And that Brad got fired.

**Tyler:** Nobody should have to put up with that.

NAVARRO v. HOLLYWOOD IMPORTS - 0978

**Kendrick:** Happy? Delta VX was a huge client! And let's remember… Brad landed tons of huge clients, most of us have jobs because of his deals.

**Alex:** Right. The whole mess seems like an overreaction.

**Shay:** *(pointedly)* It's not the victim's fault we lost the account. It's Brad's.

**Alex:** *(after a pause)* OK, agreed, but man…

**Marcia:** *(sighing)* Yeah…this is all a huge mess. For everyone.

NAVARRO v. HOLLYWOOD IMPORTS - 0979

**AutoNation**

# Grappling with Consequences

In any organization, it's disturbing and disruptive when coworkers experience the impacts of harassment or discrimination, impacts that can affect the entire company.

No one should have to suffer workplace mistreatment or deal with the severe consequences that can follow. Yet we know it happens all too often.



NAVARRO v. HOLLYWOOD IMPORTS - 0980

**AutoNation**

# Places of Opportunity

We all want workplaces that are safe and welcoming for anyone dedicated to applying their skills and contributing to the company's success.

That's why our company has developed policies and practices to prevent harassment and discrimination, helping to support work environments that are safe, secure, respectful, and productive.



NAVARRO v. HOLLYWOOD IMPORTS - 0981

**AutoNation**

# About This Course

This course explores the essential issues surrounding workplace harassment, discrimination, and abusive conduct, describing key actions you can take to protect yourself, your coworkers, and the company.

As an employee, you aren't asked to make legal judgments about workplace behavior. But we all need to be aware of the types of conduct that may violate company policies, even if the conduct doesn't technically amount to unlawful harassment. You also need to know the best ways to respond to—and report—behavior that violates company standards.





### Knowing the Policies

It's vital that you know and understand the company's policies around discrimination and harassment, which may be even stricter than the laws against harassment and discrimination.

AutoNation has a specific policy that prohibits harassment on the basis of sex, gender, race, color, national origin, religion, disability, age or any other protected characteristic. You can read more about the company's Policy Prohibiting Harassment in the Associate Handbook and the Business Ethics Manual. This policy is also available at www.dealercentral.net under the Human Resources tab and through the Business Ethics link under the Associate tab. Additionally, you may review this policy by clicking on the Resources tab below and then clicking on the Policies link.

**AutoNation**

# The Larger Goals

## The Larger Goals

Though it's essential to meet all legal requirements, it's just as important to remember the critical goals and standards of conduct for our workplaces and the company.



## Your Opportunity

As employees, we have the right to work in professional work environments that are free from harassment and discrimination.

Through our own choices and actions, we can each play a part in keeping the workplace safe and productive for ourselves and for others.



NAVARRO v. HOLLYWOOD IMPORTS - 0983

## Outcomes and Benefits

When we succeed, we provide all colleagues with the opportunity to use their skills and abilities to the fullest, increasing our productivity while complying fully with the law.



**AutoNation**

# Getting Assistance

No single course can anticipate every situation or question you may encounter in your work environment.

If you have questions about any issues related to workplace harassment, help is available. Go to the **Resources** tab in this program and select Contact to view the contact information.  (Note: On mobile devices, select Settings to access the Resources).

You may connect with the resource personnel either during the course or after you complete it. They will answer your questions or put you in touch with others who can provide information.





# A Clash of Perspectives

**1** *The colleagues continue their afterwork video call.*

**Alex:** I don't even know what the rules are anymore. I mean, when did asking someone out become harassment?

**Chloe:** Oh, c'mon. That's not what Brad was doing.

**Alex:** Sure, still, where do you draw the line? How far is too far?

**Shay:** To put it simply—if you have to ask, you've gone too far.

**Alex:** This didn't used to be such an issue.

**Marcia:** Maybe not for you. But it's *always* been an issue.

*Others nod or react briefly.*

**Kendrick:** Okay, but you know he's got a point. Times really *have* changed. So can *anything* be harassment? Sending a text. Complimenting someone on their outfit.

**2** **Alex:** *(joking)* Maybe I'll just avoid any one-on-one meetings with women.

**Shay:** Oh, c'mon.

**Marcia:** You know that's ridiculous.

**Kendrick:** Yeah, but that doesn't solve the problem.

NAVARRO v. HOLLYWOOD IMPORTS - 0986

**Alex:** So, what are we supposed to do about it?

NAVARRO v. HOLLYWOOD IMPORTS - 0987

**AutoNation**

Creating a Harassment-Free Workplace (Employee Edition) / What is Workplace Harassmen

# What's It Really About?

Even with all the attention that's been paid to illegal harassment, people may still face confusion or disagreement about what it is and what it isn't, or what kinds of workplace behavior should be avoided or opposed.

We can gain some clarity by addressing a few important terms.



NAVARRO v. HOLLYWOOD IMPORTS - 0988

**AutoNation**

# Offensive and Unwelcome

Simply put, workplace harassment can be any **offensive**, **intimidating**, or **hostile conduct** that is based on sex, race, age, or any other legally protected characteristic.

It occurs when people are subjected to behavior that they did not invite—that is, behavior that is **unwelcome**—and that they experience as offensive or otherwise disruptive.



NAVARRO v. HOLLYWOOD IMPORTS - 0989



Creating a Harassment-Free Workplace (Employee Edition) / What is Workplace Harassment

# A Reasonable Perspective

To determine whether conduct amounts to harassment, a key point is how it's viewed by **the person on the receiving end of the conduct (or anyone else affected by it)**—not by the intentions of the one performing it—and also whether a reasonable person would also find the behavior offensive.

