HUR761-a80en

# Creating a Harassment-Free Workplace (Supervisor Edition)

Workplace harassment or discrimination based on sex, race, religion, age, disability, or other legally protected characteristics violates the law and company policies, and it has no place at our company. This course examines the supervisor's critical role in creating a safe and professional work environment that is free from such harmful conduct. The course also provides tools for responding appropriately to good-faith claims of workplace harassment, retaliation, or discrimination.

NAVARRO v. HOLLYWOOD IMPORTS - 1059



# TABLE OF CONTENTS

Introduction

What is Workplace Harassment?

Protections Under the Law

Addressing Inappropriate Conduct

Wrap-Up: Your Opportunity

Knowledge Check

Self Check Answers

NAVARRO v. HOLLYWOOD IMPORTS - 1060

**AutoNation**

# Disturbing News

One morning at a large U.S. company, employees are shocked to learn that a well-known executive has been fired after an investigation into a harassment claim.

With the news still fresh, a few colleagues from different parts of the company decide to connect in an after-hours video call.



© 2024 LRN Corporation

NAVARRO v. HOLLYWOOD IMPORTS - 1061



# Disruptions for Everyone

**1**  *The six colleagues greet each other as they appear in the video call.*

**Tyler:** Hello.

**Marcia:** Hi...

**Kendrick:** How are you guys?

**Marcia:** Good.

**Tyler:** How are you?

**Kendrick:** Good.

**Shay:** Hey Guys.

**Marcia, Tyler, Kendrick:** Hey Shay...

**Shay:** Hi Chloe.

**Kendrick:** Hey Chloe.

**Marica, Tyler:** Hi...

**Chloe:** I was happy to hear that everyone could make it after work.

© 2024 LRN Corporation

NAVARRO v. HOLLYWOOD IMPORTS - 1062

2 *Alex joins the call.*

**Alex** Hey everyone.

**All:** Hey Alex.

**Alex:** Did you all hear about Brad?

**Tyler:** Yeah. He actually messaged me from the office. Security let him come in to get personal stuff from his desk.

**Kendrick:** Is it true we lost the Delta VX account 'cause of him?

**Marcia:** Officially, "no," but yeah, 'cause of him.

*Everyone reacts to the painful news.*

**Alex:** I don't get it, I mean what did Brad do?

**Chloe:** You don't know the story? He totally harassed one of the junior execs at Delta VX! Ignored her when she asked him to stop. Then he texted her some, uh, "explicit" requests.

**Shay:** Along with some "inappropriate" photos.

*Most people react with groans and head shakes.*

3 **Tyler:** Oh no....

**Chloe:** Oh yeah. The junior exec posted screenshots of the messages online. She tagged both Delta VX and *our company*.

**Alex:** How did I not hear about this?

NAVARRO v. HOLLYWOOD IMPORTS - 1063

**Marcia:** It's gonna hurt us, big.

**Shay:** Personally, I'm happy that she made it public. And that Brad got fired.

**Tyler:** Nobody should have to put up with that.

**Kendrick:** Happy? Delta VX was a huge client! And let's remember... Brad landed tons of huge clients, most of us have jobs because of his deals.

**Alex:** Right. The whole mess seems like an overreaction.

**Shay:** *(pointedly)* It's not the victim's fault we lost the account. It's Brad's.

**Alex:** *(after a pause)* OK, agreed, but man...

**Marcia:** *(sighing)* Yeah...this is all a huge mess. For everyone.

NAVARRO v. HOLLYWOOD IMPORTS - 1064

AutoNation

# Grappling with Consequences

In any organization, it's disturbing and disruptive when coworkers must experience the impacts of harassment or discrimination, impacts that can affect the entire company.

No one should have to suffer workplace mistreatment or deal with the severe consequences that can follow. Yet we know it happens all too often.



NAVARRO v. HOLLYWOOD IMPORTS - 1065

**AutoNation**

# Places of Opportunity

Our workplaces should be welcoming and safe for anyone with the dedication to apply their skills and contribute to the company's success.

But in many places, we can gain this freedom only if those in leadership recognize the dangers of damaging behaviors and take action to prevent them.



NAVARRO v. HOLLYWOOD IMPORTS - 1066

**AutoNation**

# The Supervisor's Role

This course explores essential legal and ethical issues surrounding workplace harassment, discrimination, retaliation, and abusive conduct, focusing on the supervisor's critical responsibilities for fostering a workplace culture that complies with company policies and the law.

The course also provides practical tools and guidance for responding to employees' good-faith claims of harassment, retaliation, or discrimination.



NAVARRO v. HOLLYWOOD IMPORTS - 1067



### Knowing the Policies

AutoNation, including its senior management, does not tolerate harassment in the workplace. We have a specific policy that prohibits harassment on the basis of sex, gender, race, color, national origin, religion, disability, age or any other protected characteristic. You can read more about the Company's Policy Prohibiting Harassment in the Associate Handbook and the Business Ethics Manual. This policy is also available for review at [www.dealercentral.net](http://www.dealercentral.net) under the Human Resources tab, and through the Business Ethics link under the Associate tab. Additionally, you may review this policy by clicking on the Resources tab below and then clicking on the Policies link.

Under AutoNation policy, managers have special responsibilities when it comes to preventing harassment. Not only must managers conduct themselves in a manner consistent with our policy, but managers are also responsible for establishing and maintaining a climate in the workplace that allows all Associates to do their jobs effectively. Managers are required to take reasonable actions to prevent conduct at work that creates an intimidating, hostile or offensive work environment.

NAVARRO v. HOLLYWOOD IMPORTS - 1068

**AutoNation**

# The Larger Goals

## The Larger Goals

Though it's essential to meet all legal requirements, it's just as important to remember the essential goals and priorities for our workplaces and the company.

One of your major responsibilities as a supervisor is to help foster an environment where individuals are treated with dignity and interactions are grounded in mutual respect.



NAVARRO v. HOLLYWOOD IMPORTS - 1069

## Your Opportunity

You have the opportunity, the tools, and the leadership position to help foster that kind of workplace—and in the process, to help prevent problematic behaviors that undermine employee morale and the company's success.



## Outcomes and Benefits

When you succeed, you provide your employees the freedom to be safe, innovative, and productive, while helping your company (and yourself) comply with the law.



NAVARRO v. HOLLYWOOD IMPORTS - 1070

**AutoNation**

# Getting Assistance

No single course can anticipate every situation or question you may encounter in your work environment.

If you have questions about any issues related to workplace harassment, discrimination, or retaliation, help is available. Go to the **Resources** tab in this program and select Contact to view the contact information. (Note: On mobile devices, select Settings to access the Resources.)

You may connect with resource personnel, either during the course or after you complete it. They will answer your questions or put you in touch with others who can provide information.



NAVARRO v. HOLLYWOOD IMPORTS - 1071

**AutoNation**

# A Clash of Perspectives

**1** *The colleagues continue their afterwork video call.*

**Alex:** I don't even know what the rules are anymore. I mean, when did asking someone out become harassment?

**Chloe:** Oh, c'mon. That's not what Brad was doing.

**Alex:** Sure, still, where do you draw the line? How far is too far?

**Shay:** To put it simply—if you have to ask, you've gone too far.

**Alex:** This didn't used to be such an issue.

**Marcia:** Maybe not for you. But it's *always* been an issue.

*Others nod or react briefly.*

**Kendrick:** Okay, but you know he's got a point. Times really *have* changed. So can *anything* be harassment? Sending a text. Complimenting someone on their outfit.

**2** **Alex:** *(joking)* Maybe I'll just avoid any one-on-one meetings with women.

**Shay:** Oh, c'mon.

**Marcia:** You know that's ridiculous.

NAVARRO v. HOLLYWOOD IMPORTS - 1072

**Kendrick:** Yeah, but that doesn't solve the problem.

**Alex:** So, what are we supposed to do about it?

NAVARRO v. HOLLYWOOD IMPORTS - 1073



# What's It Really About?

Even with all the attention that's been paid to harassment in the workplace, supervisors and employees may still face confusion or disagreement about what it is and what it isn't, or what kinds of behavior should be avoided or opposed.

We can gain some clarity by addressing a few important terms.



NAVARRO v. HOLLYWOOD IMPORTS - 1074



# Offensive and Unwelcome

Simply put, workplace harassment can be any **offensive**, **intimidating**, **or hostile conduct** that is based on sex, race, age, or any other legally protected characteristic.

It occurs when people are subjected to harassing or discriminatory behavior that they did not invite—that is, behavior that is **unwelcome**—and that they experience as offensive or otherwise disruptive.



