

# A Leader's Role in Addressing Inappropriate Behavior

AutoNation

*This online course will show you how to address and stop inappropriate behavior that may be occurring with an individual or team. You will be introduced to best practices and processes that will help you every step of the way. Also provided is a job aid with key concepts and helpful reminders of the things you learned in this course.*

*Click the "Start Course" button to begin.*

**INTRODUCTION TO COURSE**

≡ **What will I learn?**

**IT'S YOUR DUTY TO ACT**

≡ **Your Responsibility as a Leader**

≡ **Addressing the Situation**

≡ **Stopping Inappropriate Behavior**

≡ **Using the Job Aid**

**CONCLUSION**

 **Quiz**

 **Summary**

*Lesson 1 of 7*

# What will I learn?



"Your behavior reflects your actual purpose."
*-Ronald Heifetz*

## A Leader's Role in Addressing Inappropriate Behavior

While employees are the greatest asset of an organization, bad employee behavior can cause negative impacts, including the risk of legal liability. That means, if you see something you need to take action to stop it and report it. As a Leader you have a "duty to act."

**SEE** something. **DO** Something. **REPORT IT!**

## What will I learn?

This online course will show you how to address and stop inappropriate behavior occurring between coworkers. You will be introduced to best practices and processes you should follow as part of your responsibilities as a Leader to stop inappropriate behavior immediately.

*Here are the things you will learn during this course:*



**1**     Recognizing what is considered inappropriate behavior in the workplace

**2**     Your responsibilities as an AutoNation Leader

**3**     How to address inappropriate behavior with an individual/team

**4**     How to stop inappropriate behavior through education and training

**5**     How to use the job aid as a quick reference tool



## *What is inappropriate behavior?*

Inappropriate behavior can show up in many forms and cause tension between coworkers and Leaders alike. It's disruptive to an otherwise conducive, professional work environment and is not tolerated in any form at AutoNation. Any **unwarranted, demeaning or otherwise offensive behavior** is considered inappropriate behavior and should be addressed immediately.

## *Recognizing forms of inappropriate behavior*

Here are some of the top things considered inappropriate behavior in the workplace:

- Comments or jokes of a sexual nature or regarding race, religion, age and disability

NAVARRO v. HOLLYWOOD IMPORTS - 1183

- Suggestive body language and flirty gestures

- Deliberate touching, leaning into or cornering

- Offensive or vulgar acts

***Click on each tab below to learn more about inappropriate behavior.***

| DEROGATORY COMMENTS/JOKES | BODILY/FLIRTY GESTURES | DELIBERATE TOUCHING | OFFENSIVE/VULGAR ACTS |
|---|---|---|---|

Although having a sense of humor is generally viewed as a positive trait, comments or jokes based on sex, race, religion, age and disability in the workplace are inappropriate and may constitute harassment. Identifying which types are inappropriate between coworkers can be difficult, but look below for some examples.

***Examples include...***

- Remarks/teasing about a coworker's body, clothing or appearance

- Discriminating comments regarding someone's race, age or sex

- Mention of a coworker's sexual orientation

- Questions about a coworker's sex life

- Racially charged teasing and jokes

- Sexual innuendos or stories

- Offensive jokes



| DEROGATORY COMMENTS/JOKES | BODILY/FLIRTY GESTURES | DELIBERATE TOUCHING | OFFENSIVE/VULGAR ACTS |

At most workplaces, interactions like a wink, a bashful smile, giggly laughter or a brief touch may be considered harmless. Still, there is a fine line between friendly behavior and inappropriate innuendos and gestures.

*Examples include...*

- Leering and staring suggestively

- Looking a coworker up and down suggestively

- Making lewd gestures or obscene suggestive body movements

- Impeding or blocking movements, even without touching

- Intentional distractions to catch someone's attention



| DEROGATORY COMMENTS/JOKES | BODILY/FLIRTY GESTURES | DELIBERATE TOUCHING | OFFENSIVE/VULGAR ACTS |
|---|---|---|---|

For many, inadvertently coming into contact with someone else is harmless. For example, turning the corner and bumping into a coworker... this is obviously a harmless accident. However, there are other situations where contact with a coworker can be inappropriate.

