**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Language Select Screen**

Select your desired language from the list below.

**English**

Submit

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Anti-Harassment**

There are audio and video elements within this course.

| | |
|---|---|
| Menu Bar | Audio button to turn course audio on and off. Menu button to return to the home screen. More button to view the menu options available. |
| Navigation | Use the arrow buttons to navigate forward and back through a topic. To complete a topic, visit every screen and pass the end-of-topic assessment. Summary unlocks when all other topics are complete. |
| Additional Content | Select the plus icon to view additional content. |
| Video | Select the Play button to view a video. |

Start Course

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

"Don't become part of the problem by ignoring harassment and discrimination. We need you to speak up so we can put a stop to harmful behavior."

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

We all want to work in an environment free from harassment and discrimination.

Let's start with a quick 40-second video.



ON-SCREEN TEXT:

**Tailor Your Training**

This training focuses on our expectations around behavior in the workplace and how each of us is expected to treat our fellow associates. This training is intended to help you recognize situations that may involve harassment or discrimination and identify what to do when you experience or witness these situations in the workplace.

Answer the following and we'll customize the content for you.

1. Are you a supervisor or do you have regular management level responsibilities even if you do not supervise any associates?

- Yes
- No

For purposes of this training, note the following:

**AutoNation**                                    *ANTI-HARASSMENT*

---

Associates in "lead" positions are typically not supervisors (such as lead receptionists or cashiers, or technician group leaders), although they may provide some instruction or guidance to other associates at times; nor do they have management level responsibilities.

Also, Associates in certain positions with "manager" in their job title do not have any regular management level responsibilities (such as CFS managers and customer relations managers).

*Questions? Please contact your supervisor.*

2. Select your primary work location. Once you make your selection, click Submit.

- California
- Connecticut
- Delaware
- Illinois
- New York
- Another US State

Submit

**AutoNation**                    *ANTI-HARASSMENT*



**AutoNation**                    *ANTI-HARASSMENT*

---

*ON-SCREEN TEXT:*

---

1.  California Training Requirement (1 min)
2.  Connecticut Training Requirement (1 min)
3.  Training Time Requirement (1 min)
4.  What Is Harassment? (4 min)
5.  What Is Discrimination? (4 min)
6.  Protected Groups (7 min)
7.  Intent vs. Perception (6 min)
8.  What Is Retaliation? (8 min)
9.  US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                                    *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)



*ON-SCREEN TEXT:*

**Training Requirement**

State law in California mandates that all employers with five or more employees provide two hours of sexual harassment training for all staff in a supervisory position, and one hour of training for all staff in a non-supervisory position. This training fulfills that requirement.

This training will take supervisors approximately two hours to complete, and approximately one hour to complete for non-supervisors.

If you finish the training in less than the time specified for your role, you need to wait until the time limit elapses before you close your browser window and exit the course.

If you exit the course before the time limit elapses, you won't be marked as having completed this training.

If you reach the final topic within the time limit, you will be advised to review the content again. Select the Next arrow to continue.



**AutoNation**                    *ANTI-HARASSMENT*

ON-SCREEN TEXT:

**Training Requirement**

State law in California mandates that all employers with five or more employees provide one hour of sexual harassment training for all employees. This training fulfills that requirement.

This training will take you approximately one hour to complete.

If you finish the training in less than one hour, you need to wait until the one-hour time limit elapses before you close your browser window and exit the course.

If you exit the course before the one-hour time limit elapses, you won't be marked as having completed this training.

If you reach the final topic within one hour, you will be advised to review the content again.

Select the Next arrow to begin your training.

**AutoNation**                    *ANTI-HARASSMENT*



**AutoNation**                    *ANTI-HARASSMENT*

---

*ON-SCREEN TEXT:*

---

1. California Training Requirement (1 min)
2. Connecticut Training Requirement (1 min)
3. Training Time Requirement (1 min)
4. What Is Harassment? (4 min)
5. What Is Discrimination? (4 min)
6. Protected Groups (7 min)
7. Intent vs. Perception (6 min)
8. What Is Retaliation? (8 min)
9. US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                    *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

**AutoNation**                                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Training Requirement**

State law in Connecticut mandates that all employers with three or more employees provide two hours of sexual harassment training for all staff. Employers with fewer than three employees are required to provide this training to supervisory employees.

This training fulfills that requirement.

This training will take you approximately two hours to complete. If you finish the training in less than two hours, you need to wait until the two-hour time limit elapses before you close your browser window and exit the course.

If you exit the course before the two-hour time limit elapses, you won't be marked as having completed this training.

If you reach the final topic within two hours, you will be advised to review the content again.

Select the Next arrow to begin your training.

**AutoNation**                    *ANTI-HARASSMENT*



**AutoNation**                                        *ANTI-HARASSMENT*

*ON-SCREEN TEXT:*

1.  California Training Requirement (1 min)
2.  Connecticut Training Requirement (1 min)
3.  Training Time Requirement (1 min)
4.  What Is Harassment? (4 min)
5.  What Is Discrimination? (4 min)
6.  Protected Groups (7 min)
7.  Intent vs. Perception (6 min)
8.  What Is Retaliation? (8 min)
9.  US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                                    *ANTI-HARASSMENT*

---

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

NAVARRO v. HOLLYWOOD IMPORTS - 1285

**AutoNation**                              *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Training Requirement**

State law mandates that you take two hours of sexual harassment training. This training fulfills that requirement.

This training will take you approximately two hours to complete.

If you finish the training in less than two hours, you need to wait until the two-hour time limit elapses before you close your browser window and exit the course.

If you exit the course before the two-hour time limit elapses, you won't be marked as having completed this training.

If you reach the final topic within two hours, you will be advised to review the content again.

Select the Next arrow to begin your training.

**AutoNation**                    *ANTI-HARASSMENT*



**AutoNation**                              *ANTI-HARASSMENT*

*ON-SCREEN TEXT:*

1.  California Training Requirement (1 min)
2.  Connecticut Training Requirement (1 min)
3.  Training Time Requirement (1 min)
4.  What Is Harassment? (4 min)
5.  What Is Discrimination? (4 min)
6.  Protected Groups (7 min)
7.  Intent vs. Perception (6 min)
8.  What Is Retaliation? (8 min)
9.  US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                              *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

**AutoNation**                                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Help us create a harassment-free work environment.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Can you help Imani?



ON-SCREEN TEXT:

**Imani and the New Team Member**

Hamid is the newest member of Imani's team. In his first team meeting, their manager makes a joke about Hamid's nationality when introducing him. On numerous occasions over the next few months Imani overhears her manager making jokes at Hamid's expense based on his nationality.

Imani asks you if you think this is harassment.

What should you tell her?

- Yes, this is definitely harassment and Imani needs to report it immediately.
- This could be harassment. It all depends on how Hamid, or anyone else in the meeting, perceives the jokes. If anyone is offended, this could be considered harassment. The best course of action is to avoid making jokes that could offend someone.

**AutoNation**                    ***ANTI-HARASSMENT***

- No, this definitely isn't harassment. Imani's manager is only joking around in an effort to help Hamid integrate into the team.

Submit



ON-SCREEN TEXT:

Correct answer:

- This could be harassment. It all depends on how Hamid, or anyone else in the meeting, perceives the jokes. If anyone is offended, this could be considered harassment. The best course of action is to avoid making jokes that could offend someone.

**AutoNation**                                      ***ANTI-HARASSMENT***



*ON-SCREEN TEXT:*

**Remember…**

The way in which someone perceives a comment or action is much more important than how the comment or action was intended. If the individual on the receiving end of the comment or action is offended, or if someone else who witnesses the comment or action is offended, this could create a hostile work environment and could be considered harassment.

The intent of the person making the joke is not relevant when determining whether or not harassment occurred.

AutoNation prohibits harassment based on sex, gender, race, color, national origin, religion, disability, age or any other protected characteristic. You can review the Company's policies prohibiting harassment in the Business Ethics Program materials and the Associate Handbook available on DealerCentral and in the **Resources** section of this course.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Funny Emails?**

Imani's colleague Jill loves to send emails to their group that she finds funny. Sometimes the images and content in the emails are quite risqué, and sometimes include jokes on religion and sexuality. The jokes are never aimed at any specific members of Imani's team.
Imani is worried her friend's emails may be considered harassment.

What should you tell her?

- Maybe, if any of the recipients find the email content offensive; and as Jill sends these types of emails regularly, this could contribute to a hostile work environment.
- No, as it's a group email and the jokes aren't aimed at anyone in the team, this couldn't be considered harassment.
- Yes, this is definitely harassment as it's never okay to tell jokes about religion or sexuality.

Submit



ON-SCREEN TEXT:

**Correct answer:**

- Maybe, if any of the recipients find the email content offensive; and as Jill sends these types of emails regularly, this could contribute to a hostile work environment.

**AutoNation**                              *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Remember...**

Employees shouldn't use their company email account to send risqué jokes to colleagues.

A constant stream of emails with jokes on religion and sexuality risk offending some colleagues.

Remember, jokes that offend some colleagues could contribute to an offensive, hostile work environment.

Importantly, AutoNation's Electronic Communication policy in the Associate Handbook states that Associates should never send or forward an email which contains content or attachments which may be considered offensive or disruptive, or which may violate any company policy or the law.

You may review this policy in the Associate Handbook available on DealerCentral and in the **Resources** section of this course.



*ON-SCREEN TEXT:*

**Dating Advice**

Imani overhears Lee offering dating advice to his colleague Carlos. "Wear that new shirt you wore last week. You look great in it!"

Carlos responds, "Thanks, I love that shirt, too."

What should Imani do in this situation?

- Nothing. This is a friendly conversation and doesn't constitute harassment.
- Report what she heard to her line manager as this could be considered harassment.
- Have a quiet word with Lee and tell him that this sort of conversation is unacceptable.

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

## Correct answer:

- Nothing. This is a friendly conversation and doesn't constitute harassment.

**AutoNation**                     *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Thanks for helping Imani.**

Remember that perception is key to determining if a statement could be considered harassment. If either Lee or Carlos voiced discomfort with the situation, Imani might need to reconsider, but there is no red flag for harassment here.

It's important that you:

- Understand what can constitute harassment in the workplace.
- Know when a person is being harassed.
- Know what to do if you experience or witness harassment.

The **Complaint Process** section of this course outlines how to report harassment and other violations of the Business Ethics policies or the law. We will review reporting avenues in more detail in the course.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Ready to show what you know?**

Answer 5 questions to complete this assessment.

Pass mark: 80%

Start

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Harassment is unwelcome conduct, specifically of a physical or sexual nature, that leaves the victim physically or emotionally damaged. It does not apply to verbal and/or visual conduct.

- True
- False

Submit



ON-SCREEN TEXT:

Correct answer:

- False

**Next Question**



ON-SCREEN TEXT:

Bijan's colleague, Daniel, had a stroke a few months ago, and they still experience difficulty speaking. Bijan finds it difficult to understand Daniel at times, so he says, "I want to make sure that we are communicating effectively, so would you be comfortable with my following up on our conversations with an email outlining our action items?"

Could this be considered harassment?

- Yes
- No

Submit



**ON-SCREEN TEXT:**

Correct answer:

- No

**Next Question**

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Nathalie works with Juan. After a successful client meeting, Juan tells them, "You did a great job today!"

Could this be considered harassment?

- Yes
- No

Submit

**AutoNation**                     *ANTI-HARASSMENT*



ON-SCREEN TEXT:

<span style="color:green">Correct answer:</span>

- No

**Next Question**



ON-SCREEN TEXT:

Ciara's team are planning a team outing, and they'd like to go to a cocktail bar. Ciara knows her colleague, Javid, doesn't drink alcohol. She's not sure if it's for religious or personal reasons, so she says they should consider options that don't involve alcohol.

Could this be considered harassment?

- Yes
- No

Submit

AutoNation                         *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:

- No

**Next Question**



*ON-SCREEN TEXT:*

Julia just got back to the office after a two-week vacation in the sun. When her colleague, Tom, sees her, he says, "Wow, you've got a great tan!"

Could this be considered harassment?

- Yes
- No

Submit

**AutoNation**                              *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:

- No

**Summary**

**AutoNation**                     *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Summary**

Harassment is unwelcome conduct, specifically of a physical or sexual nature, that leaves the victim physically or emotionally damaged. It does not apply to verbal and/or visual conduct.
You answered: False

Bijan's colleague, Daniel, had a stroke a few months ago, and they still experience difficulty speaking. Bijan finds it difficult to understand Daniel at times, so he says, "I want to make sure that we are communicating effectively, so would you be comfortable with my following up on our conversations with an email outlining our action items?"
Could this be considered harassment?
You answered: No

Nathalie works with Juan. After a successful client meeting, Juan tells them, "You did a great job today!"
Could this be considered harassment?
You answered: No

**AutoNation**  *ANTI-HARASSMENT*

Ciara's team are planning a team outing, and they'd like to go to a cocktail bar. Ciara knows her colleague, Javid, doesn't drink alcohol. She's not sure if it's for religious or personal reasons, so she says they should consider options that don't involve alcohol.
Could this be considered harassment?
You answered: No

Julia just got back to the office after a two-week vacation in the sun. When her colleague, Tom, sees her, he says, "Wow, you've got a great tan!"
Could this be considered harassment?
You answered: No

You've got it!

**AutoNation**                    *ANTI-HARASSMENT*



**AutoNation**                          *ANTI-HARASSMENT*

---

*ON-SCREEN TEXT:*

---

1. California Training Requirement (1 min)
2. Connecticut Training Requirement (1 min)
3. Training Time Requirement (1 min)
4. What Is Harassment? (4 min)
5. What Is Discrimination? (4 min)
6. Protected Groups (7 min)
7. Intent vs. Perception (6 min)
8. What Is Retaliation? (8 min)
9. US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                                    *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**What Is Discrimination?**

Discrimination refers to unequal or unfair treatment of an individual or a group based on certain characteristics protected by law.
Select each person's image to learn how discrimination has affected them.

**→ Harumi**

When Harumi realized that her physical disability was preventing her promotion to senior management, she wasn't just hurt. She felt like her entire career had been a lie.

**→ Kenneth**

Kenneth couldn't believe it when he heard his colleague use a racial slur.

He'd always thought his office was a respectful environment.

**→ Ernesto**

**AutoNation**                              *ANTI-HARASSMENT*

When Ernesto overheard his boss say that he wouldn't consider Ernesto for a promotion because he was 55, he was devastated.

He had an excellent service record for the 15 years he'd worked for the company, and now he was being passed over for promotion because of his age.

### → Deepa

Deepa was shocked when she discovered that her religion mattered more to her boss than her performance did.

A colleague told her that her boss said he was looking to transfer her to another team because he didn't like working with people "like her."

### → Never Acceptable

Discrimination is never acceptable.

You have a legal and ethical responsibility to guard against this inappropriate workplace conduct.

AutoNation is committed to equal employment opportunity for all associates and applicants for employment. Our Equal Employment Opportunity (EEO) policy is included in the Business Ethics Program materials and the Associate Handbook available on DealerCentral and in the **Resources** section of this course.

Select the Next arrow to continue.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Can you help Kelly?**

**AutoNation**                    *ANTI-HARASSMENT*




ON-SCREEN TEXT:

**Religious Holidays**

Adnan has secured time off for a religious holiday, but two of his colleagues have called in sick. As his manager, Kelly knows that Adnan requested the day off, but now she faces a staff shortage.

Kelly asks your advice.

Which three actions can she take?

- Ask another member of staff to cover for the sick colleagues, and respect Adnan's request.
- Tell Adnan that he must work on the religious holiday to cover his colleagues.
- Discuss the challenge with HR to help identify alternatives. It may be necessary for Adnan to come into work, but Kelly should continue to explore other options.
- Arrange for contractors to cover Adnan's absence.

Submit

**AutoNation**                    *ANTI-HARASSMENT*





*ON-SCREEN TEXT:*

<span style="color:green">Correct answers:</span>

- Ask another member of staff to cover for the sick colleagues, and respect Adnan's request.
- Discuss the challenge with HR to help identify alternatives. It may be necessary for Adnan to come into work, but Kelly should continue to explore other options.
- Arrange for contractors to cover Adnan's absence.

**AutoNation**                          *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Remember…**

If a day off has been approved, and the circumstances change, it may sometimes be necessary to ask an employee to work.

Religious accommodation laws allow employers to engage in discussion about these kinds of issues. Employees with sincerely held religious beliefs will be accommodated where possible.

If you are ever in doubt about what action you should take, contact your HR Representative listed in the **Contacts** section for guidance.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Promoting When Pregnant**

Kelly wishes to promote someone from her team to a more senior role. Lila has applied for the promotion, and Kelly has determined that she's the best candidate.

Last night, she saw that Lila made a Facebook status update announcing her pregnancy. She asks your advice.

What should Kelly do?

- Promote Lila as she is the most suitable candidate for the role.
- Promote another candidate since Lila will be on maternity leave soon.
- Defer Lila's promotion until after her maternity leave.
- Tell Lila that she should apply again when her child is older.

Submit

**AutoNation**                      *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

## Correct answer:

- Promote Lila as she is the most suitable candidate for the role.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Remember...**

Always select the best candidate for the position. An individual's pregnancy cannot affect your decision.

Remember, it is never acceptable to discriminate against anyone because of pregnancy.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Age Considerations**

Kelly needs to promote someone from her team to a senior role. She's carried out interviews and assessed the capabilities of her current colleagues.

Musheer is the outstanding candidate. Kelly tells you that Musheer is nearly 60, and she's worried that he may retire in the next year or so. Then, Kelly would have to go through the hiring process again.

What should you tell Kelly?

- Promote Musheer as he is the best candidate.
- Hire the next best candidate.
- Seek assurances from Musheer that he doesn't intend to retire in the next three years.

Submit



*ON-SCREEN TEXT:*

**Correct answer:**

- Promote Musheer as he is the best candidate.

**AutoNation**                    *ANTI-HARASSMENT*





ON-SCREEN TEXT:

**Thanks for helping Kelly.**

If Musheer is the most qualified candidate, and Kelly decides not to offer him the promotion because of his age, Kelly is leaving herself and the company open to a discrimination complaint from Musheer.

Remember, you cannot decide against promoting or hiring someone based on their age.

It's important that you:

- Can identify discrimination in the workplace.
- Understand the different types of discrimination and protected classes.
- Know when a person is being discriminated against.

If you ever witness, or are subject to discrimination, you must report it in compliance with our policies and as outlined in the **Complaint Process** section of this course.

**AutoNation**                          *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Time for a quick assessment.**

Answer 5 questions to complete this assessment.

Pass mark: 80%

Start



**AutoNation**

*ANTI-HARASSMENT*

ON-SCREEN TEXT:

Harriet is gay, and she's applied for a promotion in her team. Unfortunately, she wasn't successful, because she's only just completed a performance improvement plan, and her manager wants to monitor her progress over the next six months before considering her for a promotion.

Could this be considered discrimination?

Is this appropriate?

- Yes
- No

Submit



**AutoNation**                    *ANTI-HARASSMENT*

ON-SCREEN TEXT:

Correct answer:

- No

**Next Question**



ON-SCREEN TEXT:

Gita did not get a recent promotion. She was the most qualified candidate, but her line manager knows she is pregnant and doesn't want to have to arrange for cover during her maternity leave.

Could this be considered discrimination?

- Yes
- No

Submit



ON-SCREEN TEXT:

Correct answer:

- Yes

**Next Question**



ON-SCREEN TEXT:

Over the past year, Aayla has asked her manager numerous times if he could enroll her in some internal training programs because she thinks it will help advance her career. Her manager always says, "she's not ready," but provides no further explanation. Aayla is black, and she's noticed that her Caucasian colleagues are never denied any training opportunities.

Could this be considered discrimination?

- Yes
- No

Submit



ON-SCREEN TEXT:

Correct answer:

- Yes

**Next Question**



ON-SCREEN TEXT:

It is lawful to discriminate against someone because of their association with a person with an actual or perceived protected characteristic.

- True
- False

Submit



ON-SCREEN TEXT:

Correct answer:

- False

**Next Question**

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

James is hiring for an opening. One of the candidates uses a wheelchair. Because the office has poor wheelchair access, James decides not to interview her.

Could this be considered discrimination?

- Yes
- No

Submit



ON-SCREEN TEXT:

Correct answer:

- Yes

Summary

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

_____

**Summary**

Harriet is gay, and she's applied for a promotion in her team. Unfortunately, she wasn't successful, because she's only just completed a performance improvement plan, and her manager wants to monitor her progress over the next six months before considering her for a promotion.
Could this be considered discrimination?
You answered: No

Gita did not get a recent promotion. She was the most qualified candidate, but her line manager knows she is pregnant and doesn't want to have to arrange for cover during her maternity leave.
Could this be considered discrimination?
You answered: Yes

Over the past year, Aayla has asked her manager numerous times if he could enroll her in some internal training programs because she thinks it will help advance her career. Her manager always says, "she's not ready," but provides no further explanation. Aayla is black, and she's noticed that her Caucasian colleagues are never denied any training opportunities.

**AutoNation**                    *ANTI-HARASSMENT*

---

Could this be considered discrimination?
You answered: Yes

It is lawful to discriminate against someone because of their association with a person with an actual or perceived protected characteristic.
You answered: False

James is hiring for an opening. One of the candidates uses a wheelchair. Because the office has poor wheelchair access, James decides not to interview her.
Could this be considered discrimination?
You answered: Yes

 That's it!

**AutoNation**                    *ANTI-HARASSMENT*



**AutoNation**                    *ANTI-HARASSMENT*

---

*ON-SCREEN TEXT:*

---

1.  California Training Requirement (1 min)
2.  Connecticut Training Requirement (1 min)
3.  Training Time Requirement (1 min)
4.  What Is Harassment? (4 min)
5.  What Is Discrimination? (4 min)
6.  Protected Groups (7 min)
7.  Intent vs. Perception (6 min)
8.  What Is Retaliation? (8 min)
9.  US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                    *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Protected Groups**

What do we mean by protected groups?

A protected group is a collection of individuals who are protected from discrimination under applicable laws based on the characteristics of the group. This ensures that decisions are made on merit, not prejudice.

Protected characteristics include race, religion, creed, color, citizenship, national origin, age, sex, gender identity/expression, sexual orientation, marital status, disability, and genetic information.

→ Yuki

**AutoNation**                                        *ANTI-HARASSMENT*

---

"I'm the only foreign national on my team, but I'm treated just the same as my colleagues. We're also a really ethnically mixed team. Everyone receives the same level of respect, and we focus on our individual skills, not our individual backgrounds."

Discrimination on the grounds of national origin includes unfavorable treatment of a person due to their ethnic background, or the ethnic backgrounds of those with whom they choose to associate. Discrimination against someone because of their race or skin color is never acceptable.

**→ Zara**

"I'm expecting my second child this year, but I'm still on track for a senior management position."

Discrimination laws forbid treating women unfavorably because of pregnancy, childbirth, or a related medical condition.

**→ Hilary**

"My employer has gone above and beyond to accommodate my disability needs."

Employers must provide reasonable accommodation to employees or applicants with disabilities to help them perform the essential functions of a job, unless doing so would create an undue hardship as defined by local laws, or a risk of danger to the safety of the employee or others.

**→ Liza**

"I'm 52 next birthday, but that won't stop me being promoted if I'm the right person for the job!"

It is not acceptable to discriminate against individuals on the basis of their age.

**→ Jana**

"My beliefs and dress have never been an issue for my employers, so I can focus on my job and not worry about what others are thinking."

Employers may not discriminate against an individual's religious beliefs and must provide appropriate reasonable accommodations for employees with regard to those beliefs.



**ANTI-HARASSMENT**

Select the Next arrow to continue.

NAVARRO v. HOLLYWOOD IMPORTS - 1348

**AutoNation**                     *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Can you help Javiar?**

**AutoNation**                      *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Drafting the Job Advertisement**

Javier needs to fill a managerial position without discriminating.

He has compiled three drafts for the job advertisement. Which draft should he use to avoid discriminating against potential candidates?

Select the best draft.

- Managerial position at a fast-growing international company. 25% travel required, both national and international. Degree level candidates with at least five years' managerial experience required.
- Managerial position at a fast-growing international company. 25% travel required, both national and international, so full mobility required. Degree level candidates with at least five years' managerial experience required.

 **ANTI-HARASSMENT**

---

- Managerial position at a fast-growing international company. 25% travel required, both national and international. Only candidates under 45, as regular long-distance travel involved.

Submit

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

<span style="color:green">**Correct answer:**</span>

- Managerial position at a fast-growing international company. 25% travel required, both national and international. Degree level candidates with at least five years' managerial experience required.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Remember...**

Employers cannot reject candidates based on a disability or age, or any other groups protected by law.

Remember, discriminatory conduct is prohibited in all aspects of the employment process, including recruitment.

You must not discriminate against protected groups during the recruitment process.
While HR typically handles the drafting of job advertisements, your input is vital on the criteria for the position and it is important that you understand what is acceptable. Refer to the company's EEO policy or seek HR guidance as needed.





ON-SCREEN TEXT:

**Providing Access**

Javier has shortlisted five candidates. One uses a wheelchair and has requested suitable parking and access to the building.

**Which two actions are acceptable for Javier to take?**
- Check access routes to the building and the room where the interviews will take place, ensuring that the candidate will not encounter any difficulties.
- Contact the candidate and explain that as the role will involve a lot of travel, she probably isn't suitable for the position.
- Offer to meet the candidate in a coffee shop across the road instead of his office.
- Check with building maintenance to see if they can reserve a parking space for the candidate so that she has easy access to the building.

Submit

**AutoNation**                    *ANTI-HARASSMENT*





*ON-SCREEN TEXT:*

<span style="color:green">Correct answers:</span>

- Check access routes to the building and the room where the interviews will take place, ensuring that the candidate will not encounter any difficulties.
- Check with building maintenance to see if they can reserve a parking space for the candidate so that she has easy access to the building.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Remember…**

Unless it causes an employer undue hardship, refusing to accommodate an applicant or employee with a disability is discrimination.

Offering to meet a candidate in an off-site location like a coffee shop is a nice gesture, but it means the interview experience will differ from the experience of other candidates. The candidate may feel at a disadvantage in a loud public environment.

Remember, always do what you can to treat all candidates equally.

**AutoNation**                    *ANTI-HARASSMENT*




ON-SCREEN TEXT:

**Possible Pregnancy**

Javier's first choice candidate tells him that she is getting married in the summer and would like to have children "in the next few years."

What are the consequences if he rejects her application because she might become pregnant and vacate the position?

Which two of these are possible consequences?

- Javier would leave himself open to potential legal action that could result in liability to the company and potential personal liability for himself.
- None. Javier would be perfectly within his rights. The candidate could become pregnant and take maternity leave, forcing Javier to fill the position again at great cost.

**AutoNation**                                   ***ANTI-HARASSMENT***

---

- Any case of discrimination brought against the company could have a negative impact on the workforce, company productivity, profitability, and reputation.

Submit

**AutoNation**                    *ANTI-HARASSMENT*





ON-SCREEN TEXT:

Correct answers:
- Javier would leave himself open to potential legal action that could result in liability to the company and potential personal liability for himself.
- Any case of discrimination brought against the company could have a negative impact on the workforce, company productivity, profitability, and reputation.

**AutoNation**                          *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Thanks for helping Javier.**

Pregnancy is a class that is protected under law. Marital status is a class that is protected in many jurisdictions.

Rejecting a female candidate on grounds related to gender, pregnancy, or marital status is discrimination and can result in legal action, along with negative impacts to the workplace.

Remember, it's important that you:

- Do not discriminate against individuals or members of protected groups.
- Reasonably accommodate employees or interviewees with disabilities.
- Understand the penalties for discriminating against an employee either in employment or in the interview process.

**AutoNation**                                **ANTI-HARASSMENT**

---

- Take responsibility for accessing and using the policies, procedures, communications, and training opportunities made available to you.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Ready to put your knowledge to the test?**

Answer 5 questions to complete this assessment.

Pass mark: 80%

Start

**AutoNation**                                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

If a potential candidate for an open position is pregnant, it's okay to reject her application based solely on the fact that she is pregnant.

- True
- False

Submit

**AutoNation**                     *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- False

Next Question



*ON-SCREEN TEXT:*

Roy needs to fill a senior position on his team and Jodie has applied for the role. She recently got married and she's expressed an interest in having children one day. Roy decides not to offer the promotion to Jodie because she lacks the years of experience and qualifications required for the role.

Can Roy overlook Jodie for the role as she doesn't have the required experience and qualifications?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- Yes

Next Question

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Unless it causes an employer undue hardship, refusing to accommodate an applicant's or employee's religious beliefs is discrimination.

- True
- False

Submit

**AutoNation**                               *ANTI-HARASSMENT*



ON-SCREEN TEXT:

---

**Correct answer:**
- True

Next Question



**ON-SCREEN TEXT:**

Discrimination on the grounds of national origin includes unfavorable treatment of a person due to their ethnic background, or the ethnic backgrounds of those with whom they choose to associate.

- True
- False

Submit

**AutoNation**                          *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- True

Next Question

**AutoNation**                                   *ANTI-HARASSMENT*



ON-SCREEN TEXT:

A protected group is a collection of individuals who are guarded from discrimination under equal employment laws.

- True
- False

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- True

Summary



**ON-SCREEN TEXT:**

---

## Summary

If a potential candidate for an open position is pregnant, it's okay to reject her application based solely on the fact that she is pregnant.
You answered: False

Roy needs to fill a senior position on his team and Jodie has applied for the role. She recently got married and she's expressed an interest in having children one day. Roy decides not to offer the promotion to Jodie because she lacks the years of experience and qualifications required for the role. Can Roy overlook Jodie for the role as she doesn't have the required experience and qualifications?
You answered: Yes

Unless it causes an employer undue hardship, refusing to accommodate an applicant's or employee's religious beliefs is discrimination.
You answered: True

Discrimination on the grounds of national origin includes unfavorable treatment of a person due to their ethnic background, or the ethnic backgrounds of those with whom they choose to associate.
You answered: True

**AutoNation**                                    *ANTI-HARASSMENT*

---

A protected group is a collection of individuals who are guarded from discrimination under equal employment laws.
You answered: True

You've passed!

**AutoNation**                    *ANTI-HARASSMENT*



**AutoNation**                                   *ANTI-HARASSMENT*

*ON-SCREEN TEXT:*

1. California Training Requirement (1 min)
2. Connecticut Training Requirement (1 min)
3. Training Time Requirement (1 min)
4. What Is Harassment? (4 min)
5. What Is Discrimination? (4 min)
6. Protected Groups (7 min)
7. Intent vs. Perception (6 min)
8. What Is Retaliation? (8 min)
9. US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                    *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)



ON-SCREEN TEXT:

**Intent vs. Perception**

Select each topic to examine the concept of intent vs. perception in a real-life example.

**→ Michael and Isabella**

Michael and Isabella both work in the same department. On a number of occasions, Michael has commented on Isabella's clothing. Today he told her that she looks really good in her skirt. How does Isabella perceive the comment? What could be the intent of Michael's comment? Is this an example of sexual harassment?

**→ What Is the Difference?**

An important element in this situation is the difference between intent and perception. Sometimes we are unaware that our words or tone may be interpreted differently by the individual we are addressing.

What you may intend to be a harmless comment or action may be perceived differently by the person on the receiving end.

**AutoNation**                                    *ANTI-HARASSMENT*

---

### → In This Case

In this case, Michael may feel he's just complimenting Isabella, but she may perceive his comment as a sexual advance.

Whether or not you think something is just harmless fun or a friendly comment, you need to abide by our guidelines to avoid the perception of harassment. When in doubt, the best option is to avoid making such comments.

### → Burden of Proof

If Isabella feels harassed by Michael's actions, and she ultimately wants to file a harassment claim, it will be up to her to prove that unlawful harassment occurred.

AutoNation requires all associates to report known or suspected violations of the Business Ethics policies or the law through the appropriate channels. This will provide the company with an opportunity to investigate and take any appropriate action.

If you ever need to report an instance of known or suspected harassment, or even a concern, you can find the proper reporting channels in the Complaint Process section of this course and in AutoNation's policies prohibiting harassment available on DealerCentral and in the Resources section.

### → The Importance of Perception

To put it another way, Michael might 'intend' that his comments toward his colleague are innocent, but Isabella may take offense at what was said or done, regardless. She may 'perceive' that his comments were offensive.

Perception is much more important than intent.

Select the Next arrow to continue.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Tariq needs your help!**

**AutoNation**              *ANTI-HARASSMENT*




ON-SCREEN TEXT:

**Proof of General Discrimination**

Tariq just joined Leah and Sam's team. Leah has trouble pronouncing Tariq's name and has told Tariq that she just plans to call him Ricky, which is easier. When Tariq asked Leah to call him by his actual name, Sam laughed and said, "Don't be so stuck up."

Leah and Sam refuse to invite Tariq to lunch and other team outings. Tariq feels very left out and has not been able to participate in certain team conversations about strategy, which often occur over the weekly team lunch meetings.

Tariq asked you if you think this could be an example of unlawful discrimination.

**What two things should you say?**

- No, because names are not a protected class.
- No, because Leah has trouble pronouncing foreign-sounding names.
- Yes, if he can show that he suffered an adverse employment action because of his protected class or trait.

 **ANTI-HARASSMENT**

- Yes, because Leah may be creating a severe and pervasive hostile work environment based on Tariq's national origin.

Submit

**AutoNation**      *ANTI-HARASSMENT*





ON-SCREEN TEXT:

<span style="color:green">Correct answers:</span>

- Yes, if he can show that he suffered an adverse employment action because of his protected class or trait.

- Yes, because Leah may be creating a severe and pervasive hostile work environment based on Tariq's national origin.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Thanks for helping Tariq.**

Tariq may have a viable claim for discrimination if he can show that Leah's actions were intentional and her bias was a determinative factor in the decision not to invite him to lunch and other team meetings.

Although rarely encountered, discrimination claims can also be proved by direct evidence of the individual's discriminatory intent.

For example, if Leah had told Tariq that because of his national origin, ancestry, or race, she would not invite him to team meetings, that would be direct evidence of discriminatory intent by Leah.

As you should recall from the recent Business Ethics manager course on Equal Employment Opportunity, employees who assert discrimination claims must show that they suffered an adverse employment action because of their protected class or trait. Proof of this "causal connection" is at the heart of employment claims.

**AutoNation**                          *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Can you help Aung?**

NAVARRO v. HOLLYWOOD IMPORTS - 1385

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Proof of Age Discrimination**

Aung is promoting one of her team members. She chooses Keith because he best suits the role. Bill, who is 55, also applied and was unsuccessful.

This was Bill's third application for this position. He takes a claim for age discrimination to Human Resources.

Aung asks you what kind of proof would support Bill's claim.

**What would you tell her?**

- Aung and the company intentionally passed him over for the promotion because Aung feels he is too old to do the job.
- He has given the company over 15 years of excellent service.
- He has made three previous applications for the same position in the past.

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:

- Aung and the company intentionally passed him over for the promotion because Aung feels he is too old to do the job.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Remember…**

In order for an employee to make a legal showing of age discrimination, they must show that:

- They were qualified for the position or performed their job satisfactorily.
- There was an adverse employment action (i.e., that they did not get the job or that they were fired).
- A substantially younger individual with equal or inferior qualifications obtained the job.

Remember, it's important that a manager can show that they hired a candidate because they were the best candidate for the job.



**ON-SCREEN TEXT:**

**Legitimate Reasons**

Bill has filed a claim against Aung on grounds of age discrimination. She needs to present legitimate non-discriminatory reasons why Bill didn't get promoted.

Aung asks you what reasons she could give.

**Which two of these are legitimate reasons?**

- The candidate who got the promotion was more qualified than Bill.
- As the job involves a lot of foreign travel, Bill was too old for the position.
- As the client base is young, a younger candidate would be more suited to the role.
- Bill has the qualifications, but his performance hasn't merited the promotion.

Submit



**ON-SCREEN TEXT:**

Correct answers:

- The candidate who got the promotion was more qualified than Bill.
- Bill has the qualifications, but his performance hasn't merited the promotion.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Thanks for helping Aung.**

Aung needs to present a legitimate, non-discriminatory reason why Bill didn't get promoted.

She must show that the candidate hired was best suited for the job.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Intent vs. Perception**

Imani is a new hire who reports directly to Joseph, who is known in the company for his sense of humor. As Joseph introduces Imani to her new colleagues, he makes a joke about Imani's nationality.

Imani asks you if this could be harassment.

**What would you tell her?**

- It could be. It all depends on the circumstances, including how Imani, and others in the group, perceive the comment. Given this uncertainty, the best course of action is not to make such a comment.
- No, as Joseph is known to have a sense of humor, everyone will know he is joking.
- Yes, this is a definite case of harassment. Even if Joseph has a sense of humor, he shouldn't make statements like this.

Submit

**AutoNation**                     *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Correct answers:

- The candidate who got the promotion was more qualified than Bill.
- Bill has the qualifications, but his performance hasn't merited the promotion.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Thanks for helping Imani.**

Remember, you might not intend a comment to be offensive, but it may be perceived in that way.

The impact of a perceived offense can be given greater weight in law than the original intent.

It's important that you:
- Understand how certain actions or comments may be perceived.
- Recognize that you may be called upon to prove the intent or otherwise of your actions.

If you have any questions on this topic, please contact your HR representative (see the Contacts section).

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Ready to put your knowledge to the test?**

Answer 5 questions to complete this assessment.

Pass mark: 80%

Start

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Tamara and Kate work together in the same department. During a meeting, Tamara made a funny comment about where Kate is from. As long as Tamara can prove that she didn't mean any harm by the comment, there can be no potential concern for harassment.

- True
- False

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

_____

**Correct answer:**
- False

Next Question



ON-SCREEN TEXT:

Ingrid has just returned to work after having a baby, who is in daycare while Ingrid is at work. Her colleague, Maria, says, "You're amazing for coming back to work. If I had to leave my kids with a stranger, I wouldn't be able to come back." Maria is quite offended by that statement, though she knows Maria meant is as a compliment.

It doesn't matter that Maria intended this as a compliment, if Ingrid is offended, this may be an incident of harassment.

- True
- False

Submit



ON-SCREEN TEXT:

Correct answer:

- True

Next Question



ON-SCREEN TEXT:

Mati's direct report, Jamal, made a joke during a meeting and everyone in the team seemed to think it was funny – including Mati. Later, another direct report, Hanora, approaches Mati and explains that she was actually very offended by what Jamal said. Mati knows Jamal didn't intend it in the way Hanora perceived it, so he shouldn't take this complaint any further.

- True
- False

Submit

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

<span style="color:green">**Correct answer:**</span>
- False

Next Question



ON-SCREEN TEXT:

If you feel a comment is offensive, even if others don't, this may be an incident of harassment.

- True
- False

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

<span style="color:green">Correct answer:</span>
- True

Next Question



ON-SCREEN TEXT:

Devlin's direct report makes a general comment about gay people; and while Devlin doesn't think it's offensive, she's worried that Cintia, a member of the LGTBQ+ community, may perceive it differently. Devlin asks her if she was offended, and she assures Devlin that she wasn't. Because Cintia confirms the comment is not offensive to the LGTBQ+ community, she shouldn't take this matter any further.

- True
- False

Submit



*ON-SCREEN TEXT:*

Correct answer:
- True

Summary



**AutoNation**                          *ANTI-HARASSMENT*

ON-SCREEN TEXT:

## Summary

Tamara and Kate work together in the same department. During a meeting, Tamara made a funny comment about where Kate is from. As long as Tamara can prove that she didn't mean any harm by the comment, there can be no potential concern for harassment.
You answered: False

Ingrid has just returned to work after having a baby, who is in daycare while Ingrid is at work. Her colleague, Maria, says, "You're amazing for coming back to work. If I had to leave my kids with a stranger, I wouldn't be able to come back." Maria is quite offended by that statement, though she knows Maria meant is as a compliment.

**AutoNation**                    *ANTI-HARASSMENT*

---

It doesn't matter that Maria intended this as a compliment, if Ingrid is offended, this may be an incident of harassment.
You answered: True

Mati's direct report, Jamal, made a joke during a meeting and everyone in the team seemed to think it was funny – including Mati. Later, another direct report, Hanora, approaches Mati and explains that she was actually very offended by what Jamal said. Mati knows Jamal didn't intend it in the way Hanora perceived it, so he shouldn't take this complaint any further.
You answered: False

If you feel a comment is offensive, even if others don't, this may be an incident of harassment.
You answered: True

Devlin's direct report makes a general comment about gay people; and while Devlin doesn't think it's offensive, she's worried that Cintia, a member of the LGTBQ+ community, may perceive it differently. Devlin asks her if she was offended, and she assures Devlin that she wasn't. Because Cintia confirms the comment is not offensive to the LGTBQ+ community, she shouldn't take this matter any further.
You answered: True

You've passed!

**AutoNation**                    *ANTI-HARASSMENT*



**AutoNation**                              *ANTI-HARASSMENT*

---

*ON-SCREEN TEXT:*

---

1. California Training Requirement (1 min)
2. Connecticut Training Requirement (1 min)
3. Training Time Requirement (1 min)
4. What Is Harassment? (4 min)
5. What Is Discrimination? (4 min)
6. Protected Groups (7 min)
7. Intent vs. Perception (6 min)
8. What Is Retaliation? (8 min)
9. US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                    *ANTI-HARASSMENT*

---

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

**AutoNation**                          *ANTI-HARASSMENT*




ON-SCREEN TEXT:

**What Is Retaliation?**

Imagine you reported bullying by your manager or a fellow associate, only to find that they subsequently spread rumors about you, or ensured you were excluded from key meetings or networking events.

What if you were called as a witness in a discrimination suit against your employer and were later overlooked for a promotion? What should you do? What protection would you have?

Our employee relations expert is here to answer some common questions on retaliation. Select each question to learn what she has to say.

**→ What Is Retaliation?**

Retaliation occurs when an employer takes some "adverse action" against an employee for undertaking some "protected activity" (such as speaking up about or opposing a discriminatory practice, or about some other conduct the employee reasonably believes to be unlawful), or takes some adverse action to try to keep an employee from undertaking a protected activity.

**AutoNation**                    *ANTI-HARASSMENT*

### → What Is a Protected Activity?

Participation in an employment discrimination proceeding is a protected activity. Participation is a protected activity, even if the proceeding involved claims that ultimately were found to be invalid.

Examples of participation include:

- Filing a charge of employment discrimination.
- Cooperating with an internal investigation of alleged discriminatory practices.
- Acting as a witness at any legal proceedings initiated because of the charge.

A protected activity can also include requesting a reasonable accommodation based on religion or disability.

### → What Is an Adverse Action?

Retaliation in the workplace can include a broad range of "adverse actions" — such as firing, demotion, reduction in salary, harassment, or any other action that adversely and materially impacts an employee's job performance or career opportunity — in payback or retribution for reporting an issue, raising a concern, or even just cooperating with an investigation of someone else's complaint.

Retaliation can also take subtler forms of adverse action, such as an unexpectedly poor performance review, being abruptly excluded from an ongoing project, or suddenly being micromanaged on every task without adequate justification.

### → What Constitutes an Adverse Action?

Adverse actions do not include petty slights and annoyances, such as isolated negative comments in an otherwise positive or neutral evaluation, or negative comments that are justified by an employee's poor work performance or history.

A negative employment action is not retaliatory merely because it occurs after the employee engages in protected activity. Employees continue to be subject to all job requirements and disciplinary rules after having engaged in such activity.

**AutoNation**                                    *ANTI-HARASSMENT*

---

If an employee's terms or conditions of employment are materially impacted, then the action taken against them is considered adverse.

**→ What Is Our Policy?**

AutoNation has strict non-retaliation policies. Retaliation not only violates our company policy and our culture, it is also against the law.

Retaliation will be addressed with serious consequences. You have a legal and ethical responsibility to guard against this inappropriate workplace conduct, and you are required to report any known or suspected retaliation which violates our Business Ethics policies or the law so that it can be addressed appropriately.

You may review our non-retaliation policies in the Business Ethics Program materials and the Associate Handbook available on DealerCentral and in the **Resources** section of this course.

Select the Next arrow to continue.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Examples of Retaliation**

Let's take a look at some real-life examples of retaliation.

Select each person's image to learn of their personal experiences of retaliation.

**→ Abigail**

"In my last company, I filed a complaint against my manager. She was discriminating against me because of my religion. She was disciplined for this. However, a year later, I was in line for a promotion. I was the most qualified candidate, but my manager promoted someone less qualified instead."

Employment actions such as termination, refusal to hire, and denial of promotion are all examples of adverse action.

**→ Pedro**

"In a previous job, a colleague of mine filed a complaint against the company for sexual harassment. Up until he filed the complaint, he never received a negative performance evaluation. However, ever since

**AutoNation**                          *ANTI-HARASSMENT*

he filed the complaint, he began to receive unjustified negative evaluations and was even threatened with termination by one of his managers."

Actions affecting employment such as threats, unjustified negative evaluations, unjustified negative references, or increased surveillance are examples of adverse action.


**→ Lucia**

"A friend of mine at another company has been really stressed lately. Her boss regularly shouts at her in meetings and has verbally abused her on numerous occasions. I told her that she should file a harassment complaint, as it sounds like her boss has created a hostile work environment for her. Her boss found out from someone in HR that my friend was considering filing a complaint. He then threatened my friend that he would implicate her in a civil case that the company was defending and that she'd be charged and have to appear in court."

Any other action such as an assault or unfounded civil or criminal charges that are likely to deter reasonable people from pursuing their rights is considered an adverse action.


**→ Yeo**

"I heard of a case where someone started a new job, and when their new employer discovered that they had filed a sexual harassment complaint against their previous employer, they decided to terminate the employee's contract."

This is also an example of an adverse action. Even if the prior protected activity alleged wrongdoing by a different employer, retaliatory adverse actions are unlawful.

Select the Next arrow to continue.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Covered Individual**

A "covered individual" (in the context of discrimination and harassment claims) is any employee who has opposed unlawful practices, participated in proceedings, or requested accommodations related to employment discrimination based on a protected class.

Individuals who have a close association with someone who has engaged in such protected activity also are covered individuals. For example, it is illegal to terminate an employee because his spouse participated in employment discrimination litigation.

Select the Next arrow to continue.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Can you help Javier?**

**AutoNation**                    *ANTI-HARASSMENT*




ON-SCREEN TEXT:

**Verbal Abuse**

Javier's team is working on a high-profile project. Everyone in the team is feeling the pressure, but Javier notices that the project lead, Boa, who is a more senior colleague, has been very short tempered with Francois, a junior colleague. She has repeatedly shouted at him and used abusive language on numerous occasions, both when talking directly to Francois and when talking about him when he's not present.

He has talked to Boa about her behavior but then overhears her verbally abuse Francois.

**What should Javier do next?**

- Have a word with Francois and tell him he needs to stand up for himself more.
- Report what he has seen and heard to his manager or HR representative, among other reporting options.
- Nothing, this doesn't impact on Javier in any way, so it's none of his business. Plus, he doesn't want Boa to start abusing him.
- Tell Boa to stop bullying Francois.

**Submit**

**AutoNation**                    *ANTI-HARASSMENT*





ON-SCREEN TEXT:

Correct answer:

- Report what he has seen and heard to his manager or HR representative, among other reporting options.

**AutoNation**                                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Remember…**

If you witness harassment or discrimination (or are aware of or experience such conduct yourself), you should report it promptly without fear of retaliation.

As outlined in our Business Ethics policies and the **Complaint Process** section, reports can be made to your manager, or another manager with whom you feel comfortable speaking, Corporate or Region Human Resources, the Legal Department, the Business Ethics Committee, or the Alertline at 1-800-597-0094 or www.alertline.com, anonymously if you prefer.

**AutoNation**                          *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Recognizing Retaliation**

Javier reports Boa.

**Which two acts of retaliation should Javier watch out for?**

- Boa spreading rumors about Javier to his other colleagues.
- Boa ignoring Javier in team meetings.
- Boa reporting Javier to Human Resources for an incident that he concedes did actually occur.

Submit

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Correct answers:
- Boa spreading rumors about Javier to his other colleagues.
- Boa ignoring Javier in team meetings.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Remember...**

Any targeted action taken in response to being reported may be considered an act of retaliation.

But an associate is within their rights to report a co-worker if the co-worker was involved in an incident, even if that co-worker had previously filed a complaint against the associate.

Remember, it's important that you are able to recognize the actions that may be considered retaliation that may follow reporting a co-worker.



ON-SCREEN TEXT:

**Taking Action Against Retaliation**

Boa has stopped responding to Javier's emails and has not included him in important group emails. Javier recognizes this as an act of retaliation for reporting Boa's harassment of Francois.

**Which two actions are appropriate for Javier to take?**

- Talk to Boa and inform her that she is acting inappropriately.
- Stop emailing Boa. She probably won't reply.
- Ask a colleague to forward him any emails from Boa.
- If these actions continue, report Boa.
- Do nothing. Hopefully she will get over it soon.

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

<span style="color:green">Correct answers:</span>
- Talk to Boa and inform her that she is acting inappropriately.
- If these actions continue, report Boa.

**AutoNation**                          *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Thanks for helping Javier.**

Javier should try speaking with Boa first, if he is comfortable taking that step. If not, he should report her to the Human Resources department. Her actions will affect the team's work. If Javier decides to speak directly with Boa and the retaliation continues, the best option is for Javier to report Boa's actions to the Human Resources department.

Remember, it's important that you:

- Can recognize retaliation that may follow reporting an associate.
- Know the actions that may be considered retaliation.
- Can appropriately respond to and report retaliation.

As a reminder, the reporting process outlined in our Business Ethics policies is included in the **Complaint Process** section of this course.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Ready to show what you know?**

Answer 5 questions to complete this assessment.

Pass mark: 80%

Start

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Graham has been called as a witness in an investigation into a complaint of discrimination in his team. Due to numerous, documented complaints from clients and a continued failure to meet deadlines, he's pulled from his client's accounts and placed on a performance development plan.
Is this an example of retaliation?

- Yes
- No

Submit

**AutoNation**                          *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Correct answer:
- No

Next Question



ON-SCREEN TEXT:

A covered individual is any employee who has opposed unlawful practices, participated in proceedings, or requested accommodations related to employment discrimination based on a protected class.

- True
- False

Submit



ON-SCREEN TEXT:

Correct answer:
- True

Next Question



**AutoNation**  |  *ANTI-HARASSMENT*

---

ON-SCREEN TEXT:

---

Kyle is one of three people on the hiring committee conducting interviews for a new position. His manager, who is also on the committee, asks Kyle not to give the job to a particular candidate because he doesn't want to work with people of that ethnicity. Kyle says that's discrimination and refuses to comply with that request. A few days later, Kyle is demoted.

This is not an example of retaliation because Kyle was not undertaking a protected activity.

- True
- False

Submit

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

<span style="color:green">Correct answer:</span>
- False

Next Question

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Participation in an employment discrimination proceeding is a protected activity, even if the proceeding involved claims that ultimately are found to be invalid.

- True
- False

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- True

Next Question

**AutoNation**                                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Individuals who have a close association with someone who has engaged in a protected activity also are covered individuals.

- True
- False

Submit

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

<span style="color:green">Correct answer:</span>
- True

Summary



*ON-SCREEN TEXT:*

---

## Summary

Graham has been called as a witness in an investigation into a complaint of discrimination in his team. Due to numerous, documented complaints from clients and a continued failure to meet deadlines, he's pulled from his client's accounts and placed on a performance development plan.
Is this an example of retaliation?
You answered: No

A covered individual is any employee who has opposed unlawful practices, participated in proceedings, or requested accommodations related to employment discrimination based on a protected class.
You answered: True

Kyle is one of three people on the hiring committee conducting interviews for a new position. His manager, who is also on the committee, asks Kyle not to give the job to a particular candidate because he doesn't want to work with people of that ethnicity. Kyle says that's discrimination and refuses to comply with that request. A few days later, Kyle is demoted.

**AutoNation**                              *ANTI-HARASSMENT*

This is not an example of retaliation because Kyle was not undertaking a protected activity.
You answered: False

Participation in an employment discrimination proceeding is a protected activity, even if the proceeding involved claims that ultimately are found to be invalid.
You answered: True

Individuals who have a close association with someone who has engaged in a protected activity also are covered individuals.
You answered: True

You've got it!

NAVARRO v. HOLLYWOOD IMPORTS - 1439

**AutoNation**                    *ANTI-HARASSMENT*



**AutoNation**                    *ANTI-HARASSMENT*

*ON-SCREEN TEXT:*

1. California Training Requirement (1 min)
2. Connecticut Training Requirement (1 min)
3. Training Time Requirement (1 min)
4. What Is Harassment? (4 min)
5. What Is Discrimination? (4 min)
6. Protected Groups (7 min)
7. Intent vs. Perception (6 min)
8. What Is Retaliation? (8 min)
9. US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                              *ANTI-HARASSMENT*

---

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

**AutoNation**                          *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**US Law**

The prior course lessons have discussed certain aspects of the federal laws governing workplace harassment and discrimination through case scenarios and other examples. Now we will review the federal law in detail.

Harassment is a form of employment discrimination under Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act of 1967, the Americans with Disabilities Act of 1990, and the Genetic Information Nondiscrimination Act. The US Equal Employment Opportunity Commission (EEOC) is charged with enforcing these laws and issues the related regulations.

Select each numbered panel to learn what harassment includes and when unwelcome conduct becomes harassment.


→ **What Does Harassment Include?**

Harassment is unwelcome conduct that is based on race, religion, color, sex (including pregnancy), gender identity/expression, sexual orientation, marital status, citizenship, national origin, age (40 or

**AutoNation**                              *ANTI-HARASSMENT*

---

older), disability or genetic information, or any other legally protected basis, in accordance with applicable laws.

Depending on the circumstances, harassment may include conduct such as stereotyped or demeaning remarks or gestures, bullying, or the display or circulation, whether in writing or electronically, of offensive materials or pictures.

### → When Does Harassment Become Unlawful Conduct?

Harassment becomes unlawful when enduring the offensive conduct becomes a condition of continued employment, or when the conduct creates an environment that a reasonable person would consider hostile, intimidating, or abusive. When harassment rises to this level, it is actionable as discrimination in violation of the law.

Under the law, a "reasonable person" is a composite of a relevant community's judgment as to how a typical member of that community should behave in situations that might pose a threat of harm (through action or inaction) to others.

According to the EEOC, this offensive conduct may include, but is not limited to, offensive jokes, slurs, epithets or name-calling, physical assaults or threats, intimidation, ridicule or mockery, insults or put-downs, offensive objects or pictures, and interference with work performance.

Anti-discrimination laws also prohibit harassment against individuals in retaliation for filing an EEOC discrimination charge, testifying, or participating in any way in an investigation, proceeding, or lawsuit under these laws; or opposing employment practices that they reasonably believe discriminate against individuals, in violation of these laws.

### → What Is a Hostile Work Environment?

Oftentimes, employees believe that a bad boss, a rude colleague, a lack of perks, or an unpleasant work environment is "hostile." The reality is that, in order for a workplace to be considered "hostile" under the law, certain criteria must be met, including: (1) whether the conduct was unwelcome; (2) whether such conduct was based on a protected class; and (3) whether such conduct altered the conditions of the victim's employment and created a hostile work environment.

**AutoNation**                                         *ANTI-HARASSMENT*

---

Note that in most US states the third criterion specifies that the conduct must be so severe or pervasive as to alter the conditions of the victim's employment and create a hostile work environment. However, New York State removed this "severe or pervasive" requirement as it felt it was making some sexual harassment cases difficult to prove. California also passed legislation stating that a single incident of harassing behavior can create a hostile work environment if the conduct has unreasonably interfered with the victim's ability to perform their job or created an intimidating, hostile, or offensive work environment.

"Hostile work environment" harassment is one of the two major types of harassment. The other is "quid pro quo" sexual harassment, in which a supervisor attempts to trade an employment benefit for sexual favors.

As the EEOC has specified, harassment can occur in a variety of circumstances, including, but not limited to, the following:

- The harasser can be the victim's supervisor, a supervisor in another area, an agent of the employer, a co-worker, or a non-employee.
- The victim does not have to be the person harassed but can be anyone affected by the offensive conduct.
- Unlawful harassment may occur without economic injury to, or discharge of, the victim.

### → Who Is Liable in Cases of Harassment?

When harassment in the workplace is unchecked, employers can be held legally accountable. If victims bring harassment lawsuits against their employers, this exposes companies to potential reputational damage and financial losses in court-awarded damages, as well as legal expenses and increased insurance coverage costs.

It is also important to remember that in some states, managers and supervisors (and even colleagues) can also be held personally liable for harassing behavior. And, if an employer does not take "immediate and appropriate corrective action" when it learns of harassment, the company may face liability.

Select the Next arrow to continue.

**AutoNation**                          *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Affirmative Defense**

It is easy to see the benefits of a culture that refuses to accept harassment and discrimination of any kind. This type of culture does not happen by accident. It is our policies, procedures, and internal training initiatives – including this training course – that support a culture of mutual respect, and reject harassment and discrimination. This culture of compliance with laws and policies also protects us as individuals and protects the organization.

From a legal perspective, under federal law, an employer can avoid or reduce liability when a discrimination complaint is filed if it can show that it has created this compliance system and culture. This requires three things.

Select each item to learn what it entails.

**→ Reason One**

That it had policies/procedures – including training and channels for reporting and escalating concerns – in effect to prevent such inappropriate workplace conduct from happening.

**AutoNation**                               *ANTI-HARASSMENT*

→ **Reason Two**

That the complainant failed to utilize those policies/procedures.

→ **Reason Three**

Had the complainant utilized those policies/procedures, he/she would have avoided some or all of the harm.

→ **State Specific Considerations**

In the state of California, if an employer can show these three things, they may see a reduction in the amount of damages awarded to a plaintiff, but liability is not eliminated.

Select the Next arrow to continue.

 **ANTI-HARASSMENT**



*ON-SCREEN TEXT:*

**Laws and Enforcement**

The primary federal law prohibiting discrimination in the workplace is Title VII of the Civil Rights Act of 1964.

Many states have developed similar statutes over time, deriving much of the underlying protections from Title VII.
Select each topic to learn more about discrimination laws in the United States.

**→ EEOC**

The US Equal Employment Opportunity Commission (EEOC) is responsible for preventing and remedying unlawful employment practices by employers, unions, and employment agencies.

It is unlawful to discriminate against any individual or group in regard to recruiting, hiring and promotion, transfer, work assignments, performance measurements, the work environment, job training, discipline and discharge, wages and benefits, or any other term, condition, or privilege of employment on the basis of the individual or group's protected class or classes.

**AutoNation**                                   *ANTI-HARASSMENT*

To achieve its goal, the EEOC accepts and investigates charges of discrimination filed by or on behalf of individuals claiming to have been subjected to an unlawful employment practice on the basis of a protected class, including but not limited to racialized identity, religion, creed, color, citizenship, sex (including pregnancy), national origin, age (40 or older), gender identity/expression, sexual orientation, marital status, disability, and genetic information.

### → State-Specific Laws

Some states have additional protected classes. The EEOC enforces numerous federal anti-discrimination laws, like Title VII of the Civil Rights Act, the Age Discrimination in Employment Act, the Equal Pay Act, and portions of the Americans with Disabilities Act.

Make sure you are aware of any state-specific laws that may affect your professional conduct.

### → Remember

It is unlawful to discriminate against any individual or group in regard to recruiting, hiring and promotion, transfer, work assignments, performance measurements, the work environment, job training, discipline and discharge, wages and benefits, or any other term, condition, or privilege of employment on the basis of the individual or group's protected class or classes.

Unlawful discrimination includes making a decision because of: (1) a perception of a protected characteristic; or (2) the person's association with a person with an actual or perceived protected characteristic.

Select the Next arrow to continue.

**AutoNation**  ·  *ANTI-HARASSMENT*



---

*ON-SCREEN TEXT:*

**Claims for Covered Individuals**

As a reminder, the company requires all associates to report known or suspected harassment or other conduct that violates our Business Ethics policies or the law (see **Complaint Process** section). The company will investigate and take any appropriate action.

We encourage associates to allow the company to complete its investigation and take any appropriate action before considering any other measures.

Individuals who have brought attention to violations of law or company policy other than employment discrimination, although not covered specifically by the Equal Employment Opportunity (EEO) laws, are still protected by the company's anti-retaliation policy and may have additional protections under other federal and state laws.

Select the Next arrow to continue.

**AutoNation**                    *ANTI-HARASSMENT*



**AutoNation**                    *ANTI-HARASSMENT*

---

*ON-SCREEN TEXT:*

---

1. California Training Requirement (1 min)
2. Connecticut Training Requirement (1 min)
3. Training Time Requirement (1 min)
4. What Is Harassment? (4 min)
5. What Is Discrimination? (4 min)
6. Protected Groups (7 min)
7. Intent vs. Perception (6 min)
8. What Is Retaliation? (8 min)
9. US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                              *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Discrimination Law**

In the UK, the Equality Act 2010 (the Act) protects individuals from discrimination in employment, and also in wider society. Under the Act, it is unlawful to discriminate against someone because of one or more of the following protected characteristics: age, disability, gender reassignment, marriage and civil partnership, pregnancy and maternity, race (including color, nationality, and ethnic or national origin), religion or belief, sex, and sexual orientation.

**AutoNation**                              *ANTI-HARASSMENT*

Discrimination can occur in the following forms:

- Direct discrimination, which occurs when someone with a protected characteristic is treated less favorably than others
- Indirect discrimination, which occurs when a rule or policy is in place that applies to everyone but creates an unfair disadvantage for those with a protected characteristic(s)
- Harassment, which is unwanted conduct or behavior linked to a protected characteristic that violates someone's dignity or creates an offensive environment
- Victimization, which occurs when someone is treated unfairly because they made a complaint about discrimination or harassment

If you feel that you have been the victim of discrimination in your workplace, you should report this to your manager or a representative from HR. You can find out how to contact them in the **Contact Details** section.

Select the Next arrow to continue.

**AutoNation**  *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**What Is Harassment?**

The Equality Act 2010 (the Act) recognizes harassment as a form of unlawful discrimination, which means workplace harassment violates the Act.

The Act defines three types of harassment. These are:

- Harassment involving unwanted conduct, which is related to a relevant characteristic and has the purpose or effect of creating an intimidating, hostile, degrading, humiliating, or offensive environment for the complainant or of violating the complainant's dignity.
- Unwanted conduct of a sexual nature (sexual harassment).
- Treating a person less favorably than another person because they have either submitted to, or did not submit to, sexual harassment or harassment related to sex or gender reassignment.

Select each image panel to examine each of the three types of harassment in more detail.

**AutoNation**                                    ***ANTI-HARASSMENT***

---

### → Type 1

The first type of harassment is defined as unwanted conduct that is related to a protected characteristic and has the purpose or the effect of:

- Violating the worker's dignity; or
- Creating an intimidating, hostile, degrading, humiliating, or offensive environment for that worker.

Unwanted conduct only has to create one of these effects for it to amount to harassment. Conduct that results in one of these effects can be considered harassment even if that effect was not intended.

Examples of unwanted conduct may include, but are not limited to, spoken or written words, banter, posts or contact on social media, imagery, graffiti, physical gestures, facial expressions, mimicry, jokes or pranks, acts affecting a person's surroundings, aggression, and/or physical behavior toward a person or their property.

It is also important to note that while unwanted conduct must create an enduring effect to create an intimidating, hostile, degrading, humiliating, or offensive environment, a single act of unwanted conduct can also be considered harassment.

### → Type 2

Sexual harassment is defined by the Act as unwanted conduct of a sexual nature from someone of the same or different sex.

Any conduct of a sexual nature can constitute sexual harassment. It does not need to be sexually motivated. It's important to note that sexual conduct that was once welcome between two consenting individuals in the past can now be considered unwanted.

Examples of conduct of a sexual nature include but are not limited to:

- Sexual comments or jokes
- Displaying sexually graphic pictures, posters, or photos
- Suggestive looks, staring, or leering
- Propositions and sexual advances

**AutoNation**                              *ANTI-HARASSMENT*

---

- Making promises in return for sexual favors (also known as quid pro quo, a Latin phrase that translates to "this for that")
- Sexual gestures
- Intrusive questions about a person's private or sex life, or a person discussing their own sex life
- Sexual posts or contact on social media
- Spreading sexual rumors about a person
- Sending sexually explicit emails or text messages
- Unwelcome touching, hugging, massaging, or kissing

**→ Type 3**

According to the Act, less favorable treatment of a worker because they submit to, or reject, sexual harassment or harassment related to sex or gender reassignment occurs when:

- A worker is subjected to unwanted conduct of a sexual nature, related to sex or gender reassignment;
- The unwanted conduct has the purpose or effect of violating the worker's dignity, or creating an intimidating, hostile, degrading, humiliating, or offensive environment; and
- The worker is treated less favorably because they submitted to or rejected the unwanted conduct.

This type of harassment occurs even if an employee is treated less favorably by someone other than the person who initiated the unwelcome conduct.

If you ever experience or witness workplace harassment, find out who to contact in the **Contact Details** section.

Select the Next arrow to continue.

**AutoNation**        *ANTI-HARASSMENT*




ON-SCREEN TEXT:

**Employer Liability**

Under the Equality Act 2010, employers are liable for acts of harassment:

- Committed by one of their employees against another employee during the course of employment.
- Committed by one of their employees against a job applicant or former worker, provided the harassment is closely connected to the work relationship.
- Committed by an agent acting on the employer's behalf against one of their employees, except where the agent acted without the employer's authority, such as by contravening the employer's policy.
- Where their failure to deal with harassment of one of their employees by a third party, or by another employee outside of employment, amounts to direct or indirect discrimination or a breach of other legal obligations.

**AutoNation**                              *ANTI-HARASSMENT*

Our employee relations expert is here to help answer some questions about employer liability.

### → What If the Employer Didn't Know About the Harassment?

Whether or not the employer knew about the harassment is irrelevant. Employers will be held liable for all acts of harassment unless they can show that they took reasonable steps to prevent the harassment from occurring. This is known as the "reasonable steps" defense.

There are no prescribed steps an employer must take to protect employees from workplace harassment. That is because the type of steps an employer should take will vary depending on their size, the nature of the business, and their industry. They must assess all risk factors and determine what preventative steps would be reasonable to implement in the circumstances.

The Equality and Human Rights Commission Employment Code suggests that reasonable steps are likely to include:

- Ensuring that workers are aware of the policy;
- Implementing an equality policy;
- Providing equal opportunities training (which should be consistent and go beyond a tick-box exercise);
- Reviewing the policy as appropriate; and
- Dealing effectively with employee complaints.

An employer will have taken all reasonable steps if there are no further steps that they could reasonably have been expected to take.

### → Are Employers Liable for Third-Party Harassment?

While the Act does not hold employers liable for failing to prevent third parties such as clients, customers, suppliers, or members of the public harassing employees, they should still take reasonable steps to prevent and appropriately respond to third-party harassment. This is because a failure to do so could result in employer liability for harassment and/or discrimination under the Equality Act 2010. Employers can also be held liable under other legislation, such as, for example, the Health and Safety at Work, etc. Act 1974 (HSWA), which requires employers to protect employees from third-party violence.

**AutoNation**                                    *ANTI-HARASSMENT*

### → How Can a Failure to Respond to Complaints Result in Discrimination?

Indirect discrimination can occur if a policy states that the employer will not take action in response to complaints of sexual harassment by customers, regardless of whether the complainant is a man or woman. This is because this type of policy places women at a particular disadvantage compared to men, as studies show that women are more likely to be sexually harassed at work than men.

Direct discrimination can occur if an employer treats a complaint of harassment from workers with protected characteristics less favorably than how they treat complaints from others. For example, not taking a male employee's complaint of sexual harassment as seriously as a female employee's complaint.

### → What About Harassment Outside of Employment?

Employers are not directly liable for acts of harassment that take place between employees outside of employment. However, like third-party harassment, employers must still take reasonable steps to deal with complaints of harassment that occur outside of employment, as they may be liable if their failure to deal with the complaint results in direct or indirect discrimination or a breach of other legislation.

### → Is "Outside of Employment" the Same as "Outside the Workplace"?

"Outside employment" is not the same as "outside the workplace." "Outside employment" refers to circumstances that are connected with work where the employee may not be actually working. For example, an employer will likely be held liable for an act of harassment that occurs at a work party hosted in a bar because the party itself is connected with work. But if two employees decide to attend a concert together on the weekend, and one employee commits an act of harassment against the other, then their employer will not be liable, because attendance at the concert was not connected with work.

However, this type of conduct may still be prohibited under workplace harassment policies.

**AutoNation**                          *ANTI-HARASSMENT*

---

### → Who Else Can Be Held Liable?

Employees and workers in supervisory and non-supervisory roles may also be held personally liable for acts of harassment they commit against another employee. However, employees and workers can only be held liable if their employer is also liable for the harassment, or where their employer would have been liable had they not been able to rely on the reasonable steps defense.

An employee will not be liable for any conduct their employer advised as being lawful, even if the employer themselves is liable.

Select the Next arrow to continue.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Victimization**

In the UK, retaliation against an employee who brings a complaint of discrimination or harassment is unlawful under the Equality Act 2010 and is officially termed "victimization." This is because a fear of victimization is one of the biggest barriers to people reporting harassment at work.

For this reason, it is also a serious disciplinary offense under company policy that may constitute gross misconduct and could result in dismissal.

In this course, we refer to victimization as "retaliation," so anywhere you see the term retaliation, you can take it that it refers to victimization in the UK context.

Select the Next arrow to continue.

**AutoNation**                    *ANTI-HARASSMENT*



**AutoNation**                    *ANTI-HARASSMENT*

---

*ON-SCREEN TEXT:*

---

1. California Training Requirement (1 min)
2. Connecticut Training Requirement (1 min)
3. Training Time Requirement (1 min)
4. What Is Harassment? (4 min)
5. What Is Discrimination? (4 min)
6. Protected Groups (7 min)
7. Intent vs. Perception (6 min)
8. What Is Retaliation? (8 min)
9. US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                    *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Canadian Law**

Anti-discrimination laws in Canada are founded on human rights (HR) law. Fundamental HR protections are codified in federal government legislation. However, federal HR legislation only applies to those employed by the federal government or First Nations Government and federally regulated industries. For most job sectors, the laws that provide workplace protections have been established in the provincial and territorial human rights laws.

HR legislation in Canada's provinces and territories prohibit workplace harassment and discrimination based on prohibited grounds of discrimination. But provincial and territorial laws can vary in the range of grounds that they protect.

Select each topic to explore the prohibited grounds of discrimination across Canada.

**→ Prohibited in Every Locale**

Discrimination based on age, race, color, physical/mental disability, sex or gender (including pregnancy), sexual orientation, gender identity, or place of origin/nationality

**AutoNation**                    *ANTI-HARASSMENT*

---

**→ Prohibited in Most Locales**

Discrimination based on marital/family status, religion/creed, gender identity/expression, source of income, ethnic/linguistic background/origin, ancestry, political beliefs, criminal conviction/record/offense, pay equity, or association

**→ Prohibited in Some or Single Jurisdictions**

Discrimination based on genetic characteristics, social disadvantage/condition, citizenship, language, aboriginal origin, irrational fear of contracting illness/disease, or disfigurement; others may be included

Select the Next arrow to continue.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Provincial and Territorial Laws**

Besides human rights laws, many provinces and territories also have anti-harassment and workplace violence protections embedded in their respective occupational health and safety laws.
Select each province to learn more about the workplace harassment and violence laws in that region.

**→ Alberta**

In Alberta, harassment is considered an occupational hazard as well as workplace violence. Workers in Alberta are protected from these hazards under the province's Occupational Health and Safety (OHS) Act, OHS Regulation, and OHS Code.

According to Alberta's OHS Act, violence, whether at a work site or work-related, is defined as "the threatened, attempted, or actual conduct of a person that causes or is likely to cause physical or psychological injury or harm and includes domestic violence or sexual violence."

Alberta's OHS Act defines harassment as any single or repeated incident of objectionable or unwelcome conduct, comments, bullying, or action that is based on one or more of the prohibited grounds of

**AutoNation**                    *ANTI-HARASSMENT*

discrimination that the person responsible knows would cause offense or humiliation to a worker, or adversely affects the worker's health and safety. It also includes a sexual solicitation or advance.

Sexual harassment is also prohibited under the Alberta Human Rights Act, which is a form of discrimination on the ground of gender, including transgender.

**→ British Columbia**

In British Columbia (BC), the rules for the health, safety, and wellbeing of employees fall under the province's Workers Compensation Act (WCA) and the Occupational Health and Safety Regulation (the Regulation).

Under the WCA, harassment and bullying are defined as any inappropriate conduct or comment by a person toward a worker that the person knew would cause that worker to be humiliated or intimidated.

Under the Regulation, workplace violence is an occupational hazard that employees must be protected from. The Regulation has separate provisions for workplace violence committed by third parties and violence committed by employees. Violence committed by employees is defined as any improper activity or behavior in the workplace that might create or constitute a hazard to themselves or any other person.

Neither the WCA nor OHSR has specific provisions for sexual harassment, however sexual harassment is prohibited under the BC Human Rights Code which is a form of sex discrimination.

**→ Manitoba**

Manitoba's Workplace Safety and Health Act (the Act) and associated regulations protect the health and safety of workers in Manitoba. The Act has separate provisions for both workplace harassment and violence.

The Act defines violence as the attempted or actual exercise of physical force against a person; and any threatening statement or behavior that gives a person reasonable cause to believe that physical force will be used against the person.

Harassment is defined as any objectionable conduct that creates a risk to the health of a worker; or severe conduct that adversely affects a worker's psychological or physical well-being.

**AutoNation**                    *ANTI-HARASSMENT*

The Act does not have a specific provision for sexual harassment, however sexual harassment is prohibited under the Manitoba Human Rights Code, which states that a series of objectionable and unwelcome sexual solicitations or advances constitutes harassment.

### → New Brunswick

In New Brunswick (NB), regulations under the Occupational Health and Safety Act (OH&S Act) identify workplace harassment and violence as health and safety hazards from which employees must be protected.

The NB OH&S Act defines harassment as any objectionable or offensive behavior that is known to be unwelcome, including bullying or any other conduct, comment, or display made on either a one-time or repeated basis that threatens the health or safety of an employee, and includes sexual harassment.

Violence is defined as the attempted or actual use of physical force against an employee, or any threatening statement or behavior that gives an employee reasonable cause to believe that physical force will be used against the employee. This includes sexual violence, intimate partner violence, and domestic violence.

Sexual harassment is also prohibited under the NB Human Rights Act and is defined as "engaging in vexatious comment or conduct of a sexual nature that is known or ought reasonably to be known to be unwelcome."

### → Newfoundland and Labrador

In Newfoundland and Labrador, workplace harassment and violence are occupational health and safety hazards that workers must be protected from under the Occupational Health and Safety (OHS) Act.

Under the province's OHS Act, harassment is defined as any inappropriate or vexatious conduct or comment that the person responsible for the conduct knew would cause the victim to be humiliated, offended, or intimidated.

Workplace violence is defined as the attempted or actual exercise of physical force to cause injury to a worker and includes threatening statements or behavior which give a worker reason to believe that they

**AutoNation**                    *ANTI-HARASSMENT*

are at risk of injury. Employers also have additional responsibilities to protect workers from family violence, or domestic violence in the workplace.

The province's OHS Act does not have a specific provision for sexual harassment. However sexual harassment and gender-based harassment are prohibited under the Newfoundland and Labrador Human Rights Act (the Act), which are forms of sex discrimination. The Act also specifically prohibits sexual solicitation.

### → Nova Scotia

Under the Nova Scotia Human Rights Act (the Act), it is unlawful to harass someone based on any of the prohibited grounds of discrimination. The Act defines harassment as engaging in a course of vexatious conduct or comment that is known to be unwelcome. Sexual harassment is also prohibited under the Act which is a form of discrimination based on sex.

In Nova Scotia, violence is a health and safety hazard that employees must be protected from under the Nova Scotia Occupational Health and Safety (OHS) Act, which defines violence as any of the following:

- Threats, including a threatening statement or threatening behavior that gives an employee reasonable cause to believe that they are at risk of physical injury
- Conduct or attempted conduct of a person that endangers the physical health or physical safety of an employee

Select the Next arrow for more provincial and territorial laws.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

---

**→ Ontario**

In Ontario, the Occupational Health and Safety Act (OHSA) includes provisions on workplace violence and harassment, including sexual harassment.

**AutoNation**                    *ANTI-HARASSMENT*

---

The OHSA defines workplace harassment as "engaging in a course of vexatious comment or conduct against a worker in a workplace that is known or ought reasonably to be known to be unwelcome."

Workplace violence is defined in the OHSA as:

- The exercise of physical force by a person against a worker, in a workplace, that causes or could cause physical injury to the worker,
- An attempt to exercise physical force against a worker, in a workplace, that could cause physical injury to the worker,
- A statement or behavior that it is reasonable for a worker to interpret as a threat to exercise physical force against the worker, in a workplace, that could cause physical injury to the worker [subsection 1(1)].

Employers also have a duty to protect workers from domestic violence if it is likely to expose a worker to physical injury in the workplace.

In 2016, the Sexual Violence and Harassment Action Plan came into force which amended the OHSA by placing additional responsibilities on employers to protect employees from sexual harassment and violence. The OHSA defines workplace sexual harassment as "a course of vexatious and unwelcome comment or conduct against a worker because of sex, sexual orientation, gender identity, or gender expression." It also includes an "unwelcome sexual solicitation or advance by a person in a position to confer, grant, or deny a benefit to advancement to the worker."

Sexual harassment is also prohibited under the Ontario Human Rights Code.

→ **Prince Edward Island**

In Prince Edward Island (PEI) harassment and workplace violence are considered occupational hazards that employees are protected from under the Occupational Health and Safety (OHS) Act.

The OHS Act defines harassment as any repeated or single incident of inappropriate conduct, comment, display, action or gesture, or bullying that could have a harmful effect on a worker's psychological or physical health or safety which includes:

- Conduct that is based on any of the protected characteristics.

**AutoNation**                    *ANTI-HARASSMENT*

- Inappropriate sexual conduct that is known or ought reasonably to be known to be unwelcome, including, but not limited to, sexual solicitations or advances.

The PEI Employment Standards Act also prohibits sexual harassment in the workplace, which is defined as any "conduct, comment, gesture, or contact of a sexual nature that is likely to cause offense or humiliation to any employee; or that might be perceived as placing a condition of a sexual nature on employment or on any opportunity for training or promotion." Sexual harassment is also prohibited under the PEI Human Rights Act.

The OHSA defines violence as the threatened, attempted, or actual exercise of any physical force that can cause, or that causes, injury to a worker, and includes any threatening statement or behavior that gives a worker reasonable cause to believe that they are at risk of injury.

### → Québec

Legislation in Qubéc does not provide a definition for workplace harassment or violence. However, harassment and violence are forms of psychological harassment and the Act Respecting Labour Standards (ALS) provides employees with protection from psychological harassment in the workplace.

The ALS defines psychological harassment as "any vexatious behavior in the form of repeated and hostile or unwanted conduct, verbal comments, actions, or gestures, that affects an employee's dignity or psychological or physical integrity and that results in a harmful work environment for the employee. A single serious incidence of such behavior that has a lasting harmful effect on an employee may also constitute psychological harassment."

Sexual harassment is also prohibited under the Québec Charter of Human Rights and Freedoms which is a form of discrimination based on sex.

### → Saskatchewan

In Saskatchewan, separate rules for the prevention of workplace harassment and violence in the workplace fall under the Occupational Health and Safety (OHS) Regulations and the Saskatchewan Employment Act (the Act).

**AutoNation**                              *ANTI-HARASSMENT*

Under the OHS Regulations, violence is defined as the attempted, threatened, or actual conduct of a person that causes or is likely to cause injury. It includes any threatening statement or behavior that gives a worker reasonable cause to believe that they are at risk of injury.

The Act defines harassment as any inappropriate conduct, comment, display, action, or gesture by a person that is based on one or more of the prohibited grounds of discrimination, adversely affects the worker's psychological or physical well-being, causes a worker to be humiliated or intimidated, and constitutes a threat to the health or safety of the worker.

Neither the OHS Regulations nor the Act include any provisions prohibiting sexual harassment. However, sexual harassment is prohibited under the Saskatchewan Human Rights Code where it is defined as any conduct, comment, gesture, or contact of a sexual nature that is offensive, unsolicited, or unwelcome.

### → Nunavut and Northwest Territories

Nunavut and Northwest Territories have combined occupational health and safety legislation under the Workers' Safety & Compensation Commission (WSSC). The Occupational Health and Safety (OHS) Regulations include provisions for both workplace harassment and violence.

Under the OHS Regulations, violence is defined as any attempted, threatened, or actual conduct that causes or is likely to cause injury such as a threatening statement of behavior that gives a worker reasonable cause to believe they are at risk of injury.

Harassment is defined as a course of vexatious comment or conduct that is known to be unwelcome and constitutes a threat to the health or safety of a worker.

The WSCC produced an industry Harassment Code of Practice (COP) in accordance with the Northwest Territories and Nunavut Safety Acts. The COP does not have the same legal force as the Occupational Health and Safety Regulations, but it does provide a definition for sexual harassment which is: "conduct, comment gesture or contact of a sexual nature that is offensive, unsolicited or unwelcome."

The Nunavut Human Rights Act and the Northwest Territories Human Rights Act also prohibit sexual harassment and gender-based harassment which is recognized as a form of discrimination.

### → Yukon

**AutoNation**                              *ANTI-HARASSMENT*

---

In Yukon, there is currently no occupational health and safety legislation that addresses workplace harassment or violence, but the Yukon Human Rights Act (the Act) is designed to protect employees from discrimination and harassment, including sexual harassment.

The Act defines harassment as any behavior, action, comment, or display that demeans, humiliates, or embarrasses another person and that:

- Creates an intimidating, hostile, or offensive working environment.
- Unreasonably interferes with an individual's work performance.
- Has a negative effect on an individual's employment opportunities.

The Act defines sexual harassment as any deliberate and unwelcome behavior that is unwanted or offensive. It also involves quid pro quo (this for that), which is promising favors, rewards, or advantages in return for giving in to sexual advances.

Select the Next arrow to continue.

**AutoNation**                          *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**The Law on Retaliation**

In Canada, retaliation may be unlawful and is sometimes referred to as "reprisal."
Reprisal against an individual can occur as a result of the individual:

- Submitting a harassment or discrimination complaint.
- Participating in disciplinary proceedings, either as a witness or complainant.
- Refusing to deny another person the right to be free from harassment or discrimination.

It is a serious disciplinary offense under company policy that may constitute gross misconduct and could result in dismissal.

In this course, we refer to reprisal as 'retaliation,' so anywhere you see the term retaliation, you can take it that it refers to reprisal in the Canadian context.
Select the Next arrow to continue.

**AutoNation**  *ANTI-HARASSMENT*



**AutoNation**                                   *ANTI-HARASSMENT*

---

*ON-SCREEN TEXT:*

---

1.  California Training Requirement (1 min)
2.  Connecticut Training Requirement (1 min)
3.  Training Time Requirement (1 min)
4.  What Is Harassment? (4 min)
5.  What Is Discrimination? (4 min)
6.  Protected Groups (7 min)
7.  Intent vs. Perception (6 min)
8.  What Is Retaliation? (8 min)
9.  US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                    *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Sexual Harassment of Women at Workplace Act**

In 2013, the Sexual Harassment of Women at Workplace (Prevention, Prohibition and Redressal) Act, or POSH Act as it is commonly referred to, was enacted in India. The aim of the act is to protect women in the workplace from sexual harassment.

Under the Act, all employers with at least 10 employees must have an Internal Committee (IC) to provide female employees with an extra avenue for raising sexual harassment complaints. The ICC is also commonly referred to as simply the Internal Committee (IC), which is the term we use in this training.

The IC hear, investigate, and make recommendations on sexual harassment complaints.

**AutoNation**                               ***ANTI-HARASSMENT***

---

You can report any instances of sexual harassment to:

- Any member of the IC
- Your manager or any other manager
- Human Resources
- Legal

Select the Next arrow to continue.

NAVARRO v. HOLLYWOOD IMPORTS - 1483

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Prevention, Prohibition, Redress**

Let's examine the key elements of the Sexual Harassment of Women at Workplace Act (POSH Act) in a little more detail.

Select each topic to learn more about this important Act.

→ **Prevention**

Under the POSH Act, employers are responsible for preventing sexual harassment in the workplace. The Act states that no woman may be subjected to any form of sexual harassment at any workplace. Under the Act, "sexual harassment" includes any one or more of the following unwelcome acts or behaviors (whether directly or by implication):

- Physical contact and advances
- A demand or request for sexual favors
- Making sexually colored remarks
- Showing pornography
- Any other unwelcome physical, verbal, or non-verbal conduct of a sexual nature

**AutoNation**                          *ANTI-HARASSMENT*

Indian case law clarifies that the types of behavior that constitute sexual harassment are not just limited to the POSH Act's definition of sexual harassment. Any form of sexual approach or behavior can fall within this definition of sexual harassment, but the conduct must be reviewed on a case-by-case basis.

### → Prevention Continued

Other examples of conduct that is deemed to be sexual harassment if it occurs in conjunction with an act of sexual harassment include:

- Implied or explicit promise of preferential or detrimental treatment in the workplace.
- Implied or explicit threat about a woman's present or future employment status.
- Interference with a woman's work or the creation of an intimidating or offensive or hostile work environment for her.
- Humiliating treatment likely to affect a woman's health or safety.

Indian case law states that there must be an expressed or implied sexual advance or unwelcome behavior that is sexually motivated or has a sexual undertone for it to amount to sexual harassment under the Act.

This means that sex discrimination against women, which occurs when a woman is treated less favorably than her male counterpart because of her sex, does not constitute sexual harassment. Nonetheless, this type of discrimination is still prohibited under company policy.

### → Employer's Responsibilities

Employers have several responsibilities under the Act. They must:

- Create a detailed sexual harassment policy and clearly communicate it throughout the organization.
- Ensure appropriate awareness and orientation on sexual harassment through the organization.
- Establish an Internal Committee (IC) in every workplace so that every working woman is provided with a mechanism for redress of her complaint(s).
- Ensure the Internal Committee is appropriately trained and has the required skills to carry out its role.
- Prepare an annual report, which must be submitted to the appropriate state government.

**AutoNation**                                  *ANTI-HARASSMENT*

---

### → Prohibition

Under the Act, confidentiality in relation to any complaints filed is assured, notwithstanding anything contained in the Right to Information Act, 2005. This means that none of the following shall be published, communicated, or made known to the public, press, or media in any manner:

- Identity or address of the aggrieved woman
- Identity or address of any respondents and witnesses
- Any information related to conciliation and inquiry proceedings
- Recommendations of the internal or local committee
- Any action taken by the employer

### → Redressal

Written complaints can be submitted to the IC and should contain a description of the incident(s) including the dates, timings, locations, the name of the respondent(s), and the working relationship between the parties.

When a complaint is submitted to the IC, the IC will:

1. Acknowledge receipt of the complaint.
2. Prepare a file and plan for the inquiry.
3. Interview the parties involved (complainant, respondent, witnesses).
4. Assess the case.
5. Present their findings and recommendations.
6. Submit a written report to the employer.

### → The Role of the IC

Indian case law has clarified the duties of the IC and states that the IC cannot comment on the personal conduct of the parties involved in cases of sexual harassment. For example, if the IC is considering a sexual harassment claim and it has discovered that the parties involved had been in a consensual relationship, it is not the IC's duty to comment on whether the relationship was appropriate or moral.

**AutoNation**                    *ANTI-HARASSMENT*

This is because consensual relationships between adults are not the concern of the IC unless they negatively impact the work environment or violate a code of conduct.

When considering sexual harassment claims, the IC's sole role is to determine the claim's validity. If the IC rejects the claim, they can only recommend that the employer takes no action. Likewise, if a sexual harassment claim is proven, they can only recommend that the employer take appropriate action in accordance with company policy.

Select the Next arrow to continue.

**AutoNation**                    *ANTI-HARASSMENT*



**AutoNation**                              *ANTI-HARASSMENT*

---

*ON-SCREEN TEXT:*

1. California Training Requirement (1 min)
2. Connecticut Training Requirement (1 min)
3. Training Time Requirement (1 min)
4. What Is Harassment? (4 min)
5. What Is Discrimination? (4 min)
6. Protected Groups (7 min)
7. Intent vs. Perception (6 min)
8. What Is Retaliation? (8 min)
9. US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                    *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

NAVARRO v. HOLLYWOOD IMPORTS - 1490

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Sexual harassment is NEVER acceptable.**

**AutoNation**                                   *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Imani needs your help!**

**AutoNation**                              *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**A Drunken Proposal**

Imani and her team attend a conference and afterwards have a few drinks at the hotel bar. Her boss, Amir, whispers in Imani's ear, "Your top is hot. Can I get a closer look in my room?"

Imani asks if this could be considered sexual harassment.

**What do you think?**

- Yes, it could make her uncomfortable and she could feel under pressure to engage in sexual activity with Amir as he is her boss.
- No, the team are out having a good time and Amir is just having a bit of fun with her.
- No, Amir's comment doesn't quite qualify as harassment, even though it may be considered crude.
- No, as they are not on work premises, Amir's conduct cannot be considered workplace harassment.

Submit

**AutoNation**                          *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:

- Yes, it could make her uncomfortable and she could feel under pressure to engage in sexual activity with Amir as he is her boss.

**AutoNation**                          *ANTI-HARASSMENT*





ON-SCREEN TEXT:

**Thanks for helping Imani.**

This definitely could be considered sexual harassment, and Imani should feel comfortable reporting it and feel safe from retaliation in doing so. The fact that Imani and Amir are not physically on work premises does not matter.

Amir is still an employee of the company and, therefore, is subject to the same policies and procedures outside of work.

Remember, just because an employee is not at work, they may not engage in inappropriate conduct that would otherwise be impermissible in the workplace itself.

**AutoNation**                    *ANTI-HARASSMENT*

---

This type of after-hours behavior has the same effect as if it had occurred on work premises during regular work hours.

As a reminder, AutoNation's policies prohibiting harassment in the Business Ethics Program materials and the Associate Handbook are available on DealerCentral and in the **Resources** section of this course.

If you witness or experience a situation like this, you are required to report it as outlined in the **Complaint Process** section of this course.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Ready to show what you know?**

Answer 5 questions to complete this assessment.

Pass mark: 80%

Start

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Logan has been following a strict health and fitness regime all winter. It's finally summer, and he wears a t-shirt to the office. His colleague, Jackson, sees him and says, "You must have been hitting the gym lately. You look great, the hard work has paid off."

Could this be considered sexual harassment?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

<span style="color:green">Correct answer:</span>
* No

Next Question



**AutoNation**                    *ANTI-HARASSMENT*

ON-SCREEN TEXT:

On multiple occasions, Maria posted on her personal blog about how much she'd like to date her "sexy" colleague Jennifer.

Could this be considered sexual harassment?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

<span style="color:green">**Correct answer:**</span>
- Yes

Next Question



**ON-SCREEN TEXT:**

Jill has just started a new job. During her onboarding, she's discussing her career aspirations with her manager. When she says she'd like to gradually advance to a senior role in the company, her manager says, "Don't worry, you'll go far here. Let's just say the members of senior management will appreciate your body type."

Could this be considered sexual harassment?

- Yes
- No

Submit

**AutoNation**                          *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- Yes

Next Question



ON-SCREEN TEXT:

Sanjay asked Aliyah out on a date once, but Aliyah turned Sanjay down. He has never asked her for another date.

Could this be considered sexual harassment?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

<span style="color:green">Correct answer:</span>
- No

Next Question



ON-SCREEN TEXT:

Sexual harassment is always easy to identify, which is why there is a definitive list of what constitutes sexual harassment. If your particular situation cannot be found on that list, then it will not be considered to be an incident of sexual harassment.

- True
- False

Submit



*ON-SCREEN TEXT:*

Correct answer:
- False

Summary



ON-SCREEN TEXT:

___

**Summary**

Logan has been following a strict health and fitness regime all winter. It's finally summer, and he wears a t-shirt to the office. His colleague, Jackson, sees him and says, "You must have been hitting the gym lately. You look great, the hard work has paid off."
Could this be considered sexual harassment?
You answered: No

On multiple occasions, Maria posted on her personal blog about how much she'd like to date her "sexy" colleague Jennifer.
Could this be considered sexual harassment?
You answered: Yes

Jill has just started a new job. During her onboarding, she's discussing her career aspirations with her manager. When she says she'd like to gradually advance to a senior role in the company, her manager

**AutoNation**                                          *ANTI-HARASSMENT*

---

says, "Don't worry, you'll go far here. Let's just say the members of senior management will appreciate your body type."
Could this be considered sexual harassment?
You answered: Yes

Sanjay asked Aliyah out on a date once, but Aliyah turned Sanjay down. He has never asked her for another date.
Could this be considered sexual harassment?
You answered: No

Sexual harassment is always easy to identify, which is why there is a definitive list of what constitutes sexual harassment. If your particular situation cannot be found on that list, then it will not be considered to be an incident of sexual harassment.
You answered: False

You've got it!

**AutoNation**                    *ANTI-HARASSMENT*



**AutoNation**                                     *ANTI-HARASSMENT*

---

*ON-SCREEN TEXT:*

---

1. California Training Requirement (1 min)
2. Connecticut Training Requirement (1 min)
3. Training Time Requirement (1 min)
4. What Is Harassment? (4 min)
5. What Is Discrimination? (4 min)
6. Protected Groups (7 min)
7. Intent vs. Perception (6 min)
8. What Is Retaliation? (8 min)
9. US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                              *ANTI-HARASSMENT*

---

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

NAVARRO v. HOLLYWOOD IMPORTS - 1512

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**California State Law**

California State laws prohibiting discrimination in the workplace are enforced by the Department of Fair Employment and Housing (DFEH).

Our employee relations expert is here to help us examine the key elements of sexual harassment laws. Please also review the California DFEH Sexual Harassment Fact Sheet in the **Resources** section of this course.

Select each question to learn what she has to say.

**→ What Laws Cover Sexual Harassment?**

Under the California Fair Employment and Housing Act (FEHA), it is illegal to discriminate against employees or job applicants because of a protected category or to retaliate against them because they asserted their rights under the law.

**AutoNation**                          *ANTI-HARASSMENT*

---

FEHA prohibits harassment and discrimination in employment because of sex, gender (including pregnancy, childbirth, breastfeeding, or related medical conditions), gender identity, gender expression, sexual orientation, race, color, age, religion, ancestry, national origin, disability, medical condition, marital status, and reproductive health decision-making (which includes a decision to use or access a particular drug, device, product, or medical service for reproductive health).

Sexual harassment is also illegal under federal law, as per Title VII of the Civil Rights Act of 1964.

### → How Is Sexual Harassment Defined?

According to the California Department of Fair Employment and Housing, "State regulations define sexual harassment as unwanted sexual advances, or visual, verbal or physical conduct of a sexual nature. This definition includes many forms of offensive behavior and includes gender-based harassment of a person of the same sex as the harasser. The following is a partial list of prohibited behavior:

- Visual conduct: leering, making sexual gestures, displaying of sexually suggestive objects or pictures, cartoons or posters.
- Verbal conduct: making or using derogatory comments, epithets, slurs and jokes. Verbal abuse of a sexual nature, graphic verbal commentaries about an individual's body, sexually degrading words used to describe an individual.
- Physical conduct: touching, assault, impeding or blocking movements.
- Offering employment benefits in exchange for sexual favors.
- Making or threatening retaliatory action after receiving a negative response to sexual advances."

### → What Is the Complaint Process?

If you are ever the victim of harassment, or witness (or suspect) an instance of harassment, you are required to report it immediately. The reporting process is outlined in the company's policies prohibiting harassment (available on DealerCentral and in the **Resources** section) and included in the **Complaint Process** section of this course.

Remember, behavior does not need to be a violation of law in order to be in violation of company policy.

NAVARRO v. HOLLYWOOD IMPORTS - 1514

**AutoNation**                    *ANTI-HARASSMENT*

All complaints will be kept as confidential as reasonable possible and permissible under law, and you can rest assured that retaliation for any complaints filed in good faith is strictly forbidden under law and company policy.

### → What Are the Remedies Available?

Under state law, there are a variety of remedies available to victims of sexual harassment, including:

- Back pay for earnings lost in the past
- Future pay for future lost earnings
- Hiring, promotion, or reinstatement
- Policy changes
- Training
- Reasonable accommodation(s)
- Damages, including punitive damages and damages for emotional stress
- Attorney's fees and costs
- Out-of-pocket expenses

### → Can Employees Be Held Liable?

Employees can be held individually liable for harassment, as there is potential financial exposure for civil liability for harassment. In addition, there may be civil liability for actions like assault/battery, intentional infliction of emotional distress, and defamation and slander.

It is also important for employees to keep in mind that harassment can also come with possible criminal action, which may include fines or incarceration.

When it comes to company liability, the company is strictly liable for harassment by supervisors. This means that the company is liable, even if management did not know about the harassment.

Select the Next arrow to continue.

**AutoNation**                                    *ANTI-HARASSMENT*



**AutoNation**                              *ANTI-HARASSMENT*

---

*ON-SCREEN TEXT:*

---

1. California Training Requirement (1 min)
2. Connecticut Training Requirement (1 min)
3. Training Time Requirement (1 min)
4. What Is Harassment? (4 min)
5. What Is Discrimination? (4 min)
6. Protected Groups (7 min)
7. Intent vs. Perception (6 min)
8. What Is Retaliation? (8 min)
9. US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                    *ANTI-HARASSMENT*

---

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Connecticut State Law**

Prior to 2019, Connecticut state law required that all employers with 50 or more employees provide sexual harassment training for all supervisory staff.

In June 2019, Connecticut enacted the "Time's Up Act," requiring all employers with three or more employees to provide two hours of sexual harassment training to all employees, including those in a non-supervisory position. Employers with fewer than three employees must provide the training only to supervisory employees.

Our employee relations expert is here to answer some common questions on Connecticut State law.

Select each question to learn what she has to say.

→ **What Laws Cover Sexual Harassment?**

**AutoNation**                                   *ANTI-HARASSMENT*

Sexual harassment is prohibited by both federal law (Title VII of the Civil Rights Act of 1964) and state law.

The Connecticut Discrimination Employment Practices Act is the state law prohibiting sexual harassment, while Title VII of the Civil Rights Act of 1964 is the federal law prohibiting sexual harassment.

### → How Is Sexual Harassment Defined?

Connecticut law defines sexual harassment as "any unwelcome sexual advances or requests for sexual favors or any conduct of a sexual nature when:

1. submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment;
2. submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; or
3. such conduct has the purpose or effect of substantially interfering with an individual's work performance or creating an intimidating, hostile, or offensive working environment."

### → What Reporting Options Are Available?

If you are sexually harassed, there are several steps you can take to stop and prevent the harassment:

1. If you feel comfortable doing so, ask the harasser to stop.
2. Look at our company policies to see who to report to. You can find out who to report to by visiting the **Contact Details** section. You can also find details of our complaint process by visiting the **Complaint Process** section.
3. Tell your supervisor, Human Resources, or another management employee.
4. If you belong to a union, tell your union representative.
5. File a complaint with the Connecticut Commission on Human Rights and Opportunities (CHRO) or with the federal Equal Employment Opportunities Commission (EEOC).

### → What Are the Remedies Available?

**AutoNation**                    *ANTI-HARASSMENT*

The CHRO can award damages "necessary to eliminate the discriminatory practice and make complainants whole." These damages can include:

- Cease and desist orders
- Back pay
- Front pay
- Attorney's fees and other costs
- Hiring, promotion, or reinstatement
- Pre- and post-judgment interest
- Financial award for emotional distress suffered
- Punitive damages (if the case is tried in court)

**→ What Are the Consequences?**

In addition to disciplinary action, individuals who engage in sexual harassment may be subject to civil and criminal penalties.

Select the Next arrow to continue.

**AutoNation**                                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

---

**One Way to the Top**

At Gianna's firm, rumors have circulated that a number of women in senior positions only got those jobs because they were involved in sexual relationships with their managers. Recently, Gianna applied for a promotion. Her interview went well; but after the interview, Paul, a senior manager on the interview panel, approached Gianna and asked if she'd like to grab some dinner after work to discuss her interview. He mentioned that there were a number of highly qualified candidates, but he could help swing things in Gianna's favor if they had an enjoyable dinner, as he likes to get to know who his colleagues are outside of the office to be sure they are going to be "friendly." Paul's request to go to dinner has made her feel uncomfortable.

Gianna asks you if this could be an example of sexual harassment?

**What two things would you tell her?**

**AutoNation**                              *ANTI-HARASSMENT*

---

- Yes, Paul's invitation could be interpreted as quid pro quo sexual harassment: if Gianna attends the dinner with him, he'll help ensure she gets the promotion.
- No, this is not a case of sexual harassment, as Gianna has not been subjected to any unwanted or inappropriate behavior of a sexual nature.
- No, as Paul only wants to discuss the interview at dinner, there is no case of sexual harassment.
- There could be a case of sexual harassment if women's opportunities to progress at the firm are conditional based on their willingness to engage in sexual relationships.

Submit

**AutoNation**                                          *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Correct answers:**

- Yes, Paul's invitation could be interpreted as quid pro quo sexual harassment: if Gianna attends the dinner with him, he'll help ensure she gets the promotion.

- There could be a case of sexual harassment if women's opportunities to progress at the firm are conditional based on their willingness to engage in sexual relationships.

**AutoNation**                                        *ANTI-HARASSMENT*



Thanks for helping Gianna.

Paul's request that Gianna attend dinner with him has made her uncomfortable, and his statement that, if he finds her to be "friendly" at dinner, he'll help swing things in Gianna's favor could be interpreted as an example of quid pro quo sexual harassment. Even though Paul isn't directly asking for sexual favors, it could be inferred that this is what he means, especially given the culture at the company where sexual favors are rumored to be a condition of women's career progression at the firm.

"Quid pro quo," a Latin phrase meaning "this for that," refers to promising, preventing, or denying something in exchange for favors. This type of harassment typically occurs in a supervisor/subordinate relationship and is linked to the grant or denial of job benefits, such as getting or retaining a job, or receiving a favorable performance review or promotion. In this example, even though Paul is not Gianna's direct supervisor, his position on the interview team gives him some discretion – or power – regarding Gianna's promotion.

Paul's prerequisite of a "friendly dinner" impedes Gianna's career progression, because only women willing to engage in the sexually-implied behavior have the opportunity for promotion, which means Gianna does not have equal opportunities in the workplace. The same would apply if it was a man pressuring a man to have dinner, a woman pressuring a man, or a woman pressuring a woman.

In a firm like Gianna's, even if she isn't subjected to sexual harassment, and if these allegations of quid pro quo are just rumors, these claims could be an indication that employees at the firm might be engaging in unlawful practices that could expose the firm to litigation and severe penalties. That is why they should not be ignored and be reported immediately, so that the rumors can be appropriately investigated and addressed.

If you believe sexual harassment is occurring in your workplace, you have a duty and responsibility to report it. Find out who you can report to by visiting the Contact Details section.



*ON-SCREEN TEXT:*

**Thanks for helping Gianna.**

**AutoNation**                    *ANTI-HARASSMENT*

Paul's request that Gianna attend dinner with him has made her uncomfortable, and his statement that, if he finds her to be "friendly" at dinner, he'll help swing things in Gianna's favor could be interpreted as an example of quid pro quo sexual harassment. Even though Paul isn't directly asking for sexual favors, it could be inferred that this is what he means, especially given the culture at the company where sexual favors are rumored to be a condition of women's career progression at the firm.

"Quid pro quo," a Latin phrase meaning "this for that," refers to promising, preventing, or denying something in exchange for favors. This type of harassment typically occurs in a supervisor/subordinate relationship and is linked to the grant or denial of job benefits, such as getting or retaining a job, or receiving a favorable performance review or promotion. In this example, even though Paul is not Gianna's direct supervisor, his position on the interview team gives him some discretion – or power – regarding Gianna's promotion.

Paul's prerequisite of a "friendly dinner" impedes Gianna's career progression, because only women willing to engage in the sexually-implied behavior have the opportunity for promotion, which means Gianna does not have equal opportunities in the workplace. The same would apply if it was a man pressuring a man to have dinner, a woman pressuring a man, or a woman pressuring a woman.

In a firm like Gianna's, even if she isn't subjected to sexual harassment, and if these allegations of quid pro quo are just rumors, these claims could be an indication that employees at the firm might be engaging in unlawful practices that could expose the firm to litigation and severe penalties. That is why they should not be ignored and be reported immediately, so that the rumors can be appropriately investigated and addressed.

If you believe sexual harassment is occurring in your workplace, you have a duty and responsibility to report it. Find out who you can report to by visiting the **Contact Details** section.

**AutoNation**                                 *ANTI-HARASSMENT*



### The New Client

Maggie is thrilled that she's just signed a new client. She announces the good news to the team; and her colleague, Kaleb, winks at her and says, "I'll bet you had to do something naughty to get that client on board. I've been trying for months with no luck; he must prefer the ladies." Maggie is really offended by the comment and asks you if this could be considered sexual harassment.



---

*ON-SCREEN TEXT:*

---

**The New Client**

Maggie is thrilled that she's just signed a new client. She announces the good news to the team; and her colleague, Kaleb, winks at her and says, "I'll bet you had to do something naughty to get that client on board. I've been trying for months with no luck; he must prefer the ladies." Maggie is really offended by the comment and asks you if this could be considered sexual harassment.

**What two things should you tell her?**

- No, this is not sexual harassment because Kaleb did not subject Maggie to any unwanted sexual behavior or make any sexually-motivated comments.
- Yes, this might be considered sexual harassment, because it is suggesting that Maggie was only capable of winning the client because she is a woman and infers that she did something "naughty" with the client.

**AutoNation**                    *ANTI-HARASSMENT*

---

- Suggesting that a woman is only successful at her role due to sexual reasons – and not because of her professional abilities – is insulting and demeaning and can constitute sexual harassment.
- Kaleb was only inquiring how Maggie managed to sign on the new client. There is nothing in the company policy prohibiting that kind of inquiry, so it can't be sexual harassment.

Submit

**AutoNation**                    *ANTI-HARASSMENT*



### The New Client

Maggie is thrilled that she's just signed a new client. She announces the good news to the team; and her colleague, Kaleb, winks at her and says, "I'll bet you had to do something naughty to get that client on board. I've been trying for months with no luck; he must prefer the ladies." Maggie is really offended by the comment and asks you if this could be considered sexual harassment.



What two things should you tell her?

☒ No, this is not sexual harassment because Kaleb did not subject Maggie to any unwanted sexual behavior or make any sexually-motivated comments.

☑ Yes, this might be considered sexual harassment, because it is suggesting that Maggie was only capable of winning the client because she is a woman and infers that she did something "naughty" with the client.

☑ Suggesting that a woman is only successful at her role due to sexual reasons – and not because of her professional abilities – is insulting and demeaning and can constitute sexual harassment.

☒ Kaleb was only inquiring how Maggie managed to sign on the new client. There is nothing in the company policy prohibiting that kind of inquiry, so it can't be sexual harassment.

Submit ⟩

*ON-SCREEN TEXT:*

<span style="color:green">Correct answers:</span>

- Yes, Paul's invitation could be interpreted as quid pro quo sexual harassment: if Gianna attends Yes, this might be considered sexual harassment, because it is suggesting that Maggie was only capable of winning the client because she is a woman and infers that she did something "naughty" with the client.

- Suggesting that a woman is only successful at her role due to sexual reasons – and not because of her professional abilities – is insulting and demeaning and can constitute sexual harassment.

**AutoNation**                              *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Thanks for helping Maggie.**

Kaleb's comment could be considered sexually discriminatory, as it undermines Maggie's professional experience and skills with sexual innuendo. It does this by suggesting her success in signing a new client is wholly dependent on the client's preference for females, and the assumption that she engaged in sexual activity with the client in order to persuade them.

Kaleb may have thought he was just making a joke and didn't actually intend for his comment to cause any offense, but what's important here is how the comments were perceived by Maggie. If Maggie was offended by what Kaleb's comment suggested, this could be considered sexual harassment. That is why we should always be mindful of what we say in the workplace and think about how our comments or actions could be perceived by others.

If you are ever subjected to sexual harassment in the workplace, find out who to contact by visiting the **Contact Details** section.

**AutoNation**                          *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Ready to put your knowledge to the test?**

Answer 5 questions to complete this assessment.

Pass mark: 80%

Start

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Catalina is called into her manager's office and he asks her if she's pregnant. He's noticed that she's gained weight as her body looks "fuller" so that could be the only explanation.

Could this be considered sexual harassment?

- Yes
- No

Submit

**AutoNation**                     *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- Yes

Next Question



ON-SCREEN TEXT:

Whenever Mia walks into the office, her colleague, Daniel, leers at her and makes a distinctive sexual gesture.

Is this sexual harassment?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- Yes

Next Question



*ON-SCREEN TEXT:*

Sasha overhears some of her colleagues making comments about her sexual orientation, including derogatory, sexual orientation-based slurs.

If her colleagues didn't intend for Sasha to hear their remarks, can this still constitute sexual harassment?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Correct answer:
* Yes

Next Question

**AutoNation**                                          *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Sexual harassment can only be defined as any action that is motivated by sexual desire, or any action that has the goal of sexual cooperation.

- True
- False

Submit

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Correct answer:
- False

Next Question

## AutoNation                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Gianluca's supervisor, Martha, approaches him and says that she can guarantee he'll get the promotion he's applied for if he joins her for a drink, and maybe more, after work.

Is this an example of quid pro quo sexual harassment?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

<span style="color:green">Correct answer:</span>
- Yes

Summary



**ON-SCREEN TEXT:**

---

**Summary**

Catalina is called into her manager's office and he asks her if she's pregnant. He's noticed that she's gained weight as her body looks "fuller" so that could be the only explanation.
Could this be considered sexual harassment?
You answered: **Yes**

Whenever Mia walks into the office, her colleague, Daniel, leers at her and makes a distinctive sexual gesture.
Is this sexual harassment?
You answered: **Yes**

Sasha overhears some of her colleagues making comments about her sexual orientation, including derogatory, sexual orientation-based slurs.
If her colleagues didn't intend for Sasha to hear their remarks, can this still constitute sexual harassment?
You answered: **Yes**

**AutoNation**                              *ANTI-HARASSMENT*

---

Sexual harassment can only be defined as any action that is motivated by sexual desire, or any action that has the goal of sexual cooperation.
You answered: False

Gianluca's supervisor, Martha, approaches him and says that she can guarantee he'll get the promotion he's applied for if he joins her for a drink, and maybe more, after work.
Is this an example of quid pro quo sexual harassment?
You answered: Yes

Great job!

**AutoNation**                    *ANTI-HARASSMENT*



**AutoNation**                    *ANTI-HARASSMENT*

---

*ON-SCREEN TEXT:*

---

1.  California Training Requirement (1 min)
2.  Connecticut Training Requirement (1 min)
3.  Training Time Requirement (1 min)
4.  What Is Harassment? (4 min)
5.  What Is Discrimination? (4 min)
6.  Protected Groups (7 min)
7.  Intent vs. Perception (6 min)
8.  What Is Retaliation? (8 min)
9.  US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                    *ANTI-HARASSMENT*

---

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Time's Up Act**

On June 18, 2019, Connecticut's Governor Ned Lamont signed into law Public Act 19-16, "An Act Combatting Sexual Assault and Sexual Harassment." This Act, along with Public Act 19-93, is known as the "Time's Up Act." This legislation was Connecticut's response to the #MeToo movement, and it's a proactive approach to combatting sexual harassment in the workplace.

With the enactment of the Time's Up Act, Connecticut has called "time" on workplace sexual harassment by making changes to Connecticut employment laws, expanding sexual harassment prevention laws, and introducing punitive damages.

Select each numbered panel to learn more about the Time's Up Act.

**→ Training Requirements**

Before the Time's Up Act was enacted, Connecticut state law mandated that employers with 50 or more employees had to provide sexual harassment training to its supervisory staff. The Time's Up Act expands this requirement by making it mandatory for employers with three or more employees to provide two

**AutoNation**                              *ANTI-HARASSMENT*

hours of sexual harassment training to all employees. Employers with fewer than three employees must provide two hours of sexual harassment training to supervisory employees.

### → Ensuring Compliance

If the Commission on Human Rights and Opportunities (CHRO) believes an employer is in violation of legal requirements, it is entitled to visit the employer's business location during normal business hours and check all records, policies, postings, and training materials to ensure they are compliant.

If an employer is not in compliance, they can be subject to a fine.

### → Filing Discrimination Complaints

Under the previous law, employees who wish to file a discriminatory practice complaint with the CHRO must do so within 180 days of the alleged discrimination taking place.

The Time's Up Act extended the deadline for filing complaints that occurred on or after October 1, 2019, to 300 days, and includes any claim of harassment or discriminatory misconduct, including sexual harassment.

### → Victim Compensation and Punitive Damages

Before the enactment of the Time's Up Act, if it was found that discriminatory employment practices occurred at an employer's workplace, the CHRO hearing officer could only order for the complainant's reinstatement at work, with or without back pay.

The Act has now increased the damages awarded to complainants, as the CHRO now has the authority to award reasonable attorney fees and costs to victims, as well as recovering punitive damages (which the Connecticut Supreme Court previously did not authorize in discrimination and harassment cases).

### → Protections for Employees

Under Connecticut law, it is illegal for an employer to retaliate against an employee who reports and opposes employment discrimination. The Time's Up Act takes this anti-retaliation legislation further, by expanding protections for employees who file sexual harassment or discrimination complaints. The law

**AutoNation**                                    ***ANTI-HARASSMENT***

now prohibits employers, when taking action in response to a claim, from making changes to the terms and conditions of employment, unless the employee consents to this in writing. This includes:

- Relocating the employee
- Changing their schedule
- Assigning different work tasks

Select the Next arrow to continue.

NAVARRO v. HOLLYWOOD IMPORTS - 1549

**AutoNation**                    *ANTI-HARASSMENT*





## A Friendly Manager

Nina's manager, Graham, is a very friendly man who likes to hug his staff when he welcomes or congratulates them; but it makes Nina feel very uncomfortable. She speaks to the other members of her team about the hugging, but they say it doesn't bother them. They know he's just being friendly and there is no sexual motive behind it, but Nina feels differently.

She asks you if this could be considered sexual harassment, and what she should do about it.

### What three things should you tell her?

A hug can be perceived as an unwanted sexual advance; so it might be considered sexual harassment if it negatively affects Nina's working environment.

No, this can't be considered sexual harassment because a hug is just a friendly gesture and it doesn't make any other members of the team feel uncomfortable.

Nina will have no case of sexual harassment because all of the other team members will attest that there is no sexual motive behind Graham's actions.

If the hugs are making Nina feel uncomfortable, this can be considered sexual harassment. She should speak to Graham and ask him to refrain from hugging her in the future if she feels comfortable doing so. If she doesn't feel comfortable speaking to Graham, she should report this to HR.

Just because Graham isn't hugging the rest of the team in a manner that displays sexual intent, it doesn't mean his hugs with Nina don't have sexual motive.

---

*ON-SCREEN TEXT:*

---

**A Friendly Manager**

Nina's manager, Graham, is a very friendly man who likes to hug his staff when he welcomes or congratulates them; but it makes Nina feel very uncomfortable. She speaks to the other members of her team about the hugging, but they say it doesn't bother them. They know he's just being friendly and there is no sexual motive behind it, but Nina feels differently.

She asks you if this could be considered sexual harassment, and what she should do about it.

**What three things should you tell her?**

**AutoNation**                                    *ANTI-HARASSMENT*

---

- A hug can be perceived as an unwanted sexual advance; so it might be considered sexual harassment if it negatively affects Nina's working environment.
- No, this can't be considered sexual harassment because a hug is just a friendly gesture and it doesn't make any other members of the team feel uncomfortable.
- Nina will have no case of sexual harassment because all of the other team members will attest that there is no sexual motive behind Graham's actions.
- If the hugs are making Nina feel uncomfortable, this can be considered sexual harassment. She should speak to Graham and ask him to refrain from hugging her in the future if she feels comfortable doing so. If she doesn't feel comfortable speaking to Graham, she should report this to HR.
- Just because Graham isn't hugging the rest of the team in a manner that displays sexual intent, it doesn't mean his hugs with Nina don't have sexual motive.

Submit

**AutoNation**                    *ANTI-HARASSMENT*






## A Friendly Manager

Nina's manager, Graham, is a very friendly man who likes to hug his staff when he welcomes or congratulates them; but it makes Nina feel very uncomfortable. She speaks to the other members of her team about the hugging, but they say it doesn't bother them. They know he's just being friendly and there is no sexual motive behind it, but Nina feels differently.

She asks you if this could be considered sexual harassment, and what she should do about it.

### What three things should you tell her?

✓ A hug can be perceived as an unwanted sexual advance; so it might be considered sexual harassment if it negatively affects Nina's working environment.

✗ No, this can't be considered sexual harassment because a hug is just a friendly gesture and it doesn't make any other members of the team feel uncomfortable.

✗ Nina will have no case of sexual harassment because all of the other team members will attest that there is no sexual motive behind Graham's actions.

✓ If the hugs are making Nina feel uncomfortable, this can be considered sexual harassment. She should speak to Graham and ask him to refrain from hugging her in the future if she feels comfortable doing so. If she doesn't feel comfortable speaking to Graham, she should report this to HR.

✓ Just because Graham isn't hugging the rest of the team in a manner that displays sexual intent, it doesn't mean his hugs with Nina don't have sexual motive.

Submit



*ON-SCREEN TEXT:*

Correct answers:
- A hug can be perceived as an unwanted sexual advance; so it might be considered sexual harassment if it negatively affects Nina's working environment.
- If the hugs are making Nina feel uncomfortable, this can be considered sexual harassment. She should speak to Graham and ask him to refrain from hugging her in the future if she feels comfortable doing so. If she doesn't feel comfortable speaking to Graham, she should report this to HR.

**AutoNation**                              ***ANTI-HARASSMENT***

- Just because Graham isn't hugging the rest of the team in a manner that displays sexual intent, it doesn't mean his hugs with Nina don't have sexual motive.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Thanks for helping Nina.**

While hugs are commonly seen as a friendly gesture of camaraderie that are welcomed by some, they can often be misconstrued by others. On the opposite end of the spectrum, hugs can be taken too far and cross over into the realm of sexual harassment. This happens when hugs are accompanied by inappropriate touching, pressing too closely, or whispering sexual innuendos in the person's ear, all of which might go unnoticed to other people in the workplace.

Some people, however, find hugging awkward no matter the situation; and a simple hug can be considered sexual harassment if it makes Nina uncomfortable and persists after she has raised her discomfort. This creates a hostile working environment.

**AutoNation**                     *ANTI-HARASSMENT*

---

If Nina feels comfortable doing so, she should speak to Graham about how hugging makes her feel and ask him to refrain from hugging her in the future. If Graham ignores Nina's requests, or if Nina isn't comfortable speaking to Graham, she should escalate her concerns to Graham's manager or HR.

If you ever need to report inappropriate sexual behavior, find out who to contact in the **Contact Details** section.



**ON-SCREEN TEXT:**

---

**A Difficult Delivery**

Felix is a delivery driver for a courier firm, and he has a set route on which he delivers to the same businesses every day. In the delivery dock of one particular business, there is an employee, named Talia, who always insists on helping him unload his van. When she does, she touches Felix in ways he feels are very inappropriate, and she asks very intrusive and intimate questions about his personal life. Felix thinks Talia's behavior should be reported, but as they both work for different companies, he doesn't know what to do. He certainly doesn't feel comfortable confronting her directly about it, since she works for the customer company.

Felix asks for your advice.

**What two things should you tell him?**

**AutoNation**                            *ANTI-HARASSMENT*

- The easiest thing to do is ask his manager to put him on a different route so he won't have to encounter Talia again.
- The businesses Felix enters can be considered his "workplace," and as he is being subjected to sexual harassment in the workplace, he should report it to his manager.
- As Talia works for a different company, there is not much Felix's manager can do about her behavior, so there is no point in reporting it.
- Felix's employer has a responsibility to ensure no employee is subjected to sexual harassment, so they have a duty to investigate and likely contact Talia's company and report her behavior.

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answers:

- The businesses Felix enters can be considered his "workplace," and as he is being subjected to sexual harassment in the workplace, he should report it to his manager.
- Felix's employer has a responsibility to ensure no employee is subjected to sexual harassment, so they have a duty to investigate and likely contact Talia's company and report her behavior.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Thanks for helping Felix.**

We all know that sexual harassment by a manager or a colleague is illegal, but when you are being sexually harassed at work by someone who is neither, it may seem like a difficult situation. In reality, it's very simple. Under federal law (Title VII), employers also have a responsibility to protect employees from sexual harassment by outsiders.

Remember, the law doesn't state that a perpetrator should be a manager or colleague in order for conduct to be considered sexual harassment. If the conduct alters an employee's working conditions or creates a hostile work environment, it is unlawful.

Felix should report Talia's behavior to his manager. As long as his employer knows that Felix is being subjected to sexual harassment, they have a responsibility to take action and put a stop to it.

If you ever find yourself in a similar situation to Felix, find out who to contact in the **Contact Details** section.

**AutoNation**                    *ANTI-HARASSMENT*





*ON-SCREEN TEXT:*

**Coming Out**

Devan recently got engaged to his partner, Julian, and thought the news was a good opportunity for him to come out to his colleagues. They were all very congratulatory. Later, on a work night out, Devan's colleague, Brianna, begins to ask him very intimate and intrusive questions about being in a same-sex relationship. Devan tells her that these questions make him feel uncomfortable and changes the subject.

The following week in the canteen Brianna approaches Devan and again asks him very intimate and intrusive questions about being in a same-sex relationship. Devan again tells Brianna that her questions make him uncomfortable. Over the following weeks, Brianna asks Devan intimate and intrusive questions on several occasions.

**AutoNation**                                  *ANTI-HARASSMENT*

---

Devan asks you if this could be considered sexual harassment.

**What two things should you tell him?**

- If Brianna is making Devan feel uncomfortable by asking intrusive questions about his relationship, this could be considered sexual harassment.
- No, revealing your sexuality to a group of colleagues you have worked with for a long time is bound to incite some curiosity. Brianna is just showing an interest in his life.
- Yes, Brianna made an assumption about people in same-sex relationships that could be considered an offensive stereotype for the LGBTQ+ community.
- This can't be considered sexual harassment because the initial conversation happened outside of the workplace and will have no impact on Devan's working conditions.

Submit

**AutoNation**                     *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answers:

- If Brianna is making Devan feel uncomfortable by asking intrusive questions about his relationship, this could be considered sexual harassment.
- Yes, Brianna made an assumption about people in same-sex relationships that could be considered an offensive stereotype for the LGBTQ+ community.

## AutoNation                         *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Thanks for helping Devan.**

Any unwelcome and intrusive questions of an intimate sexual nature can be sexual harassment if they happen often enough or are severe enough to make an employee feel uncomfortable to such an extent that it interferes with their work. Not knowing how Devan would react is not an excuse. These are inappropriate questions, and Brianna should be more mindful of the impact they can have on people.

The fact that this happened outside of work is also not an excuse, and Brianna's behavior should be reported. If you ever need to report an incident of sexual harassment, find out who to contact in the **Contact Details** section.

**AutoNation**                                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Ready to put what you've learned into practice?**

Answer 5 questions to complete this assessment.

Pass mark: 80%

Start

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Ever since Tamara came out to her colleagues, one of her co-workers has continued to send her vulgar pictures of women in same-sex relationships.

Is this sexual harassment?

- Yes
- No

Submit

**AutoNation**                          *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Correct answer:**
*   Yes

Next Question

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Harry has been working with a client named Karen for several months now. She has been very flirtatious in the past, and while Harry didn't feel totally comfortable with her behavior, he thought it was harmless. While out for dinner on business, Karen tries to kiss him and when he refuses, she says she's a valued client and can make life difficult for him.

Because Karen doesn't work for the same company as Harry, Harry is powerless to do anything about the sexual harassment.

- True
- False

Submit



ON-SCREEN TEXT:

Correct answer:
- False

Next Question



*ON-SCREEN TEXT:*

Jermaine's direct report, Kalani, reports two of her colleagues for sexual harassment because they have been making derogatory comments about the LGBTQ+ community. Kalani is gay, which is why she finds them so offensive, but no one on her team knows that; and she'd rather they didn't know. Jermaine thinks telling the team about Kalani's sexual orientation will stop the harassment, so he informs the whole team.

Did Jermaine handle this situation appropriately?

- Yes
- No

Submit



**AutoNation**                     *ANTI-HARASSMENT*

ON-SCREEN TEXT:

Correct answer:
- No

Next Question

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Ivanna had a crush on her colleague, Cedric, for months; so she started to subtly flirt with him at work. To Ivanna's surprise, he started to flirt back and even asked her out on a date. They dated for a while, but Ivanna didn't think they were a good match. Cedric didn't agree, and now he constantly texts and calls her, despite Ivanna telling him to stop.

Could this be considered sexual harassment if Cedric and Ivanna were once in a consensual relationship?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- Yes

Next Question

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Employees who wish to file discriminatory practice complaints with the CHRO have 300 days from the date the alleged incident occurred to do so if the incident occurred after October 1, 2019.

- True
- False

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

<span style="color:green">Correct answer:</span>
- True

Summary



ON-SCREEN TEXT:

**Summary**

Ever since Tamara came out to her colleagues, one of her co-workers has continued to send her vulgar pictures of women in same-sex relationships.
Is this sexual harassment?
You answered: Yes

Harry has been working with a client named Karen for several months now. She has been very flirtatious in the past, and while Harry didn't feel totally comfortable with her behavior, he thought it was harmless. While out for dinner on business, Karen tries to kiss him and when he refuses, she says she's a valued client and can make life difficult for him.

**AutoNation**                     *ANTI-HARASSMENT*

Because Karen doesn't work for the same company as Harry, Harry is powerless to do anything about the sexual harassment.
You answered: False

Jermaine's direct report, Kalani, reports two of her colleagues for sexual harassment because they have been making derogatory comments about the LGBTQ+ community. Kalani is gay, which is why she finds them so offensive, but no one on her team knows that; and she'd rather they didn't know. Jermaine thinks telling the team about Kalani's sexual orientation will stop the harassment, so he informs the whole team.
Did Jermaine handle this situation appropriately?
You answered: No

Ivanna had a crush on her colleague, Cedric, for months; so she started to subtly flirt with him at work. To Ivanna's surprise, he started to flirt back and even asked her out on a date. They dated for a while, but Ivanna didn't think they were a good match. Cedric didn't agree, and now he constantly texts and calls her, despite Ivanna telling him to stop.
Could this be considered sexual harassment if Cedric and Ivanna were once in a consensual relationship?
You answered: Yes

Employees who wish to file discriminatory practice complaints with the CHRO have 300 days from the date the alleged incident occurred to do so if the incident occurred after October 1, 2019.
You answered: True

 Excellent work!

**AutoNation**      *ANTI-HARASSMENT*



**AutoNation**                                    *ANTI-HARASSMENT*

---

*ON-SCREEN TEXT:*

---

1.  California Training Requirement (1 min)
2.  Connecticut Training Requirement (1 min)
3.  Training Time Requirement (1 min)
4.  What Is Harassment? (4 min)
5.  What Is Discrimination? (4 min)
6.  Protected Groups (7 min)
7.  Intent vs. Perception (6 min)
8.  What Is Retaliation? (8 min)
9.  US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                          *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

**AutoNation**                    *ANTI-HARASSMENT*




*ON-SCREEN TEXT:*

**Delaware State Law**

In August 2018, Delaware signed HB 360 into law. The law made sexual harassment training mandatory for employers with at least 50 employees. All existing employees must receive training within one year of January 1, 2019, and then receive training every two years thereafter.

Our employee relations expert is here to help us take a closer look at Delaware State law.

Select each question to learn what she has to say.

**→ What Is the Delaware Discrimination in Employment Act?**

All individuals in the workplace are protected against discrimination based on gender under the Delaware Discrimination in Employment Act. Sexual harassment is a form of gender discrimination.

**AutoNation**                                          ***ANTI-HARASSMENT***

In 2018 a new law extended protections to all individuals in all workplaces, including employees, applicants, contractors, agency workers, elected officials and their staff, and interns.

### → How Is Sexual Harassment Defined?

The Delaware Department of Labor defines sexual harassment as "conduct that includes unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when: (1) submission to such conduct is made either explicitly or implicitly a term or condition of an employee's employment; (2) submission to or rejection of such conduct is used as the basis for employment decisions affecting an employee; or (3) such conduct has the purpose or effect of unreasonably interfering with an employee's work performance or creating an intimidating, hostile, or offensive working environment."

### → How Can I Speak Up?

If you are ever the victim of harassment, or witness (or suspect) an instance of harassment, you can find out who to report to by visiting the **Contact Details** section.

You can also find out the details of our complaint process by visiting the **Complaint Process** section. All complaints will be treated with confidentiality, and you can rest assured that retaliation for any complaints filed in good faith is strictly forbidden under law and company policy.

You can report sexual harassment by visiting the website of the Delaware Department of Labor Office of Anti-Discrimination (opens in new tab).The Department can investigate or mediate your complaint and may be able help you collect lost wages and other damages.

### → What Are My External Rights?

Under Delaware legislation, victims may file a charge with the Delaware Department of Labor (opens in new tab) (DDOL). Charges may be filed in person at the DDOL office in Dover or Wilmington. Charges must be filed with the DDOL within 300 days of the date the alleged offense took place, and charges must be filed with the DDOL before a private lawsuit may be filed in court.

Employees may also file charges with the federal EEOC (opens in new tab) any time within 300 days from the alleged offense, if they so wish.

 **_ANTI-HARASSMENT_**

Select the Next arrow to continue.

NAVARRO v. HOLLYWOOD IMPORTS - 1582

## AutoNation

### *ANTI-HARASSMENT*



**AutoNation**                    *ANTI-HARASSMENT*

---

*ON-SCREEN TEXT:*

---

1. California Training Requirement (1 min)
2. Connecticut Training Requirement (1 min)
3. Training Time Requirement (1 min)
4. What Is Harassment? (4 min)
5. What Is Discrimination? (4 min)
6. Protected Groups (7 min)
7. Intent vs. Perception (6 min)
8. What Is Retaliation? (8 min)
9. US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                          *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

NAVARRO v. HOLLYWOOD IMPORTS - 1585

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Illinois State Law**

Senate Bill 75 was signed into law in August 2019, mandating that all Illinois employers must provide annual sexual harassment training to all employees.

Our employee relations expert is here to help us examine the key areas in more detail.
Select each question to learn what she has to say.

Select each question to learn what she has to say.

**→ What Laws Cover Sexual Harassment?**

The Illinois Human Rights Act prohibits discrimination with respect to employment, financial credit, public accommodations, housing, and sexual harassment, as well as sexual harassment in education.

Senate Bill 75 amended the Illinois Human Rights Act in a number of ways including requiring all employers to provide annual sexual harassment training and extending the protection of the Illinois Human Rights Act to protect independent contractors as well as employees.

**AutoNation**                              *ANTI-HARASSMENT*

Sexual harassment is also illegal under federal law Title VII of the Civil Rights Act of 1964.

### → How Is Sexual Harassment Defined?

According to the Illinois Human Rights Act, sexual harassment is "unwanted, deliberate, or repeated sexual behavior. Sexual harassment can include the display of sexually suggestive objects, signs, magazines, or pictures, or the sending of sexually suggestive emails or text messages to persons who do not want this attention.

Sexual harassment can also be a subtle or direct requirement that a sexual or social relationship is part of your job, your housing, or your educational performance. For example, making any part of your job (such as wages, promotions, references, or working conditions), any part of your housing (such as your rent, your security deposit, or lease renewal), or any part of your educational performance (such as grades, honors, course work, or scholarships) contingent on submission to the sexual behavior."

In employment, sexual harassment is any unwelcome sexual advances, requests for sexual favors, or any conduct of a sexual nature when:

1. submission to such conduct is either explicitly or implicitly made a term or condition of employment, and submission to, or rejection of, the conduct is used as a basis for making decisions about your employment; or
2. such conduct interferes with your job performance or creates an intimidating, hostile, or offensive working environment."

### → What Is the Complaint Process?

If you are ever the victim of harassment, or witness (or suspect) an instance of harassment, you are obligated to report such conduct internally. Please review the **Complaint Process** section of this course to find out the reporting options available to you. Remember, behavior does not need to be a violation of law in order to be in violation of company policy.

All complaints will be treated with confidentiality permissible under law, and you can rest assured that retaliation for any complaints filed in good faith is strictly forbidden under law and company policy.

**AutoNation**                          *ANTI-HARASSMENT*

---

### → What Are My External Rights?

Victims of sexual harassment may file complaints with the Illinois Department of Human Rights. Complaints may be filed in person or by calling, faxing, emailing, or mailing the DHR's Chicago or Springfield office within 300 days of the date the alleged discrimination took place (or within 180 days for incidents occurring before June 8, 2018). Complainants can also call the State of Illinois Sexual Harassment & Discrimination Helpline (opens in new tab) to report an allegation of sexual harassment.

If a complaint is filed under the state's process, it is followed by an investigation; if a charge is then filed after the investigation, the process requires a fact-finding conference and an opportunity for mediation between the parties. The details of the state's process and requirements can be found on the Illinois Department of Human Rights Filing a Charge FAQ page (opens in new tab).

Complainants can also report allegations of sexual harassment at the website of the Equal Employment Opportunity Commission (opens in new tab) (EEOC) or by calling them at 1-800-669-4000, 1-800-669-6890 (TTY for deaf or hard of hearing callers), or 1-844-234-5122 (ASL video phone for deaf or hard of hearing callers).

Complainants can also contact these EEOC offices that serve Illinois:

- Chicago District Office. JCK Federal Building, 230 S. Dearborn St., Chicago, IL 60604
- St. Louis District Office. Robert A. Young Federal Building, 1222 Spruce St., Rm. 8.100, St. Louis, MO 63103

### → What Are the Remedies Available?

Under the Illinois Human Rights Act, there are a variety of remedies available to victims of sexual harassment, if they prevail in their case, which might include:

- Actual damages for injury or loss suffered;
- Specific relief (depending on the facts of each case) such as hire, reinstatement, promotion, back pay, fringe benefits;
- Attorney fees; and
- Other relief to make them whole.

**AutoNation**                    *ANTI-HARASSMENT*

When complaints are filed with the EEOC, there are a variety of remedies available to victims of sexual harassment if they prevail in their case, which include:

- Attorney's fees and costs
- Back pay
- Clearing of a personnel file
- Damages
- Hiring
- Promotion
- Punitive damages
- Reinstatement, or front pay where reinstatement is not possible

**→ What Is the Law on Retaliation?**

Retaliation for complaining about sexual harassment is prohibited by the Illinois Human Rights Act. Retaliation is "conduct intended to deter or dissuade a person from making a complaint or filing a report of sexual harassment, or participating in an investigation conducted by the Illinois Department of Human Rights or other similar agency."

Retaliation for complaining about sexual harassment – whether as a victim, an observer, a concerned co-worker, or as someone who cooperates with an investigation – is also prohibited by our company. We take seriously any reports of suspected retaliation and will investigate and address such behavior. If you feel you have been subjected to retaliation – or if you believe someone else has been – you have an obligation to report it. As a reminder, visit the **Complaint Process** section for information on available reporting avenues.

Select the Next arrow to continue.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Employer Responsibilities**

One of the provisions of Senate Bill 75 was that the annual sexual harassment training provided to all Illinois employees must provide a summary of the responsibilities of employers in the prevention, investigation, and corrective measures of sexual harassment.

Select each topic to learn about our company's responsibilities in these areas.

→ **Prevention**

As your employer, we have a responsibility to maintain a working environment free from sexual harassment. Our harassment policies make our company a safe and comfortable place to work. It is vital that you know where they are, what they are, and how to implement them. These policies make it clear that we will not tolerate sexual harassment.

Our company takes sexual harassment very seriously, and we do everything in our power to help prevent it from occurring. Under the Illinois Human Rights Act, all workers have the right to work in an environment free from sexual harassment or unlawful discrimination. We provide posters and information in our Associate Handbook that outlines these employee rights, such as the right to be free

NAVARRO v. HOLLYWOOD IMPORTS - 1590

**AutoNation**                              *ANTI-HARASSMENT*

from unlawful discrimination or sexual harassment in the workplace, and the right to obtain certain reasonable accommodations such as those based on pregnancy and disability.

This training is also a key tool in our efforts to prevent sexual harassment. Remember, we maintain a zero-tolerance policy on sexual harassment. If you are ever the victim of harassment, or witness (or suspect) an instance of harassment, you are obligated to report such conduct. As a reminder, we have a number of reporting avenues available to you as outlined in our policies prohibiting harassment and in the **Complaint Process** section.

### → Investigation

We treat every complaint with the same level of attention and detail. As noted previously, you can report complaints to your manager, another manager with whom you feel comfortable, Corporate or Region Human Resources, the Legal Department, the Business Ethics Committee, or the Alertline (1-800-597-0094 or www.alertline.com), anonymously if preferred.

Once a sexual harassment complaint is made, it will be thoroughly investigated by the appropriate department. We will keep all complaints confidential to the extent reasonably possible.

If you report an instance of sexual harassment to your manager, they must handle it in an efficient and timely manner. Your manager will not be involved in personally investigating such a complaint, because doing so might create additional issues or undermine the company's ability to investigate and address the concerns. Your manager will escalate your concern to Corporate or Region HR, or another appropriate department, which will take charge of the investigation.

Once you file a complaint, no action must be taken against the subject of the complaint until HR, or the appropriate department, conducts their inquiry. Only when the investigation is complete will HR consult with your manager regarding any recommended disciplinary action. You should not discuss the complaint with other employees until the investigation is over, as it is not unusual for employees to take sides in harassment and discrimination cases.

Retaliation for filing a complaint is strictly forbidden by company policy, and is also prohibited by the Illinois Human Rights Act.

**AutoNation**                    *ANTI-HARASSMENT*

---

**→ Corrective Measures**

If a complaint is substantiated, and it has been determined that an employee has subjected another employee to any misconduct that violates company policy, even if that behavior is not explicitly prohibited by law, the perpetrator will be subject to discipline or other action that management deems appropriate to the circumstances; this might include, for example, a letter of reprimand, a reduction in discretionary compensation, suspensions without pay of varying length, up to and including termination of employment.

Select the Next arrow to continue.

**AutoNation**                    *ANTI-HARASSMENT*



**AutoNation**                    *ANTI-HARASSMENT*

---

*ON-SCREEN TEXT:*

---

1.  California Training Requirement (1 min)
2.  Connecticut Training Requirement (1 min)
3.  Training Time Requirement (1 min)
4.  What Is Harassment? (4 min)
5.  What Is Discrimination? (4 min)
6.  Protected Groups (7 min)
7.  Intent vs. Perception (6 min)
8.  What Is Retaliation? (8 min)
9.  US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                                    *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

NAVARRO v. HOLLYWOOD IMPORTS - 1595

**AutoNation**                          *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Sexual Harassment in Hospitality**

According to data from the Equal Employment Opportunities Commission (EEOC), analyzed by the Center for American Progress, more sexual harassment claims are filed in the restaurant and hospitality industry than in any other sector in the United States.

By signing Senate Bill 75 into law in 2019, the State of Illinois created three new laws and amended others that relate to sexual harassment and discrimination, including harassment prevention mandates specifically for employers in the bar, restaurant, hotel, and casino sectors.

Select each numbered panel to review the specific harassment prevention requirements for employers in this sector.


**→ Sexual Harassment Policies**

Beginning July 1, 2020, every restaurant and bar operating in Illinois must provide all employees with a written sexual harassment policy, in English and Spanish, within the first calendar week of an employee's employment. This policy must provide guidelines on how to report allegations or file a charge with the State Department of Human Rights.

**AutoNation**                                    *ANTI-HARASSMENT*

---

### → Sexual Harassment Training

The new Illinois law also mandates that all Illinois employers, including those in the service industry, must provide sexual harassment prevention training to all employees. However, starting July 1, 2020, owners of bars and restaurants must additionally train their employees on harassment prevention specific to the restaurant and hospitality industry. Employees must complete this training within their first week of employment.

### →Hotel and Casino Employee Safety Act

Senate Bill 75 also created the Hotel and Casino Employees Safety Act, which requires hotels and casinos to equip employees working alone in isolated spaces – such as a guest room, restroom, or casino floor – with safety devices, such as a "panic button," so they can alert someone for help if they are at risk of, subjected to, or witness sexual harassment.

Employers in the industry must also develop, maintain, and comply with an anti-sexual harassment policy that protects employees against sexual harassment and harassment by guests. This policy must also be provided to their employees in writing. This law is effective July 1, 2020.

### →Sexual Harassment Victim Representation Act

SB 75 also creates the Sexual Harassment Victim Representation Act, requiring employers and unions to ensure that a victim has a different union representative than that of the accused in a proceeding in which a union member has been sexually harassed by another union member.

### →Manager Responsibility

All managers are responsible for maintaining a workplace that is free from sexual harassment, and for managers in the restaurant and hospitality industry, that also includes customer sexual harassment.

Managers are the first line of defense against sexual harassment, so they must promote a professional working environment where sexually-harassing behavior is treated with the same severity as all other forms of misconduct and disciplined accordingly. Managers must exercise their authority to deter employees from engaging in sexually inappropriate behavior, by setting the standards of acceptable

**AutoNation**                              *ANTI-HARASSMENT*

behavior in the workplace, demonstrating those behaviors themselves, as well as taking remedial action against sexual harassment.

Managers must address any observed or reported incident of employee, or customer sexual harassment with equal seriousness, and take prompt action to escalate it for investigation, implement appropriate disciplinary action, as well as taking all necessary steps to eliminate the harassment and prevent a recurrence. This also applies to cases where an employee tells the supervisor about behavior considered to be sexual harassment but does not want to make a formal complaint.

→**Manager Liability**

The Illinois Human Rights Commission states that business owners, as well as managers and supervisors, can be held liable for damages related to sexual harassment by a manager, supervisor, employee, and third parties, including customers.

This is important legislation in the restaurant and hospitality industry, where the primary goal is customer satisfaction; at times, this has meant that sexual harassment by a customer has gone unchallenged, ostensibly making it a part of an employee's working environment. The law puts more pressure on managers to tackle sexual harassment in the workplace, as the law states that if it is found that a manager knows about, or should have reasonably known about, customer harassment and doesn't take any measures to address it, they can be held liable personally.

Select the Next arrow to continue.



ON-SCREEN TEXT:

**Are You on the Menu?**

Caleb is a restaurant server and a bachelorette party is seated at one of his tables. When he introduces himself as their server, one of the women asks if he is the "adult entertainment" for the night. Caleb ignores the comment; but later, when he offers them dessert, another guest asks him, "Are you on the menu?" As the evening continues, the women repeatedly proposition Caleb, and they begin touching him inappropriately.

Caleb tells you this is making him feel very uncomfortable, and he asks you what he should do.

**What two things should you tell him?**

**AutoNation**                                     *ANTI-HARASSMENT*

- Caleb is a man, and they are a table of drunk, overly-excited women having a good time. They are harmless and of no threat to Caleb, so he should just ignore it and continue working.
- He should politely tell the bachelorette party that their behavior is inappropriate; while it's his job to make sure they're having a good time, he shouldn't have to tolerate this behavior.
- Tell Caleb that's just part of the job and if he can't handle it, he shouldn't be in the service industry. We put up with this behavior from customers because they usually tip well if we do.
- Caleb should ask the bachelorette party to stop touching and propositioning him. He should then report what's happened immediately to his manager or supervisor.

Submit

**AutoNation**                     *ANTI-HARASSMENT*





ON-SCREEN TEXT:

Correct answers:

- He should politely tell the bachelorette party that their behavior is inappropriate; while it's his job to make sure they're having a good time, he shouldn't have to tolerate this behavior.

- Caleb should ask the bachelorette party to stop touching and propositioning him. He should then report what's happened immediately to his manager or supervisor.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Remember…**

The customers we serve are factors of our working environment and, like our colleagues, are also capable of subjecting employees to sexual harassment. The law makes no distinction between customers and colleagues, regarding the perpetration of sexual harassment.

Sexual harassment in the workplace is unlawful, even when it comes from our customers; so Caleb is within his rights to ask the bachelorette party to refrain from touching and propositioning him.

It's unacceptable to suggest that a man cannot feel threatened by a woman's behavior. It's not only sexist but belittles Caleb's feelings. Suggesting he should ignore what's happened is not an acceptable solution, as it can encourage this behavior to continue when the perpetrators believe there are no ramifications for their actions.

In the future, Caleb shouldn't wait until sexual harassment escalates before reporting it. He should always report the first instance to his manager so the situation can be handled appropriately – even if he doesn't feel comfortable confronting the harassment himself. If you ever find yourself in a similar situation to Caleb, find out who to contact by visiting the **Contact Details** section.



**AutoNation**     *ANTI-HARASSMENT*

ON-SCREEN TEXT:

**The Customer Is Always Right**

Caleb politely asks the bachelorette party to stop touching and propositioning him. When he notifies his manager, Kirsten, of what's happened, she is furious and tells him that "the customer is always right." Kirsten says he's probably lost the restaurant's best tip of the night, so she's only going to schedule him on the breakfast service shifts from now on, since he doesn't know how to handle the evening customers.

Caleb is shocked by Kirsten's reaction and asks you if she handled the situation appropriately.

**AutoNation**                                            *ANTI-HARASSMENT*

---

**What two things should you tell him?**

- Yes. Competition in the service industry is fierce, so making sure customers are happy should be Caleb's number one priority, no matter what they do.
- No. Kirsten should have spoken to the bachelorette party immediately, asked them to leave, and banned them permanently.
- Yes. Kirsten is well within her rights as a manager to reschedule Caleb's shifts, if she feels he is not performing satisfactorily.
- No. Kirsten should have told the bachelorette party to stop sexually harassing Caleb and then asked them to leave if they persisted after the first warning.
- No. Kirsten should have had another staff member cover the table, if Caleb wasn't comfortable doing so, while ensuring he received all the tips owed to him.

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answers:
- No. Kirsten should have told the bachelorette party to stop sexually harassing Caleb and then asked them to leave if they persisted after the first warning.
- No. Kirsten should have had another staff member cover the table, if Caleb wasn't comfortable doing so, while ensuring he received all the tips owed to him.

**AutoNation**                                    *ANTI-HARASSMENT*





ON-SCREEN TEXT:

**Thank you for helping Caleb.**

As a manager, Kirsten has a duty of care to her employees; and while it's her job to ensure customers are having a good time, this can't be at the expense of her employees. In this situation, the customer is not right, and Kirsten has a legal responsibility to step in and take appropriate action to stop the sexual harassment.

Instead of admonishing Caleb, Kirsten should have spoken to the bachelorette party and issued them with a warning to stop sexually harassing Caleb; and if the group persisted, she would have had the right to ask them to leave with the bill paid in full. She should have also asked another server to cover the table, if Caleb was no longer comfortable doing so.

**AutoNation**                              *ANTI-HARASSMENT*

Kirsten's decision to pull Caleb from the dinner service schedule could also be seen as an act of retaliation, since the breakfast shift usually returns fewer tips, putting Caleb at a disadvantage. This, as well as berating Caleb for reporting sexual harassment, will only exacerbate the potential issues, as it will likely discourage others from speaking up in the future. If you ever need to report sexual harassment in the workplace, find out who to contact by visiting the **Contact Details** section.

**AutoNation**                    *ANTI-HARASSMENT*





ON-SCREEN TEXT:

**Compliments from the Chef**

Jordan is a server in a restaurant and twice she has walked past the kitchen and heard the male chefs discussing the female servers' physical features, including hers. They rate the women between one and 10, and talk about "what they would do to them" if they had the chance.

Jordan asks you what she should do.

**What two things should you tell her?**

- Tell her that kind of behavior is pretty normal in a kitchen environment where all the chefs are male, and she should just ignore it.
- Tell Jordan that they mean no harm, and she should just take what they say as a compliment.

**AutoNation**                    *ANTI-HARASSMENT*

---

- Tell Jordan that this is sexual harassment and she should report this to her manager immediately.
- Tell her that, if she feels comfortable doing so, she should speak to the chefs about the inappropriate nature of their behavior and ask them to stop.
- Tell Jordan that's just what it's like in the service industry, so if it makes her feel uncomfortable, she should probably find another job.

Submit

**AutoNation**            *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answers:

- Tell Jordan that this is sexual harassment and she should report this to her manager immediately.
- Tell her that, if she feels comfortable doing so, she should speak to the chefs about the inappropriate nature of their behavior and ask them to stop.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Thank you for helping Jordan**

If Jordan feels comfortable doing so, she can speak to the chefs about the inappropriateness of their behavior, but this should also be reported to her manager as soon as possible.

Sexual harassment in the restaurant and hospitality sector is a pervasive issue for many reasons. Servers often have a perceived lower status than chefs in the restaurant business. In a working environment that predominantly employs male chefs and younger female workers, the power imbalance can make

**AutoNation**                              *ANTI-HARASSMENT*

servers fearful of reporting sexual harassment. Due to their inexperience, they may also not recognize what behavior even constitutes sexual harassment.

For many workers in the service industry, consistent exposure to this type of behavior normalizes sexual harassment to such an extent, that they don't recognize when they witness, perpetrate, or are even subjected to sexual harassment. A high staff turnover in the industry also means many employees are forced out of their jobs before they can get a chance to report sexual harassment. That's why it's important that people like Jordan speak up and report it, because no employee should be expected to endure this type of harassment as a condition of their employment.

If you ever have any questions about what constitutes sexual harassment, find out who to contact in the **Contact Details** section.

AutoNation                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

---

**The Regular**

Camila is a bartender, and all evening one of the regular, high-tipping patrons has been leering at her from across the bar. He's the last person to leave at closing time. When Camila has finished her shift, she says goodbye to her manager and walks to her car where the patron is waiting for her. He says she "owes him a kiss for being a tease all night." She manages to get away and drive home safely; but, as he's a regular customer, Camila is afraid to report what has happened to her manager.

She asks you for your advice.

**What three things do you tell her?**

- This is a clear case of sexual harassment, so she should report what has happened to her manager as soon as possible to prevent this from happening to her again or anyone else.

**AutoNation**                            *ANTI-HARASSMENT*

---

- This situation could have escalated further. Not reporting it might encourage the patron to attempt this type of behavior again, which could put her or a colleague in danger.
- Her manager has a responsibility to maintain a safe working environment and protect all employees from sexual harassment, so they must take appropriate action against the patron.
- To protect their best customer, Camila's manager might try to reduce or reschedule her shifts; so her hours don't clash with the patron's visits, so it's probably best to say nothing.
- She should arrange to have someone meet her after work, or at least ask a colleague to walk her to her car.

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answers:

- This is a clear case of sexual harassment, so she should report what has happened to her manager as soon as possible to prevent this from happening to her again or anyone else.

- This situation could have escalated further. Not reporting it might encourage the patron to attempt this type of behavior again, which could put her or a colleague in danger.

- Her manager has a responsibility to maintain a safe working environment and protect all employees from sexual harassment, so they must take appropriate action against the patron.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Thank you for helping Camila.**

The fact that this is a customer who regularly frequents the bar and tips generously is irrelevant. Camila should report the incident immediately to her manager. The safety and welfare of employees should be Camila's manager's top priority – not how quickly the tip jar is filled.

Alcohol is a serious risk factor with which workers in the service industry have to contend, and an incident of sexual harassment fueled by intoxication has the potential to escalate to sexual assault. If Camila doesn't report the incident, her manager cannot take the appropriate steps necessary to prevent this from happening again, and ensure the safety of Camila and all other employees.

**AutoNation**                                    *ANTI-HARASSMENT*

While the incident didn't take place inside the bar, Camila's manager has a responsibility to ensure that employees can leave work and return home safely without fear of being subjected to sexual harassment by customers lurking in the parking lot. If Camila doesn't feel confident that her manager will deal with the situation appropriately, she always has the option of filing a complaint with the Illinois State Department of Human Rights. If you ever need to report an incident of sexual harassment, find out who to contact by visiting the **Contact Details** section.

AutoNation                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Ready to show what you know?**

Answer 5 questions to complete this assessment.

Pass mark: 80%

Start

**AutoNation**                          *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Rosana works in a cocktail bar and one patron has been propositioning her all night. She has politely rejected all of his advances, but as she walks to the restroom later in the night, he follows her and gropes her in the corridor. Rosana reports this to her manager who says, "Maybe you should stop flirting with the customers. Then they will stop harassing you."

Is this an appropriate response from her manager?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

_____

Correct answer:
- No

Next Question



ON-SCREEN TEXT:

Bradley is a bartender in a nightclub, and he's been dating his colleague, Brendan, for the past few months. Brendan sexually assaulted Bradley in their home last night and when Bradley reports this to his manager, Bianca, she insists that Bradley continues working with Brendan.

Is this the correct course of action for Bianca to take?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
* No

Next Question



ON-SCREEN TEXT:

Jasar is a restaurant server; and on a work night out with some of his team, Alice, one of the chefs, makes a pass at him. Jasar rejects her advances, and he thinks Alice takes it well; but for the past week, Alice has been messing up his orders, which is affecting his tips. It isn't happening to anyone else, so Jasar believes Alice is doing it on purpose in retaliation for rejecting her.

Is this potentially sexually harassing behavior that should be reported?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- Yes

Next Question



ON-SCREEN TEXT:

Alesha works for a family-run restaurant, and for months the owner has been sending her sexually-suggestive messages on social media. So far, she has managed to ignore him; but now he has started saying he's going to go to her home, since he has her address on file. As he is senior management at the restaurant and there is no one else she can report to, Alesha files a complaint with the Illinois Department of Human Rights.

Is this the correct course of action for Alesha to take?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- Yes

Next Question

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

A customer has continued to sexually harass one of Hanson's employees, despite issuing them with a warning to stop. As the warning was ignored, Hanson asks the customer to pay the bill in full including a gratuity before asking them to leave immediately.

Is this the correct course of action for Hanson to take?

- Yes
- No

Submit

**AutoNation**                                        *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- Yes

Summary

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:
_____

**Summary**

Rosana works in a cocktail bar and one patron has been propositioning her all night. She has politely rejected all of his advances, but as she walks to the restroom later in the night, he follows her and gropes her in the corridor. Rosana reports this to her manager who says, "Maybe you should stop flirting with the customers. Then they will stop harassing you."

Is this an appropriate response from her manager?

You answered: No

**AutoNation**                                        *ANTI-HARASSMENT*

---

Bradley is a bartender in a nightclub, and he's been dating his colleague, Brendan, for the past few months. Brendan sexually assaulted Bradley in their home last night and when Bradley reports this to his manager, Bianca, she insists that Bradley continues working with Brendan.
Is this the correct course of action for Bianca to take?
You answered: No

Jasar is a restaurant server; and on a work night out with some of his team, Alice, one of the chefs, makes a pass at him. Jasar rejects her advances, and he thinks Alice takes it well; but for the past week, Alice has been messing up his orders, which is affecting his tips. It isn't happening to anyone else, so Jasar believes Alice is doing it on purpose in retaliation for rejecting her.
Is this potentially sexually harassing behavior that should be reported?
You answered: Yes

Alesha works for a family-run restaurant, and for months the owner has been sending her sexually-suggestive messages on social media. So far, she has managed to ignore him; but now he has started saying he's going to go to her home, since he has her address on file. As he is senior management at the restaurant and there is no one else she can report to, Alesha files a complaint with the Illinois Department of Human Rights.
Is this the correct course of action for Alesha to take?
You answered: Yes

A customer has continued to sexually harass one of Hanson's employees, despite issuing them with a warning to stop. As the warning was ignored, Hanson asks the customer to pay the bill in full including a gratuity before asking them to leave immediately.
Is this the correct course of action for Hanson to take?
You answered: Yes

 You've passed!

**AutoNation**                    *ANTI-HARASSMENT*



**AutoNation**                    *ANTI-HARASSMENT*

*ON-SCREEN TEXT:*

1.  California Training Requirement (1 min)
2.  Connecticut Training Requirement (1 min)
3.  Training Time Requirement (1 min)
4.  What Is Harassment? (4 min)
5.  What Is Discrimination? (4 min)
6.  Protected Groups (7 min)
7.  Intent vs. Perception (6 min)
8.  What Is Retaliation? (8 min)
9.  US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                    *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Maine State Law**

In 1991, Maine introduced sexual harassment legislation in the form of Title 26 M.R.S.A. §807. This legislation mandates that employers with 15 or more employees must provide sexual harassment training to ALL employees.

New employees must receive their training within one year of taking up their position.

Our employee relations expert is here to help us take a closer look at the protections available under Maine State law.

Select each question to learn what she has to say.

**→ What Does the Law Cover?**

The Maine Human Rights Commission defines sexual harassment as "unwanted sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature which threatens job security, working conditions, or advancement opportunities is considered sexual harassment."

**AutoNation**                                     *ANTI-HARASSMENT*

Sexual harassment is a form of sex discrimination that violates the Maine Human Rights Act.

### → What Is the Complaint Process?

If you are ever the victim of harassment, or witness (or suspect) an instance of harassment, you can find out who to report it to by visiting the **Contact Details** section. Remember, behavior does not need to be a violation of law, in order to be in violation of company policy.

You can also find out the details of our complaint process by visiting the **Complaint Process** section. All complaints will be treated with confidentiality, and you can rest assured that retaliation for any complaints filed in good faith is strictly forbidden under law and company policy.

### → What Are My External Rights?

Under Maine State legislation, victims of sexual harassment may file complaints with the [Maine Human Rights Commission (opens in new tab)](#) within 300 days of the date of the alleged offense. Complaints must be filed at the office of the Maine Human Rights Commission, 51 State House Station, Augusta, Maine 04333-0051.

Select the Next arrow to continue.

**AutoNation**                    *ANTI-HARASSMENT*



**AutoNation**                          *ANTI-HARASSMENT*

*ON-SCREEN TEXT:*

1. California Training Requirement (1 min)
2. Connecticut Training Requirement (1 min)
3. Training Time Requirement (1 min)
4. What Is Harassment? (4 min)
5. What Is Discrimination? (4 min)
6. Protected Groups (7 min)
7. Intent vs. Perception (6 min)
8. What Is Retaliation? (8 min)
9. US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                          *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**New York City Law**

Under Local Law 96 of 2018, employers with 15 or more employees are required to conduct annual anti-sexual harassment training for all employees. This training fulfills this requirement.

Our employee relations expert is here to help us take a closer look at the protections available and how sexual harassment is defined under New York City law.

Select each question to learn what she has to say.

**→ What Does the Law Cover?**

All individuals are protected against discrimination based on gender, which includes sexual harassment in the workplace, under New York City Human Rights Law.

Sexual harassment is also unlawful under state and federal law.

**→ How Is Sexual Harassment Defined?**

**AutoNation**                    *ANTI-HARASSMENT*

---

The New York City Commission on Human Rights defines sexual harassment as "unwelcome verbal or physical behavior based on a person's gender and can include unwanted touching; offensive and suggestive gestures or comments; asking about a person's sex life or making sexualized remarks about a person's appearance; sexualizing the work environment with imagery or other items; or telling sexual jokes."

Civil penalties of up to $250,000 are possible in the case of a willful violation of the law. People found guilty of committing sexual harassment may also be required to undergo training, as well as other remedies mandated by the Commission, such as community service. The Commission can also assess emotional distress damages to the victim.

### → What Is the Complaint Process?

If you are ever the victim of harassment, or witness (or suspect) an instance of harassment, you can find out who to report it to by visiting the **Contact Details** section. Remember, behavior does not need to be a violation of law, in order to be in violation of company policy.

You can also find out the details of our complaint process by visiting the **Complaint Process** section. All complaints will be treated with confidentiality, and you can rest assured that retaliation for any complaints filed in good faith is strictly forbidden under law and company policy.

### → What Are My External Rights?

Under New York City legislation, victims of sexual harassment may file complaints with the New York City Commission on Human Rights (opens in new tab), New York State Division of Human Rights (opens in new tab), or at the Federal level with the EEOC (opens in new tab).

Select the Next arrow to continue.

**AutoNation**                    *ANTI-HARASSMENT*



**AutoNation**                    *ANTI-HARASSMENT*

*ON-SCREEN TEXT:*

1.  California Training Requirement (1 min)
2.  Connecticut Training Requirement (1 min)
3.  Training Time Requirement (1 min)
4.  What Is Harassment? (4 min)
5.  What Is Discrimination? (4 min)
6.  Protected Groups (7 min)
7.  Intent vs. Perception (6 min)
8.  What Is Retaliation? (8 min)
9.  US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                         *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

NAVARRO v. HOLLYWOOD IMPORTS - 1643

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**New York State Law**

In the wake of the #MeToo movement, New York State expanded their protections against sexual harassment. Every employer in the state of New York is required to provide employees with sexual harassment prevention training pursuant to Section 201-g of the Labor Law. This training fulfills this requirement.

Our employee relations expert is here to help us take a closer look at how New York State expanded their protections and how sexual harassment is defined under New York State law.

Select each question to learn what she has to say.

→ **What Does the Law Cover?**

NAVARRO v. HOLLYWOOD IMPORTS - 1644

**AutoNation**                                          *ANTI-HARASSMENT*

Sexual harassment is a form of gender-based discrimination and is unlawful under federal, state, and city law. It includes harassment on the basis of sex (including sex stereotyping), sexual orientation, self-identified or perceived sex, gender expression, gender identity, and the status of being transgender.

The prohibition of sexual harassment is covered under the New York State Human Rights Law, the Sexual Orientation Non-Discrimination Act, and the Gender Expression Non-Discrimination Act. These discrimination laws protect both employees and non-employees who provide contract services, such as consultants, contractors, subcontractors, vendors, and unpaid interns. Employers will be held liable if they knew, or should have known, about sexual harassment and failed to address it immediately and appropriately.

Employers are also prohibited from requiring non-disclosure provisions in settlement agreements of sexual harassment claims, although the person bringing the claim may voluntarily and expressly consent to such provisions.

New York also prohibits discrimination and harassment based on age, race, creed, color, national origin, sexual orientation, military status, sex, disability, marital status, domestic violence victim status, gender identity or expression, familial status, predisposing genetic characteristics, and criminal history.

### → How Is Sexual Harassment Defined?

In New York, sexual harassment in the form of a hostile environment consists of words, signs, jokes, pranks, intimidation, or physical violence which are of a sexual nature, or which are directed at an individual because of that individual's sex. Sexual harassment also consists of any unwanted verbal or physical advances, sexually explicit derogatory statements, or sexually discriminatory remarks made by someone in the workplace which are offensive or objectionable to the recipient, which cause the recipient discomfort or humiliation, or which interfere with the recipient's job performance. A hostile work environment can exist in a physical office space as well as through a remote work set up.

A type of sexual harassment known as quid pro quo harassment occurs when a person in authority tries to trade job benefits for sexual favors. This can include hiring, promotion, continued employment, or any other terms, conditions or privileges of employment. Only supervisors and managers are deemed to engage in this kind of harassment, because co-workers do not have the authority to grant or withhold benefits.

**AutoNation**                                    *ANTI-HARASSMENT*

Sexual harassment is not limited to sexual contact, touching or expressions of a sexually suggestive nature. Sexual harassment includes all forms of gender discrimination including gender role stereotyping and treating employees differently because of their gender.

Sexual harassment is unlawful when it subjects an individual to inferior terms, conditions, or privileges of employment because of their gender, gender identity or gender expression. Under New York State law, harassment does not need to be "severe or pervasive" to be unlawful. Harassing conduct can be unlawful if it rises above "petty slights or trivial inconveniences." The law states that whether conduct is petty or trivial is to be viewed from the standpoint of a reasonable individual with the same protected characteristics.

### → What Is Gender Identity?

Understanding gender diversity is essential to recognizing sexual harassment because discrimination based on sex stereotypes, gender expression, and perceived identity are all forms of sexual harassment.

The gender spectrum is nuanced, but the three most common ways people identify are cisgender, transgender, and non-binary.

A cisgender person is someone whose gender aligns with the sex they were assigned at birth. Generally, this gender will align with the binary of male or female.

A transgender person is someone whose gender is different than the sex they were assigned at birth.

A non-binary person does not identify exclusively as a man or a woman. They might identify as both, somewhere in between, or completely outside the gender binary. Some may identify as transgender, but not all do.

### → What Additional Protections and Remedies Are Available?

Victims of sexual harassment may file complaints with the [New York State Division of Human Rights (opens in new tab)](#) (DHR) or file a lawsuit directly in the New York State Supreme Court. Complaints may be filed with the DHR any time within three years of the alleged sexual harassment.

**AutoNation**                    *ANTI-HARASSMENT*

---

Employees in New York may also file complaints with the federal [EEOC (opens in new tab)](#) any time within 300 days from the alleged harassment, if they so wish.

Additionally, individuals may pursue their claims in the New York state or federal courts. In New York State, individuals have three years from the time of the harassment to file a lawsuit. Individuals who are able to prove their case may be entitled to certain remedies, which will depend upon the facts and circumstances of their case, but may include requiring the harassing behavior to stop or monetary damages.

Several localities have laws in place to protect individuals from sexual harassment and discrimination. To find out if such a law exists in your locality, contact your county, city, or town government or council. In some cases, harassment may constitute a crime if it involves actions like physical touching, coerced physical confinement, or coerced sex acts. In these cases, you should also contact the local police department.

### → What Is the Complaint Process?

If you are ever the victim of harassment, or witness (or suspect) an instance of harassment, you are required to report this conduct immediately. The reporting process is outlined most specifically in the New York State Addendum to the Policy Prohibiting Harassment (available on DealerCentral and in the **Resources** section), and included in the **Complaint Process** section of this course.

As noted, you can make the report verbally or in writing. A Complaint Form is available on DealerCentral and in the **Complaint Process** section.

Remember, behavior does not need to be a violation of law, in order to be in violation of company policy.

All complaints will be kept as confidential as reasonably possible, and you can rest assured that retaliation for any complaints filed in good faith is strictly forbidden under law and company policy.

Examples of retaliation might include, but are not limited to:
- Demotion, termination, denying accommodations, reduced hours, or the assignment of less desirable shifts.
- Publicly releasing private information in personnel file.

**AutoNation**                    *ANTI-HARASSMENT*

- Refusing to provide a requested factual reference or providing an unwarranted negative reference.
- Labeling an employee as "difficult" and excluding them from projects to avoid "drama."
- Undermining an individual's immigration status.
- Reducing work responsibilities, passing over for a promotion, or moving an individual's desk to a less desirable office location.

Supervisors and managers must accommodate the needs of individuals who have experienced harassment to ensure the workplace is safe, supportive, and free from retaliation for them during and after any investigation.

### → Is there a Hotline I can Use?

The New York State Division of Human Rights offers a confidential, toll-free hotline that individuals can use to make complaints of workplace sexual harassment, 1-800-HARASS-3 (1-800-427-2773). Workers who have faced sexual harassment are connected with attorneys with experience in sexual harassment matters, who will be available to provide free legal advice.

### → Bystander Intervention

If you witness harassment or discrimination, you can use the following methods to provide assistance to the target of the harassment:

1. Interrupt the harassment by engaging with the individual being harassed and distracting them from the harassing behavior.
2. Ask a third party to help intervene in the harassment if you feel unsafe interrupting on your own.
3. Record or take notes on the harassment incident to benefit a future investigation.
4. Check in with the person who has been harassed after the incident, see how they are feeling, and let them know the behavior was not ok.

Confront the harassers if you feel safe doing so and name the behavior as inappropriate. When confronting harassment, physically assaulting an individual is never an appropriate response.

Select the Next arrow to continue.

**AutoNation**                    *ANTI-HARASSMENT*



**AutoNation**                    *ANTI-HARASSMENT*

---

*ON-SCREEN TEXT:*

---

1. California Training Requirement (1 min)
2. Connecticut Training Requirement (1 min)
3. Training Time Requirement (1 min)
4. What Is Harassment? (4 min)
5. What Is Discrimination? (4 min)
6. Protected Groups (7 min)
7. Intent vs. Perception (6 min)
8. What Is Retaliation? (8 min)
9. US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                                    *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

**AutoNation**                              *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Types of Sexual Harassment**

As a reminder, sexual harassment is defined as any unwanted verbal or physical advance, sexually explicit or derogatory statement, or sexually discriminatory remark that is offensive or objectionable to the recipient, or which interferes with their job performance.

Although many sexual harassment cases are brought by female plaintiffs alleging conduct by a male colleague or supervisor, such claims can also involve harassment of male employees by female supervisors or colleagues, same-sex harassment, or claims that the environment was hostile for both male and female employees.

**AutoNation**                           *ANTI-HARASSMENT*

The conduct need not consist solely of lewd acts, sexual innuendos, or sexual advances. It is enough that the conduct, whether blatant or subtle, discriminates against a person on the basis of their gender identity or sex assigned at birth.

There are two types of sexual harassment:
- Hostile Work Environment
- Quid Pro Quo

Select the Next arrow to continue.

NAVARRO v. HOLLYWOOD IMPORTS - 1653

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Hostile Work Environment**

As a reminder, this type of harassment must involve unwelcome conduct that unreasonably interferes with an individual or group's ability to do their job. Hostile work environment harassment is judged by a "reasonable person" standard.

In law, a reasonable person is a composite of a relevant community's judgment as to how a typical member of said community should behave in situations that might pose a threat of harm (through action or inaction) to others.

Hostile work environment harassment includes:
- Verbal harassment
- Visual harassment
- Physical harassment

Select each type of harassment to learn what they look like.

→ **Verbal Harassment**

NAVARRO v. HOLLYWOOD IMPORTS - 1654

**AutoNation**                          *ANTI-HARASSMENT*

Descriptions of people, commentary on bodies, sexually degrading words used to describe people, jokes, name-calling, repeatedly asking someone on a date when they have said they are not interested, whistling, or catcalling.

### → Non-verbal (Visual) Harassment

Unwanted or offensive emails, texting, websites, blog posts, or other social media; displaying suggestive objects, pictures, cartoons or posters, obscene notes, letters, or invitations.

### → Physical Harassment

Gestures, touching, blocking people's way, massages, head petting or stroking, standing too close, or purposely brushing up on someone.

Select the Next arrow to continue.

NAVARRO v. HOLLYWOOD IMPORTS - 1655

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Quid Pro Quo**

"Quid pro quo" refers to promising, preventing, or denying something in exchange for favors. This type of harassment occurs in a supervisor/subordinate relationship and is linked to the grant or denial of job benefits, such as getting or retaining a job, or receiving a favorable performance review or promotion.

Select each item to learn more about quid pro quo harassment.

**→ Essence of Quid Pro Quo**

The essence of the quid pro quo theory is that a supervisor relies upon their apparent or actual authority to extort sexual consideration from a subordinate.

**→ Typical Quid Pro Quo Cases**

A typical case involves some form of sexual advance or proposition by a supervisor (or other superior) with an express or implied threat that, if the employee refuses, they will suffer negative employment repercussions; or alternatively that the employee may be promised better treatment if the employee submits to the sexual advances.

**AutoNation**                              *ANTI-HARASSMENT*

→ **Quid Pro Quo Examples**

- Bob, the CEO of Acme Company, promises Ellie, a sales manager, a promotion if she goes on a date with him.
- Anna, a director, suggests to her direct report, Mark, that if he goes to happy hour on Thursday with her, his next evaluation might look better than the last one. Mark is uncomfortable with this proposition but feels he has no choice but to go to happy hour with Anna.
- Alex's supervisor tells her that unless she agrees to date him, he'll reduce her work hours and ensure she isn't considered for a promotion for which she has applied.

Select the Next arrow to continue.

**AutoNation**                          *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Can you help Punnavith?**

**AutoNation**                    *ANTI-HARASSMENT*





*ON-SCREEN TEXT:*

**The Spiteful Rumor**

Punnavith and Jose are on the same team but don't get along. Recently Jose has spread rumors about Punnavith's sexuality.

Punnavith asks you if this might be considered sexual harassment.

**What two things would be appropriate to say to him?**

- Jose's comments are, at minimum, inconsistent with AutoNation's policies prohibiting harassment and our culture of treating everyone with dignity and respect.
- Jose is only venting his frustrations to his colleagues. Jose's attempts to spread rumors are petty and mean, but they don't constitute sexual harassment.
- As long as Punnavith doesn't overhear the comments, what Jose is doing is within the law. If he hears, and is offended, then Jose would be guilty of sexual harassment.
- Jose's comments could create a hostile working environment and lead to a claim being made against the company.

Submit

**AutoNation**                    *ANTI-HARASSMENT*





ON-SCREEN TEXT:

Correct answers:

- Jose's comments are, at minimum, inconsistent with AutoNation's policies prohibiting harassment and our culture of treating everyone with dignity and respect.
- Jose's comments could create a hostile working environment and lead to a claim being made against the company.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Thanks for helping Punnavith.**

Jose's comments are not consistent with AutoNation's policies and could create a hostile working environment.

Remember, this is true even if the victim doesn't hear.

As a reminder, you should always report such incidents immediately to your manager, or another manager with whom you feel comfortable speaking, Corporate or Region Human Resources, the Alertline (1-800-597-0094 or www.alertline.com), anonymously if preferred, or using any other avenue outlined in our policies.

For more information, visit the **Complaint Process** section of this course.

**ANTI-HARASSMENT**



ON-SCREEN TEXT:

**Career Progression**

A managerial position has just opened up in Jack's department and he's considering applying for it.

Jack reports to Valerie and when he tells her he's going to apply for the position, she says; "That's great. I'm on the interview panel and will have a big say in who gets the job. There's already a lot of interest in this position, but you know how much I like you. I feel like we have a special connection. How about you come around to my place for dinner tonight, and we can take this to the next level? If you do, I'll pull some strings to help you get the promotion."

Jack asks if you think this might be considered sexual harassment?

**What would you tell him?**

- This is likely an instance of quid pro quo sexual harassment, as Valerie has invited Jack to her house and indicated that she'll help get him the managerial position in return for sexual favors.

**AutoNation**                              *ANTI-HARASSMENT*

- It's unlikely this could be construed as sexual harassment. Valerie is just offering to help Jack out and further his career, in return for him joining her for dinner. He should go to dinner and see what Valerie has to say about the managerial position.
- This isn't sexual harassment. Valerie just likes Jack and wants to help further his career. That's why she's invited him around for dinner. It'll give them a chance to talk in private about the position and the interview process.

Submit

NAVARRO v. HOLLYWOOD IMPORTS - 1663

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

<span style="color:green">Correct answer:</span>

- This is likely an instance of quid pro quo sexual harassment, as Valerie has invited Jack to her house and indicated that she'll help get him the managerial position in return for sexual favors.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Thanks for helping Jack.**

Valerie's dinner invitation and her suggestion that she and Jack take things to the next level could very well indicate that Valerie is expecting Jack to engage in sexual activity with her in return for helping him secure the managerial position.

This is an example of quid pro quo sexual harassment. Report such incidents immediately as outlined in our policies and the **Complaint Process** section of this course.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Ready to put your knowledge to the test?**

Answer 5 questions to complete this assessment.

Pass mark: 80%

Start

**AutoNation**  *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

While most sexual harassment complaints are lodged by women against male colleagues or supervisors, men can also be victims of sexual harassment. It can be perpetrated by both male and female colleagues.

- True
- False

Submit



*ON-SCREEN TEXT:*

Correct answer:
* No

Next Question



**AutoNation**                    *ANTI-HARASSMENT*

ON-SCREEN TEXT:

Daniel has a habit of sending group emails to his team that he considers funny. They often include cartoons and pictures of a sexual nature. Some of the team find the emails funny but one or two people find them offensive.

Could this be considered sexual harassment?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

<span style="color:green">Correct answer:</span>
- Yes

Next Question



*ON-SCREEN TEXT:*

Jayden's manager, Ricky, is aware that Jayden just split up with his boyfriend. Ricky approaches Jayden and says to him, "Now that you're finally single, I think it's time we got to know one another better. Let's go for dinner this weekend. We can discuss that promotion you've been looking for over a nice dinner and a few drinks, and see where things lead."

Could this be considered sexual harassment?

- Yes
- No

Submit



ON-SCREEN TEXT:

**Correct answer:**
- Yes

Next Question



**AutoNation**                    *ANTI-HARASSMENT*

ON-SCREEN TEXT:

Dustin's manager, Katie, suggests that they grab a drink after work to discuss his upcoming annual performance evaluation. When Dustin is reluctant to go, Katie tells him that his evaluation will go a lot better if they have a chance to discuss it in a relaxed setting over a friendly drink. While uncomfortable with the proposition, Dustin decides he has no choice but to join Katie for a drink.

Could this be considered sexual harassment?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- Yes

Next Question



ON-SCREEN TEXT:

On more than one occasion, Sheila deliberately blocked Pavel's way when he tried to enter a room, so he had to squeeze past her.

Could this be considered sexual harassment?

- Yes
- No

Submit

**AutoNation**                                                        *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- Yes

Summary



**AutoNation**                    *ANTI-HARASSMENT*

ON-SCREEN TEXT:

**Summary**

While most sexual harassment complaints are lodged by women against male colleagues or supervisors, men can also be victims of sexual harassment. It can be perpetrated by both male and female colleagues.
You answered: True

Daniel has a habit of sending group emails to his team that he considers funny. They often include cartoons and pictures of a sexual nature. Some of the team find the emails funny but one or two people find them offensive.
Could this be considered sexual harassment?
You answered: Yes

**AutoNation**                              *ANTI-HARASSMENT*

---

Jayden's manager, Ricky, is aware that Jayden just split up with his boyfriend. Ricky approaches Jayden and says to him, "Now that you're finally single, I think it's time we got to know one another better. Let's go for dinner this weekend. We can discuss that promotion you've been looking for over a nice dinner and a few drinks, and see where things lead."
Could this be considered sexual harassment?
You answered: Yes

Dustin's manager, Katie, suggests that they grab a drink after work to discuss his upcoming annual performance evaluation. When Dustin is reluctant to go, Katie tells him that his evaluation will go a lot better if they have a chance to discuss it in a relaxed setting over a friendly drink. While uncomfortable with the proposition, Dustin decides he has no choice but to join Katie for a drink.
Could this be considered sexual harassment?
You answered: Yes

On more than one occasion, Sheila deliberately blocked Pavel's way when he tried to enter a room, so he had to squeeze past her.
Could this be considered sexual harassment?
You answered: Yes

You've passed!

**AutoNation**                    *ANTI-HARASSMENT*



**AutoNation**                                **ANTI-HARASSMENT**

---

*ON-SCREEN TEXT:*

---

1. California Training Requirement (1 min)
2. Connecticut Training Requirement (1 min)
3. Training Time Requirement (1 min)
4. What Is Harassment? (4 min)
5. What Is Discrimination? (4 min)
6. Protected Groups (7 min)
7. Intent vs. Perception (6 min)
8. What Is Retaliation? (8 min)
9. US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                          *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Your Role in Preventing Sexual Harassment**

The key to preventing sexual harassment is understanding who it can impact, where it can occur, and what to do if you experience or witness sexual harassment.

Our employee relations expert is here to help us answer some key questions that will broaden your understanding of sexual harassment.

Select each question to learn what she has to say.

**→ Who Can Be Impacted?**

Anyone in the workplace can be the victim or harasser, regardless of gender. It's also important to remember that sexual harassment doesn't necessarily mean a sexual advance. Comments about sexuality can be considered sexual harassment.

**→ Who Can Perpetrate Sexual Harassment?**

Anyone in the workplace can perpetrate sexual harassment. It could be:

**AutoNation**                    *ANTI-HARASSMENT*

- A co-worker
- A manager or supervisor
- A third party like a customer, client, vendor, or visitor

### → Where Can Sexual Harassment Occur?

Sexual harassment can occur anywhere an employee is fulfilling their work duties. It isn't necessarily confined to an individual's primary work location. It can occur in numerous locations including after-work activities, travel, conferences, office parties, and training events.

It also doesn't necessarily have to take place during normal work hours. It can occur when employees are traveling or simply when employees are attending an after work event.

### → What Is Sex Stereotyping?

When behavior or personality traits are considered inappropriate simply because they may not conform to other people's ideas or perceptions about how individuals of either sex should act or look, this is considered sex stereotyping.

Harassing a person because that person does not conform to gender stereotypes regarding "appropriate" looks, speech, personality, or lifestyle is sexual harassment.

Harassment because someone is performing a job that is usually performed, or was performed in the past, mostly by persons of the opposite sex, is sex discrimination.

### → How Can I Speak Up?

We are relying on you to help prevent sexual harassment. If you believe you have experienced or witnessed sexual harassment, you are required to report it as outlined in our policies and the **Complaint Process** section of this course.

All reports of sexual harassment will be investigated appropriately.

**AutoNation**                              *ANTI-HARASSMENT*

---

Remember, it is unlawful and against company policy for someone to retaliate against you for reporting a suspected incident of sexual harassment or taking part in any subsequent investigation.

Select the Next arrow to continue.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Can you help Ben?**

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Same-Sex Harassment**

Ben keeps receiving flirty emails and sticky notes from his colleague, Steve. Ben does not want to say anything to Steve that might hurt his feelings, but he is very uncomfortable with Steve's actions.

Ben asks you if you think Steve may be harassing him.

**What two things would you say?**

- Steve's actions could constitute harassment because the conduct is unwelcome.
- Steve's actions could constitute harassment because they have unreasonably interfered with Ben's work.
- Steve's actions cannot constitute harassment because men cannot sexually harass other men.
- Steve's actions cannot constitute harassment because Steve is just joking around.

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answers:

- Steve's actions could constitute harassment because the conduct is unwelcome.
- Steve's actions could constitute harassment because they have unreasonably interfered with Ben's work.

**AutoNation**                              *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Thanks for helping Ben.**

Steve's actions could constitute harassment because the conduct is unwelcome and it has unreasonably interfered with Ben's work.

As a reminder, you have an obligation to report such incidents. See the **Complaint Process** section for more information.

**AutoNation**                    *ANTI-HARASSMENT*

 

*ON-SCREEN TEXT:*

**What Should Ben Do?**

One day at work, Ben overhears his colleague Marvin talking with another colleague, Julia. Marvin makes some sexually explicit and suggestive comments to Julia, and Ben can clearly see that this has made Julia uncomfortable.

**What Should Ben Do?**

- Intervene in the conversation (assuming Ben feels comfortable) and point out to Marvin that not only are his comments making Julia uncomfortable, they violate company policy and may also be unlawful.
- Nothing. It's not his place to interfere in a conversation between two other colleagues. If Julia is uncomfortable with Marvin's actions, she should report him to the appropriate department.

**AutoNation**                     *ANTI-HARASSMENT*

- Nothing for the moment, but if he witnesses Marvin harassing Julia again, or making sexually explicit and suggestive comments to any other female colleagues, he should email HR with a summary of what he's witnessed.

Submit

**AutoNation**                    ***ANTI-HARASSMENT***





---

*ON-SCREEN TEXT:*

---

<span style="color:green">Correct answer:</span>

- Intervene in the conversation (assuming Ben feels comfortable) and point out to Marvin that not only are his comments making Julia uncomfortable, they violate company policy and may also be unlawful.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Thanks for helping Ben.**

In a situation like this, we encourage you to intervene and call out the sexual harassment, if you are comfortable doing so. This is called "bystander intervention," and you can find out more about bystander intervention by contacting Corporate or Region HR (see the **Contacts** section) or the Legal Department.

If you are not comfortable intervening, you should report the conduct immediately to your manager, another manager with whom you feel comfortable, Corporate or Region HR, or through the Alertline or other avenues outlined in our policies.

Visit the **Complaint Process** section for additional information on reporting options.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Ready to put your knowledge to the test?**

Answer 5 questions to complete this assessment.

Pass mark: 80%

Start

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

---

Sexual harassment cannot be perpetrated by people outside of the company. If you are sexually harassed by a customer or visitor, there isn't anything that can be done about it as they don't work for the company.

- True
- False

Submit

**AutoNation**                                   *ANTI-HARASSMENT*



ON-SCREEN TEXT:

_____

**Correct answer:**
- False

Next Question



ON-SCREEN TEXT:

Troy and Ashley have just spent the day at their company's booth at a trade show. They are traveling back to their hotel in a cab when Ashley starts to touch Troy inappropriately. He pushes her hand away, but she doesn't take the hint and tries again.

This cannot be considered sexual harassment because it didn't occur in the workplace.

- True
- False

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- False

Next Question



ON-SCREEN TEXT:

Bradley regularly wears very flamboyant clothes, as well as earrings and makeup. His colleague, Martha, considers this highly inappropriate and constantly tells Bradley that he should dress "like a man."

Could this be considered sexual harassment?

- Yes
- No

Submit



**ANTI-HARASSMENT**

ON-SCREEN TEXT:

Correct answer:
- Yes

Next Question

**AutoNation**                     *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Harassing a person because that person does not conform to gender stereotypes as to "appropriate" looks, speech, personality, or lifestyle is sexual harassment.

- True
- False

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- True

Next Question



*ON-SCREEN TEXT:*

Bianca has just walked into the office, and when her colleague, Vince, sees her, he says, "You look hot today! You must have an important meeting with the boss." When Bianca's colleague, Dawn, hears this comment, she loudly berates Vince in front of the whole office for sexually harassing Bianca. She uses some very insulting terms to describe him and vows never to work with him again.

Is this the correct course of action?

- Yes
- No

Submit

**AutoNation**                                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- No

Summary

**AutoNation**                    *ANTI-HARASSMENT*



**ON-SCREEN TEXT:**

---

**Summary**

Sexual harassment cannot be perpetrated by people outside of the company. If you are sexually harassed by a customer or visitor, there isn't anything that can be done about it as they don't work for the company.
You answered: False

Troy and Ashley have just spent the day at their company's booth at a trade show. They are traveling back to their hotel in a cab when Ashley starts to touch Troy inappropriately. He pushes her hand away, but she doesn't take the hint and tries again.
This cannot be considered sexual harassment because it didn't occur in the workplace.
You answered: False

Bradley regularly wears very flamboyant clothes, as well as earrings and makeup. His colleague, Martha, considers this highly inappropriate and constantly tells Bradley that he should dress "like a man."

**AutoNation**                    *ANTI-HARASSMENT*

Could this be considered sexual harassment?
You answered: Yes

Harassing a person because that person does not conform to gender stereotypes as to "appropriate" looks, speech, personality, or lifestyle is sexual harassment.
You answered: True

Bianca has just walked into the office, and when her colleague, Vince, sees her, he says, "You look hot today! You must have an important meeting with the boss." When Bianca's colleague, Dawn, hears this comment, she loudly berates Vince in front of the whole office for sexually harassing Bianca. She uses some very insulting terms to describe him and vows never to work with him again.
Is this the correct course of action?
You answered: No

You've passed!

**AutoNation**

*ANTI-HARASSMENT*



**AutoNation**                          *ANTI-HARASSMENT*

*ON-SCREEN TEXT:*

1. California Training Requirement (1 min)
2. Connecticut Training Requirement (1 min)
3. Training Time Requirement (1 min)
4. What Is Harassment? (4 min)
5. What Is Discrimination? (4 min)
6. Protected Groups (7 min)
7. Intent vs. Perception (6 min)
8. What Is Retaliation? (8 min)
9. US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                    *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**The Complaint Process**

Filing a sexual harassment complaint can be a daunting experience. We want to encourage our employees to step forward and report incidents of sexual harassment, but we know that to do so we need to make sure our complaint process is as simple as possible, and that our employees know that all complaints are handled appropriately.

Select each question to learn more about our complaint process.

**→ What Is the Company Policy on Sexual Harassment?**

AutoNation maintains and enforces a zero-tolerance policy on sexual harassment and prohibits all employees, regardless of their position, from engaging in any unwelcome conduct of a sexual nature. Sexual harassment does not need to meet the legal definition of sexual harassment for it to be a violation of our policy, which is why all complaints of sexual harassment and retaliation against those making such complaints will be taken seriously.

**→ How Do You Report a Complaint?**

**AutoNation**                              *ANTI-HARASSMENT*

---

If you are subject to sexual harassment or suspect an incident of sexual harassment, report your complaint or concern to:

- Your manager
- Another manager with whom you feel comfortable speaking
- Corporate or Region Human Resources
- The Legal Department
- The Business Ethics Committee, or
- The Alertline at 1-800-597-0094 or www.alertline.com (anonymously if preferred)

Refer to the **Complaint Process** section of this course for additional information.

### → How Is Your Complaint Handled?

Human Resources is typically the principal investigator for complaints of sexual harassment. Human Resources is experienced in conducting these types of investigation and will ensure an appropriate investigation is completed. Your complaint will be kept confidential to the extent reasonably possible.

We advise employees who make complaints, as well as their managers or anyone else who is aware of the complaint, to refrain from discussing the complaint with other employees during the investigation, consistent with the applicable laws. This will allow the facts to be discovered without interference through the investigation, and avoid any potential concerns of retaliation.

### → What Is Your Manager's Responsibility?

Your manager must report every allegation of sexual harassment that is brought to their attention; even if an employee asks them not to. The company can be held liable for any sexual misconduct that occurs, so failing to escalate allegations to be investigated and addressed could expose the company to an enforcement action or other litigation.

Every complaint is worthy of your manager's attention, no matter how minor the misconduct may appear. Sometimes what may seem like a harmless situation can escalate into a clear case of harassment and discrimination.

**AutoNation**                              *ANTI-HARASSMENT*

---

→ **What Disciplinary Action Can Be Taken?**

If a complaint is substantiated and it has been determined that an employee has subjected another employee to any misconduct that violates company policy, even if that behavior is not explicitly prohibited by law, the perpetrator will be subject to discipline or other action that management deems appropriate to the circumstances; this might include, for example, mandatory trainings, documented discipline, suspensions without pay, up to and including termination of employment.

Select the Next arrow to continue.

**AutoNation**                    *ANTI-HARASSMENT*





*ON-SCREEN TEXT:*

**Just One Date**

Zia's colleague, Stephanie, asked her out on a date a few months ago, but Zia declined and explained that she's already in a long-term relationship. Ever since, Stephanie has continued to pester Zia and said she wouldn't stop asking until Zia agrees to "just one date." Zia began to avoid Stephanie, but now she's contacting Zia on her personal social media accounts. Zia wants to report her, but she's afraid it will only make Stephanie's behavior worse if she were to find out who reported her.

**AutoNation**                              *ANTI-HARASSMENT*

---

Zia asks you how her complaint would be handled if she reported it.

**What three things should you tell her?**

- Zia's manager will personally investigate the complaint, and if Zia wants the complaint to remain confidential, her manager is obliged to ensure Zia remains anonymous during the investigation.
- The best option is for Zia's manager to escalate the complaint to Corporate or Region HR, which will likely be the department to investigate the concern. HR would keep the complaint confidential to the extent reasonably possible as provided in our policies.
- When the HR department has finished investigating Zia's complaint, they will consult with Zia's manager regarding any recommended further action, but no disciplinary action should be taken until then.
- Zia's manager will take precautionary measures to protect her by ensuring Zia has no contact with Stephanie in the workplace, even if that means suspending Stephanie with pay.
- Zia can be confident in knowing that any retaliation against her for making a sexual harassment complaint is a violation of the law and company policy, so any such action will be taken seriously.

Submit

**AutoNation**                     *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Correct answers:

- The best option is for Zia's manager to escalate the complaint to Corporate or Region HR, which will likely be the department to investigate the concern. HR would keep the complaint confidential to the extent reasonably possible as provided in our policies.

**AutoNation**                              *ANTI-HARASSMENT*

- When the HR department has finished investigating Zia's complaint, they will consult with Zia's manager regarding any recommended further action, but no disciplinary action should be taken until then.
- Zia can be confident in knowing that any retaliation against her for making a sexual harassment complaint is a violation of the law and company policy, so any such action will be taken seriously.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Thanks for helping Zia.**

Zia's manager should never personally handle any reported complaint of sexual harassment. Our policies require a manager to report such a complaint to his/her manager, Corporate or Region HR or the Legal Department. As noted, HR will typically be responsible to investigate and ensure the situation is dealt with fairly and appropriately.

Zia's manager should never take any immediate action in response to sexual harassment complaints (unless Corporate or Region HR has approved), as it could impede the investigation. Managers should only enforce disciplinary measures after the investigation is completed and in consultation with HR or other investigating department.

**AutoNation**                    *ANTI-HARASSMENT*

Zia can be assured that her complaint will be treated confidentially to the extent reasonably possible and information will only be disclosed on a need-to-know basis. While Zia's identity may be revealed to Stephanie during the investigation, adequate steps will be taken to ensure that she is protected from retaliation during and after the investigation.

The harassment in this case has continued outside the workplace and it's worth noting that incidents of sexual harassment that occur outside the workplace also need to be reported.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Reporting Your Manager**

Edvin has been subjected to sexual advances by his manager, Sadie, for weeks now. He has tried to ignore her suggestive behavior, but she seems to be getting annoyed as he deflects her attempts. She has started to find "faults" with his work and says she might have to put him on a performance improvement plan. However, she says she can make it "all go away" if he would just be more friendly and go out to dinner with her.

Edvin asks you how to report his complaint when it's against his manager.

**What two things should you tell him?**

- He can file his complaint with Sadie's manager, who will escalate the complaint to the relevant department.
- Edvin can report his complaint to Corporate or Region Human Resources, the Alertline or any other resource outlined in the Business Ethics Policy Prohibiting Harassment.

**AutoNation**                    *ANTI-HARASSMENT*

---

- Edvin should still raise his concern with Sadie because his complaint can't be taken up by the HR Department until he's first addressed the problem directly.

Submit

**AutoNation**                          *ANTI-HARASSMENT*





### Reporting Your Manager

Edvin has been subjected to sexual advances by his manager, Sadie, for weeks now. He has tried to ignore her suggestive behavior, but she seems to be getting annoyed as he deflects her attempts. She has started to find "faults" with his work and says she might have to put him on a performance improvement plan. However, she says she can make it "all go away" if he would just be more friendly and go out to dinner with her.

Edvin asks you how to report his complaint when it's against his manager.

#### What two things should you tell him?

> ✓ He can file his complaint with Sadie's manager, who will escalate the complaint to the relevant department.

> ✓ Edvin can report his complaint to Corporate or Region Human Resources, the Alertline or any other resource outlined in the Business Ethics Policy Prohibiting Harassment.

> ✗ Edvin should still raise his concern with Sadie because his complaint can't be taken up by the HR Department until he's first addressed the problem directly.

Submit

ON-SCREEN TEXT:

<span style="color:green">Correct answers:</span>

- He can file his complaint with Sadie's manager, who will escalate the complaint to the relevant department.
- Edvin can report his complaint to Corporate or Region Human Resources, the Alertline or any other resource outlined in the Business Ethics Policy Prohibiting Harassment.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Thanks for helping Edvin.**

If Edvin feels comfortable doing so, the first thing he can do is directly confront Sadie about her behavior. Understandably, facing your harasser can be a difficult step to take, but there are always alternative routes Edvin can take to report sexual harassment.

If Edvin doesn't feel comfortable confronting his manager, he can report this directly to Sadie's manager or another manager with whom he feels comfortable, Corporate or Human Resources, the Alertline (1-800-597-0094 or www.alertline.com), or any other resource as outlined in AutoNation's policies prohibiting harassment and the **Complaint Process** section of this course.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Ready for a quick assessment?**

Answer 5 questions to complete this assessment.

Pass mark: 80%

Start

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

---

You can only report incidents of sexual harassment that occur in the workplace through the company's reporting process. Any incident involving employees that occurs outside of the workplace is a private matter in which the company cannot get involved.

- True
- False

Submit

**AutoNation**                                        *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

<span style="color:green">**Correct answer:**</span>
- False

Next Question

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Managers must escalate all complaints of sexual harassment, even if they are asked not to do so.

- True
- False

Submit

AutoNation                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

<span style="color:green">Correct answer:</span>
- True

Next Question



*ON-SCREEN TEXT:*

For the past few months, Kelsey's supervisor has been calling her for private meetings in his office. At first, he would just massage her shoulders as he spoke to her. That soon escalated to lightly kissing her neck, then groping. When she finally reports this to his manager, he says it couldn't have been that bad or she would have told him to stop or reported it the first time it happened. He then dismisses her.

Was this the correct response to her complaint?

- Yes
- No

Submit



ON-SCREEN TEXT:

---

**Correct answer:**

- No

Next Question



*ANTI-HARASSMENT*

ON-SCREEN TEXT:

Maisie has filed a sexual harassment complaint with their manager against her colleague, Keith. Maisie's manager has escalated the complaint, and they are waiting for HR to initiate the investigation. Maisie has been informing all of her other colleagues about the investigation and all of the incidents that occurred between her and Keith that led to her reporting him.

Is this an acceptable course of action for Maisie to take?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- No

Next Question

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Sexual harassment does not need to meet the legal definition of sexual harassment for it to be in violation of company policy, so all complaints of sexual harassment will be taken seriously.

- True
- False

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- True

Summary

**AutoNation**                    *ANTI-HARASSMENT*



**ON-SCREEN TEXT:**

**Summary**

You can only report incidents of sexual harassment that occur in the workplace through the company's reporting process. Any incident involving employees that occurs outside of the workplace is a private matter in which the company cannot get involved.
You answered: False

Managers must escalate all complaints of sexual harassment, even if they are asked not to do so.
You answered: True

For the past few months, Kelsey's supervisor has been calling her for private meetings in his office. At first, he would just massage her shoulders as he spoke to her. That soon escalated to lightly kissing her neck, then groping. When she finally reports this to his manager, he says it couldn't have been that bad or she would have told him to stop or reported it the first time it happened. He then dismisses her.

**AutoNation**                              *ANTI-HARASSMENT*

Was this the correct response to her complaint?
You answered: No

Maisie has filed a sexual harassment complaint with their manager against her colleague, Keith. Maisie's manager has escalated the complaint, and they are waiting for HR to initiate the investigation. Maisie has been informing all of her other colleagues about the investigation and all of the incidents that occurred between her and Keith that led to her reporting him.
Is this an acceptable course of action for Maisie to take?
You answered: No

Sexual harassment does not need to meet the legal definition of sexual harassment for it to be in violation of company policy, so all complaints of sexual harassment will be taken seriously.
You answered: True

You've passed!

**AutoNation**                    *ANTI-HARASSMENT*



**AutoNation**                              *ANTI-HARASSMENT*

---

*ON-SCREEN TEXT:*

---

1. California Training Requirement (1 min)
2. Connecticut Training Requirement (1 min)
3. Training Time Requirement (1 min)
4. What Is Harassment? (4 min)
5. What Is Discrimination? (4 min)
6. Protected Groups (7 min)
7. Intent vs. Perception (6 min)
8. What Is Retaliation? (8 min)
9. US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                              *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

**AutoNation**                    *ANTI-HARASSMENT*





*ON-SCREEN TEXT:*

**Impact of Sexual Harassment**

Select each image or the arrows to learn these victims' personal experiences of workplace sexual harassment.

**The Impact on Victims**

Let's take a look at the impact sexual harassment can have on victims.


**→ Hannah**

"I'm being sexually harassed at work, and the worry of seeing my harasser every day is causing me to have panic attacks. I'm finding it increasingly difficult to concentrate at work and complete tasks. I was up for a promotion, and now I'm failing to meet deadlines; so it's impacting the performance of my

**AutoNation**                                    *ANTI-HARASSMENT*

entire team. They are starting to get really frustrated with me, so I've just completely withdrawn and try not to speak to them because I can't handle it."

### → Ibrahim

"I was a member of one of the company's top-performing teams. Over the course of a few years, a number of my colleagues lodged sexual harassment complaints against my boss. My boss kept his senior position, and all of our top performers left the company. Now, my team consistently fails to make targets, because the high turnover of staff has left us with mostly inexperienced team members. The pressure to meet targets is so stressful now, that I've decided to leave too."

### → Aashi

"I was a victim of sexual harassment in my previous job, and it really affected my mental health. I developed extreme anxiety as a result of the daily harassment. I couldn't sleep or eat, which lead to numerous other health problems. I had to take a lot of unpaid sick leave because of my health; and this only added to my stress levels, because I began to struggle financially. I was eventually fired due to excessive absenteeism, and now my self-esteem is so low; I haven't got the confidence to find a new job."

### → Fernanda

"A colleague of mine was being sexually harassed for months, and I never knew until I saw it happen in the emergency stairwell. He reported it once, but nothing was done, and the harassment just got worse. I reported what I saw to HR. The harasser was just transferred to another department, and my colleague is terrified of seeing the harasser again. The company is supposed to have a zero-tolerance policy. How can I believe they take harassment cases seriously after what I witnessed? I don't really have any respect for the company anymore."

### → Ollie

"I was the victim of sexual assault several years ago, and living with the memory is a daily struggle. Even though my experience didn't happen in the workplace, when I heard that a colleague of mine was a

**AutoNation**                    *ANTI-HARASSMENT*

victim of sexual harassment at the company I worked for, it was a real trigger for me. I started to experience flashbacks again, so I felt I had no other option but to resign."

Select the Next arrow to continue.



**AutoNation**                    *ANTI-HARASSMENT*

*ON-SCREEN TEXT:*

**Spotting the Signs**

Cesar has noticed his colleague, Amelie, hasn't been herself lately. He notices her flinch and duck her head when a particular colleague walks past her. Cesar suspects she may be a victim of sexual harassment in the workplace.

Cesar asks you what impact sexual harassment has on the victim so he can look out for signs.

**What three things should you tell him?**

**AutoNation**                              *ANTI-HARASSMENT*

---

- Sexual harassment has a severe impact on the victim's mental health, which affects their concentration and productivity; so very organized individuals may start to become forgetful and fail to meet deadlines.
- Victims of sexual harassment can become very withdrawn and disengage from team meetings, as well as refraining from interacting with certain teams and team members.
- The psychological effects of sexual harassment bring a number of physical health issues that can lead to absenteeism as victims take an increased amount of sick leave.
- It's common to see the performance of victims of sexual harassment impacted as they try to combat feelings of low self-esteem and lack of confidence by taking on new challenges that will advance their career.

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Correct answers:**

- Sexual harassment has a severe impact on the victim's mental health, which affects their concentration and productivity; so very organized individuals may start to become forgetful and fail to meet deadlines.
- Victims of sexual harassment can become very withdrawn and disengage from team meetings, as well as refraining from interacting with certain teams and team members.
- The psychological effects of sexual harassment bring a number of physical health issues that can lead to absenteeism as victims take an increased amount of sick leave.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Remember...**

Prolonged harassment chips away at a victim's self-esteem and confidence. The fear of facing one's harasser every day can be crippling enough to induce panic attacks at the very thought of going to work. This anxiety can affect sleep and take such a physical toll that the victim is forced to take sick leave.

When dealing with the emotional effects of sexual harassment, a victim might become incapable of maintaining peak productivity and concentration levels needed to tackle increasing workloads. It also inhibits the victim from collaborating innovatively, as the psychological effects cause them to mentally disengage. All of this hinders career development because it impedes the victim's ability to fully engage and grow in the workplace.

**AutoNation**                          *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Amelie's Secret**

Amelie finally confided in Cesar and told him that she is being sexually harassed by a member of her team. Cesar knows he has a responsibility to report this, but he wants to give Amelie the opportunity to report it first.

Cesar asks you what impact this would have on other employees in the workplace if this wasn't reported.

**What three things should you tell him?**

- If Amelie's performance declines, this would have a negative effect on the entire team's productivity, which could impact her colleagues' career progression in addition to her own.
- If Amelie is increasingly absent, the workload for the remaining team members increases; and the added stress and pressure could affect their own physical and mental health.

**AutoNation**                              *ANTI-HARASSMENT*

- Other employees may be intimidated by the harasser's behavior and may stop participating in team meetings or decide they don't want to work with the harasser, which can cause a divide in the workplace.
- Employees may see Amelie's decline in performance as an opportunity to take on new tasks and challenges as a way of adding to their skill set and advancing their career prospects.

Submit

**AutoNation**                          *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Correct answers:
- If Amelie's performance declines, this would have a negative effect on the entire team's productivity, which could impact her colleagues' career progression in addition to her own.
- If Amelie is increasingly absent, the workload for the remaining team members increases; and the added stress and pressure could affect their own physical and mental health.
- Other employees may be intimidated by the harasser's behavior and may stop participating in team meetings or decide they don't want to work with the harasser, which can cause a divide in the workplace.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Thanks for helping Cesar.**

If Amelie is forced to take sick leave, her colleagues will be expected to take responsibility for her work tasks in her absence. An increased workload can put Amelie's colleagues under added pressure and stress, which risks causing absenteeism in the remaining team members if it affects their own health.

This, as well as Amelie's declining performance, will have a direct impact on her colleagues' individual performance and ultimately the team's. With less time to devote to their own tasks, the quality of her colleagues' work will start to deteriorate, and as they start to see a slump in the team's overall performance despite working harder, team morale and individual motivation might also decline.

Amelie's absenteeism and potential lack of engagement with her team mean she isn't contributing innovatively, and this can deter employees from choosing to work with Amelie if they don't feel she is

**AutoNation**                    *ANTI-HARASSMENT*

committing fully. If the harasser is on Amelie's team, this intimidating behavior may cause others to be less active in meetings.

If you ever need to report sexual harassment, refer to the Business Ethics Policy Prohibiting Harassment or the **Complaint Process** section for information.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Making the News**

Evanna works in the PR department of a global company. There is news spreading around the office that a number of employees have come forward with sexual harassment allegations against a senior member of staff. The news has also reached a media outlet, which has made contact with the PR team for comments regarding the allegations.

Evanna asks you what impact this media exposure could have on the company.

**What three things should you tell her?**

- Investors, suppliers, and vendors may pull out of business contracts, as they will not want to be associated with a company facing these allegations.
- As long as the company denies the sexual harassment claims, there should be no negative impact on the business.

**AutoNation**                                    *ANTI-HARASSMENT*

---

- It could affect the company's reputation and profitability, as they might lose loyal clients.
- The company might struggle to recruit top candidates in the future, as a company with a culture of sexual harassment is not an attractive workplace.
- The company might be concerned with the financial repercussions a lawsuit may bring, but if they settle out of court, they can avoid public scrutiny.

Submit

## AutoNation                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answers:

- Investors, suppliers, and vendors may pull out of business contracts, as they will not want to be associated with a company facing these allegations.
- It could affect the company's reputation and profitability, as they might lose loyal clients.
- The company might struggle to recruit top candidates in the future, as a company with a culture of sexual harassment is not an attractive workplace.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Thanks for helping Evanna.**

When we think of the financial repercussions that affect companies that fail to put an end to sexual harassment, court-awarded damages, fines, and legal fees are the first that spring to mind. However, the financial losses a company incurs when it has a reputation marred with allegations of sexual harassment can be a lot more difficult to quantify.

When these allegations reach the public, they can deter current and prospective clients who may boycott the company by taking their business elsewhere. This public backlash can deter future investors, suppliers, and vendors from working with the company, which will not want to harm its own reputation through association.

With a company's culture and ethos being a major consideration for prospective job candidates, the allegations may also deter future applicants. If a company struggles to fill positions with top talent, it would likely impact the productivity, innovation, and ultimately the profitability of the company.

**AutoNation**                          *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Ready to show what you know?**

Answer 5 questions to complete this assessment.

Pass mark: 80%

Start

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Apolline is being sexually harassed by a colleague, and she's beginning to suffer from anxiety attacks at the very thought of going to work every day. However, she still shows up on time to the office because she's falling into increasing debt. Since before the harassment started, she's been failing to keep up with her loan repayments.

Could this be an impact of sexual harassment?

- Yes
- No

Submit



**AutoNation** ___ *ANTI-HARASSMENT*

Impact of Sexual Harassment

**20%**

Apolline is being sexually harassed by a colleague, and she's beginning to suffer from anxiety attacks at the very thought of going to work every day. However, she still shows up on time to the office because she's falling into increasing debt. Since before the harassment started, she's been failing to keep up with her loan repayments.

Could this be an impact of sexual harassment?

YES

Next Question ›

NO

*ON-SCREEN TEXT:*

<span style="color:green">Correct answer:</span>
- No

Next Question



ON-SCREEN TEXT:

Two members of Shivani's team have been victims of sexual harassment. One quit her job last week, and the other is taking some time off during the ongoing investigation into her complaint. Shivani's team are short-staffed, which is putting an increasing amount of pressure on Shivani and the remaining team members. Shivani recently discovered that one colleague has been stealing office supplies from the company.

Could this be an impact of sexual harassment?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- No

Next Question



ON-SCREEN TEXT:

George is being sexually harassed by his manager. He's been experiencing a lot of anxiety as a result, which makes him very forgetful. One morning, he arrives at work and realizes he forgot to bring his protective gear with him. Instead of going home to retrieve it, he decides he'll be fine without it for one day. Later, he has an accident that would have been prevented had he been wearing the protective clothing.

Could this be an impact of sexual harassment?

- Yes
- No

Submit

**AutoNation**                         *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:

- No

Next Question

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

For victims of sexual harassment, once their complaint has been effectively dealt with by their company, there are no long-term negative effects and they return to peak productivity immediately.

- True
- False

Submit

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Correct answer:
- False

Next Question



ON-SCREEN TEXT:

Josie is being sexually harassed at work, and she's become very withdrawn and irritable. When she gets home after work, she doesn't want to speak to her partner; and when she does, it's normally because something small has made her snap. It's putting a huge strain on her relationship, which is making her feel worse.

Could this be an impact of sexual harassment?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- Yes

Summary

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

## Summary

Apolline is being sexually harassed by a colleague, and she's beginning to suffer from anxiety attacks at the very thought of going to work every day. However, she still shows up on time to the office because she's falling into increasing debt. Since before the harassment started, she's been failing to keep up with her loan repayments.
Could this be an impact of sexual harassment?
You answered: No

**AutoNation**                    *ANTI-HARASSMENT*

---

Two members of Shivani's team have been victims of sexual harassment. One quit her job last week, and the other is taking some time off during the ongoing investigation into her complaint. Shivani's team are short-staffed, which is putting an increasing amount of pressure on Shivani and the remaining team members. Shivani recently discovered that one colleague has been stealing office supplies from the company.
Could this be an impact of sexual harassment?
You answered: No

George is being sexually harassed by his manager. He's been experiencing a lot of anxiety as a result, which makes him very forgetful. One morning, he arrives at work and realizes he forgot to bring his protective gear with him. Instead of going home to retrieve it, he decides he'll be fine without it for one day. Later, he has an accident that would have been prevented had he been wearing the protective clothing.
Could this be an impact of sexual harassment?
You answered: No

For victims of sexual harassment, once their complaint has been effectively dealt with by their company, there are no long-term negative effects and they return to peak productivity immediately.
You answered: False

Josie is being sexually harassed at work, and she's become very withdrawn and irritable. When she gets home after work, she doesn't want to speak to her partner; and when she does, it's normally because something small has made her snap. It's putting a huge strain on her relationship, which is making her feel worse.
Could this be an impact of sexual harassment?
You answered: Yes

You've got it!

**AutoNation**                          *ANTI-HARASSMENT*



**AutoNation**                              *ANTI-HARASSMENT*

---

*ON-SCREEN TEXT:*

---

1. California Training Requirement (1 min)
2. Connecticut Training Requirement (1 min)
3. Training Time Requirement (1 min)
4. What Is Harassment? (4 min)
5. What Is Discrimination? (4 min)
6. Protected Groups (7 min)
7. Intent vs. Perception (6 min)
8. What Is Retaliation? (8 min)
9. US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                    *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Harassment-Free Workplace**

Having a harassment-free workplace has a number of benefits that are advantageous to both employers and their employees, with a more positive working environment being one of them. With a positive work environment comes increased well-being and decreased stress levels, which can contribute to higher productivity levels.

When employers show that the well-being of their staff is a priority, it increases employee morale, motivation, and commitment. This extends into their professional lives by aiding their ability to perform and grow in their career, which can only have positive results for the future success of growing companies.

Select each topic to discover the other benefits a harassment-free workplace offers.

→ **Turnover and Staff Retention**

**AutoNation**                                    *ANTI-HARASSMENT*

When sexual harassment is a prevalent issue in the workplace, where harassers can continue without consequence, it has a direct impact on staff retention. It not only drives victims of sexual harassment out of the company, it also forces other employees to seek employment with other companies whose culture aligns with their own values.

By promoting a culture that prohibits sexual harassment and encourages people to report it, we retain a skilled and committed workforce, which decreases staff turnover; and this reduces recruitment and training expenses.

### → Absenteeism and Productivity

Sexual harassment has a debilitating impact on the mental health of its victims. When victims of sexual harassment experience these emotional health problems, it can also lead to serious physical health issues.

When we have a harassment-free workplace, we create an environment that is conducive to our employees' well-being and morale. This boosts employee engagement and reduces absenteeism, which culminates in increased productivity for not just the individual, but for the teams they support.

### → Exposure to Liability

When sexual harassment in the workplace is unchecked, employers can be held legally accountable. If victims bring sexual harassment lawsuits against their employers, this exposes companies to financial losses in court-awarded damages as well as legal expenses and increased liability insurance.

By having procedures in place that enforce a harassment-free workplace, we reduce our exposure to liability and maintain financial stability.

### → Reputation and Access to Talent

When sexual harassment is prevalent in a company and goes unchecked, this can destroy a company's reputation when those victims speak out and expose misconduct.

**AutoNation**                                    *ANTI-HARASSMENT*

---

Conversely, when companies not only put policies in place that promote a harassment-free workplace, but take real measures to enforce them, employees will reward them with engagement and loyalty. This can bolster a company's reputation and attract top talent that promotes growth.

**→ Increased Profitability**

By promoting a company culture that has a zero-tolerance stance on sexual harassment in the workplace, we can ensure we not only maintain the business relationships we have with our current clients and suppliers, but also attract new business, which increases our company's profitability.

Select the Next arrow to continue.

## AutoNation    *ANTI-HARASSMENT*



### The Transfer

A few months ago, Dorian was transferred into Melanie's department after a complaint was lodged against him. Recently, Melanie's direct report, Julie, approached her to report a sexual harassment complaint against Dorian. Dorian is a strong performer, and losing him would be detrimental to Melanie's department. Melanie decides to move Dorian out of Julie's team and gives him a promotion, so as not to arouse suspicion. That's a common response to these types of allegations within the company.

Melanie asks you if this could cause any issues in the department.



**What four things should you tell her?**

Dorian's promotion puts him in a higher position of power, so he might feel freer to sexually harass another colleague, which will affect the productivity and performance of his new team.

Employees who are aware of Dorian's behavior could perceive the promotion to be rewarding this type of behavior, and they may lose respect for the department management or the company.

Since Melanie has removed the harasser from the victim's team, the situation has been resolved.

A department that has a culture of inaction against sexual harassment may drive skilled employees to leave the company for employment elsewhere.

Moving Dorian to another team doesn't mean he will stop harassing Julie. It may get worse in retaliation for reporting him, which could have an effect on her mental health and result in increased absenteeism.

Melanie has taken clear action to remediate the situation so neither she nor the company can be held liable for any incident of sexual harassment reported by Julie.

*ON-SCREEN TEXT:*

**The Transfer**

A few months ago, Dorian was transferred into Melanie's department after a complaint was lodged against him. Recently, Melanie's direct report, Julie, approached her to report a sexual harassment complaint against Dorian. Dorian is a strong performer, and losing him would be detrimental to Melanie's department. Melanie decides to move Dorian out of Julie's team and gives him a promotion,

**AutoNation**                                    *ANTI-HARASSMENT*

so as not to arouse suspicion. That's a common response to these types of allegations within the company.

Melanie asks you if this could cause any issues in the department.

**What four things should you tell her?**

- Dorian's promotion puts him in a higher position of power, so he might feel freer to sexually harass another colleague, which will affect the productivity and performance of his new team.
- Employees who are aware of Dorian's behavior could perceive the promotion to be rewarding this type of behavior, and they may lose respect for the department management or the company.
- Since Melanie has removed the harasser from the victim's team, the situation has been resolved.
- A department that has a culture of inaction against sexual harassment may drive skilled employees to leave the company for employment elsewhere.
- Moving Dorian to another team doesn't mean he will stop harassing Julie. It may get worse in retaliation for reporting him, which could have an effect on her mental health and result in increased absenteeism.
- Melanie has taken clear action to remediate the situation so neither she nor the company can be held liable for any incident of sexual harassment reported by Julie.

Submit

**AutoNation**                    *ANTI-HARASSMENT*





### The Transfer

A few months ago, Dorian was transferred into Melanie's department after a complaint was lodged against him. Recently, Melanie's direct report, Julie, approached her to report a sexual harassment complaint against Dorian. Dorian is a strong performer, and losing him would be detrimental to Melanie's department. Melanie decides to move Dorian out of Julie's team and gives him a promotion, so as not to arouse suspicion. That's a common response to these types of allegations within the company.

Melanie asks you if this could cause any issues in the department.

**What four things should you tell her?**

✓ Dorian's promotion puts him in a higher position of power, so he might feel freer to sexually harass another colleague, which will affect the productivity and performance of his new team.

✓ Employees who are aware of Dorian's behavior could perceive the promotion to be rewarding this type of behavior, and they may lose respect for the department management or the company.

✗ Since Melanie has removed the harasser from the victim's team, the situation has been resolved.

✓ A department that has a culture of inaction against sexual harassment may drive skilled employees to leave the company for employment elsewhere.

✓ Moving Dorian to another team doesn't mean he will stop harassing Julie. It may get worse in retaliation for reporting him, which may have an effect on her mental health and result in increased absenteeism.

✗ Melanie has taken clear action to remediate the situation so neither she nor the company can be held liable for any incident of sexual harassment reported by Julie.

Submit →

---

*ON-SCREEN TEXT:*

Correct answers:

- Dorian's promotion puts him in a higher position of power, so he might feel freer to sexually harass another colleague, which will affect the productivity and performance of his new team.

**AutoNation**                                  *ANTI-HARASSMENT*

- Employees who are aware of Dorian's behavior could perceive the promotion to be rewarding this type of behavior, and they may lose respect for the department management or the company.
- A department that has a culture of inaction against sexual harassment may drive skilled employees to leave the company for employment elsewhere.
- Moving Dorian to another team doesn't mean he will stop harassing Julie. It may get worse in retaliation for reporting him, which could have an effect on her mental health and result in increased absenteeism.

**AutoNation**                         *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Thanks for helping Melanie.**

Melanie was so concerned with retaining a strong performing employee like Dorian that she failed to anticipate how his behavior could severely impact her entire department. If Dorian thinks engaging in sexually harassing behavior won't hinder his career progression, this type of behavior will only continue.

This means his harassment of Julie could have a domino effect by progressively affecting his new team. Melanie might start to see increased absenteeism and a decline in productivity and performance across her entire department.

It takes success in every team for a department to thrive. Melanie might soon see the devastating effect a single perpetrator of sexual harassment can have. Dorian may be a top performer, but a single employee cannot drive the success of an entire department or company; to the contrary, though, his harassing behavior could undermine the productivity of the department.

If you are ever unsure about how to respond to a complaint of sexual harassment, find out who to contact in the **Contact Details** section.

**AutoNation**                     *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Time for a quick assessment.**

Answer 5 questions to complete this assessment.

Pass mark: 80%

Start

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Sakura works in the HR department of a leading tech company, and for three years running, the company has been rated as one of the country's top places to work, due to a supportive and open working environment that promotes well-being.

Is this a potential benefit of a harassment-free workplace?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

<span style="color:green">**Correct answer:**</span>
* Yes

Next Question

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

As long as a company's failure or unwillingness to address workplace sexual harassment doesn't reach the media, and ultimately, customers and suppliers, there can be no impact on the company's profitability.

- True
- False

Submit

**AutoNation**                                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

<span style="color:green">Correct answer:</span>
- False

Next Question



ON-SCREEN TEXT:

When companies have a harassment-free workplace, it can increase profitability through customer sales. This is because the standard of customer service provided by employees in customer-facing roles is likely to be higher in healthy working environments.

- True
- False

Submit

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

<span style="color:green">**Correct answer:**</span>

- True

Next Question



**ON-SCREEN TEXT:**

For two years, Marie has been a member of a very collaborative and supportive team. Thanks to the help of her teammates, she won a prestigious industry award for her company and now she's being promoted.

Is this a potential benefit of a harassment free workplace?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Correct answer:**
- Yes

Next Question



*ON-SCREEN TEXT:*

Todd works for a prestigious company in a competitive industry. It's the type of company for which most people dream of working. Todd thinks addressing workplace sexual harassment isn't a major concern for the company, because productivity levels will never drop if employees are too afraid to leave their dream job.

Is Todd right?

- Yes
- No

Submit

**AutoNation**                    ***ANTI-HARASSMENT***



ON-SCREEN TEXT:

<span style="color:green">Correct answer:</span>
- No

Summary

**AutoNation**                        *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Summary**

Sakura works in the HR department of a leading tech company, and for three years running, the company has been rated as one of the country's top places to work, due to a supportive and open working environment that promotes well-being.
Is this a potential benefit of a harassment-free workplace?
You answered: Yes

As long as a company's failure or unwillingness to address workplace sexual harassment doesn't reach the media, and ultimately, customers and suppliers, there can be no impact on the company's profitability.
You answered: False

**AutoNation**                                           *ANTI-HARASSMENT*

When companies have a harassment-free workplace, it can increase profitability through customer sales. This is because the standard of customer service provided by employees in customer-facing roles is likely to be higher in healthy working environments.
You answered: True

For two years, Marie has been a member of a very collaborative and supportive team. Thanks to the help of her teammates, she won a prestigious industry award for her company and now she's being promoted.
Is this a potential benefit of a harassment free workplace?
You answered: Yes

Todd works for a prestigious company in a competitive industry. It's the type of company for which most people dream of working. Todd thinks addressing workplace sexual harassment isn't a major concern for the company, because productivity levels will never drop if employees are too afraid to leave their dream job.
Is Todd right?
You answered: No

Good job!

**AutoNation**                    *ANTI-HARASSMENT*



**AutoNation**                    *ANTI-HARASSMENT*

---

*ON-SCREEN TEXT:*

---

43. California Training Requirement (1 min)
44. Connecticut Training Requirement (1 min)
45. Training Time Requirement (1 min)
46. What Is Harassment? (4 min)
47. What Is Discrimination? (4 min)
48. Protected Groups (7 min)
49. Intent vs. Perception (6 min)
50. What Is Retaliation? (8 min)
51. US Law (8 min)
52. UK Law (7 min)
53. Canadian Law (11 min)
54. Indian Law (3 min)
55. What Is Sexual Harassment? (4 min)
56. California State Law (3 min)
57. CT State Law (8 min)
58. CT Time's Up Act (10 min)
59. Delaware State Law (2 min)
60. Illinois State Law (8 min)
61. AHD IL Service Industry (14 min)
62. Maine State Law (1 min)
63. New York City Law (2 min)
64. New York State Law (4 min)
65. Types of Sexual Harassment (7 min)
66. Preventing Sexual Harassment (5 min)
67. Sexual Harassment Complaints (8 min)
68. Impact of Sexual Harassment (9 min)
69. A Harassment-Free Workplace (6 min)
70. Sexual Harassment: A Manager's Responsibilities (5 min)
71. Sexual Orientation and Gender Identity Harassment (4 min)
72. Impact of Harassment and Discrimination (5 min)
73. Preventing Harassment and Discrimination (9 min)
74. Recognizing Harassment and Discrimination (9 min)
75. Managing Harassment and Discrimination (12 min)
76. Inclusive Manager (4 min)
77. Bullying in the Workplace (5 min)
78. Abusive Conduct (5 min)
79. Violence in the Workplace (7 min)
80. Social Media Risks (4 min)
81. Unconscious Bias (5 min)

**AutoNation**                    *ANTI-HARASSMENT*

---

82. Diversity (4 min)
83. Inclusive Workplace (3 min)
84. In Closing (2 min)

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Your Responsibilities**

As a manager, you have a number of responsibilities, one of which is to take reasonable actions to prevent conduct at work that creates an intimidating, hostile or offensive work environment.

Our employee relations expert is here to help us look at the role you play in helping to prevent sexual harassment.

Select each question to learn what she has to say.

**→ What Are My Obligations and Responsibilities?**

As a manager, you are held to a higher standard of behavior because you hold a position of authority. We're relying on you to model appropriate workplace behavior and uphold your duty as a manager.

We have a responsibility to maintain a work environment free from sexual harassment, and you have a key role to play in achieving this. You need to understand our policies prohibiting sexual and other harassment, where the policies are located, and how to implement these policies. Our policies make it

**AutoNation**                          *ANTI-HARASSMENT*

clear that we will not tolerate any form of sexual harassment (or harassment based on other protected characteristics).

As a reminder, AutoNation's policies prohibiting harassment in the Business Ethics Program materials and the Associate Handbook are available on DealerCentral and in the **Resources** section of this course.

### → What Are My Reporting Obligations?

If you know of, or suspect, sexual harassment has occurred or is taking place, you MUST report it, even if no one is objecting to the harassment. (This also applies for harassment based on other protected characteristics.)

You must not investigate any concerns or complaints that are brought to your attention, even though your efforts might be well-intentioned. Doing so might create additional issues or could undermine the company's ability to investigate and address the concerns.

As a manager and as outlined in our Business Ethics Policy Prohibiting Harassment, you are required to report incidents of sexual (or other) harassment as quickly as possible to your manager, the Legal Department, or Corporate or Region Human Resources.

### → Does Every Suspected Incident Have to Be Reported?

Yes. There are no exceptions when it comes to reporting incidents of known or suspected sexual harassment (or harassment based on other protected characteristics).

If you witness, or become aware of, such an incident of harassment, you must report it, even if you think the conduct is trivial, or even if the employee asks you not to report it.

### → What Should You Do If You Are Personally Accused?

If you are personally accused of harassment, you must report the accusation as quickly as possible to your manager, the Legal Department, or Corporate or Region Human Resources. They will advise on the correct course of action.

**AutoNation**                                    *ANTI-HARASSMENT*

---

### → What Are the Consequences of Failing to Report?

Managers who fail to report suspected incidents of sexual (or other) harassment that they are aware of, will be disciplined in line with company policy.

Also, any managers who engage in any retaliation will be disciplined.

Select the Next arrow to continue.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Aung needs your help!**

**ANTI-HARASSMENT**



ON-SCREEN TEXT:

**Don't Tell Anyone**

One of your direct reports, Aung, tells you that Otto comes up behind her and rubs her shoulders on a regular basis, often saying, "You're so tense; let me help you relax."

Aung says, "I don't think Otto's harassing me; I just think he's creepy. Don't say anything to anyone."

What should you do?

**What two actions should you take?**

- Report Otto's conduct.
- Advise Aung that she should ask Otto to stop massaging her shoulders and making such comments, if she is comfortable doing so.
- Do nothing, as Aung doesn't think Otto is harassing her.
- Do nothing, as Aung has asked you not to say anything to anyone.

Submit

**AutoNation**                                  *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answers:

- Report Otto's conduct.
- Advise Aung that she should ask Otto to stop massaging her shoulders and making such comments, if she is comfortable doing so.

**AutoNation**                              *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Thanks for helping Aung.**

Otto's conduct may be considered harassment if it is unwelcomed and it makes Aung uncomfortable. It could also create a hostile work environment for Aung.

Remember, as a manager, you have a responsibility to report any suspected incidents of sexual harassment, even if the employee asks you not to.

Review the Complaint Process section of this course for additional information if needed.

**AutoNation**                    ***ANTI-HARASSMENT***



ON-SCREEN TEXT:

**Kelly has a dilemma. Can you help?**

**AutoNation**        *ANTI-HARASSMENT*




*ON-SCREEN TEXT:*

**Relationship Issues**

Dave applied for a promotion and was unsuccessful. Kelly made the decision. Kelly and Dave dated in the past before Dave worked for the company.

Kelly provided documented reasons for her choice, but Dave feels that Kelly didn't appoint him because of their personal history. He feels that he is a victim of sexual harassment.

Kelly asks you if you think Dave has a case.

**What two things would you tell her?**

- As long as she is basing her decision solely on the candidates' qualifications and experience, there is no issue.
- This could be construed as Kelly getting revenge on Dave for ending their relationship.
- This is an example of retaliation. She is clearly letting her emotions cloud her judgment.

 **ANTI-HARASSMENT**

- She is entitled to choose the best candidate.

Submit

**AutoNation**                    *ANTI-HARASSMENT*



## Relationship Issues

Dave applied for a promotion and was unsuccessful. Kelly made the decision. Kelly and Dave dated in the past before Dave worked for the company.

Kelly provided documented reasons for her choice, but Dave feels that Kelly didn't appoint him because of their personal history. He feels that he is a victim of sexual harassment.

Kelly asks you if you think Dave has a case.

 

### What two things would you tell her?

✓ As long as she is basing her decision solely on the candidates' qualifications and experience, there is no issue.

✗ This could be construed as Kelly getting revenge on Dave for ending their relationship.

✗ This is an example of retaliation. She is clearly letting her emotions cloud her judgment.

✓ She is entitled to choose the best candidate.

Submit ▷

 **AutoNation** ← ▬ → 8/8

---

*ON-SCREEN TEXT:*

---

**Correct answer:**

- As long as she is basing her decision solely on the candidates' qualifications and experience, there is no issue.
- She is entitled to choose the best candidate.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Thanks for helping Kelly.**

Kelly is under no obligation to appoint Dave and is only selecting the best candidate for the department.

If Kelly can show solid reasons for not appointing Dave, then he does not have a basis to claim sexual harassment.

On a side note, we carefully monitor the employment of family members and personal relationships between associates to ensure they do not cause problems in the workplace. Specific rules apply as outlined in the Employment of Family Members and Personal Relationships policy in the Associate Handbook. In this example, Dave's personal relationship with Kelly ended before he joined Kelly's company, although it clearly still created potential issues.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Ready to put your knowledge to the test?**

Answer 5 questions to complete this assessment.

Pass mark: 80%

Start



*ON-SCREEN TEXT:*

---

Renato overhears two of his direct reports, Amy and LaToya, mocking Eva because of her sexuality. He intervenes and explains that it constitutes sexual harassment. Amy and LaToya apologize and explain that they were only joking around and didn't mean any harm. Eva accepts their apology and asks Renato not to report the incident. As the situation has been resolved and Eva doesn't want to take things any further, Renato decides not to report what he witnessed.

Is this the correct course of action?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- No

Next Question



ON-SCREEN TEXT:

Managers are permitted to use their discretion when determining whether they should handle a complaint themselves, or whether it needs to be reported.

- True
- False

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

<span style="color:green">Correct answer:</span>
- False

Next Question



*ON-SCREEN TEXT:*

Kiaan has just started a new job as a manager, and his entire team is male. He's noticed that a few members of his team make sexist comments about women, which the rest of the team generally tend to laugh at in agreement. Even though there are no women on his team, Kiaan doesn't think this type of behavior is appropriate, so he reports it to HR.

is this the correct course of action?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:

- Yes

Next Question

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Amit's direct report, Melissa, has approached him with some concerns about her colleague, Rachel. Melissa thinks Rachel is being sexually harassed by their supervisor. He regularly calls Rachel into his office for a private chat, and Rachel usually leaves in tears. Melissa isn't sure at all that it is sexual harassment, but she just thought Amit should be made aware. As this is just a mild suspicion, Amit doesn't report it.

Is this the correct course of action?

- Yes
- No

Submit

**AutoNation**                              *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- No

Next Question

**AutoNation**                      *ANTI-HARASSMENT*



ON-SCREEN TEXT:

A member of Claudio's team tells him that she feels she's being sexually harassed by another team member. She asks Claudio if he can do something about it quietly. She says she doesn't want to make a big deal of it. Claudio tells her that he'll keep the matter confidential to the fullest extent possible, but that he'll have to report it to the appropriate department. He's required to report any suspected incidents of sexual harassment, and he's also not permitted to investigate concerns himself.

Is this the correct course of action?

- Yes
- No

Submit

**AutoNation**                              *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- Yes

Summary

AutoNation                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

---

**Summary**

Renato overhears two of his direct reports, Amy and LaToya, mocking Eva because of her sexuality. He intervenes and explains that it constitutes sexual harassment. Amy and LaToya apologize and explain that they were only joking around and didn't mean any harm. Eva accepts their apology and asks Renato not to report the incident. As the situation has been resolved and Eva doesn't want to take things any further, Renato decides not to report what he witnessed.

**AutoNation**                          *ANTI-HARASSMENT*

Is this the correct course of action?

You answered: No

Managers are permitted to use their discretion when determining whether they should handle a complaint themselves, or whether it needs to be reported.

You answered: False

Kiaan has just started a new job as a manager, and his entire team is male. He's noticed that a few members of his team make sexist comments about women, which the rest of the team generally tend to laugh at in agreement. Even though there are no women on his team, Kiaan doesn't think this type of behavior is appropriate, so he reports it to HR.

is this the correct course of action?

You answered: Yes

Amit's direct report, Melissa, has approached him with some concerns about her colleague, Rachel. Melissa thinks Rachel is being sexually harassed by their supervisor. He regularly calls Rachel into his office for a private chat, and Rachel usually leaves in tears. Melissa isn't sure at all that it is sexual harassment, but she just thought Amit should be made aware. As this is just a mild suspicion, Amit doesn't report it.

Is this the correct course of action?

You answered: No

A member of Claudio's team tells him that she feels she's being sexually harassed by another team member. She asks Claudio if he can do something about it quietly. She says she doesn't want to make a big deal of it. Claudio tells her that he'll keep the matter confidential to the fullest extent possible, but that he'll have to report it to the appropriate department. He's required to report any suspected incidents of sexual harassment, and he's also not permitted to investigate concerns himself.

Is this the correct course of action?

You answered: Yes

You've passed!

**AutoNation**                    *ANTI-HARASSMENT*



**AutoNation**                                      *ANTI-HARASSMENT*

*ON-SCREEN TEXT:*

1.  California Training Requirement (1 min)
2.  Connecticut Training Requirement (1 min)
3.  Training Time Requirement (1 min)
4.  What Is Harassment? (4 min)
5.  What Is Discrimination? (4 min)
6.  Protected Groups (7 min)
7.  Intent vs. Perception (6 min)
8.  What Is Retaliation? (8 min)
9.  US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**　　　　　　　*ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Gender identity is a person's inner sense of their own gender.**

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Javier needs your help!**

**AutoNation**     *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Hiring Decision**

Javier needs to fill an open position. He's carried out interviews and identified Jack as the best candidate.

However, he hesitates to make Jack an offer, as he knows Jack is in a same-sex relationship. Javier worries that some members of his team might not be comfortable with Jack's sexual orientation.

**How would you advise Javier?**

- He can't let the personal feelings of some of his colleagues on Jack's sexual orientation influence his decision.
- As long as he hasn't offered the position to Jack, he's entitled to change his mind. He doesn't need to explain his decision to anyone.
- Explain to HR that he fears Jack's sexual orientation will negatively affect his team dynamic, and he now wants to hire another candidate.

Submit



*ON-SCREEN TEXT:*

Correct answer:

- He can't let the personal feelings of some of his colleagues on Jack's sexual orientation influence his decision.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Thanks for helping Javier.**

Javier is now clear that individuals can't allow their personal feelings on sexual orientation to influence decisions in the workplace.

Remember, you cannot treat individuals differently because of their sexual orientation or preference. The members of Javier's team may be entitled to their personal opinions, but Javier can't let them interfere with his decision.

In a situation like this, if the offer was withdrawn, Jack would have a very strong case for discrimination, based on sexual orientation.

We're relying on you to help keep our workplace free from harassment and discrimination.

You have a responsibility to report any instances of sexual harassment or discrimination that you witness. Refer to the **Complaint Process** section for information on reporting avenues.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Can you help Rashmi?**

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Rumors and Gossip**

Rashmi tells you that she's overheard some colleagues whispering behind Cathi's back, saying that she used to be a man.

Some say they're reluctant to use the same bathroom as Cathi.

**What two actions should Rashmi take?**

- Tell her colleagues to stop making such comments and act respectfully.
- Tell Cathi what everyone is saying about her.
- Ask Cathi if she underwent gender reassignment to see if there is any truth to the comments being made.
- Report the conduct to HR.

Submit

**AutoNation**                          *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Correct answers:

- Tell her colleagues to stop making such comments and act respectfully.
- Report the conduct to HR.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Thanks for helping Rashmi.**

Rashmi now understands what to do if she witnesses any instances of harassment or discrimination.

When someone at work goes through a gender transition, it's important to have in-person training with the employee's managers and the colleagues who work directly with the transitioning employee.

Here, management has an opportunity not only to provide education on transgender issues, but also to reinforce their expectations of workplace fairness for all employees and respect for the chosen gender, pronoun, or name.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Ready to put what you've learned into practice?**

Answer 5 questions to complete this assessment.

Pass mark: 80%

Start

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Hilary's employees must wear uniforms to work, but she doesn't enforce binary dress codes; so transgender, gender fluid, and gender non-conforming employees don't feel forced to wear clothes that conflict with their actual gender or gender expression.

An example of harassment or discrimination based on sexual orientation or gender identity?

- Yes
- No

Submit

**AutoNation**                              *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Correct answer:
- No

Next Question

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Russell's manager, Yolande, identified him as the strongest candidate for a promotion. Before the promotion became official, Yolande found out that Russell occasionally wears dresses and high heels. She changed her mind on promoting him, as she didn't want to work with someone she described as having "unnatural tendencies."

An example of harassment or discrimination based on sexual orientation or gender identity?

- Yes
- No

Submit

**AutoNation**                      *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- False

Next Question

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

It's always going to be obvious what someone's gender is by the clothes they wear and how they style their hair.

- True
- False

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
  * Yes

Next Question

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

It's okay to allow your personal feelings on sexual orientation to influence the decisions you make in the workplace.

- True
- False

Submit

**AutoNation**                          ***ANTI-HARASSMENT***



ON-SCREEN TEXT:

Correct answer:
- False

Next Question

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Valerie is transgender, and today is her first day in the office since her team was informed of her transition. When she goes to the ladies' restroom, she sees some of her female colleagues. As soon as they see her, they say they don't want to share the same toilet as a man and walk out.

An example of harassment or discrimination based on sexual orientation or gender identity?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Correct answer:**

- Yes

Summary

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

---

**Summary**

Hilary's employees must wear uniforms to work, but she doesn't enforce binary dress codes; so transgender, gender fluid, and gender non-conforming employees don't feel forced to wear clothes that conflict with their actual gender or gender expression.
An example of harassment or discrimination based on sexual orientation or gender identity?
You answered: No

Russell's manager, Yolande, identified him as the strongest candidate for a promotion. Before the promotion became official, Yolande found out that Russell occasionally wears dresses and high heels. She changed her mind on promoting him, as she didn't want to work with someone she described as having "unnatural tendencies."
An example of harassment or discrimination based on sexual orientation or gender identity?
You answered: Yes

**AutoNation**                    *ANTI-HARASSMENT*

It's always going to be obvious what someone's gender is by the clothes they wear and how they style their hair.
You answered: False

It's okay to allow your personal feelings on sexual orientation to influence the decisions you make in the workplace.
You answered: False

Valerie is transgender, and today is her first day in the office since her team was informed of her transition. When she goes to the ladies' restroom, she sees some of her female colleagues. As soon as they see her, they say they don't want to share the same toilet as a man and walk out.
An example of harassment or discrimination based on sexual orientation or gender identity?
You answered: Yes

Well done!

**AutoNation**                    *ANTI-HARASSMENT*



NAVARRO v. HOLLYWOOD IMPORTS - 1844

**AutoNation**                                   *ANTI-HARASSMENT*

---

*ON-SCREEN TEXT:*

---

1.  California Training Requirement (1 min)
2.  Connecticut Training Requirement (1 min)
3.  Training Time Requirement (1 min)
4.  What Is Harassment? (4 min)
5.  What Is Discrimination? (4 min)
6.  Protected Groups (7 min)
7.  Intent vs. Perception (6 min)
8.  What Is Retaliation? (8 min)
9.  US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                                   *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**The Impact of Harassment and Discrimination**

The impact of harassment and discrimination in the workplace is not confined to the victim.

It can affect others around the victim and the entire company.

Select each image to learn about the impact harassment can have throughout a company.

**→ The Individual**

"I lost out on a promotion and I know it's because of my racial background. My confidence is shattered.

I suffer from depression as a result, and now I'm worried I'll lose my job because of my absentee record. I'm devastated by the whole situation."

**→ Workforce**

"Ever since Sonny was passed over for promotion, he has become less of a team player.

**AutoNation**                                    *ANTI-HARASSMENT*

He now associates only with people who have a similar racial background. It's creating an ethnic divide and killing our team spirit."

→ **Company Brand**

"The media is reporting that we discriminate against people because of their skin color. We are facing a backlash from our customers who are refusing to purchase from us. Our partners are pulling out because they don't want to be associated with us. It is difficult to recruit top talent to our organization because outsiders think we have discriminatory practices and do not promote diversity. This is destroying our brand and reputation."

→ **Productivity and Profitability**

"Our productivity has dropped significantly since the discrimination claims were filed. We've seen a complete erosion of employee commitment.

Managing productivity is difficult due to absenteeism that I am sure is associated with this case."

→ **CEO**

"As the CEO, I wasn't aware of the situation until the claim had been filed. I had no input in Sonny's promotion review.

Now the company and I are being held responsible, and the courts could impose serious penalties if we are found guilty of a breach of anti-harassment and discrimination law. I could lose my job."

Select the Next arrow to continue.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Ben needs your help!**

**AutoNation**                    *ANTI-HARASSMENT*




*ON-SCREEN TEXT:*

**Managing Different Perspectives**

Ben, a manager, overhears Raheem and Doug mocking Daljeet, who is a devout Sikh, for wearing a turban. He knows Raheem and Doug believe this is just harmless fun, but Daljeet is very upset.

**What is the best course of action for Ben?**

- Have a word with Doug and Raheem to ensure this doesn't happen again. Ben should also explain why this type of conduct is unacceptable.
- Report the incident immediately because this is clearly a case of discrimination, and Raheem and Doug should be disciplined.
- Speak to Daljeet and explain that Raheem and Doug are only joking around and they didn't mean any offense.

Submit

**AutoNation**                    *ANTI-HARASSMENT*





ON-SCREEN TEXT:

Correct answer:

- Have a word with Doug and Raheem to ensure this doesn't happen again. Ben should also explain why this type of conduct is unacceptable.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Remember...**

In some cases, the perpetrators of inappropriate behavior don't believe they're doing anything wrong. As a manager, you play a vital role in helping prevent harassment and discrimination in our workplace, and educating your colleagues on what is, and isn't, acceptable behavior.

The best course of action in a situation like this is to speak to Doug and Raheem, and make it clear that not only is their behavior upsetting their colleague, it also qualifies as discrimination when the target's religion means he is a member of a protected class.

If mocking behavior continues, and the target continues to be upset, you will have to report the incident to the appropriate department.

You can find out who you can report the behavior to in the **Contact Details** section.

NAVARRO v. HOLLYWOOD IMPORTS - 1852



**ON-SCREEN TEXT:**

**Taking Action Against Verbal Abuse**

The next day Ben is walking by a conference room when he again overhears Raheem ridiculing Daljeet for what he's wearing.

**What is the best course of action now?**

- Ben should report the incident to the appropriate department.
- Ben should ask Raheem to stop and then explain to Daljeet that Raheem is only joking and he needs to stop being so sensitive.
- Ben should ask Raheem to stop making fun of Daljeet because Daljeet could file a discrimination claim against him if he continues.

Submit



**ON-SCREEN TEXT:**

Correct answer:

- Ben should report the incident to the appropriate department.

**AutoNation**                                  *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Remember...**

When the perpetrator doesn't change their behavior after being spoken to, it's best to report the incident before the situation escalates.

Remember, once you have decided to take formal action, it's advisable to leave any conversations about workplace behavior to a representative from the appropriate department.

You can find out who to report a situation like this to in the **Contact Details** section.



*ON-SCREEN TEXT:*

## Impact on the Workplace

Aside from a potential discrimination claim, what is the wider impact that Raheem's discrimination against Daljeet could have in the workplace?

**What do you think are the three most likely impacts?**

- Daljeet may become withdrawn and disengage from team meetings, which could lead to him not contributing important information.
- Daljeet will work harder and better to impress Raheem.
- Some people may be intimidated by Raheem's actions, causing them to be less active in team meetings.
- Some of Daljeet's colleagues may not want to work with Raheem, causing a divide in the workforce.

Submit



**AutoNation**                    *ANTI-HARASSMENT*

ON-SCREEN TEXT:

Correct answers:

- Daljeet may become withdrawn and disengage from team meetings, which could lead to him not contributing important information.
- Some people may be intimidated by Raheem's actions, causing them to be less active in team meetings.
- Some of Daljeet's colleagues may not want to work with Raheem, causing a divide in the workforce.

**AutoNation**                          *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Thanks for helping Ben.**

Harassment or discrimination may cause a colleague to become withdrawn and less engaged in the workplace.

This could have an adverse effect on the workforce, as it may make other colleagues uncomfortable, and could divert attention or even cause a divide in working teams and groups.

Remember, as a manager you have a responsibility to address any inappropriate workplace behavior that you witness or become aware of, including bullying and other behaviors that may violate internal policy, and make it clear that this type of behavior won't be tolerated.

It's vital that you recognize, and identify, harassment and discrimination in the workplace, and recognize its impact on you, the company, and those around you.

**AutoNation**                    *ANTI-HARASSMENT*

It's your responsibility to report incidents where the perpetrator continues the behavior and ignores the warning. You can find out who you need to contact in the **Contact Details** section.

**AutoNation**                          *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Ready for a quick assessment?**

Answer 5 questions to complete this assessment.

Pass mark: 80%

Start



ON-SCREEN TEXT:

The impact of harassment and discrimination in the workplace is not confined to the victim. It can affect others around the victim.

- True
- False

Submit



ON-SCREEN TEXT:

---

Correct answer:
- True

Next Question

NAVARRO v. HOLLYWOOD IMPORTS - 1862

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Accusations of discrimination can destroy a company's reputation, and profits may suffer as a result of negative press.

- True
- False

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

<span style="color:green">Correct answer:</span>
- True

Next Question



*ON-SCREEN TEXT:*

In situations where the perpetrators of inappropriate behavior believe they are just having fun and don't believe they're doing anything wrong, you have a responsibility to address their behavior and educate them on what type of behavior is unacceptable in the workplace.

- True
- False

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

---

<span style="color:green">Correct answer:</span>
- True

Next Question

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

When the perpetrator of inappropriate behavior ignores a warning and continues their inappropriate behavior, it's your responsibility to report this.

- True
- False

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Correct answer:**
- True

Next Question



ON-SCREEN TEXT:

George is a department manager, and he's found out that a number of team leaders have been failing to escalate complaints of discrimination, because they were "just jokes." George has also noticed that the teams from where these complaints originated have rated their commitment as "low" in a recent workplace satisfaction survey.

Could this be an impact of harassment and discrimination?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- Yes

Summary

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Summary**

The impact of harassment and discrimination in the workplace is not confined to the victim. It can affect others around the victim.
You answered: True

Accusations of discrimination can destroy a company's reputation, and profits may suffer as a result of negative press.
You answered: True

In situations where the perpetrators of inappropriate behavior believe they are just having fun and don't believe they're doing anything wrong, you have a responsibility to address their behavior and educate them on what type of behavior is unacceptable in the workplace.
You answered: True

When the perpetrator of inappropriate behavior ignores a warning and continues their inappropriate behavior, it's your responsibility to report this.
You answered: True

**AutoNation**                    *ANTI-HARASSMENT*

George is a department manager, and he's found out that a number of team leaders have been failing to escalate complaints of discrimination, because they were "just jokes." George has also noticed that the teams from where these complaints originated have rated their commitment as "low" in a recent workplace satisfaction survey.

Could this be an impact of harassment and discrimination?

You answered: Yes

Good job!

NAVARRO v. HOLLYWOOD IMPORTS - 1872

**AutoNation**                    *ANTI-HARASSMENT*



**AutoNation**                    *ANTI-HARASSMENT*

*ON-SCREEN TEXT:*

1. California Training Requirement (1 min)
2. Connecticut Training Requirement (1 min)
3. Training Time Requirement (1 min)
4. What Is Harassment? (4 min)
5. What Is Discrimination? (4 min)
6. Protected Groups (7 min)
7. Intent vs. Perception (6 min)
8. What Is Retaliation? (8 min)
9. US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                              *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

**AutoNation**            *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Preventing Harassment and Discrimination**

As a manager, you have many responsibilities.

One of them is preventing harassment and discrimination in the workplace.

Our employee relations expert is here to help us look at some of the key questions when it comes to your role in preventing harassment and discrimination.

Select each question to learn what she has to say.

**→ What Are My Obligations and Responsibilities?**

Employers have a responsibility to maintain a working environment free from harassment and discrimination. Our policies regarding abusive conduct, harassment, and discrimination make our company a safe and comfortable place to work.

**AutoNation**                              *ANTI-HARASSMENT*

It is vital that you know where they are, what they are, and how to implement them. These policies make it clear that we will not tolerate harassment, discrimination, or abusive conduct.

### → What Are My Reporting Obligations?

In addition to knowing and implementing the company policies, it is your obligation to report any conduct that violates the law or company policy – whether the violation is actual or suspected.

You must not investigate any concerns or complaints that are brought to your attention; even though your efforts might be well-intentioned. Doing so might create additional issues or could undermine the company's ability to investigate and address the concerns.

As a manager, you are required to report such concerns to your manager, Corporate or Region Human Resources, or the Legal Department.

### → What Is Our Policy?

We implement a zero-tolerance policy, and you need to communicate this to your team to help prevent harassment and discrimination.

Remember, harassment and discrimination lead to poor employee morale, low productivity, and potentially, legal action.

### → How Do We Deal with Complaints?

Even if complaints seem to come from overly sensitive employees and turn out to be the result of simple misunderstandings, they're worthy of your attention.

Treat every complaint with the same level of attention and detail. What may seem like a harmless situation can sometimes escalate into a clear case of harassment or discrimination.

### → What Else Should I Do?

**AutoNation**                                ***ANTI-HARASSMENT***

---

You need to ensure you treat everybody fairly. Don't reserve particular tasks for specific ethnic groups or deny women the same opportunities as men – to do so would be discrimination.

Never stereotype a particular group or gender and don't exclude people with disabilities from projects and workplace duties – stereotyping itself is a form of discrimination.

Select the Next arrow to continue.

NAVARRO v. HOLLYWOOD IMPORTS - 1878

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Education**

Alana has just been promoted to a managerial role.

Alana asks you what she can do to educate her team and prevent harassment and discrimination.

**What three actions would you suggest?**

- Emphasize to her team that they can approach her at any time with any concerns they may have regarding harassment or discrimination and that every complaint will be thoroughly investigated.
- Ensure that her team are aware of the procedures for reporting complaints.
- Tell her team that she's going to measure each individual on the number of complaints they file or issues they raise.
- Discuss the impact that harassment and discrimination can have on team morale, and emphasize that it will never be tolerated.

Submit



*ON-SCREEN TEXT:*

_____

<span style="color:green">Correct answers:</span>

- Emphasize to her team that they can approach her at any time with any concerns they may have regarding harassment or discrimination and that every complaint will be thoroughly investigated.
- Ensure that her team are aware of the procedures for reporting complaints.
- Discuss the impact that harassment and discrimination can have on team morale, and emphasize that it will never be tolerated.

AutoNation                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Remember...**

It's important that employees are aware that we do not tolerate harassment or discrimination of any kind.

You should ensure that all of the members of your team are aware of our anti-harassment and discrimination policies, know that we don't tolerate retaliation, and are comfortable coming to you with any complaints.

You should also ensure that all of the members of your team are aware that there are multiple channels for raising concerns. They don't have to raise concerns through you.

You can view the various reporting channels in the **Complaint Process** section.

**AutoNation**                    *ANTI-HARASSMENT*





ON-SCREEN TEXT:

**Taking Action**

Akim is a new member of Becky's team. Akim has settled into the team well, but recently Becky has noticed that he's become a bit withdrawn and doesn't engage in team meetings the way he initially did.

Becky asks him if everything is okay, and he tells her that another team member, Lamar, has begun to make derogatory remarks about Akim's religion and also about his ethnic background.

Becky asks your advice on how to handle the situation.

**What three actions would you suggest?**

- Empathize with Akim and tell him that she understands how the comments could impact him. Assure him that the matter will be fully investigated.

**AutoNation**                                    *ANTI-HARASSMENT*

- Report the conversation to the appropriate department so that they can investigate Akim's claim in more detail.
- Tell Akim that she'll investigate his claim and ensure that Lamar is appropriately disciplined.
- Tell Akim that she'll report his complaint to the appropriate department, who will investigate the issue and keep the matter confidential to the extent reasonably possible.

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answers:

- Empathize with Akim and tell her that she understands how the comments could impact him. Assure him that the matter will be fully investigated.

- Report the conversation to the appropriate department so that they can investigate Akim's claim in more detail.

- Tell Akim that she'll report his complaint to the appropriate department, who will investigate the issue and keep the matter confidential to the extent reasonably possible.

**AutoNation**                                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Remember…**

When an employee makes a complaint, it's important that you empathize with the employee and assure them that the company will investigate the complaint.

Never tell an employee that you will investigate their complaint yourself. Ensure that the accused is appropriately dealt with.

Remember, you must not investigate any concerns or complaints that are brought to your attention, even though your efforts might be well-intentioned.

Doing so might create additional issues or could undermine the company's ability to investigate and address the concerns.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Offensive Joke**

Kavi tells a joke which Susan finds offensive. Laura has known Kavi for years and knows that this is out of character for him. Susan confirms that Kavi has never made any jokes that have offended her before.

Laura asks you for advice on what can be done to resolve this situation and prevent it happening again.

**What three actions should Laura take?**

- Laura should tell Susan that she'll have a word with Kavi to ensure this doesn't happen again.
- Laura should tell Susan not to be so sensitive about what was just a joke.
- Laura should advise Kavi that he should be more sensitive and careful in the future as his 'joke' offended Susan.
- Laura should tell Susan she may notify HR (or other resources) of her concern, but that she thinks this was just a one-off incident.

Submit

NAVARRO v. HOLLYWOOD IMPORTS - 1886

**AutoNation**                    *ANTI-HARASSMENT*





### Offensive Joke

Kavi tells a joke which Susan finds offensive. Laura has known Kavi for years and knows that this is out of character for him. Susan confirms that Kavi has never made any jokes that have offended her before.

Laura asks you for advice on what can be done to resolve this situation and prevent it happening again.

### What three actions should Laura take?

✓ Laura should tell Susan that she'll have a word with Kavi to ensure this doesn't happen again.

✗ Laura should tell Susan not to be so sensitive about what was just a joke.

✓ Laura should advise Kavi that he should be more sensitive and careful in the future as his 'joke' offended Susan.

✓ Laura should tell Susan she may notify HR (or other resources) of her concern, but that she thinks this was just a one-off incident.

Submit ›

**AutoNation** ← — →  6/8

---

*ON-SCREEN TEXT:*

Correct answers:

- Laura should tell Susan that she'll have a word with Kavi to ensure this doesn't happen again.
- Laura should advise Kavi that he should be more sensitive and careful in the future as his 'joke' offended Susan.
- Laura should tell Susan she may notify HR (or other resources) of her concern, but that she thinks this was just a one-off incident.

**AutoNation**                    *ANTI-HARASSMENT*





*ON-SCREEN TEXT:*

**Thanks for helping your colleagues.**

A key factor in preventing harassment and discrimination in the workplace is the faith an employee has in their manager to deal with such matters.

Remember:

- You need to understand and follow our policies prohibiting harassment and our EEO policies prohibiting discrimination.
- You need to be able to recognize, manage, and prevent any form of harassment or discrimination.
- Our company has a responsibility to provide a working environment free of harassment and discrimination.
- Never tolerate harassment or discrimination.

**AutoNation**                                  ***ANTI-HARASSMENT***

- You must not investigate any concerns or complaints that are brought to your attention, even though your efforts might be well-intentioned. Doing so might create additional issues or could undermine the company's ability to investigate and address the concerns.

Remember, if you are ever unsure of what action to take, contact your Corporate or Region HR representative for guidance (see **Contacts** section for more information).

NAVARRO v. HOLLYWOOD IMPORTS - 1889

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Ready for a quick assessment?**

Answer 5 questions to complete this assessment.

Pass mark: 80%

Start



ON-SCREEN TEXT:

You need to educate your team on the impact of harassment and discrimination in the workplace and emphasize that we operate a zero-tolerance policy.

- True
- False

Submit

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

<span style="color:green">**Correct answer:**</span>
- True

Next Question



ON-SCREEN TEXT:

Even if complaints seem to come from overly sensitive employees and turn out to be the result of simple misunderstandings, they're worthy of your attention.

- True
- False

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- True

Next Question



*ON-SCREEN TEXT:*

A member of Zoe's team tells her that he feels he's been racially abused by another team member. He asks Zoe if she can do something about it quietly. He says he doesn't want to make a big deal of it. Zoe tells him that she'll keep the matter confidential to the extent reasonably possible, but that she'll have to report his complaint to the appropriate department as she's not permitted to investigate concerns herself.

Is this the correct course of action?

- Yes
- No

Submit



ON-SCREEN TEXT:

**Correct answer:**
- Yes

Next Question

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Gerald is a team lead. His team has been assigned a major project that will involve frequent travel for all team members. Marci, a member of Gerald's team, uses a wheelchair. Because of the frequent travel requirements, Gerald is considering replacing Marci, as he feels that the travel would be difficult for her.

Would this be an appropriate action to take?

- Yes
- No

Submit

**AutoNation**                         *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- No

Next Question

**AutoNation**                          *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

You should always encourage your team to approach you if they have any concerns about harassment and discrimination.

- True
- False

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

<span style="color:green">Correct answer:</span>
- True

Summary

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

___

**Summary**

You need to educate your team on the impact of harassment and discrimination in the workplace and emphasize that we operate a zero-tolerance policy.
You answered: True

Even if complaints seem to come from overly sensitive employees and turn out to be the result of simple misunderstandings, they're worthy of your attention.
You answered: True

A member of Zoe's team tells her that he feels he's been racially abused by another team member. He asks Zoe if she can do something about it quietly. He says he doesn't want to make a big deal of it. Zoe tells him that she'll keep the matter confidential to the extent reasonably possible, but that she'll have to report his complaint to the appropriate department as she's not permitted to investigate concerns herself.
Is this the correct course of action?
You answered: Yes

**AutoNation**                              *ANTI-HARASSMENT*

Gerald is a team lead. His team has been assigned a major project that will involve frequent travel for all team members. Marci, a member of Gerald's team, uses a wheelchair. Because of the frequent travel requirements, Gerald is considering replacing Marci, as he feels that the travel would be difficult for her. Would this be an appropriate action to take?
You answered: No

You should always encourage your team to approach you if they have any concerns about harassment and discrimination.
You answered: True

Good job!

**AutoNation**                    *ANTI-HARASSMENT*



NAVARRO v. HOLLYWOOD IMPORTS - 1903

**AutoNation**                    *ANTI-HARASSMENT*

---

*ON-SCREEN TEXT:*

---

1. California Training Requirement (1 min)
2. Connecticut Training Requirement (1 min)
3. Training Time Requirement (1 min)
4. What Is Harassment? (4 min)
5. What Is Discrimination? (4 min)
6. Protected Groups (7 min)
7. Intent vs. Perception (6 min)
8. What Is Retaliation? (8 min)
9. US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                              *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Your Role in Recognizing Harassment and Discrimination**

Select each image or the arrows to read some expert advice on how to recognize harassment and discrimination.

**Your Role**

A key element of the role of a manager is recognizing, and dealing with, potential harassment and discrimination situations.

Four experts on harassment and discrimination have some important advice on how you can recognize harassment and discrimination in the workplace.

→ **Annabel**

**AutoNation**                          *ANTI-HARASSMENT*

"Harassment in the workplace is the act of singling out individuals or groups for treatment that reasonable people would consider hostile or offensive. It might take the form of physical attacks, sexual advances, sabotaging work, degrading remarks, exclusion from groups, or racial slurs.

For example, if a colleague is continuously laughed at and ridiculed by his colleagues because of his sexual orientation, this would constitute harassment."

It is your duty as a manager to monitor the workplace for such activity and other types of unacceptable behavior.

### → April

"Denying a promotion on the basis of a protected class, like gender, disability, religion, or sexual orientation is considered discrimination. Promotions must be based on merit."

When the opportunity to promote an employee arises, you must make your decision, based on the individual's ability to perform the work. If you don't, and base your decision on something else like the individual's gender or ethnicity, you may leave yourself and our company open to a discrimination claim.

### → Malcolm

"It is important that you treat all employees equally. Giving some employees preferential treatment is a subtle form of workplace discrimination."

Morale can be affected and resentment grows when employees feel that those around them receive preferential treatment. Make sure that you treat everyone equally and apply the same rules to everyone.

### → Larry

"In some cases, employees may be reluctant to report instances of harassment or discrimination for fear that their colleagues or the company might treat them differently. At other companies, individuals have sometimes seen their situation worsen as a result of making a complaint. If an employee suffers an adverse action following a legitimate complaint, this is known as retaliation."

**AutoNation**                                    *ANTI-HARASSMENT*

---

Retaliation is illegal and is not tolerated at our company. Ensure that your employees are aware that we do not tolerate retaliation, and that all complaints will be thoroughly investigated, and appropriate action taken where required.

Select the Next arrow to continue.

NAVARRO v. HOLLYWOOD IMPORTS - 1908

**AutoNation**                    *ANTI-HARASSMENT*





ON-SCREEN TEXT:

## Lunch Issues

Four of Heather's team always eat lunch together. One of them, Lauren, recently announced she moved in with her girlfriend. This was the first time she had mentioned her sexual orientation to the team.

Heather has noticed that ever since Lauren made the announcement, she hasn't been eating lunch with the three other team members.

Heather asks you if you think this could be discrimination.

**What should you tell her?**

- Yes. This is definitely a case of discrimination and Heather needs to take action immediately.
- Maybe. It all depends on whether or not Lauren's colleagues are ignoring her because of her sexual orientation.
- No. Lauren's colleagues don't have to eat lunch with her if they don't want to.

Submit

**AutoNation**                    *ANTI-HARASSMENT*



## Lunch Issues

Four of Heather's team always eat lunch together. One of them, Lauren, recently announced she moved in with her girlfriend. This was the first time she had mentioned her sexual orientation to the team.

Heather has noticed that ever since Lauren made the announcement, she hasn't been eating lunch with the three other team members.

Heather asks you if you think this could be discrimination.



### What should you tell her?

❌ Yes. This is definitely a case of discrimination and Heather needs to take action immediately.

✅ Maybe. It all depends on whether or not Lauren's colleagues are ignoring her because of her sexual orientation.

❌ No. Lauren's colleagues don't have to eat lunch with her if they don't want to.

Submit →

AutoNation ← 2/8 →

---

*ON-SCREEN TEXT:*

---

**Correct answer:**

- Maybe. It all depends on whether or not Lauren's colleagues are ignoring her because of her sexual orientation.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Remember...**

There could be a number of reasons why someone isn't eating lunch with their colleagues anymore – they may just not want to.

However, if an individual's colleagues are ignoring them because of their sexual orientation, this could be an example of discrimination and you should look into the matter further.

You should discuss the situation with the individual to see what they say, and also speak to the other team members.

Then, you can make a decision on whether you need to take any further action.

If you are unsure on what action is warranted, contact your HR representative for guidance.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

---

**Retaliation**

Julieta recently filed a harassment complaint against Jayden. He was constantly flirting with her, even after Julieta asked him to stop. The company investigated the complaint and disciplined Jayden for his actions.

Jayden's colleague, Malik, works closely with both Jayden and Julieta. Ever since Jayden was disciplined, Malik has begun to ignore Julieta in meetings and make snide comments when he passes her in the office.

Julieta reports this to Elijah, her manager. Elijah asks you what he should do.

**What action should Elijah take?**

- Investigate the issue himself by speaking with Jayden and Malik to see if he can ascertain what's going on.

**AutoNation**                                        *ANTI-HARASSMENT*

---

- Assure Julieta that he will report this issue to the appropriate department, and they will investigate it thoroughly.
- Assure Julieta that he will investigate the issue and take appropriate action against Malik.

Submit

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

<span style="color:green">Correct answer:</span>

- Assure Julieta that he will report this issue to the appropriate department, and they will investigate it thoroughly.

**AutoNation**                          *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Remember...**

If an employee suffers an adverse action following a legitimate complaint, this is known as retaliation. This can lead to other employees being reluctant to report instances of harassment or discrimination.

We do not tolerate retaliation, whether it comes directly from the individual or individuals involved in the original incident, or from their colleagues or friends.

Retaliation is illegal and we take all complaints seriously. They will be thoroughly investigated and the appropriate action will be taken where required.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Is This Fair?**

Joseph has noticed that his manager always seems to assign high-profile projects to three team members from his own ethnic background.

Other team members from different ethnic backgrounds never seem to get assigned to high-profile projects.

**Joseph asks you; is this discrimination?**

- Yes. Joseph's manager is clearly favoring people in his team who come from the same background as him.
- Maybe. This could be discrimination. It all depends on the factors that Joseph's manager considers when selecting a team for a high-profile project.
- No. Joseph's manager is perfectly entitled to select who he wants on a project team – especially for high-profile projects.

Submit

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

<span style="color:green">Correct answer:</span>

- Maybe. This could be discrimination. It all depends on the factors that Joseph's manager considers when selecting a team for a high-profile project.

**AutoNation**                    *ANTI-HARASSMENT*





*ON-SCREEN TEXT:*

**Thanks for helping your colleagues.**

This could very well be a case of discrimination, but it needs to be investigated further. There may well be valid reasons behind how Joseph's manager assigns team members to specific projects.

If it turns out that Joseph's manager is selecting team members for high-profile projects because he favors people from his own ethnic background, this could leave the company open to accusations of discrimination.

If this was the case, the situation would need to be addressed immediately to ensure it stops happening.

Remember:

**AutoNation**                                   *ANTI-HARASSMENT*

- Be on the lookout for instances of harassment and discrimination, and where such instances occur, whether real or perceived, report them.
- Treat everyone equally and apply the same rules to everyone.
- Ensure that your employees are aware that retaliation will not be tolerated, and that all complaints will be thoroughly investigated, and appropriate action taken where required.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Ready to show what you know?**

Answer 5 questions to complete this assessment.

Pass mark: 80%

Start

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Hameen's colleagues make jokes about his religion and mock him about the country he is from.

Could this be considered harassment or discrimination?

- Yes
- No

Submit



*ON-SCREEN TEXT:*

**Correct answer:**
- Yes

Next Question

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Abel is considering Ernesto for promotion. However, he learned that Ernesto has recently married his boyfriend. He's now considering promoting another candidate, as he's worried that some employees who will report to Ernesto might have a reluctance to work with him because of his sexual orientation.

If Abel goes ahead and promotes another candidate, could this be considered harassment or discrimination?

- Yes
- No

Submit

**AutoNation**                          *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- Yes

Next Question



*ON-SCREEN TEXT:*

Lydia and Marcus work on the same team. Lydia has asked Marcus out on dates several times. He's always refused. Lydia has started to send sexually suggestive texts and emails to Marcus.

Could this be considered harassment or discrimination?

- Yes
- No

Submit

**AutoNation**                          *ANTI-HARASSMENT*



ON-SCREEN TEXT:

---

<span style="color:green">Correct answer:</span>
- Yes

Next Question

**AutoNation**                     *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Manuel recently applied for a senior position. He's 52 and has been with the company for 15 years. The position went to a younger candidate who is only with the company for two years. The younger candidate was more qualified than Manuel and was the most suitable candidate for the job.

Could this be considered harassment or discrimination?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- No

Next Question



ON-SCREEN TEXT:

---

Tama is pregnant and recently applied for an open management position. She was interviewed, but the position went to Yang. He is younger than Tama, but is more qualified for the position.

Could this be considered harassment or discrimination?

- True
- False

Submit

**AutoNation**                     *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- No

Summary

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

---

**Summary**

Hameen's colleagues make jokes about his religion and mock him about the country he is from.
Could this be considered harassment or discrimination?
You answered: Yes

Abel is considering Ernesto for promotion. However, he learned that Ernesto has recently married his boyfriend. He's now considering promoting another candidate, as he's worried that some employees who will report to Ernesto might have a reluctance to work with him because of his sexual orientation. If Abel goes ahead and promotes another candidate, could this be considered harassment or discrimination?
You answered: Yes

Lydia and Marcus work on the same team. Lydia has asked Marcus out on dates several times. He's always refused. Lydia has started to send sexually suggestive texts and emails to Marcus.
Could this be considered harassment or discrimination?

**AutoNation**                                    *ANTI-HARASSMENT*

---

You answered: Yes

Manuel recently applied for a senior position. He's 52 and has been with the company for 15 years. The position went to a younger candidate who is only with the company for two years. The younger candidate was more qualified than Manuel and was the most suitable candidate for the job.
Could this be considered harassment or discrimination?
You answered: No

Tama is pregnant and recently applied for an open management position. She was interviewed, but the position went to Yang. He is younger than Tama, but is more qualified for the position.
Could this be considered harassment or discrimination?
You answered: No

You've got it!

**AutoNation**   *ANTI-HARASSMENT*



**AutoNation**                         *ANTI-HARASSMENT*

---

*ON-SCREEN TEXT:*

---

1.  California Training Requirement (1 min)
2.  Connecticut Training Requirement (1 min)
3.  Training Time Requirement (1 min)
4.  What Is Harassment? (4 min)
5.  What Is Discrimination? (4 min)
6.  Protected Groups (7 min)
7.  Intent vs. Perception (6 min)
8.  What Is Retaliation? (8 min)
9.  US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                    *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

NAVARRO v. HOLLYWOOD IMPORTS - 1935

**AutoNation**                          *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Managing Harassment and Discrimination**

Our employee relations expert is here with some advice on how to handle complaints.

Select each topic to find out what her advice is.

**→ How Do You Handle a Complaint?**

If you receive a complaint of harassment or discrimination, it's vital that it is handled in an efficient and timely manner. If complaints aren't handled properly, this can have a negative impact on employee morale and productivity. Provide, in confidence, advice and assistance to employees subjected to harassment or discrimination in the resolution of any problems, whether through informal or formal means. There are a number of considerations and steps you need to take when you receive a complaint.

**→ Keep an Open Mind**

Keep an open mind when an employee raises a complaint with you. Some managers believe that harassment or discrimination could never happen in their workplace, but it can happen anywhere.

**AutoNation**                     *ANTI-HARASSMENT*

Escalate every complaint you receive and don't jump to any conclusions until the investigation is complete.

### → Understanding Approach

Sometimes, employees can find it very difficult to raise harassment or discrimination issues, so it's vital that you act in an understanding manner.

If employees are afraid to raise issues, this will have a negative impact on team morale and the quality of their work. Taking an understanding approach to all complaints will help allay the fears of employees and encourage them to come forward when they have an issue. If employees know that you treat complaints seriously, they will be less likely to look for outside intervention to resolve their issues.

### → Don't Shoot the Messenger

Always remember that the employee reporting an issue is more than likely the victim and not the cause of the problem. It could be easy to resent the employee because you now have a potential harassment or discrimination issue in your department.

If you come across as resentful, you risk exposing yourself and the company to a claim of retaliation.

### → Never Retaliate

Punishing an employee for complaining about harassment or discrimination is not only wrong, it violates our company's policy and is also unlawful. Examples of retaliatory actions include, among other things, demotion, salary reductions, and refusing promotion.

More subtle forms of retaliation include changing job responsibilities, increasing workload, isolating the accuser, and excluding them from group activities.

Select the Next arrow to continue.

NAVARRO v. HOLLYWOOD IMPORTS - 1937

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Handling Complaints**

Let's look at some additional considerations when handling complaints.

Select each topic to learn more.

→ **Follow Our Policies**

Always follow our anti-harassment and discrimination policies. Don't expose yourself or our company to claims of unfair treatment by not following our policies.

Our policies require you to report any complaints of harassment or discrimination as quickly as possible to your manager, Corporate or Region Human Resources, or the Legal Department. Human Resources will typically investigate the complaint. You have a responsibility to help ensure that retaliation does not occur as a result of such complaint being made.

→ **Confidentiality**

**AutoNation**                                    *ANTI-HARASSMENT*

---

Always inform the employee making the complaint that you will keep the complaint confidential to the extent reasonably possible.

This is important in itself, and, as it is not unusual to see employees take sides with these types of complaints, it is also important that the complaint stays out of the public domain to maintain neutrality.

If details about a complaint are leaked, you may be accused of damaging the reputation of the alleged victim or alleged harasser, and face a defamation lawsuit.

**→ Malicious Complaints**

Malicious complaints of harassment and/or discrimination can have a serious and detrimental effect upon a colleague and the workplace generally.

Any allegation of harassment and/or discrimination made in bad faith may be dealt with through disciplinary action, if necessary. Employees will appreciate that this is necessary to protect the integrity of the complaints policy and mechanism.

Select the Next arrow to continue.

**AutoNation**                    *ANTI-HARASSMENT*




---

*ON-SCREEN TEXT:*

**Sexual Harassment**

Nathan is a member of your team. He recently approached you and mentioned that another team member, Sunee, has been constantly asking him out and openly flirting with him.

This has made Nathan feel uncomfortable, so he asks you for advice on how to handle the situation.

**Select the two pieces of advice you would give him.**

- Tell Nathan that you'll launch a harassment investigation that will lead to disciplinary action against Sunee.
- Assure Nathan that you appreciate him raising this concern and you'll speak to HR first to ensure an investigation is conducted and then follow up with him.
- Tell Nathan that he should be flattered that Sunee finds him attractive and leave him to deal with the situation.

**AutoNation**                              ***ANTI-HARASSMENT***

- Inform HR of the conversation you had with Nathan so that they are aware of the situation, and partner with HR to address this concern.

Submit

**AutoNation**                    *ANTI-HARASSMENT*





ON-SCREEN TEXT:

Correct answers:

- Assure Nathan that you appreciate him raising this concern and you'll speak to HR first to ensure an investigation is conducted and then follow up with him.

- Inform HR of the conversation you had with Nathan so that they are aware of the situation, and partner with HR to address this concern.

NAVARRO v. HOLLYWOOD IMPORTS - 1942

AutoNation                          *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Remember…**

You should inform your HR representative of complaints of sexual and other harassment or discrimination.

There may only be a need to talk to the parties involved to resolve the concern.

However, if talking to both parties doesn't result in the required behavior change, additional actions will need to be taken. Again, notify your HR representative to ensure the concern is appropriately addressed.

Refer to the **Contacts** section of this course for additional information.



**ON-SCREEN TEXT:**

---

**What Now?**

You and HR speak with Sunee, who admits to asking Nathan out several times and flirting in a "harmless" way. She is informed that her behavior is unacceptable and needs to stop. This discussion is documented. Two weeks pass, and Nathan approaches you again to tell you that not only is Sunee still flirting with him, she's started to send him lewd and suggestive text messages and emails.

**What two actions should you take?**

- Tell Nathan that you'll personally conduct a harassment investigation and guarantee him that Sunee will be appropriately disciplined at the end of it.
- Assure Nathan that this is a serious matter and that you will immediately raise it with the HR department, and they will conduct a further investigation.
- Tell Sunee that she will be fired because of another complaint regarding her behavior.

**AutoNation**                                  *ANTI-HARASSMENT*

- Tell Nathan that the company will keep the complaint confidential to the extent reasonably possible.

Submit



ON-SCREEN TEXT:

Correct answers:

- Assure Nathan that this is a serious matter and that you will immediately raise it with the HR department, and they will conduct a further investigation.

- Tell Nathan that the company will keep the complaint confidential to the extent reasonably possible.

**AutoNation**                          *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Remember…**

You should not investigate any such concerns or complaints that are brought to your attention, even though your efforts might be well-intentioned. Doing so might create additional issues or could undermine the company's ability to investigate and address the concerns.

Always inform the employee making the complaint that you will keep the complaint confidential to the extent reasonably possible.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Promotion**

A senior position in another team recently became available. The company decided to fill the position internally and three of your team applied for the position. None of them were successful. One of the applicants, Tyler, tells you he's very disappointed that he didn't get the position and feels he was overlooked because of his age. Tyler is 57. The person that got the position was more qualified than Tyler.

Tyler asks you for advice on what his next action should be.

**Which piece of advice would you give him?**

- Tell Tyler that he could very well have a case for age discrimination and suggest that he seeks legal counsel on the matter.
- Explain to Tyler that a more qualified candidate got the position and that the decision wasn't a reflection on his ability or age.
- Tell Tyler that he needs to get over his disappointment, stop complaining, and get on with his job.

Submit

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

<span style="color:green">Correct answer:</span>

- Explain to Tyler that a more qualified candidate got the position and that the decision wasn't a reflection on his ability or age.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Remember…**

Failing to gain a promotion can be very disappointing. When an individual fails to gain a promotion, you need to empathize with the individual, while also being honest with them about why they didn't get the position.

If you fail to handle a situation like this with tact and compassion, it could lead to the employee filing a discrimination complaint. It is also important to keep HR informed of any situations in your team that could potentially escalate into discrimination cases.

**AutoNation**                    *ANTI-HARASSMENT*





---

*ON-SCREEN TEXT:*

**Harassing Behavior**

One of your team members, Izzy, reveals that she's become a victim of jokes about her nationality and religion from a new team member, Hilda. The jokes have got more hateful in recent weeks, with Hilda directing some very offensive comments at Izzy during team meetings. She's spoken to Hilda directly about this but she's continued her behavior.

Izzy feels Hilda's comments are racist and she's considering lodging a formal harassment complaint against her.

**What three things would you do?**

- Tell Izzy not to take the comments to heart, as Hilda is only trying to fit in with a new team.
- Tell Izzy that you understand how Hilda's comments impact her and that you'll escalate this issue so that a formal investigation can be launched.
- Keep a documented record of your conversation with Izzy.

 **ANTI-HARASSMENT**

- Inform HR so that they can investigate the complaint.

Submit

NAVARRO v. HOLLYWOOD IMPORTS - 1952

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Correct answers:

- Tell Izzy that you understand how Hilda's comments impact her and that you'll escalate this issue so that a formal investigation can be launched.
- Keep a documented record of your conversation with Izzy.
- Inform HR so that they can investigate the complaint.

**AutoNation**                          *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Thanks for helping your colleagues.**

Sometimes, employees can find it very difficult to raise harassment or discrimination issues, so it's vital that you act in an understanding manner and let the person know that we will investigate thoroughly. It's also important that you inform HR of the situation immediately.

Remember:

- All complaints must be handled in an efficient and timely manner.
- Sometimes employees can find it very difficult to raise harassment or discrimination issues, so it's vital that you act in an understanding manner while also maintaining a degree of neutrality to ensure impartiality.

**AutoNation**                         *ANTI-HARASSMENT*

- Punishing an employee for complaining about harassment or discrimination is not only wrong, it violates company policy, and is also unlawful.
- Always follow our anti-harassment and discrimination policies.
- Contact HR to ensure an appropriate investigation is conducted.

Remember, if you are ever unsure of what action to take, contact your HR representative for guidance. Refer to the **Contacts** section for additional information.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Time for a quick assessment.**

Answer 5 questions to complete this assessment.

Pass mark: 80%

Start

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

---

Hilda approaches her manager, Felipe, and tells him that she believes her colleague, Isaiah, is sexually harassing her. She explains that he's always flirting with her and this is making her uncomfortable. Felipe knows Isaiah well and feels that this type of behavior would be out of character for him. He thinks that Hilda is overreacting to what are probably innocent comments from Isaiah, so he decides not to take any action.

Is this the correct approach in this situation?

- Yes
- No

Submit

**AutoNation**                              *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

<span style="color:green">Correct answer:</span>
- No

Next Question



*ON-SCREEN TEXT:*

Ichiro recently filed a complaint against his manager, as he felt he was passed over for high-profile projects because of his ethnicity. The company investigated the complaint and found that there was no merit to his complaint, as more qualified colleagues were assigned the high-profile projects. However, since Ichiro lodged the complaint, Ichiro's manager has increased his workload and also changed his job role, resulting in Ichiro having less responsibility while having to work longer hours.

Could this be seen as his manager retaliating against Ichiro for lodging the complaint?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- Yes

Next Question



ON-SCREEN TEXT:

Always take an understanding approach when discussing a complaint with the alleged victim.

- True
- False

Submit

**ANTI-HARASSMENT**



ON-SCREEN TEXT:

Correct answer:
- True

Next Question

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Kayla tells her manager, Madison, that she'd like to file a sexual harassment complaint against her colleague, Ignacio. She tells Madison that Ignacio has been flirting with her, even though she's repeatedly told him she's not interested. Madison tells Kayla that she'll take note of the complaint and make sure it's passed on to the appropriate department to investigate. Later that week, in a meeting with Ignacio, she mentions that Kayla has filed a complaint against him.

Is this an appropriate action?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

<span style="color:green">Correct answer:</span>
- No

Next Question

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Dara's direct report, Thea, filed a sexual harassment complaint against her colleague, Anton. Dara was shocked to hear the complaint; he just couldn't believe that Anton was that type of person. Dara escalated the complaint to HR, but he's also been discussing it with other managers. Dara thinks Thea is lying, and people are beginning to whisper around the office that Thea has filed a false sexual harassment complaint.

Was this the correct approach in this situation?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- No

Summary



**AutoNation**                    *ANTI-HARASSMENT*

**ON-SCREEN TEXT:**

---

## Summary

Hilda approaches her manager, Felipe, and tells him that she believes her colleague, Isaiah, is sexually harassing her. She explains that he's always flirting with her and this is making her uncomfortable. Felipe knows Isaiah well and feels that this type of behavior would be out of character for him. He thinks that Hilda is overreacting to what are probably innocent comments from Isaiah, so he decides not to take any action.
Is this the correct approach in this situation?

**AutoNation**                     *ANTI-HARASSMENT*

You answered: No

Ichiro recently filed a complaint against his manager, as he felt he was passed over for high-profile projects because of his ethnicity. The company investigated the complaint and found that there was no merit to his complaint, as more qualified colleagues were assigned the high-profile projects. However, since Ichiro lodged the complaint, Ichiro's manager has increased his workload and also changed his job role, resulting in Ichiro having less responsibility while having to work longer hours.
Could this be seen as his manager retaliating against Ichiro for lodging the complaint?
You answered: Yes

Always take an understanding approach when discussing a complaint with the alleged victim.
You answered: True

Kayla tells her manager, Madison, that she'd like to file a sexual harassment complaint against her colleague, Ignacio. She tells Madison that Ignacio has been flirting with her, even though she's repeatedly told him she's not interested. Madison tells Kayla that she'll take note of the complaint and make sure it's passed on to the appropriate department to investigate. Later that week, in a meeting with Ignacio, she mentions that Kayla has filed a complaint against him.
Is this an appropriate action?
You answered: No

Dara's direct report, Thea, filed a sexual harassment complaint against her colleague, Anton. Dara was shocked to hear the complaint; he just couldn't believe that Anton was that type of person. Dara escalated the complaint to HR, but he's also been discussing it with other managers. Dara thinks Thea is lying, and people are beginning to whisper around the office that Thea has filed a false sexual harassment complaint.
Was this the correct approach in this situation?
You answered: No

You've got it!

**AutoNation**                    *ANTI-HARASSMENT*



**AutoNation**                              *ANTI-HARASSMENT*

---

*ON-SCREEN TEXT:*

---

1.  California Training Requirement (1 min)
2.  Connecticut Training Requirement (1 min)
3.  Training Time Requirement (1 min)
4.  What Is Harassment? (4 min)
5.  What Is Discrimination? (4 min)
6.  Protected Groups (7 min)
7.  Intent vs. Perception (6 min)
8.  What Is Retaliation? (8 min)
9.  US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                    *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

**AutoNation**                          *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Your Role in a Diverse Workplace**

A workplace that promotes inclusion gains true value from its diverse workforce. Inclusive managers value diversity. They know that ethnicity, race, culture, religion and beliefs, sexual orientation, gender, and ability are valuable attributes of an individual's identity.

Inclusive managers are committed to abolishing stereotypes and recognize the value of different perspectives. As an inclusive manager, you should always be looking for ways to promote inclusion.

Our employee relations expert is here to help us understand how we can help foster an inclusive workplace.

Select each topic to learn what she has to say.

→ **What Does an Inclusive Workplace Look Like?**

**AutoNation**                                    *ANTI-HARASSMENT*

It's easy to spot an inclusive workplace. Just look for an environment where every individual is treated equally, and with dignity and respect, where the talents and skills of different groups are valued, and where productivity and customer service improve because the workforce feels valued, more motivated, and more aware of the benefits that inclusion can bring.

### → How Do We Promote Inclusive Strategies?

At AutoNation, we celebrate diversity and embrace a culture of inclusivity and belonging through our ONE AutoNation initiative. A driving force of this initiative is our ONE AutoNation Council which fosters ongoing education and collaboration on diversity and inclusion.

In addition, we have formal policies and practices in our company to promote inclusion in the workplace. You need to follow them if they are to be effective. For example, we have policies around dealing with discrimination, bullying, and harassment.

### → How Do We Foster Inclusion in the Workplace?

We encourage you to become active with ONE AutoNation. Also, learning about the cultural backgrounds, lives, and interests of employees builds relationships through increased understanding and trust. Creating opportunities for staff to interact outside of work helps employees to feel more comfortable with each other, which promotes creativity and innovation within teams.

### → What Are the Benefits of a Diverse Workplace?

When employees cannot freely express their identity for fear of retaliation, this creates a closed environment that can result in low staff morale, increased absenteeism, and decreased productivity and retention. Managers play an important role in maintaining a culture of inclusion, and creating open and effective channels of communication.

Select the Next arrow to continue.

NAVARRO v. HOLLYWOOD IMPORTS - 1973

**AutoNation**                    *ANTI-HARASSMENT*





ON-SCREEN TEXT:

**Considering a Transfer**

Bryson is considering a transfer because he is the only male on the team. You invite him to discuss his feelings.

**What is your goal?**

- To learn about his interests so you can identify similarities he may use to build relationships with his female colleagues.
- To investigate his concerns in detail so you have the correct facts before deciding to consider disciplinary proceedings.
- To encourage him to try harder to fit in by discussing ways in which he can impress the women on his team so they include him more.

Submit

**AutoNation**                    *ANTI-HARASSMENT*



### Considering a Transfer

Bryson is considering a transfer because he is the only male on the team. You invite him to lunch to discuss his feelings.



**What is your goal?**

- To learn about his interests so you can identify similarities he may use to build relationships with his female colleagues.
- To investigate his concerns in detail so you have the correct facts before deciding to consider disciplinary proceedings.
- To encourage him to try harder to fit in by discussing ways in which he can impress the women on his team so they include him more.

ON-SCREEN TEXT:

Correct answer:
- To learn about his interests so you can identify similarities he may use to build relationships with his female colleagues.

**ANTI-HARASSMENT**



*ON-SCREEN TEXT:*

**Remember…**

Actively support inclusion by encouraging a diverse group of employees to learn about their colleagues.

Recognize similarities, and use them to build relationships while respecting each other's differences.

Promote ONE AutoNation with your team as well.

**AutoNation**                    *ANTI-HARASSMENT*




*ON-SCREEN TEXT:*

**Distant and Declines Invitations**

Two weeks later, Bryson says his relationship with his female colleagues has not improved. You ask June, another department member, and she says Bryson is distant, and has declined social contact and invitations to join them for lunch. How should you proceed now?

**What two actions would you take?**

- Organize a department outing that includes icebreakers for Bryson and the team to help them get to know each other.
- Ask June for some specific examples. Then talk to Bryson to discuss this feedback and get his perspective on the situation.
- Tell June she has a responsibility to make Bryson feel welcome.
- Begin processing Bryson's transfer because you are concerned about the effect this will have on the department.

Submit

**AutoNation**                                    *ANTI-HARASSMENT*




ON-SCREEN TEXT:

Correct answers:
- Organize a department outing that includes icebreakers for Bryson and the team to help them get to know each other.
- Ask June for some specific examples. Then talk to Bryson to discuss this feedback and get his perspective on the situation.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Thanks for helping Bryson.**

You are responsible for providing opportunities for staff to interact, inside and sometimes outside of work.

This should help them learn about the lives and interests of their colleagues, which builds relationships and fosters inclusion.

Remember, it's important that you:

- Know that ethnicity, race, nationality, origins, culture, religion and beliefs, sexual orientation, gender, and ability are valuable attributes of an individual's identity, and that innate differences should be recognized and respected.
- Support inclusion by encouraging diverse employees to learn about their colleagues, recognize similarities, and use them to build relationships while respecting each other's differences.

**AutoNation**                                   *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Ready for a quick assessment?**

Answer 5 questions to complete this assessment.

Pass mark: 80%

Start

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Monica is a manager and notices that Tomaso always interrupts his female colleagues when they are speaking, but never interrupts his male colleagues. Monica doesn't address the problem, because she believes strong female employees should be able to make themselves heard.

Is this an example of an inclusive manager?

- Yes
- No

Submit

**AutoNation**                              *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
* No

Next Question



ON-SCREEN TEXT:

Raeen overhears a conversation between her two direct reports, where Daniel described his colleague Gia as non-binary. Gia corrected him and said she's actually agender, which means she has no gender identity, and that non-binary is actually an umbrella term for a number of gender identities. Daniel then said, "It's all the same thing. It's just too confusing to remember." Raeen doesn't intervene because she thinks Gia is being too sensitive about it.

Is this an example of an inclusive manager?

- Yes
- No

Submit



**AutoNation**                    *ANTI-HARASSMENT*

ON-SCREEN TEXT:

Correct answer:

- No

Next Question

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Employees should be encouraged to interact outside of work to help them feel more comfortable with one another.

- True
- False

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
* True

Next Question

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Managers have no role to play in maintaining a culture of inclusion and creating open and effective channels of communication.

- True
- False

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- False

Next Question

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Gavin's direct report suggests trying to encourage the team to use gender-neutral terms at work like "hey folks" instead of "hey guys" because "guys" is a gender-assuming term that could cause offense. Gavin says that's a silly idea, because "hey guys" is a term used to describe members of a group regardless of their sex.

Is this an example of an inclusive manager?

- Yes
- No

Submit

## AutoNation                                        *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- No

Summary



**AutoNation**   *ANTI-HARASSMENT*

ON-SCREEN TEXT:

---

**Summary**

Monica is a manager and notices that Tomaso always interrupts his female colleagues when they are speaking, but never interrupts his male colleagues. Monica doesn't address the problem, because she believes strong female employees should be able to make themselves heard.
Is this an example of an inclusive manager?
You answered: No

Raeen overhears a conversation between her two direct reports, where Daniel described his colleague Gia as non-binary. Gia corrected him and said she's actually agender, which means she has no gender identity, and that non-binary is actually an umbrella term for a number of gender identities. Daniel then said, "It's all the same thing. It's just too confusing to remember." Raeen doesn't intervene because she thinks Gia is being too sensitive about it.
Is this an example of an inclusive manager?
You answered: No

**AutoNation**                                        *ANTI-HARASSMENT*

Employees should be encouraged to interact outside of work to help them feel more comfortable with one another.
You answered: True

Managers have no role to play in maintaining a culture of inclusion and creating open and effective channels of communication.
You answered: False

Gavin's direct report suggests trying to encourage the team to use gender-neutral terms at work like "hey folks" instead of "hey guys" because "guys" is a gender-assuming term that could cause offense. Gavin says that's a silly idea, because "hey guys" is a term used to describe members of a group regardless of their sex.
Is this an example of an inclusive manager?
You answered: No

You've got it!

**AutoNation**                              *ANTI-HARASSMENT*



**AutoNation**                    *ANTI-HARASSMENT*

---

*ON-SCREEN TEXT:*

---

1. California Training Requirement (1 min)
2. Connecticut Training Requirement (1 min)
3. Training Time Requirement (1 min)
4. What Is Harassment? (4 min)
5. What Is Discrimination? (4 min)
6. Protected Groups (7 min)
7. Intent vs. Perception (6 min)
8. What Is Retaliation? (8 min)
9. US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                              *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)



*ON-SCREEN TEXT:*

---

**Bullying**

You may think that workplace bullying is rare, but according to a 2021 survey by the Workplace Bullying Institute, 30% of workers have direct experience of abusive workplace conduct. Another 19% have witnessed bullying in the workplace, and 23% of those who have never experienced or witnessed bullying, believe it happens in the workplace.

Here we pride ourselves on our inclusive and respectful working environment. If you or a colleague experience behavior that undermines your dignity, you have a duty to do something about it. Select each topic to learn what bullying is and what it looks like.

**→ What Is bullying?**

Workplace bullying can take many forms and doesn't need to involve physical violence. It may be a manager shouting abuse at a team member, or someone spreading malicious rumors behind a colleague's back. Bullying is any repeated, health-harming mistreatment of one or more persons (the targets) by one or more perpetrators.

**AutoNation**                                          *ANTI-HARASSMENT*

It can be verbal abuse or any abusive conduct that threatens, humiliates, or intimidates. It is work interference – sabotage – which prevents work from getting done.

### → Examples

Examples include:

- Undermining a colleague's work
- Threatening physical abuse
- Withholding necessary information to help a colleague succeed or giving wrong information to a colleague on purpose
- Spying on or pestering someone
- Assigning an unreasonable workload to a single person or group of people (not based on a protected class)

### → More Examples

Other examples include:

- Yelling or using profanity
- Creating a sense of uselessness
- Persistently criticizing a colleague or constantly humiliating a colleague
- Belittling a colleague's opinions or tampering with a colleague's equipment
- Unwarranted or undeserved punishment

### → If You Are a Victim…

If you feel that you are the victim of bullying, such as physical violence or verbal abuse, you should report it immediately.

You can find out who to contact in the **Contact Details** section.

### → Subtle Forms of Bullying

NAVARRO v. HOLLYWOOD IMPORTS - 1997

**AutoNation**                                    *ANTI-HARASSMENT*

---

If you experience more subtle forms of bullying, such as exclusion from a group that you should be part of, approach your manager and raise the issue.

If your manager doesn't take any action over your concerns, you can find out who to contact in the **Contact Details** section.

Select the Next arrow to continue.

NAVARRO v. HOLLYWOOD IMPORTS - 1998

**AutoNation**                                          *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Experiences Shared**

These people have all experienced bullying in the workplace.

Select each person's image to learn their story.

**→ Justine**

"My line manager singled me out for criticism almost every day. I lost confidence and started to perform badly, so she criticized me even more!

Eventually, I plucked up the courage to report her behavior. I was moved to a different team and now I'm thriving!"

**→ Anton**

**AutoNation**                    *ANTI-HARASSMENT*

"Two colleagues used to criticize my dress sense. When I became upset, they said, "Hey, can't you take a joke?" I became so unhappy, I resigned.

My manager begged me to stay. I was his highest performer, but I'd had enough. Where I work now, we respect each other."

**→ Hana**

"My manager pushed a female team member against a wall because she questioned him in public. The victim was scared to report the manager's behavior, but the rest of the team encouraged her to and supported her claim.

Disciplinary measures were taken against the manager and he was later dismissed."

**→ Amad**

"I joined a well-established team; they didn't want a newcomer bringing new ideas. I was excluded from meetings and discussions. My ideas were dismissed as worthless.

I suffered from stress and spent months off work. I wish I'd reported their behavior before it affected my health."

**→ Khalilah**

"My manager treated me less favorably than my peer and allowed her to take credit for work I'd done.

When a new opportunity for promotion came up, my manager told me not to apply, as my peer was in line for the position."

**→ Larry**

"Someone at work was sending me insulting messages. I was afraid to look at my phone. My productivity plummeted.

**AutoNation**                    *ANTI-HARASSMENT*

---

I never discovered who conducted the hate campaign, as I was too embarrassed to report the problem. Whoever it was might be doing the same thing to my replacement right now."

Select the Next arrow to continue.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Effect of Bullying**

Maneesh has been persistently and publicly criticized about his work by a colleague.

**What three impacts could this have on Maneesh?**

- He could lose confidence in his work.
- He might work harder; he wouldn't be criticized if his work was better.
- He may not engage or actively involve himself in team meetings.
- He may want to leave his team or job due to embarrassment.

Submit

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Correct answers:
- He could lose confidence in his work.
- He may not engage or actively involve himself in team meetings.
- He may want to leave his team or job due to embarrassment.

**AutoNation**                                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Remember…**

Constant public criticism can have an adverse effect on confidence and may cause someone to be less engaged in group activities or team meetings.

If you experience or witness bullying, report it. You can find out who you should report it to in the Contact Details section.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Stop the Bullying**

Maneesh has spoken with the colleague, but she refuses to stop criticizing him in public.

**What should Maneesh do?**

- Report his colleague to a manager or to the Human Resources department.
- Nothing; doing something may only make the situation worse.
- Publicly criticize his colleague's work, so she knows how it feels.
- Speak to the colleague again to make her stop criticizing him.

Submit

NAVARRO v. HOLLYWOOD IMPORTS - 2005

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

<span style="color:green">Correct answer:</span>

- Report his colleague to a manager or to the Human Resources department.

**AutoNation**                         *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Thanks for helping Maneesh.**

If speaking to his colleague doesn't stop the bullying, Maneesh should report his colleague's actions to a manager or to the Human Resources department.

Remember:
- Bullying doesn't always involve raised voices or threats of violence. It can take the form of repeated criticism, or even non-verbal actions such as aggressive body language. Exclusion is also a form of bullying.
- The impact of bullying in the workplace is detrimental to the whole organization. It affects our working culture and means we risk losing talent.
- Always report instances of bullying. Bullying is never acceptable, and we are committed to ensuring that it doesn't happen here!

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Ready to put what you've learned into practice?**

Answer 5 questions to complete this assessment.

Pass mark: 80%

Start

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Humiliation, exclusion, threats, yelling, use of profanity, and intimidation are all forms of bullying.

- True
- False

Submit

**AutoNation**                              *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

<span style="color:green">**Correct answer:**</span>
- True

Next Question



*ON-SCREEN TEXT:*

Barry's hairline was receding noticeably, so he decided to shave his head. While he's quite sensitive about it, he sometimes makes bald jokes as an attempt to mask his insecurities. However, Barry's colleague Luis seems to have taken these jokes too far and almost daily makes a bald joke aimed at Barry. Luis doesn't think this can be considered bullying since Barry started making the jokes first.

Is he right?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- No

Next Question



*ON-SCREEN TEXT:*

Renata's manager, Trish, always wants to give her tasks for instructions in private, instead of in front of the team or in an email. Additionally, Trish will give Renata a deadline, and then change it without telling her. Trish always swears she's told Renata and blames her failure to remember on her mental health. This is making Renata constantly second-guess herself.

Is Trish bullying Renata?

- Yes
- No

Submit

**AutoNation**                     *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- Yes

Next Question

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Bullying should always be reported. We are committed to a culture in which bullying is not acceptable.

- True
- False

Submit

## AutoNation                    ANTI-HARASSMENT



ON-SCREEN TEXT:

Correct answer:
- True

Next Question

**AutoNation**                     *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Bullying can lead to stress-related health issues.

- True
- False

Submit

**AutoNation**                              *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Correct answer:
- True

Summary

**AutoNation**                    *ANTI-HARASSMENT*



**ON-SCREEN TEXT:**

**Summary**

Humiliation, exclusion, threats, yelling, use of profanity, and intimidation are all forms of bullying.
You answered: True

Barry's hairline was receding noticeably, so he decided to shave his head. While he's quite sensitive about it, he sometimes makes bald jokes as an attempt to mask his insecurities. However, Barry's colleague Luis seems to have taken these jokes too far and almost daily makes a bald joke aimed at Barry. Luis doesn't think this can be considered bullying since Barry started making the jokes first.
Is he right?
You answered: No

Renata's manager, Trish, always wants to give her tasks for instructions in private, instead of in front of the team or in an email. Additionally, Trish will give Renata a deadline, and then change it without telling her. Trish always swears she's told Renata and blames her failure to remember on her mental health. This is making Renata constantly second-guess herself.
Is Trish bullying Renata?
You answered: Yes

Bullying should always be reported. We are committed to a culture in which bullying is not acceptable.

**AutoNation**                    *ANTI-HARASSMENT*

You answered: True

Bullying can lead to stress-related health issues.
You answered: True

Well done!

**AutoNation**                              *ANTI-HARASSMENT*



**AutoNation**                    *ANTI-HARASSMENT*

---

*ON-SCREEN TEXT:*

---

1.  California Training Requirement (1 min)
2.  Connecticut Training Requirement (1 min)
3.  Training Time Requirement (1 min)
4.  What Is Harassment? (4 min)
5.  What Is Discrimination? (4 min)
6.  Protected Groups (7 min)
7.  Intent vs. Perception (6 min)
8.  What Is Retaliation? (8 min)
9.  US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                    *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)



ON-SCREEN TEXT:

**What Is Abusive Conduct?**

Abusive conduct is any repeated conduct of an employer or employee in the workplace, with malice, that a reasonable person would find hostile or offensive.

Abusive conduct can take many forms. Under California law, abusive conduct in the workplace is illegal. It is important to note that a single act does not constitute abusive conduct, unless the act is especially severe or egregious.

Select each numbered panel to find out what abusive conduct looks like.

**→ Verbal**

Abusive conduct may include repeated cases of verbal abuse, such as the use of derogatory remarks or insults.

For example, Sammy calls Yoshi's ideas "ridiculous" and his work "amateur." Such mean remarks can be very hurtful for the victim. Verbal abuse may happen in front of colleagues, or the attacker may wait until they have the victim alone.

**AutoNation**                    *ANTI-HARASSMENT*

Under US law, Title VII of the Civil Rights Act of 1964 states that employers must take affirmative action against offending employees if comments are being made based on someone's protected characteristic. Title VII does not mandate disciplinary measures if the unlawful conduct can be corrected without disciplinary action.

### → Physical

Supervisors and managers must understand what to do if an employee claims that they are the victim of physical abuse or assault.

If management fails to act in the event of abusive conduct, they not only expose the victim to further abuse but also expose themselves and our company to potential lawsuits.

For example, Nia was employed as a receptionist and reported her supervisor for unwanted physical conduct and for sending lewd, sexually suggestive, and explicit text messages. Nia was forced to continue working with her supervisor and, a short time later, was sent her final paycheck. She successfully sued for sexual harassment and retaliation.

### → Abusive Conduct vs. Harassment and Discrimination

It's important to distinguish between abusive conduct and unlawful harassment or discrimination. Any person can suffer abusive conduct regardless of whether or not they belong to a protected class. On the other hand, abusive conduct based on a protected characteristic – such as gender, age, or race – often constitutes harassment or discrimination in legal terms.

For example, Tyler started a new job in which he was targeted by a colleague of the same race, approximate age, and gender. The colleague continuously tried to make his work look bad. Tyler documented these events and presented his case to management who eventually dismissed the attacker.

This was a case of abusive conduct, as Tyler was targeted by his colleague solely because the colleague didn't like him, and not because of a particular protected class.

Select the Next arrow to continue.

NAVARRO v. HOLLYWOOD IMPORTS - 2025



ON-SCREEN TEXT:

**What Is Abusive Conduct?**

A new colleague, Diego, seems depressed and withdrawn. When you ask him how he is, he tells you he feels he's been the victim of abusive conduct by his colleagues.

Which of the following actions that Diego says he has been subjected to could be considered abusive conduct?

**Select the two actions.**

- Diego's team lead, Alice, has made threats about him losing his job if he doesn't hit project milestones. She's made these threats in team meetings and never acts this way towards any other team members.

**AutoNation**                    *ANTI-HARASSMENT*

- Diego sits beside Alfonso. He's heard that Alfonso has a bit of a temper and on a few occasions since Diego started, Alfonso has threatened him with physical violence over some very petty things, like using his favorite coffee mug.
- After completing a delivery for one of his first projects, one of Diego's colleagues, Eli, provided some feedback to Diego on ways in which he could improve his next deliverable. Eli provided the feedback in a friendly manner.

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

---

**Correct answers:**

- Diego's team lead, Alice, has made threats about him losing his job if he doesn't hit project milestones. She's made these threats in team meetings and never acts this way towards any other team members.
- Diego sits beside Alfonso. He's heard that Alfonso has a bit of a temper and on a few occasions since Diego started, Alfonso has threatened him with physical violence over some very petty things, like using his favorite coffee mug.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Remember...**

In situations that involve abusive conduct, employers must take affirmative action and in some cases, disciplinary measures, against offending employees.

If abusive conduct is not addressed, it will have a negative impact on employee morale and can also leave the company open to claims of abusive conduct, which could result in financial penalties and loss of reputation.

If you witness abusive conduct, you have a responsibility to report it. Refer to the **Complaint Process** section for additional information.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**What Should the Company Do?**

Diego reports the abusive conduct to his manager. His manager asks you for advice on what the company should do.

**Select the two actions the company should take.**

- Investigate Diego's claims.
- Implement training to help educate all employees in creating a more respectful work environment.
- Dismiss the attackers identified by Diego immediately.

Submit

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Correct answers:

- Investigate Diego's claims.
- Implement training to help educate all employees in creating a more respectful work environment.

**AutoNation**                                     *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Thanks for helping Diego.**

The company should act to ensure that all employees are aware of what constitutes abusive conduct and that this conduct will not be tolerated.

They must also provide all managers and supervisors with training that includes a policy to define unacceptable conduct, and a mechanism for disciplining employees who engage in abusive conduct.

It is your responsibility to know what type of situations you need to escalate and who you need to escalate to.

Remember, if you are ever unsure of what action to take, consult with your HR representative for guidance. See the **Contacts** section for additional information.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Ready to show what you know?**

Answer 5 questions to complete this assessment.

Pass mark: 80%

Start

**AutoNation**                                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Shira has just arrived at work, and she's not feeling well at all. When her manager sees her, she says, "You look awful! You should go home right now and rest."

Could this be considered abusive conduct?

- Yes
- No

Submit



**ON-SCREEN TEXT:**

**Correct answer:**
- No

Next Question



ON-SCREEN TEXT:

Lorena has returned from parental leave following the birth of twins. Stuart welcomes her back with, "Wow! You look exhausted!"

Could this be considered abusive conduct?

- Yes
- No

Submit

NAVARRO v. HOLLYWOOD IMPORTS - 2036

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- No

Next Question



*ON-SCREEN TEXT:*

Riaan has been brainstorming an idea for a project, so there is a lot of loose paper scattered around his desk. He finally has a light-bulb moment as he's packing up his things at the end of the day. He jots it down on a piece of scrap paper and leaves the office, knowing it will be there in the morning. The company has a clean desk policy, so his colleague, Pearl, decides to do him a favor and throws all the paper in the trash, not knowing his idea was written on it.

Can this be considered abusive conduct?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Correct answer:**
- No

Next Question



ON-SCREEN TEXT:

Amara is approaching a door that opens in both directions. She is just about to push it open when it swings out in front of her and hits her in the nose, which starts to bleed. It was her colleague, Hiran, who opened the door. He was talking to his colleague, so he failed to notice Amara approaching the door.

Could this be considered abusive conduct?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- No

Next Question



ON-SCREEN TEXT:

Any person can suffer abusive conduct, regardless of whether or not they belong to a protected class. On the other hand, abusive conduct, based on a protected characteristic — such as gender, age, or race — often constitutes harassment or discrimination.

- True
- False

Submit



**ON-SCREEN TEXT:**

Correct answer:
- True

Summary

**AutoNation**        *ANTI-HARASSMENT*



**ON-SCREEN TEXT:**

---

**Summary**

Shira has just arrived at work, and she's not feeling well at all. When her manager sees her, she says, "You look awful! You should go home right now and rest."
Could this be considered abusive conduct?
You answered: No

Lorena has returned from parental leave following the birth of twins. Stuart welcomes her back with, "Wow! You look exhausted!"
Could this be considered abusive conduct?
You answered: No

Riaan has been brainstorming an idea for a project, so there is a lot of loose paper scattered around his desk. He finally has a light-bulb moment as he's packing up his things at the end of the day. He jots it down on a piece of scrap paper and leaves the office, knowing it will be there in the morning. The

**AutoNation**                    *ANTI-HARASSMENT*

company has a clean desk policy, so his colleague, Pearl, decides to do him a favor and throws all the paper in the trash, not knowing his idea was written on it.
Can this be considered abusive conduct?
You answered: No

Amara is approaching a door that opens in both directions. She is just about to push it open when it swings out in front of her and hits her in the nose, which starts to bleed. It was her colleague, Hiran, who opened the door. He was talking to his colleague, so he failed to notice Amara approaching the door.
Could this be considered abusive conduct?
You answered: No

Any person can suffer abusive conduct, regardless of whether or not they belong to a protected class. On the other hand, abusive conduct, based on a protected characteristic — such as gender, age, or race — often constitutes harassment or discrimination.
You answered: True

You've got it!

**AutoNation**                    *ANTI-HARASSMENT*



**AutoNation**                          *ANTI-HARASSMENT*

---

*ON-SCREEN TEXT:*

---

1.  California Training Requirement (1 min)
2.  Connecticut Training Requirement (1 min)
3.  Training Time Requirement (1 min)
4.  What Is Harassment? (4 min)
5.  What Is Discrimination? (4 min)
6.  Protected Groups (7 min)
7.  Intent vs. Perception (6 min)
8.  What Is Retaliation? (8 min)
9.  US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                    *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

NAVARRO v. HOLLYWOOD IMPORTS - 2048

**AutoNation**                          *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Protect yourself, your colleagues, and our company.**

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Preventing Violence in the Workplace**

Zero Tolerance
We operate under a policy of zero tolerance toward workplace violence.

Don't Stay Silent
If you are subject to, or witness, violence in the workplace, you must report it immediately.

Don't Remain a Victim
Violence in the workplace could also constitute a criminal offense and require the involvement of law enforcement.

Know Who Protects You
It is imperative that you report an incident of violence in the workplace as soon as possible to the relevant internal person or department. If you don't know who to report incidents to, you can find out in the **Contact Details** section.



**ANTI-HARASSMENT**

Select the Next arrow to continue.

NAVARRO v. HOLLYWOOD IMPORTS - 2051

**AutoNation**                              *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Preventing Violence in the Workplace

Workplace violence is any form of violent or aggressive behavior that creates a hostile work environment. Remember, we're not just talking about physical violence – verbal abuse, threats, and other forms of aggression also constitute workplace violence.

Select each person's image to learn about their experience of violence in the workplace.

**→ Anita's story**

"In my previous company, Ushi was known for verbal abuse and threatening behavior toward colleagues and customers, so it was no surprise when she punched a colleague.

We reported the incident and Ushi was dismissed. I always wondered if the incident could have been prevented if we'd reported her behavior sooner."

**→ Jason's story**

NAVARRO v. HOLLYWOOD IMPORTS - 2052

**AutoNation**                    *ANTI-HARASSMENT*

"A colleague of mine had seemed pretty down for weeks. One day, I overheard him on the phone talking about suicide. I felt bad reporting what I'd heard, but I knew I had a duty to call HR.

They discovered he had some major domestic problems. With time off to resolve the issues, my colleague was soon back at work. Guess I made the right call!"

### → Todd's story

"In my first job there was a guy called Javier who had these crazy mood swings. He started taking a lot of unexplained absences until, one day, he stopped coming in to work altogether.

We found out later he was in rehab. Maybe if we'd notified HR he could have got some help earlier."

### → Elijah's story

"I had a summer job at college where I worked with a young woman who spoke often about death and dying. She was fascinated with any kind of violent acts in the news, and one day she even brought a gun into work. The gun wasn't loaded, but I reported it and the young woman lost her job. I learned later that she had a history of committing violent acts."

### → Roberta's story

"Last place I worked we had a really good team, except for one guy!

This guy became obsessed with another team member, Susie, and started ringing her in the evenings and sending her creepy emails. When Susie didn't respond, he threatened her in a text message. I helped Susie file a grievance for harassment and we reported him to HR. HR responded swiftly and he was dismissed."

Select the Next arrow to continue.

**AutoNation**                    *ANTI-HARASSMENT*





ON-SCREEN TEXT:

**Aggressive Colleague**

Miranda works with Phillip and believes that his behavior is causing a negative environment in the workplace. Over coffee one morning, she and her colleagues discuss his behavior.

After the meeting she runs through Phillip's behaviors and asks you which ones are a sign that action is required?

**Select the four worrying behaviors.**

- "I've noticed how much time he's been taking off with no explanation. He doesn't even call in!"
- "If I try to make one little change to his work, he totally overreacts."
- "You should have heard the abuse he gave that customer. He just exploded!"
- "We had the weirdest conversation; he seems obsessed with those shootings that were in the news last week."
- "Last week he had flu and had to take three days off sick."

Submit

**AutoNation**                     *ANTI-HARASSMENT*





---

*ON-SCREEN TEXT:*

---

<span style="color:green">Correct answers:</span>

- "I've noticed how much time he's been taking off with no explanation. He doesn't even call in!"
- "If I try to make one little change to his work, he totally overreacts."
- "You should have heard the abuse he gave that customer. He just exploded!"
- "We had the weirdest conversation; he seems obsessed with those shootings that were in the news last week."

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Remember…**

Overreacting to a normal request, abusing a customer, taking a lot of time off with no explanation, and obsessing with shootings are all potential red flags for workplace violence. Of course, no single one of these signs is a sure indicator that someone may turn violent, but they should be enough to alert you to the possibility that action may need to be taken.



**AutoNation**                    *ANTI-HARASSMENT*

ON-SCREEN TEXT:

**Threatening Behavior**

The next day Phillip becomes verbally threatening and reduces Miranda to tears.

Miranda and her colleagues ask you what they should do.

**Select the four correct actions.**

- Call Human Resources or Legal immediately and report the incident. They can handle this type of situation and involve local law enforcement if appropriate.
- Notify local law enforcement and call security to remove him from the building.
- This does not need to be reported. It's how Phillip reacts when someone does not agree with him.
- Recognize that we all have a part to play in the implementation of our zero-tolerance policy on workplace violence against or by employees.

**AutoNation**                    *ANTI-HARASSMENT*

- Learn how to recognize, avoid, or defuse potentially violent situations.
- Alert supervisors, line managers, etc., to any concerns about safety or security, and report all incidents immediately.

Submit

**AutoNation**                     *ANTI-HARASSMENT*





*ON-SCREEN TEXT:*

<span style="color:green">Correct answers:</span>

- Call Human Resources or Legal immediately and report the incident. They can handle this type of situation and involve local law enforcement if appropriate.
- Notify local law enforcement and call security to remove him from the building.
- Recognize that we all have a part to play in the implementation of our zero-tolerance policy on workplace violence against or by employees.
- Learn how to recognize, avoid, or defuse potentially violent situations.
- Alert supervisors, line managers, etc., to any concerns about safety or security, and report all incidents immediately.

**AutoNation**                              *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Thanks for helping Miranda.**

Human Resources or Legal can handle Phillip's inappropriate behavior internally and will only involve local law enforcement if appropriate. The team shouldn't try to tackle the issue themselves.

It's your duty to recognize the warning signs for workplace violence, and to implement our zero-tolerance policy by reporting all incidents and concerns immediately. If you're not sure who to ask for help, then just find out who you should contact in the **Contact Details** section before making a decision.

You will never be asked to intervene with an individual directly. The appropriate department will manage any interventions. Remember, it's important that you:

- Understand what we mean by workplace violence.
- Recognize the signs that an intervention may be necessary.
- Understand the actions you need to take to protect yourself and others.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Ready for a quick assessment?**

Answer 5 questions to complete this assessment.

Pass mark: 80%

Start

**AutoNation**                          *ANTI-HARASSMENT*



**ON-SCREEN TEXT:**

Dario is making copies of a report he put together for a meeting later that afternoon, when the photocopier stops working. He tries to fix it, but quickly loses his patience and kicks the machine repeatedly.

Is this a red flag that could indicate the potential for workplace violence?

- Yes
- No

Submit

**AutoNation**                              *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- Yes

Next Question



*ON-SCREEN TEXT:*

Leanne is fascinated by true crime podcasts and loves watching crime documentaries. She's also expressed an interest in studying forensic psychology.

Is this a red flag that could indicate the potential for workplace violence?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- No

Next Question



**AutoNation**                    *ANTI-HARASSMENT*

*ON-SCREEN TEXT:*

During a disagreement, Tyrese smashes his own iPad onto the floor.

Is this a red flag that could indicate the potential for workplace violence?

- Yes
- No

Submit



**ANTI-HARASSMENT**

ON-SCREEN TEXT:

Correct answer:
- Yes

Next Question

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Mary overhears her colleague, Jose, relaying suicidal thoughts on a personal call.

Is this a red flag that could indicate the potential for workplace violence?

- Yes
- No

Submit



ON-SCREEN TEXT:

Correct answer:

- Yes

Next Question

**AutoNation**                              *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Leon has been very distant at work. He often just sits at his desk staring vacantly at his screen, almost zombie-like. Hiro discovers that Leon has been prescribed some medication that makes him very drowsy.

Is this a red flag that could indicate the potential for workplace violence?

- Yes
- No

Submit

## ANTI-HARASSMENT



ON-SCREEN TEXT:

Correct answer:

- No

Summary



**AutoNation**                    *ANTI-HARASSMENT*

**ON-SCREEN TEXT:**

**Summary**

Dario is making copies of a report he put together for a meeting later that afternoon, when the photocopier stops working. He tries to fix it, but quickly loses his patience and kicks the machine repeatedly.
Is this a red flag that could indicate the potential for workplace violence?
You answered: **Yes**

Leanne is fascinated by true crime podcasts and loves watching crime documentaries. She's also expressed an interest in studying forensic psychology.
Is this a red flag that could indicate the potential for workplace violence?
You answered: **No**

During a disagreement, Tyrese smashes his own iPad onto the floor.
Is this a red flag that could indicate the potential for workplace violence?
You answered: **Yes**

Mary overhears her colleague, Jose, relaying suicidal thoughts on a personal call.

**AutoNation**                          *ANTI-HARASSMENT*

---

Is this a red flag that could indicate the potential for workplace violence?
You answered: Yes

Leon has been very distant at work. He often just sits at his desk staring vacantly at his screen, almost zombie-like. Hiro discovers that Leon has been prescribed some medication that makes him very drowsy.
Is this a red flag that could indicate the potential for workplace violence?
You answered: No

Great job!

**AutoNation**                    *ANTI-HARASSMENT*



**AutoNation**                    *ANTI-HARASSMENT*

*ON-SCREEN TEXT:*

1.  California Training Requirement (1 min)
2.  Connecticut Training Requirement (1 min)
3.  Training Time Requirement (1 min)
4.  What Is Harassment? (4 min)
5.  What Is Discrimination? (4 min)
6.  Protected Groups (7 min)
7.  Intent vs. Perception (6 min)
8.  What Is Retaliation? (8 min)
9.  US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                    *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Online Harassment and Company Liability**

There has been an explosion of social media technologies – like Facebook, Twitter, Instagram, and others.

This expanding social network creates additional risks for companies when it comes to discrimination and harassment.

Employers take social media very seriously. An employee's actions can have major consequences, and employers can be held liable for any instances of online harassment. This is known as "vicarious liability."

Even when posting outside business hours, an employee can be disciplined for offensive or hostile activity.

Select the Next arrow to continue.

AutoNation                     *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**The Risks of Social Media**

Select each image to learn what can happen when social media isn't used with care.

**→ Sarah's Journey**

Sarah had never stopped to consider who was viewing her social media and what sort of impression it might give. She didn't realize that what you say online can affect the reputation of our company.

**→ Check-in Desk**

"I was the PR manager for a communications firm. It was my dream job. One ignorant post on social media cost me my whole career."

**→ Boarding**

**AutoNation**                                    *ANTI-HARASSMENT*

"I should have known better; Public Relations is my job! It happened on a long flight. I was on vacation, with nothing but sun and sand on my mind."

### → In-Flight

"One of the passengers on the flight annoyed me, so I posted a joking comment about them on social media. I didn't think about its discriminatory tone."

### → Heavy Landing

"When I landed, I noticed that lots of people had picked up on my poor choice of words. It was reposted 3,000 times.

Then I got a call from my manager. I was being terminated by my employer. My career was ruined. All from one post on social media."

Select the Next arrow to continue.

**AutoNation**                                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

---

**Just a Joke?**

Chad thought it would be funny to post a message on his colleague Lewis' social media page to say he heard Lewis was "coming out" and to congratulate him on it. Chad knows Lewis is heterosexual and that he's been in a relationship with his girlfriend for five years. Another colleague saw the post, and the news has gone viral throughout the company.

**What are the two possible consequences of this prank?**

- The working relationship between Chad and Lewis may be damaged.
- The results won't be drastic for Chad – he may be disciplined, but there's no way he could lose his job.
- Colleagues of Chad and Lewis may feel their orientation is being mocked.

Submit

**AutoNation**                     *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Correct answers:
- The working relationship between Chad and Lewis may be damaged.
- Colleagues of Chad and Lewis may feel their orientation is being mocked.

**AutoNation**                          *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Remember…**

Sexual orientation is a protected group. Mocking someone's sexual orientation will likely upset many people and cause hurt.

A person making mocking comments about a colleague's sexual orientation could open themselves and the company up to a harassment and discrimination claim. By making a "joke" based on sexual orientation, even those who aren't the subject of the joke may feel like their orientation is being mocked.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Inappropriate Comments**

Darnell is a company manager. An employee approached him to report her colleague Jack's recent Instagram post. The post shows Jack at a soccer match wearing a polo with the company logo on it. He captioned the image with an inappropriate and very lewd caption about females.

**What reasonable action can Darnell take in this case?**

- Because Jack's actions were after work hours and off work premises, Darnell can take no action. It shouldn't matter what an employee does or says when they are not at work.
- As Jack did not say anything about a fellow employee, Darnell can't take any action in this situation.
- Darnell can consult with HR with the intent to terminate Jack's employment. Jack's actions and comments have a negative impact on the company, and are not in line with the company's own internal policies and commitment to providing a respectful workplace free of harassment and discrimination.

Submit

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Correct answer:

- Darnell can consult with HR with the intent to terminate Jack's employment. Jack's actions and comments have a negative impact on the company, and are not in line with the company's own internal policies and commitment to providing a respectful workplace free of harassment and discrimination.

AutoNation                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Thanks for helping your colleagues.**

Chad and Darnell now understand the risks of social media use and the importance of always exercising good judgment. They know that employees can be held liable for their actions outside of work hours and off work premises, as well as for their conduct within the workplace.

Remember, it's important that you:

- Understand the risks of social media use.
- Treat social media with the same respect you treat internal work communications.

Also, you can refer to AutoNation's Social Media Policy in the Associate Handbook and the Business Ethics Policy regarding Dealing with The Media, The Financial Community, and Social Media for additional information. Both policies are available on DealerCentral and in the **Resources** section.

**AutoNation**      *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Ready to put your knowledge to the test?**

Answer 5 questions to complete this assessment.

Pass mark: 80%

Start

NAVARRO v. HOLLYWOOD IMPORTS - 2086

AutoNation                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Employers can be held vicariously liable for employee bullying, harassment, and discrimination through social networks depending on the circumstances.

- True
- False

Submit

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

<span style="color:green">Correct answer:</span>

- True

Next Question



ON-SCREEN TEXT:

Employers cannot be held liable for the online actions of employees if they take place outside normal working hours.

- True
- False

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- False

Next Question



*ON-SCREEN TEXT:*

As long as employees do not use company-issued devices to access their social media accounts and harass colleagues, their employer cannot be held vicariously liable.

- True
- False

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

___

Correct answer:
- False

Next Question

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

As long as they do not make reference to the company name, what employees post online about their colleagues is at their own discretion.

- True
- False

Submit

**AutoNation**                          *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- False

Next Question

**AutoNation**                          *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

You should apply the same rules to your personal online social media as you do your work communications.

- True
- False

Submit

**AutoNation**                          *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- True

Summary

**AutoNation**                    *ANTI-HARASSMENT*



---

*ON-SCREEN TEXT:*

**Summary**

Employers can be held vicariously liable for employee bullying, harassment, and discrimination through social networks depending on the circumstances.
You answered: True

Employers cannot be held liable for the online actions of employees if they take place outside normal working hours.
You answered: False

As long as employees do not use company-issued devices to access their social media accounts and harass colleagues, their employer cannot be held vicariously liable.
You answered: False

As long as they do not make reference to the company name, what employees post online about their colleagues is at their own discretion.
You answered: False

You should apply the same rules to your personal online social media as you do your work communications.
You answered: True
That's it!

**AutoNation**                    *ANTI-HARASSMENT*



**AutoNation**                                    *ANTI-HARASSMENT*

*ON-SCREEN TEXT:*

1. California Training Requirement (1 min)
2. Connecticut Training Requirement (1 min)
3. Training Time Requirement (1 min)
4. What Is Harassment? (4 min)
5. What Is Discrimination? (4 min)
6. Protected Groups (7 min)
7. Intent vs. Perception (6 min)
8. What Is Retaliation? (8 min)
9. US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                          *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**What Is Bias?**

Bias is displaying an unfair preference for or against a thing, place, person, or group based on characteristics such as race, religion, age, weight, gender or gender identity, sexual orientation, and physical appearance, such as clothing, accents, and personal habits.

Studies show we automatically categorize people for easy identification, and are attracted to those who share our values and beliefs. This can lead to a prejudiced mentality that negatively affects the depth of experience and creativity within the workplace.

There are two types of bias: conscious bias and unconscious bias.

**→ Conscious Bias**

Conscious bias is largely being aware of your preference for one thing over another. Individuals are now encouraged to analyze their decision-making processes whenever they detect a personal bias arising within themselves.

**AutoNation**                    *ANTI-HARASSMENT*

---

**→ Unconscious Bias**

Unconscious or hidden bias is actively engaging in your preferences without realizing it.

This can be harder to identify and mostly occurs when someone is distracted, busy, anxious, stressed, or under time pressure.

Select the Next arrow to continue.

NAVARRO v. HOLLYWOOD IMPORTS - 2102

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**We All Have a Part to Play**

It's important to realize that we all hold deep-rooted values and beliefs, learned from an early age, through our upbringing, cultural environment, personal experience, and social class. These hidden biases can lead to discriminatory behavior when they affect our rational and ethically-based decision-making process.

How can we effectively deal with our own unconscious biases?

Select each topic to find out how.

**→ Awareness**

Modern neuroscience describes how our brain unconsciously processes 11 million bits of information every second of every day, with only 40 bits used by the conscious mind.

So, start being attentive to your "first impressions" when you interact with others. Notice how these feelings and thoughts reflect your biases, and not necessarily the quantitative and qualitative information about the person in front of you.

NAVARRO v. HOLLYWOOD IMPORTS - 2103

**AutoNation**                              *ANTI-HARASSMENT*

---

### → Challenge

Begin challenging your biases. They may be based on a moment in your life where they were appropriate but now limit your interaction with others in a negative, if not harmful way. Try to counter your biases by honestly communicating with those around you.

### → Change

Everyone deserves fair and respectful treatment from others. We are all biased to some degree, but isolating and excluding others negatively affects a productive, inspiring, and creative working environment. Be prepared to change your responses when faced with conflicting information.

Select the Next arrow to continue.

**AutoNation**                              *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Building a New Team**

David, an IT manager, was recently tasked with building apps for a global audience. He's under pressure to put together a close-knit team of developers that work well together, and he knows a few young and brilliant engineers who would fit the bill perfectly.

**How would you advise David when selecting his team members?**

- App development is a modern and highly technical skill that would suit a younger, male dominated demographic.
- Diversity is nice to have but not when it could affect the team and their ability to work well together.
- Caution him against a preferential bias toward what an effective team looks like, especially regarding age and gender.

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

_____

Correct answer:

- Caution him against a preferential bias toward what an effective team looks like, especially regarding age and gender.

**AutoNation**                                       ***ANTI-HARASSMENT***



ON-SCREEN TEXT:

**Thanks for helping David.**

Always try to be aware of your initial preferences and compare them to what's occurring around you. You may find that you are isolating yourself and your team from a wider range of experience and knowledge due to unconscious biases.

If you have any questions on unconscious bias and how to counter it, please visit the **Contact Details** section to find out who to contact.

**AutoNation**       *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Identifying the Right Applicant**

Jenna, a manager, appreciates the importance of hiring the right candidate for each role. Jenna is a graduate from a leading university in her country.

Jenna is recruiting for a new position in her team and is aware of the impact unconscious bias can have in the recruitment process. She asks you for some examples of how unconscious bias may impact her decision-making during her candidate selection.

**What three things would you say?**

- She may favor candidates that went to the same university as her.
- She may lean toward hiring candidates who are female.
- She may favor candidates from the same part of the country as her.
- She may favor candidates with very strong experience in the field she is recruiting for.

Submit

**AutoNation**                              *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Correct answers:

- She may favor candidates that went to the same university as her.
- She may lean toward hiring candidates who are female.
- She may favor candidates from the same part of the country as her.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Thanks for helping Jenna.**

As you interact with friends, colleagues, acquaintances, and strangers in your everyday activities, try becoming aware of why you're making one decision over another. What is the reasoning behind the myriad of choices that you make every day?

You may be surprised to find that habit and unconscious bias have a major role to play!

With this awareness, you can bring a fresh and more creative openness into your professional life. You may even spot things that can be improved upon through interacting with people outside your "clique," or asking for more input from your team members and others that may feel slightly left out.

We all have our part to play in acknowledging our unconscious biases, and being fairer and more equitable in our dealings with others.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Ready to show what you know?**

Answer 5 questions to complete this assessment.

Passmark: 80%

Start

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

The company Raja works for has noticed that it's mostly female employees who load and unload the dishwasher in the staff kitchen, so a schedule has been implemented to ensure everyone takes turns tidying the kitchen after lunch.

Is this an example of unconscious bias?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Correct answer:**
- No

Next Question



**AutoNation**                    *ANTI-HARASSMENT*

*ON-SCREEN TEXT:*

Peter is hiring for an IT role in the company. The top two candidates are a man in his 20s and a woman in her 50s. Peter decided to hire the older candidate purely because she has more experience working with a particular piece of software that the company uses.

Is this an example of unconscious bias?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Correct answer:**
- No

Next Question

**ANTI-HARASSMENT**



*ON-SCREEN TEXT:*

Building a team with similar backgrounds and education improves communication and keeps everyone working together.

- True
- False

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- False

Next Question

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Kush is hiring for a senior analyst role. The top two candidates are a Caucasian male and an Asian female. Kush chooses to hire the female candidate because Asians have reputation for being good with numbers.

Is this an example of unconscious bias?

- Yes
- No

Submit



**ANTI-HARASSMENT**

ON-SCREEN TEXT:

Correct answer:
- Yes

Next Question

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Unconscious bias occurs more frequently when we are tired, stressed, or under time pressure.

- True
- False

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- True

Summary



**AutoNation**                    *ANTI-HARASSMENT*

*ON-SCREEN TEXT:*

**Summary**

The company Raja works for has noticed that it's mostly female employees who load and unload the dishwasher in the staff kitchen, so a schedule has been implemented to ensure everyone takes turns tidying the kitchen after lunch.
Is this an example of unconscious bias?
You answered: **No**

Peter is hiring for an IT role in the company. The top two candidates are a man in his 20s and a woman in her 50s. Peter decided to hire the older candidate purely because she has more experience working with a particular piece of software that the company uses.
Is this an example of unconscious bias?
You answered: **No**

Building a team with similar backgrounds and education improves communication and keeps everyone working together.
You answered: **False**

**AutoNation**                                    *ANTI-HARASSMENT*

---

Kush is hiring for a senior analyst role. The top two candidates are a Caucasian male and an Asian female. Kush chooses to hire the female candidate because Asians have reputation for being good with numbers.
Is this an example of unconscious bias?
You answered: Yes

Unconscious bias occurs more frequently when we are tired, stressed, or under time pressure.
You answered: True

You've passed!

## AutoNation                    *ANTI-HARASSMENT*



**AutoNation**                    *ANTI-HARASSMENT*

---

*ON-SCREEN TEXT:*

---

1. California Training Requirement (1 min)
2. Connecticut Training Requirement (1 min)
3. Training Time Requirement (1 min)
4. What Is Harassment? (4 min)
5. What Is Discrimination? (4 min)
6. Protected Groups (7 min)
7. Intent vs. Perception (6 min)
8. What Is Retaliation? (8 min)
9. US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                    *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

**AutoNation**                                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Your Role in a Diverse Workplace**

Diversity in the workplace means harnessing the differences between us for our own good and for the good of the company.

We all want to work in an environment in which we feel valued, and where our individual talents are recognized and utilized. Our business performance is enhanced by learning from the varied perspectives, backgrounds, and experiences of our colleagues.

Innovative ideas and solutions to challenging issues can come from seeking input from those whose perspectives are different from our own.

Select each topic to learn more about your role in a diverse workplace.

**→ Strength**

Diversity makes us stronger as a company and helps provide a better place to work. Diversity has a large part to play in our performance and motivation.

**AutoNation**                    *ANTI-HARASSMENT*

We are committed to upholding diversity principles to build a better workplace. To learn more about our diversity efforts, contact Corporate or Region HR or diversityinclusion@autonation.com.

**→ Support**

We each have a responsibility to support and contribute to a diverse workplace.

Diversity provides a workplace with creativity, motivation, innovation, and success, but only if we all make an effort to recognize the individual talents and experiences that each of us brings to work.

**→ Commitment**

Commit your time and energy to the effort. You might volunteer to serve on a diversity-related committee, or become part of a co-mentoring relationship.

To learn more about AutoNation's diversity efforts and how you can contribute, you should contact diversityinclusion@autonation.com or speak to your manager, other company leaders or your HR representative.

**→ Competency**

Take the time to actively learn about the different cultures, races, experiences, and backgrounds of your colleagues.

Become familiar with diversity-related terminology, and look for common ground first, not differences. Welcome new ideas and a wide array of perspectives.

**→ Improvement**

It takes time and patience to commit to diversity, and you may make mistakes along the way.

Be willing to learn, graciously accept feedback, and listen to your colleagues. You can always find opportunities to grow and be better.

Select the Next arrow to continue.

**AutoNation**                    ***ANTI-HARASSMENT***



ON-SCREEN TEXT:

---

**Encouraging Diversity**

Toshiro is a team lead. He asks your advice on which team member is practicing the kind of workplace conduct that encourages a diverse and open workplace.

**Who would you choose?**

- Aubrey assumes that due to his religion, Hussein won't want to join the team in a bar for drinks after work.
- Mitchell learns about the way Chandra's culture deals with personal space, so that he will not make her uncomfortable.
- Holly tells her direct reports that "There's only one way to do things around here… my way!"
- Petra thinks she might have made Li self-conscious when she talked about his native country, but she doesn't apologize because she feels too embarrassed.

Submit

**AutoNation**                          *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:

- Mitchell learns about the way Chandra's culture deals with personal space, so that he will not make her uncomfortable.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Remember…**

It's important that every member of the team is supporting and contributing to workplace diversity.

Remember to treat your colleagues as individuals, regardless of religion or cultural background.

**AutoNation**          *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Inappropriate Comment**

Felicia recently asked her colleague, Majid, about his religious attire, and Majid found her question to be inappropriate. Felicia is very upset after Majid's response, and wants to know how to move forward. **How would you advise her?**

- We all make mistakes, especially when we are trying to understand something new. Majid would rather not discuss his religious attire and that's his choice. But Felicia shouldn't assume that all people who follow Majid's religion will feel the same.
- Felicia shouldn't have asked Majid such a personal question. If she's curious about something like religion or attire, it's better not to say anything at all. According to good business conduct, religion is a topic that should never be discussed in the workplace.
- Be sympathetic to Felicia. It wasn't appropriate for Majid to react that way, especially as she was just trying to gain a better understanding. Tell Majid not to take things so seriously in the future.

Submit

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

<span style="color:green">Correct answer:</span>

- We all make mistakes, especially when we are trying to understand something new. Majid would rather not discuss his religious attire and that's his choice. But Felicia shouldn't assume that all people who follow Majid's religion will feel the same.

NAVARRO v. HOLLYWOOD IMPORTS - 2133

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Thanks for helping your colleagues.**

It takes time and patience to commit to diversity in the workplace. Grasp the opportunity to learn – it's all part of your cultural growth.

Remember:

- Diversity makes us stronger as a company and helps provide a better place to work.
- You have a responsibility to support, contribute, and commit to uphold the principles to build a better workplace.
- You should take the time to actively learn about the different cultures, races, and backgrounds of your colleagues. Become familiar with diversity-related terminology, and look for similarities first, not differences.
- Consider exploring how you can become more involved in AutoNation's diversity efforts.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Ready to show what you know?**

Answer 5 questions to complete this assessment.

Pass mark: 80%

Start



ON-SCREEN TEXT:

Donna makes sure every single person on her team feels valued, and that everyone's individual talents are recognized and utilized.

Does this encourage a diverse and open workplace?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Correct answer:
- Yes

Next Question



*ON-SCREEN TEXT:*

Tyson is new to a team that works with a number of high-profile clients. His manager, Bailey, doesn't know if he's going to be as good as some of the contractors on her team, and she doesn't want to take a chance. She's decided she won't give Tyson any work until a minor project comes up so she can test his capabilities.

Does this encourage a diverse and open workplace?

- Yes
- No

Submit



ON-SCREEN TEXT:

Correct answer:
- No

Next Question

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Danny gave Leonardo what he thought was a compliment. When Leonardo pointed out that what he said was actually really offensive to his culture, Danny immediately went on the defensive and told Leonard to stop being a "snowflake."

Does this encourage a diverse and open workplace?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

___

Correct answer:

- No

Next Question

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Vincent has a physical disability, and his manager has asked him to write down everything he can't do, so she knows what tasks she shouldn't assign to him.

Does this encourage a diverse and open workplace?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- No

Next Question

**AutoNation**                         *ANTI-HARASSMENT*



ON-SCREEN TEXT:

In learning to be more culturally competent, employees should be willing to learn from their mistakes and take feedback graciously.

- True
- False

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- True

Summary

**AutoNation**    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Summary**

Donna makes sure every single person on her team feels valued, and that everyone's individual talents are recognized and utilized.
Does this encourage a diverse and open workplace?
You answered: Yes

Tyson is new to a team that works with a number of high-profile clients. His manager, Bailey, doesn't know if he's going to be as good as some of the contractors on her team, and she doesn't want to take a chance. She's decided she won't give Tyson any work until a minor project comes up so she can test his capabilities.
Does this encourage a diverse and open workplace?
You answered: No

Danny gave Leonardo what he thought was a compliment. When Leonardo pointed out that what he said was actually really offensive to his culture, Danny immediately went on the defensive and told Leonard to stop being a "snowflake."
Does this encourage a diverse and open workplace?

**AutoNation**                    ***ANTI-HARASSMENT***

---

You answered: No

Vincent has a physical disability, and his manager has asked him to write down everything he can't do, so she knows what tasks she shouldn't assign to him.
Does this encourage a diverse and open workplace?
You answered: No

In learning to be more culturally competent, employees should be willing to learn from their mistakes and take feedback graciously.
You answered: True

You've passed!

**AutoNation**                    *ANTI-HARASSMENT*



**AutoNation**                              *ANTI-HARASSMENT*

---

*ON-SCREEN TEXT:*

---

1. California Training Requirement (1 min)
2. Connecticut Training Requirement (1 min)
3. Training Time Requirement (1 min)
4. What Is Harassment? (4 min)
5. What Is Discrimination? (4 min)
6. Protected Groups (7 min)
7. Intent vs. Perception (6 min)
8. What Is Retaliation? (8 min)
9. US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                          *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Supporting Workplace Diversity and Inclusion**

What does an inclusive workplace look like? It's a welcoming culture in which everyone is treated with respect and dignity – and everyone feels valued.

Select each image to learn how these people contribute to a diverse and inclusive workplace.

→ **Saanvi**

**Include Everyone**

"I understand that everybody has a point of view. I am willing to learn, accept feedback, and listen.

Making sure that everyone is included has helped us come up with fantastic business solutions."

→ **Jurgen**

**AutoNation**                                                    *ANTI-HARASSMENT*

---

**Take Time to Learn**

"I take time to learn about my colleagues' races, religions, cultures, and backgrounds. I welcome ideas that are different and see how problems can be viewed from different points of view.

It makes work more interesting and fun."

→ **Martha**

**Participate**

"Being familiar with the company's diversity policies helps me to implement them. I volunteer, chair, or serve on the committees that organize diversity-related events in the company and the wider community."

→ **Khadija**

**Broaden Your Horizons**

"I try to treat people in the way they wish to be treated. Engaging with our mixed global culture, and being part of it, will broaden my horizons, and make our place of work a better place to be."

Select the Next arrow to continue.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Considering Others' Beliefs**

Daren is taking over a new team. His cultural background is different from everyone else on the team. Some of his colleagues have asked him to go out next Friday for drinks, but the activity would compromise his beliefs. Which of the following actions could Daren take to foster an inclusive workplace?

**Which three actions can Daren take?**

- Thank them for the invitation and decline politely. Explain that he appreciates the invitation, but the activity would compromise his beliefs.
- Make up an excuse for not being able to attend, or go with them and try to ignore his personal feelings.
- Suggest a different activity that he would be more comfortable with.
- Take time to get to know his team and find out what makes each of his colleagues unique.

Submit



*ON-SCREEN TEXT:*

Correct answers:

- Thank them for the invitation and decline politely. Explain that he appreciates the invitation, but the activity would compromise his beliefs.
- Suggest a different activity that he would be more comfortable with.
- Take time to get to know his team and find out what makes each of his colleagues unique.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Thanks for helping Daren.**

Diversity comes from our age, race, ethnic group, nationality, national origin, gender, sexuality, religion and beliefs, and cultures. Each of us brings something unique to the workplace.

Remember that social activities and practices that are comfortable for you may not be for everyone, and vice versa.

Daren shouldn't have to go against his personal beliefs, and he certainly shouldn't feel he has to lie to his colleagues to fit in. It's okay to decline an invitation, but even better to suggest an alternative that would involve Daren meeting his colleagues on common ground.

It's important to:

- Open yourself to the ideas, cultures, backgrounds, and beliefs of others.

**AutoNation**                    *ANTI-HARASSMENT*

- Be aware that people coming from cultural backgrounds different than our own can feel distanced or excluded.
- Remember to treat others as you would like to be treated yourself.

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

**Ready to put what you've learned into practice?**

Answer 5 questions to complete this assessment.

Pass mark: 80%

Start

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Every year, the company raises money for charity by pulling together a team of employees to run a marathon. James and his team participate every year. A few months ago, Tessa, who uses a wheelchair, joined the team. James isn't sure if she'd be interested in participating, but he asks her if she'd like to join them anyway. Is this an inclusive workplace?

- Yes
- No

Submit



**ANTI-HARASSMENT**

ON-SCREEN TEXT:

---

**Correct answer:**

- Yes

Next Question

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

A few of your colleagues have started a male-only company softball team. Is this an inclusive workplace?

- Yes
- No

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

---

Correct answer:

- No

Next Question



ON-SCREEN TEXT:

---

Ivana refuses to invite her colleague, Marco, to a team dinner because she doesn't approve of his religious beliefs. Is this an inclusive workplace?

- Yes
- No

Submit

**AutoNation**                              *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- No

Next Question

**AutoNation**                          *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

Your colleagues are going to a steak house, but one of the team members is a vegetarian. Should they ask her to go?

- Yes
- No

Submit

## AutoNation

### *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- Yes

Next Question

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

A new member has just joined your team. Your colleagues have invited him to join them for lunch, but he declines, as he wants to catch up on his work. Is this an inclusive workplace?

- Yes
- No

Submit

**AutoNation**                          *ANTI-HARASSMENT*



ON-SCREEN TEXT:

Correct answer:
- Yes

Summary

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

---

**Summary**

Every year, the company raises money for charity by pulling together a team of employees to run a marathon. James and his team participate every year. A few months ago, Tessa, who uses a wheelchair, joined the team. James isn't sure if she'd be interested in participating, but he asks her if she'd like to join them anyway. Is this an inclusive workplace?
You answered: **Yes**

A few of your colleagues have started a male-only company softball team. Is this an inclusive workplace?
You answered: **No**

Ivana refuses to invite her colleague, Marco, to a team dinner because she doesn't approve of his religious beliefs. Is this an inclusive workplace?
You answered: **No**

Your colleagues are going to a steak house, but one of the team members is a vegetarian. Should they ask her to go?
You answered: **Yes**

A new member has just joined your team. Your colleagues have invited him to join them for lunch, but he declines, as he wants to catch up on his work. Is this an inclusive workplace?

**AutoNation**                              *ANTI-HARASSMENT*

You answered: Yes

Excellent work!

**AutoNation**                    *ANTI-HARASSMENT*



**AutoNation**                    *ANTI-HARASSMENT*

---

*ON-SCREEN TEXT:*

---

1. California Training Requirement (1 min)
2. Connecticut Training Requirement (1 min)
3. Training Time Requirement (1 min)
4. What Is Harassment? (4 min)
5. What Is Discrimination? (4 min)
6. Protected Groups (7 min)
7. Intent vs. Perception (6 min)
8. What Is Retaliation? (8 min)
9. US Law (8 min)
10. UK Law (7 min)
11. Canadian Law (11 min)
12. Indian Law (3 min)
13. What Is Sexual Harassment? (4 min)
14. California State Law (3 min)
15. CT State Law (8 min)
16. CT Time's Up Act (10 min)
17. Delaware State Law (2 min)
18. Illinois State Law (8 min)
19. AHD IL Service Industry (14 min)
20. Maine State Law (1 min)
21. New York City Law (2 min)
22. New York State Law (4 min)
23. Types of Sexual Harassment (7 min)
24. Preventing Sexual Harassment (5 min)
25. Sexual Harassment Complaints (8 min)
26. Impact of Sexual Harassment (9 min)
27. A Harassment-Free Workplace (6 min)
28. Sexual Harassment: A Manager's Responsibilities (5 min)
29. Sexual Orientation and Gender Identity Harassment (4 min)
30. Impact of Harassment and Discrimination (5 min)
31. Preventing Harassment and Discrimination (9 min)
32. Recognizing Harassment and Discrimination (9 min)
33. Managing Harassment and Discrimination (12 min)
34. Inclusive Manager (4 min)
35. Bullying in the Workplace (5 min)
36. Abusive Conduct (5 min)
37. Violence in the Workplace (7 min)
38. Social Media Risks (4 min)
39. Unconscious Bias (5 min)

**AutoNation**                    *ANTI-HARASSMENT*

40. Diversity (4 min)
41. Inclusive Workplace (3 min)
42. In Closing (2 min)

**AutoNation**                              *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**In Closing**

AutoNation is committed to maintaining a work environment free from harassment and discrimination, where all associates can reach their full potential. Our policies prohibiting harassment and promoting equal employment opportunity support this commitment. We all play a vital role in bringing this commitment to life each day.

Every associate must comply with these policies and we should always treat each other with respect, regardless of legal definitions and requirements.

Each of us must report any known or suspected harassment or other violations of the Business Ethics Program, or of the law, through the reporting avenues discussed in this course.

There should be no fear of retaliation as AutoNation strictly prohibits retaliation for raising concerns and protects each of us when we speak up, as well as when we cooperate with investigations.
Please do your part to help ensure that AutoNation fulfills this important commitment.

**AutoNation**                           *ANTI-HARASSMENT*

Thank you for your support of our Business Ethics Program.

If you have any questions regarding this course, please contact your HR Representative
(see **Contacts** section).

**AutoNation**                          *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Two-Hour Requirement**

State law requires that you complete two hours of Anti-Harassment and Discrimination training. If you have spent at least two hours in this training, the timer will read 02:00:00 and the Next arrow will be unlocked. In this case you can progress to the final screen and complete the training.

If you have not yet spent two hours in this training, you need to spend some further time reviewing the content until the two-hour time period elapses and the Next arrow unlocks.

**AutoNation**                              ***ANTI-HARASSMENT***



*ON-SCREEN TEXT:*

**Two-Hour Requirement**

State law requires that you complete two hours of Anti-Harassment and Discrimination training. If you have spent at least two hours in this training, the timer will read 02:00:00 and the Next arrow will be unlocked. In this case you can progress to the final screen and complete the training.

If you have not yet spent two hours in this training, you need to spend some further time reviewing the content until the two-hour time period elapses and the Next arrow unlocks.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**One-Hour Requirement**

State law requires that you complete one hour of Anti-Harassment and Discrimination training. If you have spent at least one hour in this training, the timer will read 01:00:00 and the Next arrow will be unlocked. In this case you can progress to the final screen and complete the training.

If you have not yet spent one hour in this training, you need to spend some further time reviewing the content until the one-hour time period elapses and the Next arrow unlocks.

**AutoNation**                    *ANTI-HARASSMENT*



*ON-SCREEN TEXT:*

**Before You Go...**

Select each statement to confirm that you will always act respectfully in the workplace. Then, select Submit.

- I have read, and will follow, all AutoNation policies related to harassment and discrimination.
- I will report any instances of harassment or discrimination that I witness, suspect, or am subject to.
- I will not partake in any form of harassment, discrimination, bullying, or retaliation.

Submit

**AutoNation**                    *ANTI-HARASSMENT*



ON-SCREEN TEXT:

We value your feedback, please rate the course.

Submit


**CONGRATULATIONS!**

You have successfully completed the training.

Select **Print** to print a completion certificate.

Close your browser window to exit the course.

Print