

NAVARRO v. HOLLYWOOD IMPORTS - 2584