**AutoNation, Inc.**
a Delaware publicly traded corporation
100% Ownership Interest of Auto Holdings, LLC



**Auto Holdings, LLC**
a Delaware limited liability company
100% Ownership Interest of AutoNation Enterprises Incorporated



**AutoNation Enterprises Incorporated**
a Florida corporation
100% Ownership Interest of Hollywood Imports Limited, Inc.



**Hollywood Imports Limited, Inc.**
**d/b/a AutoNation Honda Hollywood**
a Florida corporation
FEIN: 59-2025810
Formation Date: 06/24/1980