**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 23-61772-CIV-SMITH

JUAN NAVARRO,

    Plaintiff,

v.

HOLLYWOOD IMPORTS LIMITED, INC.,
and AUTONATION, INC.

    Defendant.
_____/

**DEFENDANTS' NOTICE OF FILING INDEX TO SUMMARY JUDGMENT EVIDENCE**

    Defendants Hollywood Imports Limited, Inc. and AutoNation, Inc., through undersigned counsel and pursuant to Federal Rule of Civil Procedure 56 and Southern District of Florida Local Rule 56.1, give notice of filing the Index (ECF No. 55-1) to the evidence referenced in Defendants' forthcoming Motion for Summary Final Judgment and Statement of Material Facts.

    Respectfully submitted,

s/ *Eric K. Gabrielle*
Eric K. Gabrielle (Florida Bar No. 160725)
Email: egabrielle@stearnsweaver.com
**STEARNS WEAVER MILLER WEISSLER**
**ALHADEFF & SITTERSON, P.A.**
200 East Las Olas Boulevard – Suite 2100
Fort Lauderdale, Florida 33301
Telephone: 954-462-9527
Facsimile: 954-462-9567
*Attorneys for Defendants*

#12988164 v1