## Index to Defendants' Summary Judgment Evidence
*Navarro v. Hollywood Imports Limited, Inc., et ano.*
S.D. Fla. Case No. 23-61772-CIV-SMITH

| DEPOSITION TRANSCRIPTS | |
|---|---|
| **ECF NO.** | |
| 50-1 | **Deposition of Juan Navarro** (February 22, 2024) |
| 50-2 | **Deposition of David Losk** (March 5, 2024) |
| 50-3 | **Deposition of Carl Vanderwarker** (March 5, 2024) |
| 50-4 | **Deposition of Bibi Bickram** (March 13, 2024) |

| DECLARATIONS | |
|---|---|
| **ECF NO.** | |
| 53-1 | **Declaration of Bibi Bickram** (August 7, 2024) |
| 53-2 | **Declaration of Tahir Lara** (August 8, 2024) |
| 53-3 | **Declaration of Jose Rey** (August 9, 2024) |

| DOCUMENTS | | | | |
|---|---|---|---|---|
| **ECF NO.** | **DOCUMENT** | **BATES-REFERENCE** | **CROSS-REFERENCE(S)** | |
| 54-1 | Navarro 2-weeks resignation email (April 6, 2023) | Plaintiff 0004 | Defendant Ex. 1 (Navarro Depo) | |
| 54-2 | Ocean Mazda email (April 7, 2023) Signed offer letter (April 3, 2023) | Ocean Auto Center II, Inc. 0001-0002 | Defendant Ex. 2 (Navarro Depo) | |
| 54-3 | EEOC Charge (June 9, 2023) EEOC Dismissal (July 25, 2023) | EEOC 0001-0006 | Defendant Ex. 3 (Navarro Depo) | |
| 54-4 | First Interrogatories to Navarro (December 29, 2023) | | | |
| 54-5 | Response to First Interrogatories (February 8, 2024) | | | |
| 54-6 | Email chain - Navarro vacation pay case out request (March 31, 2023) | Plaintiff 0101-0102 | Defendant Ex. 6 (Navarro Depo) | |
| 54-7 | Response to First Request for Admission (February 8, 2024) | | | |
| 54-8 | Navarro "why I resigned" email (May 14, 2023) | Plaintiff 0115-0116 | Defendant Exhibit 8 (Navarro Depo) | |
| 54-9 | AutoNation Associate Handbook Excerpts (January 13, 2022) | Plaintiff 0011- 0016 | Defendant Ex. 9 (Navarro Depo) | Bickram Decl., Ex.A (ECF No. 53-1) |
| 54-10 | AutoNation Code of Business Ethics (1995-2022) | Plaintiff 0241-0285 | Defendant Ex. 10 (Navarro Depo) | Bickram Decl., Ex.B (ECF No. 53-1) |
| 54-11 | AutoNation Code of Business Ethics (2023) | Plaintiff 0286-0330 | Defendant Ex. 10 (Navarro Depo) | Bickram Decl. Ex. B (ECF No. 53-1) |
| 54-12 | Navarro text messages to David Losk | Navarro v. Hollywood Imports 0639-0641, 0643 | | |
| 54-13 | Navarro text to Rodriguez (December 22, 2022) | Plaintiff 0239 | Defendant Ex. 13 (Navarro Depo)* *customer name/phone number redacted | |
| 54-14 | Navarro – document acknowledgements (March 24, 2022) | Navarro v. Hollywood Imports 2583 | Response to Third Requests for Admission (Exhibit 14 above) | |
| 54-15 | Training record – Juan Navarro | Navarro v. Hollywood Imports 0805 | Lara Decl. (ECF No. 53-2), ¶ 4(b) | |
| 54-16 | Training record – David Losk | Navarro v. Hollywood Imports 0804 | Lara Decl. (ECF No. 53-2), ¶ 4(a) | |

| DOCUMENTS | | | |
|---|---|---|---|
| ECF NO. | DOCUMENT | BATES-REFERENCE | CROSS-REFERENCE(S) |
| 54-17 | Navarro text to Losk extending notice (April 20, 2023) | Navarro v. Hollywood Imports 0644 | Defendant Ex. 17 (Losk Depo) |
| 54-18 | Training record – Jose Rey | Navarro v. Hollywood Imports 0806 | Lara Decl. (ECF No. 53-2), ¶ 4(c) |
| 54-19 | Training record – Joseph Rodriguez | Navarro v. Hollywood Imports 0807 | Lara Decl. (ECF No. 53-2), ¶ 4(d) |
| 54-20 | Training record – Carl Vanderwarker | Navarro v. Hollywood Imports 0808 | Lara Decl. (ECF No. 53-2), ¶ 4(e) |
| 54-21 | Creating a Harassment Free Workplace Employee Edition –2021 (training module) | Navarro v. Hollywood Imports 0974-1058 | Lara Decl. (ECF No. 53-2), ¶ 5(a) |
| 54-22 | Creating a Harassment Free Workplace Supervisor Edition – 2021 (training module) | Navarro v. Hollywood Imports 1059-1178 | Lara Decl. (ECF No. 53-2), ¶ 5(b) |
| 54-23 | A Leader's Role in Addressing Inappropriate Behavior (training module) | Navarro v. Hollywood Imports 1179-1267 | Lara Decl. (ECF No. 53-2), ¶ 5(c) |
| 54-24 | Anti-Harassment – 2022 (training module) | Navarro v. Hollywood Imports 1268-2170 | Lara Decl. (ECF No. 53-2), ¶ 5(d) |
| 54-25 | Cary Pacheco – contact flyer | Navarro v. Hollywood Imports 2584 | |
| 54-26 | Hollywood Imports Limited, Inc. Ownership Chart | Navarro v. Hollywood Imports 0521 | ECF No. 10 |
| 54-27 | Navarro – Amended Initial Disclosures and Amended Response to First Interrogatories | | |

#12988145 v1