UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-61772-CIV-SMITH

JUAN NAVARRO,

    Plaintiff,

v.

HOLLYWOOD IMPORTS LIMITED, INC.,
and AUTONATION, INC.

    Defendant.
_____/

## DECLARATION OF JOSE REY

Pursuant to 28 U.S.C. § 1746, the undersigned declares as follows:

1. My name is Jose Rey. I am known as "Joe." I am over the age of 18. I make this Declaration voluntarily and based on my personal knowledge.

2. I know Juan Navarro (who I knew as "JP" Navarro). I knew him while he was a Sales Associate in 2022 and 2023 for a dealership known as "AutoNation Honda Hollywood" (and "Honda Hollywood"). I was then the General Manager of that dealership (which was operated by Hollywood Imports Limited, Inc.), for and beyond the entire period of Mr. Navarro's employment. During that period, Joseph Rodriguez (known as "Joey") was a Sales Manager for Honda Hollywood. I know Mr. Rodriguez's father. I am not related to Mr. Rodriguez or his father.

3. I have fully read what was identified to me as Mr. Navarro's Response to "First Interrogatories," specifically and fully item 11 of that document.

4. I never saw or heard any of the conduct, statements, gestures or noises that Mr. Navarro believes I saw or heard or believes I may have seen or heard, and I never saw or heard any of the other conduct or statements Mr. Navarro attributes to Mr. Rodriguez in item 11 of the document referred to above. I am certain of that.

I declare under penalty of perjury that the foregoing is true and correct.

Executed    8/9/2024 _____.

*Jose A Rey*
7781467DC94C470
Jose Rey

#12983439 v1