UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-61772-CIV-SMITH

JUAN NAVARRO,

    Plaintiff,

v.

HOLLYWOOD IMPORTS LIMITED, INC.,
and AUTONATION, INC.

    Defendant.

_____/

# DEFENDANTS' STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY FINAL JUDGMENT

*Eric K. Gabrielle*
Eric K. Gabrielle (Florida Bar No. 160725)
Email:  egabrielle@stearnsweaver.com
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
200 East Las Olas Boulevard – Suite 2100
Fort Lauderdale, Florida  33301
Telephone:  954-462-9527
Facsimile:  954-462-9567
*Attorneys for Defendants*

Defendants Hollywood Imports Limited, Inc. and AutoNation, Inc., through undersigned counsel and pursuant to Federal Rule of Civil Procedure 56 and Southern District of Florida Local Rule 56.1, submit Defendants' Statement of Material Facts in connection with Defendants' forthcoming Motion for Summary Final Judgment.

1. Hollywood Imports Limited, Inc., is an automotive dealership in Hollywood, Florida, which does business as AutoNation Honda Hollywood ("Honda Hollywood"), is indirectly owned by AutoNation, Inc., and at the relevant time part of its Eastern Region. Declaration of Bibi Bickram (ECF No. 53-1), ¶¶ 1-2; Declaration of Jose Rey (ECF No. 53-3/56-1), ¶ 2; Hollywood Imports Limited Ownership Chart (ECF No. 54-26).

2. Employees of Hollywood Imports Limited, Inc. and the other Eastern Region dealerships are referred to as "Associates." Declaration of Bibi Bickram (ECF No. 53-1), ¶ 2.

3. Certain directives, policies, procedures, training and operational components of Honda Hollywood originated with an affiliate of AutoNation known as Eastern Region Management, including efforts made and steps taken by Eastern Regional Management on behalf of AutoNation and dealerships like Hollywood Imports Limited, Inc. to prevent workplace harassment, encourage Associates to raise concerns about it, and maintain avenues for them to do so. Declaration of Bibi Bickram (ECF No. 53-1), ¶¶ 1-6; Associate Handbook (ECF No. 54-9), ECF pages 3-6 of 6 (document pages 0013-0016); Code of Business Ethics (ECF No. 54-10), page 16 of 45 (document page 0256).

4. AutoNation has a Policy Prohibiting Harassment, set forth in its AutoNation Associate Handbook and identified in its Code of Business Ethics. Declaration of Bibi Bickram (ECF No. 53-1), ¶¶ 4-6; Associate Handbook (ECF No. 54-9), ECF pages 3-6 of 6 (document pages 0013-0016); Code of Business Ethics (ECF No. 54-10), ECF page 16 of 45 (document page 0256).

5. At the outset of employment, Associates are made aware of the Policy Prohibiting Harassment and reporting procedure and are expected to read it and acknowledge doing so. Bickram Dec. (ECF No. 53-1), ¶¶ 3-4.

6. The Policy Prohibiting Harassment defines sexual harassment to include "[u]nwelcome sexual advances" and other "verbal or physical conduct of a sexual nature," and Associates are instructed that each of them "has a responsibility to report all incidents of

harassment or discrimination.  Associate Handbook (ECF No. 54-9), ECF page 3 - 5 of 6; document page 0013-0015.

7. The Policy Prohibiting Harassment provides for these avenues for an Associate to report harassment:  (i) reporting the conduct to the Associate's manager;  (ii) reporting the conduct to another manager with whom the Associate felt comfortable speaking; (iii) reporting the conduct to Corporate or Region Human Resources, the Legal Department or the Business Ethics Committee; or (iv) using a resource in place called the AlertLine, a toll free third-party monitored and continuously staffed resource made available to Associates to report improper conduct, with such reports routed directly to the AutoNation Legal Department.  Bickram Declaration (ECF No. 53-1), ¶ 6; Associate Handbook (ECF No. 54-9), ECF page 6 of 6 (document page 0016).

