UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JUAN NAVARRO,

     *Plaintiff,*                               **CASE NO.: 0:23-cv-61772-RS**

v.

HOLLYWOOD IMPORTS LIMITED, INC.; and
AUTONATION, INC.,

     *Defendants.*
_____/

### PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DISPOSITIVE AND *DAUBERT* MOTIONS

     Plaintiff Juan Navarro, pursuant to Federal Rule of Civil Procedure 6(b) and without opposition from Defendants, seeks an enlargement of time through September 3, 2024 to respond to Defendants' Motion for Final Summary Judgment (D.E. 58) and Motion to Preclude Opinion Testimony by Michael L. Elkins (D.E. 59) (collectively the "Motions") as follows:

### MEMORANDUM OF LAW

     After obtaining a short extension of the deadlines for filing dispositive and *Daubert* motions, Defendants filed the Motions on August 12, 2024, which collectively include several lengthy deposition transcripts, multiple declarations, and more than two dozen additional exhibits. D.E. 49 (granting Defendants' request for extension of time to file its motions).[1] Plaintiff's responses to the Motions are currently due August 26, 2024.

     Federal Rule of Civil Procedure 6(b) permits the extension of this deadline for good cause. Mindful of the Court's directive that "[p]arties should seek extensions in a timely fashion" and not at or near the last day, Plaintiff makes his request now.

---

[1] Materials filed by Defendants in connection with the Motions include D.E. 50-1 through 50-4, 51-1 through 51-2, 52-1 through 52-5, 53-1 through 53-3, and 54-1 through 54-27, and 56-1.

Good cause exists because, although Plaintiff is diligently working through the Motions and the materials cited therein, he needs additional time to be able to completely and thoroughly analyze and brief the many factual and legal issues raised in Defendants' Motions. The relief Defendants seek goes to the merits of each of Plaintiff's claims. Plaintiff seeks this extension to ensure the legal issues and extensive record are properly framed for the Court when it considers the Motions.

WHEREFORE, Plaintiff Juan Navarro requests an enlargement of time – to Tuesday, September 3, 2024 from Monday, August 26, 2024 – of the deadline to submit responses to Defendants' dispositive and *Daubert* motions (D.E. 58 and 59).

## LOCAL RULE 7.1(a)(3) CERTIFICATION

**I HERBY CERTIFY** that I conferred via email with counsel for Defendants on August 19, 2024, regarding the subject matter of this Motion and was advised that Defendants do not oppose the relief sought herein.

Dated: August 19, 2024                    Respectfully Submitted,

By: */s/ Christopher S. Prater*
**Christopher S. Prater, Esq.**
Florida Bar No.: 105488
cprater@pollardllc.com

**Jonathan E. Pollard, Esq.**
Florida Bar No.: 83613
jpollard@pollardllc.com

**POLLARD PLLC**
401 E. Las Olas Boulevard, #1400
Fort Lauderdale, FL  33301
Telephone: (954) 332-2380
Facsimile: (954) 594-5731
*Attorney for Plaintiff*