**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

JUAN NAVARRO,

   *Plaintiff,*            **CASE NO.: 0:23-cv-61772-RS**

v.

HOLLYWOOD IMPORTS LIMITED, INC.; and
AUTONATION, INC.,

   *Defendants.*
_____/

**PROPOSED ORDER GRANTING**
**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

**THIS CAUSE** came before the Court on Plaintiff's Unopposed Motion for Enlargement of Time to Respond to Dispositive and *Daubert* Motions (D.E. 60) ("Motion"). The Court, having considered the record, hereby ORDERS and ADJUDGES:

a. The Motion is GRANTED.

b. Plaintiffs responses to D.E. 58 and D.E. 59 shall be filed on or before September 3, 2024.

DONE and ORDERED in Fort Lauderdale, Florida on this _____ day of August 2024.

                 _____
                 UNITED STATES DISTRICT COURT JUDGE