UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-61772-CIV-SMITH

JUAN NAVARRO,

    Plaintiff,

v.

HOLLYWOOD IMPORTS LIMITED, INC.
and AUTONATION, INC.,

    Defendants.
_____/

## NOTICE OF TRIAL CALENDAR CONFLICT BY COUNSEL FOR DEFENDANTS

Pursuant to Southern District of Florida Local Rule 16.3, Florida Rule of General Practice and Judicial Administration 2.550 and the Resolution Regarding State-Federal Calendar Conflicts of the Florida State-Federal Judicial Counsel (January 13, 1995), undersigned counsel for Defendants respectfully notifies the Court, the Clerk of Court, and opposing counsel that he is set on the following overlapping (and partially conflicting) trial dockets. Should such conflict remain as of the date of Calendar Call in each case, undersigned counsel will bring the matter to the attention of each Court at Calendar Call.

*Juan Navarro v. Hollywood Imports Limited, Inc., and AutoNation, Inc.*, Southern District of Florida Case No. 23-61772-CIV-SMITH, which is set for *JURY* trial during the Court's two-week trial calendar between January 13, 2025 and January 24, 2025, pursuant to the Court's Order (ECF No. 30) Setting Civil Trial Date, Pretrial Deadlines, and Referral to Magistrate Judge, entered January 3, 2024, with Calendar Call scheduled for January 7, 2025.

*Law Offices of Kanner & Pintaluga, P.A. v. Andrea Recine and Gabriela Carbajal*, Palm Beach County Circuit Court Case No. 50-2023-CA-016759-XXXXA-MB, which is set for *NON-JURY* trial on the Court's Trial Docket sometime between January 6, 2025 and February 14, 2025, pursuant to the

Court's Order Setting Case for Non-Jury Trial, entered October 28, 2024, with Case Management Conference and Calendar Call scheduled for December 20, 2024.

Dated:  November 14, 2024.

                Respectfully submitted,

*Eric K. Gabrielle*
Eric K. Gabrielle (Florida Bar No. 160725)
egabrielle@stearnsweaver.com
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
200 East Las Olas Boulevard – Suite 2100
Fort Lauderdale, Florida  33301
Telephone:  (954) 462-9527
*Attorneys for Defendants*