UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JUAN NAVARRO,

      *Plaintiff*,                                          **CASE NO.: 0:23-cv-61772-RS**

v.

HOLLYWOOD IMPORTS LIMITED, INC.,
d/b/a AUTONATION HONDA HOLLYWOOD;
and AUTONATION, INC.,

      *Defendants*.
_____/

**<u>DECLARATION OF DEAKEN Z. SHULER</u>**

I, Deaken Z. Shuler, declare as follows:

   1.   If called as a witness, I could and would testify to the following facts based on my personal knowledge.

   2.   I passed the Florida bar in 2015. I did not successfully complete character and fitness inquiries (stemming primarily from credit card debt accrued in my early 20s), and my application ultimately timed out.

   3.   I joined Pollard PLLC in August 2016 as a law clerk.

   4.   I have been the Firm's Director of Legal Operations since June 2019. In that role, I work extensively with all Firm members on all prospective and active litigation. This includes working with Jonathan Pollard on the investigation and analysis of potential litigation. I was directly involved with Mr. Pollard on the investigation and analysis of this case.

   5.   I also work with all Firm members on establishing, refining, and executing litigation strategies of the Firm's active cases. In this case, I extensively assisted Christopher Prater on a wide range of matters, including (i) facilitating Navarro's exit of bankruptcy, (ii) responding to discovery, (iii) preparing damage calculations based on the Firm's existing damages models, (iv) collaborating during depositions, and (iv) assisting with trial preparation.

   6.   A key component of my work is drafting dispositive motions (such as my contributions to the summary judgment response in this matter), appellate briefs, and briefs presenting or addressing complex issues that arise in the Firm's cases.

7. In 2022, I took and passed the Missouri bar and have been a lawyer licensed in the state of Missouri since April 2023.

8. I am the principal of the Firm's St. Louis, Missouri office.

9. Since admission, I have acted as lead counsel on behalf of employees in a number of high-stakes, complex employment matters in federal court:

- *Oil-Dri Corporation of America v. McPherson*, et al, Case No. 1:23-cv-15900 (NDIL 2023). Counsel for Defendants in multi-million dollar trade-secret, fiduciary duty, and non-compete dispute arising from the international shipment of livestock and poultry feed additive.

- *HailSolve, Inc. v. Early*, Case No. 3:24-cv-00299 (MDTN 2024). Defended a former Senior Vice President of Sales against his former employer for alleged breaches of a non-compete/non-solicitation in a case arising from the commercial hail remediation industry.

- *Lawson Products, Inc. v. Morichelli*, Case No. 23-cv-5314 (NDIL 2023). Defended a former sales representative against his employer for alleged breaches of fiduciary duties and restrictive covenants in a case arising from the maintenance, repairs, and operations market (essentially, the sale of tools and tool parts to large commercial concerns). Defeated Plaintiff's bid for a preliminary injunction and the case subsequently resolved on confidential terms.

Under 28 U.S.C. § 1746, I verify under the penalty of perjury that the foregoing is true and correct.

Date: March 7, 2025

Signature: _____
Deaken Shuler (Mar 7, 2025 20:19 EST)

Deaken Z. Shuler