Keep in mind that "unwelcome" has a different meaning than "involuntary." A sexual encounter may be voluntary, in the sense that no physical coercion was involved. But the experience could still amount to harassment if the employee did not welcome the behavior and only allowed it because they felt they had no other choice.



NAVARRO v. HOLLYWOOD IMPORTS - 0990



# Actions in the Workplace

With the range of interactions that commonly occur between employees, inappropriate conduct or mistreatment can take many forms.

*On a desktop or tablet, select the image to view more information.*

*On a smartphone, use the scroll feature to view more information*

 Verbal

Harassment frequently happens through spoken or written words, such as degrading insults or sexual or offensive language.

 Visual

Harassment can be presented visually, such as offensive images shown in the workplace or shared through messaging or social media.

 Physical

Harassment can take physical forms, such as unwelcome touching or even physical assault.



NAVARRO v. HOLLYWOOD IMPORTS - 0991



## Who Can Be a Harasser or a Victim?

Both the perpetrator and the victim of harassment can be **anyone**, regardless of gender, gender identity or expression, or sexual orientation. Likewise, company policies and the laws apply to any job position, whether part-time, full-time, temporary, or even contractors and business partners. What matters is that the conduct is offensive and unwelcome and that it interferes with employees' abilities to do their jobs.

NAVARRO v. HOLLYWOOD IMPORTS - 0992



Creating a Harassment-Free Workplace (Employee Edition) / What is Workplace Harassment

# Hostile Work Environments

At some point, if the unwelcome offensive conduct is either **severe** enough or **pervasive** enough, it will interfere with the overall work environment, altering working conditions and even affecting productivity for victims and for others.

This form of harassment is known as **hostile work environment**. A single severe incident may be enough to create a hostile environment. Unwelcome conduct that is less severe but frequent may create a hostile work environment as well.



NAVARRO v. HOLLYWOOD IMPORTS - 0993



# Does Silence Mean Acceptance?

Preventing and addressing hostile work environments can be challenging, since people who find the conduct unwelcome may not speak up. Some may feel pressure to just accept it, or the conduct may gradually become more severe, passing from tolerable to hostile or intimidating.

That's why it's important to remember that individual sensitivities and perceptions vary from person to person. What is acceptable to one person may not be acceptable to another and may affect whether conduct could be considered unwelcome or offensive.



**AutoNation**

# Images in Emails

At a particular company, an employee has been behaving in a manner that may have an impact on the workplace.

*Select each image to learn about it.*

In her spare time at work, a colleague regularly checks personal email and social media on her company computer or smartphone.



NAVARRO v. HOLLYWOOD IMPORTS - 0995

She often receives messages and postings from friends that include sexual images or racial humor, in forms that other employees could find offensive.



She views the images on her computer but doesn't share them with coworkers. She deletes the images or shuts down the messages shortly afterward.



**What Do You Think?**

**Which statement below most accurately describes the situation?**

*Select the appropriate option.*

○ Since the employee has not shown or forwarded the offensive images to coworkers who don't want them, there's no danger of harassment.

○ If other coworkers accidentally view the images, it could create a hostile environment (if the events are severe or frequent enough).

NAVARRO v. HOLLYWOOD IMPORTS - 0997

**AutoNation**

# Cyber-based Harassment

While social media and messaging have opened new possibilities for connections between people, they have also created new avenues for damaging behavior, including:

- **Virtual harassment**—Deceitful use of social media connections, such as "friending" a colleague and then posting offensive messages or pictures

- **Text harassment**—Inappropriate or insulting messages through texting apps

- **Sexting**—Sending images, videos, or text messages with sexual content

- **Cyberstalking**—Following and harassing a coworker on various social media sites and blogs

- **Trolling**—Posting extreme comments anonymously, with the intent of angering the target

- **Abusive conduct**—Bullying and intimidating behavior in online environments

Remember that there's **no privacy** in online environments—and any conduct that would violate laws or company policies if done in person would also be a violation if done using social media.





In addition to our Policy Prohibiting Harassment, AutoNation has specific policies in the Technology and Information Security Section of the Associate Handbook regarding the proper use of email, social media and more generally Company technology tools, among other things. Additional information regarding technology and the proper use of social media can be found in certain Business Ethics policies as well. These policies are available for review through www.dealercentral.net. Also, the Business Ethics policies are available by clicking on the Resources tab below and then clicking on the Policies link.

NAVARRO v. HOLLYWOOD IMPORTS - 0999



**self-check**

# Quick Check

With your understanding of various kinds of harassment, try an exercise. A series of actions will appear to the right.

*On a desktop or tablet, drag each action to the appropriate category, then select Submit.*
*On a smartphone, select each action, select your answer, then select Submit.*

A shop worker grabs a colleague and shoves up against him in a suggestive manner.

○ May Be Harassment            ○ Probably Not Harassment

A store supervisor frequently comments that older employees are "slow and dumb."

○ May Be Harassment            ○ Probably Not Harassment

Workers at a salon tell a new masseur that he is "totally hot" and repeatedly proposition him.

○ May Be Harassment            ○ Probably Not Harassment

An employee compliments a coworker on her hairstyle.

○ May Be Harassment            ○ Probably Not Harassment

An engaged couple shares a kiss at a company holiday party.