NAVARRO v. HOLLYWOOD IMPORTS - 1075



# A Reasonable Perspective

To determine whether conduct amounts to harassment, a key issue is how it's viewed by **the person affected by the conduct**, not by the one performing it —and also whether a reasonable person would also find the behavior offensive.

Keep in mind that "unwelcome" has a different meaning than "involuntary." A sexual encounter may be voluntary, in the sense that no physical coercion was involved. But the experience could still amount to harassment if the employee did not welcome the behavior and only allowed it because they felt they had no other choice.



NAVARRO v. HOLLYWOOD IMPORTS - 1076

**AutoNation**

# Actions in the Workplace

With the range of interactions that commonly occur between employees, inappropriate conduct or mistreatment can take many forms.

*On a desktop or tablet, select the image to view more information.*

*On a smartphone, use the scroll feature to view more information.*

 Verbal

Harassment frequently happens through spoken or written words, such as degrading insults or sexual or offensive language.

 Visual

Harassment can be presented visually, such as offensive images shown in the workplace or shared through messaging or social media.

 Physical

Harassment can take physical forms, such as unwelcome touching or even physical assault.



NAVARRO v. HOLLYWOOD IMPORTS - 1077



### Who Can Be a Harasser or a Victim?

Both the perpetrator and the victim of harassment can be **anyone**, regardless of sex, gender, gender identity or expression, or sexual orientation. Likewise, company policies and the laws apply to any job position, whether part-time, full-time, temporary, or even contractors and business partners. What matters is that the conduct is discriminatory, offensive, and unwelcome, and that it interferes with employees' abilities to do their jobs.

NAVARRO v. HOLLYWOOD IMPORTS - 1078



# Stories and Experiences

**1**  *The colleagues continue their afterwork video call.*

**Shay:** I think some of you already know but, I left my last job because of harassment.

**Tyler:** You serious?

**Shay:** Yeah. Guy on my team asked me out, I said no. And everything seemed cool… until one night, we were working together and he grabbed me and tried to kiss me.

*The others react with annoyance or sympathy.*

**Alex:** Well, that's clearly crossing the line.

**Shay:** Yeah. When I told my manager what happened. They "fixed" it by transferring *me* to a different team… in another part of the town.

**Chloe:** What?? Seriously?

**Marcia:** So what happened to the guy?

**2**  **Shay:** Last I heard, he pulled the stunt one too many times. And as "punishment," they let him resign so he'd get a new job.

**Alex:** You should *not* get treated like that.

NAVARRO v. HOLLYWOOD IMPORTS - 1079

**Kendrick:** I had something like that happen to me.

**Marcia:** What? here?

**Kendrick:** Nah, at an old job. My boss was, let's just say, a little too friendly. I'd sit down to work, and boom! She'd come massage my shoulders and whisper in my ear.

**Alex:** C'mon. How is that harassment?

**Kendrick:** It was humiliating, man! I felt like I couldn't say anything. And get this—she posted a fake story to say that we were dating. And some people believed it!

**Shay:** That sounds like a nightmare.

3 **Kendrick:** If she was my boss now, I'd tell her to stop or I'd go to HR. But back then I didn't know what to do.

*Tyler nods.*

**Tyler:** At my last job, there was this vendor who was dating my ex-boyfriend. Every time the vendor came in he told my coworkers stories about me… They turned me into a running joke.

*The others react sympathetically.*

**Tyler:** I tried tuning them out, and maybe some of them just wanted to be funny, but the treatment got so humiliating…I took sick days just to get away.

**Kendrick:** That is so messed up.

NAVARRO v. HOLLYWOOD IMPORTS - 1080

**Tyler:** I know, right? I finally reported the vendor to HR. They looked into it and the guy never came to the plant again.

4  **Marcia:** What about your coworkers?

**Tyler:** A manager talked to them, things got a lot better after that.

**Chloe:** But nobody should have to deal with that in the *first* place.

NAVARRO v. HOLLYWOOD IMPORTS - 1081

AutoNation

# Special Attention

While workplace harassment or discrimination can be based on any of the protected characteristics, mistreatment based on sex or gender is the oldest and most well-developed type of harassment under the law. It deserves special attention from managers and supervisors.

The law recognizes two primary varieties of sexual harassment:

- **Quid pro quo**, a Latin term meaning "this for that"

- **Hostile environment** (which can also be based on legally protected traits other than sex)

We'll consider their practical impacts for supervisors and our workplaces.



NAVARRO v. HOLLYWOOD IMPORTS - 1082

**AutoNation**

# "This for That"

It's important to note that only a person with the authority to take job actions (or who otherwise controls the terms and conditions of an employee's job) can commit quid pro quo harassment.

*Select each image to learn more.*



### Advances and Actions
Quid pro quo harassment typically occurs when a **supervisor or manager** makes an "unwelcome" romantic or sexual advance—and then **takes a tangible job action** (such as firing, denying a promotion, or refusing desired overtime) based on how the employee responds.



### Setting Conditions
The harassment can also happen if the supervisor or manager **conditions** a tangible job benefit, such as a raise, on the employee's willingness to enter into a romantic or sexual relationship that is unwelcome (from the employee's perspective).

NAVARRO v. HOLLYWOOD IMPORTS - 1083



Not Just Opposite Sex

Improper sexual advances for quid pro quo harassment do not depend on the sex or gender of the supervisor or employee. The same principles apply regardless of sex, gender, gender identity or expression, or sexual orientation.



### Suppose It's Just a Threat?

In cases where a supervisor only **threatens** a tangible job action—and the targeted employee reasonably believes that the supervisor would do it—court decisions have held that the situation may still amount to illegal "this for that" harassment, even if the supervisor does not carry through on the threat.

NAVARRO v. HOLLYWOOD IMPORTS - 1084

**AutoNation**

self-check

# A Manager's Affection

Jamal was pleased when Elliot, his new employer, invited him out for a drink one evening. At the bar, Elliot became physically affectionate, rubbing Jamal's shoulders and then leaning in for a kiss. Jamal did not want a relationship with Elliot, but he didn't want to make things awkward at work. He returned the kiss because he didn't know what else to do.

How would you evaluate the situation?

*Select the appropriate option.*

○ Elliot's actions could not be called unwelcome since Jamal did not openly object to them.

○ Since Jamal voluntarily accepted the physical attention, he could not claim later that he was being harassed.

○ Elliot could be vulnerable to a harassment claim, since he made sexual advances to an employee who found them unwelcome.



NAVARRO v. HOLLYWOOD IMPORTS - 1085



# Relationships with Employees



Even if an employee genuinely welcomes a sexual relationship with a supervisor, the situation carries legal risks. If the relationship ends or becomes conflicted, ordinary supervisory actions—such as making a tangible job decision that negatively impacts the employee—could expose the supervisor and the company to potential claims of sexual harassment or retaliation.

For these and other reasons, it's essential to always follow company policies regarding supervisor-subordinate relationships. If you are uncertain about the policies, contact HR for guidance.

NAVARRO v. HOLLYWOOD IMPORTS - 1086



The Company has a specific policy to address this type of situation – AutoNation's Employment of Family Members and Personal Relationships policy. This policy provides, in part, that managers should not become involved in a romantic relationship with any of their direct or indirect reports. If you become involved in such a relationship, you must bring this fact to the attention of your department head and Human Resources immediately. If any romantic relationship results in a conflict, favoritism, or the perception of favoritism, or otherwise creates problems with supervision, safety, security or morale, the Company reserves the right to transfer or terminate the position of one or both Associates involved or to take any other appropriate action.

AutoNation's Employment of Family Members and Personal Relationships policy is included in the Associate Handbook, which is available for review at www.dealercentral.net under the Human Resources tab.

NAVARRO v. HOLLYWOOD IMPORTS - 1087



# Hostile Work Environments

At some point, if the unwelcome offensive conduct is either **severe** enough or **pervasive** enough, it will interfere with the overall work environment, altering working conditions and even affecting productivity for victims and for others.

This form of harassment is known as **hostile work environment**. A single severe incident may be enough to create a hostile environment. Unwelcome conduct that is less severe but frequent may create a hostile environment as well.



NAVARRO v. HOLLYWOOD IMPORTS - 1088

**AutoNation**

# Images in Emails

At a particular company, an employee has been behaving in a manner that may have an impact on the workplace.

*Select each image to learn about it.*



In her spare time at work, a colleague regularly checks personal email and social media on her company computer or smartphone.



She often receives messages and postings from friends that include sexual and racial humor, in forms that other employees could find offensive.