***Examples include...***

- Pinching

- Neck massage

- Touching on the arm, leg or lower back

- Standing or sitting too close

- Uncomfortable leaning in during conversation



| DEROGATORY COMMENTS/JOKES | BODILY/FLIRTY GESTURES | DELIBERATE TOUCHING | OFFENSIVE/VULGAR ACTS |
| --- | --- | --- | --- |

Sometimes a coworker is trying to be funny or doesn't realize their behavior is offensive. Other times, those acts are intentional and may be used to silently harass someone without witnesses.

*Examples include...*

- Intentional flatulence

- Hand gestures that simulate sex acts

- Obscene gestures with lips or tongue

- Hip thrusts and other sexually suggestive actions



---

Keep in mind...something you say or do may not be interpreted the way you intended, so play it safe and keep it professional at all times.

---

**SEE** something. **DO** something. **REPORT IT!**

## Knowledge Check

Now that you've completed this lesson, take a few minutes to check your knowledge. These questions are not graded. They're simply for you to see how well you're retaining the information.

***True or False...*** inappropriate behavior is any type of behavior that is unwarranted, demeaning or otherwise offensive conduct and will not be tolerated at AutoNation.

---

◯    True

◯    False

SUBMIT

🔒    Complete the content above before moving on.

What actions are considered inappropriate behavior? ***Select all that apply.***

☐    Extended staring at a new coworker

☐    Shaking hands with a new coworker

☐    Quick neck massage for a Customer

☐    Jokingly pinching a coworker

☐    Intentional flatulence for laughs

☐    Smiling and greeting your Manager

SUBMIT

🔒    Complete the content above before moving on.

*Lesson 2 of 7*

## Your Responsibility as a Leader



"A leader is one who knows the way, goes the way and shows the way."
-*John C. Maxwell*

# What will I learn?

Here are the things you'll learn during this lesson:

**1**   Ways you could become aware of inappropriate behavior

**2**   Taking action immediately to stop it

 **3**   Chain of command for reporting misconduct

## Your Responsibility as a Leader...

As a Leader you have special responsibilities when it comes to preventing harassment. Not only must you conduct yourself in a professional manner, but you are also responsible for establishing and maintaining a climate in the workplace that allows all Associates to do their jobs effectively.

It may be your first time as a Leader at AutoNation but you may have already been around the block a few times leading people. In any case, you need to be a positive role model — get to know your people and figure out how to get along with them. Addressing inappropriate behavior is a crucial part of your responsibilities. When an inappropriate situation or behavior is observed or brought to your attention, it becomes top priority over any other responsibilities.



**Whether you've observed an inappropriate act or an Associate has brought it to your attention, it is your responsibility as a Leader to do something about it.**

*Click on each flash card to learn the ways you could be made aware of inappropriate behavior.*

**Observed**

Observing the incident means you actually saw or heard something happening in real time or the incident was captured on video and shared with you. Either way, you must take action to stop it immediately and prevent it from occurring in the future.

**Reported to you**

It's possible one of your Associates will report to you inappropriate behavior directed towards them or another coworker. Regardless of how you receive the information, it is your responsibility to take the information seriously and do something about it

*Addressing inappropriate behavior is a crucial part of your responsibilities. When an inappropriate situation or behavior is observed*

*or brought to your attention, it becomes top priority over any other responsibilities.*



### Consequences of Inappropriate Behavior

The consequences of inappropriate behavior are huge and can range anywhere from... causing an uncomfortable work environment to outright violence in the workplace. It is your job as a Leader to address these issues and make sure the work environment is a safe and productive place for all.

## *Ask yourself... do you want to see these unhappy faces on your team?*

Flip the flash card to see just some of the things that can happen when inappropriate behavior is not addressed immediately.