8. Navarro was hired as a Sales Associate effective March 23, 2022 and remained continuously employed until his resignation thirteen months later.  Complaint (ECF No. 1), ¶ 19; Amended Answer by Hollywood Imports Limited, Inc. (ECF No. 19), ¶ 19; Navarro Depo (ECF No. 50-1), 35/21-36/1.

9. On March 23, 2022, Navarro was provided with the Associate Handbook and the Code of Business Ethics.   Navarro document acknowledgements.  (ECF No. 54-14).

10. Navarro's direct supervisor was David Losk, the Internet Sales Manager, whose direct supervisor was Carl Vanderwarker, the General Sales Manager, whose direct supervisor was Jose Rey (known as Joe), the General Manager of Honda Hollywood.  Navarro Depo. (ECF No. 50-1), 32/25-33/14, 33/15-34/2, 34/14-17, 34/22-24, 35/16-10, 89/8-12; Losk Depo. (ECF No. 50-2), 8/8-11; Declaration of Jose Rey (ECF No. 53-3/56-1), ¶ 2.  Joseph Rodriguez (known as Joey) was also a Sales Manager.  Declaration of Jose Rey (ECF No. 53-3/56-1), ¶ 2.

11. David Losk completed the following training modules on the dates indicated:   (i) Creating a Harassment-Free Workplace - Employee Edition (August 19, 2015, June 13, 2017, August 19, 2019 and December 14, 2020);  (ii) Creating a Harassment-Free Workplace -Supervisor Edition (November 2, 2021);  (iii) Anti-Harassment (September 7, 2022 and July 26, 2023);  (iv) A Leader's Rule in Addressing Inappropriate Behavior (September 29, 2022).   Declaration of Tahir Lara (ECF No. 53-2), ¶ 4(a); Losk Training Transcript (ECF No. 54-16).

12. Carl Vanderwarker completed the following training modules on the dates indicated:  (i) Creating a Harassment-Free Workplace – Supervisor Edition (April 10, 2020, November 19, 2020 and October 28, 2021); (ii) Anti-Harassment (August 24, 2022 and July 26,

2023); and (iii) A Leader's Rule in Addressing Inappropriate Behavior (September 6, 2022). Declaration of Tahir Lara (ECF No. 53-2), ¶ 4(e); Vanderwarker Training Transcript (ECF No. 54-20).

13. Jose (Joe) Rey completed the following training modules on the dates indicated: (i) Preventing Workplace Harassment - Supervisor Edition (May 14, 2012, May 8, 2014); (ii) Creating a Harassment-Free Workplace – Supervisor Edition (July 20, 2015, July 10, 2017, August 3, 2019, November 19, 2020 and October 27, 2021); (iii) A Leader's Rule in Addressing Inappropriate Behavior (September 3, 2022). Declaration of Tahir Lara (ECF No. 53-2), ¶ 4(c); Rey Training Transcript (ECF No. 54-18).

14. Joseph Rodriguez completed the following training modules on the dates indicated: (i) Creating a Harassment-Free Workplace – Employee Edition (July 20, 2019); (ii) Creating a Harassment-Free Workplace – Supervisor Edition (November 19, 2020, November 11, 2021); (iii) Anti-Harassment (September 13, 2022, July 21, 2023). Declaration of Tahir Lara (ECF No. 53-2), ¶ 4(d); Rodriguez Training Transcript (ECF No. 54-19).

15. Navarro's job performance was very good for the entire period of his employment at the top of the dealership's weekly sales results and worthy of the highest rating. Navarro Depo. (ECF No. 50-1), 82/20-84/20, 84/21-86/25; Losk Depo. (ECF No. 50-2), 52/21-25.

16. After a year at the dealership, Navarro was contacted in March 2023 by a former coworker, who told Navarro that a dealership known as Ocean Mazda was opening a new location. Navarro Depo. (ECF No. 50-1), 52/8-53/13.

17. Before the end of March 2023, Navarro knew he would be leaving his employment at the Honda Hollywood dealership and had been verbally offered a job with Ocean Mazda, followed by a written job offer to begin April 10, 2023. Navarro Depo. (ECF No. 50-1), 23/8-10, 28/13-18, 32/2-5, 54/4-21, 63/25-64/12, 67/14-16; Responses to First Requests for Admission (ECF No. 54-7), No. 8.