○ May Be Harassment            ○ Probably Not Harassment

A manager often uses humorous nicknames for employees based on their ethnic backgrounds.

◯ May Be Harassment          ◯ Probably Not Harassment

**AutoNation**

# Protections for Every Employee

As we've seen, the concept of **protected characteristics** is central to laws and company policies about harassment and discrimination.

Lawmakers have designated some particularly sensitive traits—characteristics that people usually can't easily change—for protection in work environments. Among others, the explicitly listed protected characteristics under federal law include **sex**, **race**, **color**, **national origin**, **religion**, **age** (40 years and over), and **disability**, whether mental or physical.

Though every employee is covered under these protections, understanding how they apply in practice may take some time and consideration.



NAVARRO v. HOLLYWOOD IMPORTS - 1002



# Stories and Experiences

**1** *The colleagues continue their afterwork video call.*

**Shay:** I think some of you already know but, I left my last job because of harassment.

**Tyler:** You serious?

**Shay:** Yeah. Guy on my team asked me out, I said no. And everything seemed cool… until one night, we were working together and he grabbed me and tried to kiss me.

*The others react with annoyance or sympathy.*

**Alex:** Well, that's clearly crossing the line.

**Shay:** Yeah. When I told my manager what happened. They "fixed" it by transferring *me* to a different team… in another part of the town.

**Chloe:** What?? Seriously?

**Marcia:** So what happened to the guy?

**2** **Shay:** Last I heard, he pulled the stunt one too many times. And as "punishment," they let him resign so he'd get a new job.

**Alex:** You should *not* get treated like that.

**Kendrick:** I had something like that happen to me.

**Marcia:** What? here?

**Kendrick:** Nah, at an old job. My boss was, let's just say, a little too friendly. I'd sit down to work, and boom! She'd come massage my shoulders and whisper in my ear.

**Alex:** C'mon. How is that harassment?

**Kendrick:** It was humiliating, man! I felt like I couldn't say anything. And get this—she posted a fake story to say that we were dating. And some people believed it!

**Shay:** That sounds like a nightmare.

**3** **Kendrick:** If she was my boss now, I'd tell her to stop or I'd go to HR. But back then I didn't know what to do.

*Tyler nods.*

**Tyler:** At my last job, there was this vendor who was dating my ex-boyfriend. Every time the vendor came in he told my coworkers stories about me… They turned me into a running joke.

*The others react sympathetically.*

**Tyler:** I tried tuning them out, and maybe some of them just wanted to be funny, but the treatment got so humiliating…I took sick days just to get away.

**Kendrick:** That is so messed up.

**Tyler:** I know, right? I finally reported the vendor to HR. They looked into it and the guy never came to the plant again.

**Marcia:** What about your coworkers?

**4**

**Tyler:** A manager talked to them, things got a lot better after that.

**Chloe:** But nobody should have to deal with that in the *first* place.

**AutoNation**

# Sexual Harassment

Workplace sexual harassment may occur when employees experience unwelcome verbal or physical sexual conduct, sexual advances, or retaliation after rejecting sexual advances or requests. Examples include:

- Unwanted touching or other physical conduct, such as groping, blocking, or unwelcome hugging or kissing

- Requesting sexual favors in return for rewards or protection from negative job actions

- Sexual jokes or profanity, whether presented in person or through messaging or social media

- Displaying sexual images or playing sexually suggestive music in the workplace

Under the law, the category of **sex** also includes pregnancy, childbirth, breastfeeding, sexual orientation, gender identity and expression, and any related medical issues. Workers must not be mistreated or face discrimination because of these conditions.



NAVARRO v. HOLLYWOOD IMPORTS - 1006

AutoNation

# Gender and Stereotypes

Company policies also aim to prevent problems that stem from **sex-based stereotypes**.

A sex-based stereotype is an assumption about a person's appearance or behavior—or about an individual's ability or inability to perform certain kinds of work—that is based on generalizations, social expectations, stereotypes, or myths about the individual's sex or gender.

*Select each hotspot to explore further.*



A Man's Job?
Referring to some job positions as "men's work" or "women's work"—or refusing to accept a coworker in an untraditional role based on a stereotype—violates company policy.



No Abuse
Employees must not face mistreatment for not fulfilling a sex stereotype, such as taunting or shunning a woman who acts "too masculine" or a man who appears "too feminine."



# Just Joking Around?

**1** *The colleagues continue their afterwork video call.*

**Alex:** Chloe, we haven't heard much from you, how's the transfer to Finance going?

**Chloe:** To be honest, it's like a library, I can't believe how quiet the people are.

*A few of the others suppress a laugh.*

**Chloe:** I remember this other job - we all worked hard, but it was *so* much fun. People said *whatever* they wanted. Told all these raunchy stories....

**Shay:** *(skeptical)* Sounds...fun. If it doesn't cross a line...

**Chloe:** Yeah, just messing around. But then someone snitched to HR, saying we were "damaging the work environment."

**Marcia:** Uh-huh. And you thought that wasn't fair?

**2** **Chloe:** I gotta admit.... The thing that made them go to HR.... I guess they heard us making ethnic jokes that were kinda crude. Well, *really* crude. But they were *jokes*, about *each other*! It was hysterical, we weren't picking on anyone.

**Alex:** Well, I can tell you from experience, everyone hears things differently.

**Kendrick:** Yeah, I wouldn't have been OK with that. It doesn't matter if it's about your own people. But when it comes to race.... there's too much history, you know what I mean?

**Chloe:** Yeah. I thought about that later, when HR talked with us. I just felt like… do workplaces have to be so boring all the time?