She views the images on her computer but doesn't share them with coworkers. She deletes the images or shuts down the messages shortly afterward.

**What Do You Think?**

Which statement below most accurately describes the situation?

NAVARRO v. HOLLYWOOD IMPORTS - 1089

*Select the appropriate option.*

○ Since the employee has not shown or forwarded the offensive images to coworkers who don't want them, there's no danger of harassment.

○ If other coworkers accidentally view the images, it could create a hostile environment (if the events are severe or frequent enough).

NAVARRO v. HOLLYWOOD IMPORTS - 1090



# Does Silence Mean Acceptance?

Preventing and addressing hostile work environments can be challenging, since people who find the conduct unwelcome may not speak up. Some may feel pressure to just accept it, or the conduct may gradually become more severe, passing from tolerable to hostile or intimidating.

To avoid the uncertainty, remember that it's not your job to determine whether particular actions qualify as harassment or discrimination under the law. Instead, you should assume that **all inappropriate or unprofessional conduct is unwelcome** and should be promptly addressed and resolved. The principle applies regardless of whether the behavior is committed by employees, coworkers, clients, customers, contractors, interns, vendors, or supervisors themselves.



NAVARRO v. HOLLYWOOD IMPORTS - 1091

 Corporate or Region Human Resources should be informed about all complaints of harassment to ensure that such complaints are properly investigated. In general, Human Resources will conduct all investigations of harassment complaints.

NAVARRO v. HOLLYWOOD IMPORTS - 1092



**self-check**

# Quick Check

With your understanding of workplace harassment, try an exercise. A series of actions will appear to the right.

*On a desktop or tablet, drag each action to the appropriate category, then select Submit.*
*On a smartphone, select each action, select your answer, then select Submit.*

A shop worker grabs a colleague and shoves up against him in a suggestive manner.

○ May Be Harassment          ○ Probably Not Harassment

A store supervisor frequently comments that older employees are "slow and dumb."

○ May Be Harassment          ○ Probably Not Harassment

Workers at a salon tell a new masseur that he is "totally hot" and repeatedly proposition him.

○ May Be Harassment          ○ Probably Not Harassment

An employee compliments a coworker on her hairstyle.

○ May Be Harassment          ○ Probably Not Harassment

NAVARRO v. HOLLYWOOD IMPORTS - 1093

An engaged couple shares a kiss at a company holiday party.

○ May Be Harassment          ○ Probably Not Harassment

---

A manager often uses humorous nicknames for employees based on their ethnic backgrounds.

○ May Be Harassment          ○ Probably Not Harassment

NAVARRO v. HOLLYWOOD IMPORTS - 1094



# Protections for Every Employee

The concept of **protected characteristics** is central to laws and company policies related to harassment and discrimination.

Lawmakers have designated some particularly sensitive traits—characteristics that people usually can't easily change—for protection in work environments. Among others, the explicitly listed protected characteristics under federal law include **sex, race, color, national origin, religion, age** (40 years and over), and **disability,** whether mental or physical.

Though every employee is covered under these protections, understanding how they apply in practice may take some time and consideration.



© 2024 LRN Corporation

NAVARRO v. HOLLYWOOD IMPORTS - 1095



AutoNation's Policy Prohibiting Harassment is broad. As a reminder, in addition to sexual harassment, our policy covers harassment on the basis of gender, race, color, national origin, religion, disability, sexual orientation and any other characteristic protected by law.

NAVARRO v. HOLLYWOOD IMPORTS - 1096



# Harassment Based on Sex

As we've seen, workplace sexual harassment may occur when employees experience unwelcome verbal or physical sexual conduct, sexual advances, or retaliation after rejecting sexual advances or requests.

Under the law, the category of **sex** also includes pregnancy, childbirth, breastfeeding, gender identity and expression, sexual orientation, and any related medical issues. Workers must not be mistreated or face discrimination because of these conditions or characteristics.



NAVARRO v. HOLLYWOOD IMPORTS - 1097

**AutoNation**

# Gender and Stereotypes

Company policies also aim to prevent problems that stem from **stereotypes** based on sex or gender.

These stereotypes are assumptions about a person's appearance or behavior—or about an individual's ability to perform certain kinds of work—that are based on generalizations, social expectations, or myths about the individual's sex or gender.

*Select each hotspot to explore further.*

---



A Man's Job?
Referring to some job positions as "men's work" or "women's work"—or refusing to accept a coworker in an untraditional role based on a stereotype—violates company policy.

---



No Abuse
Employees must not face mistreatment for not fulfilling a sex stereotype, such as taunting or shunning a woman who acts "too masculine" or a man who appears "too feminine."

---

NAVARRO v. HOLLYWOOD IMPORTS - 1098

**AutoNation**

# Just Joking Around?

**1**  *The colleagues continue their afterwork video call.*

**Alex:** Chloe, we haven't heard much from you, how's the transfer to Finance going?

**Chloe:** To be honest, it's like a library, I can't believe how quiet the people are.

*A few of the others suppress a laugh.*

**Chloe:** I remember this other job - we all worked hard, but it was *so* much fun. People said *whatever* they wanted. Told all these raunchy stories....

**Shay:** *(skeptical)* Sounds...fun. If it doesn't cross a line...

**Chloe:** Yeah, just messing around. But then someone snitched to HR, saying we were "damaging the work environment."

**Marcia:** Uh-huh. And you thought that wasn't fair?

**2**  **Chloe:** I gotta admit.... The thing that made them go to HR.... I guess they heard us making ethnic jokes that were kinda crude. Well, *really* crude. But they were *jokes*, about *each other*! It was hysterical, we weren't picking on anyone.

**Alex:** Well, I can tell you from experience, everyone hears things differently.

NAVARRO v. HOLLYWOOD IMPORTS - 1099

**Kendrick:** Yeah, I wouldn't have been OK with that. It doesn't matter if it's about your own people. But when it comes to race.... there's too much history, you know what I mean?

**Chloe:** Yeah. I thought about that later, when HR talked with us. I just felt like... do workplaces have to be so boring all the time?

**Kendrick:** Nope. Mine's not.

**Tyler:** Yeah, you can enjoy yourself without hurting people. It's not that difficult.

NAVARRO v. HOLLYWOOD IMPORTS - 1100



# Race, Ethnicity, or National Origin

Employees are protected from mistreatment based on race, color, national origin, or ancestry, even if the harasser is a member of the individual's own protected group or class.

Actions that violate this standard may include using derogatory ethnic terms, telling offensive ethnic jokes, or displaying symbols that have a racial connotation that some might find intimidating, offensive, or humiliating.

Remember: to evaluate whether conduct should be considered unwelcome or offensive, the key question is how it would be viewed by a reasonable person of that same protected group.



NAVARRO v. HOLLYWOOD IMPORTS - 1101

**AutoNation**

**self-check**

# Opposing Stereotypes

Using stereotypes about protected groups, especially if done frequently, is a common red flag. Try an exercise: a series of statements will appear to the right.

*On a desktop or tablet, drag each statement to the appropriate box, then select Submit.*
*On a smartphone, select each statement, select your answer, then select Submit.*

It's best to hire Latinos for outdoor work since they don't feel the heat.

○ Stereotype                    ○ Not a Stereotype

We'll let anyone work in accounting as long as they're good with numbers.

○ Stereotype                    ○ Not a Stereotype

Leadership comes more naturally to white people.

○ Stereotype                    ○ Not a Stereotype

Women are better at HR jobs since they're more empathetic than men.

○ Stereotype                    ○ Not a Stereotype

Older employees can't handle the stress of business travel as well as younger workers do.

○ Stereotype                    ○ Not a Stereotype

NAVARRO v. HOLLYWOOD IMPORTS - 1102

**AutoNation**

# Gender Identity, Expression, and Orientation

Laws and company policies that forbid discrimination and harassment based on sex also encompass sexual orientation and gender—including status as gay or lesbian, and also **gender identity** or **gender expression**, including transgender status.

You should be aware of how the terms are understood, as well as their impact on colleagues in the workplace.

*Select each image to learn more.*



### Important Terms
**Gender identity** means a person's identification as male, female, a gender different from the person's assigned sex at birth, or transgender. For example, a person may identify as male or female regardless of physical characteristics.

**Gender expression** means a person's gender-related appearance or behavior.

**Sexual orientation,** such as gay, lesbian, or heterosexual, is a person's intrinsic emotional, romantic, or sexual attraction to other people.