Loss of productivity



Perception of unfair treatment



Negative impact on coworkers



Lost sense of belonging



Feeling of emotion abuse



Anger, hostility and even violence

**REPORTING MISCONDUCT**

When you have become aware of inappropriate behavior, you must address it and report it as quickly as possible. Generally, Corporate or Region Human Resources will conduct all investigations of reports of

unlawful sexual harassment or other inappropriate behavior. As a Leader, you should let your Associates know there are various avenues available for reporting concerns as outlined in the Code of Business Ethics.

Those avenues include:

- **Alertline**

- **Any Manager**

- **Legal Department**

- **Business Ethics Committee**

- **Corporate and/or Region Human Resources**



---

**Any Leader who fails to report harassment or who condones it in the workplace will be subject to disciplinary**

**action, up to and including termination.**

---

*SEE* something. *DO* something. *REPORT IT!*

## Knowledge Check

Now that you've completed this lesson, take a few minutes to check your knowledge. These questions are not graded. They're simply for you to see how well you're retaining the information.

---

***True or false...*** it is your responsibility as a Leader to address inappropriate behavior immediately.

---

◯    True

◯    False

SUBMIT

🔒   Complete the content above before moving on.

Who can you contact to report inappropriate behavior? ***Select all that apply.***

☐   Any Manager

☐   Other Coworkers

☐   Corporate Human Resources

☐   Legal Department

☐   Communications Department

☐   Business Ethics Committee

☐   Region Human Resources

☐   Alertline

SUBMIT

Complete the content above before moving on.

*Lesson 3 of 7*

# Addressing the Situation



"Action is the foundational key to all success."
*-Pablo Picasso*

## What will I learn?

Here are the things you'll learn during this lesson.

1. How to take action immediately

2. Noting specific negative behaviors

3. Explaining the impact on targeted individual(s)

**4**  State your desired positive and professional behavior

**5**  How to remain calm and avoid venting when frustrated

## Shakira's First Day

Read the scenario below regarding a situation between two coworkers.



**How it all started...**

It's Shakira's first day on the job and she's very eager to dive in. She's introduced to her coworker, Antonio, who has been assigned to get her up to speed on the project.

CONTINUE

**Scene 1 Slide 1**

Continue  →  Next Slide



**Scene 1 Slide 2**

Continue  →  Next Slide



## Things seem to be going fine...

Antonio breaks the ice and tells Shakira a funny office story.

CONTINUE

### Scene 1 Slide 3

Continue  →  Scene 2 Slide 1



### Scene 2 Slide 1

Continue  →  Next Slide



### How the day went...

Antonio spent the day introducing Shakira around the office and getting her up to speed on the project. Everything went really well until Antonio asks...

CONTINUE

**Scene 2 Slide 2**

Continue  →  Next Slide



"You did great today Shakira! I'll be sure to let our Manager know. Would you like to go celebrate with a quick drink?"

CONTINUE

### Scene 2 Slide 3

Continue  →  Next Slide



## Things just got uncomfortable...

Shakira doesn't want to go with Antonio and feels very uncomfortable as he is pulling her by the arm and out the door.

CONTINUE

### Scene 2 Slide 4

Continue  →  Scene 3 Slide 1



Shakira pulls her arm away and tells Antonio she needs to get home to her family.

CONTINUE

**Scene 3 Slide 1**

Continue  →  Scene 4 Slide 1



**Antonio is persistent...**

He takes hold of Shakira's arm again and continues trying to persuade her to join him for a drink.

CONTINUE

### Scene 4 Slide 1

Continue  →  Next Slide



"*I thought we were really hitting it off... Come on. It's just one drink.*"

CONTINUE

**Scene 4 Slide 2**

Continue  →  Scene 5 Slide 1



*"I said NO!"*

CONTINUE

**Scene 5 Slide 1**

Continue  →  Next Slide



**Shakira looks to you for help...**

As a Leader, what are you going to do?

CONTINUE

**Scene 5 Slide 2**

Continue  →  Scene 6 Slide 1



### Be prepared.

These situations happen in all workplaces. As a Leader, being prepared to take action immediately is expected of you.