18. On April 6, 2023, Navarro emailed his resignation to David Losk, providing a two-week notice period, making his last day April 20, 2023. Navarro Depo. (ECF No. 50-1), 30/4-19, 32/10-24; Navarro resignation email (ECF No. 54-1).

19. On the evening of April 20, 2023, Navarro texted David Losk, asking to extend his notice to April 30, writing: "I'm going to be with you till the 30th. Are you ok with that?" Text message exchange (ECF No. 54-17).

20.     Navarro's last day at the dealership was April 29, 2023, over three weeks after the day he resigned.   Navarro Depo. (ECF No. 50-1), 74/24-75/2.

21.     Before tendering his resignation Navarro never sent any written communication to any managerial employee or human resources official describing any of the conduct on which his claims are based.   Responses to First Requests for Admission (ECF No. 54-7), No. 2, 3, 4 and 6.

22.     Navarro never told David Losk that Joey Rodriguez had touched Navarro improperly or said anything improper to him, nor did Losk ever indicate to Navarro that he had witnessed any improper physical conduct by Rodriguez.   Navarro Depo. (ECF No. 50-1), 116/1-15, 156/7-10, 157/16-158/2, 162/23-163/4, 224/17-225/2.

23.     Navarro never told Carl Vanderwarker that Joey Rodriguez touched Navarro improperly or spoken to him improperly, nor did Vanderwarker ever indicate to Navarro that he had witnessed any improper physical conduct by Rodriguez.   Navarro Depo. (ECF No. 50-1), 117/1-7, 156/7-10, 162/23-163/4, 224/21-225/2.

24.     Navarro never told Joe Rey about any improper physical or verbal conduct by Joey Rodriguez, nor did Rey ever indicate to Navarro that he had witnessed any improper physical conduct by Rodriguez.   Navarro Depo. (ECF No. 50-1), 117/9-17, 156/7-10, 162/23-163/4, 224/21-225/5.

25.     Three to four times during Navarro's 13 months at Honda Hollywood, Navarro was made aware that there was someone visiting the dealership from Human Resources, who Navarro knew was Cary Pacheco, but Navarro never tried to speak with her.   Navarro Depo. (ECF No. 50-1), 81/6-18, 216/13-217/5.

26.     Navarro was aware that he could raise concerns about the conduct of Joey Rodriguez with David Losk, Navarro's supervisor, contact the AlertLine, or contact Human Resources.   Navarro Depo. (ECF No. 50-1), 89/8-19, 90/4-19, 144/13-20).

27.     Navarro never called the AlertLine for any reason.   Navarro Depo. (ECF No. 50-1), 90/17-19.

28.     Navarro's job duties were never changed by Joe Rey, Carl Vanderwarker, David Losk or Joey Rodriguez.   Navarro Depo. (ECF No. 50-1), 225/6-11.

29.     Navarro could not identify any deal that Rodriguez transferred to or away from him and is not aware of any compensation he was entitled to receive at Honda Hollywood that he did not receive.   Navarro Depo. (ECF No. 50-1), 147/2-12, 226/11-14.

30. Excluding the conduct Navarro attributes to Joey Rodriguez, no other aspect of Navarro's job ever changed.  Navarro Depo. (ECF No. 50-1), 226/18-23.

31. On December 22, 2022, Navarro sent a text message to Joey Rodriguez, a true and correct copy of which (less redactions of a customer name and phone number) appears at ECF No. 54-13.  Navarro Depo. (ECF No. 50-1), 205/19-207/8.

Respectfully submitted,

*Eric K. Gabrielle*
Eric K. Gabrielle (Florida Bar No. 160725)
Email:  egabrielle@stearnsweaver.com
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
200 East Las Olas Boulevard – Suite 2100
Fort Lauderdale, Florida  33301
Telephone:  954-462-9527
Facsimile:  954-462-9567
*Attorneys for Defendants*