**Kendrick:** Nope. Mine's not.

**Tyler:** Yeah, you can enjoy yourself without hurting people. It's not that difficult.

**AutoNation**

# Race, Ethnicity, or National Origin

Employees are protected from mistreatment based on race, color, national origin, or ancestry, even if the harasser is a member of the individual's own protected group.

Actions that violate this standard may include using derogatory ethnic terms, telling offensive ethnic jokes, or displaying symbols that have a racial connotation that some might find intimidating, offensive, or humiliating.

Remember: to evaluate whether conduct should be considered unwelcome or offensive, the key point is how it would be viewed by a reasonable person.





As a reminder, AutoNation has a specific policy that prohibits harassment on the basis of sex, gender, race, color, national origin, religion, disability, age or any other protected characteristic. You can read more about the Company's Policy Prohibiting Harassment in AutoNation's Associate Handbook and the Business Ethics Manual. This policy is also available at www.dealercentral.net under the Human Resources tab, and through the Business Ethics link under the Associate tab. Additionally, you may review the Policy Prohibiting Harassment in the Business Ethics Manual by clicking on the Resources tab below and then clicking on the Policies link.

**AutoNation**

# Gender Identity, Expression, and Orientation

Laws and company policies that forbid discrimination and harassment based on sex also prohibit discrimination and harassment based on sexual orientation and gender—including status as gay or lesbian, and **gender identity** or **gender expression**, including transgender status.

You should be aware of how the terms are understood, as well as their impact on colleagues in the workplace.

*Select each image to learn more.*



Important Terms
**Gender identity** means a person's identification as male, female, a gender different from the person's assigned sex at birth, or transgender. For example, a person may identify as male or female regardless of their physical characteristics.

**Gender expression** means a person's gender-related appearance or behavior.

**Sexual orientation** is a person's intrinsic emotional, romantic, or sexual attraction to other people, such as gay, lesbian, or heterosexual.



LGBTQ Protections
Although LGBTQ individuals have protections under the law, they face some of the highest rates of harassment and discrimination of any group. This mistreatment often occurs in workplaces. Besides affecting performance and damaging careers for LGBTQ individuals, the harassment can create hostile environments that degrade the workplace for every colleague.



Some Workplace Tips

- Educate yourself about LGBTQ rights and issues.

- Realize that company and workplace values may differ from personal or cultural values.

- Treat all colleagues with the same respect and courtesy, regardless of LGBTQ status.

- Be an ally for any coworkers who face mistreatment.

# Religion

The term "religion" extends well beyond what we might think of as traditional belief in a deity or common spiritual practices and observances.

The law protects people of all religions and covers conduct between members of different religions, different sects of the same religion, or the religious and nonreligious. Nonmainstream beliefs, if sincerely held, can be just as protected as more mainstream religious practices.





# Does Age Matter?

**1** *The colleagues continue their afterwork video call.*

**Shay:** Speaking of hurting people. Something *else* happened this morning that really bothered me.

**Kendrick:** What was it?

**Shay:** Had a meeting with two contractors from a new client. And when they heard I was heading up the project they asked to talk to my boss. Because, and I quote: "You're too young for a project this big. No offense."

*People react with annoyance.*

**Marcia:** That's totally not OK, even if they're contractors. It's something you can report.

**Shay:** Oh, I will.

**Chloe:** How old you are has nothing to do with how you do your job. Total twenty-first century ageism.

**2** *Alex chuckles.*

**Shay:** Was that funny?

**Alex:** No. No I just remembered another kind of ageism.

**Shay:** What's that?

NAVARRO v. HOLLYWOOD IMPORTS - 1014

**Alex:** Okay.... When you and Tyler and I had meetings at the office, and it hit 6 o'clock, why did the two of you go to a bar to continue the meetings, and you didn't invite me?

**Shay:** Well...I never said you couldn't come.

**Tyler:** Yeah, we just thought you wouldn't want to go!

**Alex:** Uh-huh. But why? Because I'm old?

3   *Tyler and Shay voice their disagreement—but then start to realize maybe Alex is right.*

**Tyler:** No...but....

**Shay:** Well...that's....

**Alex:** *(ironically)* Hey, hey I get it. Old people can't keep up with technology or new ideas, or they slow you down.

**Shay:** *(recognizing the irony)* Okay, look. Some people think that stuff. But I *seriously* don't think that about you. Or anyone for that matter.

**Alex:** And I know how capable and effective you are—even being twenty-six years old.

4   **Shay:** Twenty-five. *(smiling) But* you've always treated me with the utmost respect and I didn't mean to treat you any differently.

**Tyler:** So come to the bar next time, OK?

**Alex:** Nah...it's past my bedtime.

*People share a laugh at the joke.*

NAVARRO v. HOLLYWOOD IMPORTS - 1016

**AutoNation**

# Age

Federal laws prohibit workplace harassment against people age 40 years and over. Some states and localities also prohibit age-based mistreatment of workers of any age, including those under 40 years.

Age-related comments and jokes, or attempts to exclude older workers from activities because of their age, could interfere with workers' performance of their jobs. And if the mistreatment is severe or persistent enough—and a reasonable person would find it offensive—it could be seen as creating a hostile work environment, with potential liability for the whole company.



**AutoNation**

# Disability

This category includes mental and physical disabilities, having a history of a disability, or even being perceived as having a disability or being associated with a disabled person.