### LGBTQ Protections
Although LGBTQ individuals have protections under the law, they face some of the highest rates of harassment and discrimination of any group. This mistreatment often occurs in workplaces. Besides affecting performance and damaging careers for LGBTQ individuals, the harassment can create hostile environments that degrade the workplace for every colleague.

NAVARRO v. HOLLYWOOD IMPORTS - 1103



Some Tips for Managers

- Educate yourself about LGBTQ rights and issues.

- Realize that company and workplace values may differ from personal or cultural values.

- Treat all colleagues with the same respect and courtesy, regardless of LGBTQ status.

- Recognize your responsibility to protect all employees from workplace mistreatment.

NAVARRO v. HOLLYWOOD IMPORTS - 1104

**AutoNation**

# Religion

The term "religion" extends well beyond what we might think of as traditional belief in a deity or common spiritual practices and observances.

The law protects people of all religions and covers conduct between members of different religions, different sects of the same religion, or the religious and nonreligious. Nonmainstream beliefs, if sincerely held, can be just as protected as more mainstream religious practices.

Companies must provide "reasonable accommodations" for religious practices or beliefs, when employees need them, as long as the accommodations do not create an undue hardship or a safety concern for the company. Managers should be prepared to address these issues promptly and appropriately when they arise.



NAVARRO v. HOLLYWOOD IMPORTS - 1105

 Please consult with Human Resources for guidance regarding AutoNation's policies and providing reasonable accommodations.

NAVARRO v. HOLLYWOOD IMPORTS - 1106

**AutoNation**

# Does Age Matter?

**1**  *The colleagues continue their afterwork video call.*

**Shay:** Speaking of hurting people. Something *else* happened this morning that really bothered me.

**Kendrick:** What was it?

**Shay:** Had a meeting with two contractors from a new client. And when they heard I was heading up the project they asked to talk to my boss. Because, and I quote: "You're too young for a project this big. No offense."

*People react with annoyance.*

**Marcia:** That's totally not OK, even if they're contractors. It's something you can report.

**Shay:** Oh, I will.

**Chloe:** How old you are has nothing to do with how you do your job. Total twenty-first century ageism.

**2**  *Alex chuckles.*

**Shay:** Was that funny?

**Alex:** No. No I just remembered another kind of ageism.

NAVARRO v. HOLLYWOOD IMPORTS - 1107

**Shay:** What's that?

**Alex:** Okay.... When you and Tyler and I had meetings at the office, and it hit 6 o'clock, why did the two of you go to a bar to continue the meetings, and you didn't invite me?

**Shay:** Well...I never said you couldn't come.

**Tyler:** Yeah, we just thought you wouldn't want to go!

**Alex:** Uh-huh. But why? Because I'm old?

3   *Tyler and Shay voice their disagreement—but then start to realize maybe Alex is right.*

**Tyler:** No...but....

**Shay:** Well...that's....

**Alex:** *(ironically)* Hey, hey I get it. Old people can't keep up with technology or new ideas, or they slow you down.

**Shay:** *(recognizing the irony)* Okay, look. Some people think that stuff. But I *seriously* don't think that about you. Or anyone for that matter.

**Alex:** And I know how capable and effective you are—even being twenty-six years old.

4   **Shay:** Twenty-five. *(smiling) But* you've always treated me with the utmost respect and I didn't mean to treat you any differently.

NAVARRO v. HOLLYWOOD IMPORTS - 1108

**Tyler:** So come to the bar next time, OK?

**Alex:** Nah...it's past my bedtime.

*People share a laugh at the joke.*

NAVARRO v. HOLLYWOOD IMPORTS - 1109

# Age

Federal laws prohibit workplace harassment or discrimination against people age 40 years and over. Some state and local laws also prohibit age-based mistreatment of workers of any age, including those under 40 years.

Age-related comments and jokes, or attempts to exclude older workers from activities because of their age, could interfere with workers' ability to do their jobs. And if the mistreatment is severe or persistent enough—and a reasonable person would find it offensive—it could be seen as creating a hostile work environment, with potential liability both for individuals and for the whole company.



NAVARRO v. HOLLYWOOD IMPORTS - 1110

**AutoNation**

# Disability

This category includes a wide range of possible disabilities, both physical and mental, many of which cannot readily be seen simply by observing the worker in action.

The law protects individuals with disabilities who can perform the essential functions of a job (with or without reasonable accommodations) and who are otherwise qualified for the job—that is, they have the necessary education, skills, licenses, and so forth.

Inappropriate treatment can include actions such as insulting or ridiculing workers because of their disabilities, or deliberately making it more difficult for workers with disabilities to do their jobs.



© 2024 LRN Corporation

NAVARRO v. HOLLYWOOD IMPORTS - 1111



## Making Accommodations

As with the workplace protections for religion, companies must explore and provide reasonable accommodations for qualified individuals with disabilities—unless doing so would create an undue hardship or safety risk for the company.

Please consult with Human Resources regarding AutoNation's policies and providing reasonable accommodations.

© 2024 LRN Corporation

NAVARRO v. HOLLYWOOD IMPORTS - 1112

**AutoNation**

# People and Places

Let's consider a situation with a supervisor that raises questions about boundaries.

*Select each of the images to view the story.*



**Michelle's Style**
Michelle, a team leader, keeps things informal and friendly with the men who work for her. She regularly socializes with them after work and they sometimes gather on weekends with family members.



**Just a Joke?**
One evening while sharing some drinks at a bar, the bantering gets particularly explicit. Michelle tells one of the men that he's a major stud and she'll promote him if he has sex with her. Everyone laughs and treats it as a joke, just as she meant it.



**Next Day at Work**
The next day Michelle realizes she took the bantering too far for someone in her position. She'll take more caution in the future, and she consoles herself knowing that the incident happened away from the workplace and she didn't mean it seriously.

**What Do You Think?**

How would you evaluate Michelle's situation?

NAVARRO v. HOLLYWOOD IMPORTS - 1113

*Select the appropriate option.*

○ Michelle's comments could not be harassment since they happened at a bar, bantering and joking among friends.

○ Harassment between coworkers can happen anywhere, including public places and private socializing.

○ As long as she doesn't repeat her behavior at work, Michelle won't face any legal consequences.

NAVARRO v. HOLLYWOOD IMPORTS - 1114

**AutoNation**



# Abusive Conduct

Abusive conduct—or bullying, in common terms—is malicious behavior that a reasonable person would find hostile, offensive, and unrelated to the company's actual business interests. It may include:

- Repeated verbal abuse, such as personal insults or public humiliation

- Physical conduct that a reasonable person would find threatening or intimidating

- Maliciously excluding a person from meetings or events

- Cyberbullying, which takes the aggression online and beyond the workplace

Along with the personal costs, abusive conduct undermines the company's legitimate business activities, since the bully aims to fulfill a personal agenda regardless of the damage it causes.

NAVARRO v. HOLLYWOOD IMPORTS - 1115



One of AutoNation's goals is to foster a positive work environment where Associates can do their jobs effectively and reach their full potential. Associates should always respect their co-workers and those with whom they do business. Associates should never harass or abuse anyone for <u>any</u> reason.

NAVARRO v. HOLLYWOOD IMPORTS - 1116

**AutoNation**

# Responding to the Abuse

Common performance-based actions, such as catching mistakes, negative performance reviews, or difficult work assignments would not normally qualify as abusive—and a single act is not usually considered abusive conduct unless it's especially severe. Most often, the bullying happens repeatedly over time, making the target feel vulnerable and powerless.

The best responses to potentially abusive conduct are much the same as those for harassment and discrimination. If you become aware of abuse that violates company policies, take prompt and appropriate action to address or report it, and support all safety and security measures in the workplace.



NAVARRO v. HOLLYWOOD IMPORTS - 1117

 As a reminder, Corporate or Region Human Resources should be informed about all complaints of harassment to ensure that such complaints are properly investigated. In general, Human Resources will conduct all investigations of harassment complaints.

NAVARRO v. HOLLYWOOD IMPORTS - 1118

**AutoNation**

# A Problem that Can't Be Seen

**1** *The colleagues continue their afterwork video call.*

**Tyler:** The whole deal with Brad, it makes you wonder what other stuff is going on.

**Kendrick:** Mm-hmm. Usually don't hear until the damage is done.

**Chloe:** Marcia, have you seen other big problems like this? Like in your own department.

**Marcia:** Mostly not—fortunately. I've learned to pay more attention to people. Fix small stuff before it gets big. It was a tough thing last year, though….