CONTINUE

**Scene 6 Slide 1**

Continue  →  Next Slide



**First things first...**

Contact Human Resources for guidance on handling the situation. It's possible they may want to investigate.

CONTINUE

**Scene 6 Slide 2**

Continue  →  Next Slide



**Scene 6 Slide 3**

Continue  →  Next Slide



### Scene 6 Slide 4

Continue  →  Next Slide

NAVARRO v. HOLLYWOOD IMPORTS - 1219



**Scene 6 Slide 5**

Continue → Next Slide



"Antonio, it has come to my attention you may have acted inappropriately with Shakira today. Can you tell me what happened?"

CONTINUE

**Scene 6 Slide 6**

Continue  →  Next Slide



**Scene 6 Slide 7**

Continue  →  Next Slide



### Be specific.

Speak about specific behaviors, not interpretations. Words such as disrespectful, arrogant and obnoxious are interpretations. Jokes, sexual advances and inappropriate touching are specific behaviors.

CONTINUE

## Scene 6 Slide 8

Continue  →  Next Slide



*"You asked her out for a drink and proceeded to lead her out the door by her arm. This behavior is unacceptable and will not be tolerated."*

CONTINUE

**Scene 6 Slide 9**

Continue  →  Next Slide



**Explain the impact.**

Tell the person how other people perceive their behavior and how it can negatively affect team performance. State the desired alternative and expectations in the future.

CONTINUE

**Scene 6 Slide 10**

Continue → Next Slide



*"You completely crossed the line and made her feel very uncomfortable. I want you to stop that behavior immediately, apologize to Shakira and keep your working relationship completely professional."*

CONTINUE

**Scene 6 Slide 11**

Continue  →  Next Slide



**Stay calm.**

The behavior may frustrate you, but now is not the time to vent. You want them to focus on your message and their behavior, not your frustration and anger.

CONTINUE

**Scene 6 Slide 12**

Continue → Next Slide



**Report It.**

Inform Antonio the entire situation will be documented and sent to HR for further review.

CONTINUE

**Scene 6 Slide 13**

Continue → Next Slide



**Scene 6 Slide 14**

Continue → End of Scenario

**Let's recap on the best practices...**

*Click on each "+" sign to expand the information.*

**Be prepared.** —

These situations happen in all workplaces. As a Leader, being prepared to immediately take action is expected.



**Be brief.** —

Get to the point quickly and stay on topic.

**Be specific.** —

Make sure you speak about specific behaviors, not your interpretations. Words specific to interpretations include rude, inconsiderate, disrespectful, arrogant, obnoxious, flighty, unfocused, smart aleck and pushy just to name a few.

Jokes directed at specific individuals or groups, bullying, unwanted sexual advances and inappropriate physical contact are specific behaviors.

**Explain the impact.** —

Tell the person how other people perceive their behavior and how it affects team performance. State the desired alternative. Go beyond a description of the negative behavior to describe what you expect in the future. By stating the desired positive behavior, you can use positive reinforcement rather than punishment to drive performance in the future.

**Stay calm.** —

The behavior may frustrate you, but now is not the time to vent. You want them to focus on your message and their behavior, not your frustration or anger.

—————

*SEE* something. ***DO*** something. ***REPORT IT!***

# Knowledge Check

Now that you've completed this lesson, take a few minutes to check your knowledge. This matching exercise is not graded. It's simply for you to see how well you're retaining the information.

### *Match the best practice on the left with the action on the right.*

| ☰ Stay calm. | Don't vent. |
| --- | --- |
| ☰ Be brief. | Get to the point. |
| ☰ Be specific. | Speak of behavior, not interpretations. |
| ☰ Be prepared. | Take action now! |
| ☰ Explain the impact. | Tell how behavior affects team performance. |

SUBMIT

 Complete the content above before moving on.

*Lesson 4 of 7*

# Stopping Inappropriate Behavior



"The reality is that the only way change comes is when you lead by example."
*-Anne Wojcicki*

## What will I learn?

Here are the things you'll learn during this lesson.