The law protects individuals with disabilities who can perform the essential functions of a job (with or without reasonable accommodations) and who are otherwise qualified for the job—that is, they have the necessary education, skills, licenses, and so forth.

Illegal harassment can include actions such as insulting or ridiculing workers because of their disabilities, or deliberately making it more difficult for workers with disabilities to do their jobs.



NAVARRO v. HOLLYWOOD IMPORTS - 1018

# Abusive Conduct

Abusive conduct—or bullying, in common terms—is malicious behavior that a reasonable person would find hostile, offensive, and unrelated to the company's actual business interests. It may include:

- Repeated verbal abuse, such as personal insults or public humiliation

- Physical conduct that a reasonable person would find threatening or intimidating

- Maliciously excluding a person from meetings or events

- Cyberbullying, which takes the aggression online and beyond the workplace

Along with the personal costs, abusive conduct undermines the company's legitimate business activities, since the bully aims to fulfill a personal agenda regardless of the damage it causes.



 One of AutoNation's goals is to foster a positive work environment where Associates can do their jobs effectively and reach their full potential. Associates should always respect their co-workers and those with whom they do business.

**AutoNation**

# Responding to the Abuse

Common performance-based actions such as catching mistakes, negative performance reviews, or difficult work assignments would not normally qualify as abusive, and a single act is not usually considered abusive conduct unless it's especially severe. Most often, the bullying happens repeatedly over time, making the target feel vulnerable and powerless.

The best responses to potentially abusive conduct are much the same as for harassment and discrimination. If you become aware of abuse that violates company policies, take appropriate action to report the problem and support all safety and security measures at the workplace.



**AutoNation**

# Other Protections

Under state and local laws in your area, other personal characteristics may be protected—such as marital status, personal appearance, or political affiliation. Company policies may also forbid certain types of harassing or discriminatory conduct even if they're not prohibited by law.

As a bottom line, be sure that you know the company's policies and avoid conduct that is offensive or unwelcome on any basis.



 Remember that AutoNation, including its senior management, does not tolerate harassing or discriminatory conduct and maintains specific policies prohibiting such conduct. Therefore, avoiding any potentially offensive conduct is the best option. Also, regardless of legal definitions or requirements, at AutoNation we treat each other with dignity and respect.

NAVARRO v. HOLLYWOOD IMPORTS - 1022



**self-check**

# Pause and Reflect

Each of the people below has faced a conflict on the job. Which of them has been treated in ways that should **not** be acceptable in a respectful workplace?

*Select all that apply.*



☐ Some colleagues stopped talking to Grace after they found out her family emigrated from Syria.



☐ Erik was demoted from his call center job for a violation of the code of conduct.



☐ Team members keep giving Nadia backroom tasks so that customers do not have to see her prosthetic hand.



☐ Servers at the restaurant often target Sanjay for jokes and pranks because he's 20 years older than they are.



☐ When Elena asks for a private place to pump breastmilk for her new baby, some coworkers post insults about her on social media.

# Concerns About Speaking Up

**1**  *The colleagues continue their afterwork video call.*

**Kendrick:** Shay, so you're definitely reporting those contractors who hassled you?

**Shay:** Yeah, hopefully I don't get relocated this time.

**Marcia:** I don't think you'll have to worry about that here.

**Chloe:** Just remember, you never know who might give you trouble about it.

**Marcia:** I understand your concern Chloe, but nothing's going to change if that stops us from speaking up.

**Kendrick:** Okay, walk us through it Marcia. If one of us wanted to report something, could we come to you about it? We don't work in your department.

**2**  **Marcia:** Sure. Any manager, or HR, or another company contact. Wherever you're comfortable.

**Shay:** And what happens if one of us does that? Like me, for instance.

**Marcia:** I'd listen, and I'd know it takes courage to come forward, whatever the situation. If it's an issue that needs reporting I'd contact HR to give them the details.

**Shay:** Then they'll investigate it?

**Marcia:** Right, they record the complaint and start an inquiry. An investigator will collect the information.

**Kendrick:** Wait, wait, back up a second. What if I wanted to stay anonymous? Can they keep it confidential?

3 **Marcia:** Well, to be anonymous, you can call the hotline. Even If you report in person they keep it as confidential as possible. But understand, there's always people with a need to know.

**Chloe:** Yeah, and when the wrong people find out, then you're in trouble.

**Marcia:** Well, you're protected, fortunately. The company takes a hard stand against retaliation. I've seen they're serious about it.

**Alex:** And if retaliation happens anyway, you report it. It's a whole 'nother violation to address.

**Marcia:** Right. Look, none of this is fun, but it's how we stop mistreatment. Or even better, prevent it.

**AutoNation**   Creating a Harassment-Free Workplace (Employee Edition) / Speaking Up, Making Repor



# Making It Personal

Like the characters in the scenario, employees may have a range of perspectives about speaking up when they face or witness inappropriate workplace behavior.

Suppose you observe or are subjected to conduct that violates company policies (or is otherwise unacceptable). What actions should you take? When and where should you report it? Can you be retaliated against for making a report in good faith?

Let's consider those questions.

NAVARRO v. HOLLYWOOD IMPORTS - 1027

**AutoNation**

# How to React, When to Report

If you believe someone is engaging in unacceptable conduct, or otherwise violating company policy, you can intervene and ask the person to stop—but only if you're comfortable doing so. In any event, you should report your concerns to an appropriate company resource.

In a situation like this, you are the "eyes and the ears" of what's happening, and your report may be the only way the issue can get the attention it needs. Your actions provide an opportunity for the company to correct the problem or prevent it from becoming more severe.