**Alex:** Can you talk about it?

**2** **Marcia:** If I keep it general. I was noticing tension between a few employees and a new hire—but nothing obvious was happening. If anything, people were almost *too* polite. Only thing that seemed "off" was that a few of them looked upset whenever they checked their cell phones.

**Shay:** I think I know where this is going.

**Marcia:** Right. Finally learned that a few of the "old hands" were *seriously* bullying the new hire. But it all happened online. I only got a hint when someone accidentally tagged me in a post.

NAVARRO v. HOLLYWOOD IMPORTS - 1119

**Kendrick:** Great. And by then it was too late?

**Marcia:** Too late for me to resolve it, yeah. Had to formally report the bullies to HR. *(sighing)* So I learned from it. I needed to realize all the different ways people can be harassed these days.

3 **Alex:** Uh-huh. Not just at work or on the phone or socializing.

**Kendrick:** Or traveling. Or offsite meetings.

**Shay:** You can be online anywhere.

**Marcia:** Yeah, all of that. But that's the job.

NAVARRO v. HOLLYWOOD IMPORTS - 1120

**AutoNation**

# Cyber-based Harassment

While social media and messaging have opened new possibilities for connections between people, they have also created new avenues for damaging behavior, including:

- **Virtual harassment**—Deceitful use of social media connections, such as "friending" a colleague and then posting offensive messages or pictures

- **Text harassment**—Inappropriate or insulting messages through texting apps

- **Sexting**—Sending images, videos, or text messages with sexual content

- **Cyberstalking**—Following and harassing a coworker on various social media sites and blogs

- **Trolling**—Posting extreme comments anonymously, with the intent of angering the target

- **Abusive conduct**—Bullying and intimidating behavior in online environments



NAVARRO v. HOLLYWOOD IMPORTS - 1121



# Valuable Guidelines

## Valuable Guidelines

Providing employees with guidelines and policies for proper use of email, voice mail, text messages, and social media can be an important part of setting standards for workplace conduct.

Many current harassment cases involve electronic communications and social media, since people tend to think of them as personal and private. But the worst things often happen in virtual environments and privacy is often violated.



NAVARRO v. HOLLYWOOD IMPORTS - 1122

# Accountability

The company can be held liable for communications made through the company's email, voice mail, or messaging systems, even if the communication is sent from a remote location, such as an employee's home computer.



# Safe Messaging

Employees should not post, send, or forward communications to coworkers that contain inappropriate content or attachments—including profanity, sexually explicit content, or offensive materials based on other protected characteristics like race, religion, national origin, or disability.



NAVARRO v. HOLLYWOOD IMPORTS - 1123

# Minimizing Risks

Even if employees are certain that particular coworkers would welcome some inappropriate messages, the risks are severe.

Any message could be forwarded to someone who doesn't welcome it, or it could be read by unintended recipients, such as coworkers who see it on a computer screen or IT workers who manage communications.



# Seeing the Opportunities

With time, attention, and leadership, the company's electronic communications can consistently provide a medium for productive work, just as in face-to-face work environments.



NAVARRO v. HOLLYWOOD IMPORTS - 1124



In addition to our Policy Prohibiting Harassment, AutoNation has specific policies in the Technology and Information Security Section of the Associate Handbook regarding the proper use of email, social media and more generally Company technology tools, among other things. Additional information regarding technology and the proper use of social media can be found in certain Business Ethics policies as well. These policies are available for review through www.dealercentral.net. Also, the Business Ethics polices are available by clicking on the Resources tab below and then clicking on the Policies link.

NAVARRO v. HOLLYWOOD IMPORTS - 1125

**AutoNation**

self-check

# Pause and Reflect

Each of the people below has faced a conflict on the job. Which of them has been treated in ways that should **not** be acceptable in a respectful workplace?

*Select all that apply.*



☐ Some colleagues stopped talking to Grace after they found out her family emigrated from Syria.



☐ Erik was demoted from his call center job for a violation of the code of conduct.



☐ Team members keep giving Nadia backroom tasks so that customers do not have to see her prosthetic hand.



☐ Servers at the restaurant often target Sanjay for jokes and pranks because he's 20 years older than they are.

NAVARRO v. HOLLYWOOD IMPORTS - 1126



☐ When Elena asks for a private place to pump breastmilk for her new baby, some coworkers post insults about her on social media.

NAVARRO v. HOLLYWOOD IMPORTS - 1127



# Other Protections

Under state and local laws in your area, other personal characteristics may be protected—such as marital status, personal appearance, or political affiliation. Company policies may also forbid certain types of harassing or discriminatory conduct, even if they're not prohibited by law.

As a bottom line, be sure that you know the company's policies and be prepared to address any conduct that is offensive, unprofessional, or unwelcome on any basis.



NAVARRO v. HOLLYWOOD IMPORTS - 1128



Remember that AutoNation, including its senior management, does not tolerate harassing or discriminatory conduct, and maintains specific policies prohibiting such conduct. Therefore, avoiding any potentially offensive conduct is the best option. Also, regardless of legal definitions or requirements, at AutoNation we treat each other with dignity and respect.

NAVARRO v. HOLLYWOOD IMPORTS - 1129



# Decisions in the Moment

After Bernard learned that his team's monthly quota had been increased another 3%, he knew he couldn't allow any interruptions in productivity.

So when an employee told him that he'd been pranked and insulted by coworkers about his accent and ethnicity, Bernard had little patience for the complaint. He told the employee that hitting the production goals was all that mattered, and he expected everyone to ignore petty distractions. Then he put the situation out of his mind.



NAVARRO v. HOLLYWOOD IMPORTS - 1130



Creating a Harassment-Free Workplace (Supervisor Edition) / Addressing Inappropriate Conduct

**self-check**

# Pause and Reflect

Considering the possible impacts of Bernard's decision, which of the following is probably **not** correct?

*Select the appropriate option.*

○ Keeping the focus only on production goals sends the right message. Employees can work out any personal issues on their own.

○ Without intervention, Bernard's team could develop into a hostile environment for the targeted employee and for bystanders.

○ Failing to address the possible harassment could expose the company to legal liability.



NAVARRO v. HOLLYWOOD IMPORTS - 1131



# Costs and Consequences

You know that managers and supervisors must promptly address any kind of inappropriate conduct, without worrying about whether it meets the legal definitions of harassment or discrimination.

At the same time, it's important to understand the possible legal, professional, and business consequences if harassment occurs.



NAVARRO v. HOLLYWOOD IMPORTS - 1132

**AutoNation**

# Automatic Liability

If a supervisor engages in quid pro quo or "this for that" harassment, the company is **automatically liable** under federal law—even if the company didn't know about the conduct or even have an opportunity to know.

If a supervisor engages in hostile environment harassment, the company may avoid legal liability under federal law (and not just limit damages) if it can show that:

- It had an appropriate harassment policy in place

- It exercised reasonable care to prevent and promptly correct any harassing behavior

- The employee failed to take advantage of any preventive or corrective opportunities provided by the employer



NAVARRO v. HOLLYWOOD IMPORTS - 1133



## Costs for the Company

If a company is found liable for workplace harassment, it may be required to pay various types of monetary damages to compensate the victim—along with suffering damage to its reputation, productivity, and possibly losing long-term business prospects.

As a reminder, under AutoNation policy, managers have several responsibilities when it comes to preventing harassment. Not only must managers conduct themselves in a manner consistent with our policy, but managers are also responsible for establishing and maintaining a climate in the workplace that allows all associates to do their jobs effectively. Failure to comply with our Policy Prohibiting Harassment will result in disciplinary action, up to an including termination.

NAVARRO v. HOLLYWOOD IMPORTS - 1134



# Not a Place You Want to Be

What's it like to become the focus of a legal claim for harassment or discrimination?

Becoming a defendant in litigation can entail huge costs. Lawsuits can drag on for years, and interrogations at depositions can be awkward and humiliating. In some cases, harassers may be found liable for costly punitive damages. Their credit and ability to borrow may be permanently damaged. If the harassment amounts to a crime, they may even serve time in prison.

Naturally, the best way to avoid liabilities from harassment or discrimination is to prevent them from happening in the first place—or to resolve them quickly if they occur. Your own choices and actions can be the keys to achieving that result.



NAVARRO v. HOLLYWOOD IMPORTS - 1135



# Concerns About Speaking Up

**1** *The colleagues continue their afterwork video call.*

**Kendrick:** Shay, so you're definitely reporting those contractors who hassled you?

**Shay:** Yeah, hopefully I don't get relocated this time.

**Marcia:** I don't think you'll have to worry about that here.

**Chloe:** Just remember, you never know who might give you trouble about it.

**Marcia:** I understand your concern Chloe, but nothing's going to change if that stops us from speaking up.

**Kendrick:** Okay, walk us through it Marcia. If one of us wanted to report something, could we come to you about it? We don't work in your department.