**1**     Identifying inappropriate behavior

**2**     Educating your team on proper workplace conduct

**3**     Leading by example

 Consistently enforcing Company policy



**You have the power to change it**

The truth is we are all accountable for our choices of actions. Granted, sometimes our emotions take over rational thought and these emotions can lead to exhibiting inappropriate behaviors. Using the process listed below will help you address inappropriate behavior.

## Address inappropriate behavior with this process...



1  Identify inappropriate behavior

2  Educate your staff

3  Lead by example

4  Enforce Company policy

NAVARRO v. HOLLYWOOD IMPORTS - 1237

**Step 1**

## Identify Inappropriate Behavior



Inappropriate behavior should not be subjective or questionable. Clearly identify any behaviors inappropriate for your team and give clear guidelines on the consequences for the behavior, up to and including termination.

**Step 2**

# Educate Your Staff



Give all Associates appropriate learning tools to identify what is inappropriate in the workplace and establish rules for handling such behavior. Be very specific on whom to approach and what to document when these situations arise.

Make sure Associates know what behaviors are and are not acceptable in the workplace. Many times, situations can be avoided by setting expectations right away.

Additionally, Associates should be able to comfortably approach you about inappropriate behaviors observed without fear of retaliation. Please see AutoNation's "Non-Retaliation Policy" located in the Associate Handbook for further details.

Many times, taking proactive steps to educate Associates on inappropriate conduct can prevent situations that can escalate to a hostile work environment.

**Step 3**

# Lead by Example



As their Leader, set the tone for acceptable behavior in the workplace. It's hard to enforce it if Leadership is not adhering to it as well.

**Make sure you walk the talk.**

**Step 4**

# Consistently Enforce Company Policy



AutoNation has a specific policy on harassment titled, "Policy Prohibiting Harassment" located in the Associate Handbook. The policy prohibits harassment based on race, sex, religion, color, national origin, age, disability, sexual orientation or any other basis prohibited by applicable law.

Consistently follow this guide when inappropriate situations arise. Behaviors are a tricky subject and become even more difficult to punish when one person gets away with displaying them, but another does not.

Disciplining inconsistently can lead to discrimination claims, so ensure you are establishing fair and progressive disciplinary procedures.

*SEE* something. *DO* something. *REPORT IT!*

## Knowledge Check

Now that you've completed this lesson, take a few minutes to check your knowledge. This matching exercise is not graded. It's simply for you to see how well you're retaining the information.



*Match the step number with the correct step.*

| Step 2 | Educate your staff |
| Step 4 | Enforce Company policy |
| Step 1 | Identify inappropriate behavior |



Complete the content above before moving on.

*Lesson 5 of 7*

# Using the Job Aid



"The future depends on what you do today."
-*Mahatma Gandhi*

# What will I learn?

Here are the things you'll learn during this lesson:

**1**     Key areas of the job aid

**2**     How it helps you effectively manage inappropriate behavior

# How can it help me?

The **"A Leader's Duty to Act!"** job aid is provided below. It is a helpful tool used to address and stop inappropriate behavior within your team.



📄 **A Leader's Duty to Act Job Aid.pdf**
75.5 KB                                                              ⬇



*Click image to zoom.*

# Let's learn about the different sections...

*Click on each numbered area to learn more.*





## SEE something. DO something. REPORT IT!

This is the most important thing to remember from this course...

**SEE** something.

**DO** something.

**REPORT IT!**



## Address Inappropriate Behavior

Listed here are the best practices to follow when addressing inappropriate behavior with an Associate(s).

Be prepared.

Be brief.

Be specific.

Explain the impact.

Stay calm.



## Stop Inappropriate Behavior

Listed here is the step by step process for stopping inappropriate behavior of an Associate(s).

1. Identify inappropriate behavior.
2. Educate your staff.
3. Lead by example.
4. Consistently enforce your policies.

*SEE* something. *DO* something. *REPORT IT!*

## Knowledge Check

Now that you've completed this lesson, take a moment to check your knowledge. This information is not graded, but simply there for you to see how well you're retaining the information.