NAVARRO v. HOLLYWOOD IMPORTS - 1028

**AutoNation**  Creating a Harassment-Free Workplace (Employee Edition) / Speaking Up, Making Repo

# Resources to Contact

Employees have multiple avenues for reporting possible harassment or other violations. Some options include:

- Speaking to their manager or supervisor (unless that person is causing the problem)

- Reporting to Human Resources or the legal department

- Reporting to a department charged with investigating internal complaints of discrimination

- Submitting a complaint through an online portal or hotline

For more details, refer to the company's harassment prevention policy and guidance for reporting.



NAVARRO v. HOLLYWOOD IMPORTS - 1029



## AutoNation's Reporting Avenues

For further clarity, reports should be made immediately to:

- Your manager
- Another manager with whom you feel comfortable speaking
- Corporate or Region Human Resources
- The Legal Department, the Business Ethics Committee, or
- By contacting AutoNation's **Alertline at 800-597-0094** or www.alertline.com.

Reports will be kept confidential to the extent reasonably possible.

The **Alertline** is a **toll-free telephone line** that is run by a third party and available 24 hours a day, 365 days a year. Calls are never tracked or recorded. You may call the Alertline anonymously, although identifying yourself allows a Company representative to contact you directly to obtain further information, which may be needed for a thorough investigation.

Refer to the Business Ethics Policy on Reporting Violations and Seeking Guidance, available for review at www.dealercentral.net, or by clicking on the Resources tab below and then clicking on the Policies link.

NAVARRO v. HOLLYWOOD IMPORTS - 1030

**AutoNation**                    Creating a Harassment-Free Workplace (Employee Edition) / Speaking Up, Making Repo

# What Happens Then?

When an employee makes a report, the company will document the complaint and begin an internal workplace investigation.

*Select each image to learn more.*



Starting the Inquiry
The investigation into the complaint may be conducted by a company employee, such as a human resources representative, or an outside, third party investigator. The key is that the investigator must be able to be fair, neutral, skilled, and unbiased. The investigator and anyone else involved will "maintain confidentiality" but investigations are not 100% confidential by nature.



Interviews and Findings
The investigator will usually interview the person who made the complaint, any relevant witnesses, and the person accused of misconduct. Credibility of each witness is important, and all parties are encouraged to cooperate by telling what they know. The investigator also will look at any relevant evidence, such as emails, documents, or video footage.

The investigator will make a finding as to whether it is more likely than not that a company policy was violated. Both the person who expressed the concern and the person accused will learn about the results. Others who "need to know," such as the managers of the individuals involved, will also be informed of the results.



Outcomes and Consequences

Corrective action may be taken, depending on the investigation's outcome. Some examples include:

- Time off or leave of absence (voluntary for the target of the unwelcome conduct)

- Referral to an Employee Assistance Program (EAP) as needed

- Reassigning work or transfers (also voluntary for the target of the conduct)

- Training or retraining

- Coaching or performance counseling

- Formal discipline for wrongdoers, from verbal counseling or written warnings up to demotion, suspension, or termination (in compliance with company policy)

**AutoNation**

# No Retaliation

Retaliation against coworkers who raise good-faith concerns about harassment, discrimination, or abusive conduct is against company policy and the law.

Any colleagues will be held responsible if they engage in retaliatory behavior against someone who has spoken up in good faith, even if an investigation finds that the complaint was unfounded or not corroborated.

If you suspect you're being punished or retaliated against for making a report or for participating in an investigation, report it immediately. It will be an entirely new complaint and investigation.



NAVARRO v. HOLLYWOOD IMPORTS - 1033



Retaliation against anyone who reports in good faith any perceived harassment, discrimination or abusive conduct is a serious violation of the Company's Non-Retaliation Policy and the Policy Prohibiting Harassment. Also, the confidentiality of Associates who wish to remain anonymous in making a report will be preserved to the extent reasonably possible.

In addition, AutoNation strictly prohibits retaliation against Associates who participate in any investigation related to the Company, including any harassment investigation.

Report any Associate who engages in retaliation through the reporting avenues discussed in this course, as stated in our policies. You can read more about these policies in AutoNation's Associate Handbook and the Business Ethics Manual, available for review at www.dealercentral.net. Additionally, you may review these policies in the Business Ethics Manual by clicking on the Resources tab below and then clicking on the Policies link.

NAVARRO v. HOLLYWOOD IMPORTS - 1034

**AutoNation**

# Retaliation or Legitimate Discipline?

Protection from retaliation doesn't mean that employees are protected from legitimate job-related or performance-based discipline. Employees who have reported a complaint can be disciplined if they:

- Violate a law or a company policy

- Use inappropriate methods to resolve a concern (such as unprofessional or disrespectful conduct)

- Make claims of harassment to the company that they know to be false

An employee who makes a legitimate, good-faith claim of harassment can also be disciplined for wrongdoing uncovered during an investigation (such as falsifying an expense report).



**AutoNation**

self-check

# Pause and Reflect

With your understanding of the importance of speaking up and reporting, which of the statements below are true?