**2** **Marcia:** Sure. Any manager, or HR, or another company contact. Wherever you're comfortable.

**Shay:** And what happens if one of us does that? Like me, for instance.

**Marcia:** I'd listen, and I'd know it takes courage to come forward, whatever the situation. If it's an issue that needs reporting I'd contact HR to give them the details.

NAVARRO v. HOLLYWOOD IMPORTS - 1136

**Shay:** Then they'll investigate it?

**Marcia:** Right, they record the complaint and start an inquiry. An investigator will collect the information.

**Kendrick:** Wait, wait, back up a second. What if I wanted to stay anonymous? Can they keep it confidential?

**3** **Marcia:** Well, to be anonymous, you can call the hotline. Even If you report in person they keep it as confidential as possible. But understand, there's always people with a need to know.

**Chloe:** Yeah, and when the wrong people find out, then you're in trouble.

**Marcia:** Well, you're protected, fortunately. The company takes a hard stand against retaliation. I've seen they're serious about it.

**Alex:** And if retaliation happens anyway, you report it. It's a whole 'nother violation to address.

**Marcia:** Right. Look, none of this is fun, but it's how we stop mistreatment. Or even better, prevent it.

NAVARRO v. HOLLYWOOD IMPORTS - 1137

**AutoNation**

# The Need to Act

If you witness or otherwise become aware of inappropriate conduct, inaction is not an option.

Supervisors must always act promptly and address damaging behavior in a manner consistent with company policies. This may mean addressing it directly with the person responsible, reporting it to the company, or both, depending on the policies and circumstances.



NAVARRO v. HOLLYWOOD IMPORTS - 1138

 Pursuant to AutoNation's Policy Prohibiting Harassment and as a manager, you must report incidents of harassment as quickly as possible by contacting your own manager, the Legal Department, or Corporate or Region Human Resources. Managers who fail to report harassment or who condone it in the workplace will be subject to disciplinary action, up to and including termination.

Also, Corporate or Region Human Resources should be informed about all complaints of harassment to ensure that such complaints are properly investigated. In general, Corporate or Region Human Resources will conduct all investigations of harassment complaints.

NAVARRO v. HOLLYWOOD IMPORTS - 1139



# Communicating with Employees

Your employees also need the confidence to speak up about their concerns. Make sure they understand that they can report any inappropriate behavior to you (unless your company's policies require them to be reported directly to HR or another resource) without fear of retaliation.

Demonstrating that you and the company care about the quality and integrity of the workplace will encourage employees to come forward if they encounter problems. This is crucial since you won't always be there to witness inappropriate conduct yourself.



NAVARRO v. HOLLYWOOD IMPORTS - 1140

**AutoNation**

Creating a Harassment-Free Workplace (Supervisor Edition) / Addressing Inappropriate Conduct

# Resources to Contact

Employees have multiple avenues for reporting possible harassment or other violations. Some options include:

- Speaking to their manager or supervisor (unless that person is causing the problem)

- Reporting to Human Resources or the legal department

- Reporting to a department charged with investigating internal complaints of discrimination

- Submitting a complaint through an online portal or hotline

For more details, refer to the company's harassment prevention policy and guidance for reporting.



NAVARRO v. HOLLYWOOD IMPORTS - 1141



Associates have many avenues to report a harassment concern at AutoNation, including their manager, another manager with whom they feel comfortable speaking, Corporate or Region Human Resources, the Legal Department, the Business Ethics Committee, or by contacting AutoNation's Alertline at 800-597-0094 or www.alertline.com.

AutoNation maintains an open door policy where Associates can discuss any workplace concern with management; however, in being accessible for Associates please also remind them that other avenues exist to report concerns if they prefer to utilize these avenues.

If appropriate, please ensure that Associates understand that: (a) the Alertline is run by a third party and available 24 hours a day, 365 days a year; (b) calls are not tracked or recorded; and (c) Associates may call the Alertline anonymously if they prefer.

NAVARRO v. HOLLYWOOD IMPORTS - 1142



# When an Employee Reports to You

When an employee comes to you as a supervisor to report inappropriate conduct in the workplace, what steps should you take?

*Select each hotspot to explore.*



 **Set the Tone**

Take all complaints (and complainants) seriously—but refrain from passing judgment or voicing your opinion without having all the facts. Listen, but do not take sides. Be sure to thank the employee for raising the concern.

 **Explain the Process**

After hearing the employee's report, tell the employee what the next steps will be, including promptly notifying HR of the situation.

 **Discuss Confidentiality**

Address the confidentiality that the employee can expect. Assure the employee that you and the company will keep the matter confidential to the extent reasonably possible, but that disclosures may have to be made, on a need-to-know basis, in connection with any investigation. You generally can't keep complaints entirely confidential, even if asked to do so.

NAVARRO v. HOLLYWOOD IMPORTS - 1143

 **No Retaliation**

Assure the employee that the company has zero tolerance for retaliation against people who report concerns that they believe to be true. Since retaliation may be considered by coworkers (who may become upset if they learn about the complaint), you must be on guard to prevent it.

 **Make the Report**

Take action promptly. Do not put off handling the concern or delay in taking next steps. Follow the company procedure for reporting possible instances of workplace harassment, discrimination, retaliation, or abusive conduct.

NAVARRO v. HOLLYWOOD IMPORTS - 1144



# Reporting an Employee's Complaint

Your report about an employee's complaint would normally be given to HR, unless your company has a different policy. The HR department can tell you what further steps, if any, you should take. In some cases, HR may want you to stay involved in the matter. In others, HR may want to take over the matter entirely.



NAVARRO v. HOLLYWOOD IMPORTS - 1145



As a reminder, Corporate or Region Human Resources should be informed about all complaints of harassment to ensure that such complaints are properly investigated. In general, Human Resources will conduct all investigations of harassment complaints.

NAVARRO v. HOLLYWOOD IMPORTS - 1146



# What Happens Then?

When a supervisor or employee makes a report, the company will document the complaint and begin an internal workplace investigation.

*Select each image to learn more.*



**Starting the Inquiry**
The investigation into the complaint may be conducted by a company employee, such as an HR representative, or an outside, third-party investigator. The key is that the investigator must be able to be fair, neutral, skilled, and unbiased. The investigator and anyone else involved will "maintain confidentiality" but investigations are not 100% confidential by their nature.



**Interviews and Findings**
The investigator will usually interview the person who made the complaint, any relevant witnesses, and the person accused of misconduct. Credibility of each witness is important, and all parties are encouraged to cooperate by telling what they know. The investigator also will look at any relevant evidence, such as emails, documents, or video footage.

The investigator will make a finding as to whether it is more likely than not that a company policy was violated. Both the person who expressed the concern and the person accused will learn about the results. Others who "need to know," such as the managers of the individuals involved, will also be informed of the results.

NAVARRO v. HOLLYWOOD IMPORTS - 1147



**Corrective Actions and Outcomes**

Corrective action may be taken, depending on the investigation's outcome. Some examples include:

- Time off or leave of absence (voluntary for the target of the unwelcome conduct)

- Referral to an Employee Assistance Plan as needed

- Reassigning work or transfers (also voluntary for the target of the conduct)

- Training or retraining

- Coaching or performance counseling

- Formal discipline for wrongdoers, from verbal counseling or written warnings up to demotion, suspension, or termination (in compliance with company policy)

NAVARRO v. HOLLYWOOD IMPORTS - 1148



# No Retaliation

Employees who speak up about workplace problems—such as raising harassment concerns, opposing discrimination, or becoming a witness in an internal investigation—must not be penalized for taking those actions.

Retaliation from supervisors, or other employees, violates company policy and the law, and you must be prepared to recognize and prevent it. Along with the damage to individuals, retaliation undermines the respectful and professional work environments that are critical for our success.

Any colleagues will be held responsible if they engage in retaliatory behavior against someone who has spoken up in good faith, even if an investigation finds that the complaint was unfounded or not corroborated.



NAVARRO v. HOLLYWOOD IMPORTS - 1149



### How Does It Happen?

Retaliation can be any kind of negative action that would discourage a reasonable employee from filing or supporting a complaint. It may take the form of adverse job actions, such as firing or demotion, but also subtle tactics designed to punish employees who come forward with concerns. In some cases, retaliation can target others involved in the situation, such as witnesses or even people who are important to the victim but unrelated to the complaint.