***True or False...*** This job aid can help you address and stop inappropriate behavior within your team.

_____

◯        True

◯        False

**SUBMIT**

🔒        Complete the content above before moving on.

*Lesson 6 of 7*

# Quiz

————————

Let's take some time to see what you've learned from this course and provide you an opportunity to demonstrate your knowledge. There are five questions and you'll need to score 80% to pass. You can take the quiz as many times as you need to. Good luck!

*Question*

**01/05**

**How do you complete this statement?** *Hint: It's 2 words.*

SEE something. DO something.

Type your answer here

*Question*

02/05

**True or False...** inappropriate behavior is unwarranted, demeaning or otherwise offensive conduct.

○    True

○    False

*Question*

**03/05**

What actions are considered inappropriate behavior? ***Select all that apply.***

---

☐     Extended staring at a new coworker

☐     Shaking hands with a new coworker

☐     Quick neck massage for a Customer

☐     Jokingly pinching a coworker

☐     Intentional flatulence for laughs

☐     Smiling and greeting your Manager

*Question*

04/05

Using your best judgment, match the inappropriate behavior with the course of action.

| Intentional Flatulence | Meeting w/Individual, Documented, Reported |
| Sexual Touching/Pinching | Contact Human Resources Immediately |

*Question*

05/05

Who can you contact to report inappropriate behavior? ***Select all that apply.***

---

☐  Any Manager

☐  Other Coworkers

☐  Corporate/Region Human Resources

☐  Business Ethics Department

☐  Communications Department

☐  Legal Department

☐  Alertline

*Lesson 7 of 7*

# Summary

---



**Key Takeaways**

## Your responsibility as an AutoNation Leader...

*Addressing inappropriate behavior is a crucial part of your responsibilities. When an inappropriate situation or behavior is observed or brought to your attention, it becomes top priority over any other responsibilities.*



**Types of Inappropriate Behavior**

- Comments or jokes of a sexual nature or regarding race, religion, age and disability

- Suggestive body language and flirty gestures

- Deliberate touching, leaning into or cornering

- Offensive or vulgar acts

## REPORTING MISCONDUCT

When you have become aware of inappropriate behavior, you must address it and report it as quickly as possible. Generally, Corporate or Region Human Resources will conduct all investigations of reports of unlawful sexual harassment or other inappropriate behavior. As a Leader, you should let your Associates know there are various avenues available for reporting concerns as outlined in the Code of Business Ethics.

Those avenues include:

- **Alertline**

- **Any Manager**

- **Legal Department**

- **Business Ethics Committee**

- **Corporate and/or Region Human Resources**



## Using the Job Aid

This job aid will prove important to you when addressing and stopping inappropriate behavior. It is a quick reference tool and reminder of what to do when behavioral issues arise.





## SEE something. DO something. REPORT IT!

This is the most important thing to remember from this course...

**SEE** something.

**DO** something.

**REPORT IT!**



## Address Inappropriate Behavior

Listed here are the best practices to follow when addressing inappropriate behavior with an Associate(s).

Be prepared.

Be brief.

Be specific.

Explain the impact.

Stay calm.



## Stop Inappropriate Behavior

Listed here is the step by step process for stopping inappropriate behavior of an Associate(s).

1. Identify inappropriate behavior.
2. Educate your staff.
3. Lead by example.
4. Consistently enforce your policies.



## Action Steps

Take some time to implement what you've learned and incorporate it into your leadership routine. Provided below is the job aid, "A Leader's Duty to Act" that will help you address and stop inappropriate behavior.

| | | |
|---|---|---|
| PDF | **A Leader's Duty to Act Job Aid.pdf**<br>75.5 KB | ↓ |



**SEE** something. **DO** something. **REPORT IT!**

# Thank you!

**Click to receive credit for this module.**

EXIT COURSE

ⓘ   If you're viewing this course on a **SMARTPHONE**, use your phone's back button to return to the beginning of this course.