*Mark each statement appropriately to reveal the image.*



| True | False | |
|------|-------|---|
| ◯ | ◯ | Reports from employees may be the only way the company learns about behavior that's damaging the workplace. |
| ◯ | ◯ | Supervisors can respond to employee complaints in any way they wish, regardless of the company's policies. |
| ◯ | ◯ | Employees have multiple ways to report concerns about harassment or discrimination. |
| ◯ | ◯ | When an employee makes a complaint about sexual harassment, the company will take steps to investigate it. |
| ◯ | ◯ | Employees who make reports or assist in investigations are protected from retaliation under company policies and the law. |

NAVARRO v. HOLLYWOOD IMPORTS - 1036



# Mutual Support

 *The colleagues continue their afterwork video call.*

**Alex:** Well, I'd never argue with Marcia. If you want things to change, you have to say something. Just like the woman at Delta VX did.

**Kendrick:** I guess we *have* come a long way.

*Everyone laughs, recognizing the irony of where this all started.*

**Chloe:** Yeah, and I feel like all the stories we've shared made me realize that we gotta look out for each other. It's not OK if any of us feels disrespected or mistreated.

**Shay:** Yeah. Or anyone for that matter.

**Tyler:** So look, this feels good. Like we've figured out some important stuff. We just need to keep that going....

**Chloe:** You mean, really listening to each other...

**2** **Kendrick:** Even with all the differences...

**Alex:** Respecting each other...

**Shay:** And our perspectives, our experiences...

**Marcia:** And wanting the best for each other.

**Kendrick:** *(thoughtfully)* As a guess, I'd say nearly everyone in the company would agree with that, when they have a minute to think about it.

*They all pause for a moment.*

**Shay:** So, is it really that simple?

**Alex:** Not sure I'd call it "simple"...

**Marcia:** No, but it's a start. And we can see where it takes us.

**AutoNation**

# Rights and Opportunities

We all have the right to work in an environment where colleagues treat each other professionally and with respect. No employee should have to endure a toxic culture where offensive behavior is tolerated or accepted.

Fulfilling that opportunity is mostly a matter of making good choices with our own conduct and taking appropriate action when it's needed.





# The Right Focus

## The Right Focus

For all issues of workplace behavior, the focus should be on whether the conduct should occur in a respectful workplace—not on whether it meets the legal definitions of harassment, or what kind of harassment it might be.



## Reinforcing the Message

When you experience inappropriate conduct or see signs of mistreatment of colleagues, be prepared to address it according to company policies.

Choose your actions wisely and consult company resources if you are uncertain about the best options.



NAVARRO v. HOLLYWOOD IMPORTS - 1040

# Taking Action the Right Way

If you are a victim of harassment or discrimination, become aware of possible harassment or discrimination, or if a colleague reports it to you, follow company procedures for making a report.

If the company begins an investigation, cooperate as needed. Avoid any retaliation against coworkers who make a report or take part in an investigation.



**AutoNation**

# The Productive Workplace

When you live out these commitments, you do more than help the company (and yourself) comply with the law. You help foster a workplace culture where all employees can perform their best work, knowing that they are safe, accepted, respected, and have real opportunities to succeed.



**AutoNation**

Creating a Harassment-Free Workplace (Employee Edition) / **Wrap-Up: The Respectful Workplace**

# Going Further

Remember, no single course can anticipate every situation or every question that you may encounter as you work to prevent workplace harassment and discrimination.

If you have questions about any issues related to workplace harassment, go to the **Resources** tab in this program and select Contact to view the contact information.  (Note: On mobile devices, select Settings to access the Resources.)

The resource personnel will resolve your questions or put you in touch with others who can provide the answers.



**AutoNation**

Creating a Harassment-Free Workplace (Employee Edition) / Wrap-Up: The Respectful Workpla

# Acknowledgment

As a requirement for completing this course, you must acknowledge that you have received and read the Company's policies regarding harassment, discrimination, and retaliation. If you have not already reviewed the policies, you can review them in the Business Ethics Manual by clicking on the Resources tab below and then clicking on the Policies link.

*I have received, have read, and understand AutoNation's policies against harassment, discrimination, and retaliation. I have also had an opportunity to ask any questions I may have about the policies and this training.*

☐ **I agree**



 Please be sure to complete the acknowledgment on this page by clicking the "I agree" button. ***If you do not click the "I agree" button - even if you successfully complete the Knowledge Check - <u>you will not receive credit for completing this course</u>***.



# Knowledge Check
## Questions

**1** Who can be a victim of sexual harassment, and who can be a harasser?
*Select the appropriate option.*

○ The harasser can be either male or female, but the victim is always female.

○ The harasser is always male, and the victim is always female.

○ The harasser is always male, but the victim can be of any gender.

○ The harasser and the victim can be of any gender, gender identity or expression, or sexual orientation.

**2** Which of these statements about inappropriate workplace behavior is **not** correct?
*Select the appropriate option.*

○ Unwelcome behavior can be verbal, visual, or physical.

○ Texts, email messages, and social media posts can all be channels for inappropriate communications that violate company policy.

○ Harassing or discriminating behavior can only occur during working hours.

○ Even if inappropriate behavior is accepted by the people participating in it, bystanders can still find it unwelcome.

**3** What is the defining feature of hostile environment harassment?
*Select the appropriate option.*

○ An employee has been targeted by at least two coworkers for mistreatment or harassment based on sex or gender.

○ The person committing the unwelcome conduct and the person on the receiving end must be of the opposite sex.

○ The inappropriate conduct either interferes with an employee's job performance or creates an intimidating work environment (or both).

**4** Which of these people should be protected from retaliation, based on company policies and the law?
*Select the appropriate option.*

○ Employees who report harassment or who participate in a harassment investigation.

○ Employees who send inappropriate materials to coworkers through company messaging systems.

○ Employees who target coworkers for mistreatment based on protected traits.