NAVARRO v. HOLLYWOOD IMPORTS - 1150



# Retaliation or Legitimate Discipline?

Protection from retaliation doesn't mean that employees are protected from legitimate job-related or performance-based discipline. Employees who have reported a complaint can be disciplined if they:

- Violate a law or a company policy

- Use inappropriate methods to resolve a concern (such as unprofessional or disrespectful conduct)

- Make claims of harassment to the company that they know to be false

An employee who makes a legitimate, good-faith claim of harassment can also be disciplined for wrongdoing uncovered during an investigation (such as falsifying an expense report).



NAVARRO v. HOLLYWOOD IMPORTS - 1151

**AutoNation**

**self-check**

# Quick Check

With your understanding of the importance of speaking up and reporting, which of the statements below are true?

*Mark each statement appropriately to reveal the image.*



| True | False | |
|------|-------|---|
| ◯ | ◯ | Reports from employees may be the only way the company learns about behavior that's damaging the workplace. |
| ◯ | ◯ | Supervisors can respond to employee complaints in any way they wish, regardless of the company's policies. |
| ◯ | ◯ | Employees have multiple ways to report concerns about harassment or discrimination. |
| ◯ | ◯ | When an employee makes a complaint about sexual harassment, the company will take steps to investigate it. |
| ◯ | ◯ | Employees who make reports or assist in investigations are protected from retaliation, under company policies and the law. |

NAVARRO v. HOLLYWOOD IMPORTS - 1152

**AutoNation**

# Mutual Support

**1** *The colleagues continue their afterwork video call.*

**Alex:** Well, I'd never argue with Marcia. If you want things to change, you have to say something. Just like the woman at Delta VX did.

**Kendrick:** I guess we *have* come a long way.

*Everyone laughs, recognizing the irony of where this all started.*

**Chloe:** Yeah, and I feel like all the stories we've shared made me realize that we gotta look out for each other. It's not OK if any of us feels disrespected or mistreated.

**Shay:** Yeah. Or anyone for that matter.

**Tyler:** So look, this feels good. Like we've figured out some important stuff. We just need to keep that going….

**Chloe:** You mean, really listening to each other…

**2** **Kendrick:** Even with all the differences…

**Alex:** Respecting each other…

**Shay:** And our perspectives, our experiences…

NAVARRO v. HOLLYWOOD IMPORTS - 1153

**Marcia:** And wanting the best for each other.

**Kendrick:** *(thoughtfully)* As a guess, I'd say nearly everyone in the company would agree with that, when they have a minute to think about it.

*They all pause for a moment.*

**Shay:** So, is it really that simple?

**Alex:** Not sure I'd call it "simple"…

**Marcia:** No, but it's a start. And we can see where it takes us.

NAVARRO v. HOLLYWOOD IMPORTS - 1154

# Your Opportunity

As a leader in your workplace, you have a responsibility—and a tremendous opportunity—to foster a professional environment where individuals know that they will be treated with respect and dignity.

Fulfilling that opportunity is mostly a matter of keeping the right focus and taking a few critical actions.



NAVARRO v. HOLLYWOOD IMPORTS - 1155



# The Right Focus

## The Right Focus

For all issues related to workplace behavior, your focus should be on whether the conduct in question should occur in the kind of workplace you're striving to create—not on whether it meets the legal definition of harassment or discrimination or which kind of harassment it might be.



© 2024 LRN Corporation

NAVARRO v. HOLLYWOOD IMPORTS - 1156

# Reinforcing the Message

When you see the signs of inappropriate conduct or mistreatment of employees, don't hesitate. Take action immediately. Tell employees directly that their words or actions are out of line. Reinforce the importance of demonstrating respect in every interaction.



# Authority and Responsibility

In a professional working environment, supervisors will never make unwelcome advances toward employees, regardless of whether tangible job actions are involved.

Supervisory decisions and job actions should be based only on legitimate work-related factors, such as experience, skill, job performance, leadership ability, and interpersonal skills.



NAVARRO v. HOLLYWOOD IMPORTS - 1157

## Taking Action the Right Way

If you become aware of possible harassment, discrimination, or retaliation, or if an employee reports it to you, follow company procedures for making a report. If the company begins an investigation, cooperate as needed. Always guard employees against any threats of retaliation.



NAVARRO v. HOLLYWOOD IMPORTS - 1158

**AutoNation**

# The Productive Workplace

When you live out these commitments, you do more than help the company (and yourself) comply with the law. You help foster a workplace culture where employees can perform their best work, knowing that they are safe, respected, and have real opportunities to succeed.



NAVARRO v. HOLLYWOOD IMPORTS - 1159

**AutoNation**



# Going Further

Remember, no single course can anticipate every situation or every question that you may encounter as you work to prevent workplace harassment and discrimination.

If you have questions about any issues related to workplace harassment, go to the **Resources** tab in this program and select Contact to view the contact information. (Note: On mobile devices, select Settings to access the Resources.)

The resource personnel will resolve your questions or put you in touch with others who can provide the answers.

NAVARRO v. HOLLYWOOD IMPORTS - 1160

# Acknowledgment

As a requirement for completing this course, you must acknowledge that you have received and read the Company's policies regarding harassment, discrimination, and retaliation. If you have not already reviewed the policies, you can review them in the Business Ethics Manual by clicking on the Resources tab below and then clicking on the Policies link.

*I have received, have read, and understand AutoNation's policies against harassment, discrimination, and retaliation. I have also had an opportunity to ask any questions I may have about the policies and this training.*

☐ **I agree**



NAVARRO v. HOLLYWOOD IMPORTS - 1161



Please be sure to complete the acknowledgment on this page by clicking the "I agree" button. *If you do not click the "I agree" button - even if you successfully complete the Knowledge Check - you will not receive credit for completing this course*.

NAVARRO v. HOLLYWOOD IMPORTS - 1162

**AutoNation**

# Knowledge Check
## Questions

**1**  You suspect that an employee may be a target of sexual harassment. To be clear about the situation, who can be a victim of sexual harassment, and who can be a harasser?
*Select the appropriate option.*

○ The harasser can be either male or female, but the victim is always female.

○ The harasser is always male, and the victim is always female.

○ The harasser is always male, but the victim can be of any gender.

○ The harasser and the victim can be of any gender, sex, gender identity or expression, or sexual orientation.

**2**  Which of these employees is most likely a victim of quid pro quo ("this for that") sexual harassment?
*Select the appropriate option.*

○ Marie, who is transferred to a remote office after she refuses a sexual overture from her boss.

○ Nadia, who makes sexual advances to her manager and then receives a lower-than-expected raise.

○ Leo, who is denied a promotion after he refuses to complete a mandatory course in sexual harassment.

NAVARRO v. HOLLYWOOD IMPORTS - 1163

**3** Along with sex and gender, certain personal traits have been protected against mistreatment or for making job environments more difficult. Which of the following traits would probably **not** be protected under company policies and the law?
*Select the appropriate option.*

○ Race or color

○ Medical conditions related to pregnancy, childbirth, or breastfeeding

○ College or university attended

○ Age (40 years or older)

○ Disability, whether mental or physical

**4** Which of these statements about inappropriate workplace behavior is **not** correct?
*Select the appropriate option.*

○ Unwelcome behavior can be verbal, visual, or physical.

○ Texts, email messages, and social media posts can all be channels for inappropriate communications that violate company policy.

○ Harassing or discriminating behavior can only occur during working hours.

○ Even if inappropriate behavior is accepted by the people participating in it, bystanders can still find it unwelcome.

**5** An employee tells you that his workplace has become unbearable because of constant sexual jokes and "locker room" talk. You know you need to take action regardless of whether the mistreatment amounts to harassment. But what is the defining feature of hostile environment harassment?
*Select the appropriate option.*

○ An employee has been targeted by at least two coworkers for mistreatment or harassment based on sex or gender.

○ The inappropriate behavior must be committed by someone with a supervisor's authority to take job actions.

○ The person committing the unwelcome conduct and the person on the receiving end must be of the opposite sex.

○ The inappropriate conduct either interferes with an employee's job performance or creates an intimidating work environment (or both).

NAVARRO v. HOLLYWOOD IMPORTS - 1164

**6** An employee has reported to HR that she's been harassed by a supervisor. You need to ensure that no retaliation occurs as a result of the report. Which of these people are **not** entitled to protection from retaliation?
*Select the appropriate option.*

○ Employees who report harassment that happened to them.

○ Employees who report harassment that happened to other people.

○ Employees who mistreat other employees for reporting harassment.