**5** Along with sex and gender, certain personal traits have been protected against harassment or discrimination in the workplace. Which of the following traits would probably **not** be protected under company policies and the law?
*Select the appropriate option.*

○ Race or color

○ Medical conditions related to pregnancy, childbirth, or breastfeeding

○ College or university attended

○ Age (40 years or older)

○ Disability, whether mental or physical

**6** You see a coworker visibly angry and verbally abusing another, apparently for reasons that have nothing to do with company business. How should you reac
*Select the appropriate option.*

○ Recognize that the bullying or abusive behavior violates company standards and should be reported like other inappropriate conduct.

○ Recognize that some people communicate in an aggressive way and it's best if coworkers learn to adapt and accept it.

○ Investigate whether the victim has been singled out for a protected trait, since the abuse is only a problem if it qualifies as harassment.

**7** You know that all colleagues should report any instances of harassment that they experience, witness, or learn about.
What is a key benefit of making these reports?
*Select the appropriate option.*

○ Employees who make reports are protected from discipline for their job performance, even if they violate company policies.

○ A report may be the only way the company can learn that the conduct occurred.

○ Reporting proves that the harassment actually happened and that the harassers are guilty of the behavior.



# Self Check Answers

**AutoNation**

# Images in Emails

At a particular company, an employee has been behaving in a manner that may have an impact on the workplace.

*Select each image to learn about it.*

In her spare time at work, a colleague regularly checks personal email and social media on her company computer or smartphone.



NAVARRO v. HOLLYWOOD IMPORTS - 1049

She often receives messages and postings from friends that include sexual images or racial humor, in forms that other employees could find offensive.



She views the images on her computer but doesn't share them with coworkers. She deletes the images or shuts down the messages shortly afterward.



**What Do You Think?**

**Which statement below most accurately describes the situation?**

*Select the appropriate option.*

◯ Since the employee has not shown or forwarded the offensive images to coworkers who don't want them, there's no danger of harassment.

🔘 If other coworkers accidentally view the images, it could create a hostile environment (if the events are severe or frequent enough).

Feedback

While it seems no one has complained of accidentally viewing the materials, it doesn't mean it won't happen in the future. The employee runs the risk of offending colleagues, encouraging other employees to take similar risks, and laying the groundwork for a hostile environment.

The employee may also be leaving a trail on the network that could lead to internal discipline for her. The materials may also become discoverable as evidence in an investigation or lawsuit—a situation that poses possible legal liability for the company.



# Quick Check

With your understanding of various kinds of harassment, try an exercise. A series of actions will appear to the right.

*On a desktop or tablet, drag each action to the appropriate category, then select Submit.*
*On a smartphone, select each action, select your answer, then select Submit.*

A shop worker grabs a colleague and shoves up against him in a suggestive manner.

( ● ) May Be Harassment          ( ○ ) Probably Not Harassment

---

A store supervisor frequently comments that older employees are "slow and dumb."

( ● ) May Be Harassment          ( ○ ) Probably Not Harassment

---

Workers at a salon tell a new masseur that he is "totally hot" and repeatedly proposition him.

( ● ) May Be Harassment          ( ○ ) Probably Not Harassment

---

An employee compliments a coworker on her hairstyle.

( ○ ) May Be Harassment          ( ● ) Probably Not Harassment

---

An engaged couple shares a kiss at a company holiday party.

( ○ ) May Be Harassment          ( ● ) Probably Not Harassment

---

A manager often uses humorous nicknames for employees based on their ethnic backgrounds.

◉ May Be Harassment          ◯ Probably Not Harassment

Feedback

Single incidents can amount to illegal harassment when they are considered severe, such as forceful physical contact. Also, unwelcome behavior or language that is less severe but repeated or frequent—either in the workplace, outside of it, or on social media—can create a hostile environment.



# Pause and Reflect

Each of the people below has faced a conflict on the job. Which of them has been treated in ways that should **not** be acceptable in a respectful workplace?

*Select all that apply.*



☑ Some colleagues stopped talking to Grace after they found out her family emigrated from Syria.



☐ Erik was demoted from his call center job for a violation of the code of conduct.



☑ Team members keep giving Nadia backroom tasks so that customers do not have to see her prosthetic hand.



☑ Servers at the restaurant often target Sanjay for jokes and pranks because he's 20 years older than they are.



☑ When Elena asks for a private place to pump breastmilk for her new baby, some coworkers post insults about her on social media.

Feedback

Grace and Sanjay have clearly been mistreated based on protected traits: national origin and age. Nadia was disrespected when coworkers treated her poorly and unfairly because of her disability.

Erik was not mistreated since his demotion was based on established company standards that apply to all employees. As for Elena, if the coworkers' insults were due to her breastfeeding (or breaks taken at work because she is breastfeeding), the behavior was unacceptable under both company standards and the law.

**AutoNation**

# Pause and Reflect

With your understanding of the importance of speaking up and reporting, which of the statements below are true?

*Mark each statement appropriately to reveal the image.*

True    False



● ○ Reports from employees may be the only way the company learns about behavior that's damaging the workplace.

○ ● Supervisors can respond to employee complaints in any way they wish, regardless of the company's policies.





● ○ Employees have multiple ways to report concerns about harassment or discrimination.

● ○ When an employee makes a complaint about sexual harassment, the company will take steps to investigate it.

● ○ Employees who make reports or assist in investigations are protected from retaliation under company policies and the law.



NAVARRO v. HOLLYWOOD IMPORTS - 1058