○ Employees who participate in a harassment investigation.

**7** You see a coworker visibly angry and verbally abusing another, apparently for reasons that have nothing to do with company business. How should you react?
*Select the appropriate option.*

○ Recognize that the bullying or abusive behavior violates company standards and should be reported like other inappropriate conduct.

○ Recognize that some people communicate in an aggressive way and it's best if coworkers learn to adapt and accept it.

○ Investigate whether the victim has been singled out for a protected trait, since the abuse is only a problem if it qualifies as harassment.

**8** You know that you're responsible for reporting potentially harassing conduct when you become aware of it. You're also responsible for ensuring that employees know how to report inappropriate behavior.
Which of the following is a key benefit of making these reports?
*Select the appropriate option.*

○ Employees who make reports are protected from discipline for their job performance, even if they violate company policies.

○ A report by a supervisor or employee may be the only way the company can learn that the conduct occurred.

○ Reporting ensures that the company won't be held responsible for the behavior of supervisors or employees.

○ Reporting proves that the harassment actually happened and that the harassers are guilty of the behavior.

NAVARRO v. HOLLYWOOD IMPORTS - 1165

**AutoNation**

# Self Check Answers

© 2024 LRN Corporation

NAVARRO v. HOLLYWOOD IMPORTS - 1166

**AutoNation**

Creating a Harassment-Free Workplace (Supervisor Edition) / What is Workplace Harassment?

self-check

# A Manager's Affection

Jamal was pleased when Elliot, his new employer, invited him out for a drink one evening. At the bar, Elliot became physically affectionate, rubbing Jamal's shoulders and then leaning in for a kiss. Jamal did not want a relationship with Elliot, but he didn't want to make things awkward at work. He returned the kiss because he didn't know what else to do.

How would you evaluate the situation?

*Select the appropriate option.*

○ Elliot's actions could not be called unwelcome since Jamal did not openly object to them.

○ Since Jamal voluntarily accepted the physical attention, he could not claim later that he was being harassed.

○ Elliot could be vulnerable to a harassment claim, since he made sexual advances to an employee who found them unwelcome.



NAVARRO v. HOLLYWOOD IMPORTS - 1167

**AutoNation**

# Images in Emails

At a particular company, an employee has been behaving in a manner that may have an impact on the workplace.

*Select each image to learn about it.*



In her spare time at work, a colleague regularly checks personal email and social media on her company computer or smartphone.



She often receives messages and postings from friends that include sexual and racial humor, in forms that other employees could find offensive.



She views the images on her computer but doesn't share them with coworkers. She deletes the images or shuts down the messages shortly afterward.

**What Do You Think?**

Which statement below most accurately describes the situation?

NAVARRO v. HOLLYWOOD IMPORTS - 1168

*Select the appropriate option.*

○ Since the employee has not shown or forwarded the offensive images to coworkers who don't want them, there's no danger of harassment.

○ If other coworkers accidentally view the images, it could create a hostile environment (if the events are severe or frequent enough).

NAVARRO v. HOLLYWOOD IMPORTS - 1169

**AutoNation**

**self-check**

# Quick Check

With your understanding of workplace harassment, try an exercise. A series of actions will appear to the right.

*On a desktop or tablet, drag each action to the appropriate category, then select Submit.*
*On a smartphone, select each action, select your answer, then select Submit.*

A shop worker grabs a colleague and shoves up against him in a suggestive manner.

○ May Be Harassment          ○ Probably Not Harassment

A store supervisor frequently comments that older employees are "slow and dumb."

○ May Be Harassment          ○ Probably Not Harassment

Workers at a salon tell a new masseur that he is "totally hot" and repeatedly proposition him.

○ May Be Harassment          ○ Probably Not Harassment

An employee compliments a coworker on her hairstyle.

○ May Be Harassment          ○ Probably Not Harassment

NAVARRO v. HOLLYWOOD IMPORTS - 1170

An engaged couple shares a kiss at a company holiday party.

○ May Be Harassment          ○ Probably Not Harassment

---

A manager often uses humorous nicknames for employees based on their ethnic backgrounds.

○ May Be Harassment          ○ Probably Not Harassment

NAVARRO v. HOLLYWOOD IMPORTS - 1171

**AutoNation**

**self-check**

# Opposing Stereotypes

Using stereotypes about protected groups, especially if done frequently, is a common red flag. Try an exercise: a series of statements will appear to the right.

*On a desktop or tablet, drag each statement to the appropriate box, then select Submit.*
*On a smartphone, select each statement, select your answer, then select Submit.*

It's best to hire Latinos for outdoor work since they don't feel the heat.

○ Stereotype          ○ Not a Stereotype

---

We'll let anyone work in accounting as long as they're good with numbers.

○ Stereotype          ○ Not a Stereotype

---

Leadership comes more naturally to white people.

○ Stereotype          ○ Not a Stereotype

---

Women are better at HR jobs since they're more empathetic than men.

○ Stereotype          ○ Not a Stereotype

---

Older employees can't handle the stress of business travel as well as younger workers do.

○ Stereotype          ○ Not a Stereotype

NAVARRO v. HOLLYWOOD IMPORTS - 1172

**AutoNation**

# People and Places

Let's consider a situation with a supervisor that raises questions about boundaries.

*Select each of the images to view the story.*



**Michelle's Style**
Michelle, a team leader, keeps things informal and friendly with the men who work for her. She regularly socializes with them after work and they sometimes gather on weekends with family members.



**Just a Joke?**
One evening while sharing some drinks at a bar, the bantering gets particularly explicit. Michelle tells one of the men that he's a major stud and she'll promote him if he has sex with her. Everyone laughs and treats it as a joke, just as she meant it.



**Next Day at Work**
The next day Michelle realizes she took the bantering too far for someone in her position. She'll take more caution in the future, and she consoles herself knowing that the incident happened away from the workplace and she didn't mean it seriously.

**What Do You Think?**

How would you evaluate Michelle's situation?

© 2024 LRN Corporation

NAVARRO v. HOLLYWOOD IMPORTS - 1173

*Select the appropriate option.*

○ Michelle's comments could not be harassment since they happened at a bar, bantering and joking among friends.

○ Harassment between coworkers can happen anywhere, including public places and private socializing.

○ As long as she doesn't repeat her behavior at work, Michelle won't face any legal consequences.

NAVARRO v. HOLLYWOOD IMPORTS - 1174

**AutoNation**

**self-check**

# Pause and Reflect

Each of the people below has faced a conflict on the job. Which of them has been treated in ways that should **not** be acceptable in a respectful workplace?

*Select all that apply.*



☐ Some colleagues stopped talking to Grace after they found out her family emigrated from Syria.



☐ Erik was demoted from his call center job for a violation of the code of conduct.



☐ Team members keep giving Nadia backroom tasks so that customers do not have to see her prosthetic hand.



☐ Servers at the restaurant often target Sanjay for jokes and pranks because he's 20 years older than they are.

NAVARRO v. HOLLYWOOD IMPORTS - 1175



☐ When Elena asks for a private place to pump breastmilk for her new baby, some coworkers post insults about her on social media.

NAVARRO v. HOLLYWOOD IMPORTS - 1176

**AutoNation**

**self-check**

# Pause and Reflect

Considering the possible impacts of Bernard's decision, which of the following is probably **not** correct?

*Select the appropriate option.*

○ Keeping the focus only on production goals sends the right message. Employees can work out any personal issues on their own.

○ Without intervention, Bernard's team could develop into a hostile environment for the targeted employee and for bystanders.

○ Failing to address the possible harassment could expose the company to legal liability.



NAVARRO v. HOLLYWOOD IMPORTS - 1177

**AutoNation**

Creating a Harassment-Free Workplace (Supervisor Edition) / Addressing Inappropriate Conduct

**self-check**

# Quick Check

With your understanding of the importance of speaking up and reporting, which of the statements below are true?

*Mark each statement appropriately to reveal the image.*

| True | False | |
|------|-------|---|
| ◯ | ◯ | Reports from employees may be the only way the company learns about behavior that's damaging the workplace. |
| ◯ | ◯ | Supervisors can respond to employee complaints in any way they wish, regardless of the company's policies. |
| ◯ | ◯ | Employees have multiple ways to report concerns about harassment or discrimination. |
| ◯ | ◯ | When an employee makes a complaint about sexual harassment, the company will take steps to investigate it. |
| ◯ | ◯ | Employees who make reports or assist in investigations are protected from retaliation, under company policies and the law. |



NAVARRO v. HOLLYWOOD IMPORTS - 1178